AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

TRINA ROLLIE

    Plaintiff

v.

VENATOR GROUP RETAIL, INC. f/k/a KINNEY SHOE CORP. a New York Corp.,
VENATOR GROUP, INC., f/k/a WOOLWORTH CORP., a New York Corp.

    Defendant.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 00-6119-0131

CIV-LENARD

MAGISTRATE JUDGE
TURNOFF

TO: VENATOR GROUP RETAIL, INC.

BY SERVING: CT Corporation System
1200 South Pine Road
Plantation, Fl 33324

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within TWENTY (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

CLERK

(BY) DEPUTY CLERK

DATE: JAN 1 2 2000

SCANNED