

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| TRINA ROLLIE, | CASE NO. 00-6119-CIV-LENARD |
| Plaintiff, | (Formerly Judge 00-0131-CIV-LENARD) |
| v. | |
| VENATOGROUP RETAIL, INC et al., | **CLERK'S ORDER CORRECTING CASE NUMBER** |
| Defendants. | |

Pursuant to this District's policy of Random Case Assignment and due to a clerical error during the Clerk's initial assignment process, the above referenced case was INCORRECTLY stamped as Case No. 00-131-CIV-LENARD.

Therefore, all parties to this action are noticed that all papers hereafter filed shall bear the CORRECT assigned case number followed by the surname of the assigned Judicial Officer as follows:

**00-6119-CIV-LENARD**

**Magistrate Judge TURNOFF**

thereby indicating the case number and Judge to whom all future documents should be routed or otherwise brought for attention, in accordance with S.D.Fla. L.R. 5.1.A.2.

DONE at the Federal Courthouse Square, Miami, Florida, this 26th day of January, 2000.

**CLARENCE G. MADDOX**
CLERK OF COURT

By: _____
Deputy Clerk

c:  U.S. District Judge Lenard
    U.S. District Judge Turnoff
    Lucy Lara, Assignment Administrator
    All counsel of record/pro se parties