```
-------------- AFFIDAVIT OF SERVICE --------------
                                                  00-6119
                                        Case No: 00-131 CIV-LENARD

--------- TO BE SERVED ---------        ---------- COURT ----------
VENATOR GROUP, INC. F/K/A WOOLWORTH CORP  IN THE UNITED STATES DISTRICT COURT,
1200 S. PINE ISLAND ROAD                  IN AND FOR THE SOUTHERN DISTRICT OF
PLANTATION, FLORIDA                       FLORIDA


TRINA ROLLIT
VS.                                     ---------- WRIT ----------
VENATOR GROUP RETAIL, INC.              SUMMONS IN A CIVIL ACTION


--------- SERVED FOR ---------          ---------- INFORMATION ----------
MICHAEL M. TOBIN, ESQUIRE               Court Date :
MICHAEL M. TOBIN, P.A.                  Court Time :
1077 PONCE DE LEON BOULEVARD            Witness Fee$
CORAL GABLES, FLORIDA  33134            Doc. Type  : Original
                                        Atty File #:
```

[Filed stamp: 00 JAN 27 PM 2:23 CLARENCE MADDOX CLERK US DIST CT / SD FLA / MIA]

I received this process 01/13/00 at 12:49 PM and it was not served.

    On: VENATOR GROUP, INC. f/k/a WOOLWORTH CORP
    At: 1200 S. PINE ISLAND ROAD
        PLANTATION, FLORIDA


NO SERVICE:

For the reason that after diligent search and inquiry, I failed to find said
VENATOR GROUP, INC. f/k/a WOOLWORTH CORP, in BROWARD COUNTY, FLORIDA.


OTHER RETURNS:

REQUEST FOR PRODUCTION, REQUEST FOR ADMISSIONS, INTERROGATORIES


I acknowledge that I am a certified process server in the circuit in which the defendant was served. I acknowledge that I have no interest in the above action.

| | |
|---|---|
| I hereby certify that I am not a party to the above action, am over 18 years of age, that the above affidavit is true and correct, and that service was made in accordance with Rule 1.410(C) Florida R.C.P., and Rule 45 Federal R.C.P., and Rule 4(C), 50 U.S.C., and Section 570 Et. Seq.<br><br>V. Racek<br><br>PROCESS SERVER: VICTOR F. RACEK ()<br>CAPLAN/MARKOWITZ & KAYE  (305) 374-3426<br>CPS Number:  741600 | The foregoing instrument was acknowledged before me this 17 day of January, 2000 BY VICTOR F. RACEK,<br>who is personally known to me, or who has produced a _____ D/L _____ as identification and who DID take an oath.<br><br>NOTARY PUBLIC OR PUBLIC OFFICER<br>AND TITLE OR RANK / CCN |

[Notary seal: BRENDA TAYLOR, My Commission # CC 815829, Expires: March 8, 2003, 1-800-3-NOTARY Fla. Notary Service & Bonding Co.]

5/R

# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

TRINA ROLLIE

    Plaintiff

V.

VENATOR GROUP RETAIL, INC. f/k/a KINNEY SHOE CORP. a New York Corp.,
VENATOR GROUP, INC., f/k/a WOOLWORTH CORP., a New York Corp.

    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 00-0131

00-6119

CIV-LENARD

**MAGISTRATE JUDGE TURNOFF**

TO: VENATOR GROUP, INC.

BY SERVING: CT Corporation System
1200 South Pine Road
Plantation, Fl 33324

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within **TWENTY (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

| Clarence Maddox | JAN 1 2 2000 |
|---|---|
| CLERK | DATE |
| (BY) DEPUTY CLERK | |

741600