AFFIDAVIT OF SERVICE

Case No: 00-6119 CIV-LENARD

---------- TO BE SERVED ----------
VENATOR GROUP RETAIL, INC. f/k/a KINNEY
SHOE CORP.
1200 S. PINE ISLAND ROAD
PLANTATION, FLORIDA

TRINA ROLLIT
VS.
VENATOR GROUP RETAIL, INC.

---------- SERVED FOR ----------
MICHAEL M. TOBIN, ESQUIRE
MICHAEL M. TOBIN, P.A.
1099 PONCE DE LEON BOULEVARD
CORAL GABLES, FLORIDA 33134

---------- COURT ----------
IN THE UNITED STATES DISTRICT COURT,
IN AND FOR THE SOUTHERN DISTRICT OF
FLORIDA

---------- WRIT ----------
SUMMONS IN A CIVIL ACTION

---------- INFORMATION ----------
Court Date :
Court Time :
Witness Fees :
Doc. Type : Original
Atty File # :

FILED BY
CLARENCE MADDOX
CLERK U.S. DIST CT.
S.D. OF FLA. - MIA
00 JAN 27 PM 2:23

I received this process 01/13/00 at 12:49 PM and it was served 01/14/00 at 2:00 PM
in BROWARD COUNTY, FLORIDA.

   On:   VENATOR GROUP RETAIL, INC. f/k/a KINNEY
   At:   SHOE CORP.
         1200 S. PINE ISLAND ROAD
         PLANTATION, FLORIDA

CORPORATE SERVICE:

By delivering a copy of this writ, the date and hour of service endorsed
by me, and a copy of plaintiff's initial pleading as furnished by the
plaintiff to:
         C.T. CORPORATION SYSTEMS
         REGISTERED AGENT
of said corporation in the absence of any superior officer or director
as defined by Florida statute.

OTHER RETURNS:

REQUEST FOR PRODUCTION, REQUEST FOR ADMISSIONS, INTERROGATORIES
BY SERVING ANNE BOUTILIER

BRENDA TAYLOR
My Commission # CC 815829
Expires March 8, 2003
1-800-3-NOTARY  Fla. Notary Service & Bonding Co.

I acknowledge that I am a certified process server in the circuit in which the defendant was
served. I acknowledge that I have no interest in the above action.

I hereby certify that I am not a party to the above
action, am over 18 years of age, that the above affi-
davit is true and correct, and that service was made
in accordance with Rule 1.410(C) Florida R.C.P., and
Rule 45 Federal R.C.P., and Rule 4(C), 50 U.S.C., and
Section 520 Fl. Seq.

The foregoing instrument was acknowledged
before me this 17 day of January, 2000
BY VICTOR F. RACEK,
who is personally known to me, or who has
produced a _____ D/L _____ as identification
and who DID _____ take an oath.

V. Racek

PROCESS SERVER: VICTOR F. RACEK ()
CAPLAN/MARKOWITZ & KAYE  (305) 374-3426
CPS Number:  741601

NOTARY PUBLIC OR PUBLIC OFFICER
AND TITLE OR RANK / CCN

# United States District Court

SOUTHERN ———————— DISTRICT OF ———————— FLORIDA

TRINA ROLLIE

      Plaintiff

      V.

VENATOR GROUP RETAIL, INC. f/k/a KINNEY SHOE CORP. a New York Corp.
VENATOR GROUP, INC., f/k/a WOOLWORTH CORP., a New York Corp.

      Defendant.

00-6119

SUMMONS IN A CIVIL CASE

CASE NUMBER 00-0131 CIV-LENARD

MAGISTRATE JUDGE
TURNOFF

TO: VENATOR GROUP RETAIL, INC.

BY SERVING: CT Corporation System
1200 South Pine Road
Plantation, Fl 33324

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within TWENTY (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

CLERK

(BY) DEPUTY CLERK

DATE  JAN 1 2 2000