UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6119-CIV-LENARD/TURNOFF

TRINA ROLLIE,

    Plaintiff(s),

vs.

VENATOR GROUP RETAIL, INC.,
f/k/a KINNEY SHOW CORPORATION,
a New York corporation and VENATOR
GROUP, INC., f/k/a WOOLWORTH
CORPORATION, a New York corporation,

    Defendant(s).
_____/



## ORDER TO SHOW CAUSE

**THIS CAUSE** came before the Court <u>sua sponte</u>. On examination of the record, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.    On February 14, 2000, the Court issued an Order Referring Pretrial Discovery Motions to Magistrate, Order Directing Parties to File Certificates of Interested Parties and Joint Scheduling Report (D.E. #8).

2.    To date, the parties have failed to submit Certificates of Interested Parties and Corporate Disclosure Statements.

3.    To date, the parties have failed to submit a Joint Scheduling Report.

4.    **Failure to submit notice of good cause for noncompliance on or before March 17, 2000 will subject the party or counsel to appropriate penalties, including but not limited**



Case No. 00-6119-CIV-LENARD/TURNOFF

**to dismissal of the cause, or the striking of defenses and entry of judgment pursuant to S.D. Fla. L.R. 16.1M.**

**DONE AND ORDERED** in Chambers at Miami, Florida this ___7___ day of March, 2000.

JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Magistrate Judge William C. Turnoff

Kelsay D. Patterson, Esq.
Michael M. Tobin, P.A.
1099 Ponce de Leon Boulevard
Coral Gables, FL 33134

Alan M. Gerlach, Esq.
Broad and Cassel
390 N. Orange Avenue, Suite 1100
Orlando, FL 32801