UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

TRINA ROLLIE,   CASE NO.: 00-6119-CIV-LENARD

    Plaintiff,   Magistrate Judge TURNOFF

v.

VENATOR GROUP RETAIL, INC., f/k/a
KINNEY SHOE CORPORATION,
a New York Corporation and
VENATOR GROUP, INC., f/k/a
WOOLWORTH CORPORATION,
a New York Corporation,

    Defendants.
_____/

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

The Plaintiff, by and through undersigned counsel, pursuant to the Court's Order of February 14, 2000, compelling that a Certificate of Interested Persons and Corporate Disclosure Statement be filed responds as follows:

1. Broad & Cassel, P.A.
2. Jack Elliott, Esquire
3. Alan Gerlach, Esquire
4. Kelsay D. Patterson, Esquire
5. Trina Rollie
6. Michael M. Tobin, Esquire

1

7. Michael M. Tobin, P.A.

8. Keith White, Esquire

9. Venator Group, Inc.

10. Venator Retail, Inc.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this ___9th___, of March, 2000 to: Alan M. Gerlach, Esq., 390 N. Orange Avenue, Suite 1100, Orlando, Florida, 32801.

MICHAEL M. TOBIN, P.A.
1099 Ponce de Leon Boulevard
Coral Gables, FL 33134-3319
Ph: 305/445-5475
Fax: 305/445-5479

BY: _Kelsay Patterson_
Kelsay D. Patterson
Florida Bar No. 119784