UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

TRINA ROLLIE,   CASE NO.: 00-6119-CIV-LENARD

Plaintiff,   Magistrate Judge TURNOFF

v.

VENATOR GROUP RETAIL, INC., f/k/a
KINNEY SHOE CORPORATION,
a New York Corporation and
VENATOR GROUP, INC., f/k/a
WOOLWORTH CORPORATION,
a New York Corporation,

Defendants.
_____/

### PLANTIFF'S NOTICE OF TAKING VIDEO DEPOSITION

PLEASE TAKE NOTICE that the undersigned will take the following video deposition:

| NAME | DATE & TIME | LOCATION |
|---|---|---|
| Paul Campbell | Thursday, April 20, 2000 at 11:00 a.m. | Cardinal Reporting 20 Vesey Street, #910 New York, NY 10007 (212)227-9490 |
| Emily Hammond | Thursday, April 20, 2000 at 12:00 p.m. | same as above |

upon oral examination before the Court Firm of Cardinal Reporting, a Notary Public or any other notary public or officer authorized by law to take depositions in the State of New York. This video deposition is being taken for the purpose of

1

discovery, for use at trial, or for such other purposes as are permitted under the Florida Rules of Civil Procedure.

In accordance with the <u>Americans with Disabilities Act of 1990</u>, persons needing a special accommodation to participate in this proceeding should contact the undersigned immediately at (305) 445-5475 to arrange for such accommodations.

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this __16th__, of March, 2000 to: Alan M. Gerlach, Esq., 390 N. Orange Avenue, Suite 1100, Orlando, Florida, 32801.

> MICHAEL M. TOBIN, P.A.
> 1099 Ponce de Leon Boulevard
> Coral Gables, FL 33134-3319
> Ph: 305/445-5475
> Fax: 305/445-5479
>
> BY: _____
> Kelsay D. Patterson
> Florida Bar No. 119784

cc: Cardinal Reporting
　　Via Fax (212)962-2212

2