UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TRINA ROLLIE,

    Plaintiff,

v.

VENATOR GROUP RETAIL, INC., f/k/a
KINNEY SHOE CORPORATION,
a New York Corporation and
VENATOR GROUP, INC., f/k/a
WOOLWORTH CORPORATION,
a New York Corporation,

    Defendants.

CASE NO. 00-6119-CIV-LENARD
Magistrate Judge TURNOFF

_____/

## DEFENDANT'S RESPONSE TO THE
## COURT'S ORDER TO SHOW CAUSE

Defendant, VENATOR GROUP RETAIL, INC., f/k/a KINNEY SHOE CORPORATION, by and through its undersigned counsel, hereby responds to the Court's Order to Show Cause dated April 26, 2000 as follows:

1. On March 13, 2000, the undersigned caused to be mailed the original of the attached Proposed Joint Scheduling Report to the Clerk's office for the Southern District of Florida, Miami Division. A copy was sent to the office of the Plaintiff's attorney, who had actually prepared the Proposed Joint Scheduling Report in collaboration with the undersigned and had sent it to Defendant's attorney for signature.

2. Defendant is at a loss to understand why the proposed Joint Scheduling Report did not make its way to the Court file as required. Evidently, there was a problem with the mails. However, Defendant is now sending two copies of the Proposed Scheduling Report attached hereto to the Clerk's office, one for filing and one for the Chambers for the Honorable Joan

Lenard, the United States District Judge assigned to this case. Another copy will be sent to counsel for Plaintiff as an attachment to this Response to Order to Show Cause.

Accordingly, acting on behalf of both parties, counsel for Defendant hereby resubmits the Proposed Joint Scheduling Report which was mailed to the office of the Clerk on March 13, 2000.

                                      Respectfully submitted,

                                      ALAN M. GERLACH, ESQ.
                                      Florida Bar. No. 199184
                                      BROAD AND CASSEL
                                      390 North Orange Avenue, Suite 1100
                                      Orlando, Florida 32801
                                      P.O. Box 4961 (32802)
                                      Telephone: (407) 839-4200
                                      Fax: (407) 425-8377
                                      Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by fax and U.S. Mail to Kelsay D. Patterson, Esquire, MICHAEL M. TOBIN, P.A., 1099 Ponce de Leon Blvd., Coral Gables, Florida 33134, this ___ day of April, 2000.

                                      ALAN M. GERLACH, ESQ.

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

TRINA ROLLIE,                                    CASE NO.: 00-6119-CIV-LENARD

    Plaintiff,                                Magistrate Judge TURNOFF

v.

VENATOR GROUP RETAIL, INC. ,f/k/a
KINNEY SHOE CORPORATION,
a New York Corporation and
VENATOR GROUP, INC., f/k/a
WOOLWORTH CORPORATION,
a New York Corporation,

    Defendants.
_____/

## PROPOSED JOINT SCHEDULING REPORT

The parties, through their respective counsel and in compliance with this Court's Order and Local Rule 16. 1. b. 7, file their Proposed Joint Scheduling Report and state as follows:

## SCHEDULING REPORT CATAGORIES UNDER LOCAL RULE 16.1.B.7:

a). <u>Detailed scheduled for discovery</u>:

    1. June 15, 2000: Parties will furnish counsel with written list containing the names and addresses of all fact witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify.

    2. November 15, 2000: All fact discovery must be completed.

3. September 15, 2000: Plaintiffs must furnish expert witness list to Defendant, along with summary/reports required by Local Rule 16.1.K, and only those expert witnesses shall be permitted to testify. Within the fourteen (14) day period thereafter, Plaintiff shall make their experts available for deposition by Defendants.

4. October 15, 2000: Defendants must furnish expert list to Plaintiffs, along with summary/reports required by Local Rule 16.K, and only those expert witnesses shall be permitted to testify. Within the fourteen (14) day period thereafter, Defendants shall make their expert witnesses available for deposition by Plaintiffs.

5. Date Specifics:

   a). All expert discovery must be completed by November 15, 2000.

   b). <u>Likelihood of settlement</u>: The parties have not engaged in detailed discussions but anticipate that settlement will be addressed at mediation.

   c). <u>Likelihood of appearance of additional parties</u>: The parties are currently unaware of any additional parties who may become parties to this action, but all parties must be joined by May 1, 2000.

   d). Proposed time limits:

   i). To join other parties and amend pleadings: May 1, 2000.

   ii). To file and hear all dispositive motions: December 15, 2000.

   iii). To complete discovery: November 15, 2000.

2

      iv). Mediation Conference by: November 15, 2000.

6.     Trial is expected to take four (4) days.

_Kelsay D. Patterson_
Kelsay D. Patterson, Esquire
MICHAEL M. TOBIN, P.A.
1099 Ponce de Leon Blvd.
Coral Gables, FL 33134

_Alan M. Gerlach_
Alan M. Gerlach, Esq.
Broad & Cassel
390 N. Orange Avenue, Suite 1100
Orlando, Florida, 32801
407/839-4200
fax 407/425-8377