UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION



TRINA ROLLIE,                           CASE NO.: 00-6119-CIV-LENARD

    Plaintiff,                         Magistrate Judge TURNOFF

v.

VENATOR GROUP RETAIL, INC. ,f/k/a
KINNEY SHOE CORPORATION,
a New York Corporation and
VENATOR GROUP, INC., f/k/a
WOOLWORTH CORPORATION,
a New York Corporation,

    Defendants.
_____/

### PLAINTIFF'S LOCAL RULE 26.1 (1) CERTIFICATE OF COUNSEL REGARDING PLAINTIFF'S MOTION TO DISQUALIFY

Counsel for the Plaintiff hereby certifies this Motion is being made in good faith.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 19th, of May, 2000 to: Alan M. Gerlach, Esq., 390 N. Orange Avenue, Suite 1100, Orlando, Florida, 32801.

                         MICHAEL M. TOBIN, P.A.
                         1099 Ponce de Leon Boulevard
                         Coral Gables, FL 33134-3319
                         Ph: 305/445-5475
                         Fax: 305/445-5479
                         BY: Kelsay D. Patterson
                         Kelsay D. Patterson
                         Florida Bar No. 119784

1