UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6119-CIV-LENARD/TURNOFF

TRINA ROLLIE,

    Plaintiff(s),

vs.

VENATOR GROUP RETAIL, INC., f/k/a KINNEY SHOW CORPORATION, a New York corporation and VENATOR GROUP, INC., f/k/a WOOLWORTH CORPORATION, a New York corporation,

    Defendant(s).
_____/



### ORDER DIRECTING PLAINTIFF'S COUNSEL TO SUBMIT PROPOSED ORDER SCHEDULING MEDIATION

THIS CAUSE is before the Court on sua sponte. After review of the file, being duly advised in the premises, and pursuant to Federal Rule of Civil Procedure 16(c)(9) and Southern District Local Rule 16.2, it is hereby

**ORDERED** as follows:

1. The Court's May 5, 2000 Order of Referral to Mediation and Directing Parties to Submit Proposed Order Scheduling Mediation (D.E. #14) ordered all parties to participate in mediation, to be completed no later than January 4, 2002.

2.     A place, date and time for mediation convenient to the mediator, counsel of record, and unrepresented parties shall now be established. **Counsel for the Plaintiff shall complete the form order attached and submit it to the Court on or before June 7, 2000.**



Case No. 00-6119-CIV-LENARD/TURNOFF

**FAILURE TO COMPLY** with this Order will subject the party or counsel to appropriate penalties, including but not limited to dismissal of the cause, or the striking of defenses and entry of judgment pursuant to S.D. Fla. L.R. 16.1M.

**DONE AND ORDERED** in Chambers at Miami, Florida this 24 day of May, 2000.

                                                JOAN A. LENARD
                                               UNITED STATES DISTRICT JUDGE

Copies furnished to:

Magistrate Judge William C. Turnoff

Kelsay D. Patterson, Esq.
Michael M. Tobin, P.A.
1099 Ponce de Leon Boulevard
Coral Gables, FL 33134

Alan M. Gerlach, Esq.
Broad and Cassel
390 N. Orange Avenue, Suite 1100
Orlando, FL 32801

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6119-CIV-LENARD/TURNOFF

TRINA ROLLIE,

    Plaintiff(s),

vs.

VENATOR GROUP RETAIL, INC., f/k/a KINNEY SHOW CORPORATION, a New York corporation and VENATOR GROUP, INC., f/k/a WOOLWORTH CORPORATION, a New York corporation,

    Defendant(s).
_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with _____ _____ on _____, 200__, at _____.m., at _____, Florida.

Within five (5) days following the mediation conference, the mediator shall file a Mediation Report indicating whether all required parties were present. The report shall also indicate whether the case settled (in full or in part), was continued with the consent of the parties, or whether the mediator declared an impasse.

**DONE AND ORDERED** at Miami, Florida, this ___ day of _____, 2000.

                                                      **JOAN A. LENARD**
                                                      **UNITED STATES DISTRICT JUDGE**

Case No. 00-6119-CIV-LENARD/TURNOFF

Copies furnished to:

Magistrate Judge William C. Turnoff

Kelsay D. Patterson, Esq.
Michael M. Tobin, P.A.
1099 Ponce de Leon Boulevard
Coral Gables, FL 33134

Alan M. Gerlach, Esq.
Broad and Cassel
390 N. Orange Avenue, Suite 1100
Orlando, FL 32801