UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

TRINA ROLLIE,                      CASE NO.: 00-6119-CIV-LENARD

      Plaintiff,                    Magistrate Judge TURNOFF

v.

VENATOR GROUP RETAIL, INC., f/k/a
KINNEY SHOE CORPORATION,
a New York Corporation and
VENATOR GROUP, INC., f/k/a
WOOLWORTH CORPORATION,
a New York Corporation,

      Defendants.
_____/

### ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Karen Evans, Esquire, on Friday, October 20, 2000, at 9:30 a.m., at 1200 Alfred I. Dupont Building, 169 East Flagler Street, Suite 1200, Miami, Florida 33131, (305)371-3250.

Within five (5) days following the mediation conference, the mediator shall file a Mediation Report indicating whether all required parties were present. The report shall also indicate whether the case settled (in full or part), was continued with the consent of the parties, or whether the mediator declared an impasse.

DONE AND ORDERED at Miami, Florida, this ___7___ day of _June_____, 2000.

                                            Joan A. Lenard
                                            U.S.D.J.

Copies furnished to:
Magistrate Judge William C. Turnoff
Kelsay D. Patterson, Esq.
Alan M. Gerlach, Esq.

1