UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6119-CIV-LENARD/TURNOFF

TRINA ROLLIE,

    Plaintiff,

vs.

VENATOR GROUP RETAIL, INC., f/k/a KINNEY SHOE CORPORATION, a New York corporation, and VENATOR GROUP, INC., f/k/a WOOLWORTH CORPORATION, a New York corporation,

    Defendants.
_____/



FILED by ___ D.C.

AUG 0 3 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

### ORDER DENYING MOTION TO DISQUALIFY

**THIS CAUSE** is before the Court on the Motion to Disqualify, filed May 22, 2000 by Plaintiff Trina Rollie. Defendants filed a Response on May 31, 2000. Based on the Court's review of the Motion, the Response, and the record, it is

**ORDERED AND ADJUDGED** that the Motion to Disqualify, filed May 22, 2000 by Plaintiff Trina Rollie, is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this __3__ day of ~~July~~ August 2000.

_____
JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

cc:  United States Magistrate Judge William C. Turnoff

Kelsay D. Patterson, Esq.
Michael M. Tobin, P.A.
1099 Ponce de Leon Blvd.
Coral Gables, FL  33134-3319

Alan M. Gerlach, Esq.
Broad & Cassel
390 N. Orange Ave., Ste. 1100
Orlando, FL  32801

**00-6119-CIV-LENARD/TURNOFF**