UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6119-CIV-LENARD/TURNOFF

TRINA ROLLIE,

    Plaintiff,

vs.

**ORDER OF REASSIGNMENT**

VENATOR GROUP RETAIL, INC., f/k/a KINNEY SHOE CORPORATION, a New York corporation, and VENATOR GROUP, INC., f/k/a WOOLWORTH CORPORATION, a New York corporation,

    Defendants.

_____/

    The above-styled case has been selected by the Clerk of Court utilizing a random selection procedure established by the court to insure the fair and impartial reassignment of cases from the calendars of the respective judges of the court to the calendars of the new judges of the court.

    Prior to executing this Order, the undersigned has reviewed the file and has ruled upon all pending motions, in accordance with the policy established by the judges of the Southern district of Florida. (See Policy Manual Section 2.02.04). It is therefore

    **ORDERED AND ADJUDGED** that the above-style cause is hereby **REASSIGNED** to the calendar of the Honorable Paul C. Huck as of August 7, 2000 for all further proceedings. It is further

    **ORDERED AND ADJUDGED** that all pleadings hereafter filed shall bear the assigned case number followed by the surname HUCK in lieu of the present name, thereby indicating the judge to whom the case is assigned.

    **DONE AND ORDERED** in Chambers at Miami, Florida this 7 day of August, 2000.

_____
JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

cc: United States Magistrate Judge William C. Turnoff

Kelsay D. Patterson, Esq.
Michael M. Tobin, P.A.
1099 Ponce de Leon Blvd.
Coral Gables, FL 33134-3319

Alan M. Gerlach, Esq.
Broad & Cassel
390 N. Orange Ave., Ste. 1100
Orlando, FL 32801

**00-6119-CIV-LENARD/TURNOFF**