UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  99-1080-CIV-LENARD    00-827-CIV-LENARD
        99-1600-CIV-LENARD    99-2105-CIV-LENARD
        00-420-CIV-LENARD     99-7473-CIV-LENARD
        00-1708-CIV-LENARD    00-1423-CIV-LENARD
        00-1692-CIV-LENARD    98-2205-CIV-LENARD
        00-6119-CIV-LENARD    00-6536-CIV-LENARD
        99-7120-CIV-LENARD    00-6797-CIV-LENARD
        99-1803-CIV-LENARD



_____/

### ORDER OF REASSIGNMENT

This Cause comes before the undersigned *sua sponte*. Pursuant to the memorandum issued by Judge Ungaro-Benages on July 31, 2000, the undersigned hereby certifies that, as of August 7, 2000, the above-captioned cases had no pending, fully-briefed, referred motions. As a result, the above-captioned cases should be transferred to Magistrate Judge Stephen Brown. The undersigned will remove the above-captioned cases from his docket and treat them as no longer assigned to him.

DONE AND ORDERED, in Chambers, at Miami, Florida, this 7 day of Aug., 2000.

WILLIAM C. TURNOFF
United States Magistrate Judge

c:   Honorable Paul Huck
     Honorable Stephen Brown

