

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

TRINA ROLLIE,                               CASE NO.: 00-6119-CIV-HUCK

    Plaintiff,                          Magistrate Judge Brown

v.

VENATOR GROUP RETAIL, INC. ,f/k/a
KINNEY SHOE CORPORATION,
a New York Corporation and
VENATOR GROUP, INC., f/k/a
WOOLWORTH CORPORATION,
a New York Corporation,

    Defendants.
_____/

### NOTICE OF UNAVAILABILITY

Plaintiff, hereby files this Notice of Unavailability and states that the undersigned is scheduled to be out-of-town from October 25, 2000 through October 27, 2000, and respectfully request that no hearings, depositions, etc., be scheduled during this time.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 1th day of September, 2000 to: Alan M. Gerlach, Esq., 390 N. Orange Avenue, Suite 1100, Orlando, Florida, 32801.

                            MICHAEL M. TOBIN, P.A.
                            1099 Ponce de Leon Boulevard
                            Coral Gables, FL 33134-3319
                            Ph: 305/445-5475
                            Fax: 305/445-5479
                            BY: K. D. Patterson
                                Kelsay D. Patterson
                                Florida Bar No. 119784