00-6119.oa

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6119 CIV HUCK

TRINA ROLLIE,

    Plaintiff,

vs.

VENATOR GROUP RETAIL, INC.,
fka KINNEY SHOE CORPORATION,
a New York corporation and
VENATOR GROUP, INC., fka
WOOLWORTH CORPORATION
a New York corporation,

    Defendants.
_____/



## ORDER RE: MOTIONS TO COMPEL

**This matter** is before this Court on Defendant's Motion to Compel Supplemental Answers to First Set of Interrogatories ... and Motion to Compel Supplemental Responses to First Request for Production ..., both filed August 14, 2000. The Court has considered the motions, noted the lack of a response thereto, and considered all pertinent materials in the file. The failure to respond may be deemed grounds to grant the motion by default pursuant to Local Rule 7.1.C.

The Court being otherwise fully advised in the premises it is hereby Ordered and Adjudged as follows:

    1. As it regards the motion to compel supplemental responses to first request for production:

        a. The motion to compel is **GRANTED** as to request 13. The answer is vague. It is unclear what is meant by "documents which have already been referenced". Presumably that means something other than "documents that have already been produced".



b. The motion to compel is **GRANTED** as to requests 15 and 18. The Court agrees that the objection to 18, even if meritorious, is untimely.

c. The motion to compel is **GRANTED** as to request 19. The objection that production would be burdensome is not in compliance with proper objections on that basis. Further, defendant is unable to ascertain which documents "within the custody and control of the Defendant" <u>plaintiff contends</u> (emphasis added) are responsive.

2. As it regards the motion to compel supplemental responses to first set of interrogatories, the motion to compel is **GRANTED** as to interrogatory 11. The answer is not responsive.

3. Plaintiff shall have ten (10) days from the date of this order to produce the documents and the answers.

4. Plaintiff shall have five (5) days from the date of this order to show good cause, in writing, why sanctions should not be assessed for the necessity of the filing of the motions to compel, particularly in light of plaintiff's failure to respond to them.

**DONE AND ORDERED** this 20th day of September, 2000 at Miami, Dade County, Florida.

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc: Honorable Paul C. Huck
Alan M. Gerlach, Esq.
Kelsay D. Patterson, Esq.