UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

NIGHT BOX
FILED

SEP 2 5 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

TRINA ROLLIE,                                      CASE NO.: 00-6119-CIV-HUCK

        Plaintiff,                                 Magistrate Judge Brown

v.

VENATOR GROUP RETAIL, INC. ,f/k/a
KINNEY SHOE CORPORATION,
a New York Corporation and
VENATOR GROUP, INC., f/k/a
WOOLWORTH CORPORATION,
a New York Corporation,

        Defendants.
_____/

## RESPONSE OF PLAINTIFF'S COUNSEL REGARDING ORDER OF SEPTEMBER 20, 2000

1.  On August 16, 2000, Defendant filed motions concerning the Plaintiff's responses to interrogatory and production requests.

2.  Unbeknownst to this Honorable Court was the correspondence sent to the Defendant on August 15, 2000 wherein these discovery matters were addressed. Like to two (2) ships passing in the night, the Plaintiff was advising the Defendant of its knowledge on said matters as the Defendant was serving the discovery motions. (**See Exhibit 1**).

3.  On Wednesday, August 30, 2000, the undersigned produced the Plaintiff for deposition at the office of the Defendant's counsel. The Plaintiff brought with her pay checks/stubs and all of her income tax returns as requested. Additionally, she brought with her, as directed by the undersigned,

1

all of her plaques and trophies to be seen, photographed, and inspected by the Defendant.

4.   At the conclusion of the Plaintiff's five (5) hour deposition, the undersigned asked whether the Defendant now had documents and responses that satisfied its inquires. Alan Gerlach, Esquire, counsel for the Defendant, could think of nothing else he considered outstanding.  Incidentally, the Plaintiff's income tax returns are exhibits to the deposition.

5.   Presently, the Defendant has served subpoenas upon the Plaintiff's former and present employers. The Plaintiff has and will not object. (**See Exhibit 2**).

6.   The undersigned's failure to respond was inadvertent. The undersigned is hopeful that his actions demonstrated good faith in these referenced discovery issues.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 25th day of September, 2000 to: Alan M. Gerlach, Esq., 390 N. Orange Avenue, Suite 1100, Orlando, Florida, 32801.

MICHAEL M. TOBIN, P.A.
1099 Ponce de Leon Boulevard
Coral Gables, FL 33134-3319
Ph: 305/445-5475
Fax: 305/445-5479
BY: _Kelsay D. Patterson_
    Kelsay D. Patterson
    Florida Bar No. 119784

2

## LAW OFFICES OF
# MICHAEL M. TOBIN, P.A.
1099 PONCE DE LEON BOULEVARD
CORAL GABLES (MIAMI), FLORIDA 33134-3319
TEL (305) 445-5475   FAX (305) 445-5479

August 15, 2000

Alan Gerlach, Esquire
Broad & Cassel
390 N. Orange Avenue
Suite 1100
Orlando, Florida 32801

Re:         Trina Rollie v. Venator Group
            Case No.: 006119-CIV-LENARD

Dear Mr. Gerlach:

In response to your letter of July 6th, let us first address the discovery responses
you suggest "seem to be inadequate".

### *Interrogatory No. 11*:

This response is complete and cannot be supplemented. Ms. Rollie knows
of no person with models, maps, plats, drawings, motion pictures,
videotapes, or photographs that pertain to facts or issues found in her
Complaint. If something should reveal itself, the Defendant is entitled to a
supplemental response.

### *Request No. 13*:

Her previous deposition testimony, her employment file, her previous
trial testimony, statements that she provided to Paul Campbell.

### *Request No. 15*:

Will forward when located. Again, the response is complete and true.





MICHAEL M. TOBIN          KELSAY D. PATTERSON          MARY LOU PRADO          RICHARD D. TOBIN

*Request No. 17:*

Again, the response is complete. Any and all job inquires or applications were/have been relinquished to prospective employers.

*Request No. 18:*

The request is far reaching, and too broad. However, the Plaintiff will check for employee manuals, and gather pay stubs and I will forward these items as soon as I receive them.

*Request No. 19:*

The awards can be brought to the deposition. The certificates and audits are a part of her personnel file, and they will not be reproduced and re-sent back to your office. If you should learn at her deposition of plaques or certificates not reflected in her personnel file, you will have the opportunity to inspect them.

The Plaintiffs deposition can be scheduled for August 29th, 30th, or September 1st. If you would like additional dates, please advise.

Sincerely,

MICHAEL M. TOBIN, P.A.

Kelsay D. Patterson

Kelsay D. Patterson

KDP/ch



MICHAEL M. TOBIN        KIRK W. B. WAGAR        KELSAY D. PATTERSON        RICHARD D. TOBIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TRINA ROLLIE,                                    CASE NO. 00-6119-CIV-HUCK

        Plaintiff,

v.

VENATOR GROUP RETAIL, INC., f/k/a
KINNEY SHOE CORPORATION
a New York corporation, and
VENATOR GROUP, INC., f/k/a
WOOLWORTH CORPORATION
a New York corporation

        Defendants.
_____/

**RECEIVED**
**SEP 15 2000**

### NOTICE OF SERVICE OF SUBPOENA
### IN A CIVIL CASE FOR PRODUCTION OF DOCUMENTS

TO:    Kelsay D. Patterson, Esquire
       Law Offices of Michael M. Tobin, P.A.
       1099 Ponce De Leon Boulevard
       Coral Gables, Florida 33134-3319

       PLEASE TAKE NOTICE that Defendant, VENATOR GROUP RETAIL, INC., f/k/a

KINNEY SHOE CORPORATION, pursuant to Rule 45 of the Federal Rules of Civil Procedure,

has subpoenaed the documents and items set forth in the attached subpoenas to the following

parties:

Lane Bryant                              American Express Co.
Human Resources Department               HRICS West
5 Limited Parkway East                   4315 South 2700 West
Reynoldsburg, OH 43068                    Salt Lake City, UT 84184-0301

Enterprise Rent-A-Car
Human Resources Department
555 S.W. 112th Avenue, Suite 120
Pompano Beach, FL 33069



PLAINTIFF'S
EXHIBIT
2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished by U.S. Mail this _12th_ day of September, 2000 to: KELSAY D. PATTERSON, ESQUIRE, Law Offices of Michael M. Tobin, P.A., 1099 Ponce De Leon Boulevard, Coral Gables, Florida 33134-3319.

Alan M. Gerlach, Esquire
Florida Bar No. 199184
BROAD AND CASSEL
390 North Orange Avenue
Suite 1100
Orlando, Florida 32801
Post Office Box 4961 (32802-4961)
Telephone: (407) 839-4200
Facsimile: (407) 425-8377
Attorneys for Defendant