00-6119.or9

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6119 CIV HUCK

TRINA ROLLE,

    Plaintiff,

vs.

VENATOR GROUP RETAIL, INC.,
fka KINNEY SHOE CORPORATION,
et. al.,

    Defendants.

_____/



## ORDER AWARDING SANCTIONS

**This matter** is before this Court on Response of Plaintiff's Counsel Regarding Order of September 20, 2000. The Court has considered the response and all pertinent materials in the file. The response which, in part, violates Local Rule 7.7, misses the point. It states that, while defendant was filing this motion to compel, plaintiff was sending correspondence to defendant with information sought. A review of that material reflects the following:

(1) On or about July 6, 2000, defendant sent a letter apparently trying to obtain better discovery responses prior to filing a motion to compel.

(2) That July 6th letter was responded to on August 15th, over one month later. There is no wonder that the motion to compel had to be filed.

The Order to Show Cause to which plaintiff offers this explanation states, in pertinent part that plaintiff shall address "why sanctions should not be assessed for the necessity of the filing of the motions to compel...". Nothing is offered in the response to address this issue except, perhaps, plaintiff's unexplained and somewhat cavalier statement that "the undersigned's failure to respond

was inadvertent". Certainly plaintiff's counsel was aware of the pending discovery as reflected by the letters of July 6th and August 15th. There is no explanation that is satisfactory to this Court for avoiding the mandatory sanctions of FRCP 37, for the necessity of the filing of the motions to compel.

Therefore, the Court being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that FRCP sanctions are hereby imposed in the sum of $250.00 for the necessity of the filing of the motions to compel. This Court notes that the actual attorney's fees incurred in the filing of the motions probably exceeds this sum, in making this sanction award. Plaintiff's counsel shall make payment to defense counsel within ten (10) days from the date of this order.

**DONE AND ORDERED** this 12th day of October, 2000 at Miami, Florida.

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc: Honorable Paul C. Huck
Michael M. Tobin, Esq.
Alan M. Gerlach, Esq.