UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION



TRINA ROLLIE,   CASE NO.: 00-6119-CIV-HUCK

    Plaintiff,   Magistrate Judge Brown

v.

VENATOR GROUP RETAIL, INC. ,f/k/a
KINNEY SHOE CORPORATION,
a New York Corporation and
VENATOR GROUP, INC., f/k/a
WOOLWORTH CORPORATION,
a New York Corporation,

    Defendants.
_____/

## PLAINTIFF'S MOTION FOR CLARIFICATION

    Plaintiff, TRINA ROLLIE, by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure, hereby file the above entitled pleading and as grounds state as follows:

    1. On August 7, 200, the above styled case was selected by the Clerk of Court in its utilization of a random selection procedure and reassigned to the calendar of the Honorable Paul C. Huck for all further proceedings. Both parties are uncertain as to the applicability of the Joint Scheduling Report because it pertained to the calendar of the previously assigned Judge.

    2. Lengthy discussions with counsel for the Defendant demonstrate that both parties are in agreement that very little discovery is further contemplated. The scheduled trial date for this matter as it presently exists is in January of 2002.

NON-COMPLIANCE OF S.D. Fla. L.R._____

If this Honorable Court can accommodate an earlier trial date, the parties would be in a position to proceed as this case was filed in January of 2000.

For the foregoing reasons, the Plaintiff seeks an order clarifying the trial and scheduling dates in this matter.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 24th day of October, 2000 to: Alan M. Gerlach, Esq., 390 N. Orange Avenue, Suite 1100, Orlando, Florida, 32801.

> MICHAEL M. TOBIN, P.A.
> 1099 Ponce de Leon Boulevard
> Coral Gables, FL 33134-3319
> Ph: 305/445-5475
> Fax: 305/445-5479
> BY: *Kelsay D. Patterson*
> Kelsay D. Patterson
> Florida Bar No. 119784