UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TRINA ROLLIE,

    Plaintiff,

v.

CASE NO.: 00-6119-CIV-HUCK

VENATOR GROUP RETAIL, INC., f/k/a
KINNEY SHOE CORPORATION,
a New York Corporation and
VENATOR GROUP, INC., f/k/a
WOOLWORTH CORPORATION,
a New York Corporation,

    Defendants.
_____/

## DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR CLARIFICATION

    Defendant, VENATOR GROUP RETAIL, INC., f/k/a KINNEY SHOE CORPORATION, by and through its undersigned counsel, hereby files its response to Plaintiff's Motion for Clarification served by mail on October 24, 2000.

    The Motion for Clarification is not a joint motion, nor is it the result of any type of collaborative effort between counsel. While it is true that both sides agree that there is relatively little discovery outstanding, the discovery process is not yet complete; the deadline for both fact and expert discovery completion is not until November 15, 2000. Further, Defendant anticipates filing a motion for summary judgment at or before the Court's current deadline of December 15, 2000.

    Defendant currently contemplates filing a fully dispositive motion for summary judgment, but even if it chooses to file only a partial motion, or if the Court grants only a portion of a fully dispositive motion, the exercise will have a salutary effect in that it will simplify the issues and shorten any resulting trial.

NON-COMPLIANCE OF S.D. Fla. L.R. 5.1A1

ORL1\LABOR\349625.1
21719/0021 KFW mxb 11/1/00 5:50 PM

Accordingly, Defendant suggests that consideration of any revision of the scheduling order set by Judge Lenard be pretermitted until resolution of Defendant's anticipated motion for summary judgment.

Respectfully submitted,

_____
ALAN M. GERLACH
Florida Bar No. 199184
BROAD AND CASSEL
390 North Orange Avenue, Suite 1100
P.O. Box 4961 (32802-4961)
Orlando, Florida 32801
Telephone:   407-839-4200
Facsimile:    407-425-8377
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail this 3rd day of November, 2000 to: KELSAY D. PATTERSON, ESQUIRE, Law Offices of Michael M. Tobin, P.A., 1099 Ponce De Leon Boulevard, Coral Gables, Florida 33134-3319.

_____
ALAN M. GERLACH, ESQUIRE