NOV 7 2000

CLARENCE MADDOX
CLERK U.S. DIST· CT.
S.D. OF FLA. · MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No.: 00-6119-CIV-HUCK

TRINA ROLLIE,

      Plaintiff,

v.

VENATOR GROUP RETAIL, INC., f/k/a
KINNEY SHOE CORPORATION,
a New York Corporation and
VENATOR GROUP, INC., f/k/a
WOOLWORTH CORPORATION,
a New York Corporation,

      Defendants.

_____/

## DEFENDANT'S MOTION TO STRIKE
## PLAINTIFF'S EXPERT WITNESS DISCLOSURE

Defendant, VENATOR GROUP RETAIL, INC., f/k/a KINNEY SHOE CORPORATION, by and through its undersigned counsel, hereby moves the Court for an order striking Plaintiff's Expert Witness Disclosure, a copy of which is attached hereto as Exhibit "A," which was served by hand on the undersigned counsel for Defendant on October 18, 2000, for the reasons that appear in the Memorandum of Law that follows.

WHEREFORE, Defendant respectfully requests that the Court grant the instant motion, strike the Plaintiff's Expert Witness Disclosure concerning Dr. Kenneth W. Clarkson, and grant Defendant reasonable attorneys' fees and costs in connection with filing the instant motion.

## MEMORANDUM OF LAW
## IN SUPPORT OF DEFENDANT'S MOTION TO STRIKE
## PLAINTIFF'S EXPERT WITNESS DISCLOSURE

After the deposition of Jeffrey J. Bjork, in Rochester, Minnesota, on the afternoon of October 18, 2000, undersigned counsel for Defendant was handed "Plaintiff's Expert Witness Disclosure," a true copy of which appears as Exhibit "A." In an order dated May 5, 2000, the Court had set September 15, 2000, as the deadline by which "Plaintiff must furnish expert witness list to the Defendant, along with the summaries/reports required by Local Rule 16.1.(K), and only those expert witnesses shall be permitted to testify. Within the 14-day period thereafter, Plaintiff shall make its experts available for deposition by Defendant." There had been no previous discussion between counsel regarding the issue of experts or their designation.

Thus, it is obvious that Plaintiff's submission of an expert witness disclosure regarding Dr. Clarkson is approximately five weeks late. Worse, it post-dates the October 15 deadline by which Defendant was to submit its own expert witness disclosure, presumably in response to the September 15 designation by the Plaintiff.

Defendant moves to strike Plaintiff's Expert Witness Disclosure because it is untimely, coming as it does some five weeks after the deadline - without any prior announcement or informal discussion - and less than a month before the November 15, 2000 deadline for completing both fact and expert discovery.

This is not the first time that Plaintiff's disregard for applicable rules has necessitated motion practice by the Defendant. On September 20, the Court granted Defendant's Motions to Compel Supplemental Answers to First Set of Interrogatories to Plaintiff and Supplemental Responses to First Request for Production to Plaintiff, respectively. In granting the motions, the Court inter alia gave Plaintiff five days to show good cause why sanctions should not be assessed

2

for the necessity of the filing of the motions to compel, "particularly in light of plaintiff's failure to respond to them." After receiving "Response of Plaintiff's Counsel Regarding Order of September 20, 2000" dated September 25, the Court on October 12, 2000 entered an Order Awarding Sanctions. In entering this order, the Court carefully reviewed the background facts that led to the filing of the motions, opined that "[t]here is no wonder that the motion to compel had to be filed," and described counsel's explanation as "somewhat cavalier." Accordingly, the "cavalier" and inexplicably untimely designation of Plaintiff's economics expert is part of an ongoing pattern of disregard for the Court's rules of procedure and should not be tolerated. Under these circumstances, Defendant respectfully submits that an order striking Plaintiff's Expert Witness Disclosure and precluding his testimony at trial is entirely merited and should be entered. See Hancock v. Hubbs, 967 F.2d 462 (11th Cir. 1992); Bowe v. United States, 574 F.Supp 196 (E.D. Wis. 1983).

But there is an additional reason for granting the instant motion and precluding Dr. Clarkson's testimony. Local Rule 16.1K. states that the expert witness summaries/reports shall include, in pertinent part, "style of case and name of the court and judge and cases in which the expert has previously testified and the subject of that expert testimony, the substance of the facts and all opinions to which the expert is expected to testify, and a summary of the grounds for each opinion." As a cursory review of the Plaintiff's Expert Witness Disclosure, which is attached in toto as Exhibit "A" hereto, will demonstrate, the instant submission does not meet the requirements of the local rule. This shortcoming provides an additional, independent ground for striking the document submitted by Plaintiff's counsel. Indeed, courts have not hesitated to strike expert witness designation and enter preclusion orders under similar circumstances. E.g., Hancock v. Hubbs, 967 F.2d 462 (11th Cir. 1992); Upsher-Smith Laboratories v. Mylan

3

_Laboratories_, 944 F.Supp 1411 (D. Minn. 1996); <u>China Resource Production (USA) v. Fayda Int'l, Inc.</u>, 856 F.Supp 856 (D. Del. 1994); <u>Bowe v. United States</u>, 574 F.Supp 196 (E.D. Wis. 1983).

Finally, Defendant moves to strike the Plaintiff's Expert Witness Disclosure on the ground that his testimony does not constitute "scientific, technical, or other specialized knowledge" that "will assist the trier of fact to understand the evidence or to determine a fact in issue." Fed. R. Evid. 702. Apparently, all Dr. Clarkson is going to do is perform mathematical computations that the jury could just as well calculate for itself. Plaintiff's apparent intent is to cloak a completely and legally unsupportable damages calculation in the guise of analysis by a professor of economics. It appears that all Dr. Clarkson has done is to take Ms. Rollie's final earnings with the Defendant, add a certain percentage for future raises, and then to deduct her actual earnings therefrom. Again without legal support, Clarkson's "report" appears as well to award her "front pay" in the form of the difference between expected earnings had she remained with the Defendant and some projected future earnings, the latter of which sum appears under the misleading heading, "Actual Earnings." These are all calculations that can be made by members of the jury, armed with arguments of counsel, instructions from the Court, applicable tax return information, and, perhaps, a calculator. Thus, the lack of necessity for expert testimony to perform the requested calculation provides a third, independently viable reason for striking Plaintiff's Expert Witness Disclosure. See <u>Salem v. United States Lines, Co.</u>, 370 U.S. 31 (1962).

For all the foregoing reasons, the Court should grant Defendant's Motion to Strike Plaintiff's Expert Witness Disclosure. Furthermore, fundamental fairness requires that the Disclosure be stricken because Defendant never retained an economic expert in reliance upon the

4

fact that Plaintiff did not disclose such an expert prior to the deadline set forth in the Court's Order Establishing Pretrial Procedures.

Respectfully submitted,

Broad and Cassel
390 North Orange Avenue, Suite 1100
Orlando, Florida 32801
P.O. Box 4961
Orlando Florida 32802-4961
Telephone: 407-839-4200
Facsimile: 407-425-8377

By: _____
Alan M. Gerlach, Esquire
Florida Bar No. 199184

## CERTIFICATE

Pursuant to General Rule 7.1A3.(a), I certify that I made a reasonable effort to confer with opposing counsel in attempting to resolve the issue in this motion. I called Kelsay Patterson's office on the morning of November 1, 2000, stated the reason for my call - to discuss striking Plaintiff's expert witness disclosure - and asked that he return my call. The receptionist indicated that Mr. Patterson was expected in the office around 11:30 a.m. on November 1 and would return my call at that time. However, as of the time of serving this motion at the close of business on November 3, 2000, he has not done so.

_____
Alan M. Gerlach, Esquire

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the original Answers to Plaintiff's Initial Set of Interrogatories has been furnished by U.S. Mail this ___3rd___ day of November, 2000 to: KELSAY D. PATTERSON, ESQUIRE, Law Offices of Michael M. Tobin, P.A., 1099 Ponce De Leon Boulevard, Coral Gables, Florida 33134-3319.

Alan M. Gerlach, Esquire
Florida Bar No. 199184
BROAD AND CASSEL
390 North Orange Avenue
Suite 1100
Orlando, Florida 32801
Post Office Box 4961 (32802-4961)
Telephone: (407) 839-4200
Facsimile: (407) 425-8377
Attorneys for Defendant

6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

TRINA ROLLIE,                                CASE NO.: 00-6119-CIV-HUCK

       Plaintiff,                              Magistrate Judge Brown

v.

VENATOR GROUP RETAIL, INC. ,f/k/a
KINNEY SHOE CORPORATION,
a New York Corporation and
VENATOR GROUP, INC., f/k/a
WOOLWORTH CORPORATION,
a New York Corporation,

       Defendants.
_____/

## PLAINTIFF'S EXPERT WITNESS DISCLOSURE

The Plaintiff, Trina Rollie, by and through undersigned counsel, hereby files her Expert Witness Disclosure and states as follows:

1.  Plaintiffs hereby designate Dr. Kenneth W. Clarkson, as her Economist Expert Witness.

2.  Attached hereto is a copy of Dr. Clarkson's written report as required by Local Rule 16.1K.

3.  Attached hereto is a copy of Dr. Clarkson's Curriculum Vitae.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 13th day of October, 2000 to: Alan M. Gerlach, Esq., 390 N. Orange Avenue, Suite 1100, Orlando, Florida, 32801.

EXHIBIT "A"

MICHAEL M. TOBIN, P.A.
1099 Ponce de Leon Boulevard
Coral Gables, FL 33134-3319
Ph: 305/445-5475
Fax: 305/445-5479
BY: _Kelsay D. Patterson_
    Kelsay D. Patterson
    Florida Bar No. 119784

2



**Economic Losses to Trina Rollie**

| Year | Expected Earnings | Actual Earnings | Lost Earnings | Pres. Val. Lost Earnings |
|---|---|---|---|---|
| 1996 | $40,778 | $40,778 | | |
| 1997 | 42,480 | 39,798 | 2,682 | $2,682 |
| 1998 | 44,253 | 32,614 | 11,639 | 11,639 |
| 1999 | 46,100 | 22,406 | 23,694 | 23,694 |
| 2000 | 48,024 | 26,000 | 22,024 | 22,024 |
| | | | $60,040 | $60,040 |
| | | | | |
| 2001 | $50,029 | $27,085 | $22,944 | $22,285 |
| 2002 | 52,117 | 28,216 | 23,901 | 20,964 |
| 2003 | 54,292 | 29,393 | 24,899 | 20,603 |
| 2004 | 56,558 | 30,620 | 25,938 | 20,248 |
| 2005 | 58,919 | 31,898 | 27,021 | 19,899 |
| | | | $101,759 | $81,715 |

Source: Computed from employment records and income
tax returns

# CURRICULUM VITAE

**Name:**      KENNETH W. CLARKSON

**Birthdate:**      June 30, 1942

**Marital Status:**      Married, 2 children

**Address:**      Law & Economics Center
University of Miami
P.O. Box 248000
Coral Gables, FL 33124

**Education:**      Ph.D. (Economics), University of California at Los Angeles, 1971

C. Phil. (Economics), University of California, Los Angeles, 1968

M.A. (Economics), University of California at Los Angeles, 1966

A.B. (Economics), California State University, Chico (formerly Chico State College), 1964

**Current
Position:**      Director, Law and Economics Center, University of Miami, 1981-present

Professor of Law and Economics, Law and Economics Center, School of Law and School of Business Administration, 1975-present
    Teaching price theory, law and economics workshop, public policy legislation, regulated markets, law and the poor, nonprofit organizations, estimating economic damages, applied economics and quantitative economic evidence.

**Previous
Experience:**      Associate Director for Human Resources, Veterans and Labor, Office of Management and Budget, 1982-83

Assistant Professor of Economics, University of Virginia, 1969-75 (on leave 1971-72)
    Teaching price theory, industrial organization (graduate & undergraduate), nonprofit institutions (graduate & undergraduate), econometrics, statistics, macroeconomics, and principles.

Assistant Professor of Economics, Department of Economics, California State University, Northridge, 1967-69
    Teaching principles, econometrics, and labor.

Teaching Associate, Department of Economics, University of California at Los Angeles, 1966-69
    Teaching principles and statistics.

Research Assistant, Institute of Government and Public Affairs, University of California at Los Angeles, 1965-66
    Evaluation of U.S. science policy.

1



**Academic
Committees:**     Appointment and Tenure, University of Miami School of Law, 1975-81.

Program, Center for Comprehensive Health Planning, University of Virginia, 1970-75.

Accreditation (1973-74), Prizes and Awards (1973-75), and Computer Services (1972-74), Department of Economics, University of Virginia.

**Related
Experience:**     Member, Florida Advisory Committee, U.S. Commission on Civil Rights, 1985-present

Member, Governing Board, Credit Research Center, Georgetown University, 1981-present

Member, National Advisory Board, Capital Research Center, 1990-present

Member, National Advisory Board, National Center for Privatization, 1984-present

Member, Metropolitan Dade County Budget Reform Commission, 1990-1991

Member, Research Committee, Florida Chamber of Commerce Foundation, 1985-1991

Member, Governor's Council of Economic Advisors, State of Florida, 1988-1991

Member, Corporate Strategic Planning Task Force, United Way, 1986-1990

Consultant, Montenay Power Corp., 1987
  Analysis of private versus public operation costs for resource recovery plants.Project Co-director and Contributor, Florida Privatization Study, 1986-87

Member, Economic Advisory Panel, Florida State Comprehensive Plan Committee, 1986-87

Consultant, Bureau of the Census, U.S. Department of Commerce, 1984-85
  Analysis, including recommended revisions of U.S. Census service industry surveys

Member, President's Task Force on Food Assistance, 1983-84

Member, Advisory Committee, United Way, 1983-85

Member, Advisory Council on Education Statistics, U.S. Department of Education, 1981-82
  Establish standards and review operations of the National Center for Education Statistics.

Member, Advisory Board, Reagan/Bush Transition Team, 1980
  Proposed changes for the Federal Trade Commission.

Project Co-director and Contributor, Federal Trade Commission Study, 1978-80
  Economic and legal analyses of Federal Trade Commission

Consultant, H.C. Wainwright & Co. and Chrysler Corporation, 1978-80
   Economic analyses of automobile regulations.

Consultant, Federal Trade Commission, 1976-78
   Economic analyses of Trade Regulation Rules.

Consultant, Abt Associates, Inc., 1976-77
   Economic analyses of in-kind transfer programs.

Consultant, The Upjohn Company, 1976-77
   Economic analyses of Good Manufacturing Practice regulations for the
pharmaceutical industry.

Consultant, ECON, Inc., 1976-77
   Economic analyses of petroleum stockpile reserves.

Project Director and Contributor, Law and Economics Center, University of Miami
School of Law, 1975-76
   Economic and legal analyses of national economic planning.

Consultant, Hoffmann-La Roche Inc., 1974-76
   Economic analyses of rate of return and investment decisions.

Consultant, Office of Management and Budget, 1974-75
   Economic analyses of lease-purchase regulations.

Research Fellow, Thomas Jefferson Center for Political Economy, 1973-75
   Economic analyses of alternative rights to use resources.

Consultant, U.S. Treasury, 1973
   Economic analyses of international law of the seas.

Consultant, National Endowment for the Arts, 1973
   Economic analyses and solutions of problems in arts organizations.

Consultant, President's Commission on Government Procurement, 1972
   Economics editor for final report.

Economist, Evaluation Division, Office of Management and Budget, Washington,
D.C., 1971-72, in my capacity as a Brookings Fellow
   Economic analyses of government programs.

**Published Books
and Monographs:**

West's Business Law: Text and Cases, 7th ed. (with R.L. Miller, G. Jentz and F.
Cross), West Publishing Company, 1998.

West's Business Law: Text and Cases, 6th ed. (with R.L. Miller, G. Jentz and F.
Cross), West Publishing Company, 1995

West's Business Law: Text and Cases, 5th ed. (with R.L. Miller, G. Jentz and F.
Cross), West Publishing Company, 1992.

3

West's Business Law: Alternate UCC Comprehensive Edition, 4th ed. (with R.L. Miller, G. Gentz and F. Cross), West Publishing Company, 1990.

West's Business Law: Text and Cases, 4th ed. (with R.L. Miller, G. Jentz and F. Cross), West Publishing Company, 1989.

Savings A.S.A.P./Alternative Service-Delivery Assessment Project: An Analysis of the City and County of Los Angeles (with P. Fixler, et al.), The Reason Foundation, 1988.

The Role of Privatization in Florida's Growth (with P. Fixler, et al.), Florida Chamber of Commerce Foundation, 1987.

West's Business Law: Alternate UCC Comprehensive Edition, 3rd ed. (with R.L. Miller and G. Jentz), West Publishing Company, 1987.

West's Business Law: Text and Cases, 3rd ed. (with R.L. Miller and G. Jentz), West Publishing Company, 1986

West's Business Law: Alternate UCC Comprehensive Edition, 2nd ed. (with R.L. Miller and G. Jentz), West Publishing Company, 1984.

West's Business Law: Text and Cases, 2nd ed. (with R.L. Miller and G. Jentz), West Publishing Company, 1983.

Economics Sourcebook of Government Statistics (with A.A. Hoel and R.L. Miller), D. C. Heath and Company, 1983.

Industrial Organization: Theory, Evidence and Public Policy (with R.L. Miller), McGraw-Hill, Inc., 1982.

The Federal Trade Commission Since 1970: Economic Regulation and Bureaucratic Behavior (with T.J. Muris), Cambridge University Press, 1981.

West's Business Law: Alternate UCC Comprehensive Edition (with R.L. Miller, S. Chaplin and B. Blaire), West Publishing Company, 1981.

West's Business Law: Text and Cases (with R.L. Miller and B. Blaire), West Publishing Company, 1980.

Economics of Nonproprietary Organizations (edited with D.L. Martin), Research in Law and Economics Series, JAI Press, 1980.

Distortions in Official Unemployment Statistics: Implications for Public Policy Making (with R.E. Meiners), Center for Education and Research in Free Enterprise, Texas A & M University, 1979.

Civil Liability of Government Officials (with T.J. Muris), Law and Contemporary Problems 42, (Winter 1978).

Inflated Unemployment Statistics: The Effects of Welfare Work Registration Requirements (with R.E. Meiners), Law and Economics Center, University of Miami School of Law, 1977.

Intangible Capital and Rates of Return, American Enterprise Institute for Public Policy Research, Studies in Economic Policy, 1977.

Food Stamp Reform, American Enterprise for Public Policy Research, Legislative Analyses, 1977.

Catalog of Research Issues for Understanding National Economic Planning (Project Director), Law and Economics Center, University of Miami School of Law, 1976.

Food Stamps and Nutrition, American Enterprise Institute for Public Policy Research, Evaluative Studies, 1975.

Correcting Taxes for Inflation (with W. Fellner and J.H. Moore), American Enterprise Institute for Public Policy Research, Domestic Affairs Studies, 1975.

Microeconomics in Action (with C.C. Stone), Prentice-Hall, Inc., 1971.

**Published
Articles:**

The Effects of Research and Promotion on Rate of Return, Competitive Strategies in the Pharmaceutica Industry, R Helms (ed.) (American Enterprise Institute, 1996), 238-268.

The Service Sector in Florida in The Economy of Florida: 1990 Edition, Governor's Council of Economic Advisors, 1990.

The Changing World of Products Liability Law (with Francisco O. Loriga) in Safety Brief, Triodyne Inc., 1990.

Privatization at the State and Local Level in Privatization and State-Owned Enterprises, Kluwer Academic Press, 1989, 143-194.

The Case for Minimizing Regulation in The Frontier of Research in the Consumer Interest. Proceedings of the International Conference on Research in the Consumer Interest, 1988, 441-445.

Implementing Privatization at the Local Level in Florida Policy Review, (Winter 1988), 1-7.

Who Says You Can't Cut the Budget? Policy Review (Winter 1986), 54-55.

The Safety Net from the Reagan Administration Perspective in Maintaining the Safety Net, American Enterprise Institute for Public Policy Research, 1984.

Letting Competition Serve Consumers (with T.J. Muris) in Instead of Regulation, Lexington Books, 1982, 135-168.

Institutional Constraints and Art Museum Management in The Interaction of the Public, Private and Non-Profit Sectors, The Urban Institute, 1981, 35-60.

Reducing the Drug Lag: Entrepreneurship in Pharmaceutical Clinical Testing (with W. MacLeod) in Drugs and Health: Economic Issues and Policy Objectives, American Enterprise Institute for Public Policy Research, 1981, 84-113.

Exclusionary Practices: Shopping Center Restrictive Covenants (with T.J. Muris and D.L. Martin) in The Federal Trade Commission Since 1970, Cambridge University Press, 1981, 141-160.

Constraining the Federal Trade Commission: The Case of Occupational Regulation (with T.J. Muris), University of Miami Law Review 35 (November 1980), 77-130.

The Federal Trade Commission and Occupational Regulation (with T.J. Muris) in Occupational Licensure and Regulation, American Enterprise Institute for Public Policy Research, 1980, 107-141.

The Economics of Pharmaceutical Information: International Impacts of U.S. Regulatory Reform (with D. Ladd and W. MacLeod) in The International Supply of Medicines, American Enterprise Institute for Public Policy Research, 1980, 86-115.

Regulating Chrysler Out of Business? (with C.W. Kadlec and A.B. Laffer), Regulation (September/October 1979), 44-49.

Managerial Behavior in Nonproprietary Organizations in Economics of Nonproprietary Organizations, K.W. Clarkson and D.L. Martin (eds.), Research in Law and Economics, JAI Press, 1980, 3-26.

Institutional Changes, Reported Unemployment and Induced Institutional Changes (with R.E. Meiners), Journal of Monetary Economics, Supp. (1979), 205-235.

Toward A Theory of Government Advertising (with R.D. Tollison), Research in Law and Economics, R.O. Zerbe (ed.), JAI Press, 1979, 131-143.

Are Unemployment Figures Meaningless? (with R.E. Meiners), Business Horizons 22 (February 1979), 47-52.

The Use of Pharmaceutical Profitability Measures for Public Policy Actions in Issues in Pharmaceutical Economics, R.I. Chien (ed.), Lexington Books, 1979, 105-124

The Social Performance Index and Corporate Responsibility, Regulation (September/October 1978), 7-8.

Liquidated Damages v. Penalties: Sense or Nonsense? (with R.L. Miller and T.J. Muris), Wisconsin Law Review 2 (1978), 361-390.

Food Stamps and the Spurious Rise in the Unemployment Rate: Re-examined (with R.M. Devens and R.E. Meiners), Policy Review 3 (Winter 1978), 77-87.

Do Corporations Earn Excessive Profits? in The Attack on Corporate America, M.B. Johnson (ed.), McGraw-Hill Book Company, 1978, 252-255.

Are Corporations' Rates of Return Excessive? in The Attack on Corporate America, M.B. Johnson (ed.), McGraw-Hill Book Company, 1978, 267-271.

Should Corporations Ignore Social Goals? in The Attack on Corporate America, M.B. Johnson (ed.), McGraw-Hill Book Company, 1978, 17-20.

6

Does Monopoly Power Cause Extensive Welfare Losses? in The Attack on Corporate America, M.B. Johnson (ed.), McGraw-Hill Book Company, 1978, 203-206.

Government Statistics as a Guide to Economic Policy: Food Stamps and the Spurious Increase in the Unemployment Rates (with R.E. Meiners), Policy Review 1, (Summer 1977), 27-51.

What Humphrey-Hawkins Asks but Doesn't Answer, Business and Society Review 20 (Winter 1976-77), 68-71.

Welfare Benefits of the Food Stamp Program, Southern Economic Journal 43 (July 1976), 864-878.

Economic Implications of Deep Seabed Mining, International Law and the Future of Deep Seabed Mining, Charlottesville, VA: John B. Moore Society of International Law, 1975, 7-12.

Economic Effects of Work Requirements in Leases to Develop Seabed Resources, Virginia Journal of International Law 15 (Summer 1975), 795-814.

Property Rights, Incentives and Economic Development, Growth and Change 8 (April 1975), 23-28.

The Right Way, the Wrong Way and the Government Way, Res Publica 2 (Fall 1974), 14-19.

International Law, U.S. Seabeds Policy and Ocean Resource Development, Journal of Law and Economics 17 (April 1974), 117-142.

Some Implications of Property Rights in Hospital Management, Journal of Law and Economics 15 (October 1972), 363-384.

Other
Publications:
Consumer Credit Evaluation (with Computer Program), Credit Research Center, Purdue University, Forthcoming.

Bankruptcy Evaluation Program for U.S. Trustees (with Computer Program), Credit Research Center, Purdue University, Forthcoming.

Products Liability at a Glance—1994, with Francisco O. Loriga (1987, with James Best). Wall chart published by the Law and Economics Center, University of Miami, 1994, 1992, 1990, 1987

Privatization Candidates and Budget Analysis. Computer program developed for assisting local public officials, 1987.

Service Cost Analysis. Computer program developed for assisting local public officials, 1987.

Comments on the Use of Poverty Statistics in Federal Laws and Programs, Bureau of the Census, 1986.

Understanding International Laws for Improving Business Prospects, Aboard, May 1986, 39-42, 51-52.

7

Improving Governmental Choices Through Cost/Benefit Analysis, <u>SRC Quarterly Reports</u>, Spring 1981.

<u>Drug Substitution: Issues for the Physician</u> (with L. Block, R. Dorsey, R. Hansen and W. Ross), New York, N.Y., Pfizer Pharmaceuticals, 1981.

Inflation, Taxation and Economic Growth, published testimony in U.S. Congress Hearings <u>Impact of Inflation on the Economy</u>, 96th Congress, 1st Session Vol. 2 (June 18-22, 1979), 898-903.

The Employment-Unemployment Riddle (with R.E. Meiners), <u>The Collegiate Forum</u> (Spring 1978), 7-8.

Deflating Unemployment Statistics (with R.E. Meiners), <u>The American Spectator</u> 11 (March 1978), 26-28.

Energy Coupons, published testimony in U.S. Senate Hearings, Special Committee on Aging, <u>The Impact of Rising Energy Costs on Older Americans</u>, 95th Congress, 1st Session, Part 5 (April 7, 1977), 401-407.

Food Stamp Reform, published testimony in U.S. Senate Hearings, Committee on Agriculture and Forestry, <u>Food Stamp Reform</u>, 94th Congress, 1st Session, Part 1 (October 7-10, and 20, 1975), 168-173.

Identification of Food Stamp Issues, <u>GAO Food Stamp Seminar: A Transcript of the Proceedings</u>, Washington, D.C.: U.S. General Accounting Office, 1976.

**Book Reviews:**     Review of <u>The Voluntary Nonprofit Sector</u> by B.A. Weisbrod, Lexington Books, 1977, <u>Journal of Political Economy</u> 87 (June 1979), 669-672.

Review of <u>Benefit-Cost and Policy Analysis</u>, 1973, ed. by R.H. Haveman, et al., Chicago: Aldine-Atherton, Inc., 1974, <u>Journal of Business</u> 48 (April 1975), 286-287.

**Reprints:**     "Welfare Benefits of the Food Stamp Program," in N. Reddy <u>Empirical Studies in Microeconomics</u> (Lexington, MA: Ginn Custom Publishing, 1985), 32-45.

<u>The Safety Net After Three Years</u>, Law and Economics Center, University of Miami, 1984.

The Impact of Government Regulations on Competition in the U.S. Automobile Industry (with C.W. Kadlec and A.B. Laffer), U.S. Senate Hearings, Committee on Banking, Housing and Urban Affairs, <u>Government Regulation of the Automobile Industry</u>, 96th Congress, 1st Session (April 26, 1979), 361-482.

International Law, U.S. Seabeds Policy and Ocean Resource Development, preprinted (by permission of the <u>Journal of Law and Economics</u>), U.S. Senate Hearings, Committee on Interior and Insular Affairs, <u>Mineral Resources of the Deep Seabed</u>, 93rd Congress, 2nd Session (March 5, 6, and 11, 1974), 1176-1216.

8

| | |
|---|---|
| Research in Progress: | Impact of Expensing Research and Marketing Activities on Observed Rates of Return. |
| | Economic Impact of Products Liability Law |
| | Improving Delivery of Public Services Using Private Management. |
| | Understand Federal Budget Options. |
| Professional Activities: | Presented, "Alternatives for Improving Government Operations" before State of Florida Constitutional Tax and Budget Reform Commission, 1990. |
| | Appeared on Metro Magazine, Dade County's educational cable television program, to discuss Privatization at the Local Government Level, 1990. |
| | Spoke on "Accounting versus Economic Returns" at the Winter 1990 Symposium on the Economics of the Pharmaceutical Industry, Short Hills, New Jersey, 1990. |
| | Presented "Florida's Service Sector," The Economy of Florida: 1990 & Beyond, Florida Press Association, Tampa, 1990. |
| | Panel member on "Project Cornerstone and the New Enterprise Project," Dade Economic Forum Outlook Conference--1990, Miami, 1990. |
| | Invited presentation on the Privatization of Corrections Facilities to the Board of County Commissioners of Alachua County, Gainesville, 1989. |
| | Invited presentation on Privatization to Florida Government Officials at the Fourth Annual Government Seminar, Gainesville, 1989. |
| | Spoke on "Measuring Rates of Return" at the Merck Public Policy Day, Newark, New Jersey, 1989. |
| | Presented "Choosing Privatization Options and Evaluating Relative Cost," at The Florida Chamber of Commerce Foundation Conference, Implementing Privatization in Florida, Orlando, Florida, 1988. |
| | Presented "Business Strategies in the 1990s," University of Miami Citizens Board Meeting, Miami, 1988. |
| | Presented "Privatization in the Government Sector," Meeting of the Association of Government Accountants, Miami, 1988. |
| | Spoke on Privatization at Meeting of the Miami Business Economists Association, 1988. |
| | Presented "The Case for Minimizing Regulation," at the International Conference on Research in the Consumer Interest, American Council of Consumer Interests, Racine, WI, 1987. |
| | Presented "Privatization at the State and Local Level," Bradley Policy Research Center Conference, Privatization in Britain and North America: Theory, Evidence, and Implementation, Washington, D.C., 1987. |

9

Presented "Implementing Privatization at the Local Level," Western Economic Association Meetings, Vancouver, British Columbia, 1987.

Spoke on Privatization at Meeting of the Coral Gables, Florida, Chamber of Commerce, 1987.

Presented "Economic News--Locating, Interpreting and Reporting Economic Information Accurately and Effectively," Florida Press Association, Orlando, Florida, 1986.

Spoke on Privatization at (1) Fall Meeting of The Florida Council of 100 Annual Board Meeting, (2) Beacon Council-Greater Ft. Lauderdale Chamber of Commerce-Economic Council of Palm Beach County-National Privatization Council Fall Conference, (3) Public Technology Inc., 1986.

Spoke on Safety Net Program for the American Enterprise Institute Public Policy Week, Washington, D.C., 1983.

Spoke on the "Federal Budget System" to media representatives, 1983.

Participated in various radio station talk shows on social welfare policy in Miami, West Palm Beach, and Philadelphia, 1984.

Presented "Improving Food Assistance" before Bread for the World, 1984.

Spoke on "Employment Security" before the Environmental Scanning Association, Washington, D.C., 1984.

Various presentations before professional organizations in my capacity as Associate Director at the Office of Management and Budget, 1982-83.

Presented "Cost/Benefit Analysis: Uses and Misuses," at the Law and Economics Center's Economics Institute for Public Interest Law Firm Attorneys, 1982.

Presented the "Role of Property Rights in Economic Development" at Latcom '81, December 1981.

Appeared on Ch. 7 *UM Roundtable* concerning economic impacts of governmental programs, 1981.

Chairman and participant on "The Federal Trade Commission and Economic Regulatory Behavior: What Next?" at the Law and Economics Center seminar, 1981.

Presented "The Economy Under President Reagan," at the International Association of Financial Planners Meeting, 1981.

Invited for presentation on Miami television program "Nightly Business Report," speaking on effects of the minimum wage on the South Florida economy, 1981.

Panel member on "The Free Enterprise Zone" at the University of Miami, 1980.

Presented "The Economy Under President Reagan," at the League of Women Voters Meeting, 1980.

Chairman of session on the "Effects of Contract Restrictions on Financial Markets" at the Financial Management Association Meetings, 1980.

Chairman of session on the "Legal and Economic Analyses of the Federal Trade Commission" at the Western Economic Association Meetings, 1979.

Presented "Economic Issues and the Pharmaceutical Industry" at the PMA Public Relations Section Annual Meeting, 1978.

Presented "The Economics of Pharmaceutical Information: International Impacts of U.S. Regulatory Reform" at American Enterprise Institute Conference on the International Supply of Medicines, 1978

Panel member (with R. Heller, H. Hansmann, and A. Freeman) on "Economic Theory and Legal Processes" at the Law and Society Association Meetings, 1978.

Presented "Institutional Changes, Reported Unemployment and Induced Institutional Changes" at the University of Rochester/Carnegie-Mellon University Public Policy Conference, 1978.

Invited testimony on controlling health care costs before the Cost Containment and Legislative Committee of the Florida Statewide Health Coordinating Council, 1977.

Presented "Monopoly and Nonprice Competition in Government" at the Western Economic Association Meetings, 1977.

Presented "Changing Values and Expectations" at the Public Relations Seminar, April 1977.

Presented "Inflated Unemployment Statistics" at the Public Choice Meetings, March 1977.

Presented "National Economic Planning and the U.S. Pharmaceutical Industry" at the Upjohn Company Seminar on the Economics of the Pharmaceutical Industry, November 1976.

Presented "Liquidated Damages v. Penalties: Sense or Nonsense?" at the Southern Economic Association Meetings, November 1976.

Invited for presentation on food stamps, television talk show, Channel 10, Miami, FL, July 1976.

Chairman of session on "Property Rights and Natural Resources" at the Western Economic Association Meetings, June 1976.

Presented "Economics of Art Museums" at the Western Economic Association Meetings, June 1976.

Panel member (with W. Leontief, C. Madden, and M. Sharpe) for Plenary Session on "Issues in National Economic Planning" at the Eastern Economic Association Meetings, April 1976.

11

Resource Panel, 1976 Presidential Forum, League of Women Voters, 1976.

Invited testimony on food stamps before the Committee on Agriculture and Forestry, U.S. Senate, 1975.

Invited presentation at General Accounting Office Workshop on food stamps, 1975.

Presented "Welfare Benefits of the Food Stamp Program" at the Western Economic Association Meetings, 1975.

Presented "Resource Rights, Effective Constraints and Theories of Producer Behavior" at the Western Economic Association Meetings, 1975

Presented "Property Rights, Incentives and Economic Development" at the Southern Economic Association Meetings, 1973.

Presented "Changing Governmental Constraints for Greater Efficiency" at the Western Economic Association Meetings, 1973.

Presented "Some Implications of Property Rights: An Application to Hospitals" at the Western Economic Association Meetings, 1971.

Invited lectures at the University of Chicago, Cornell University, Duke University, Federal Executive Institute, North Carolina State University, University of Rochester, University of Pennsylvania, University of Southern California, and other academic institutions.

Participant at conferences on Property Rights; Deregulation; Auto Safety; Civil Liability; East-West Trade; Nonproprietary Institutions; Private Alternatives to the Judicial Process; Art Museums; and Regulation, Federalism, and Interstate Commerce.

Referee for journal articles, Journal of Political Economy, Economic Inquiry, Public Choice, and Journal of Human Resources.

Reviewer for economics manuscripts, Prentice-Hall, Inc., and Goodyear Publishing Co., Inc., Yale University Press.

Reviewer for the National Science Foundation.

| | |
|---|---|
| Fellowships, Awards, and Honors: | Adjunct Scholar, The Heritage Foundation, since 1978. |

Sigma Xi Scientific Research Society, since 1980.

Who's Who in the World, 12th edition, 1995
(also 7th - 11th editions).

Who's Who in America, 49th edition, 1995
(also 43rd - 48th editions).

Who's Who in Science and Engineering, 1st edition, 1992-93.

Who's Who In Finance and Industry, 27th edition, 1992-1993
(also 26th edition)

Who's Who in the South and Southwest, 18th edition, 1982-1983.

American Men and Women of Science, The Social and Behavioral Sciences, 13th edition, 1978.

American Men and Women of Science, Economics, 1974.

American Men and Women of Science, The Social and Behavioral Sciences, 12th edition, 1973.

Member of group receiving National Science Foundation Grant, 1972-1974.

Brookings Economic Policy Fellow, the Brookings Institution, 1971-1972.

Joint Council on Economic Education, Honorable Mention in the 1971 National Economics Multiple Choice Contest.

Wilson Gee Fellow, University of Virginia, 1970.

Charles Fletcher Scott Fellow, Graduate Division, University of California at Los Angeles, 1965-1966.

Earhart Foundation Fellow, University of California at Los Angeles, 1964-1965.

13