UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6119-CIV-HUCK

FILED by _____ D.C.
NOV 0 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

TRINA ROLLIE,

      Plaintiff,

v.

VENATOR GROUP RETAIL, INC., f/k/a
KINNEY SHOE CORPORATION, a New York
corporation, and VENATOR GROUP, INC. f/k/a
WOOLWORTH CORPORATION,
a New York corporation,

      Defendants.
_____/

### ORDER ON PLAINTIFF'S MOTION FOR CLARIFICATION AND ORDER RESETTING TRIAL DATE

Plaintiff's Motion for Clarification [DE # 31-1] is hereby GRANTED. The trial date in this matter is hereby RESET for the two-week period commencing **March 26, 2001,** with Calendar Call on **Wednesday, March 21, 2001 at 8:30 a.m.**

The parties shall complete mediation at least 45 days in advance of trial. All non-dispositive pretrial motions shall be filed 30 days in advance of trial. A joint pretrial stipulation shall be filed 15 days in advance of trial. Jury instructions shall be filed 7 days in advance of trial.

All other pretrial deadlines set forth in Judge Lenard's Order Adopting Joint Scheduling Report shall remain in effect. No pretrial conference shall be held, unless the parties so request, or the Court determines *sua sponte*, that a pretrial conference is necessary.

In addition, the parties shall submit a SINGLE JOINT set of proposed jury instructions and verdict form, though the parties need not agree on the proposed language of each or any instruction or question on the verdict form. Where the parties do agree on a proposed instruction or question, that instruction or question shall be set forth in Times New Roman 14 point typeface. Instructions and questions proposed only by the plaintiff(s) to which the defendant(s) object shall be italicized. Instructions and questions proposed only the defendant(s) to which the

plaintiff(s) object shall be bold-faced. Each jury instruction shall be typed on a separate sheet and must be supported by citations of authority. Each disputed jury instruction shall also state the basis for the objection(s) at the bottom of the sheet, before the citations of authority. In preparing their requested jury instructions, the parties shall utilize as a guide the Pattern Jury Instructions for Civil Cases approved by the United States Eleventh Circuit, including the Directions to Counsel contained therein. A copy of the proposed jury instructions and verdict form shall be delivered to chambers at the time of filing, together with a computer disk compatible with Corel WordPerfect version 8.0.

DONE AND ORDERED in chambers, Miami, Florida, this 6 day of November, 2000.

_____
PAUL C. HUCK
United States District Judge

Copies furnished to:
Kelsay Patterson
Alan Gerlach