UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

TRINA ROLLIE,
    Plaintiff,

CASE NO: 00-6119 CIV-LENARD
MAGISTRATE JUDGE TURNOFF

vs.

VENATOR GROUP RETAIL, INC.,
f/k/a KINNEY SHOE CORPORATION,
and VENATOR GROUP, INC., f/k/a
WOOLWORTH CORPORATION,
    Defendants.
_____/

NOV 9 2000

### REPORT OF MEDIATION

A mediation conference was held on October 20, 2000 for the above referenced matter. Mediator, KAREN EVANS, conducted the proceedings. The parties were present as indicated by their signatures below.

    __X__ There was an impasse.

    _____ A partial agreement was reached.

    _____ A complete agreement was reached.

    _____ The mediation was continued.
            Date:_____

_____
Trina Rollie
Plaintiff

_____
Plaintiff's Counsel

_____
Oct 20, 2000
DATE

_____
Venator Group Retail, Inc.

_____
Venator Group, Inc.

_____
Defendants' Counsel

_____
KAREN EVANS, ESQ.
Mediator