UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6119-CIV-HUCK

TRINA ROLLIE,

    Plaintiff,

v.

VENATOR GROUP RETAIL, INC., f/k/a
KINNEY SHOE CORPORATION, a New York
corporation, and VENATOR GROUP, INC. f/k/a
WOOLWORTH CORPORATION,
a New York corporation,

    Defendants.
_____/



## ORDER ON DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S EXPERT WITNESS DISCLOSURE

This matter is before the Court on Defendant's Motion to Strike Plaintiff's Expert Witness Disclosure. For the reasons stated, the Motion [DE # 33-1] is hereby DENIED.

Defendant seeks to strike plaintiff's expert witness disclosure as untimely, for failure to conform to the requirements of Local Rule 16.1K, and on the ground that the proffered expert testimony in inadmissible under Fed. R. Evid. 702.

The sanction Defendant seeks for the untimely disclosure and failure to comply with the Local Rules is too harsh. The Plaintiff should not be penalized for her counsel's derelictions. However, Plaintiff's counsel is hereby ORDERED to make the expert immediately available for deposition. Should Defendant require additional time due to the late disclosure, the Court will consider continuing the trial date upon proper motion.

Sanctions are hereby imposed in the amount of $350 due for the necessity of filing this motion. These sanctions are to be paid within ten (10) days of the date of this order by



**Plaintiff's counsel**, not the Plaintiff, as it was Plaintiff's counsel who violated the scheduling order and the Local Rules. Any further violations of court orders or the Local Rules will result in further sanctions.

To the extent that Defendant seeks to strike the expert under rule 702, the motion is denied without prejudice, with leave to re-file as a motion in limine prior to trial.

DONE AND ORDERED in chambers, Miami, Florida, this 28 day of November, 2000.

PAUL C. HUCK
United States District Judge

Copies furnished to:
Kelsay Patterson
Alan Gerlach