UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TRINA ROLLIE,

    Plaintiff,

v.

VENATOR GROUP RETAIL, INC., f/k/a
KINNEY SHOE CORPORATION,
a New York Corporation and
VENATOR GROUP, INC., f/k/a
WOOLWORTH CORPORATION,
a New York Corporation,

    Defendants.

_____/

CASE NO.: 00-6119-CIV-HUCK

Magistrate Judge Brown

NIGHT BOX
FILED
DEC 14 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

## DEFENDANT'S STATEMENT OF MATERIAL UNDISPUTED FACTS
## IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDMENT

Trina Rollie began her employment with Lady Foot Locker May 20, 1991 at the Oaks Mall in Gainesville. She began her Phase II training on July 24, 1991. See Exhibit 1. She completed her Phase II training on or about January 18, 1993. See Exhibit 2. She also began her Phase III training at the Aventura Mall in January 1993. Exhibit 3. Rollie completed that training in September 1993 and became a manager-in-waiting at the Broward Mall in late September 1993. As a manager-in-waiting she also worked as an acting store manager in place of her friend Debra Sharief at the Westland Mall location in 1994. On March 13, 1995, she received her first store manager assignment as manager of the Pembroke Lakes Mall Lady Foot Locker. Exhibit 4. Jeffrey Bjork, her immediate supervisor as district manager, selected her as rookie manager of the year for 1995. Bjork dep., 12.

On April 26, 1996, Ms. Rollie received a performance appraisal that noted the store's sales were up 19 percent, its profits off 14 percent and that her performance was below expectations for selling skills, multiple sales and recruiting. She was awarded an overall performance grade of "Commendable". Exhibit A. In August 1996 the Plaintiff received a letter from Willy Gugel regarding her last district manager visit

and the "Needs Improvement" rating she received in the area of sales floor programs. Exhibit 6.

On September 4, 1996 the Pembroke Lakes store was again audited. This time the operations rating was Satisfactory, and the results rating was Good, problems with layaway procedures and back-up sales checks were noted, along with a need for more test checks. Exhibit 7. On February 3, 1997 the Pembroke Lakes store, the store managed by Ms. Rollie, was again the subject of a store audit, with a satisfactory operations rating and an "unacceptable" rating for results. It was noted that damaged merchandise was not being handled correctly and, again, more test checks were needed. Exhibit 8. Two months later, on April 23, 1997, Ms. Rollie received her annual performance appraisal, which noted that the store sales were up 18 percent and the profits up 19 percent. While her overall performance was evaluated as "exceeding expectations", she was rated below standard (i.e., not meeting expectations) in "people development," recruiting and training new employees. Exhibit 9.

Meredith Infeld began her employment with Lady Foot Locker at the Galleria Mall location on November 30, 1992. Exhibit 10. She began Phase II training in March 1993 and completed it in August 1993. Composite Exhibit 11. In October 1993 at Aventura Mall, Ms. Infeld began her Phase III training. Exhibit 12. She completed Phase III training on April 30, 1994. Exhibit 13. She did not travel during her Phase III training. Exhibit 18 (excerpts from Infeld deposition transcript taken in Sharief case), p. 7.

On October 19, 1994 Ms. Infeld checked in as manager of the Galleria Mall, her first store manager assignment. Exhibit 14. A month later, the store's year-to-date performance (that is, since February 1, 1994, some nine months before Ms. Infeld became manager) was rated as unacceptable, with the profit down 70%. Exhibit 15. After Ms. Infeld had been manager for only five months, the Galleria Mall store was evaluated again. This time the store evaluation revealed a profit of 34%, the "accessory percentage" (that is, the percentage of sales that were "accessories") was number one in the district, and Ms. Infeld's good performance in training the store personnel were specifically noted. Exhibit 16. On May 11, 1995 the store was evaluated again. This time the profit was up 8%, the store ranked number one in the district for

2

matchpoint liquidation (that is, the rate at which older items were being sold), and accessories percentage continued to improve. The store's year-to-date performance was rated above average. Exhibit 17.

In August 1995 Ms. Infeld became manager of a different, older Lady Foot Locker at the Broward Mall. Exhibit 18, p. 5. The next month, the store was evaluated as having a year-to-date performance as "needing improvement" (reflecting time Ms. Infeld was not the store manager), and district manager Bjork noted that she had turned the sales around in her short time as manager. Exhibit 19. For 1994 Ms. Infeld had won the award for the highest accessory percent, for 1995 she won the highest multiple percent award (that is, the number of transactions at which more than one item is purchased) and another accessory award. Exhibit 18, pp. 29-30. She received a letter of commendation from Willy Gugel dated January 8, 1996 for the sales gain experienced by the Broward Mall store under her managership. Exhibit 20.

Ms. Infeld's performance appraisal dated April 16, 1996 reflected that she had exceeded her annual plan in sales, costs, apparel, matchpoints and multiples; that there had been an excellent increase in sales and a decrease in expenses; and that Ms. Infeld had taken the Broward Mall store, No. 6193, from a sales loss to a sales gain by the year-end. Exhibit 21. A store audit two days later noted an excellent "operations "rating, a "commendable" results rating, and paperwork and inventory control at their highest level. Exhibit 22. Two months later, another store evaluation revealed a year-to-date performance that was above average, with a profit up over 104% and expenses down 2%. Exhibit 23.

Under Ms. Infeld's managership, the Broward Mall location exceeded one million dollars in annual sales for the first time, and regional vice president Willy Gugel sent Ms. Infeld a letter congratulating her on this accomplishment dated July 29, 1996. Exhibit 24. A month later she received another letter of commendation from Gugel because her store had a $100,000 sales gain. Exhibit 25. Ms. Infeld also became a member of Lady Foot Locker's "Emerald Club" because her store had had a large increase and now achieved a million dollars in annual sales for 1996. Exhibit 26; Exhibit 18, pp. 19-20. She also won highest dollar sales gain.

On February 20, 1997, the Broward Mall store received a satisfactory operations rating, and a "good" results rating. Exhibit 27. Ms. Infeld's April 15, 1997 performance appraisal noted a superior rating for profit, up 19%; and that her performance in sales exceeded expectations. Exhibit 28. Her final store audit as a manager of Broward dated August 5, 1997 noted excellent operations rating and improved performance with respect to shrinkage control. Exhibit 29. On August 6, 1997, Ms. Infeld became the manager of the Aventura Mall location, a store whose annual sales volume was higher than that at Broward Mall.

Jeffrey Bjork, the district manager, had since his arrival in South Florida in 1989 promoted four blacks to store manager positions, including Plaintiff and Debra Sharief. When he arrived as district manager in 1989 there were no black store managers. Bjork dep., pp. 10-11. He selected Rollie as rookie of the year and as manager of the year in that district. Id. at 12. He selected Meredith Infeld to be the manager of the Aventura Mall store in August 1997 because he considered her the best qualified; race had nothing to with the selection. Id. at 15-17.

Bjork and Rollie discussed the Aventura Mall position at the time it became open in the summer of 1997. Bjork was left with the impression after their conversations that Rollie would prefer to remain at Pembroke Mall, where the store's sales volume was increasing. Id. at 14-15. At no time did Rollie tell Bjork that she wanted to be the manger of the Aventura Mall store. Id.; Rollie dep., 76-77.

A store manager's base pay is affected by the overall volume of the store. However, the manger's bonus is dependent upon the amount by which a store's sales volume increases. Thus, a manger of a store with a smaller sales volume can earn more than a manager of a store with a larger sales volume if the former has a significant increase in sales volume. Although the Aventura Mall store had a higher total volume in 1997-1998 than did Pembroke Lakes, the latter had a greater increase in sales volume. Trina Rollie actually received more take-home pay from Defendant than Meredith Infeld did in 1997, Rollie's last full year with Lady Foot Locker. Compare Exhibits 30 and 31. Pembroke Pines, where Pembroke Lakes is located, grew

4

extraordinarily rapidly throughout the 1990's. Exhibit 32, p. 4. Also, the nearby Hollywood Mall closed during this period, a development that further fueled Pembroke Lakes sales increase. Bjork dep., pp. 83-84; Rollie dep., p. 73.

On May 11, 1998, Plaintiff submitted her letter of resignation from Lady Foot Locker. Exhibit 33. Her last day of employment was on or about May 22, 1998. At no time during or after her employment with the Defendant did Plaintiff file any type of discrimination charge with any state, federal, or local agency. The only letter of complaint she ever wrote, dated May 28, 1996, was addressed to Paul Campbell and was prompted by the investigation by Campbell, employed by Defendant's fair employment practices department, of a complaint by Rollie's friend and fellow black store manager Debra Sharief. Exhibit 34, Bjork dep., pp. 36-37; Rollie dep., pp. 125-127. The letter did not mention any discriminatory failure to promote.

Rollie filed her one-count lawsuit under 42 U.S.C. § 1981 on January 12, 2000.

Respectfully submitted,

ALAN M. GERLACH, ESQ.
Florida Bar. No. 199184
BROAD AND CASSEL
390 North Orange Avenue, Suite 1100
Orlando, Florida 32801
P.O. Box 4961 (32802)
Telephone: (407) 839-4200
Fax: (407) 425-8377
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail this 14th day of December, 2000 to: KELSAY D. PATTERSON, ESQUIRE, Law Offices of Michael M. Tobin, P.A., 1099 Ponce De Leon Boulevard, Coral Gables, Florida 33134-3319.

*[signature]*
Alan M. Gerlach, Esquire
Florida Bar No. 199184
BROAD AND CASSEL
390 North Orange Avenue, Suite 1100
Orlando, Florida 32801
Post Office Box 4961 (32802-4961)
Telephone: (407) 839-4200
Facsimile: (407) 425-8377
Attorneys for Defendant