UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TRINA ROLLIE,

     Plaintiff,

v.

VENATOR GROUP RETAIL, INC., f/k/a
KINNEY SHOE CORPORATION,
a New York Corporation and
VENATOR GROUP, INC., f/k/a
WOOLWORTH CORPORATION,
a New York Corporation,

     Defendants.

_____/

CASE NO.: 00-6119-CIV-HUCK

Magistrate Judge Brown



**NIGHT BOX
FILED**

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

### NOTICE OF FILING

    Defendant, VENATOR RETAIL, INC., f/k/a KINNEY SHOE CORPORATION, by and through

its undersigned counsel, hereby gives notice of filing the following:

    1.    Exhibits 1-34 of Defendant's Statement of Material Undisputed Facts in Support of

Defendant's Motion for Summary Judgment.

    2.    Excerpts of Trina Rollie's deposition taken  August 30, 2000.

    3.    Excepts of  Jeffrey Bjork's deposition taken Octobert, 18, 2000.

Respectfully submitted,

ALAN M. GERLACH, ESQ.
Florida Bar. No. 199184
BROAD AND CASSEL
390 North Orange Avenue, Suite 1100
Orlando, Florida  32801
P.O. Box 4961 (32802)
Telephone: (407) 839-4200
Fax: (407) 425-8377
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S.

Mail this _14th_ day of December, 2000 to: KELSAY D. PATTERSON, ESQUIRE, Law Offices of

Michael M. Tobin, P.A., 1099 Ponce De Leon Boulevard, Coral Gables, Florida 33134-3319.

Alan M. Gerlach, Esquire
Florida Bar No. 199184
BROAD AND CASSEL
390 North Orange Avenue, Suite 1100
Orlando, Florida 32801
Post Office Box 4961 (32802-4961)
Telephone: (407) 839-4200
Facsimile: (407) 425-8377
**Attorneys for Defendant**

ORL1\LABOR\355662.1
21719/0021 RW rw 12/11/00 8.36 AM

**TRAINING DAY**

DATE _7-24-91_

TRAINEE _Irina Koller_
MANAGER _Renee Shenitzer_ STORE (put store stamp)

TRAINING PHASE _II_
SUBJECT COVERED _Closing Procedures (Reading_
_Deposit, Checks, Credit Cards, Returns, and_
_198)_

MANAGER COMMENTS _We went over what Admin_
_85 is and explained how it helps you_
_with your deposit. We also went over admin 81._
_I explained to her how to do the deposit._
_She also knows how to fill out_
_198 and get a gain or a loss._

SIGNATURE _Staci Vance_

TRAINEE COMMENTS _____

**EXHIBIT**
_1_

SIGNATURE _Irina Koller_

M*A*I*L* T*O* D*I*S*T*R*I*C*T* O*F*F*I*C*E* E*V*E*R*Y* M*O*N*D*A*Y*

TD #1

FORM NO

VENA000284

# LADY FOOT LOCKER

*Irina Rollie*



# STANDARD PRACTICE MANUAL TEST

★★★★★★★★★★★

EXHIBIT

SKU # 01-08137-2-00

# STANDARD PRACTICE MANUAL TEST

# LADY FOOT LOCKER

**********************************************************************
**( open book test )**

**(Test must be completed and passed before entry into Phase III.
On all questions below, you must write the section and page where
the answer can be found in the Kinney Standard Practice Manual.)**

III - 2    1.    **Our Corporation is an Equal Employment Opportunity Employer.
What does this mean?**

*equal employment opportunity regardless of race,
color, religion, sex, age or national origin*

III - 3    2.    **Explain and define "Employment at Will".**

*any person hired by kinney Corp can be discharged
at any time with or without notice & are not under
any contract.*

III - 9    3.    **What work requirements are needed for new employees?**

*application, reference checks, I-9 forms, W-4 form,
drug deposit (full time), & work permits (minors)*

III - 9    4.    **Explain the requirements for the Federal Form I-9.**

*must be completed within 3 days of hire completed
fully & correctly then forwarded to central office*

III-25    5.    **What is the Company's policy regarding Sexual Harassment?**

*prohibits unwelcome sexual harassment, requests for
sexual favors, verbal or physical conduct of a sexual nature
create an intimidating, hostile or offensive working environ.*

III-28    6.    **What is our Company's policy regarding requests for job
references for former employees?** *must be kept in
strictest confidentiality, only furnished dates of
employment titles & no unsolicited info should be
volunteered to anyone outside mgmt ranks of Comp.*

III-37    7.    **How should you compute overtime for associates that work over
40 hours in your store?**

*multiply the straight time earnings for all
hours worked by the applicable formal and
this would arrive at the extra half time due*

1

**8.  Where are Benefit booklets available?**

III-31  *Dist. Office or NYO Benefits Dept*

**9.  Where should claims be mailed regarding Medical expenses? What is the toll free number to call?**

III-35  *Metropolitan Life Ins. Comp / Group Claim off. 1-800-638-6348*

**10.  What are your responsibilities regarding the "Youtilizer-Review Plus"?** *Must call when you have medical questions, hospitalization, elective surgery or tests, having a baby or emergency hospitalization.*

III-36

**11.  When is a full-time associate eligible to enroll into our Company's Major Medical Plan?**

III-37  *after 3 mths of continuous service*

**12.  When is a full-time associate eligible to enroll into our Company's Dental Plan?**

III-39  *after 6 mths of continuous service*

**13.  Explain "IN DETAIL", our Company's Vacation Policy for current full-time Employees.** *Must complete 6 mths of full time service which is an avg. 40 hour week. Eligible vacation must be taken within 13 mth period Jan 1 to Jan 31 or be forfeited.*

III-48

**14.  Explain "IN DETAIL", our Company's Vacation Policy for associates who resign or are terminated during the vacation year.** *employees are unpaid gross pay for no. of weeks that he/she has worked during the previous 52 weeks.*

III-50

**15.  Explain briefly, our Corporation's Sick Pay Policy.** *Any full time employee absent due to sickness for any part of a day will receive full current weekly base pay plus any commission earned*

III-52

**16.  Explain our policy concerning returning from a Disability Leave of Absence.** *An employee that is expected to return should give the manager or District Manager their availability to work as soon as possible. Employees who fail to contact the District Manager regarding their return is considered to have resigned.*

III-54

2

*III-60*
*III-61A*

17. **When an Associate separates from the company, (resigns or is terminated) what form is required to be completed and where should it be mailed?**

Separation Report.
white - Hates McDonald
yellow - District office
Pink - Store copy

18. **Explain our current "Refund and Exchange" policy.**

*IV-19,20*  With a receipt customer can exchange or return unworn merchandise or damaged merchandise. without a receipt customer can only exchange new merchandise or worn merchandise at Manager's discretion.

19. **How many associates are recommended to assist in a store audit?**

*IV-36*  Depends on the number of units on-hand from your latest WSSR.

20. **What records should be "On-Hand" for the Auditor on Audit day?**

*IV-39*  MTR's, WSSR, packing slips from last shipment, MD+MDW POS envelopes or audit per., payroll (Cash action ledgement), list current employees, inventory tags, log sales report discount book, gift cert., prior inventory log, last audit report + adjustment.

21. **What is a W-4? When should it be filled out? Where should it be mailed?**

*III-9*  Federal gov. tax withholding form on the first day of hired or permanent transfer - white copy to MRO. yellow - store copy.

22. **What is "Direct Deposit"? Who is required to have it?**

*IV-56*  Direct deposit of net pay to an employee designated checking and/or savings acct. 100% must be deposited all part-time employees must have direct deposit.

23. **When will associates be paid?**

*IV-58*  bi - weekly

24. **If an associate works in "multiple stores" during the same week, how should their hours worked be entered into the POS register?**

*IV-62*  Each store must enter the hours worked at each store location.

25. **Explain our "Revenue Receipts" policy to safe guard a store's Bank Deposits.**

*IV-70*  Keep minimum cash in the register at all times.
- keep the cash stored in safe during store hours.
- regularly make bank night deposits.
- A deposit slip must accompany the money at night deposit in the bank at least 3 days a week, store must have storage
- Manager will responsible for all money deposit made at safe

3

26. What is our most current "Check Acceptance" policy?

*IV-71*

- Personal checks only for amt of Purchase.
- No payroll checks
- No party checks - checks made payable to your store only
- must be imprinted by a US Bank, name & address
- no personal checks for cash  No business checks

27. Where can the "Ten Point Shipping and Receiving" policy be found?

*a poster at the back door*

28. When should a cash loss be reported? Who should it be reported to?

*VI-2*

*All cash losses must be reported immediately to your Dist Manager*

29. What procedures should be followed if an accident occurs in your store and a customer is injured in some way?

*VI-4*

*assist customer, be concerned, ask customer what happened, notify dist mgr immediately, request professional medical asst if necessary, get name & address, secure an associate as a witness accident*

30. What procedures must be followed if an employee is injured on the job? (Workman's Compensation Benefits)

*VI-8, 9*

*must be reported on the appropriate forms  Written "Notice of Injury" handed within 24 hours, description of accident*

31. If a legal problem occurs in your store, or papers of litigation are received, what should be done?

*VII-2,*

*Must be reported to the Dist Manager immediately*

32. If a Government investigation takes place in your store, what procedures should be followed?

*VII-3,4*

- *examine the ID card of any govt agents*
- *contact Sperings corp regarding investigation*
- *follow guidelines to determine whether to give immediate cooperation*

33. Who must approve any personnel moving BEFORE it takes place?

*III-27*

*District Manager*

34. What does "HMO" stand for?

*Health Maintenance Organization*

*III-38*

4

35.   What is "C.O.B.R.A." and who is eligible for it?

*III-45* *gives separated employees & family company sponsored group health plans for a limited period of time after coverage ends*

36.   What are the procedures used for store maintenance and repair work? *all expenditures $500 over shall. HVAC contracts, Building + fire reports, these items must be approved by the maintenance dept., A/C & heating contracts, light fixtures, additional signage & expenditures from $25, $500 must be approved by DM.*

*IV 12,13*

37.   What are the two methods of payment our company uses for our employees?

*IV-58*

   - *Direct Deposit*
   - *Cash*

38.   What should be keyed into the POS if an associate is sick during a week?

*IV 61*   *hours taken using earning code 03*

39.   How are cash payments made at the store level for repair and maintenance work performed?

*IV-13*   *paid out of store cash*

40.   Briefly, explain the importance of day-to-day utilization of the Kinney Standard Practice Manual.  Also, if a problem arises, or a question is asked, what is the easiest way to find it in the Manual.  If it cannot be found, who should you call to get the question answered? *serves as a guideline of the company policies and practices. If you have any questions regarding any company policies you can refer to this Manual, and if you can not find the answer to any questions you should contact your DM.*

_____   _____
         **ASSOCIATE**                    **MANAGER**

                  1/15/93
              _____
                   **DATE**

5

# LADY FOOT LOCKER TRAINING DAY MEMO

**ASSOCIATE** _Irina Rollie_

**CURRENT PHASE/CHAPTER** _Phase 3 Chapter II_

**TOPICS TO COVER TODAY:** _College Recruiting_

_Irina spent time going thru the Open Book test for the first Chapter in Recruiting. We also review the Standard practice Manual test_

**ASSOCIATE'S COMMENTS:**

_We completed both Open-book test for Ch 1. We've reviewed Standard practice Manual test & I'm ready to review Cert College Recruiting._

EXHIBIT
3

_J. Rollie_
**ASSOCIATE**

_D Miller_
**SUPERVISOR**

YELLOW COPY - RETAIN IN EMPLOYEE'S FILE
WHITE COPY - SEND TO DISTRICT MANAGER'S OFFICE

SKU # 01-08139-8-00                                        VENA000314

**Lady foot Locker.**

2401 WEST PARK ROW #212

ARLINGTON. TX 76013

817·265·6872

**WILLY GUGEL**
REGIONAL VICE PRESIDENT
SOUTHERN REGION

April 20, 1995

TO: Trina Rollie, Manager
     #6544 Pembroke Pines

RE:  Store Visit Report

Dear Trina:

As a new Manager, you know the importance of our Human Resource
needs.  Please zero in on this vital area, so by your next D.M.
visit, you will score, our Above Average here.  Thanks in advance
for your focus.

Sincerely,

Willy Gugel

WG/pja

cc:  Jeff Bjork

Attachment

EXHIBIT
4

VENA000242

**District Manager:** Use the space below to summarize your visit and to be sure all necessary comments have been discussed and documented. If disciplinary action is necessary, be very specific describing the areas that must be improved, give specific direction for improvement and the time frame agreed upon.

IT IS GREAT TO SEE THE GAINS CONTINUE IN 6544 - LET'S BUIL D ON THEM. I WANT T O SEE YOU PUT MUCH MORE EMPHASIS ON THE TRAINING OF YOUR SALES TEAM-DO THIS BY GIVING THEM WEEKLY TRAINING DAYS DOCUMENTING AREAS THAT THEY ARE DOING WELL IN AND THOSE AREAS THAT NEED IMPROVEMENT. IN THE AREAS THAT YOU WANT THEM TO IMPROVE IN GIVE THEM GOALS AND A TIME FRAME TO HIT THESE GOALS. TESTCHECKS MUST BE DONE WEEKLY-NO EXCEPTIONS!!!!!!

## Manager Comments:

THIS VISIT WAS FAIR AND VERY ACURATE. I WANT TO THANK JEFF FOR THE INFORMATION HE HAS GIVEN ME ON MERCHANDISING AND TRAINING. I HAVE LEARNED A LOT TODAY AND WILL WORK HARD TO MAKE EVERY AREA ABOVE AVERAGE.

## Things To Do:

1. WEEKLY DOCUMENTED T.D. AND MONTHLY EVALUATIONS
2. WEEKLY TEST CHECKS UNITS AND DOLLARS
3. RE-DO APPAREL WALLS PER OUR DISCUSSION

| Overall evaluation of YTD Performace. (Check one box) | | Overall evaluation of Human Resource Development (Check one box) | | Overall evaluation of FL Sales Floor Programs (Check one box) | |
|---|---|---|---|---|---|
| [ ] AA [✓] A [ ] NI | | [ ] AA [ ] A [✓] NI | | [ ] AA [✓] A [ ] NI | |
| Overall evaluation of Product Involvement (Check one box) | | Overall evaluation of Visual Merchandising (Check one box) | | Overall evaluation of Operational Areas (Check one box) | |
| [ ] AA [✓] A [ ] NI | | [✓] AA [ ] A [ ] NI | | [ ] AA [✓] A [ ] NI | |

## Overall Performance:  AA | | [✓] | | NI

Mgr. Signature: _Tina Rollie_     DM Signature: _Jeffrey J. Bjork_

VENA000243

# KINNEY SHOE CORPORATION
## STORE MANAGER PERFORMANCE APPRAISAL

NAME: __TRINA ROLLIE_____   TITLE: __MANAGER_____   DATE OF APPRAISAL: _4/26/96(1995)_

D.M.: __JEFF BJORK_____   STORE #: _6544_____   DIVISION: _LADYFOOTLOCKER__   DISTRICT # _427_

DATE OF HIRE: _7/25/91_____   LENGTH OF TIME IN POSITION: _11MO._   CHECK-IN DATE: _2/95_

## GENERAL INSTRUCTIONS

IN PREPARATION FOR THE PERFORMANCE APPRAISAL, COMPLETE THE SECTIONS ON THE FOLLOWING PAGES UTILIZING STORE RESULTS, THE MANAGER JOB DESCRIPTION, THE MANAGER'S OVERALL PERFORMANCE AND GOALS PREVIOUSLY ESTABLISHED. REFER TO ANY WRITTEN DOCUMENTATION CONCERNING PERFORMANCE PRIOR TO COMPLETING THIS FORM AND EVALUATE THE MANAGER ON PERFORMANCE FOR THE ENTIRE APPRAISAL PERIOD, NOT JUST THE PAST FEW MONTHS. WHEN MAKING COMMENTS, CONCENTRATE ON DEMONSTRATED BEHAVIORS, NOT VAGUE ATTRIBUTES SUCH AS "ATTITUDE" OF "PERSONALITY".

AFTER EVALUATION THE MANAGER'S PERFORMANCE, COMMENT ON THE ASSOCIATE'S POTENTIAL, STRENGTHS AND NEEDS. FINALLY, ESTABLISH BOTH QUANTITATIVE AND QUALITATIVE GOALS FOR THE

## RATING DEFINITIONS

IN EVALUATION PERFORMANCE, THE FOLLOWING DEFINITIONS WERE DEVELOPED AS A GUIDE . ANY AREA RECEIVING AN EVALUATION OF A "4" OR "5" SHOULD BE INCLUDED IN THE "GOALS" SECTION FOR IMMEDIATE ATTENTION.

### 1- DISTINGUISHED/GREATLY EXCEEDS EXPECTATIONS:

Performance far surpasses job requirements and/or expectations and outstanding results are attained consistently. This rating is to be reserved exclusively for those individuals who have displayed excellence on a consistent and sustained basis. NOTE: In order for an associate to receive a summary overall rating of "Distinguished", no factor should receive an evaluation lower than "Competent".

### 2- COMMENDABLE/EXCEEDS EXPECTATIONS:

Performance almost always exceeds job requirements and/or expectations and results attained in day-to-day activities are frequently superior. NOTE: In order for an associate to receive a summary rating of "Commendable", no factor should have received an evaluation of "Provisional".

### 3- COMPETENT/MEETS EXPECTATIONS:

Performance consistently meets job requirements and/or expectations. NOTE: In order for an associate to receive a summary rating of "Competent", no factor should have received an evaluation of "Unsatisfactory".

### 4- PROVISIONAL/BELOW EXPECTATIONS:

Performance is such that an employee may still require considerable supervision due to newness and inexperience in his/her current position. In the case of a long-term associate, this evaluation indicates that serious deficiencies exist. Performance at this level for an extended period of time is unacceptable.

### 5- UNSATISFACTORY:

Performance is unacceptable and requires immediate improvement. A specific time period should be established for the associates to improve performance. NOTE: An associate evaluated at this level will be terminated unless there is an improvement in job performance.

EXHIBIT
5

VENA000257

# PERFORMANCE AREAS

| MANAGERIAL SKILLS | 1 | 2 | 3 | 4 | 5 | COMMENTS: (AREAS RECEIVING A "4" OR "5"MUST BE INCLUDED IN THE "GOALS" SECTION) |
|---|---|---|---|---|---|---|
| Planning and organization | | X | | | | GOOD ORGANIZATION-PLAN TESTCHECKS WKLY |
| Use of time and meeting deadlines | | X | | | | DEADLINES MEET-TIME MANGEMENT GOOD |
| Setting priorities | | X | | | | PRIORITIES WON ROOKIE YR./ MULTIPLES? |
| Verbal communication skills | | | X | | | TEAM MUST UNDERSTAND GOALS |
| Written communication skills | | | X | | | DOCUMENT APP/TRAINING DAYS |

| CUSTOMER SERVICE | 1 | 2 | 3 | 4 | 5 | |
|---|---|---|---|---|---|---|
| Selling skills | | | | X | | APPAREL 13.07%+1.76,ACC 9.47%-2.39%/ |
| Multiple sales | | | | X | | MULT% 35.68%-MST$ 69.35-LG. 40.13%,$74.87 |
| Product knowledge | | | X | | | OK-DO TRAINING ON TECH KNOWLEDGE |
| Meeting sales and profit goals | X | | | | | SALES UP $128,197:PROFITS +14 22 UP89.73% |
| Knowledge of competition | | | X | | | SHOP AND KNOW WHAT COMP CARRIES/SELLS |
| In-store sales meetings | | | X | | | BE NORE CONISISTENT/PLAN |
| Effectively handles customer complaints | | X | | | | YOU SATISFY CUSTOMERS NEEDS |
| Corporate teamwork | | | X | | | WORK TO CONTINUE IMPROVING |

| OPERATIONS | 1 | 2 | 3 | 4 | 5 | |
|---|---|---|---|---|---|---|
| Shrinkage control / Store security | | | X | | | SHORT .37%-DIST. AVG. -.36% |
| Expense Control | X | | | | | SALES UP 19.17%:STORE EXPENSES UP 2.99% |
| Record keeping | | X | | | | 2 DEFICIENCIES IN TWO AUDITS-O MGR. STAT. |
| Credit and layaway programs | X | | | | | NONE ON MGR. STATEMENT |
| Stockroom organization | | X | | | | STOCK TIGHT BACKROOM ORGAONIZED |
| Store maintenance | | X | | | | GOOD CLEANLINESS |
| Adherence to all safety policies | X | | | | | |
| Follows all VM directives | | | X | | | FOLLOW ALL DIRECTIVES |
| Follows company discount policy | | | | X | | .31% VS. LG. AVERAGE AT .24% |

| MERCHANDISING | 1 | 2 | 3 | 4 | 5 | |
|---|---|---|---|---|---|---|
| Follow through on sales programs | | | X | | | FOLLOW VSM WINDOW/FIXTURE LAYOUT |
| Knowledge of merchandise reports | | | X | | | USE MORE AND BECOME MORE FIMILIAR |
| FIFO / Matchpoint liquidation | | | | X | | BELOW DIST. AVERGE |
| Communicating product needs | | | X | | | COMMUNICATED W/DM-NOW USE NYO BETTER |
| Merchandise pricing follow through | | X | | | | DISPLAY SHOES PRICED/M.D.'S CHANGED |

| HUMAN RESOURCES | 1 | 2 | 3 | 4 | 5 | |
|---|---|---|---|---|---|---|
| Follow through on policies and procedures | | | X | | | SENT IN ON TIME |
| Proper staffing levels / scheduling | | X | | | | CORRECT FT/PT COMPLIMENT |
| Training implementation and follow through | | | | X | | TRAINING DAYS WKLY/MONTHLY APPRAISALS |
| Follow through on new associate procedures | | | X | | | OK |
| Recruiting and selection | | | | X | | RECRUIT FOR STORE/DISTRICT(NO RECRUITS) |
| Associate record keeping | | | | X | | EMPLOYEE FOLDERS MUST BE KEPT UPDATED |

VENA000258

# STORE RESULTS

## SALES

| YTD VOLUME | YTD $ GAIN | YTD % GAIN | MGR BOOK / MULTI % |
|---|---|---|---|
| 796,687 | +$128,197 | +19.2% | 4964/39.96 |

## PROFITS

| 12 MONTH PROFIT % | PROFIT % INC/DEC | SALES PER SQ.FOOT | BONUS $ YTD |
|---|---|---|---|
| +14.22% | +89.73% | 432 | 3569/2ND HALF |

## SELLING COST

| WAGE % | WAGE % INC/DEC | WG BUD FOLLOW THRU | WAGES IN LINE W/VOL |
|---|---|---|---|
| 9.70% | -1.03% | YES | VOL#9/WAGES#6 |

## AUDITS / MATCH POINTS

| $ SHORT / OVER | % SHRINK | 1ST HALF LIQ. % | 2ND HALF LIQ.% |
|---|---|---|---|
| -$1812 | -.37% | 79.67% | 78.53% |

# GOALS REVIEW SUMMARY

| AGREED UPON GOALS | RESULTS ACHIEVED |
|---|---|
| SALES-+14.95    WAGES-10.03%<br>ACCESSORIES-11%    MATCHPOINTS-90%<br>AUDITS(-.25%)    MGR. BOOK-$4877 | +19.25(YES)    9.70%(YES)<br>9.47%(NO)    79.67%-78.35%(N)<br>-.37%(NO)    4964(YES) |

## COMMENTS ON OVERAL RESULTS ACHIEVED ON GOALS

GOALS WERE ESTABLISHED BY DAISY RAMOS FORMER MGR. AND MYSELF AND AGREED UPON BY TRINA ROLLIE. GOALS WERE ACHIEVED IN ALL AREAS EXCEPT AUDITS AND ACC. GOOD JOB ESPICALLY THE SALES AND PROFIT GOALS.

# ASSOCIATE EVALUATION / CAREER ASSESSMENT

**ASSOCIATE'S SHORT AND LONG TERM POTENTIAL: Be as accurate as possible in assessing long and short range potential. This section is used to plan the associate's career path and the Company's management succession strategy.**

SHORT TERM  GROW MORE AS A STORE MANGER IN ALL AREAS ESPICALLY IN RECRUITING AND TRAINING. LONG TERM  I FEEL YOUR CAPABLE OF MANAGING A LARGER VOLUME STORE.

**STRENGTH / DEVELOPMENT NEEDS:  Cite examples of associate's most significant performance strengths and needs.**

TRINA'S STRENGTH WAS YOUR PERFORMANCE IN SALES GAINS, PROFTI RESULTS AND IMPROVEMENT, AND IN GETTING THE RIGHT PRODUCT INTO YOUR STORE. THESE AREA WERE INSTRUMENTAL IN YOUR BEING ROOKIE OF THE YR. I WANT TO SEE YOUR FOCUS ON TRAINING AND RECRUITING IN 96 AS YOUR GROW EVEN MORE AS A STORE MANAGER.

**DEVELOPMENT PLAN: List specific training and experience to be conducted during the next appraisal period.**

| | Target Date |
|---|---|
| TLC MEETING<br>HRD CLASSES | |

VENA000259

# NEW GOALS: FORTHCOMING APPRAISAL PERIOD

| It is recommended that goals be reviewed quarterly for pending status and revisions, if necessary. It is important to document all revisions. Goals should be realistically attainable and kept to a manageable number. | REVIEWED BY |
|---|---|
| **SALES–+12.5%**<br>**SELLING COST–9.1%**<br>**ACCESSORIES–10%**<br>**APPAREL–16%**<br>**MATCHPOINTS–85%**<br>**MANAGER BOOK–$5460**<br>**AUDITS–(-.25%)**<br>**PROFITS–17.5%**<br>**RECRUITS–TWO** | |

## SUPERVISOR COMMENTS:

1995 WAS YOUR FIRST YERA OF STORE MANAGEMENT. YOU USED YOUR MANAGEMENT TRAINING WELL AS YOU WERE ROOKIE OF THE YR. FOR THE DISTRICT. CONGRATULATIONS! THIS IS AN AWARD THAT YOU CAN ONLY WIN ONCE. YOU ARE NOW HAVE A YR. OF EXPERIENCE AND I WANT TO SEE YOU CONTINUE TO GROW WITH FOCUS ON TRAINING, RECRUITING, AND DEVELOPING A STRONG TEAM BOTH FULLTIME AND PARTTIME. I FEEL THAT YOU WILL HIT YOUR 96 GOALS WITH FOCUS ON JOB DESCRIPTION FOLLOW THRU, TRAINING, V.M. PERFECTION, AND CORRECT PRODUCT.
GOOD LUICK!

## ASSOCIATE COMMENTS:

JEFF AND I WENT OVER MY EVALUATION AND WE BOTH AGREED ON THE RESULTS. I AM GRATEFUL FOR THE COMMENDABLE RATING THAT I WAS GIVEN, BUT I KNOW IT COULD NOT HAVE BEEN DONE WITHOUT THE HELP OF MY TEAM. WE HAVE A LOT TO LOOK FORWARD TO IN 1996 AND A LOT OF WORK TO DO TO MEET OUR GOALS. WE HAVE AGREED ON THE GOALS SET FOR 96 AND WITH TOTAL FOCUS ON THE JOB DESCRIPTION, TRAINING, AND RECRUITING WE SHOULD WELL EXCEED THESE GOALS.

## SUMMARY RATING

Review the results of Performance against GOALS. Consider giving more weight to those factors which constitute the most important aspects of the position and indicate your overall judgement by placing a "check mark" on the scale below:

| DISTINGUISHED | COMMENDABLE | COMPETENT | PROVISIONAL | UNSATISFACTORY |
|---|---|---|---|---|
| [ ] | [X] | [ ] | [ ] | [ ] |

| | | |
|---|---|---|
| **ASSOCIATE:** _Trina Keller_ | **DATE:** 4/26/96 |
| **DISTRICT MANAGER:** _Jeff Wright_ | **DATE:** 4 26 96 |
| **REGIONAL VICE PRESIDENT:** | **DATE:** |

Revised 01-07-96

VENA000260

**Lady Foot Locker.**

2401 WEST PARK ROW #212
ARLINGTON, TX 76013
817-265-6872

*WILLY E. GUGEL*
REGIONAL VICE PRESIDENT
SOUTHERN REGION

August 13, 1996

Trina Rollie, Manager
#6544 Pembroke Pines

Dear Trina,

On your last D.M. Visit you received "Needs Improvement."
Trina, you must take action to correct these areas as they affect
people and sales, as well, as other results in your store.

Listed are areas that must improve:

    ... LFL Sales Floor Programs

Your D.M. is there for you.  We expect your next visit to be much
improved.

Sincerely,

Willy Gugel

WG/pja

cc:  Jeff Bjork

**EXHIBIT**

VENA000255

```
********************************************************************************

AUPTU027
rev 8/96                      STORE AUDIT REPORT FORM 146

Operations Rating: SATISFACTORY                    Results Rating: GOOD

Store #       : 06544      Close of Business Date  : 09/04/96
Division #    : 08         District Manager        : JEFF BJORK
League #      : 427        Store Location          : PEMBROKE PINES, FL.
Audit Region  : USA        Management In Store Since: 02/20/95

Management:
  Manager       LNameFM: ROLLIE          ,TRINA       ,L   SS#: 591 10 0970
  AssistantMgr  LNameFM: PENFIELD        ,KIMBERLY    ,J   SS#: 592 10 8609
  AssistantMgr  LNameFM: FLADT           ,AIMEE       ,S   SS#: 594 01 9607
```

EXHIBIT
7

VENA000748

Type of Audit: A=Announced

```
                                          (Manager      ) Inventory
Present Audit Result:  Last Audit Result:  Standing For Current Fiscal
                                          Year (This store only):
- or +:          SHORT Last - or +:       SHORT Accum- or +:        SHORT
Shrink        -1732.49 Last Shrink     -1774.31 AccumShrink      -3506.80
SBA          404974.48 Last SBA       447382.21 AccumSBA's      852356.69
%               -0.43% Last %            -0.40% Accum %    •       -0.41%
                       Last Audit Date:  04/10/96
```

Petty Cash Fund Per FSC $                :       200.00
Petty Cash Fund On-Hand $                :       200.00
Petty Cash Fund Discrepancy $            :         0.00
How Petty Cash Fund Discrepancy was resolved:

Total Inventory Value Reported This Audit $ :   146097.75
Total $ Discounts For Audit Period          :     3051.19
Total % Discounts For Audit Period          :        0.75%

STORE: 08 06544            - PAGE  2 -            DATE: 09/04/96
                      OPERATIONAL INFORMATION

Number of PAIRS/UNITS on hand.               -      4349
Number of PAIRS/UNITS hand-typed bar codes.  -       152
PERCENT hand-typed bar codes.                -       3.50%

Number of PAIRS/UNITS of unsaleable merchandise. -     0
Total dollar($) value of unsaleable merchandise        0.00

Number of test checks taken since last audit?  -        13

Date of last lock change.                      - 04/10/96

Names and titles of Key Carriers (other than   - NONE
management) with keys.

Title of persons having access to POS terminal - 3 PART TIME ASSOCIATES
(other than management.)

STORE: 08 06544            - PAGE  3 -            DATE: 09/04/96
                  NON-COMPLIANCE NOTED AND REVIEWED

```
*******************************************************************
*         Repeat Citations: 1   (5 point penalty each)          *
*******************************************************************
```

A. STORE SECURITY:  (If NO, enter the # of times citation noted.)

    1 . Are back-up sales tickets and gift certificates secured?
COMMENTS :

VENA000749

```
*************************************************
******          Area(s) of Concern:          ******
*************************************************
```
-> There were two backup sales checks missing from one of the packages
kept in the safe. There was a partial package of backup sales checks found
in the file cabinet when I was checking it.

```
*************************************************
****** Recommendation(s) For Improvement:  ******
*************************************************
```
-> Check your backup tickets occasionally to make sure they are all
accounted for. Always keep them locked up. The log was changed to reflect
what is on hand and the partial package found in the safe was destroyed.

D. LAYAWAY ACTIVITY:  (If NO, enter the # of times citation noted.)

    2  Is layaway procedure correct?
       Amount RTS'd $        68.60
       # of packages:           1
COMMENTS:
```
*************************************************
******          Area(s) of Concern:          ******
*************************************************
```
-> Layaway # 479926 dated 7/1/96 was rts'd the day of the audit due to it
being more than 37 days with no additional deposit having been made on it.

```
*************************************************
****** Recommendation(s) For Improvement:  ******
*************************************************
```
-> All layaways must have an additional 20 % deposit made after 30 days
and a weeks grace period is given making it 37 days.

---

STORE: 08 06544               - PAGE  4 -                    DATE: 09/04/96
                         PRELIMINARY AUDIT RESULT


PRELIMINARY AUDIT RESULT:

       Is preliminary audit result within allowable shrink percent?
       (If NO, enter # of audits NOT within allowable shrink percent.)

COMMENTS:
```
*************************************************
******    SHRINKAGE:  Research/Analysis    ******
*************************************************
```
->

---

STORE: 08 06544               - PAGE  5 -                    DATE: 09/04/96
                              AUDIT RATING


   Operations Score : 58              Results Shrink:        -0.43%
   Operations Rating: SATISFACTORY    Allowable Shrink:      -0.50%
                                      Results Rating: GOOD

VENA000750

```
       Operations Rating Criteria            Results Rating Criteria

Excellent     - 70 to 66 points    Commendable - 0 shrink to 1/2 allowable %
Satisfactory  - 65 to 56 points    Good        - 1/2 allowable to allowable %
Unsatisfactory- 55 to 46 points    Unacceptable- over the allowable %
Unacceptable  - 45 points or less  Acceptable  - any overages

    (Scores for operations ratings are posted in the Standards of Reporting.)
```

```
   STORE: 08 06544              - PAGE  6 -              DATE: 09/04/96
                             COMMENT SECTION
```

Comments of Auditor:
-> Trina's most recent test check on the clothing matched exactly when comparing the units of the actual results. There were only 4 test checks taken on the shoe departments since the previous audit. I advised Trina to take test checks on a weekly basis.

All bottle caps were removed from the store.

Comments of Auditor for FSC:
*******************************************************************************
THE FOLLOWING COMMENTS ARE DIRECTED TO THE FSC INVENTORY AUDIT DEPARTMENT
*******************************************************************************
->      NONE

Comments of Manager    :
-> I agree with the results of this audit, as it was expected in accordance with my test checks. I will get more disciplined with my follow through on test checks and hope for an excellent rating.

I attest to my statement above as being a reflection of my feeling about this audit taken in my store.
Manager      : ROLLIE,TRINA,L        Signature of Manager      :

We, the undersigned parties, represent that, to the best of our knowledge, the information set forth in this report reflects the condition of on-hand cash and inventory.
To the best of all parties knowledge, all transactions relating to store inventory have been recorded and used to reconcile the stock report.
This report also reflects the Auditor's findings relative to the store management's non-compliance of corporate policies, as it relates to security and loss prevention. All other areas are to be considered as in compliance.

Manager      : ROLLIE,TRINA,L        Signature of Manager      :
AssistantMgr: PENFIELD,KIMBERLY,J     Date: 09/05/96

    Auditor : SKAAR, JENS F.          SS#:  567 92 2119

                              Signature:

Signed copies of this report are on file in the store and the FOCD office.

VENA000751

```
**************************************************************************
**********************************************************
```

AUPTU027
rev 9/96                          STORE AUDIT REPORT FORM 146

Operations Rating: SATISFACTORY                    Results Rating: UNACCEPTABLE

Store #        : 06544        Close of Business Date   : 02/03/97
Division #     : 08           District Manager         : JEFF BJORK
League #       : 427          Store Location           : PEMBROKE PINES, FL
Audit Region   : USA          Management In Store Since: 02/20/95

Management :
 Manager        LNameFM: ROLLIE        ,TRINA        ,L    SS#: 591 10 0970
 AssistantMgr   LNameFM: FLADT         ,AIMEE        ,S    SS#: 594 01 9607

Type of Audit: A=Announced

EXHIBIT
8

VENA000743

```
                                          (Manager      ) Inventory
Present Audit Result:  Last Audit Result:  Standing For Current Fiscal
                                          Year (This store only):
- or +:            SHORT Last - or +:        SHORT Accum- or +:          SHORT
Shrink         -2799.10 Last Shrink     -1732.49 AccumShrink         -2799.10
SBA           385953.97 Last SBA       404074.48 AccumSBA's         385953.97
%               -0.73% Last %            -0.43% Accum %              -0.73%
                      Last Audit Date:  09/04/96
```

```
Petty Cash Fund Per FSC $              :       200.00
Petty Cash Fund On-Hand $              :       200.00
Petty Cash Fund Discrepancy $          :         0.00
How Petty Cash Fund Discrepancy was resolved:

Total Inventory Value Reported This Audit $ :   141937.20
Total $ Discounts For Audit Period     :      1800.47
Total % Discounts For Audit Period     :         0.47%
```

```
STORE: 08 06544              - PAGE  2 -              DATE: 02/03/97
                       OPERATIONAL INFORMATION
```

```
Number of PAIRS/UNITS on hand.              -       3869
Number of PAIRS/UNITS hand-typed bar codes. -        136
PERCENT hand-typed bar codes.               -       3.52%

Number of PAIRS/UNITS of unsaleable merchandise. -     0
Total dollar($) value of unsaleable merchandise        0.00

Number of test checks taken since last audit?  -      16

Date of last lock change.           - 10/26/96

Names and titles of Key Carriers (other than   - NONE
management) with keys.

Title of persons having access to POS terminal - 1 FULL TIME ASSOCIATE
(other than management.)                        2 PART TIME ASSOCIATES
```

```
STORE: 08 06544              - PAGE  3 -              DATE: 02/03/97
                  NON-COMPLIANCE NOTED AND REVIEWED
```

B. STORE RECORD KEEPING:  (If NO, enter the # of times citation noted.)

    1  Are store records available, accurate and legible?
COMMENTS :

```
          *************************************************
          ******       Area(s) of Concern:       ******
          *************************************************
-> The discount book is not being totaled by the week.

          *************************************************
```

VENA000744

```
****** Recommendation(s) For Improvement:  ******
****************************************************
```
-> Each day the journal should be researched to be sure that the amount of
discounts on the #81 agree with what the discount book shows. At the end of
the week the #83 should agree with the amount showing on the discount book.

G. STOCK ROOM:  (If NO, enter # of times citation noted.)

    1  Is damaged merchandise being handled according to Corporate Division
       policy?

COMMENTS:
```
****************************************************
******           Area(s) of Concern:         ******
****************************************************
```
->

```
****************************************************
****** Recommendation(s) For Improvement:  ******
****************************************************
```
->


STORE: 08 06544              - PAGE  4 -              DATE: 02/03/97
                        PRELIMINARY AUDIT RESULT

PRELIMINARY AUDIT RESULT:

    1  Is preliminary audit result within allowable shrink percent?
       (If NO, enter # of audits NOT within allowable shrink percent.)

COMMENTS:
```
****************************************************
******     SHRINKAGE: Research/Analysis     ******
****************************************************
```
-> After arriving with the first trial result the following steps were
taken to find the shortage.  Test checks did show that the shoe departments
should be units short. However the result did not attest to that fact but
there was an unusual amount in the pair shortage compared to the dollar
amount
short especially in department #3. We were only 2 pair short for - $644.85
This would average $322.00 each so all RPA'S back to the last audit were
checked to see if there were some pair discrepancies.  Unfortunately the
totals on the RPAS did not show what was actually on hand at the time of
the RPA.  Damaged products did not have the yellow tear-off attached to the
transfer copy to check the price given to the customer when the return
occurred.  So this did not help resolve the big dollar shortage in this
department.  There were only 2 test checks taken in the shoe departments
( 11/24/96) until 1/29/97 when all of the shoe departments were taken and
reflected quite a large pair shortage.  Department #3 was printed by sku
and checked via the price on the boxes in the wall.  Pricing was very good
in the regular stock as well as the match point sections.

    There were test checks taken in the clothing departments on 10/20/96
and then none until 1/29/97. The total went from 24 units short to 49 short

VENA000745

and that is what the final showed today.  The 440 system was used in both
departments 7 and 8 but mainly in dept. #7.  There were several sku's that
showed the on hand to be 2 or 3 but none were in the store.  There was no
consistency as to sizes missing as they ranged from small to extra large
not accounted for.  Several skus showed negative on hand, one in particular
showed a negative 14 on hand.    (see comment F.S.C.)

Along with the normal document envelopes reviewed I also checked 2
weeks at random when the manager was on vacation. Most of the refunds given
did have original receipts.  Journal tapes checked did not show any
evidence of void abuse.

STORE: 08 06544                  - PAGE  5 -                DATE: 02/03/97
                              AUDIT RATING

     Operations Score : 62             Results Shrink:         -0.73%
     Operations Rating: SATISFACTORY   Allowable Shrink:       -0.50%
                                       Results Rating: UNACCEPTABLE

     Operations Rating Criteria            Results Rating Criteria

Excellent      - 70 to 66 points   Commendable -  0 shrink to 1/2 allowable %
Satisfactory   - 65 to 56 points   Good        - 1/2 allowable to allowable %
Unsatisfactory- 55 to 46 points    Unacceptable- over the allowable %
Unacceptable   - 45 points or less Acceptable  - any overages

     (Scores for operations ratings are posted in the Standards of Reporting.)

STORE: 08 06544                  - PAGE  6 -                DATE: 02/03/97
                            COMMENT SECTION

Comments of Auditor:
-> The new security check was done today.

     All areas of non compliance's were reviewed with manager, Trina Rollie.

     Trina needs to do more test checks even at peak times.  I suggested
that she do the counts while the computer is printing her messages and then
do the research later when the time is more convenient. Also do all of the
shoes at the same time in case of shoes out of place or mixed in the match
point section.

     I did encourage Trina to check the total by sku on RPA'S to be sure
that they were very close to what was in the wall.

Comments of Auditor for FSC:
********************************************************************
THE FOLLOWING COMMENTS ARE DIRECTED TO THE FSC INVENTORY AUDIT DEPARTMENT
********************************************************************
-> On 7/6/96 WSSR there was a claim filed on dept.#8 ( #322432 ) for 13
units at $247.00.  It then appeared on WSSR 7/13 as a positive and a
negative which balanced as even on that WSSR.  The last audit was on 9/04

VENA000746

and then the $247.00 appeared again as a positive on the 9/14/96 WSSR,
which needs to be applied to the audit of 9/4/96.  This will be used today
to get a correct dollar result for this audit.  Please adjust the last
audit by this amount.

Comments of Manager      :
-> I do agree with the results of the audit. The areas of non compliance
will be corrected. There were a lot of areas that Gene showed me today that
I was not aware of.  I thank Gene for his effort in finding some of the
shortage.  By following what I have learned today and correcting the areas
that were incorrect my next audit should be a lot better.


I attest to my statement above as being a reflection of my feeling about this
audit taken in my store.
Manager      : ROLLIE,TRINA,L          Signature:


STORE: 08 06544              - PAGE  7 -              DATE: 02/03/97
                        NAMES AND SIGNATURES

We, the undersigned parties, represent that, to the best of our knowledge, the
   information set forth in this report reflects the condition of on-hand cash
   and inventory.
To the best of all parties knowledge, all transactions relating to store
   inventory have been recorded and used to reconcile the stock report.
This report also reflects the Auditor's findings relative to the store
   management's non-compliance of corporate policies, as it relates to security
   and loss prevention.  All other areas are to be considered as in compliance.

Manager      : ROLLIE,TRINA,L          Signature:
AssistantMgr: FLADT,AIMEE,S          Date: 02/04/97

    Auditor : ROWELL,M.GENE SR.       SS#:  464 60 1795

                          Signature:

Signed copies of this report are on file in the store and the FOCD office.

VENA000747

## Woolworth Corporation
## STORES ORGANIZATION
### PERFORMANCE APPRAISAL

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Division | | | Name | IRINA IRUJII | | | |
| | | | Title / Area(s) | MANAGER-shoe & Larkin more 3 at ex. mall | | | |
| LFL | | | Total Years of Service | 5 1/2YRS | | Time in Job Title | 1YR 11M |
| COMPLETED BY: Self | | | | | | | |
| | | | | | Supervisor | Time in Job Category | 1YR 11M |

| | YEAR - 1995 | S | E | M | N | U | COMMENT FOR EACH PERFORMANCE MEASUREMENT |
|---|---|---|---|---|---|---|---|
| S - Superior | | | | | | | |
| E - Exceeding Expectations | | | | N - Not Meeting Expectations | | | |
| M - Meeting Expectations | | | | U - Unsatisfactory | | | |
| **SALES:** Plan $ | $995,591 | | | | | | SALES GAIN GOAL WAS ACHIEVED AND SURPASSED BY $43,085. YOU HAD A GAIN OF $142,489 AND 17.9%, BOTH OF WHICH WERE GREAT RESULTS. GOALS WERE ASI.O ACHIEVED IN SELLING COST AND MATCHPOINTS IN WHICH YOUR RESULTS WERE NUMBER ONE IN THE SECOND HALF, AND FOR THE YEAR |
| 25% Actual $ | $933,576 | **X** | | | | | |
| **PROFIT:** Plan $ | $165,903 | | | | | | POFITS OF 18.91% VERUS 1G AVERAGE OF 13.59%. GOOD EXPENSE CONTROL AS YOUR SALES WERE UP 17.94% AND YOUR TOTAL EXPENSES WERE ONLY UP 4.54% |
| 20% Actual $ | $171,769 | | **X** | | | | |
| **SHRINKAGE:** Plan % | -.25% | | | | | | ALTHOUGH YOUR PERSONAL GOAL WAS NOT MET YOUR -.41% SHRINK WAS BETTER THAN DISTRICT AVERAGE OF -.49% |
| 15% Actual % | -.41% | | | **X** | | | |
| **Special Job Objective** 15% | | | | **X** | | | YOU DID IMPROVE IN COMMUNICATIONS WITH D.M AND OUR MERCHANDISING TEAM TO GET THE PRODUCT RIGHT FOR YOUR STORE |
| **People Development** 25% | | | | | **X** | | YOU MUST DEVELOP STRONGER PEOPLE THRU RECRUITING THE RIGHT PERSON AND THEN TRAINING THEM PER COMPANY GUIDLINE'S |
| **Overall Summary Rating** 100% | | | **X** | | | | EXCELLENT YEAR IN SALES AND PROFITS |

| | | | |
|---|---|---|---|
| *signature* Irina Irujii | 4/23/97 | *signature* | 4/23/97 |
| Associate | Date | Supervisor | Date |
| | | | Appraisal Review Follow-up Date |

EXHIBIT 9

VENA000261

# ACTION PLAN FOR PERFORMANCE IMPROVEMENT
(Mandatory for all Q and U performance ratings)

| ACTION | RESOURCES REQUIRED | TIMING |
|---|---|---|
| RECRUITING AND TRAINING OF QUALITY PERSONNEL | 1 WORK CLOSELY WITH MGR, TRAINER DENISE RALY<br>2 DOCUMENT EMPLOYEES RESULTS AND PERFORMANCES<br>3 TRAINING DAYS/WEEKLY<br>4 GOAL SETTING AND ACCOUNTABILITY FOR ACHIEVING GOALS<br>5 QUARTERLY APPRAISALS | AUGUST 1997 |

**APPRAISER'S SUMMARY:**
CONGRATULATIONS ON A GREAT YEAR IN 1996 TO KEEP YOUR BUSINESS GROWING YOUR BIGGEST CHALLENGE IN 1997 WILL BE PEOPLE AND PEOPLE DEVELOPMENT

**ASSOCIATE'S COMMENTS**
I AM REALLY HAPPY WITH THE RESULTS FOR 96 WITH MORE FOCUS ON THE AREAS THAT NEED IMPROVEMENT, WE WILL MEET OUR GOALS FOR 97. STRESS FREE AND HAVING FUN

VENA000262

# STORE'S ORGANIZATION
## PERFORMANCE PLANNING WORKSHEET

| Division | Name: | |
|---|---|---|
| LFL | Title / Area(s): | MANAGER STORE 644 PEMBROKE LAKES MALL |

**YEAR - 1997**

**SALES:**

| | | |
|---|---|---|
| Plan $ | 214,850 | SALES GAIN 9% |
| | | WAGES 8.7% |
| | | ACCESSORIES 9% |
| | | APPAREL 15% |
| | | MATCHPOINTS 95% |
| | | MGR. BOOK 55-60 |
| | | AUDITS (+30%) |
| 25% | | MULTIPLES 40% |

**PROFIT:**

| | | |
|---|---|---|
| Plan $ | 102,020 | PROFIT GOAL 20% |
| 20% | | |

**SHRINKAGE:**

| | | |
|---|---|---|
| Plan % | | TEST CHECKS WEEKLY |
| | | APPAREL COUNTS DAILY |
| 10% | | REFUND VERIFICATION |

**Special Job Objective**

| | |
|---|---|
| 15% | VISUAL FOCUS PER THE VM CLINIC YOU ATTENDED IN APRIL OF 97 MERCHANDISE AND GET THE RIGHT APPAREL TO HIT 16% |

**People Development**

| | |
|---|---|
| 15% | RECRUIT ONE QUALITY PERSON FOLLOW THRU ON TRAINING DAYS APPRAISALS DOCUMENTATION |
| 25% | |

| _Shaun Ellis_ | _Associate_ | 4/23/97 Date |
| _signature_ | _Supervisor_ | 4/23/97 Date |

VENA000263

Revised 6/94

# NEW HIRE INFORMATION

### (To be completed on ALL Part/Full Time Employees)

DISTRICT: 427   STORE: 6197   F/T START 11-30-92   P/T START:

NAME: MEREDITH INFELD   SS#: 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   BIRTH DATE: 5-6-69

RECRUITED BY: DEB MILLER   STORE: 6565   LEAGUE: 427

HOW RECRUITED: WALK-IN

HIRED BY: DEB MILLER   STORE: 6565   LEAGUE: 427

WERE ALL REFERENCES CHECKED/BY WHOM? YES; DEB MILLER

SECOND INTERVIEW PERFORMED BY: LAURA FREDRICKSON

## NEXT 5 ITEMS ARE TO BE COPIED TO REGIONAL PERSONNEL UPON HIRE!

CIRCLE 1

1) HAS EMPLOYEE READ & SIGNED NON-DISCRIMINATION POLICY?  CC PERSONNEL?  (YES)   NO:

2) HAS EMPLOYEE READ, CHECKED, SIGNED AND DATE HANDBOOK?  CC PERSONNEL?  (YES)   NO:

3) HAS EMPLOYEE READ, SIGNED AND DATED BACK APPLICATION?   CC PERSONNEL?  (YES)   NO:

4) IS EMPLOYEE I-9 CORRECT & SIGNED?   ORIGINAL TO PERSONNEL?   (YES)   NO:

5) WAS FULL TIME EMPLOYEE OFFERED INSURANCE?   DECLINED:   ENROLLED (YES)   NO:

RESUME ENCLOSED?   W-4 ENCLOSED? ✓   PLACE OF BIRTH? CONNECTICUT

SPOUSE NAME? N/A   CHILDREN/NAMES? ✓ N/A

LIST GEOGRAPHICAL PREFERNCES/PRIORITY FIRST? 1:

2:   3:

CIRCLE ONE:   LEASING   BUYING   (LIVING AT HOME(PARENTS))

MANAGER SIGNATURE:   DATE:

COMMENTS:

EXHIBIT 10

VENA000095

# MAKE MORE COPIES AS NEEDED !

2610 EAST SUNRISE BLVD.
FORT LAUDERDALE, FL 33304

*Cert. #427*

DATE ___3-12-93___

# LADY FOOT LOCKER TRAINING DAY MEMO

**ASSOCIATE** Meredith Infeld
**CURRENT PHASE/CHAPTER** Chapter 1, Phase II

**TOPICS TO COVER TODAY:** Asst Mgr Responsibilities

#1 Sales Floor Mgmt: Customer service (assignments) product knowledge to handling difficult situations (returns & exchanges)
#2 SOD description • you & the staff • #3 "Lead by example #4 Knowing new products or changing look of store #5 Personnel Mgmt — interview, hire, orientation. #6 Complete store coverage — salesto loss prevention) VERY Important #7 Making Decisions — take action on any directives from Region NY office. Make your own list of what needs to be done and TAKE THE INITIATIVE! Demand & EARN the respect of your crew and create followers ALWAYS try to improve your performance & your teammates' performance which will improve the stores performance! Take Charge & learn to delegate!

Remember) You are acting manager when the manager is out or away from the store — you are taking responsibility for the actions of you & your sales staff!

**ASSOCIATE'S COMMENTS:**

The responsibility of the Assistant Manager is difficult because you become a buffer between the manager and members of your team. There are many different responsibilities and we went over the importance of each. Every day I will continue to learn more and more about the store operations and what it takes to be a successful manager. I will have to continue to work on the responsibilities and perfecting them.

Meredith Infeld
**ASSOCIATE**

[signature]
**SUPERVISOR**

YELLOW COPY – RETAIN IN EMPLOYEE'S FILE
WHITE COPY – SEND TO DISTRICT MANAGER'S OFFICE

EXHIBIT
11

SKU # 01-08139-8-00

VENA000157

# LADY FOOT LOCKER



# STANDARD PRACTICE MANUAL TEST

★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★

SKU # 01-08137-2-00

VENA000125

# STANDARD PRACTICE MANUAL TEST
# LADY FOOT LOCKER

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
**( open book test )**

**(Test must be completed and passed before entry into Phase III.**
**On all questions below, you must write the section and page where**
**the answer can be found in the Kinney Standard Practice Manual.)**

(III-2)  **1.  Our Corporation is an Equal Employment Opportunity Employer.**
**What does this mean?** Equal employment regardless of race, color, religion, sex, age, national origin or sexual orientation. It is an anti-discrimination law regarding hiring, promotion and compensation.

(III-2)  **2.  Explain and define "Employment at Will".** All People hired by Kinney are at will" - there is no contract and discharge may happen at any time.

(III-3)  **3.  What work requirements are needed for new employees?**
A completed Application, Reference checks, I-9 Form, W-4 Form Direct Deposit Authorization Form, New Hire Form

(III-5)  **4.  Explain the requirements for the Federal Form I-9.**
Must be filled out in 3 days - Filled out fully / properly (must provide identification and document from List A or 2 - from List B + from List C) Send completed I-9 to regional office once signed and titled by manager or asst.

(III-25)  **5.  What is the Company's policy regarding Sexual Harassment?**
Company Policy prohibits any sexual harassment including advances, favors, verbal conduct or conduct of a sexual nature including conduct which creates a hostile, offensive work environment.

(III-26)  **6.  What is our Company's policy regarding requests for job**
**references for former employees?** All records and information is to be kept Confidential. Only dates of employment and job title to be released.

(III-21)  **7.  How should you compute overtime for associates that work over**
**40 hours in your store?**
All hours worked over 40 will be paid at one and half times the hourly pay. Some states require overtime for each day over 8 We compute the overtime using a chart produced by the dept.

1

VENA000126

(III-31)    **8.   Where are Benefit booklets available?**

Available at the District office or through the NYC Benefits Dept. Also Booklets are kept in the 2nd drawer of the file cabinet with Benefits folder.

(III-35)    **9.   Where should claims be mailed regarding Medical expenses? What is the toll free number to call?** All claims forms must be submitted with a claim form or similar those for the deduction sent to Metropolitan Life Ins Co. Group Claims office, P. O. Box 1224 Pittsburgh PA 15230
1-800-633-6343

(III-36)    **10.   What are your responsibilities regarding the "Youtilizer-Review Plus"?**

Call the youtilizer 1-800-221-2504 when you have a medical question, when hospitalization is recommended or if recommended for elective surgery or tests, if going to have a baby, or after emergency hospitalization

(III-33)    **11.   When is a full-time associate eligible to enroll into our Company's Major Medical Plan?** We have a disability The 1st of ... month after 90 days of continuous service

(III-39)    **12.   When is a full-time associate eligible to enroll into our Company's Dental Plan?** Dental is available after 6 months of service

(I-48)    **13.   Explain "IN DETAIL", our Company's Vacation Policy for current full-time Employees.** If you have worked for 6 months before Jan 30th 1 week of vacation has been earned. Each Jan 1st (new fiscal year) you are entitled to two weeks, after 5 years 3 weeks, after 15 years 4 weeks

(III-49)    **14.   Explain "IN DETAIL", our Company's Vacation Policy for associates who resign or are terminated during the vacation year.** The terminated or resigned employee who is eligible for vacation earns an Avg weekly gross pay for the previous 52 weeks Two weeks notice is required to qualify. An employee is paid for all unused vacation earned

(III-52)    **15.   Explain briefly, our Corporation's Sick Pay Policy.** Covers all full-time employees will receive full base pay plus commission earned during that week. If sick for a minimum of work and must miss one week - full sick pay is available. After that week disability benefits are through the medical plan

(III-54)    **16.   Explain our policy concerning returning from a Disability Leave of Absence.** Employees returning are expected to report to work immediately as soon as possible to receive maximum consideration if replacement of that position was necessary. Must be given a doctor's release to return and if one does not report that person is considered to have resigned

2

(III-60) 17. **When an Associate separates from the company, (resigns or is terminated)  what form is required to be completed and where should it be mailed?** A Gates McDonald Employee Separation Report is required for all employees that resign or is terminated. Mail an original to Gates McDonald yours District office Pre-

(IV-47) 18. **Explain our current "Refund and Exchange" policy.**
All purchases in "selling" merchandise is exchangeable with a receipt. Cash refund could not be exchanged if it has a existing receipt is at the manager's discretion

(IV-56) 19. **How many associates are recommended to assist in a store audit?** The number of people needed for an audit is based on the total # of units to be counted using the latest rate. The chart is located on page (IV-56)
ie 0-4,999 units = 3-4 people for shooters

(IV-34) 20. **What records should be "On-Hand" for the Auditor on Audit day?** WSSRS, POS Document Envelopes, W-4 forms for current employees, MSDS, MC Folders, Packing Slips, Layaway's, Discount Book, FA8 - Last Audit Results, Open Transaction file a List of current open Transactions.

(IV-55) 21. **What is a W-4? When should it be filled out? Where should it be mailed?** A Federal Government form for Federal Income Tax withholding. It is to be filled out on the 1st day that an associate is hired. The original W-4 is sent to the Regional office with other documents

(IV-56) 22. **What is "Direct Deposit"? Who is required to have it?** Direct Deposit is necessary for all Full-Time Employees into either checking or savings account by filling out the authorization Form

(IV-58) 23. **When will associates be paid?** Pay Days are Bi-Weekly (every 2 weeks) and the official Pay Day is Tuesday of the Pay week Cash Payment can be started on Monday or after the check is Printed

(IV-62) 24. **If an associate works in "multiple stores" during the same week, how should their hours worked be entered into the POS register?** Hours are entered by each store and NOT carried from Store to Store Each store enters the total # hours worked in only that location

(IV-70) 25. **Explain our "Revenue Receipts" policy to safe guard a store's Bank Deposits.**
Minimum cash is to be kept in the Register
Lock up extra cash in safe during the day
Deposit nightly with two employees
Every deposit must have a deposit slip and the total $ must be double checked & count is written

3

(IV 71)    26.    **What is our most current "Check Acceptance" policy?**

Personal checks are accepted in stores with under 4 tune checks. The customer's name, Bank name, address must be imprinted on the check. Payer's ID & for the exact amount of purchase. Get ID & DL, correct address. For M.O. ID must be presented.

27.    **Where can the "Ten Point Shipping and Receiving" policy be found?**    It posted is posted by the rear exit door.

(VI - 2)    28.    **When should a cash loss be reported? Who should it be reported to?**

All cash losses must be reported immediately to the District Manager

(VI - 3,4)    29.    **What procedures should be followed if an accident occurs in your store and a customer is injured in some way?**

Accidents must be reported to Travelers Ins Co and D.M. We are authorized to furnish only reasonable First Aid. Need to get name and address of injured and witnesses. Fill out claims forms and send copies to NYO Risk Mgmt Dept.

(VI - 8)    30.    **What procedures must be followed if an employee is injured on the job? (Workman's Compensation Benefits)**

Travelers Ins. Co. must be notified within 24 hrs of incident Workers Comp must be reported on the correct forms

(VI - 2)    31.    **If a legal problem occurs in your store, or papers of litigation are received, what should be done?**

All legal matters must be reported to the D.M. who will in turn contact the appropriate people in NYC

(VII - 4)    32.    **If a Government investigation takes place in your store, what procedures should be followed?**

Step 1 obtain valid authentic ID of the Govt Agent - call if necessary Step 2 write down Agents name, agency name & local address w/ phone & reason for visit, obtain copies of charges, documents etc find out what they are looking for

(III - 27)    33.    **Who must approve any personnel moving BEFORE it takes place?**

All moves are approved by the District Manager - All transfers must be at the request of the CC to qualify for paid expenses.

(III - 38)    34.    **What does "HMO" stand for?**

Health Maintenance Organization - offers service to those within a service area

4

(111-45) **35. What is "C.O.B.R.A." and who is eligible for it?**
mandates the opportunity to continue purchase of benefits once the employee has left the company or any other qualifying event occurs

(IV-12,13) **36. What are the procedures used for store maintenance and repair work?** 250.00 and over must be authorized by maint dept
under 250.00 needs auth from D.M. of A/C & heating units
less than 25.00 captured by associate and store ledr
25.00 -> 250.00 captured by DM send to BAC for payment

(IV-58) **37. What are the two methods of payment our company uses for our employees?** DIRECT DEPOSIT - ALL FULL TIME EMPLOYEES
LONG TERM PART TIMERS

CASH PAYMENT - PART TIME EMPLOYEES

(IV-61) **38. What should be keyed into the POS if an associate is sick during a week?** HOURS SHOULD BE KEYED IN USING CODE 03
MAX HRS EACH DAY = 8   only can be keyed for 1st FULL WEEK

(IV-13) **39. How are cash payments made at the store level for repair and maintenance work performed?** Anything under $25.00 can be paid
out of the drawer using a PAY-OUT code.

**40. Briefly, explain the importance of day-to-day utilization of the Kinney Standard Practice Manual. Also, if a problem arises, or a question is asked, what is the easiest way to find it in the Manual. If it cannot be found, who should you call to get the question answered?** FOR ANY POLICY QUESTIONS THE
BEST WAY TO ANSWER IS TO USE THE MANUAL AND LOOK IN THE GENERAL
INDEX FOR SECTION AND PAGE # OF THE TOPIC. IF STILL CAN'T FIND
THE ANSWER CALL YOUR MANAGER TRAINER.

Meredith Clifield
**ASSOCIATE**

Jill Pickley
**MANAGER**

8/2/93
**DATE**

5

DATE _Oct 8, 1993_

# LADY FOOT LOCKER TRAINING DAY MEMO

**ASSOCIATE** _Meredith Unfeld,_

**CURRENT PHASE/CHAPTER** _Chapter 1 - phase III_

**TOPICS TO COVER TODAY:** _College Recruiting_

_We reviewed our questions on the recruiting test + made a interviewing format for her during her up coming interviews project._

_Called to two Colleges to find out when Career Days are + set up going to them_

**ASSOCIATE'S COMMENTS:**

_Deb and I finished up discussing the importance of College Recruiting. We will be setting up a career day and actually putting to use the information from Chapter 1. The best way to learn is to practice. Recruiting is important to make sure LFL has quality people in our management training program._

_____          _____
**ASSOCIATE**                        **SUPERVISOR**

YELLOW COPY – RETAIN IN EMPLOYEE'S FILE
WHITE COPY – SEND TO DISTR    MANAGER'S OFFICE

**EXHIBIT**
12

VENA000331

# LADY FOOT LOCKER MONTHLY APPRAISAL

MONTH _April_                     YEAR _1994_

NAME _Miridith Winfield_        START DATE _11/92_
STORE #, NAME _6505 Aventura_    CURRENT TRAINING CHAPTER/PHASE _III_
YTD AVERAGE SALES BOOK _6473-_

## I. SALES PRODUCTIVITY (LAST 4 WEEKS)

| | W/E | SALES BOOK/HOURS WORKED | | S.P.H. | ACC $ / % | APP $ / % |
|---|---|---|---|---|---|---|
| 1. | 4-9 | 6457 | 49.75 | 145.74 | 872 / 1351 | 775 - 1271 |
| 2. | 4-16 | 7263 | 5.50 | 11996 | 916 - 1241 | 1163 - 1553 |
| 3. | 4-23 | 6178 | 41.75 | 132.93 | 723 / 1171 | 556 - 1447 |
| 4. | 4-30 | 6121 | 49.2 | 13315 | 823 - 1344 | 1048 - 1548 |

## LFL SALES FLOOR JOB DESCRIPTION                COMMENTS:

| | |
|---|---|
| 1. 9 SECOND GREETING | AC |
| 2. CUSTOMERS – SEAT/3 SHOES/MATCHPOINTS | AC |
| 3. H.O. PROGRAM | AC |
| 4. SHOW 4 APPAREL ITEMS | AC |
| 5. ACCESSORIES AT THE SEAT | AC |

SALES PRODUCTIVITY: [X] ABOVE AVERAGE   [ ] AVERAGE   [ ] NEEDS IMPROVEMENT

## II. TRAINING DEVELOPMENT
### FOLLOW THROUGH SINCE LAST APPRAISAL:

_Above Avg._

# OF TRAINING DAYS THIS MONTH [ 2 ]

TRAINING DEVELOPMENT [X] ABOVE AVERAGE   [ ] AVERAGE   [ ] NEEDS IMPROVEMENT

## III. GENERAL                COMMENTS:

| | |
|---|---|
| 1. PUNCTUALITY | AC |
| 2. UNIFORM POLICY FOLLOW THROUGH | AC |
| 3. PRODUCT KNOWLEDGE DEVELOPMENT | AC |
| 4. CUSTOMER SERVICE | AC |
| 5. COMMUNICATION: INTERACTION W/CO-WORKERS | AC |

## IV. OVERALL MONTHLY JOB PERFORMANCE
[X] ABOVE AVERAGE   [ ] AVERAGE   [ ] NEEDS IMPROVEMENT

_Meredith Winfield_                _4/30/94_   _D Miller_      EXHIBIT 13
ASSOCIATE'S SIGNATURE                DATE        MANAGERS SIGNATURE

YELLOW COPY – RETAIN IN EMPLOYEE'S FILE
WHITE COPY – SEND TO DISTRICT MANAGER'S OFFICE

RP6461
WCPP0063

```
*******************************************
*     KINNEY PERSONNEL PROFILE DOCUMENT    *
*******************************************
```

DATE: 06/04/95
TIME: 00:33:34

COMPANY NUMBER--> 22010

DIVISION--> 08
REGION----> 22
LEAGUE----> 427

STORE NUMBER--> 06197

EMPLOYEE NUMBER--> 00475012970     MEREDITH     L INFELD

EMPLOYEE NAME-----> MEREDITH
PO BOX NUMBER-----> TH 4
STREET ADDRESS----> 20317 W COUNTRY CLUB
CITY-------------> AVENTURA

STATE--> FL

ZIP--> 33180

*** BASIC EMPLOYEE INFORMATION ***

SOCIAL SECURITY----> 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
EMPLOYEE NICKNAME--->
SEX CODE-----------> F
MARITAL STATUS-----> 1
EMPLOYMENT STATUS--> 1
TERMINATION CODE--->
HIRE DATE----------> 11/13/92
JOB CLASS----------> 0004
PICTURE FILED IND-->

HOME TELEPHONE------------>
BIRTH DATE---------------> 05/06/69
WEDDING DATE------------->
EFFECTIVE DATE----------> 08/11/94
TERMINATION DATE--------->
REHIRE DATE------------->
EEOC RACE CODE----------> 0

*** PERSONAL INFORMATION ***

SPOUSE NAME--------->
SPOUSE BIRTH DATE--->
SPOUSE OCCUPATION--->
NUMBER OF CHILDREN-->
HOME STATUS CODE---->

GEOGRAPHIC PREFERENCE--> (1ST):     (2ND):
STATE PREFERENCE------> (1ST):     (2ND):
STOCK PARTICIPANT----->
RECRUITER CODE-------->
RECRUITER LAST NAME--->

*** EMPLOYEE STATUS/SALARY INFORMATION ***

JOB TYPE          WAGE TYPE          CHANGE DATE
  02                                  10/19/94

JOB TYPE          WAGE TYPE          CHANGE DATE

*** EDUCATION/TRAINING INFORMATION ***

ACADEMIC YRS EDUCATION---->
COLLEGE CODE------------->
HIGHEST DEGREE CODE------>
DEGREE RECEIPT DATE------>
COLLEGE MAJOR CODE------->
FOREIGN LANGUAGE CODE 1-->
FOREIGN LANGUAGE CODE 2-->

ORGANIZATION INDICATOR---->
TRAINER SOC SEC NO-------->
PHASE OF TRAINING-------->  0
MONTHS IN TRAINING------->
TEST DATE--------------->
TEST SCORE-------------->

*** STORE HISTORY ***

STORE NUMBER     CHECK-IN DATE     CHECK-OUT DATE     DESCRIPTION CODE     YEAR QNTY
  06 37           10/19/94

STORE NUMBER     CHECK-IN DATE     CHECK-OUT DATE     DESCRIPTION CODE     YEAR QNTY

*** ACCOMPLISHMENTS ***

DESCRIPTION CODE     YEAR QNTY     DESCRIPTION CODE     YEAR QNTY     DESCRIPTION CODE     YEAR QNTY
```

EXHIBIT
14

VENA000092

F13   )129

# Lady Foot Locker

**Store Evaluation Report**

| League # 427 | Manager MEREDITH INFELD | | Check in Date 10/94 | Manager Trainer Deb Miller |
|---|---|---|---|---|
| Bilbrey Standard: Full Staff # 2 | | Actual # 2 | Today's Date 11/29/94 | Prior Visits (1) 10/13 (2) 2/25 | Store # 6197 |

## Year–To–Date Performance

| Check One: ☐ Above Average  ☐ Average  ☒ Unacceptable  Improvement since last visit  ☒ Acceptable  ☐ Unacceptable | M.A.S. 670,099 | M.A.R. 619,842 |
|---|---|---|

| | | | |
|---|---|---|---|
| Sales Gain (% Inc/Dec) -13.8 | League Average +.2 | Sales Gain ($ Inc/Dec) -81,413 | |
| Selling Cost % 11.57 | League Average 10.65 | Selling Cost ($ Inc/Dec) +.73 | League Average -.07 |
| Apparel % 13.63 | League Average 12.05 | Apparel (% Inc/Dec) -3.07 | League Average -1.20 |
| Accessories % 12.77 | League Average 11.05 | Accessories (% Inc/Dec) +1.47 | League Average +.42 |
| A.S.T. $ 52.29/71.13 | League Average $ 53.40/72.58 | % of Multiples 43.43 | League Average % 39.60 |
| YTD Bonus STORE — 1,999 | | YTD Bonus Inc/Dec (-485) — | League Average (-19.48%) |
| Markdown % 3.80 | League Average 3.44 | Matchpoint Liq. 53.15 | League Average 57.35 |
| Discount % .34 | League Average .35 | Phone Expense Average YTD | League Average |
| Profit % YTD 2.87 | League Average 7.76 | Profit $ YTD 13,391 | League Average |
| Profit Inc/Dec Improv. -70.73 | League Average +18.20 | 12 Month Profit % -1.4 | 12 Month Profit $ -9,000 |
| Audit Shrink % N/A | League Average -.28 | Audit Shrink $ NONE SINCE 10/13 check in | |

| Mgr. Statement Account/Action Taken |
|---|
| NONE SINCE 10/13 CHECK IN |

**District Manager Comments:**
MEREDITH — YOUR FOCUS MUST BE ON BUILDING VOLUME — 6197 WAS A $600,000 PLUS STORE A YR. AND A FEW MONTHS AGO — APPAREL IS CRUCIAL TO OUR SUCCESS.

J # 01-58102-5-00                                      Revised 3/94

**Distribution:    White — Regional VP       Canary — D.M.       Pink — Store Manager**

EXHIBIT 15                    VENA000005

# Lady Foot Locker Sales Floor Job Description
## Our Standard of Customer Service Behavior

**Check One:**
- ☐ Above Average  ☒ Average
- ☐ Unacceptable

**Improvement since last visit**
- ☒ Acceptable
- ☐ Unacceptable

| | |
|---|---|
| **Greet every customer in 9 seconds or less.**<br>• Determine Customer Needs<br><br>• Tell the Customer your Name | Acceptable ☒<br>Needs Improvement ☐<br>Unacceptable ☐ |
| **Get shoe customers into the seat, Apparel customers into the fitting room.**<br>• Measure both feet and bring out three pairs of shoes to start...the third pair must be Matchpoint<br>• Feed the fitting room and "B.uild – A. – S. ale" through Multiple Item Product Presentation.<br>• Introduce Accessories to both Shoe and Apparel customers. | Acceptable ☒<br>Needs Improvement ☐<br>Unacceptable ☐ |
| **Utilize "H.O." – – Footwear AND Apparel customers.** | Acceptable ☒<br>Needs Improvement ☐<br>Unacceptable ☐ |
| **Build your A.verage S.ales T.ransaction by increasing your Multiple Item Sales.**<br>• Overcome customer objections through Product Knowledge | Acceptable ☒<br>Needs Improvement ☐<br>Unacceptable ☐ |
| **Close the Sale by Confirming the customer's decision.**<br>• Offer a "Warm and sincere "Thank You", mention your name again, and invite them back. | Acceptable ☒<br>Needs Improvement ☐<br>Unacceptable ☐ |

**District Manager Comments**

— Apparel Selling is the Key to you turning 697 around in sales. Every member of your team must understand the importance of selling apparel and building their AST – M.I.O. As we discussed – show them what it means to store volume + also what it means to their book + their pay check. — All training thru the Holidays must be on "Job Description" – these can be documented T.D.'s. PRACTICE, PRACTICE Showing apparel hook – ups + building sales.

It was a fun day we picked up over $600, had an apparel gain of $332, + an ace gain of $-130. Your on your way have a "Great big $ix"

| | | | |
|---|---|---|---|
| _____ signed 11/29/94 | | _____ 11/29/94 |
| **Store Manager** | **Date** | **District Manager** | **Date** |

VENA000006

# Lady Foot Locker

**Store Evaluation Report**
Revised 12/1/95

| District # 427 | Manager: MEREDITH INFELD | Prior Visits: | Date: 3/7/95 |
|---|---|---|---|
| Store # 6197 | Correct # FT: 2    Actual: 2 | Mgr. Trn'r: | Chk in date: 10/94 |

## YTD Performance

| Overall evaluation of YTD Performance. (Check one box) | ☐ Above Average  ☑ Average  ☐ Needs Improvement | Improvement since last visit. (Check one box) | ☑ Acceptable  ☐ Needs Improve |
|---|---|---|---|

| M.A.S. | 657,726 | M.A.R. | 618,920 |
|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| % Sales Gain -6.8% | District Avg. +1.3% | $ Sales Gain | -5089 | | |
| Wage % 10.18 | District Avg. 11.01 | Wage % Inc/Dec | +.87 | District Avg. | +.12 |
| Multiple % 48.94 | District Avg. 40.37 | MST $ | 74.52 | District Avg. | 72.83 |
| Accessory % 14.18% | District Avg. 9.53% | Accessory % Inc/Dec | +4.20 | District Avg. | -2.05 |
| Apparel % 14.10 | District Avg. 14.74 | Apparel % Inc/Dec | +.06 | District Avg. | +2.89 |
| Matchpoint Liquidation 35.30 | District Avg. 28.00 | Markdown % | 4.06 | District Avg. | 3.72 |
| Discount % .41 | District Avg. .33 | Profit % YTD | 4.67 | District Avg. | 8.50 |
| Profit Improve. +33.8 | District Avg. +339.22 | 12 Month Profit % | +4.8% | 12 Month Profit $ | +31,000 |
| YTD Profit $ +31,607 | Audit Shrink $ -1237.24 | Audit Shrink % | -.55 | District Avg. | N/C |
| Avg. Monthly N/C | District Avg. N/C | Bonus $ YTD | 938.00 | YTD Bonus $ Inc/Dec | N/C |
| Manager Multiple % 51.81 | Manager $ MST 73.28 | Manager Book | 4610 | Mgr Book % to Total | 33.7% |

## District Managers Comments:

WITH A FEW GOOD WEEKS YOU WILL BE UP FOR THE YR. YOUR ACC. % IS NUMBER ONE YTD AND YOU HAVE THE BEST IMP. YTD. FOCUS ON APPAREL AS 6197 AT ONE TIME WAS THE BEST IN THE DIST. IN SELLING APPAREL. YOU MUST CONTROL AUDIT RESULTS BY HAVING A BETTER TEST CHECK PROGRANM-THEY MUST BE DONE WEEKLY, NO EXCUSES.

VENA000007

EXHIBIT

16

District Manager: Use the space below to thoroughly recap for the Store Manager your evaluation of the topic listed. Be detailed, straight forward and objective in your comments. Use this opportunity to express, in writing, exactly how the Store Manager is currently performing in this area and specific direction to improve areas that need development.

## Human Resource Development

(Review Trainees, Training Days, Monthly Appraisals, Recruiting Effort, Professionalism of Crew)

Comments:

YOU ARE DOING FULL DAY TRAINING AS WE DISCUSSED YOU MUST BE BETTER AT DOCUMENTING BEHAVIOR AND MAKE SURE THAT YOU EMPLOYEES UNDERSTAND THE AREA S THAT THEY ARE DOING WELL IN AND AREAS THAT YOU WANT TO SEE FOCUS AND IMPROVEMENT. WE ALSO DISCUSSED GOAL SETTING AND HOW TO DO IT ON AND DOCUEMENT IT ON TRAINING DAY MEMOS. EMPLOYEE FOLDER UP KEEP IS POOR AS NEITHER KELLY OR SARAH HAD THEIR PERSONAL TRACK RECORDS UP TO DATE.- IT IS THEIR RESONSIBILITY BUT IT IS YOUR RESPONSIBILITY TO CHECK WEEKLY!

| Trainee #1  Name: KELLY CRAWFORD | | Phase/Targeted Completion Date: TWO/5/95 | |
|---|---|---|---|
| YTD Avg Sales Book: 4012-28.8% | STD Avg Multiple %: 50.29 | | STD Avg SMST: 74.31 |

GREAT MULTIPLES AND ALSO APP. AND ACC. SALES BOOK GOAL IS 32%.  FOCUS ON IMPROVING YOUR MANAGEMENT SKILLS-BOOKWORK AND SALES FLOOR AWARENESS.

| Trainee #2  Name: SARAH BECIGNEUL | | Phase/Targeted Completion Date: ONE/4/95 | |
|---|---|---|---|
| YTD Avg Sales Book: 4021 | STD Avg Multiple %: 47.7 | | STD Avg SMST: 77.87 |

GOOD MULTIPLE FOCUS. IT IS YOUR RESPONSIBILITY TOI KEEP YOUR TRAC K RECORD UPDATED!

| Trainee #3  Name: | | Phase/Targeted Completion Date: | |
|---|---|---|---|
| YTD Avg Sales Book: | STD Avg Multiple %: | | STD Avg SMST: |

| Name | % Multi | $ MST | Name | % Multi | $ MST |
|---|---|---|---|---|---|
| S.ROBINSON | 42.37 | 72.87 | | | |

VENA000008

| Overall evaluation of: HRD Development (Check one box) | | Improvement since last visit (Check one box) | |
|---|---|---|---|
| ☐ Above Average | | | ☑ Acceptable |
| ☑ Average | | | |
| ☐ Needs Improvement | | | ☐ Needs Improvement |

**District Manager:** Use the space below to thoroughly recap for the Store Manager your evaluation of the topic listed. Be detailed, straight forward and objective in your comments. Use this opportunity to express, in writing, exactly how the Store Manager is currently performing in this area and specific direction to improve areas that need development.

## LFL Sales Floor Programs
### (Sales Floor Job Description, Teamwork Works, other Company Programs)

Comments:

GOOD FOCUS ON THE JOB DESCRIPTION AS YOUR TEAM KNOWS WHAT IS EXPECTED AND FOLLOWS THRU ON BUILDING SALES. SUPER MULTIPLES. KEEP IMPROVING YOUR SHOWING AND SELLING APPAREL.

| Overall evaluation of:<br>Sales Floor Programs<br>(Check one box) | ☑ Above Average<br>☐ Average<br>☐ Needs Improvement | Improvement<br>since last visit<br>(Check one box) | ☑ Acceptable<br>☐ Needs Improvement |

## Product
### (Merchandising, Planning, Utilization of Information, Product Mix, Communication)

Comments:       $ Inventory LY:      $ Inventory TY: 146,983

AS WE DISCUSSED YOU MUST PLAN FURTHER AHEAD IN PRODUCT. USE YOUR 414, CURRENT 420, AND LAST YR. 420. USE THESE TOOLS WEEKLY AS I SHOWED YOU AND PREACT ACCORDINGLY.

VENA000009

| Overall evaluation of:<br>Product Involvement<br>(Check one box) | ☐ Above Average<br>☑ Average<br>☐ Needs Improvement | Improvement<br>since last visit<br>(Check one box) | ☑ Acceptable<br>☐ Needs Improvement |

**District Manager:** Use the space below to thoroughly recap for the Store Manager your evaluation of the topic listed. Be detailed, straight forward and objective in your comments. Use this opportunity to express, in writing, exactly how the Store Manager is currently performing in this area and specific direction to improve areas that need development.

## Visual Merchandising
**(VM Instruction Follow Through, Cleanliness, Windows, Back Room Organized)**

Comments:

VERY GOOD JOB IN V.M. AS YOUR STORE LOOKS GREAT-FOLLOW ALL V.M. DIRECTIVES AND IMAGE
CANPAIGNS 100%-THANKS FOR THE GOOD LOOKING STORE.   RUN YOUR STOCK TIGHT WEEKLY!!!!!

| Overall evaluation of: Vm Follow Through (Check one box) | Above Average ☑ <br> Average ☐ <br> Needs Improvement ☐ | Improvement since last visit (Check one box) | Acceptable ☑ <br> Needs Improvement ☐ |
|---|---|---|---|

## Operations
**(Accounting, Security, Apparel Counts, Test Checks)**

Comments:

YOU MUST BE MORE CONSISTENT AND THEY MUST BE SENT INTO THE DIST. OFFICE WEEKLY.
APPAREL COUNTS ARE BEING DONE DAILY AND YOU DO COMPARE THEM TO SEE WHER YOUR AT.

VENA000010

| Overall evaluation of: Operational Areas (Check one box) | Above Average ☐ <br> Average ☑ <br> Needs Improvement ☐ | Improvement since last visit (Check one box) | Acceptable ☑ <br> Needs Improvement ☐ |
|---|---|---|---|

| Disciplinary action needed to retain current position? | Yes ☐ | No ☑ |

**District Manager: Use the space below to summarize your visit and to be sure all necessary comments have been discussed and documented. If disciplinary action is necessary, be very specific describing the areas that must be improved, give specific direction for improvement and the time frame agreed upon.**

IT IS GREAT TO SEE THE IMPROVEMENTS YOU AND YOUR TEAM HAVE MADE IN TURNING SALES AROUND IN 6197 AS YOU WOULD BE UP FOR THE YR. IF YOU WERE NOT GOING AGAINST A HUGE SPECIAL SALE FROM L.Y. YOUR TEAM IS DEFINETLY FOCUSED ON THEIR JOB DESCRIPTION AND IT SHOWS IN RESULTS. FOCUS ON GOAL SETTING AND HOLDING YOUR TEAM ACCOUNTABLE FOR THEIR INDIVIDUAL GOALS. BE MORE INVOLVED IN USING ALL TOOLS AVAILABLE IN MERCHANDISING YOUR STORE FOR THE CORRECT PRODUCT.

**Manager Comments**

JEFF AND I WENT OVER GOAL SETTING FOR MY STORE . I FEEL THEY ARE REALISTIC AND ACHIEVABLE. INDIVIDUAL GOAL SETTING WAS ALSO DISCUSSED AND ITS IMPORTANCE IN MEETING STORE GOALS.

**Things To Do:**

1.FOLDER UPKEEP 2.TEST CHECKS 3.TRAINING DAY DOCUMNETATION 4.MONTHLY APPRAISALS 5.MERCHANDISE FOR JULY BY MAY 25

VENA000011

| Overall evaluation of YTD Performance. (Check one box) | ☑ AA / A / NI | Overall evaluation of Human Resource Development (Check one box) | ☑ AA / A / NI | Overall evaluation of LFL Sales Floor Program (Check one box) | ☑ AA / A / NI |
| Overall evaluation of Product Involvement (Check one box) | ☑ AA / A / NI | Overall evaluation of Visual Merchandising (Check one box) | ☑ AA / A / NI | Overall evaluation of Operational Areas (Check one box) | ☑ AA / A / NI |

| Overall Performance: | AA | | ☑ | | NI |

Mgr. Signature: _Meredith _____     DM Signature: _Jeffrey _____

# Lady Foot Locker

**Store Evaluation Report**
Revised 12/1994

| District # | 427 | Manager | MEREDITH ENFELD | Prior Visit | 1/7/95 | Date: 5/11/95 |
|---|---|---|---|---|---|---|
| Store # | 6197 | Correct # FT: | 2    Actual:    2 | Mgr. Trnr: | | Chk in date: 10/94 |

## YTD Performance

| Overall evaluation of YTD Performance. (Check one box) | | Improvement since last visit. (Check one box) | |
|---|---|---|---|
| ☑ Above Average | | ☑ Acceptable | |
| ☐ Average | | ☐ Needs Improve | |
| ☐ Needs Improvement | | | |

| M.A.S. | 665,078 | M.A.R. | 645,126 |
|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| % Sales Gain | +1.2% | District Avg. | +5.8% | $ Sales Gain | +$2262 | |
| Wage % | 10.27 | District Avg. | 10.58 | Wage % Inc/Dec | +.12 | District Avg. -.02 |
| Multiple % | 48.47% | District Avg. | 42.46% | MST $ | $73.23 | District Avg. $72.81 |
| Accessory % | 14.58 | District Avg. | 9.72 | Accessory % Inc/Dec | +3.57 | District Avg. -1.38 |
| Apparel % | 15.07 | District Avg. | 15.33 | Apparel % Inc/Dec | +.40 | District Avg. +2.26 |
| Matchpoint Liquidation | 63.48 | District Avg. | 54.11 | Markdown % | 3.98 | District Avg. 5.12 |
| Discount % | .27 | District Avg. | .25 | Profit % YTD | +9.59 | District Avg. +7.85 |
| Profit Improve. | +8.00 | District Avg. | -.58 | 12 Month Profit % | +4.9 | 12 Month Profit $ +32. |
| YTD Profit $ | +17575 | Audit Shrink $ | N/C-95 | Audit Shrink % | N/C-95 | District Avg. -.38 |
| Avg. Monthly | 20.00 | District Avg. | 41.24 | Bonus $ YTD | N/C | YTD Bonus $ Inc/Dec N/C |
| Manager Multiple % | 52.09 | Manager $ MST | 74.97 | Manager Book | 4597 | Mgr Book 32.6 |

**District Managers Comments:**

VENA000012

VERY BALANCED PERFORMANCE YTD- YOU HAVE TWO AREAS THAT ARE NUMBER ONE YTD IN THE DISTRICT, MATCHPOINT LIQUIDATION AND ACC. % AND IMPROVEMENT-CONGRATULATIONS ON BEING NUMBER ONE YTD IN BOTH AREAS!!!!! YOU REALLY NEED TO FOCUS ON YOUR APPAREL % AS IT IS BELOW DISTRICT AVG. AND REPRESENTS A HUGE AREA FOR BIGGER SALES GAINS!!!!! YOU ARE SHOWING A PROFIT IMPROVEMENT OF 8.0% THIS IS ESPICALLY GOOD CONTROL AS YOU WERE AT A BREAK EVEN IN SALES ON THE APRIL MONTH ENDIND F.I.S.-BIG PROFITS= BIG BONUS!!!!!

EXHIBIT
17

**District Manager:** Use the space below to thoroughly recap for the Store Manager your evaluation of the topic listed. Be detailed, straight forward and objective in your comments. Use this opportunity to express, in writing, exactly how the Store Manager is currently performing in this area and specific direction to improve areas that need development.

## Human Resource Development
### (Review Trainees, Training Days, Monthly Appraisals, Recruiting Effort, Professionalism of Crew,

Comments:

VERY GOOD IMPROVEMENT IN DOCUMENTING TRAINING DAYS AND ALSO IN FOLLOWING THRU ON GIVING GOALS WEEKLY. KEEP IT UP!!!!!!! YOU MUST DO MONTHLY APPRAISLS ON EACH EMPLOYYE EVERY MONTH. DO APRIL THIS WEEK!!!!!!

| Trainee #1  Name: KELLY CRAWFORD | | Phase/Targeted Completion Date: | TWO/6/1/95 |
|---|---|---|---|
| YTD Avg Sales Book: 4468 | STD Avg Multiple %: 51.40 | STD Avg $MST: | 73.59 |

**Comments:** KELLY GREAT MULTIPLES, ACC, AND APPAREL. FINISH PHASE TWO BY 6/1/95

| Trainee #2  Name: SARAH BECIGNEUL | | Phase/Targeted Completion Date: | TWO/1/95 |
|---|---|---|---|
| YTD Avg Sales Book: 3741 | STD Avg Multiple %: 43.87 | STD Avg $MST: | 72.36 |

**Comments:** SARAH AS WE DISCUSSED YOUR GOAL IS TO BE AT STORE AVG. IN ACC-APP-MULTIPLES-MST TRACK INSOLE SALES AND FOCUS ON HOW MANY YOU CAN SELL A DAY!!!!!

| Trainee #3  Name: | | Phase/Targeted Completion Date: | |
|---|---|---|---|
| YTD Avg Sales Book: | STD Avg Multiple %: | STD Avg $MST: | |

**Comments:**

| Part Time | Name | % Multi | $ MST | Name | % Multi | $ MST |
|---|---|---|---|---|---|---|
| | S. ROBINSON | 39.53 | 68.36 | | | |
| | | | | | | |

VENA000013

| Overall evaluation of HRD Development Check one box | ☐ Above Average | | Improvement since last visit (Check one box) | ☑ Acceptable |
|---|---|---|---|---|
| | ☑ Average | | | ☐ Needs Improvement |
| | ☐ Needs Improvement | | | |

District Manager: Use the space below to thoroughly recap for the Store Manager your evaluation of the topic listed. Be detailed, straight forward and objective in your comments. Use this opportunity to express, in writing, exactly how the Store Manager is currently performing in this area and specific direction to improve areas that need development.

## LFL Sales Floor Programs
### (Sales Floor Job Description, Teamwork Works, other Company Programs)

Comments:

GOOD FOLLOW THRU ON THE JOB DESCRIPTION. THIS IS THE REASON YOU'R GAINING!!!!!
FOCUS MOR EON  SHOWING APPAREL TO EVERY CUSTOMER!!! GREAT FOCUS ON MULTIPLES  AND
ACCESSORIES.

| Overall evaluation of Sales Floor Programs (Check one box) | ☑ Above Average | Improvement since last visit (Check one box) | ☑ Acceptable |
|---|---|---|---|
| | ☐ Average | | ☐ Needs Improvement |
| | ☐ Needs Improvement | | |

## Product
### (Merchandising, Planning, Utilization of Information, Product Mix, Communication)

| Comments: | $ Inventory LY: | $ Inventory TY: 193,982 |
|---|---|---|

GET READY FOR JULY PEAK. YOU MUST HAVE ALL THE INFO INTO D. HERR BY NEXT WEEK.

VENA000014

| Overall evaluation of Product Involvement (Check one box) | ☐ Above Average | Improvement since last visit (Check one box) | ☑ Acceptable |
|---|---|---|---|
| | ☑ Average | | ☐ Needs Improvement |
| | ☐ Needs Improvement | | |

**District Manager:** Use the space below to thoroughly recap for the Store Manager your evaluation of the topic listed. Be detailed, straight forward and objective in your comments. Use this opportunity to express, in writing, exactly how the Store Manager is currently performing in this area and specific direction to improve areas that need development.

## Visual Merchandising
### (VM Instruction Follow Through, Cleanliness, Windows, Back Room Organized)

Comments:

EXCELLENT JOB IN STORE KEEPING AND FOLLWO THRU. YOUR STORE LOOKS VERY GOOD. IT IS NOT ONLY VERY ORGANIZED BUT ALSO VERY CLEAN AND VISUALLY APPEALING.

| Overall evaluation of:<br>VM Follow Through<br>(Check one box) | ☑ Above Average<br>☐ Average<br>☐ Needs Improvement | Improvement<br>since last visit<br>(Check one box) | ☑ Acceptable<br>☐ Needs Improvement |
|---|---|---|---|

## Operations
### (Accounting, Security, Apparel Counts, Test Checks)

Comments:

MUCH BETTER JOB IN TEST CHECK FOLLOW THRU AS YOU ARE DOING THEM WEEKLY. ALL FUTURE TEST CHECKS MUST BE DONE IN PRS. AND DOLLARS.   APPAREL COUNTS ARE DONE DAILY-GREAT. FILL OUT YOUR WHOLISTIC POSTER COMPLETELY.

VENA000015

| Overall evaluation of:<br>Operational Areas<br>(Check one box) | ☑ Above Average<br>☐ Average<br>☐ Needs Improvement | Improvement<br>since last visit<br>(Check one box) | ☑ Acceptable<br>☐ Needs Improvement |
|---|---|---|---|

| Disciplinary action needed to retain current position? | Yes ☐ | No ☑ |
|---|---|---|

District Manager: Use the space below to summarize your visit and to be sure all necessary comments have been discussed and documented. If disciplinary action is necessary, be very specific describing the areas that must be improved, give specific direction for improvement and the time frame agreed upon.

IT IS GOOD TO SEE THE IMPROVEMENTS MADE IN THE AREAS THAT I CHALLENGE D YOU ON MY LAST VISIT. AS WE DISCUSSED AT LENGTH YOU MUST BE MUCH MORE INVOLVED IN RECRUITING OF BOTH CAREER AND PRIMETIMERS. IT IS REALLY GREAT TO SEE THE RESULTS YOU HAVE ACCOMPLISHED IN 6197-I AM PROUD OF YOU -THANKS.

## Manager Comments:

WE HAD A GOOD VISIT. WE DISCUSSED RECRUITING AND THE IMPORTANCE OF ESTABLISHING SOURCES OUTSIDE THE MALL. WE REVIEWD THE FIS THRU APRIL AND I UNDERSTAND BETTER WHAT TO LOOK FOR.

## Things To Do:

1.WHOLISTIC  2. RECRUITING  3. JULY PRODUCT NEEDS TO D. HERR  4. MONTHLY APPRAISALS

VENA000016

| Overall evaluation of YTD Performance (Check one box) | ☑ AA ☐ A ☐ NI | Overall evaluation of Human Resource Development (Check one box) | ☐ AA ☑ A ☐ NI | Overall evaluation of LFL Sales Floor Programs (Check one box) | ☑ AA ☐ A ☐ NI |
|---|---|---|---|---|---|
| Overall evaluation of Product Involvement (Check one box) | ☑ AA ☐ A ☐ NI | Overall evaluation of Visual Merchandising (Check one box) | ☐ AA ☐ A ☐ NI | Overall evaluation of Operational Areas (Check one box) | ☑ AA ☐ A ☐ NI |

| Overall Performance: | AA ☑ | | | NI |
|---|---|---|---|---|

Mgr. Signature: Meredith Clufeld        DM Signature: Jeff Spor

IN THE UNITED DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 97-1724-CIV-LENARD

MAGISTRATE JUDGE GARBER

DEBRA SHARIEF,

Plaintiff,

v.

KINNEY SHOE CORPORATION,
a New York corporation,

Defendant.



_____

1099 Ponce de Leon Boulevard
Coral Gables, Florida
Wednesday, April 15, 1998
11:47 a.m.

VIDEO TAPE DEPOSITION OF MEREDITH INFELD

Taken before JEANELL R. ANDERSON, CP,
CM, Professional Reporter and Notary Public in and
for the State of Florida at Large, pursuant to
Notice of Taking Deposition filed in the above
cause.

- - - - - - -

KLEIN-BURY & ASSOCIATES - (305) 373-8404

EXHIBIT
18

1      A.      Manager of a Lady Foot Locker.

2      Q.      What Foot Locker store is that?

3      A.      In Aventura Mall.

4      Q.      And is your district manager Jeffrey

5   Bjork?

6      A.      Yes, it is.

7      Q.      How long have you been at Aventura?

8      A.      Since August of `97.

9      Q.      Prior to Aventura, where were you the

10   manager?

11      A.      Broward Mall, Plantation.

12      Q.      When did you first check in at the

13   Broward Mall, Plantation as manager?  Do you

14   remember the date or give me an estimate.

15      A.      Sure, it would be August of `95.

16      Q.      So you were there at Broward

17   approximately two years, then did you go to

18   Aventura or was there some other store in the

19   middle?

20      A.      No, I went directly from Broward to

21   Aventura.

22      Q.      When did you first get hired by Lady

23   Foot Locker by the Kinney Shoe Corporation?

24      A.      I believe it was November 30, `92.

25      Q.      Okay.  When you were hired, at what

KLEIN-BURY & ASSOCIATES - (305) 373-8404

1    did you travel from Galleria to Aventura once or
2    twice a week?
3        A.    It was permanent.
4        Q.    So the whole time you were at Aventura
5    being trained in phase three, it was a permanent
6    position?
7        A.    Yes, it was.
8        Q.    You were never traveling from Galleria
9    to Aventura?
10       A.    No.
11       Q.    So you completed phase three of your
12   training at Aventura Mall?
13       A.    Yes, sir.
14       Q.    When did you first receive your own
15   store after completing phase three of your
16   training?
17       A.    Probably about five or six months after
18   I finished.
19       Q.    What month around would that have been?
20       A.    I believe I started in August or, July
21   or August of oh, boy.  That would have been, I
22   guess that is `95.  Let me think back.  Yes, that
23   would have been `95.
24       Q.    So you finished phase three of your
25   training --

KLEIN-BURY & ASSOCIATES - (305) 373-8404

```
 1    district to have manager meetings?

 2         A.    Sure.

 3         Q.    While at any of these meetings, has he

 4    ever instructed you not to sit next to any of the

 5    other Caucasian managers at the meeting?

 6         A.    No.

 7              MS. PATTERSON:  Just a second.  I am

 8         getting together some documents that were

 9         submitted by Mr. Elliot's office.

10    BY MR. PATTERSON:

11         Q.    Let me ask you another question before I

12    get to these documents.  Do you know what it is,

13    the term Emerald Club Manager means, that phrase?

14         A.    Yes.

15         Q.    What is an Emerald Club Manager?

16         A.    You can earn, Emerald Club in one of two

17    ways you can either bring your store volume up to

18    $150,000 from a lower volume or if you are placed

19    in a store that is $850,000 or more, you must gain

20    $50,000 in that store to become an Emerald Club

21    Manager.

22         Q.    From October of 1994 through January 1,

23    1997, had you ever been an Emerald Club Manager?

24         A.    Yes, sir, I am one.

25         Q.    You became -- excuse me, strike that.
```

KLEIN-BURY & ASSOCIATES - (305) 373-8404

```
 1      What year did you become an Emerald Club Manager?

 2          A.      1996.

 3          Q.      You were an Emerald Club Manager in

 4      1996?

 5          A.      Yes.

 6          Q.      Would this Emerald Club honor have been

 7      bestowed on you at the time while you were working

 8      for the Broward Mall for Lady's Foot Locker?

 9          A.      Yes.

10          Q.      Would you define being an Emerald Club

11      Manager as one of the national awards given to

12      managers of Lady Foot Lockers?

13          A.      Definitely.

14          Q.      Is it considered an achievement and

15      accomplishment?

16          A.      Yes, it is.

17          Q.      So at the end of your 1996 year, you

18      received an Emerald Club Manager award for the

19      1996 year?

20          A.      Yes.

21          Q.      Okay.  Got it.  I just want to be

22      straight.

23              I am going to hand you what has

24      previously been marked as Plaintiff's Exhibit 1.

25      It is your store audit from August 6, 1995.  Can
```

KLEIN-BURY & ASSOCIATES - (305) 373-8404

1    A.    Yes, I have a whole list.  Okay.  I got

2    Emerald Club Award.

3    Q.    That was at the end of 1996.  Am I

4    correct?

5    A.    You said through December 31, 1996, so

6    Emerald Club Award.  I received highest sales gain

7    percent.  Highest dollar gain.

8    Q.    Pardon me one second.  When you give me

9    the awards, specify the time period for when you

10   received these awards, please, so then I can --

11   even though I gave you a range of time, if you

12   could say I got the Emerald Club Award for my

13   merit of 1996 and then when you give me other

14   awards, I can bracket them off and figure out

15   where they exist, where they lay.  Do you

16   understand?

17   A.    Yes.  I can't remember exactly which

18   years I got everything, but the bulk of them were

19   in 1996.

20   Q.    Start in 1994.  What awards did you

21   receive in 1994?

22   A.    Highest accessory percent and, let's

23   see.  I think that was the only one.

24   Q.    And in 1995?

25   A.    I believe I got highest multiple percent


KLEIN-BURY & ASSOCIATES - (305) 373-8404

1  that year, and I also got awarded an accessory

2  award that year as well, accessory award.  Not

3  highest, but if you have over 10 percent for the

4  year, then you get an award for that too, so I got

5  that award.

6       Q.    And in 1995, you believe you received

7  the highest multiple?

8       A.    Yes, I think so.

9       Q.    But you are not certain?

10      A.    I can't remember exactly.  I think I

11 did.

12      Q.    What was the second award you said?

13      A.    I got an accessory award.

14      Q.    Accessory award?

15      A.    Yes, for being over 10 percent for the

16 year.

17      Q.    Now, what league is Broward Mall in?

18      A.    427.

19      Q.    427?

20           MS. PATTERSON:  Ms. Infeld, that is all.

21       I have got no further questions.

22           MR. ELLIOT:  I have no questions.  We

23       will read.  I will order.  I mean if he

24       orders, I will order.

25           MS. PATTERSON:  That is it then.


        KLEIN-BURY & ASSOCIATES - (305) 373-8404

# Lady Foot Locker

**Store Evaluation Report**
Revised 12/9/94

| District # 487 | Manager: MEREDITH INFELD | | Prior Visits: 8-12-95 | Date: 9/20/95 |
| Store # 6193 | Correct # FT: 2 | Actual: 3 | Mgr. Trn'r: | Chk in date: 8/95 |

## YTD Performance

| Overall evaluation of YTD Performance. (Check one box) | ☐ Above Average ☐ Average ☒ Needs Improvement | Improvement since last visit. (Check one box) | ☐ Acceptable ☒ Needs Improve |

| M.A.S. | 892,106 | M.A.R. | 902,811 | 6 WK | +1.3 % |

| % Sales Gain −37% | District Avg. +6.4% | $ Sales Gain − $ 21,615. | |
| Wage % 10.54% | District Avg. 10.7% | Wage % Inc/Dec +1.47% | District Avg. −.03% |
| Multiple % 39.04% | District Avg. 40.87% | MST $ 73.82 | District Avg. $ 73.36 |
| Apparel % 13.27% | District Avg. 13.55% | Apparel % Inc/Dec +2.09% | District Avg. +1.93% |
| Accessory % 10.73% | District Avg. 10.26% | Accessory % Inc/Dec −.92% | District Avg. −.96% |
| Matchpoint Liquidation 30.82% | District Avg. 35.55% | Markdown % 5.09% | District Avg. 5.36% |
| Discount % .26% | District Avg. .24% | Profit % YTD +10.80% | District Avg. + 10.03% |
| Profit Improve. −29.96% | District Avg. +20.10% | 12 Month Profit % +10.7% | 12 Month Profit $ +$95,000. |
| YTD Profit $ +$ 55,504. | Audit Shrink $ −1035 | Audit Shrink % −.22% | District Avg. −.37% |
| Avg. Monthly Phone Bill $15.00 | District Avg. $ 40.00 | Bonus $ YTD — | YTD Bonus $ Inc/Dec — |
| Manager Multiple % 44.40% | Manager $ MST $71.20 | Manager Book $ 4482 | Mgr Book % to Total 25.6% |

**District Managers Comments:**

WE DISCUSSED WAGES AND WHAT NEEDS TO DONE — WE ARE ONE FULL-TIMER HEAVY, BUT WE NEED QUALITY DUMB-TIMERS! — IN MATCHPT LIQ LOOK FOR VALUES FOR YOUR CORE CUSTOMER BRING THEM TO THE SEAT — SET UP BINS BY PRICE LINE! — WE NEED FOCUS ON MULTIPLES AA focus will help you here in both and MST $. — "CLEANERS" —

VENA000017

SKU #01-58102-5-00   WHITE: D.M. (D.M. to retain original)   CANARY: STORE MANAGER   PINK: DVD

EXHIBIT 19

District Manager: Use the space below to thoroughly recap for the Store Manager your evaluation of the topic listed. Be detailed, straight forward and objective in your comments. Use this opportunity to express, in writing, exactly how the Store Manager is currently performing in this area and specific direction to improve areas that need development.

## Human Resource Development
### (Review Trainees, Training Days, Monthly Appraisals, Recruiting Effort, Professionalism of Crew)

Comments:

meredith, now that you've settled into your new store — Lets really put priorities into training your team.

TRAINING DAYS WEEKLY — MONTHLY APPRAISALS — GOAL SETTING

WE DISCUSSED M.I.W TRAINING DAYS FOR MICHELLE AND I GAVE YOU A COPY OF TOPICS TO COVER

| | | | |
|---|---|---|---|
| Trainee #1 Name: Michelle Patterson | | Phase/Targeted Completion Date: MIW | |
| YTD Avg Sales Book: 5871 | STD Avg Multiple %: 44.36 | STD Avg SMST: $71.22 | |

Comments: Michelle good multiples — focus on your MST #'s — You were off today Looking forward to talking to you on my next visit or sooner. I'm WAITING FOR RELOCATION LETTER.

| | | | |
|---|---|---|---|
| Trainee #2 Name: NICOLE BAKER | | Phase/Targeted Completion Date: PHASE — II — | |
| YTD Avg Sales Book: 5046 | STD Avg Multiple %: 37.70 | STD Avg SMST: $77.07 | |

Comments: NICOLE WE DISCUSSED your REQUEST ABOUT A TRANSFER TO NY — FOLLOW THRU ON SENDING ME A LETTER CC: TO WILLY GUGEL: MAGGIE HYATT: DARLA BURNHAM — Multiples TO 40%

| | | | |
|---|---|---|---|
| Trainee #3 Name: SUSAN IBARRA | | Phase/Targeted Completion Date: PHASE — II — | |
| YTD Avg Sales Book: 6573 | STD Avg Multiple %: 36.28 | STD Avg SMST: $75.50 | |

Comments: SUSAN, you need to work on your transportation needs. I may not always be able to Accomodate you. Get your multiples to 40%.

| Part Time | Name | % Multi | $ MST | Name | % Multi | $ MST |
|---|---|---|---|---|---|---|
| | T. LEWIS | 28.06 | 64.99 | | | |
| | B. LEVINE | 21.77 | 70.68 | | | |

VENA000018

Comments: UPDATE FOLDERS INCLUDING MULTIPLES / MONTHLY APP. ALL EMPLOYEES EVERY MONTH. — PRIME TIME PERFORMANCES MUST Improve.

| Overall evaluation of: HRD Development (Check one box) | | Above Average |
|---|---|---|
| | | Average |
| | ☒ | Needs Improvement |

| Improvement since last visit (Check one box) | | Acceptable |
|---|---|---|
| | ☒ | Needs improvement |

**District Manager:** Use the space below to thoroughly recap for the Store Manager your evaluation of the topic listed. Be detailed, straight forward and objective in your comments. Use this opportunity to express, in writing, exactly how the Store Manager is currently performing in this area and specific direction to improve areas that need development.

## LFL Sales Floor Programs
### (Sales Floor Job Description, Teamwork Works, other Company Programs)

Comments:

Your focus in Job Description
must be multiples, we discussed
getting back on track showing
cleaners and demonstrating
them.

The other area is showing and
selling apparel — get your
team focused and committed
for our next big peak —
" Holiday."

| Overall evaluation of: Sales Floor Programs (Check one box) | ☐ Above Average ☒ Average ☐ Needs Improvement | Improvement since last visit (Check one box) | ☒ Acceptable ☐ Needs Improvement |
|---|---|---|---|

## Product
### (Merchandising, Planning, Utilization of Information, Product Mix, Communication)

| Comments: | $ Inventory LY: | $ Inventory TY: |
|---|---|---|

I think your ideas on Product
are right on — start
communicating their needs
to Lana in D-8 In
Theresa in D-7.

VENA000019

| Overall evaluation of: Product Involvement (Check one box) | ☐ Above Average ☒ Average ☐ Needs Improvement | Improvement since last visit (Check one box) | ☒ Acceptable ☐ Needs Improvement |
|---|---|---|---|

District Manager: Use the space below to thoroughly recap for the Store Manager your evaluation of the topic listed. Be detailed, straight forward and objective in your comments. Use this opportunity to express, in writing, exactly how the Store Manager is currently performing in this area and specific direction to improve areas that need development.

## Visual Merchandising
### (VM Instruction Follow Through, Cleanliness, Windows, Back Room Organized)

**Comments:**

- YOUR STORE IS CLEAN, NEAT, AND ORGANIZED!

- Keep following thru on V.M. DIRECTIVES AND VSM VENDOR CAMPAIGNS.

| Overall evaluation of: VM Follow Through (Check one box) | | | Improvement since last visit (Check one box) | |
|---|---|---|---|---|
| ☒ | Above Average | | ☒ | Acceptable |
| ☐ | Average | | ☐ | Needs Improvement |
| ☐ | Needs Improvement | | | |

## Operations
### (Accounting, Security, Apparel Counts, Test Checks)

**Comments:**

Your BACK ON track with test checks —

Got apparel counts started on Sunday Sept 24.

VENA000020

| Overall evaluation of: Operational Areas (Check one box) | | | Improvement since last visit (Check one box) | |
|---|---|---|---|---|
| ☐ | Above Average | | ☒ | Acceptable |
| ☒ | Average | | ☐ | Needs Improvement |
| ☐ | Needs Improvement | | | |

| Disciplinary action needed to retain current position? | Yes ☐ | No ☒ |
|---|---|---|

District Manager: Use the space below to summarize your visit and to be sure all necessary comments have been discussed and documented. If disciplinary action is necessary, be very specific describing the areas that must be improved, give specific direction for improvement and the time frame agreed upon.

Meredith you have now been in 6193
for a little over a month,
its great to see sales turn
around!

As we discussed your focus must
be on improving controllable
areas and developing and
training a quality team.
Congratulations on your promotion
and good luck in your newest
CHALLENGE.

**Manager Comments:**

JEFF AND I DISCUSSED AREAS TO IMPROVE ON AND HOW
TO START MOVING IN THE RIGHT DIRECTION. I WILL BE
WORKING ON SALES FLOOR PROGRAMS AND TRAINING WITH MY TEAM
I AM STILL WORKING ON GRASPING ALL THE POTENTIAL
AREAS IN MY NEW STORE AS IN THE BEGINNING IT ALL
LOOKS A BIT "OVERWHELMING". I KNOW I CAN HAVE THIS
STORE RUNNING LIKE A FINE TUNED PIECE OF MACHINERY
WITH TIME!! I TAKE ON THIS CHALLENGE WITH PRIDE AND
EAGERNESS TO SUCCEED!!

**Things To Do:**

1) - MIW training days
2) - Monthly appraisals
3) - Apparel counts

VENA000021

| Overall evaluation of YTD Performance. (Check one box.) | ☐ AA<br>☐ A<br>☒ NI | Overall evaluation of Human Resource Development (Check one box) | ☒ AA<br>☐ A<br>☐ NI | Overall evaluation of LFL Sales Floor Programs (Check one box) | ☐ AA<br>☐ A<br>☒ NI |
|---|---|---|---|---|---|
| Overall evaluation of Product Involvement (Check one box) | ☐ AA<br>☐ A<br>☐ NI | Overall evaluation of Visual Merchandising (Check one box) | ☒ AA<br>☐ A<br>☐ NI | Overall evaluation of Operational Areas (Check one box) | ☐ AA<br>☐ A<br>☐ NI |

| Overall Performance: | AA | A | NI ☒ |
|---|---|---|---|

Mgr. Signature: _Meredith Infield_    DM Signature: _Jeffrey Byrd_

**Lady Foot Locker.**

2401 WEST PARK ROW #212
ARLINGTON TX 76013
817 265 6872

WILLY E. GUGEL
REGIONAL VICE PRESIDENT
SOUTHERN REGION

January 8, 1996


TO:  Meredith Infeld, Manager
     #6193 Broward Mall

RE:  Gaining Store

Dear Meredith
        and Team:

CONGRATULATIONS!  I would like to take this opportunity to thank
you for the hard work that went into reaching the Sales Gain
mark.  I know it takes a strong leader and teamwork to reach this
all important goal, as you pulled together to produce a gaining
store.

Guiding your team to this level, shows you have the momentum, to
guide your team to a higher plateau.  In focusing on the areas
that helped you reach this goal and intensifying these points,
your store will continue to gain in the future.

Be proud of your Team's accomplishments and continue striving for
the milestones ahead of you.  SHARE THE VISION...

Sincerely,

Willy Gugel

WG/pja

cc:  Mike Flanagan

*love it.*
*thanks*

EXHIBIT
20

VENA000093

# KINNEY SHOE CORPORATION
## STORE MANAGER PERFORMANCE APPRAISAL

NAME: __MEREDITH INFELD__    TITLE: __MANAGER__    DATE OF APPRAISAL: __4/16/96 (1995)__

__JEFF BJORK__    STORE #: __6193__    DIVISION: __LADYFOOTLOCKER__    DISTRICT #: __427__

DATE OF HIRE: __11/13/92__    LENGTH OF TIME IN POSITION: __1 YR. 3 MO.__    CHECK-IN DATE: __8/95__

## GENERAL INSTRUCTIONS

IN PREPARATION FOR THE PERFORMANCE APPRAISAL, COMPLETE THE SECTIONS ON THE FOLLOWING PAGES UTILIZING STORE RESULTS, THE MANAGER JOB DESCRIPTION, THE MANAGER'S OVERALL PERFORMANCE AND GOALS PREVIOUSLY ESTABLISHED. REFER TO ANY WRITTEN DOCUMENTATION CONCERNING PERFORMANCE PRIOR TO COMPLETING THIS FORM AND EVALUATE THE MANAGER ON PERFORMANCE FOR THE ENTIRE APPRAISAL PERIOD, NOT JUST THE PAST FEW MONTHS. WHEN MAKING COMMENTS, CONCENTRATE ON DEMONSTRATED BEHAVIORS, NOT VAGUE ATTRIBUTES SUCH AS "ATTITUDE" OF "PERSONALITY".

AFTER EVALUATION THE MANAGER'S PERFORMANCE, COMMENT ON THE ASSOCIATE'S POTENTIAL, STRENGTHS AND NEEDS. FINALLY, ESTABLISH BOTH QUANTITATIVE AND QUALITATIVE GOALS FOR THE

## RATING DEFINITIONS

IN EVALUATION PERFORMANCE, THE FOLLOWING DEFINITIONS WERE DEVELOPED AS A GUIDE . ANY AREA RECEIVING AN EVALUATION OF A "4" OR "5" SHOULD BE INCLUDED IN THE "GOALS" SECTION FOR IMMEDIATE ATTENTION.

**1- DISTINGUISHED/GREATLY EXCEEDS EXPECTATIONS:**

Performance far surpasses job requirements and/or expectations and outstanding results are attained consistently. This rating is to be reserved exclusively for those individuals who have displayed excellence on a consistent and sustained basis. NOTE: In order for an associate to receive a summary overall rating of "Distinguished", no factor should receive an evaluation lower than "Competent".

**2- COMMENDABLE/EXCEEDS EXPECTATIONS:**

Performance almost always exceeds job requirements and/or expectations and results attained in day-to-day activities are frequently superior. NOTE: In order for an associate to receive a summary rating of "Commendable", no factor should have received an evaluation of "Provisional".

**3- COMPETENT/MEETS EXPECTATIONS:**

Performance consistently meets job requirements and/or expectations. NOTE: In order for an associate to receive a summary rating of "Competent", no factor should have received an evaluation of "Unsatisfactory".

**4- PROVISIONAL/BELOW EXPECTATIONS:**

Performance is such that an employee may still require considerable supervision due to newness and inexperience in his/her current position. In the case of a long-term associate, this evaluation indicates that serious deficiencies exist. Performance at this level for an extended period of time is unacceptable.

**5- UNSATISFACTORY:**

Performance is unacceptable and requires immediate improvement. A specific time period should be established for the associates to improve performance. NOTE: An associate evaluated at this level will be terminated unless there is an improvement in job performance.

EXHIBIT
2

VENA000049

## PERFORMANCE AREAS

| MANAGERIAL SKILLS | 1 | 2 | 3 | 4 | 5 | COMMENTS: (AREAS RECEIVING A "4" OR "5" MUST BE INCLUDED IN THE "GOALS" SECTION) |
|---|---|---|---|---|---|---|
| Planning and organization | | X | | | | YOUR ORGANIZATIONAL SKILLS ARE GOOD |
| Use of time and meeting deadlines | | | X | | | YOU FOLLOW THRU AND MEET DEADLINES |
| Setting priorities | | | X | | | YOUR PRIORITIES MUST BE SALES/SHRINK |
| Verbal communication skills | | | X | | | MAKE SURE YOUR CLEAR ON DIRECTIVES |
| Written communication skills | | X | | | | YOUR CLEAR AND UNDERSTOOD HERE |

| CUSTOMER SERVICE | 1 | 2 | 3 | 4 | 5 | |
|---|---|---|---|---|---|---|
| Selling skills | | X | | | | APPAREL AT 14.36%,ACCESSORIES AT 10.10% |
| Multiple sales | | | X | | | 30.07% LG. 40.19%,MBTS $75.16 LG. $74.87 |
| Product knowledge | | X | | | | GOOD TECH KNOWLEDGE |
| Meeting sales and profit goals | | | X | | | NO GOALS FOR CURRENT STORE |
| Knowledge of competition | | | X | | | SHOP MORE FREQUENTLY |
| In-store sales meetings | | | X | | | HOLD ON A MORE CONSISTENT BASIS/PLAN |
| Effectively handles customer complaints | | X | | | | YOU TAKE CARE OF YOUR CUSTOMER |
| Corporate teamwork | | | X | | | KEEP STRIVING TO IMPROVE |

| OPERATIONS | 1 | 2 | 3 | 4 | 5 | |
|---|---|---|---|---|---|---|
| Shrinkage control / Store security | | | | X | | SHRINK AT -.42% AND -$3669 |
| Expense Control | | | X | | | WATCH WAGES AND CONTROL SHRINK |
| Record keeping | | X | | | | GOOD FOLLOW THRU HERE |
| Credit and layaway programs | X | | | | | NONE ON MANAGER'S STATEMENT |
| Stock room organization | | X | | | | YOU ARE WELL ORGANIZED |
| Store maintenance | | X | | | | VM AND STORE CLEANLINESS ARE VERY GOOD |
| Adherence to all safety policies | | X | | | | |
| Follows all VM directives | | X | | | | PAY CLOSE ATTENTION TO FLOOR LAYOUT |
| Follows company discount policy | | | X | | | DISCOUNTS AT .26% |

| MERCHANDISING | 1 | 2 | 3 | 4 | 5 | |
|---|---|---|---|---|---|---|
| Follow through on sales programs | | X | | | | GOOD FOLLOW THRU ON VSM PROGRAMS |
| Knowledge of merchandise reports | | X | | | | USE TO GET PRODUCT INTO YOUR STORE |
| FIFO / Matchpoint liquidation | | | | X | | 75.5% SECOND HALF |
| Communicating product needs | | | X | | | USE 401'S MORE |
| Merchandise pricing follow through | | X | | | | ALL MERCHANDISE PRICED AND CHANGED |

| HUMAN RESOURCES | 1 | 2 | 3 | 4 | 5 | |
|---|---|---|---|---|---|---|
| Follow through on policies and procedures | | X | | | | YOUR KNOWLEGABLE HERE |
| Proper staffing levels / scheduling | | X | | | | 1 A.M.-1 TRAINEE-3 P.T. |
| Training implementation and follow through | | | X | | | WATCH TIME FRAME-DEVELOP BACKUPS |
| Follow through on new associate procedures | | X | | | | SENT IN PER GUIDELINES |
| Recruiting and selection | | | X | | | ONE RECRUIT- NEED MORE FOR MARKET |
| Associate record keeping | | X | | | | FOLDER UP KEEP IS GOOD |

VENA000050

## STORE RESULTS

| YTD VOLUME | YTD $ GAIN | YTD % GAIN | MGR BOOK / MULTI % |
|---|---|---|---|
| 918,618 | +4695 | +.5% | 4941/44.28 |

| 12 MONTH PROFIT % | PROFIT % INC/DEC | SALES PER SQ. FOOT | BONUS $ YTD |
|---|---|---|---|
| 12.07 | -6.69 | 498 | |

| WAGE % | WAGE % INC/DEC | WG BUD FOLLOW THRU | WAGES IN LINE W/VOL |
|---|---|---|---|
| 10.28 | +.59 | OK | HIGH |

| $ SHORT / OVER | % SHRINK | 1ST HALF LIQ. % | 2ND HALF LIQ. % |
|---|---|---|---|
| -3689 | -.42 | 73.04 | 75.50 |

## GOALS REVIEW SUMMARY

| AGREED UPON GOALS | RESULTS ACHIEVED |
|---|---|
| SEE COMMENTS BELOW | |

## COMMENTS ON OVERALL RESULTS ACHIEVED ON GOALS

EDITH CHECKED INTO STORE 6193 IN AUGUST OF 1995 AND NO GOALS WERE GIVEN FOR THE YR.  SHE DID HOWEVER TAKE 6193 FROM A SALES LOSS TO A SALES GAIN BY YR. END.

## ASSOCIATE EVALUATION / CAREER ASSESSMENT

**ASSOCIATE'S SHORT AND LONG TERM POTENTIAL:**  Be as accurate as possible in assessing long and short range potential. This section is used to plan the associate's career path and the Company's management succession strategy.

MEREDITH YOUR SHORT TERM POTENTIAL IS TO TAKE 6193 TO A MILLION DOLLARS IN SALES AND BE MORE ACTIVE WITHIN THE MARKET IN RECRUITING AND DEVELOPING QUALITY PERSONNEL. LONG TERM I WOULD LIKE TO SEE MEREDITH DEVELOP AS A TRAINER CANDIDATE BY PRODUCING THE RESULTS IN SALES AND AUDIT CONTROL.

**STRENGTH / DEVELOPMENT NEEDS:**  Cite examples of associate's most significant performance strengths and needs.

YOUR STRENGTHS WERE THE RESULTS YOU ACHIEVED IN 6197 IN ACCESSORIES AND IN MULTIPLES AND GETTING 6193 TO THE GAIN SIDE IN 95. YOUR STRENGTHS ALSO INCLUDE YOU ORGANIZATION AND VM SKILLS. YOU NEED TO IMPROVE ON YOU AUDIT PERFORMANCE AS YOU WERE SHORT .42% AND IN RECRUITING AND DEVELOPING QUALITY BACK UP PERSONNEL.

**DEVELOPMENT PLAN:**  List specific training and experiences to be conducted during the next appraisal period.

| | Target Date |
|---|---|
| HRD CLASSES<br>TLC W/EDITORS | |

VENA000051

# NEW GOALS:    ORTHCOMING APPR/    AL PERIOD

is recommended that goals be reviewed quarterly for pending status and revisions, if necessary. It is important to document all revisions. Goals should be realistically attainable and kept to a manageable number.    REVIEWED BY

+6.9%
SELLING COST-6.9%
ACCESSORIES-9.5%
APPAREL-16%
MATCHPOINTS-65%
MGR. BOOK-6153-32%
AUDITS-(-.25%)
RECRUITS-2
PROFITS-15%

## SUPERVISOR COMMENTS:

MERDITH YOU HAD A STRONG PERFORMANCE IN 6197 WHICH LED TO YOUR PROMOTION TO STORE 6193. CONTROLLING SHRINK MUST BE ONE OF YOUR BIGGEST PRIORITIES ALONG WITH HITTING YOUR GOALS FOR 1998. YOUR A STRONG WELL ORGANIZED MANAGER I NEED MORE OF YOU IN 98 IN RECRUITING AND DEVELOPING A STRONG TEAM TO MAKE YOUR MARKET STRONGER. I DO FEEL THAT YOU WILL HIT THAT MILLION DOLLAR MARK IN 98 WITH FOCUS ON PERSONNEL AND IN PRODUCT.

## ASSOCIATE COMMENTS:

. THAT THE APPRAISAL HAS FAIRLY RATED MY ABILITIES IN EACH AREA. I HAVE SOME AREAS TO WORK ON FOR 1998 WHILE OBTAINING THIS YEARS GOALS. WITH HARD WORK AND A GREAT TEAM I EXPECT MY YEARLY GOALS ARE ATTAINABLE.

## SUMMARY RATING

Review the results of Performance against GOALS. Consider giving more weight to those factors which constitute the most important aspects of the position and indicate your overall judgement by placing a "check mark" on the scale below:

| DISTINGUISHED | COMMENDABLE | COMPETENT | PROVISIONAL | UNSATISFACTORY |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ |

| | | |
|---|---|---|
| ASSOCIATE: | *Meridith Dufed* | DATE: 4/16/96 |
| DISTRICT MANAGER: | | DATE: 4·16·96 |
| ONAL VICE PRESIDENT: | | DATE: |

VENA000052

```
Posted: Sat, Apr 20, 1996   9:42 AM EDT          Msg: NMJG-8514-8857
From:   UK0FIEB
To:     UK0FIGS
  :     (SITE:SMX,ID:JES2CAOF.UKERM44), KDM4271
 bj:    06193
```

```
AUPTU027
rev 3/96                 STORE AUDIT REPORT FORM 146
```

```
          ****************************************************
          *****************  DISTINGUISHED  *****************
          ****************************************************
```

Operations Rating: EXCELLENT                    Results Rating: COMMENDABLE

```
Store #     : 06193       Close of Business Date   : 04/18/96
Division #  : 08          District Manager         : JEFF BJORK
League #    : 427         Store Location           : PLANTATION, FLORIDA
Audit Region : USA        Management In Store Since: 08/10/95
```

```
Management:
  Manager     LNameFM: INFELD      ,MEREDITH     ,L   SS#: 047 50 1297
  AssistantMgr LNameFM: PHILLIPS   ,DESHANNON    ,M   SS#: 261 71 3972
```

Type of Audit: A=Announced

```
                                      (Manager    ) Inventory
Present Audit Result:  Last Audit Result:   Standing For Current Fiscal
                                      Year (This store only):
   or +:            SHORT Last - or +:        SHORT Accum- or +:        SHORT
 hrink        -917.05 Last Shrink     -2278.66 AccumShrink        -917.05
SBA         444018.26 Last SBA       283496.32 AccumSBA's       444018.26
 %            -0.21%  Last %            -0.80% Accum %            -0.21%
                      Last Audit Date:  11/27/95
```

```
Petty Cash Fund Per FSC $                 :       200.00
Petty Cash Fund On-Hand $                 :       200.00
Petty Cash Fund Discrepancy $             :         0.00
How Petty Cash Fund Discrepancy was resolved:
```

```
Total Inventory Value Reported This Audit $ :   207249.54
Total $ Discounts For Audit Period          :     2852.94
Total % Discounts For Audit Period          :        0.64%
```

```
STORE: 08 06193              - PAGE 2 -              DATE: 04/18/96
                      OPERATIONAL INFORMATION
```

```
Number of PAIRS/UNITS on hand.              -       6154
Number of PAIRS/UNITS hand-typed bar codes. -        208
PERCENT hand-typed bar codes.               -       3.38%
```

```
Number of PAIRS/UNITS of unsaleable merchandise. -   23
Total dollar($) value of unsaleable merchandise     698.52
```

```
Number of test checks taken since last audit?  -     20
```

```
 ate of last lock change.                   - 08/15/95
```

EXHIBIT
22

VENA000068

```
Names and titles of Key Carriers (other than     - DESHANNON PHILLIPS
management) with keys.

Title of persons having access to POS terminal   - 1 FULL TIME
(other than management.)                           2 PART TIME

  N  Are all Federal and company posters/security signs present and posted?

STORE: 08 06193                - PAGE  3 -                   DATE: 04/18/96
                             AUDIT RATING

    Operations Score : 70              Results Shrink:        -0.21%
    Operations Rating: EXCELLENT       Allowable Shrink:      -0.50%
                                       Results Rating: COMMENDABLE


    Operations Rating Criteria              Results Rating Criteria

Excellent      - 70 to 66 points     Commendable -  0 shrink to 1/2 allowable %
Satisfactory   - 65 to 56 points     Good        - 1/2 allowable to allowable %
Unsatisfactory - 55 to 46 points     Unacceptable- over the allowable %
Unacceptable   - 45 points or less   Acceptable  - any overages

    (Scores for operations ratings are posted in the Standards of Reporting.)

STORE: 08 06193                - PAGE  4 -                   DATE: 04/18/96
                            COMMENT SECTION
```

Comments of FOCD Analyst:
-> Test checks taken on the clothing departments indicate shortages
imilar to the actual audit results. The shoe department test checks do not
atch up due to the recent departmental renumberings.

This store drops their bank deposits at the World Foot Locker located in
the mall and they are then picked up by armored pickup. Some of the deposit
slips are stamped a day late due to this. I checked the bank drop log at
the World Foot Locker and all drops are being made on time.

Four t-shirts and a pair of shoes were no longer in the price file and were
returned to quality control.

Two of the required posters were not on hand and were ordered at the time
of the audit.

Comments of FOCD Analyst for FSC:
********************************************************************************
THE FOLLOWING COMMENTS ARE DIRECTED TO THE FSC INVENTORY AUDIT DEPARTMENT
********************************************************************************
->      NONE

Comments of Manager    :
-> SUCCESS!!! What more can I say ... I'm elated about the outcome of my
audit. Both paperwork and inventory control were at the highest level.

I attest to my statement above as being a reflection of my feeling about this
audit taken in my store.
Manager    : INFELD,MEREDITH,L        Signature of Manager    :

VENA000069

We, the undersigned par es, represent that, to the est of our knowledge, the information set forth in this report reflects the condition of on-hand cash and inventory.
To the best of all parties knowledge, all transactions relating to store inventory have been recorded and used to reconcile the stock report.
This report also reflects the FOCD Analyst's findings relative to the store management's non-compliance of corporate policies, as it relates to security and loss prevention. All other areas are to be considered as in compliance.

Manager      :  INFELD,MEREDITH,L       Signature of Manager      :
AssistantMgr: PHILLIPS,DESHANNON,M      Date: 04/19/96

FOCD Analyst: SKAAR, JENS F.           SS#:  567 92 2119

                            Signature:

Signed copies of this report are on file in the store and the FOCD office.
********************************************************************
                     AUDIT WORKSHEET INFORMATION

Store #    : 06193          Close of Business: 04/18/96
Division #: 08              Type of Audit    : A=Announced
League #   : 427            Store Location    : PLANTATION, FLORIDA
Audit Result $ (Shrink):    _____-917.05   %:    _____-0.21%
Sales Between Audits $ :    _____444018.26
Total Inventory $      :    _____207249.54
Total Discounts $      :    _____2852.94
Petty Cash $ (per FSC) :    _____200.00
Petty Cash $ (Seasonal):    _____.00
Management             :  INFELD,MEREDITH,L       000000 047 50 1297
New Management         :
Field Analyst's Name(s): SKAAR, JENS F.          000000 567 92 2119
Last Shipment Dates:
   From: 04               Document #: 904061930106    Acknowledged: 04/15/96
********************************************************************
********************************************************************
THE FOLLOWING COMMENTS ARE DIRECTED TO THE FSC INVENTORY AUDIT DEPARTMENT
********************************************************************
->     NONE
********************************************************************
AUPT0006-3                 FINANCIAL AUDIT            STORE:06193 04/18/96

  1.Audit Result              806193 04/18/96        -74          -917.05
03:      -161          -8,895.93
04:        -2            -60.98
05:       -19           -274.95
06:        48          5,702.20
07:       -95         -6,278.17
08:        -1           -929.60
09:        11            429.89
10:         3            -38.00
12:       -71           -188.75
14:       180          8,898.15
16:       -30           -216.03
19:       -17           -497.56
22:        46            413.02
51:        34          1,019.66

VENA000070

```
  2. - Financial Counts          806193 04/18/96      6,154          207,249.54
03:          616           39,060.12
04:          357           12,394.65
06:          200            5,682.90
07:          318           13,808.70
08:          785           17,598.60
09:           13              449.87
10:          379            2,730.89
12:           31            1,350.70
14:        1,149           71,495.80
16:        1,256            9,715.57
19:          341            7,325.80
22:          675           24,616.28
51:           34            1,019.66
```

VENA000071

# Lady Foot Locker

### Store Evaluation Report
Revised 12/14/94

| District # 427 | Manager: MEREDITH INFELD | Prior Visit: 5/8/96 | Date: 7/11/96 |
|---|---|---|---|
| Store # 6193 | Correct # FT: 2   Actual: 2 | Mgr. Tra'r: | Chk in date: 6/96 |

## YTD Performance

| Overall evaluation of YTD Performance. (Check one box) | | Improvement since last visit. (Check one box) | |
|---|---|---|---|
| ☑ Above Average | | ☑ Acceptable | |
| ☐ Average | | ☐ Needs Improve | |
| ☐ Needs Improvement | | | |

| M.A.S. | 900,861 | M.A.R. | 1,089,737 |
|---|---|---|---|

| % Sales Gain | +17.2 | District Avg. +9.4 | $ Sales Gain | +62,243 | | |
|---|---|---|---|---|---|---|
| Wage % | 9.34 | District Avg. 10.54 | Wage % Inc/Dec | -1.75 | District Avg. | -.51 |
| Multiple % | 42.33 | District Avg. 41.10 | MST $ | 77.32 | District Avg. | 75.57 |
| Accessory % | 8.46 | District Avg. 8.75 | Accessory % Inc/Dec | -1.73 | District Avg. | -1.18 |
| Apparel % | 16.42 | District Avg. 14.48 | Apparel % Inc/Dec | +1.67 | District Avg. | -1.61 |
| Matchpoint Liquidation | 84.99 | District Avg. 81.96 | Markdown % | 4.94 | District Avg. | 5.46 |
| Discount % | .19 | District Avg. .17 | Profit % YTD | +15.93 | District Avg. | +9.63 |
| Profit Improve. | +104.68% | District Avg. +63.43 | 12 Month Profit % | - | 12 Month Profit $ | |
| YTD Profit $ | +64,885 | Audit Shrink $ | -917 | Audit Shrink % | -.21 | District Avg. -.36 |
| Avg. Monthly | 29. | District Avg. 36.57 | Bonus $ YTD | 2519 | YTD Bonus $ Inc/Dec | - |
| Manager Multiple % | 47.94 | Manager $ MST | 77.10 | Manager Book - | 5653 | Mgr Book % to Total | 29.7 |

trict Managers Comments:

EVERY AREA IS ABOVE DISTRICT AVERAGE EXCEPT FOR ACCESSORIES- BETTER JOB
FOLLOW THRU WILL GET THIS AREA ABOVE LG. AVERAGE.
YOUR LESS THAN 20,000 AWAY FROM A MILLION!!!!!! HOW SOON??????
PROFITS ARE UP OVER 104% AS SALES AARE UP THRU JUNE 15.90% AND EXPENSES ARE DOWN 2% FOR
THE SAME PERIOD GOOD JOB!! MANAGER BOOK IS GOOD AT 75% AND MST 7 OF 47.94% THANKS!!

VENA000030


EXHIBIT
23

District Manager: Use the space below to thoroughly romp for the Store Manager your evaluation of the topic listed. Be detailed, straight forward and objective in your comments. Use this opportunity to express, in writing, exactly how the Store Manager is currently performing in this area and specific direction to improve areas that need development.

## Human Resource Development

### (Review Trainees, Training Days, Monthly Appraisals, Recruiting Effort, Professionalism of Crew)

Comments

YOU MUST PUT MORE TRAINING AND GET MORE DISCIPLINE IN THE FOLLOW THRU OF THE JOB DESCRIPTION. AS WE DISCUSSED I WANT EACH AREA OF THE JOB DESCRIPTION DONE AS A FULL DAY TRAINING DAY. IF WE DO NOT GET THE NEEDED FOLLOW THRU ON FOLLOW THRU OF THE JOB DESCRIPTION THEN THAT ASSOCIATE MUST BE WRITTEN UP. WE MUST GET FOLLOW THRU FOR ALL ON YOUR TEAM INCLUDING PRIME TIMERS.

---

Trainee #1  Name: BRIDGETT PAPPAS        Phase/Targeted Completion Date: MIT.

YTD Avg Sales Book: 4670       STD Avg Multiple %: 69.92       STD Avg $MST: 83.46

WELCOME TO LG. 427.
GREAT MULTIPLES AND SALES BOOK-KEEP IT UP!!!!!

---

Trainee #2  Name: NATALIE LANDAU        Phase/Targeted Completion Date: ONE/4/36/LATE

YTD Avg Sales Book: 5258       STD Avg Multiple %: 40.61       STD Avg $MST: 79.46

NATALIE YOUR FOLDER IS BEHIND ONE MONTH. GOOD AVERAGE SALES BOOK. GET MULTIPLES TO STORE AVERAGE OF 42.39%. WE DISCUSSED AT LENGTH TODAY YOUR RESULTS ON THE MYSTERY SHOPPER AND HOW POOR THEY WERE. I EXPECT IMMEDIATE IMPROVEMENT.

---

Trainee #3  Name:        Phase/Targeted Completion Date:

YTD Avg Sales Book:       STD Avg Multiple %:       STD Avg $MST:

| Name | % Mult | $ MST | Name | % Mult | $ MST |
|---|---|---|---|---|---|
| L. MCDEAMAID | 31.52 | 75.62 | T.LEWIS | 33.2 | 72.54 |
|  |  |  |  |  |  |

| Overall evaluation of: HRD Development (Check one box) | | Improvement since last visit (Check one box) | |
|---|---|---|---|
| ☐ Above Average | | ✓ Acceptable | |
| ✓ Average | | ☐ Needs Improvement | |
| ☐ Needs Improvement | | | |

VENA000031

District Manager: Use the space below to thoroughly recap for the Store Manager your evaluation of the topics listed. Be detailed, straight forward and objective in your comments. Use this opportunity to express, in writing, exactly how the Store Manager is currently performing in this area and specific direction to improve areas that need development.

## LFL Sales Floor Programs
### (Sales Floor Job Description, Teamwork Works, other Company Programs)

**Comments:**

AS WE WENT OVER BY THE MYSTERY SHOPPER REPORT WE HAVE A LOT OF WORK TO DO ON OUR LADY FOOTLOCKER JOB DESCRIPTION.
THE MYSTERY SHOPPER( MIKE FLANNAGEN AND BECKY STEPHANSKI) WERE NOT GREETED, THEY WERRE NOT SHOWN ACC OR APP, WE DID NOT OFFER TO MEASURE THEIR FEET, WE DID NOT HO THEM, WE DID NOT GIVE OUR NAME, WE DID NOT SHOW A MATCHPOINT, AND WE DID NOT THANK THEM OR TELL THEM TO COME BACK. WHAT ELSE IS THERE WE DID NOT DO ANYTHING ACCORDING TO THE JOB DESCRIPTION. THIS MUST STOP IMMEDIATELY AND EVERY EMPLOYEE MUST KNOW WHAT IS TO BE DONE AND THEN THEY MUST FOLLOW THRU. IF THEY DO NOT DO SO THEY CANNOT WORK FOR LADY FOOTLOCKER.
I WANT MAJOR FOCUS AND I WANT BETTER RESULTS.
NATLAIE WAS WEARING A BEEPER AND THIS IS UNACCEPTABLE.
NAME TAGS MUST BE WORN AT ALL TIMES, AND DRESS CODE MUST BE PER CO. POLICY....

| Overall evaluation of: Sales Floor Programs (Check one box) | | Improvement since last visit (Check one box) | |
|---|---|---|---|
| ☐ Above Average | | | ☐ Acceptable |
| ☐ Average | | | ☑ Needs Improvement |
| ☑ Needs Improvement | | | |

## Product
### (Merchandising, Planning, Utilization of Information, Product Mix, Communication)

| Comments: | $ Inventory LY: | $ Inventory TY: |
|---|---|---|

GET READY FOR BTS-DO NOT WAIT TO GET WHAT YOUR SENT-GET WHAT YOU NEED!!!!!!!

VENA000032

| Overall evaluation of: Product Involvement (Check one box) | | Improvement since last visit (Check one box) | |
|---|---|---|---|
| ☐ Above Average | | | ☑ Acceptable |
| ☑ Average | | | ☐ Needs Improvement |
| ☐ Needs Improvement | | | |

District Manager: Use this space below to thoroughly romp for the Store Manager your evaluation of the topic listed. Be detailed, straight forward and objective in your comments. Use this opportunity to express, in writing, exactly how the Store Manager is currently performing in this area and specific direction to improve areas that need development.

## Visual Merchandising
### (VM Instruction Follow Through, Cleanliness, Windows, Back Room Organized)

Comments:

AS WE DISCUSSED AND WENT OVER YOU MUST FOLLOW THRU BETTER ON VISUAL INSTRUCTIONS. YOU MUST FOLLOW THEM AS CLOSELY AS YOU CAN, NOT JUST WHEN YOU THINK IT IS RIGHT OR WANT TO.
DISCUSS AND GO OVER WITH YOUR NEW MIT THE APPAREL WALL SHE DID, MAKE SURE THAT YOU EXPLAIN TO HER HOW IMPORTANT IT IS TO FOLLOW VM GUIDLINES AS WE WANT ALL STORE TO LOOK AS MUCH ALIKE AS POSSIBLE, IT IS A MATTER OF DISCIPLINE.
WE MUST DEVLOP BETTER DISCIPLINE HERE.

| Overall evaluation of:<br>VM Follow Through<br>(Check one box) | ☐ Above Average<br>☐ Average<br>☑ Needs Improvement | Improvement<br>since last visit<br>(Check one box) | ☐ Acceptable<br>☑ Needs Improvement |
|---|---|---|---|

## Operations
### (Accounting, Security, Apparel Counts, Test Checks)

Comments:

GOOD FOLLOW THRU IN TAKING WEEKLY TEST CHECKS . APPAREL COUNTS ARE NOT BEING DONE DAILY AND MUST BE DONE DAILY AS PER CO. POLICY.
YOUR MANAGER STATEMENT IS $465.06 AND ALL BUT ONE ITEM IS NO GOOD CHECKS, IF NECESSARY GET MGR. AND AM TO APPROVE ALL CHECKS AND CHARGES.

VENA000033

| Overall evaluation of:<br>Operational Areas<br>(Check one box) | ☐ Above Average<br>☑ Average<br>☐ Needs Improvement | Improvement<br>since last visit<br>(Check one box) | ☐ Acceptable<br>☑ Needs Improvement |
|---|---|---|---|

| Disciplinary action needed to retain current position? | Yes ☐ | No ☑ |
|---|---|---|

*Arist Manager: Use the space below to summarize your visit and to be sure all necessary comments have been discussed and documented. If disciplinary action is necessary, be very specific describing the areas that must be improved, give specific direction for improvement and the time frame agreed upon.*

WE SPENT A LOT OF TIME TODAY DISCUSSING TWO AREAS- 1) FOLLOW THRU AND EXECUTION OF THE LADY FOOTLOCKER JOB DESCRIPTION AND THE RESULTS OF THE MYSTERY SHOPPER. THIS AREA MUST TAKE TOP PRIORITY AND WE MUST SHOW IMPROVEMENT HERE.... AS WE DISCUSSED TRAINING DAYS DOCUMENTED ON EACH AREA OF THE JOB DESCRIPTION. MONITOR FOLLOW THRU AND IF NECESSARY TAKE FURTHER ACTION ON ANY ONE WHO DOES NOT FOLLOW THRU OR ATTEMPT TO FOLLOW THRU. 2)VM FOLLOW AS PER VM DIRECTIVE BY THE MARKETING DEPT., YOU UNDERSTAND WHAT WE NEED, NO LET'S GET IT DONE.
GET READY FOR BTS IN BOTH PRODUCT AND IN PEOPLE, IT WILL BE HERE BEFOR YOU KNOW IT.

I AM NOT HAPPY WITH THE RESULTS OF THE MYSTERY SHOP BUT THIS INFORMATION WILL CERTAINLY BE HELPFUL IN TRAINING MY TEAM TO BE THE BEST IN CUSTOMER SERVICE USING THE ...B DESCRIPTION AS THE TOOL. I HAVE A LOT OF AREAS OF OPPORTUNITY TO IMPROVE . SALES ...E GREAT ; WE ARE UP UP UP. MY NEXT VISIT WILL SEE MANY CHANGES FOR THE BETTER.

VENA000034

| Overall evaluation of YTD Performance. (Check one box) | AA ☑ / A ☐ / NI ☐ | Overall evaluation of Human Resource Development (Check one box) | AA ☐ / A ☑ / NI ☐ | Overall evaluation of LFL Sales Floor Programs (Check one box) | AA ☐ / A ☐ / NI ☑ |
|---|---|---|---|---|---|
| Overall evaluation of Product Involvement (Check one box) | AA ☐ / A ☑ / NI ☐ | Overall evaluation of Visual Merchandising (Check one box) | AA ☐ / A ☐ / NI ☑ | Overall evaluation of Operational Areas (Check one box) | AA ☐ / A ☐ / NI ☑ |

| Overall Performance | AA ☐ | A ☑ | NI ☐ |
|---|---|---|---|

Mgr. Signature: _____    DM Signature: _____

**Lady Foot Locker.**

2401 WEST PARK ROW #212
ARLINGTON TX 76013
817 265 6872

**WILLY E. GUGEL**
REGIONAL VICE PRESIDENT
SOUTHERN REGION

July 29, 1996                                        427

TO:  Meredith Infeld, Manager
     #6193 Broward Mall

RE:  MILLION DOLLAR STORE

Dear Meredith
          and Team:

Congratulations to you. and your Team!  The Mighty MILLION DOLLAR
Mark is now yours!  Thank you for working so hard and guiding
your Team to this all important goal!

Your concentration, now that you've hit that long awaited goal,
should be focused on the next level... the 1.3 Million Dollar
mark!  The only way to reach that next level is by obtaining more
of the same exciting accomplishments that got you to the Million
Dollar mark;  great customer service, knowing your products,
keeping them in stock.  Shoot for the Stars!

It takes Team Leaders like yourself, Meredith, achieving
important goals like this, to propel our Company forward.  As we
prosper, so do our Managers through the Bonus Program.  Stand up
and be proud of your accomplishments.  Don't forget to have fun
while reaching for your next goal.

Once again, Meredith, I would like to thank you and your Team for
shining so bright and showing others how it's achieved!

Achieve Continued Excellence....

Sincerely,

Willy Gugel

WG/pja

                                              EXHIBIT
                                              24

cc:  Mike Flanagan

VENA000102

**Lady foot Locker.**
2401 WEST PARK ROW #212
ARLINGTON, TX 76013
817-265-6872

**WILLY E. GUGEL**
REGIONAL VICE PRESIDENT
SOUTHERN REGION

42 7

August 25, 1996

TO:  Meredith Infeld, Manager
     #6193 Broward Mall

# CONGRATULATIONS...$100,000 SALES GAIN

Dear Meredith
     and Team,

Congratulations!  I want to take this opportunity to thank you
for the hard work that went into reaching the $100,000. Sales
Gain mark.  I know it takes a strong leader and team work to
reach this all important goal, as you pulled together to produce
$100,000. gain.

Guiding your team to this level, shows that you have the
potential, to take your team to an even higher plateau.  By
focusing on the areas that helped you reach this level and
intensifying those points, you will continue to gain.

It takes LEADERS like yourself, to reach milestones such as this,
to create the profits that push the Company into the future.  Be
proud of your team's accomplishments.  Have fun while striving
for your next goal!

Once again, I would like to thank you and your Team for shining
so bright.  Achieve Continued Excellence....

Sincerely,

Willy Gugel

WG/pja

cc:  Mike Flanagan

EXHIBIT
25

VENA000103

# Woolworth Corporation
## STORES ORGANIZATION
### PERFORMANCE APPRAISAL

| Division | LFL | | | Name: | MEREDITH INFELD | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Title / Area(s): | MANAGER 06193 PLANTATION FL. | | | |

| | | Total Years of Service | 4YR2MO | Time in Job Title | 2YR?'1 | Time in Job Category | 2YR3'V |
|---|---|---|---|---|---|---|---|

COMPLETED BY:  Self  Supervisor ✓

| YEAR - 1996 | S | E | M | N | U | COMMENT FOR EACH PERFORMANCE MEASUREMENT |
|---|---|---|---|---|---|---|
| **S - Superior** | | | | | | |
| **E - Exceeding Expectations** | | | | | | |
| **M - Meeting Expectations** | | | | | | |
| **N - Not Meeting Expectations** | | | | | | |
| **U - Unsatisfactory** | | | | | | |
| **SALES:** | | | | | | EXCEEDED PLAN IN SALES, SELLING COST, APPAREL, MATCHPOINTS, AND IN |
| Plan $ $1,000,378 | | X | | | | MULTIPLES. AND WSTS. |
| Actual $ $1082,701, | | | | | | DID NOT ACHIEVE PLAN IN ACCESSORIES AND IN MANAGER BOOK. |
| 25% | | | | | | YOU AND YOUR  HAD A GREAT Yr. THANKS. |
| | | | | | | YOUR STORE WAS ALWAYS NEAT AND ORGANIZED. |
| **PROFIT:** | | | | | | YOUR PROFIT PLAN WAS 18% AND YOUR 96 RESULTS WERE 19.29%. |
| Plan $ $180,876 | X | | | | | YOU DID AN EXELLENT JOB IN CONTOLLING EXPENSES AS YOUR SALES WERE |
| Actual $ $203,873 | | | | | | UP 17.9% AND YOUR TOTAL EXPENSES  SHOWED A DECREASE OF -1.46%. |
| 20% | | | | | | YOU FOLLOWED THE UPH WAGE BUDGETS |
| **SHRINKAGE:** | | | | | | YOUR SHRINK WAS HIGH IN 96 AT -$6076  AND THE MAJORITY OF THIS WAS |
| Plan % -.28% | | | | | X | DUE TO YOUR AUDIT ON 9/2/96 WHICH WAS SHORT -$5161.  YOUR AUDIT OF 1/11 |
| Actual % -.69% | | | | | | WAS WITHIN THE ALLOWABLE AT -.21% AND WAS ALSO A NO DEFICIENCY. |
| 15% | | | | | | YOUR AUDIT OF 9/2/96 HAD FOUR DEFICENCES INCLUDING  DISCOUNT ABUSE |
| | | | | | | BY YOU THE MANAGER |
| **Special Job Objective** | | | | X | | YOU HIT THE MILLION DOLLAR  MARK IN SALES. |
| 15% | | | | | | YOU MUST BE MORE OF A LEADER AND RECRUITER , ONE THAT DEVELOPS |
| | | | | | | STRONG PERSONEL N YOUR MARKET. |
| **People Development** | | | | X | | RECRUIT AND DEVELO STRONG PEOPLE  NOT ONLY FOR YOUR STORE BUT |
| 25% | | | | | | FOR YOUR MARKET. YOU MUST EVALUATE PERSONNEL FASTER AND  TAKE |
| | | | | | | DISCIPLINARY ACTION  FASTER IF NEEDED. |
| **Overall Summary Rating** | | | X | | | |
| 100% | | | | | | |

_Vendsu Mufeld_  _____    4/15/97 _____
Associate                    Date

_Ag. Byork_ _____    4/15/97 _____
Supervisor                  Date

_____    _____
Appraisal Review Follow-Up Date

EXHIBIT
26

## ACTION PLAN FOR PERFORMANCE IMPROVEMENT
### (Mandatory for all N and U performance ratings)

| ACTION | RESOURCES REQUIRED | TIMING |
|---|---|---|
| CONTROL SHRINK | DAILY APPAREL COUNTS, WEEKLY TESTCHECKS, AND DAILY VERIFICATION OF REFUNDS | IMMEDIATELY |
| RECRUITING AND DEVELOPING A WELL TRAINED TEAM | WORK WITH M.T AND MKT. LEADER DENISE RABI, DO TRAINING DAYS WEEKLY, AND DO MONTHLY APPRAISALS AS PER POLICY. EVALUATE EACH ASSOCIATE AND TAKE APPROPRIATE ACTION | FIRST HALF |

**APPRAISER'S SUMMARY**
MEREDITH, YOU AND YOUR TEAM HAD A GREAT YR. IN SALES AS YOU TOOK 6193 OVER THE MILLION DOLLAR MARK. CONGRATULATIONS AND THANK-YOU
ALL OTHER SALES AREAS WERE ALSO VERY STONG-APPAREL,MULTIPLES, MATCHPOINTS, SELLING COST, AND PROFITS.
IN 1997 I WANT TO SEE YOU GET BETTER RESULTS IN AUDITS. I WANT TO SEE YOU DEVELOP INTO A LEADER IN YOUR MARKET IN RECRUITING AND TRAINING QUALITY PERSONNEL WORK CLOSELY WITH MT AND MARKET LEADER DENISE RABI

**ASSOCIATE'S COMMENTS**
1996 WAS AN AWESOME YEAR IN SALES-MY TEAM AND I EXCEEDED MANY OF OUR GOALS FOR THE YEAR THIS COMING YEAR WILL CERTAINLY BE A CHALLANGE I AGREE WITH ALL AREAS OF MY APPRAISAL AS WRITTEN.

VENA000087

# STORES ORGANIZATION
## PERFORMANCE PLANNING WORKSHEET

| Division | Name: | MEREDITH INFELD |
|---|---|---|
| LFL | Title / Area(s): | MANAGER-6193-PLANTATION FL |

**YEAR - 1997**

**SALES:**
GAIN OF 3%
MUTIPLES-45%
MSTB-$60.
ACCESSORIES-9.5%
APPAREL-17.5%
MATCHPOINTS-95%
MGR. BOOK-$6,000

Plan $ — $1,115,182

**25%**

**PROFIT:**
PROFIT %-20 %
SELLING COST-6.68%

Plan $ — $223,036

**20%**

**SHRINKAGE:**
APPAREL COUNTS WKLY
TWO TESTCHECKS PER WEEK
VERIFY REFUNDS
EVALUATE PERSONNEL ON SECURITY AND TAKE APPROPRIATE ACTION

Plan % — -.35%

**15%**

**Special Job Objective**
WORK WITH MT DENISE RABI AND DEVELOP PERSONNEL AND PRODUCT FOR THE MARKET

**15%**

**People Development**
RECRUIT TWO QUALITY PEOPLE
PROMOTE OWN AM
EVALUATE PERSONNEL AND TAKE NECESSARY ACTION

**25%**

_____     4/15/97
Associate                          Date

_____     4/15/97
Supervisor                         Date

VENA000088

```
Posted: Sat, Feb 22, 1997  10:47 AM EST              Msg: CMJH-1385-3075
From:   UKOFIEB
To:     UKOFIGS
 C:     (SITE:SMX,ID:JES2CAOF.UKERM44), KDM4271
 bj:    06193
```

```
AUPTU027
rev 9/96                   STORE AUDIT REPORT FORM 146
```

Operations Rating: SATISFACTORY                    Results Rating: GOOD

```
Store #      : 06193      Close of Business Date  : 02/20/97
Division #   : 08         District Manager        : JEFF BJORK
League #     : 427        Store Location          : PLANTATION, FLORIDA
Audit Region : USA        Management In Store Since: 08/10/95
```

Management:
```
  Manager       LNameFM: INFELD      ,MEREDITH     ,L   SS#: 047 50 1297
  AssistantMgr  LNameFM: PHILLIPS    ,DESHANNON    ,M   SS#: 261 71 3972
```

Type of Audit: A=Announced

| | | | (Manager ) Inventory Standing For Current Fiscal Year (This store only): | |
|---|---|---|---|---|
| Present Audit Result: | Last Audit Result: | | | |
| - or +: | SHORT | Last - or +: | SHORT | Accum- or +: | SHORT |
| Shrink | -2163.33 | Last Shrink | -5161.22 | AccumShrink | -2163.33 |
| SBA | 471438.59 | Last SBA | 444047.29 | AccumSBA's | 471438.59 |
| % | -0.46% | Last % | -1.16% | Accum % | -0.46% |
| | | Last Audit Date: | 09/08/96 | | |

```
Petty Cash Fund Per PSC $               :       200.00
Petty Cash Fund On-Hand $               :       200.00
Petty Cash Fund Discrepancy $           :         0.00
How Petty Cash Fund Discrepancy was resolved:

Total Inventory Value Reported This Audit $ :   203831.81
Total $ Discounts For Audit Period      :      3296.46
Total % Discounts For Audit Period      :         0.70%
```

```
STORE: 08 06193              - PAGE  2 -                    DATE: 02/20/97
                        OPERATIONAL INFORMATION
```

```
Number of PAIRS/UNITS on hand.            -        5674
Number of PAIRS/UNITS hand-typed bar codes.  -     288
PERCENT hand-typed bar codes.             -        5.08%

Number of PAIRS/UNITS of unsaleable merchandise. -    3
Total dollar($) value of unsaleable merchandise      154.97

Number of test checks taken since last audit?  -     29

Date of last lock change.                 - 01/23/97

Names and titles of Key Carriers (other than   - NONE
management) with keys.
```

EXHIBIT
27

VENA000077

Title of persons having access to POS terminal    -    FULL TIME ASSOCIATE
(other than management.)                                3 PART TIME ASSOCIATES

STORE: 08 06193                  - PAGE  3 -                      DATE: 02/20/97
                        NON-COMPLIANCE NOTED AND REVIEWED

C. CASH SECURITY:  (If NO, enter the # of times citation noted.)

     1 Does credit card acceptance conform with company policy?
COMMENTS:
                    ************************************************
                    ******        Area(s) of Concern:        ******  .
                    ************************************************
-> Credit card transactions were missing the required manual imprint of
the card on 1/30, 2/1, 2/6 and 2/14/97.

                    ************************************************
                    ****** Recommendation(s) For Improvement:  ******
                    ************************************************
-> All POS credit card transactions that print the letter " E " to the
right of the authorization number or print " customers signature " instead
of the customers actual name must have a manual imprint made of the credit
card.

D. LAYAWAY ACTIVITY:  (If NO, enter the # of times citation noted.)

     2  Is layaway procedure correct?
        Amount RTS'd $            .00
        # of packages:           0
COMMENTS:
                    ************************************************
                    ******        Area(s) of Concern:        ******
                    ************************************************
-> Layaway # 635276 dated 12/14/96 was rts'd on 2/1/97 and # 635283 dated
12/19/96 was rts'd 2/4/97.  This is beyond the time limit for layaways.

                    ************************************************
                    ****** Recommendation(s) For Improvement:  ******
                    ************************************************
-> Layaways are only to be kept active 30 days plus a 7 day grace period
for a maximum of 37 days.

STORE: 08 06193                  - PAGE  4 -                      DATE: 02/20/97
                          PRELIMINARY AUDIT RESULT

PRELIMINARY AUDIT RESULT:

        Is preliminary audit result within allowable shrink percent?
        (If NO, enter # of audits NOT within allowable shrink percent.)

COMMENTS:
                    ************************************************
                    ******    SHRINKAGE:  Research/Analysis    ******
                    ************************************************
-> Meredith has been taking apparel counts every day since the previous
audit.  Her result was one unit different than the actual audit results for
all of the clothing departments combined.

VENA000078

The test checks taken have results similar to the actual audit results.

One pair of pants was no longer in the price file and was returned to quality control.

STORE: 08 06193                    - PAGE 5 -                    DATE: 02/20/97
                                  AUDIT RATING

Operations Score : 56              Results Shrink:        -0.46%
Operations Rating: SATISFACTORY    Allowable Shrink:      -0.50%
                                   Results Rating: GOOD


   Operations Rating Criteria           Results Rating Criteria

Excellent    - 70 to 66 points    Commendable - 0 shrink to 1/2 allowable %
Satisfactory - 65 to 56 points    Good        - 1/2 allowable to allowable %
Unsatisfactory- 55 to 46 points   Unacceptable- over the allowable %
Unacceptable - 45 points or less  Acceptable  - any overages

   (Scores for operations ratings are posted in the Standards of Reporting.)

STORE: 08 06193                    - PAGE 6 -                    DATE: 02/20/97
                                  COMMENT SECTION

Comments of Auditor:
-> A security checklist was completed and the store is secure.

Comments of Auditor for FSC:
*******************************************************************
THE FOLLOWING COMMENTS ARE DIRECTED TO THE FSC INVENTORY AUDIT DEPARTMENT
*******************************************************************
,      NONE

Comments of Manager    :
-> I AM VERY HAPPY WITH THE RESULTS OF THE AUDIT WITH THE CHRISTMAS
TRAFFIC AS HEAVY AS IT WAS. OUR APPAREL COUNTS HAVE INCREASED THE OVERALL
FLOOR AWARENESS, KNOWING EVERYDAY HOW MANY UNITS HAVE BEEN STOLEN IS A
CONSTANT REMINDER AND ALLOWS ME TO HOLD MY ASSISTANT ACCOUNTABLE WHEN
NECESSARY. I HOPE TO CONTINUE IMPROVING IN THIS AREA OF OPPORTUNITY!

I attest to my statement above as being a reflection of my feeling about this
audit taken in my store.
Manager    : INFELD,MEREDITH,L      Signature:

We, the undersigned parties, represent that, to the best of our knowledge, the
   information set forth in this report reflects the condition of on-hand cash
   and inventory.
To the best of all parties knowledge, all transactions relating to store
   inventory have been recorded and used to reconcile the stock report.
This report also reflects the Auditor's findings relative to the store
   management's non-compliance of corporate policies, as it relates to security
   and loss prevention.  All other areas are to be considered as in compliance.

Manager    : INFELD,MEREDITH,L      Signature:
AssistantMgr: PHILLIPS,DESHANNON,M   Date: 02/21/97

   Auditor : SKAAR, JENS F.          SS#: 567 92 2119

VENA000079

Signature:

Signed copies of this report are on file in the store and the FOCD office.
*************************************************************************
AUDIT WORKSHEET INFORMATION

```
Store #    : 06193          Close of Business: 02/20/97
Division #: 08             Type of Audit   : A=Announced
League #   : 427           Store Location  : PLANTATION, FLORIDA
Audit Result $ (Shrink):  _____-2163.33    %: _____-0.46%
Sales Between Audits $ :  _____471438.59
Total Inventory $      :  _____203831.81
Total Discounts $      :  _____3296.46
Petty Cash $ (per FSC) :  _____200.00
Petty Cash $ (Seasonal):  _____.00
Management             : INFELD,MEREDITH,L       000000 047 50 1297
New Management         :
Field Auditor's Name(s): SKAAR, JENS F.          000000 567 92 2119
Last Shipment Dates:
  From: 04              Document #: 904061934504   Acknowledged: 02/18/97
```
*************************************************************************
*************************************************************************
THE FOLLOWING COMMENTS ARE DIRECTED TO THE FSC INVENTORY AUDIT DEPARTMENT
*************************************************************************
-> NONE
*************************************************************************

```
AUPT0006-3               FINANCIAL AUDIT              STORE:06193 02/20/97

  1.Audit Result            806193 02/20/97      -66        -2,163.33
03:          3                 -25.85
04:         -3                -150.10
06:          1                 19.90
07:        -28             -1,142.10
08:        -14               -288.10
10:         -9                -37.59
14:          1               -250.18
16:        -24               -194.96
19:          6                -66.25
22:          1                -28.10

  2. - Financial Counts       806193 02/20/97    5,674      203,831.81
03:        666             50,671.25
04:        344             13,788.54
07:        456             17,047.60
08:        632             14,672.70
10:        495              3,311.60
14:      1,004             69,655.56
16:      1,249              9,382.16
19:        337              5,945.65
22:        491             19,356.75
```

VENA000080

# Woolworth Corporation
## STORES ORGANIZATION
### PERFORMANCE APPRAISAL

| | | |
|---|---|---|
| Division | Name: MEREDITH INFELD | |
| LFL | Title / Area#: MANAGER#6183 PLANTATION FL. | |

| Total Years of Service | Time in Job Title | Time in Job Category |
|---|---|---|
| 4YR2MO | 2YR5M | 2YR3 |

COMPLETED BY:   Self ____   Supervisor ✓

S - Superior
E - Exceeding Expectations
M - Meeting Expectations
N - Not Meeting Expectations
U - Unsatisfactory

| YEAR - 1996 | S | E | M | N | U | COMMENT FOR EACH PERFORMANCE MEASUREMENT |
|---|---|---|---|---|---|---|
| **SALES:** Plan $ $1,000,375 | | | | | | EXCEEDED PLAN IN SALES SELLING COST APPAREL, WATCHPOINTS, AND IN MULTIPLES AND INSTR. DID NOT ACHIEVE PLAN IN ACCESSORIES AND IN MANAGER BOOK. YOU AND YOUR HAD A GREAT YR. THANKS. YOUR STORE WAS ALWAYS NEAT AND ORGANIZED. |
| Actual $ $1,082,701. | | X | | | | |
| 25% | | | | | | |
| **PROFIT:** Plan $ $180,076 | | | | | | YOUR PROFIT PLAN WAS 18%, AND YOUR 96 RESULTS WERE 19.29%. YOU DID AN EXCELLENT JOB IN CONTROLLING EXPENSES AS YOUR SALES WERE UP 17.5% AND YOUR TOTAL EXPENSES SHOWED A DECREASE OF -1.46%. YOU FOLLOWED THE UPWNAGE BUDGETS. |
| Actual $ $206,873 | X | | | | | |
| 20% | | | | | | |
| **SHRINKAGE:** Plan % .30% | | | | | | YOUR SHRINK WAS HIGH IN 96 AT -.96070 AND THE MAJORITY OF THIS WAS DUE TO YOUR AUDIT ON 9/9/96 WHICH WAS SHORT -$5161. YOUR AUDIT OF 4/18 WAS WITHIN THE ALLOWABLE AT -.21% AND WAS ALSO A NO DEFICIENCY. YOUR AUDIT OF 9/9/96 HAD FOUR DEFICIENCIES INCLUDING DISCOUNT ABUSE BY YOU THE MANAGER. |
| Actual % .88% | | | | | X | |
| 15% | | | | | | |
| Special Job Objective 15% | | | | X | | YOU HIT THE MILLION DOLLAR MARK IN SALES. YOU MUST BE MORE OF A LEADER AND A RECRUITER. ONE THAT DEVELOPS STRONG PERSONNEL IN YOUR MARKET. |
| People Development 25% | | | | X | | RECRUIT AND DEVELOP STRONG PEOPLE NOT ONLY FOR YOUR STORE BUT FOR YOUR MARKET YOU MUST EVALUATE PERSONNEL FASTER AND TAKE DISCIPLINARY ACTION FASTER IF NEEDED. |
| Overall Summary Rating 100% | | | X | | | |

| Associate | Date | Supv. | Date | Appraisal / Review Follow-up |
|---|---|---|---|---|
| _(signature)_ | 4/15/97 | _(signature)_ | 4/15/97 | |

VENA000046

EXHIBIT 28

# ACTION PLAN FOR PERFORMANCE IMPROVEMENT
(Mandatory for all **M** and **U** performance ratings)

| ACTION | RESOURCES REQUIRED | TIMING |
|---|---|---|
| CONTROL SHRINK | DAILY APPAREL COUNTS,WEEKLY TESTCHECKS, AND DAILY VERIFICATION OF REFUNDS | IMMEDIATELY |
| RECRUITING AND DEVELOPING A WELL TRAINED TEAM | WORK WITH M.T. AND MKT. LEADER DENISE RABI, DO TRAINING DAYS WEEKLY , AND DO MONTHLY APPRAISALS AS PER POLICY. EVALUATE EACH ASSOCIATE AND TAKE APPROPRIATE ACTION | FIRST HALF |

## APPRAISER'S SUMMARY

MEREDITH, YOU AND YOUR TEAM HAD A GREAT YR. IN SALES AS  YOU TOOK 6193 OVER THE MILLION DOLLAR MARK-CONGRATULATIONS AND
NK-YOU.
ALL OTHER SALES AREAS WERE ALSO VERY STONG-APPAREL,MULTIPLES, MATCHPOINTS, SELLING COST, AND PROFITS.
IN 1997 I WANT TO SEE YOU GET BETTER RESULTS IN AUDITS. I WANT TO SEE YOU DEVELOP INTO A LEADER IN YOUR MARKET IN  RECRUITING
AND TRAINING QUALITY PERSONNEL. WORK CLOSELY WITH MT AND MARKET LEADER DENISE RABI.

## ASSOCIATE'S COMMENTS

1996  WAS AN AWESOME YEAR IN SALES – MY TEAM AND I EXCEEDED MANY OF OUR
GOALS FOR THE YEAR. THIS COMING YEAR WILL CERTAINLY BE A CHALLENGE.
I AGREE WITH AN AREAS OF MY APPRAISAL AS IT IS WRITTEN.

VENA000047

# STORES ORGANIZATION
## PERFORMANCE PLANNING WORKSHEET

| Division | Name: | MEREDITH INFELD |
|---|---|---|
| LFL | Title / Area(s): | MANAGER-6193-PLANTATION FL |

**YEAR - 1997**

| SALES: | |
|---|---|
| Plan $ | GAIN OF 3% |
| $1,115,182 | MULTIPLES-45% |
| | MSTS-$60 |
| | ACCESSORIES-9.5% |
| | APPAREL-17.5% |
| | MATCH-POINTS-85% |
| | MGR. BOOK-$6,000 |

| 25% | |
|---|---|

| PROFIT: | |
|---|---|
| Plan $ | PROFIT %-20 % |
| $223,036 | SELLING COST-8.60% |

| 20% | |
|---|---|

| SHRINKAGE: | |
|---|---|
| Plan % | APPAREL COUNTS WKLY |
| .35% | TWO TESTCHECKS PER WEEK |
| | VERIFY REFUNDS |
| | EVALUATE PERSONNEL ON SECURITY AND TAKE APPROPRIATE ACTION |

| 15% | |
|---|---|

| Special Job Objective | WORK WITH MT DENISE RABI AND DEVELOP PERSONNEL AND PRODUCT FOR THE MARKET |
|---|---|

| 15% | |
|---|---|

| People Development | RECRUIT TWO QUALITY PEOPLE |
|---|---|
| | PROMOTE OWN AM |
| | EVALUATE PERSONNEL AND TAKE NECESSARY ACTION |

| 25% | |
|---|---|

| Associate | Date | Supervisor | |
|---|---|---|---|
| *signature* | 4/15/97 | *signature* | 4/15/97 |

VENA000048

# Lady Foot Locker

**Store Evaluation Report**
Revised 12/9/84

| District # | 427 | Manager: | MEREDITH INFELD | Prior Visits: | | Date: 6/13/97 |
|---|---|---|---|---|---|---|
| Store # | 6193 | Correct # FT: 2 | Actual: 1 | Mgr. Trn'r: | | Chk in date: 8/95 |

## YTD Performance

| Overall evaluation of YTD Performance. (Check one box) | | Improvement since last visit. (Check one box) | |
|---|---|---|---|
| ☐ Above Average | | ☑ Acceptable | |
| ☑ Average | | ☐ Needs Improve | |
| ☐ Needs Improvement | | | |

| M.A.S. | 1,061,163 | M.A.R. | 1,113,097 |
|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| % Sales Gain | -6.1 | District Avg. -.4 | $ Sales Gain | -21,597 | |
| Wage % | 9.7 | District Avg. 10.37 | Wage % Inc/Dec | +.42 | District Avg. -.11 |
| Multiple % | 43.66 | District Avg. 41.62 | MST $ | 79.62 | District Avg. 78.10 |
| Accessory % | 8.54 | District Avg. 8.22 | Accessory % Inc/Dec | +.33 | District Avg. -.46 |
| Apparel % | 15.95 | District Avg. 13.81 | Apparel % Inc/Dec | -2.14 | District Avg. +.44 |
| Matchpoint Liquidation | 83.56 | District Avg. 8.22 | Markdown % | 6.66 | District Avg. 7.33 |
| Discount % | .07 | District Avg. .09 | Profit % YTD | 14.48 | District Avg. 8.44 |
| Profit Improve. | -16.31 | District Avg. -6. | 12 Month Profit % | - | 12 Month Profit $ - |
| YTD Profit $ | +43,905 | Audit Shrink $ -2105 | Audit Shrink % | -.45 | District Avg. -.47 |
| Avg. Monthly | $10. | District Avg. $35. | Bonus $ YTD | | YTD Bonus $ Inc/Dec |
| Manager Multiple % | 53.79 | Manager $ MST 80.73 | Manager Book | 4062 | Mgr Book % to Total 25.9 |

**District Managers Comments:**

EVEN THOUGH SALES ARE DOWN OTHER INDICATORS ARE BEING CONTROLLED-MULTIPLES OF
43.66%,ACCESSORY IMPROVEMENT OF 33%  VS DIST.  DECREASE OF -.46%.
FOCUS ON BRINING YOUR APPAREL PERFORMANCE DECREASE.
THE LAST SIX WEEKS YOU ARE UP 5%.
AUDITS ARE BELOW .5% AND BETTER THAN DIST. AVERAGE-THANKS,KEEP THEM  WITHIN THE

VENA000039


EXHIBIT
29

xrist Manager: Use the space below to thoroughly reage for the Store Manager your evaluation of the topic listed. Be detailed, straight forward and objective in your comments. Use this opportunity to express, in writing, exactly how the Store Manager is currently performing in this area and specifie direction to improve areas that need development.

## Human Resource Development

### (Review Trainees, Training Days, Monthly Appraisals, Recruiting Effort, Professionalism of Crew)

Comments:

YOU MUST MAKE RECRUITING A MUCH BIGGER PRIORITY. USE ALL RESOURCES AVAILABLE TO YOU AS WE DISCUSSED ON YOUR 96 APPRAISAL. YOU ARE A VETERAN MANAGER AND I NEED YOUR HELP IN RECRUITING NOT ONLY FOR YOUR STORE BUT ALSO FOR THE MARKET.
DOCUMENTATION OF TRAINING DAYS AND QUARTERLY APPRAISALS MUST BE MORE PRECISE LETTING THE EMPLOYEE KNOW EXACTLY WERE THEY STAND IN PERFORMANCE AND IN TERMS OF PROMOTIONS.
AM NATALIE LANDAU DOES NOT HAVE A TRAINING DAY IN HER FOLDER SINCE FEB OF 97 AND HAS NONE SINCE SHE HAS BEEN IN YOUR STSORE. SHE ALSO HAS NO QUARTERLY APPRASISAL FOR THE FIRST QUARTER WHICH ENDED IN MAY. DO ONE!
WE HAVE DISCUSSEED BOTH AREAS-ITS TIME TO REACT!!!!!!!!!!!!!

| Trainee #1  Name: NATALIE LANDAU | Phase/Targeted Completion Date: PHASE 2 |
|---|---|

| YTD Avg Sales Book: 34187 | STD Avg Multiple %: 46.21 | STD Avg $MST: 80.19 |
|---|---|---|

VERY GOOD IMPROVEMENT IN MULTIPLE % AND IN MST DOLLARS.
YOUR NEXT GOALS ARE TO IMPROVE YOU AVERAGE SALES BOOK- 23.6% TO TOTAL TO DATE, GOAL IS 28%.
YOUR WAY BEHIND IN TRAINING IN PHASE TWO-THIS MUST NOT CONTINUE.

| Trainee #2  Name: JENIFER CLAUS | Phase/Targeted Completion Date: SHIFT MGR |
|---|---|

| YTD Avg Sales Book: . | STD Avg Multiple %: 42.28 | STD Avg $MST: 77.16 |
|---|---|---|

JENIFER THANKS FOR THE IMPROVEMENT IN MULTIPLE SALES.

| Trainee #3  Name: | Phase/Targeted Completion Date: |
|---|---|

| YTD Avg Sales Book: | STD Avg Multiple %: | STD Avg $MST: |
|---|---|---|

VENA000040

| Name | % Multi | $ MST | Name | % Multi | $ MST |
|---|---|---|---|---|---|
| D.MANGATT | 27.15 | 79.76 | N.GAUNTLETT | 36.26 | 80.96 |
| M.HODGE | 38.89 | 79.75 | C.BAKER | 58.42 | 71.89 |

| Overall evaluation of: HRD Development | ☐ Above Average Average | Improvement since last visit | ☐ Acceptable |
|---|---|---|---|

Store Manager: Use the space below to thoroughly recap for the Store Manager your evaluation of the topic listed. Be detailed, straight forward and objective in your comments. Use this opportunity to express, in writing, exactly how the Store Manager is currently performing in this area and specific direction to improve areas that need development.

## LFL Sales Floor Programs
### (Sales Floor Job Description, Teamwork Works, other Company Programs)

Comments:

YOUR TEAM DOES A GOOD JOB IN EXECUTING THEIR JOB DESCRIPTION ESPICALLY IN SHOWING MULTIPLES.
TODAY YOUR TEAM WAS DOING A GOOD JOB IN TELLING EVERY CUSTOMER ABOUT THE SHORT AND T-SHIRT PROMO KEEP IT UP.

| Overall evaluation of: Sales Floor Programs (Check one box) | ☑ Above Average ☐ Average ☐ Needs Improvement | Improvement since last visit (Check one box) | ☑ Acceptable ☐ Needs Improvement |
|---|---|---|---|

## Product
### (Merchandising, Planning, Utilization of Information, Product Mix, Communication)

| Comments: | $ Inventory LY: | $ Inventory TY: |
|---|---|---|

$16, OF YOUR YTD LOSS IS IN DEPT. 14 AND YOUR AEROBIC CAT. IS OFF 50+ PRS.
WE WILL GET SOME AREFBIC INVENTORY IN YOUR STORE THRU TRANSFERS.

VENA000041

| Overall evaluation of: Product Involvement | ☐ Above Average ☑ Average | Improvement since last visit (Check one box) | ☑ Acceptable |
|---|---|---|---|

strict Manager: Use the space below to thoroughly recap for the Store Manager your evaluation of the topic listed. Be detailed, straight forward and objective in your comments. Use this opportunity to express, in writing, exactly how the Store Manager is currently performing in this area and specific direction to improve areas that need development.

## Visual Merchandising
### (VM Instruction Follow Through, Cleanliness, Windows, Back Room Organized)

Comments:

GOOD JOB IN TAKING WHAT YOU LEARNED FROM THE VM CLINIC BACK TO YOUR STORE AND
IMPLEMENTING IT.
SET UP A TRIFLEX WITH CANVAS,SLIDES, AND SANDALS.

| Overall evaluation of:<br>VM Follow Through<br>(Check one box) | ☑ Above Average<br>☐ Average<br>☐ Needs Improvement | Improvement<br>since last visit<br>(Check one box) | ☑ Acceptable<br>☐ Needs Improvement |
| --- | --- | --- | --- |

## Operations
### (Accounting, Security, Apparel Counts, Test Checks)

Comments:

BETTER JOB ON YOUR LAST AUDIT OF STRESSING SECURITY . YOU MUST KEEP THE PRIORITY HIGH
HERE AND IT MUST PAY OFF IN AUDIT RESULT CONSISTENCY. YOUR LAST AUDIT WAS WITH IN THE
ALLOWABLE. YPUR LAST AUDIT RECIEVED AND OPERATIONS RATING OF SATISFACTORY.
CORRECT THE AREAS NEEDE TO RECIEVE A RATING OF EXCELLENT ON YOUR NEXT AUDIT.

VENA000042

| Overall evaluation of:<br>Operational Areas | ☐ Above Average<br>✓ Average | Improvement<br>since last visit | ☑ Acceptable |
| --- | --- | --- | --- |

| Disciplinary action needed to retain current position? | Yes ☐ | No ☑ |
|---|---|---|

**District Manager:** Use the space below to summarize your visit and to be sure all necessary comments have been discussed and documented. If disciplinary action is necessary, be very specific describing the areas that must be improved, give specific direction for improvement and the time frame agreed upon.

MEREDITH  I WANT TO SEE MORE  EMPHASIS AND FOLLOW THRU IN RECRUITING AND IN THE
TRAINING,DOCUMENTATION OF TRAINING AND FEEDBACK BOTH POSITIVE AND CONSTRUCTIVE TO
YOUR TEAM.
THANKS FOR THE RESULTS OF YOUR LAST AUDIT,LET'S KEEP UP THE CONTROL HERE.
YOUR UP 5% THE LAST SIX WKS IN SALES, LETS CONTINUE TO BUILD  BY FOCUS ON ALL INDICATORS.
GET  READY FOR BTS IN PEOPLE AND PRODUCT-IT WILL BE HERE BEFOR YOU KNOW IT.

Sales have been tough this year but recently we are
seeing an increase. Jeff has been on me about documentation
and just recently I am doing a better job at it. By next visit
I'll even have a better grasp of it as far as the time
management in completing proper documentation at the time it
is needed.

**Things To Do:**

1/SANDALE/CANVAS TOWER
2.TRAINING/RECRUITING FOCUS AND DOCUMENTATION OF TRAINING DAYS AND QUARTERLY
APPRAISALS

| Overall evaluation of YTD Performance. (Check one box) | AA | Overall evaluation of Human Resource Development (Check one box) | AA | Overall evaluation of LPL Sales Floor Program (Check one box) | AA ☑ |
|---|---|---|---|---|---|
| ☑ | A | | A | | A |
| | NI | ☑ | NI | | NI |
| Overall evaluation of Product Involvement (Check one box) | AA | Overall evaluation of Visual Merchandising (Check one box) | AA ☑ | Overall evaluation of Operational Areas (Check one box) | AA ☑ |
| ☑ | A | | A | | A |
| | NI | | NI | | NI |

| Overall Performance: | AA | | ☑ | | NI |
|---|---|---|---|---|---|

Mgr. Signature: _____    DM Signature: _____

VENA000043

OMB No. 1545-0008

| a Control Number | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| 0024443 | 38603.50 | 6269.93 |

| b Employer's identification number | 3 Social security wages | 4 Social security tax withheld |
|---|---|---|
| 13-1988404 | 40239.08 | 2494.82 |

| d Employee's social security number | 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|---|
| 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 | 40239.08 | 583.47 |

| c Employer's name, address, and ZIP code | 7 Social security tips |
|---|---|
| KINNEY SHOE CORPORATION | 8 Allocated tips |
| 7800 W. BROWN DEER RD. | 9 Advance EIC payment |
| MILWAUKEE, WI 53223 | |

| 10 Dependent care benefits | 11 Nonqualified plans | 12 Benefits included in box 1 |
|---|---|---|

| e Employee's name, address, and ZIP code | 13 See Instructions for box 13 |
|---|---|
| 08 22 06565  22010  002 | D   1635.58 |
| MEREDITH L INFELD | |
| 5820 SW 42 TERR     TH 4 | |
| MIAMI          FL     33155 | 14 Other |
| REISSUED STATEMENT | |

| 15 Statutory employee | Deceased | Pension Plan X | Legal rep | 942 emp | Subtotal | Deferred comp X |
|---|---|---|---|---|---|---|

| 16 State | Employer's state I.D. Number | 17 State wages, tips, etc. |
|---|---|---|
| 1997 | | |

**FORM W-2 Wage and Tax Statement**

Copy B To Be Filed With Employee's Federal Tax Return

| 18 State income tax | 19 Locality name |
|---|---|
| 20 Local wages, tips, etc. | 21 Local income tax |

16-0331690

Department of the Treasury - Internal Revenue Service

This information is being furnished to the Internal Revenue Service.

**Notice to Employee:**

**Refund.** - Even if you do not have to file a tax return, you should file to get a refund if box 2 shows Federal income tax withheld, or if you can take the earned income credit.

**Earned Income Credit (EIC).** - You must file a tax return if any amount is shown in box 9.

You may be able to take the EIC for 1997 if (1) you do not have a qualifying child and you earned less than $9,770, (2) you have one qualifying child and you earned less than $25,760, or (3) you have more than one qualifying child and you earned less than $29,290. You and any qualifying children must have valid social security numbers (SSNs). You cannot claim the EIC if your investment income is more than $2,250. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return. If you have at least one qualifying child, you may get as much as $1,326 of the EIC in advance by completing Form W-5.

**Clergy and Religious Workers.** - If you are not subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** - If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, address, amount, or SSN error reported to the SSA on Form W-2. If your name and SSN are correct but are not the same as shown on your social security card, you should ask for a new card at any SSA office or call 1-800-SSA-1213.

**Credit for Excess Taxes.** - If more than one employer paid you wages during 1997 and more than the maximum social security employee tax, railroad retirement (RRTA) tax, or combined social security and RRTA tax was withheld, you may claim the excess as a credit against your Federal income tax. See your income tax return instructions.

Note: Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return.

**Box 1.** - Enter this amount on the wages line of your tax return.

**Box 2.** - Enter this amount on the Federal income tax withheld line of your tax return.

**Box 8.** - This amount is not included in boxes 1, 5, or 7. For information on how to report tips on your tax return, see your tax return instructions.

**Box 9.** - Enter this amount on the advance earned income credit payments line of your tax return.

**Box 10.** - This amount is the total dependent care benefits your employer paid to you or incurred on your behalf (including amounts from a section 125 plan). Any amount over $5,000 also as included in box 1. You must complete Schedule 2 (Form 1040A) or Form 2441 to compute any taxable and nontaxable amounts.

**Box 11.** - This amount is a distribution made to you from a nonqualified deferred compensation or section 457 plan and is included in box 1. Or, it may be a contribution by your employer to a nonqualified deferred compensation plan that is included in box 3 and/or 5.

**Box 12.** - This amount is the taxable fringe benefits included in box 1. You may be able to deduct expenses that are related to fringe benefits, see the instructions for your tax return.

**Box 13.** - The following list explains the codes shown in box 13. You may need this information to complete your tax return.

**A** - Uncollected social security tax on tips (include this tax on Form 1040 "See 'Total tax' in Form 1040 instructions.)

**B** - Uncollected Medicare tax on tips (include this tax on Form 1040. See "Total tax" in Form 1040 instructions.)

**C** - Cost of group-term life insurance over $50,000 (included in box 1)

**D** - Elective deferrals to a section 401(k) cash or deferred arrangement. Also, includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E** - Elective deferrals to a section 403(b) salary reduction agreement.

**F** - Elective deferrals to a section 408(k)(6) salary reduction SEP

**G** - Elective and nonelective deferrals to a section 457(b) deferred compensation plan

**H** - Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan (see "Adjusted Gross Income" in Form 1040 instructions for how to deduct)

**J** - Sick pay not includible as income

**K** - Tax on excess golden parachute payments (see "Total Tax" in Form 1040 instructions)

**L** - Nontaxable part of employee business expense reimbursements

**M** - Uncollected social security tax on cost of group-term life insurance coverage over $50,000 (former employees only) (see "Total Tax" in Form 1040 instructions)

**N** - Uncollected Medicare tax on cost of group-term life insurance coverage over $50,000 (former employees only) (see "Total Tax" in Form 1040 instructions)

**P** - Excludable moving expense reimbursements (not included in box 1)

**Q** - Military employee basic quarters, subsistence, and combat zone compensation (see this amount if you qualify for EIC)

**R** - Employer contributions to your medical savings account (see the instructions for your income tax return)

**S** - Employee salary reduction contributions to a section 408(p) SIMPLE (not included in box 1)

**T** - Adoption benefits (not included in box 1). You must complete and file with your income tax return a Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts

**Box 15.** - If the "Pension plan" box is checked, special limits may apply to the amount of IRA contributions you may deduct. If the "Deferred compensation" box is checked, the elective deferrals in box 13 (codes D, E, F, G, H, and S) (for all employers, and for all such plans to which you belong) are generally limited to $9,500. Elective deferrals for section 403(b) contracts are limited to $9,500 ($12,500 in limited circumstances, see Pub. 571). The limit for section 457(b) plans is $7,500. Amounts over these limits must be included in income. See the Form 1040 instructions.

EXHIBIT
30

VENA000675

OMB No 1545-0008

| a Control Number | 1 Wages, tips other compensation | 2 Federal income tax withheld |
|---|---|---|
| 0099224 | 39798.02 | 7346.45 |

| b Employer's identification number | 3 Social security wages | 4 Social security tax withheld |
|---|---|---|
| 13-1988404 | 39798.02 | 2467.48 |

| d Employee's social security number | 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|---|
| 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 | 39798.02 | 577.07 |

| c Employer's name, address, and ZIP code | 7 Social security tips |
|---|---|
| KINNEY SHOE CORPORATION | |
| 7800 W. BROWN DEER RD. | 8 Allocated tips |
| MILWAUKEE, WI 53223 | |
| | 9 Advance EIC payment |

| 10 Dependent care benefits | 11 Nonqualified plans | 12 Benefits included in box 1 |
|---|---|---|

| e Employee's name, address and ZIP code | 13 See Instructions for box 13 |
|---|---|
| 08 22 06544  22010  002 | |
| TRINA L ROLLIE | |
| 18916 NE MIAMI PLACEAPT 16 | |
| MIAMI, FL 33179 | 14 Other |
| REISSUED STATEMENT | |

| 15 Statutory employee | Deceased | Pension Plan X | Legal rep | 942 emp | Subtotal | Deferred comp. |
|---|---|---|---|---|---|---|

| 16 State | Employer's state I.D. Number | 17 State wages, tips, etc. |
|---|---|---|
| | | |

| 1997 | | 18 State income tax | 19 Locality name |
|---|---|---|---|
| **W-2** Wage and Tax Statement | | | |
| Copy B To Be Filed With Employee's Federal Tax Return | | 20 Local wages, tips, etc. | 21 Local income tax |

16-0331690

Department of the Treasury - Internal Revenue Service

This information is being furnished to the Internal Revenue Service.

---

**Notice to Employee:**

**Refund.** - Even if you do not have to file a tax return, you should file to get a refund if box 2 shows Federal income tax withheld, or if you can take the earned income credit.

**Earned Income Credit (EIC).** - You must file a tax return if any amount is shown in box 9.

You may be able to take the EIC for 1997 if (1) you do not have a qualifying child and you earned less than $9,770, (2) you have one qualifying child and you earned less than $25,760, or (3) you have more than one qualifying child and you earned less than $29,290. You and any qualifying children must have valid social security numbers (SSNs). You cannot claim the EIC if your investment income is more than $2,250. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return. If you have at least one qualifying child, you may get as much as $1,326 of the EIC in advance by completing Form W-5.

**Clergy and Religious Workers.** - If you are not subject to social security and Medicare taxes, see Pub. 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**Corrections.** - If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, address, amount, or SSN error reported to the SSA on Form W-2. If your name and SSN are correct but are not the same as shown on your social security card, you should ask for a new card at any SSA office or call 1-800-SSA-1213.

**Credit for Excess Taxes.** - If more than one employer paid you wages during 1997 and more than the maximum social security employee's tax, railroad retirement (RRTA) tax, or combined social security and RRTA tax was withheld, you may claim the excess as a credit against your Federal income tax. See your income tax return instructions.

Note: Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return.

**Box 1.** - Enter this amount on the wages line of your tax return.

**Box 2.** - Enter this amount on the Federal income tax withheld line of your tax return.

**Box 8.** - This amount is not included in boxes 1, 5, or 7. For information on how to report tips on your tax return, see your tax return instructions.

**Box 9.** - Enter this amount on the advance earned income credit payments line of your tax return.

**Box 10.** - This amount is the total dependent care benefits your employer paid to you or incurred on your behalf (including amounts from a section 125 plan). Any amount over $5,000 also is included in box 1. You must complete Schedule 2 (Form 1040A) or Form 2441 to compute any taxable and nontaxable amounts.

**Box 11.** - This amount is a distribution made to you from a nonqualified deferred compensation or section 457 plan and is included in box 1. Or, it may be a contribution by your employer to a nonqualified deferred compensation plan that is included in box 3 and/or 5.

**Box 12.** - This amount is the taxable fringe benefits included in box 1. You may be able to deduct expenses that are related to fringe benefits, see the instructions for your tax return.

**Box 13.** - The following list explains the codes shown in box 13.

**A** - Uncollected social security tax on tips (include this tax on Form 1040. See "Total tax" in Form 1040 instructions.)

**B** - Uncollected Medicare tax on tips (Include this tax on Form 1040. See "Total tax" in Form 1040 instructions.)

**C** - Cost of group-term life insurance coverage over $50,000 (included in box 1)

**D** - Elective deferrals to a section 401(k) cash or deferred arrangement. Also, includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E** - Elective deferrals to a section 403(b) salary reduction agreement

**F** - Elective deferrals to a section 408(k)(6) salary reduction SEP

**G** - Elective and nonelective deferrals to a section 457(b) deferred compensation plan

**H** - Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan (see "Adjusted Gross Income" in Form 1040 instructions for how to deduct)

**J** - Sick pay not includible as income

**K** - Tax on excess golden parachute payments (see "Total Tax" in Form 1040 instructions)

**L** - Nontaxable part of employee business expense reimbursements

**M** - Uncollected social security tax on cost of group-term life insurance coverage over $50,000 (former employees only) (see "Total Tax" in Form 1040 instructions)

**N** - Uncollected Medicare tax on cost of group-term life insurance coverage over $50,000 (former employees only) (see "Total Tax" in Form 1040 instructions)

**P** - Excludable moving expense reimbursements (not included in box 1)

**Q** - Military employee basic quarters, subsistence, and combat zone compensation (use this amount if you qualify for EIC)

**R** - Employer contributions to your medical savings account (see the instructions for your income tax return)

**S** - Employee salary reduction contributions to a section 408(p) SIMPLE (not included in box 1)

**T** - Adoption benefits (not included in box 1). You must complete and file with your income tax return a Form 8839, Qualified Adoption Expenses, to compute any taxable and nontaxable amounts.

**Box 15.** - If the "Pension plan" box is checked, special limits may apply to the amount of IRA contributions you may deduct. If the "Deferred compensation" box is checked, the elective deferrals in box 13 (codes D, E, F, G, H, and S) (for all employers, and for all such plans to which you belong) are generally limited to $9,500. Elective deferrals to section 403(b) contracts are limited to $9,500 ($12,500 in limited circumstances; see Pub. 571). The limit for section 457(b) plans is $7,500. Amounts over these limits must be included in income. See the Form 1040 instructions.

EXHIBIT
3

VENA000691

10/20/00 USA TODAY 05A
2000 WL 5793234

USA Today
Copyright 2000

Friday, **October 20**, 2000

NEWS

*Las Vegas area leads in growth Census report cites boom in South, West*
Paul Overberg

The Nation

With a flood of new mega-casinos and golf course resorts, Las Vegas became a symbol of the nation's sprawling good times in the 1990s, but the real boom was just over the city line.

In a report released today, the Census Bureau estimates that North Las Vegas topped 100,000 residents by mid-1999 for the first time, reaching 101,841. Its 1990s population growth: 112%.

Las Vegas' other bookend, Henderson, Nev., grew even faster, climbing 156% from 65,109 to 166,399 since the 1990 Census.

The two cities grew faster than any others over 100,000 in the 1990s, according to the report. There's no official definition of a big city, but 100,000 is a widely used unofficial threshold. By the end of the 1990s, 224 cities claimed that status -- six more than in the previous year and 29 more than in 1990. Emerging just months before official counts from the 2000 Census, the report on cities and another report on metropolitan areas didn't even rate a news release from the Census Bureau. But as a wrap-up of the 1990s, they offered new evidence that growth in the USA continues to be strongest in the South and West. The nation's long-running prosperity fueled big shifts in where people live.

In particular, more of the country's big cities look and act like North Las Vegas, where planners have sketched whole communities and park belts across an empty desert canvas that might take 20 years to fill in. Some changes logged in the city report:

* Detroit slid below Phoenix, San Antonio and Dallas.

* Baltimore slid below San Francisco, Indianapolis, Jacksonville, Fla., and Columbus, Ohio.

* El Paso sprinted ahead of Memphis, Milwaukee, Boston, Seattle and Washington.

* And Chesapeake, Va., estimated at 202,759, vaulted past 36 cities, including better-known places such as Mobile, Ala.; Des Moines; Richmond, Va.; Little Rock; Knoxville, Tenn.; Salt Lake City; Dayton, Ohio, and Syracuse, N.Y.

Big cities haven't been left out of the boom. The five largest cities grew an average of 1.5%, but the next five grew 9%. Of that second group, all but Detroit lie in the South or West, says Robert Lang, director of urban research for the Fannie Mae Foundation, a national community development group.

That suggests that bigger cities could grow even faster if they

EXHIBIT
32

had land to develop, Lang says. "We're loving New York and San Francisco to death," he says, noting soaring rents and home prices. "Were land available, they could really boom."

Lang noted that all five cities that topped 500,000 during the 1990s lie in the South and West: Austin, Texas; Charlotte, N.C.; Nashville; Portland, Ore., and Fort Worth.

"The capital of Texas is now bigger than the capital of the United States," he says. Of the nation's 20 largest cities, "Texas and California claim nine, while the Northeast and Midwest, the historic core of the nation, have six," Lang says.

California, wracked by recession and calamity in the early 1990s, has surged, says William Frey, a demographer at the Milken Institute and the University of Michigan. He notes that San Francisco, despite its high prices and inability to extend its boundary, recently climbed past Indianapolis to reach 12th place.

Much of San Francisco's growth is Asian immigrants, Frey says, but some is the influx of information-age firms that find urban diversity makes it easier to recruit the young idea workers they need. It doesn't hurt that San Jose -- the booming heart of Silicon Valley that's growing three times faster than San Francisco -- is just 40 miles away.

More typical of urban growth nationwide, however, is the wide-open land and master-planned communities in the South and West. In North Las Vegas, Jacquelin Risner, director of community development, eagerly awaits the auction next May of 1,900 acres of federal land on the city's northern edge. Eventually, 7,500 acres will be auctioned. The city has already laid out a master plan, including approved housing for several large villages and four-lane segments of the new Las Vegas beltway.

"We want to give people not only their starter home, but their second or third or fourth as they work their way up the corporate ladder," she says.

Risner says the Census estimate of 101,841 was too low last year. The city was closer to 116,000 then and has hit 124,000, she says.

But even at its current rate of 10 new families a day, North Las Vegas has plenty of room, Risner says. It will hit 300,000 when it stops growing in two decades, she says.

TEXT OF INFO BOX BEGINS HERE

NYC area still tops in population

Top metro areas, ranked by estimated population as of July 1, 1999, according to the Census Bureau. (For complete metro list: www.census.gov)

Rank
'99'90Metro area
1999 Pop. %
1990 estimateChangechange
<HR>
11New York-Long Island, N.Y.-northern N.J.-Conn.-Pa.
19,566,96820,196,649629,6813.2%
22Los Angeles-Riverside-Orange, Calif.

14,531,52916,036,5871,505,05810.4%
33Chicago-Gary-Kenosha-Ill.-Ind.-Wis. 8,239,8208,885,919646,0997.8%
44Washington-Baltimore-Md.-Va.-W.Va.
6,726,3957,359,044632,6499.4%
55San Francisco-Oakland-San Jose, Calif.
6,277,5236,873,645596,1229.5%
66Philadelphia-Wilmington-Atlantic City-Pa.-N.J.-Del.- Md.
5,893,0195,999,034106,0151.8%
77Boston-Worcester-Lawrence-Mass.-N.H.-Maine-Conn.
5,455,5355,667,225211,6903.9%
88Detroit-Ann Arbor-Flint, Mich.
5,187,1715,469,312282,1415.4%
99Dallas-Fort Worth
4,037,2824,909,523872,24121.6%
1010Houston-Galveston-Brazoria
3,731,0144,493,741762,727 20.4%
1113Atlanta
2,959,5003,857,097897,59730.3%
1211Miami-Fort Lauderdale
3,192,7253,711,102518,37716.2%
1312Seattle-Tacoma-Bremerton
2,970,3003,465,760495,46016.7%
1419Phoenix-Mesa, Ariz.
2,238,4983,013,696775,19834.6%
1514Cleveland-Akron
2,859,6622,910,61650,9541.8%
1615Minneapolis-St. Paul.
2,538,7762,872,109333,33313.1%
1716San Diego
2,498,0162,820,844322,82812.9%
1817St. Louis, Mo.-Ill.
2,492,3482,569,02976,6813.1%
1921Denver-Boulder-Greeley, Colo.
1,980,1402,417,908437,76822.1%
2018Pittsburgh
2,394,8112,331,336-63,475-2.7%
2120Tampa-St. Petersburg-Clearwater, Fla.
2,067,9592,278,169210,21010.2%
2223Portland-Salem, Ore.-Wash.
1,793,4762,180,996387,52021.6%
2322Cincinnati-Hamilton-Ohio-Ky.-Ind.
1,817,5421,960,995143,4537.9%
2425Kansas City, Mo.-Kan. 1,582,8741,755,899173,02510.9%
2526Sacramento-Yolo
1,506,7921,741,002234,21015.5%
2624Milwaukee-Racine
1,607,1831,648,19941,0162.6%
2730San Antonio
1,324,7491,564,949240,20018.1%
2827Norfolk-Virginia Beach-Newport News-Va.- N.C.
1,444,7101,562,635117,9258.2%
2928 Indianapolis
1,380,4911,536,665 156,174 11.3%
3032Orlando
1,224,8441,535,004310,16025.3%
3129Columbus, Ohio
1,345,4601,489,487144,02710.7%
3234Charlotte-Gastonia-Rock Hill-N.C.-S.C.
1,161,5461,417,217255,67122.0%
3351Las Vegas, Nev.-Ariz.
852,6461,381,086528,44062.0%
3431New Orleans

1,285,2621,305,47920,2171.6%
3537Salt Lake City-Ogden
1,072,2271,275,076202,84918.9%

TEXT WITHIN GRAPHIC BEGINS HERE

<U>Population shifts</U>

Cities (1) with the largest population increases and decreases,
1990-99

Gainers
Henderson, Nevada155.6%
North Las Vegas, Nevada112.4%
Chandler, Arizona86.4%
**Pembroke Pines,** Florida85.3%
Plano, Texas81.2%
Las Vegas61.1%
Corona, California57.0%
Scottsdale, Arizona53.7%
Coral Springs, Florida46.8%
Laredo, Texas46.5%
Losers
St. Louis-15.8%
Washington-14.5%
Baltimore-14.0%
Norfolk, Virginia-13.5%
Philadelphia-10.6%
Buffalo-9.9%
Cincinnati-9.2%
Pittsburgh-9.0%
Milwaukee-8.9%
Oakland, California-8.7%

Metro areas with the largest population increases and decreases,
1990-99

Gainers
Las Vegas, Nevada, Arizona62.0%
Laredo, Texas45.0%
McAllen-Edinburg-Mission, Texas39.5%
Boise, Idaho37.9%
Naples, Florida36.1%
Austin-San Marcos, Texas35.4%
Fayetteville-Springdale-Rogers, Arkansas35.1%
Phoenix-Mesa, Arizona34.6%
Provo-Orem, Utah31.6%
Atlanta, Georgia30.3%
Losers
Grank Forks, North Dakota, Minnesota-7.6%
Utica-Rome, New York-7.4%
Steubenville-Weirton, Ohio, West Virginia-6.5%
Binghamton, New York-6.4%
Pittsfield, Massachusetts-5.8%
Pine Bluff, Arkansas-5.5%
Lewiston-Auburn, Maine-5.1%
Jacksonville, North Carolina-4.9%
Lawton, Oklahoma-4.4%
Scranton-Wilkes-Barre-Hazleton, Pennsylvania-4.2%

1 - 100,000 or more population

FOR TEXT OF "Census ranking of cities by estimated population in
1990 vs. 1999" PLEASE SEE MICROFICHE

Source: Census Bureau data analyzed by Paul Overberg, USA TODAY

TABULAR OR GRAPHIC MATERIAL SET FORTH IN THIS DOCUMENT IS NOT DISPLAYABLE

GRAPHIC, B/W, Marcy E. Mullins, USA TODAY, Source: Census Bureau data analyzed by Paul Overberg, USA
TODAY (MAP)

---- INDEX REFERENCES ----

NAMED PERSON: LANG, ROBERT; RISNER, JACQUELIN

ORGANIZATION: CENSUS BUREAU

KEY WORDS: CENSUS; POPULATION; STATISTICS; UNITED STATES

NEWS SUBJECT: Lifestyle; English language content (LIF ENGL)

GOVERNMENT: Commerce Department (COM)

REGION: United States; North America; United States - Nevada; Western U.S.; United States; North American
Countries; Nevada; Pacific Rim Countries (US NME USNV USW USA NAMZ NV PACRMZ)

EDITION: FINAL

Word Count: 1063
10/20/00 USATD 05A
END OF DOCUMENT

Copr. (C) West 2000 No Claim to Orig. U.S. Govt. Works

5/11/98

To:Jeff Bjork

As of 5-22-98 I am resigning from my position as manager with Lady Foot Locker. The past seven years have been a learning experience, and I am very grateful for the opportunities given to me.

Thank You,

*Trina Rollie*

Trina Rollie

**EXHIBIT**
**33**

VENA000239

3-28-96

Attn: Paul Campbell

My name is Trina Rollie and I am currently the Manager of the Lady Foot Locke located in the Pembroke Lakes Mall. I am sending you this formal complaint of discrimin against Jeff Bjork, the District Manager of League 424.

While in Phase II of my training, Mr. Bjork made the same racial comments to me during a num of store visits. He told me he needed me becaus I was black. He referred to Debra Sharief and myself as the only two blacks in his district at that time and he needs a black manager. I was under the impression that I was still with Lady Foot Locker because of my job performance, not the color of my skin. After each of these conversation's I did go back to my Managers and express my feelings about the racial comments made by Mr. Bjork

Upon completing Phase II I was told that I would move on to Phase III with a pay increa At the time there were only two training stores and no space for another trainee. I offered to travel once a week to get training, but Mr. Bjork informed me that Lady Foot Locker does not allow this. Therefore I sat in a store for seven months not being trained or paid after completing phase II. This did not bother me at the time, because I knew he had told Debra Sharief the same thing. But when I saw

EXHIBIT
34

DEFENDANT'S
EXHIBIT NO. 3
FOR IDENTIFICATION
DATE: 5/23/24 PTR.

VISA
Fraud
Prevention
Team

VENA001816

someone start a year and a half after me and get a permanent store before me. I knew something was wrong. He allowed Meredith Infeld to travel for Phase III and paid her for it, after telling us Lady Foot Locker does not allow this. There were also Hispanic Assistants waiting to be trained and he denied them the opportunity, but at this moment I have an Assistant that is neither black nor hispanic that is travelling to complete her training and she also received her pay increase.

There was also an occasion where Mr. Bjerk singled us out in a meeting that was not necessary. He told us he was going to seperate us. We are all adults and during every meeting the same people sit together, but he only seems to have a problem when Debra and I sit together. There is not one person that has attended any meeting that can say we interrupted any meeting, because it never happen. After the meeting Jeff and Debra stayed a for at least 30 minutes, and after she came out she told me how upset she was that Jeff told her we should not sit together. His reasoning was that we should set an example and mingle with the other Managers. As I recall, we were the minority, and if any they should be setting the example.

These are things that I have seen happen in League 424 that make it hard for quality people to have long successful careers with Lady Foot Locker. I have always

VENA001817

done my best for Lady Foot Locker,
but if Lady Foot Locker continues to employ
and support people who continuously
bring their racial views into the work place,
the Kinney Corp. will continue to have the
high turnover rate that threatens the success
of every company, such as that in League #24.

Sincerely,

Trina Rollin

VISA
Fraud
Prevention
Team

VENA001818

```
 1                    UNITED STATES DISTRICT COURT
 2                    SOUTHERN DISTRICT OF FLORIDA
 3                    CASE NO. 00-6119-CIV-HUCK
 4
 5   TRINA ROLLIE,
 6            Plaintiff,
 7   vs.                                      COPY
 8   VENATOR GROUP RETAIL, INC., f/k/a
     KINNEY SHOE CORPORATION, a
 9   New York Corporation and
     VENATOR GROUP, INC., f/k/a
10   WOOLWORTH CORPORATION,
     a New York Corporation,
11            Defendants.
     _____/
12
13                              201 Biscayne Boulevard
                                Miami, Florida
14                              Wednesday, August 30, 2000
                                9:40 a.m.
15
16
                     DEPOSITION OF TRINA ROLLIE
17
18
19        Taken before CAROL LENETT, Shorthand Reporter

     and Notary Public in and for the State of Florida at
20
     Large, pursuant to a Notice of Taking Deposition filed
21
     in the above cause.
22
23
24
25
```

```
 1          Q.    Going back to Lady Foot Locker.

 2          How did you come to work for Lady Foot Locker

 3   in the first place?

 4          A.    Recruiter at the University of Florida.

 5          Q.    Who recruited you?

 6          A.    I don't remember but I interviewed with Deb

 7   Miller eventually and she hired me.  She came to

 8   Gainesville.

 9          Q.    She hired you originally to work in

10   Gainesville?

11          A.    She told me that the position -- they didn't

12   have a full time position in Gainesville because it was a

13   smaller store.  She told me I can start there.  I would

14   not be able -- I would be a Phase I so when I would come

15   back to Fort Lauderdale I would be ready.

16          Q.    You did Phase I in Gainesville?

17          A.    Yes.

18          Q.    Where was the store there?

19          A.    Oaks Mall.  The only mall they have there.

20          Q.    Isn't there a Gainesville Mall on 13th

21   Street?

22          A.    We didn't consider that a mall.  Only real

23   mall --

24          MR. GERLACH:  I'm going to mark this our

25   first exhibit.
```

```
 1          A.    I think that's Westland.  I think Broward was

 2    6913.

 3          Q.    You think that's Westland?

 4          A.    That's Westland.

 5          Q.    And you did work at Westland for a while?

 6          A.    I went there under the assumption I was going

 7    to fill-in for Debra when she went on maternity leave.

 8          Q.    Didn't that happen?

 9          A.    It happened.

10          Q.    Could that have been either 1995?

11          A.    Could have been.  I think she had a son.

12    That's where -- I left there because I went to Pembroke

13    Lakes Mall is '95.  I think I went there in October of

14    '94, November.  October, November because that's when she

15    went on maternity leave.

16          Q.    In the fall of '94 you went to Westland you

17    think?

18          A.    Yes.

19          Q.    Where had you been most recently before going

20    to Westland?  You mentioned Omni and Galleria in there,

21    as well as Broward?

22          A.    Yes.  I don't know if it was Omni or -- or it

23    could be Broward Mall.  I honestly don't remember which

24    order I went to the stores.  I don't remember.

25          Q.    When you worked at Omni or Galleria was it
```

1    my mall because I was standing at my store waiting for

2    her to come out because they were in there forever.

3         Q.   So the part about I'm going to separate you

4    was said in your presence?

5         A.   Yes.

6         Q.   But there was no racial comments at that

7    time, right?

8         A.   No.

9         Q.   Go ahead.  What else was there that you heard

10   about, the supposed racial remarks that Mr. Bjork made?

11        A.   Those were the only racial ones I think I

12   remember.  As far as separating us, he may not have said

13   something racial but I don't know, it could be said the

14   way it was taken or because we were the only two blacks

15   in the room, why he said it that way, but I take it that

16   way as being singled out.

17        Q.   Did you discuss with Mr. Bjork any other

18   stores that you wanted to be a manager of?

19        A.   No.  I sure did not.  That I wanted to be a

20   manager.

21        Q.   After you were the manager of Pembroke Lakes?

22        A.   I mean, I didn't know of it to be that you

23   discuss with him oh, I want this store.  It was not that

24   way.  If a position came available they chose who they

25   put in that store.  We didn't apply for it or anything

1  like that.

2          Q.    Did he ever ask you whether you were

3  interested in managing another store?

4          A.    Oh, he told me there was another store, which

5  everybody knew Aventura was coming up.  He discussed it

6  with me saying why I probably wouldn't want that store.

7          Q.    Tell me what you and he discussed about the

8  Aventura store before it was filled?

9          A.    That's going to be too far from my house and

10  I said five minutes away.  I used to work there, you

11  remember how it is, they still --

12          Q.    I'm having trouble that last part.

13          A.    He said you used to work at Aventura so you

14  know how the customers are at Aventura and you don't want

15  to deal with those types of people, do you.  Now they

16  close at 9:30 so your have to stay later.  Giving me all

17  the -- why I wouldn't want that store, the volume

18  is almost the same.  So you wouldn't be making that much

19  more money. That's what he told me.

20          Q.    He said all these things to you?

21          A.    This was said to me on the phone.  I guess he

22  was like letting me know that somebody was going to get

23  that store but he never offered me the store.  He was

24  just telling me why it wouldn't be that it -- he said it

25  would be a lateral move.

```
 1          Q.   What did you say in response to these
 2    comments that Mr. Bjork made about the Aventura store
 3    mall?
 4          A.   I agreed it stays open to 9:30.  I told him I
 5    stayed five minutes away because it's a higher volume
 6    store, higher volume is higher volume, yes.  My store was
 7    still going on but it was not to the same level.  That
 8    means that person in Aventure was going to get more
 9    money.
10          Q.   Isn't it true that there are two components
11    to a manager's salary, a base salary and then the
12    possibility of a percentage bonus based on sales and
13    sales increase?
14          A.   Yes.
15          Q.   Would the base salary have been higher at
16    Aventura then at Pembroke Lakes?
17          A.   Yes.
18          Q.   But what about you were having significant
19    sales increases at Pembroke Lakes, weren't you?
20          A.   Yes.
21          Q.   Do you believe that the bonus based on sales
22    volume, sales volume increase would have been higher at
23    Aventura then what you were getting at Pembroke Lakes?
24          A.   Of course.
25          Q.   Why?
```

1      A.    That store was growing.  They were in the

2  process of putting all those new stores, that new wing,

3  third floor.  That place was going nowhere but up.

4      Q.    Wasn't Pembroke Lakes growing?

5      A.    No.  Pembroke Lakes is the same way; the way

6  they opened up.  More people that moved out there and the

7  business became more because Hollywood Mall closed so

8  everybody went to Pembroke Lakes Mall.  People had to go

9  to Pembroke Lakes or Aventura.  Those were the only two

10  choices.

11      Q.    Don't volume go from 600,000 to a million

12  during the time you were a manager at Pembroke Lakes

13  Mall?

14      A.    Yes.

15      Q.    And did you get bonuses on the increase?

16      A.    Yes.

17      Q.    And wouldn't you have gotten bonuses based on

18  the increases at Aventura if you had been a manager

19  there?

20      A.    Yes.

21      Q.    Do you believe that you would have gotten

22  more money in bonuses due to the sales increases had you

23  been the manager at Aventura?

24      A.    Yes.

25      .    Q.    Why do you believe that?

```
 1            A.    During that conversation, I believe, I think
 2    at the end he might have said would you -- he has people
 3    he's considering and he's discussing it with everybody or
 4    something like that, and would I be interested in -- I
 5    believe I told him yes.  He didn't -- he didn't say you
 6    were getting the store, he wants to offer you the store,
 7    he didn't say I'm offering you the store.  He never said
 8    that, but I guess he was trying to figure out where my
 9    head was.
10            Q.    Let's not speculate as to what his thinking
11    was.
12            Tell me what he said to you which is, you're
13    claiming that he said to you would be interested in the
14    store and you claim you said yes?
15            A.    I think he might have said think about it, if
16    you would --  if you would consider the store.  Would you
17    consider that knowing the pros and cons, would you
18    consider it.
19            Q.    What did you say in response to that, that
20    you would think about it?
21            A.    I told him -- I think I told him I would
22    consider it then.  I didn't have to think about it.
23            Q.    That you would consider it when?
24            A.    I guess if he offered it to me --
25            Q.    So the way you left it with him you would
```

```
 1   consider it if he offered it to you?

 2           A.   If he offered me the store I would tell him

 3   whether or not I wanted it.

 4           Q.   You didn't tell him you didn't want it?

 5           A.   No.                              .

 6           Q.   And you didn't tell him you did want it?

 7           A.   He didn't ask me if I wanted it.

 8           Q.   I know that but you didn't tell him you

 9   wanted it?

10           A.   No.

11           Q.   Did you later on discuss it with him before

12   it was offered to someone else?

13           A.   I don't recall any other --

14           Q.   One conversation?

15           A.   Yes.

16           Q.   That was it.

17                Mr. Patterson is nodding his head.

18                Did you learn who was given the Aventura Mall

19   store?

20           A.   I can't say who told me but news travels at

21   Lady Foot Locker.  I heard it from somebody.  Everybody

22   picks up the phone and starts calling but I can't tell

23   you who exactly told me first and told me and I heard she

24   got it and I knew she was going to get it.

25       .   Q.   Meredith Infeld?
```

```
 1              A.    Any complaints or problems that I have had
 2     with Lady Foot Locker or anybody at Lady Foot Locker.
 3              Q.    Did you speak with Mr. Campbell on more than
 4     one occasion?
 5              A.    No.  I think I spoke with him once.
 6              Q.    Who initiated the call?  Mr. Campbell called
 7     you?
 8              A.    He called me at home.
 9              Q.    Tell me about the conversation you had with
10     Mr. Campbell, what you remember about that?
11              A.    He asked me how my career was going at Lady
12     Foot Locker and if I had any complaints or if I felt like
13     I was being treated any differently and I told him yes.
14              Q.    What did you tell him?
15              A.    Back then I guess it was about the trainee
16     and the comment that Jeff made to me at that time before
17     I become a manager, the comment about --
18              Q.    Needing blacks?
19              A.    Yes.
20              Q.    What response did Mr. Campbell make to your
21     disclosure to him?
22              A.    He said if you have any complaints you can
23     put them in writing and send it to us.
24              Q.    Did you do that?
25              A.    I faxed it to him.
```

```
 1                    MR. GERLACH:  Mark this 3.

 2                    (Thereupon, the document referred to was

 3      marked for identification as Defendant's Exhibit 3.)

 4      BY MR. GERLACH:

 5           Q.    Identify that for the record, please?

 6           A.    It's a letter I wrote to Paul Campbell.

 7           Q.    And you faxed this letter to Mr. Campbell?

 8           A.    Yes.

 9           Q.    How did you know what number to fax it to?

10           A.    He gave it to me, I guess, and the original I

11      wrote it on the back of the letter.

12           Q.    If you look at the third page, there does

13      seem to be a phone number written down.

14           A.    Oh, I might have -- I think when I went to

15      the fax machine I wrote it on the letter.

16           Q.    Is there a cover page too that would have the

17      fax number?

18           A.    I did it at the mall.  I went down there and

19      faxed it.

20           Q.    Would there be a cover page?

21           A.    No.  I faxed it like that, I believe.

22           Q.    Wouldn't there be something showing the

23      number to which it's sent or from which it's sent?

24           A.    The number that I sent it to I think that was

25      it down there.  This was the area 212.
```

```
 1              Q.    Did Mr. Campbell respond, to your knowledge?

 2   Did he respond to the fax you sent him?

 3              A.    Not at all.  Not to my knowledge.

 4              Q.    Didn't he call you as part of his

 5   investigation of Debra Sharief's complaint?

 6              A.    As part of her complaint?  I don't know as

 7   part of her complaint but she -- he told me that she --

 8   there was somebody else that had any complaints against

 9   Jeff, that felt like they were treated differently

10   against Jeff.  She gave them my name.

11              Q.    So he called you?

12              A.    Yes.  He called me.

13              Q.    But the context of his call was his

14   investigating Debra Sharief's complaint?

15              A.    Yes.

16              Q.    Could you take a minute and read this over.

17              A.    Out loud?

18              Q.    No, to yourself, and see if there is anything

19   in here that you now think is incorrect?

20              A.    This is the same thing, yes, that I mentioned

21   before.

22              Q.    Who is the person you're referring to in the

23   third paragraph of the letter, someone who started a year

24   and half after me and got a permanent store before me and

25   I knew something was wrong?
```

1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
2
       --------------------------------------------------
3
       TRINA ROLLIE,
4                                          ORIGINAL
                    Plaintiff,
5
       vs.                    Case No. 00-6119-CIV-HUCK
6
       VENATOR GROUP RETAIL, INC., f/k/a
7      KINNEY SHOE CORPORATION, a New York
       Corporation, and VENATOR GROUP, INC.,
8      f/k/a WOOLWORTH CORPORATION, a
       New York Corporation,
9
                    Defendants.
10

11
       --------------------------------------------------
12
              **VIDEO DEPOSITION OF: JEFFREY BJORK**
13
       --------------------------------------------------
14

15

16

17          Video Deposition of JEFFREY BJORK, taken

18      pursuant to notice at Rice Reporting Agency,

19      1500 First Avenue NE, Suite 115, Rochester,

20      Minnesota, commencing at 1:30 p.m., on the 18th

21      day of October 2000, before Julie A. Buehler,

22      Registered Professional Reporter and Notary

23      Public in and for the County of Olmsted, State

24      of Minnesota.

25

                          JULIE BUEHLER, RPR
                        RICE REPORTING AGENCY
                          1-800-551-0154

```
 1   Q.   And when did you assume the position of district

 2        manager for south Florida?

 3   A.   I believe it was in July of 1990.

 4   Q.   At the time you took that position, sir, how

 5        many black or African-American store managers

 6        did Lady Foot Locker have in south Florida?

 7   A.   None that I can remember.

 8   Q.   Okay.  Can you describe for the Court what your

 9        duties and responsibilities were as a district

10        manager for Lady Foot Locker in south Florida?

11   A.   To supervise, again, 26 to 30 stores in pretty

12        much all areas of operation.

13   Q.   And is this the position that you held from 1990

14        until your departure from the company?

15   A.   Yes, it was.

16   Q.   Did you play any role in the selection of store

17        managers while you were a district manager for

18        Lady Foot Locker?

19   A.   Yes, I did.

20   Q.   What was that role?

21   A.   Again, promoting them on their performance to

22        store manager or manager trainer.

23   Q.   Were you able to select individuals to be

24        promoted to store managers, was this something

25        you could do by yourself or did you have to do
```

```
 1        it in consultation with others?
 2   A.   You had to have approval from your regional vice
 3        president.
 4   Q.   Who was the regional vice president during the
 5        time that you were the district manager for Lady
 6        Foot Locker?
 7   A.   Willy Gugel.
 8   Q.   During your tenure as district manager in south
 9        Florida -- is that League 427?
10   A.   Yes, it was.
11   Q.   How many black or African-Americans did you
12        promote to store manager positions?
13   A.   Around four.
14   Q.   Could you give me their names for the record,
15        please?
16   A.   Jackie Freeman, Deborah Sharief, Trina Rollie,
17        and Yolanda Johnson.
18   Q.   Did you consider the race of these individuals
19        in making these promotions?
20   A.   No.
21   Q.   Now, you mentioned Trina Rollie as one of the
22        persons whom you promoted to store manager, is
23        that correct?
24   A.   That's correct.
25   Q.   Okay.  Was she ever a rookie manager of the
```

1      year?

2   A.  Yes, she was.

3   Q.  Who made the selection of her as rookie manager

4      of the year?

5   A.  I did.

6   Q.  And was Ms. Rollie ever manager of the year?

7   A.  Yes, she was.

8   Q.  And who made the selection of Ms. Rollie as

9      manager of the year?

10  A.  I did.

11  Q.  What considerations did you have in mind when

12     awarding Ms. Rollie the manager of the year

13     selection?

14  A.  There was actually a criteria developed in our

15     New York office when you selected somebody for a

16     manager or rookie of the year that involved a

17     lot of areas of operation.

18  Q.  Did you consider Meredith Infeld -- well, who

19     was Meredith Infeld?

20  A.  Meredith Infeld was a manager of mine.

21  Q.  Did you consider her for manager of the year in

22     the year in which Ms. Rollie was selected as

23     manager of the year?

24  A.  Yes, I did.

25  Q.  What can you tell the Court about your

14

```
 1   Q.   Get her lunch, coffee?

 2   A.   Sure.

 3   Q.   Now, you testified that Trina Rollie was a store

 4        manager in your district, Mr. Bjork.  Which

 5        store was she the manager?

 6   A.   Pembroke Lakes Mall.

 7   Q.   Did you ever discuss with Trina Rollie the

 8        possibility of her managing another store?

 9   A.   Yes, I did.

10   Q.   More than one?

11   A.   Just the one.

12   Q.   What store was that?

13   A.   Aventura Mall.

14   Q.   What can you -- what do you recall about your

15        discussions with Ms. Rollie about the

16        possibility of her managing the Aventura store?

17   A.   We needed a manager in Aventura Mall and

18        discussed the possibilities if she would be

19        interested in becoming the manager in that

20        store.

21   Q.   What did Ms. Rollie say in response to your

22        inquiry?

23   A.   We went over all the, you know, criteria of the

24        store, and she told me she'd like to think about

25        it.
```

15

```
 1   Q.  Did you discuss this with her in person or over
 2       the phone?
 3   A.  Over the phone.
 4   Q.  And what did she -- did she eventually get back
 5       to you with any kind of resolution?
 6   A.  Yes, she did.
 7   Q.  What did she say?
 8   A.  I talked to her the next day again by phone and
 9       she told me that she wasn't interested in that
10       store, that she felt there was a lot of
11       potential in the store that she was currently
12       in.
13   Q.  And in fact, the Pembroke Lakes store, did it
14       ever achieve a certain volume level during the
15       time Trina Rollie managed it?
16   A.  Yes, it did.
17   Q.  What volume level was that?
18   A.  I'm not sure of the exact number but it was over
19       a million dollars.
20   Q.  Whom did you select to be the manager of the
21       Aventura Mall store?
22   A.  Meredith Infeld.
23   Q.  Why, what factors led you to award that store to
24       Meredith Infeld?
25   A.  The performance that she had while she was the
```

1    A.   Yes, she did.

2    Q.   Had you ever offered her a single store

3         promotion while she worked for you?

4    A.   Yes.

5    Q.   What store promotion was that?

6    A.   The Westland Mall.

7    Q.   Other than the mall where she managed, had you

8         ever offered her any other promotion?

9    A.   No.

10   Q.   And you'll agree between the time she took over

11        the Westland Mall store until she resigned in

12        the spring of 1997 she had won several awards

13        and achievements, hadn't she?

14   A.   Yes, she had.

15   Q.   In fact, as you know, she sued Lady Foot Locker

16        and Kinney Shoe Corporation based upon her claim

17        that Kinney Shoe Corporation failed to promote

18        her, isn't that right?

19   A.   Yes.

20   Q.   Before she quit, she contacted Kinney Shoe

21        Corporation's Fair Employment Practice office to

22        personally complain about your management style,

23        didn't she?

24             MR. GERLACH:   Just for the record, I

25        want to continue my objection just so it doesn't

```
 1        get lost in the plethora of questions that have

 2        been asked.  Attempts to relitigate the earlier

 3        case beyond the scope of direct -- I move to

 4        strike this testimony.

 5              MR. PATTERSON:  This goes to bias and

 6        credibility evidence and discrimination.

 7   Q.   (BY MR. PATTERSON)  Okay.  She did contact the

 8        FEP and complain to them about your management

 9        style, didn't she?

10              MR. GERLACH:  Object to the form of

11        question, mischaracterizes the prior testimony.

12   Q.   (BY MR. PATTERSON)  Do you recall that Deborah

13        Sharief contacted the Kinney Shoe Corporation

14        Fair Employment Practice office to complain

15        about your management?

16   A.   She contacted FEP, yes, she did.

17   Q.   And you spoke to Paul Campbell from the Fair

18        Employment Practice's office and he told you the

19        nature of her complaints, didn't he?

20   A.   Yes.

21   Q.   Then in August of 1997 Aventura had a manager

22        vacancy open, didn't it?

23   A.   Yes, it did.

24   Q.   Aventura was a store whose sales volume was

25        always over a million, wasn't it?
```

59

```
 1         you consider a promotion.
 2    Q.   Higher volume stores, there is a pay scale that
 3         is contingent upon the higher the volume in the
 4         store, isn't there?
 5    A.   Yes.
 6    Q.   And the higher the volume of the store, the more
 7         a manager's base pay will be, isn't that
 8         correct?
 9    A.   Base pay, correct.
10    Q.   Okay, as far as bonuses and those other things,
11         that is going to be strictly on performance,
12         isn't it?
13    A.   Yes.
14    Q.   Okay.
15    A.   Yes, it is.
16    Q.   Would you like to add anything?
17    A.   No, it is on performance.
18    Q.   Why was audit and inventory control not a
19         profitability concern for Meredith Infeld at the
20         Aventura Mall?
21              MR. GERLACH:  Object to the form of
22         the question, argumentative.
23    Q.   (BY MR. PATTERSON)  Do you understand my
24         question?  Why was audit and shrinkage control
25         not a concern for profitability when you
```

```
 1        testimony.

 2   A.   Please ask the question again?

 3   Q.   (BY MR. PATTERSON)  You're telling us that Trina

 4        Rollie told you she was not interested in

 5        receiving a promotion that would have been a

 6        base pay increase?

 7   A.   She said she was not interested in the promotion

 8        to Aventura because she felt there was a lot

 9        more potential in the current store she was

10        managing.  She didn't say anything about base

11        pay.

12   Q.   She would have received a base pay increase if

13        you had offered the position, wouldn't she?

14   A.   If that store had a bigger base pay than hers,

15        yes.

16   Q.   Okay.  What is your understanding of what is

17        meant by -- I'm taking you back to the Celia

18        Gonzalez promotion to Dadeland.  What is your

19        understanding of her going into the Dadeland

20        store because of the international presence, can

21        you explain that to me?

22             MR. GERLACH:  Same objection to this

23        irrelevant line of questioning.

24   A.   Please ask the question again?  Are we

25        talking --
```

```
 1    Q.   (BY MR. PATTERSON)  We're going back to the
 2         Deborah Sharief and the Dadeland -- well, let's
 3         start here.  You had your office in the Westland
 4         Hialeah store where Deborah Sharief was
 5         managing, didn't you?
 6    A.   Yes, I did.
 7    Q.   And you knew that the customer base at Westland
 8         was largely Spanish, didn't you?
 9    A.   It was black and Spanish.
10    Q.   You lived in the south Florida area, didn't you?
11    A.   Yes.
12    Q.   And you know that Hialeah is the most heavily
13         predominant city in south Florida with a Spanish
14         population, don't you know that?
15    A.   It's predominant -- it's heavily Spanish, yes.
16         Yet that doesn't mean that the mall, all the
17         customers in the mall, are all Hispanic, if
18         that's what your question is.
19    Q.   My question is, Deborah managed that Hialeah
20         store competently and effectively, didn't she?
21    A.   Yes, she did.
22    Q.   And she didn't have any problem with any
23         language barriers between English and Spanish,
24         did she?
25                   MR. GERLACH:  Object to the question,
```

```
 1          object to the whole line of questioning about
 2          Deborah Sharief, move to strike.
 3   Q.   (BY MR. PATTERSON)  Again, this is evidence of a
 4          pattern of discrimination and pretext.  You can
 5          answer the question.  Did she have any problem
 6          managing the store speaking English and Spanish?
 7   A.   She had no problem managing the store, no.
 8   Q.   Didn't your company give the reason that Celia
 9          Gonzalez as one factor was put in Dadeland
10          because she was bilingual and Dadeland has a
11          large international customer base?
12   A.   I don't know.
13   Q.   Let me ask you this:  Other than Spanish and
14          English, what other international languages does
15          Celia Gonzalez speak?
16   A.   None that I know of.
17   Q.   Okay.  Wouldn't you agree that Hialeah in south
18          Florida is known as Little Havana, Little Cuba?
19   A.   There's a place in south Florida called Little
20          Havana and Little Cuba, but I'm not sure that's
21          located in Hialeah.
22   Q.   But you don't dispute it?
23   A.   No.
24   Q.   Okay.  So you're saying that Deborah's Spanish
25          and English was good enough for Hialeah but it
```

72

```
 1          was not good enough for the south Miami Kendall

 2          area?

 3                    MR. GERLACH:  Object to the question

 4          as argumentative.

 5     Q.  (BY MR. PATTERSON)  Her language --

 6                    MR. GERLACH:  Let me finish my

 7          objection.

 8                    MR. PATTERSON:  Okay, I'm sorry.

 9                    MR. GERLACH:  Renew my objection,

10          motion to strike, irrelevant, argumentative.

11          That's it.

12     Q.  (BY MR. PATTERSON)  Okay.  Her language ability

13          at the Westland store was good enough for

14          Hialeah and Westland, but your company thought

15          it would present itself as a problem in the

16          south Miami Kendall area where Dadeland is

17          located?

18                    MR. GERLACH:  Same objection.  I

19          object to the form of the question, it's also

20          vague.

21                    MR. PATTERSON:  You've already

22          objected.

23                    MR. GERLACH:  Also you've changed the

24          question as always.  Now it's all of a sudden

25          the company.
```

```
 1              MR. PATTERSON:  Okay, your objection
 2        is renewed.  I'm going to ask the question
 3        clean.
 4   Q.   (BY MR. PATTERSON)  The question is:  Deborah's
 5        ability to communicate was good enough for
 6        Westland and Hialeah.  Why would it be a problem
 7        in Dadeland?
 8   A.   I didn't say it was.
 9   Q.   Okay.  The only other way to explain this
10        international reasoning would be that Celia
11        Gonzalez was obviously Spanish and she has an
12        ethnic appearance.  Can you come up with some
13        other reason to explain this international
14        reason?
15              MR. GERLACH:  Object to the question,
16        it's argumentative, it's Counsel testifying,
17        there's no predicate for it, renew my
18        objection.
19   Q.   (BY MR. PATTERSON)  We both know that Celia
20        Gonzalez was Spanish, wasn't she?
21   A.   Yes.
22              MR. GERLACH:  Well, Spanish people
23        live in Spain.  We both know she was an
24        Hispanic, is that fair?  Why don't we agree on
25        that, that she's an Hispanic, an American of
```

```
 1          Hispanic descent.

 2     Q.   (BY MR. PATTERSON)  Black, Hispanic, white, it

 3          doesn't matter to me.  Celia Gonzalez was

 4          Hispanic -- is Hispanic, isn't she?

 5     A.   Yes.

 6     Q.   Okay.  Well, she speaks English and she speaks

 7          Spanish and she is obviously Hispanic, what

 8          other reason would there be to justify her being

 9          in an international mall that you can think of

10          other than the fact that she is ethnic

11          appearing, she is Hispanic?

12               MR. GERLACH:  Renew my objection.

13     A.   The other reason would be based on her

14          performance as a store manager.

15     Q.   (BY MR. PATTERSON)  The reasoning that Willy

16          Gugel gave was that it was an international mix

17          of customers, so what other reason would justify

18          her being there?  If she can speak Spanish and

19          she can speak English, you can't think of any

20          other languages she speaks, what else would

21          there be to this international reason?

22               MR. GERLACH:  Renew any objection.

23          It's totally improper.

24     A.   Again, I will say that it was her performance as

25          a store manager in the store that she managed.
```

```
 1    Q.   (BY MR. PATTERSON)   Can you think of anything

 2         else that would explain this international

 3         reasoning?

 4                  MR. GERLACH:   Why don't you take Mr.

 5         Gugel's deposition rather than asking this

 6         witness what was in Mr. Gugel's mind --

 7    A.   Yeah, I can't answer for Mr. Gugel.   You'd have

 8         to ask Mr. Gugel.

 9                  MR. GERLACH:   Object to the question.

10    A.   I can't answer for Mr. Gugel.   You would have to

11         ask Mr. Gugel.

12                  MR. PATTERSON:   I'm going to object on

13         coaching.

14    Q.   (BY MR. PATTERSON)   But you don't know what else

15         would justify any other international reasoning?

16    A.   No, because there are other international

17         customers there, you're correct, there's German,

18         there's --

19    Q.   But Celia doesn't speak German to your

20         knowledge, does she?

21    A.   There's Portuguese, which is a form of Spanish.

22    Q.   Celia doesn't speak German, does she, to your

23         knowledge?

24    A.   No, but she speaks Spanish and Portuguese.

25    Q.   Well, you've just thought of that.   Does she
```

```
1        speak French?

2   A.   Not that I know of.

3   Q.   Does she speak Italian?

4   A.   She may, because again, Italian and Spanish and

5        Portuguese are about the same type of language.

6   Q.   These are your observations.  All you know is

7        that she speaks Spanish and English.  Do you

8        know that she speaks any other language other

9        than those two?

10  A.   No, I do not.

11  Q.   You're speculating now, aren't you?  You're

12       guessing that maybe she might speak other

13       languages?

14            MR. GERLACH:  Object to form of the

15       question, it's argumentative.  He doesn't

16       purport to be knowledgeable as to what this

17       other person speaks.

18  A.   You're speculating that she doesn't speak any

19       other languages.

20  Q.   (BY MR. PATTERSON)  I'm not, I'm asking you

21       questions.  Do you know that she speaks any

22       other languages other than Spanish and English?

23  A.   I would think that she speaks Portuguese.

24  Q.   Do you know that?

25  A.   Not for -- no.
```

```
 1   Q.  Okay.  You promoted Jackie Freeman, didn't you?

 2   A.  Yes, I did.

 3   Q.  You put her in the Omni Mall, didn't you?

 4   A.  Yes, I did.

 5   Q.  Isn't that an area largely known to be a black

 6       area?

 7   A.  Yes, it is.

 8   Q.  You promoted Yolanda Johnson to a manager,

 9       didn't you?

10   A.  Yes, I did.

11   Q.  You put her in the 163rd Street Mall, didn't

12       you?

13   A.  Her first promotion was to Fort Myers, Florida.

14   Q.  Did you put Yolanda Johnson in the 163rd Street

15       Mall?

16   A.  Yes, after she was promoted to the store in Fort

17       Myers, Florida.

18   Q.  And you've answered that?

19   A.  Yes.

20   Q.  Now, I'm asking, did you put her in the 163rd

21       Street Mall?

22   A.  Yes, I did.

23   Q.  And isn't that largely known to be a black area?

24   A.  Yes, it is.

25   Q.  Okay.  You've never offered Trina Rollie or
```

```
 1        Deborah Sharief promotions beyond their initial

 2        store promotions, isn't that correct?

 3   A.   Discussed them with them, but never offered it

 4        to them, no.

 5   Q.   You've never had a black manager in Aventura,

 6        Dadeland, or Bayside, have you?

 7   A.   No.

 8   Q.   And those are the stores known to be the three

 9        largest volume stores when you were managing

10        that district, isn't that correct?

11   A.   Yes.  But I did have a white manager in the mall

12        at 163rd.

13   Q.   My question is, did you promote -- I know you

14        like to get this self-serving information and

15        your lawyer who's -- in fact, how long did you

16        meet with Mr. Gerlach prior to this deposition?

17   A.   I had lunch with him at about 11:00 or 11:15.

18   Q.   Okay, and up until the time this deposition

19        commenced at 1:30, you and he were together,

20        weren't you?

21   A.   Yes, we were.

22   Q.   So that's basically two hours, isn't it,

23        correct?

24   A.   Yes, it was.

25   Q.   11:30 to 1:30?
```

```
 1   A.   It was supposed to be 1:00 but it was 1:30.

 2   Q.   Okay.  Two hours, hour and a half, you spent

 3        some time with Mr. Gerlach, didn't you?

 4   A.   Yes, I did.

 5   Q.   And did he prepare you for this deposition?

 6   A.   He showed me transcripts from other depositions.

 7   Q.   Okay.  And in the trial in Miami last year,

 8        isn't it a fact that Mr. Gerlach's office

 9        arranged for you to fly in to attend the trial?

10   A.   No, Mr. Gerlach's office didn't arrange for me

11        to fly in.

12   Q.   Are you saying that you were -- you spent your

13        own money, you were never reimbursed for

14        attending a trial in Miami?

15   A.   No, I didn't say that.

16   Q.   How were the arrangements made?

17   A.   They were made through Lady Foot Locker.

18   Q.   Okay.  You agree with me that the populations in

19        New Orleans proper is over 60 percent

20        African-American, isn't it?

21   A.   Yes.

22   Q.   Okay.  You've heard of an employee who worked

23        for Meredith Infeld, a minor at the time, named

24        Star, didn't you?

25   A.   Excuse me?
```

```
 1    Q.   You've heard of an employee who used to work for
 2         Meredith Infeld, a minor who was named Star?
 3              MR. GERLACH:  Object to the form of
 4         the question, it's irrelevant.
 5    A.   No.
 6    Q.   (BY MR. PATTERSON)  Do you recall Star's mother
 7         contacting you complaining about the fact that
 8         Meredith Infeld was engaging in intimate contact
 9         with her lesbian girlfriend, do you recall a
10         conversation with you about that?
11              MR. GERLACH:  Object to the form of
12         the question, motion to strike, highly
13         prejudicial, argumentative, no predicate.
14    Q.   (BY MR. PATTERSON)  Do you recall a
15         conversation?
16              MR. GERLACH:  Obviously an outrageous
17         sleazy trial tactic.  Move to strike.
18    Q.   (BY MR. PATTERSON)  Do you recall a conversation
19         with Star's mother about that?
20    A.   No.
21    Q.   Are you certain?
22    A.   I don't recall it.
23    Q.   You're not saying it didn't happen, are you?
24    A.   No.
25    Q.   If a conversation between Star's mother and you
```

```
 1          did transpire, that's the kind of thing that

 2          would be in Meredith Infeld's personnel file,

 3          isn't it?

 4                    MR. GERLACH:  Object to the form of

 5          the question, no predicate for showing what this

 6          witness would know about what would be in her

 7          personnel file, and it's a hypothetical and

 8          contrary to fact.  Calls for speculation.

 9    Q.    (BY MR. PATTERSON)  If this situation happened,

10          that's certainly the kind of thing that would be

11          documented in Meredith Infeld's personnel file,

12          wouldn't it?

13    A.    It may.

14    Q.    Well, why wouldn't it be?  It should be,

15          shouldn't it?

16    A.    Yeah, it should be.

17                    MR. GERLACH:  I object.  First,

18          Counsel asks about something, he says he doesn't

19          know about it, --

20                    MR. PATTERSON:  I have no further

21          questions.

22                    MR. GERLACH:  Then he says, well, if

23          this thing really happened, wouldn't it be in

24          there?

25                    MR. PATTERSON:  Is there an
```

82

```
 1        objection?

 2                MR. GERLACH:  Yes, my objection is

 3        that it's speculative, calls for speculation,

 4        contrary to fact, move to strike.

 5                MR. PATTERSON:  Okay, anything else?

 6                MR. GERLACH:  No further questions.

 7                MR. PATTERSON:  I have no further

 8        questions.

 9                        EXAMINATION

10        BY MR. GERLACH:

11   Q.   All right, under questioning from Mr. Patterson

12        you went over Plaintiff's Exhibits 6 through 11,

13        which were three years of sales reports for

14        Pembroke Lakes and Broward, is that correct?

15   A.   Correct.

16   Q.   During the 1995 to 1997 time frame while Mr.

17        Patterson's client, Ms. Rollie, was store

18        manager at Aventura Mall, did the Hollywood Mall

19        close?

20   A.   Yes, it did.

21   Q.   Did that have an effect on sales at the --

22                MR. PATTERSON:  Objection, leading.

23        These are not open-ended questions, they have to

24        be who, what, when, where, how, why, explain,

25        describe.  That's leading a former corporate
```

```
 1         representative.

 2    Q.   (BY MR. GERLACH)  Did the closure of the

 3         Hollywood Mall have any other effect on the

 4         sales at Pembroke Lakes?

 5              MR. PATTERSON:  Objection, leading.

 6              MR. GERLACH:  Answer the question.

 7    A.   Yes, it did.

 8    Q.   (BY MR. GERLACH)  You lived in Pembroke Pines,

 9         did you not?

10    A.   Yes, I did.

11    Q.   Could you describe for the Court your

12         observation of any growth or lack of growth in

13         the Pembroke Pines area during the time you

14         lived there?

15    A.   At the time I lived there, the area grew

16         tremendously.

17    Q.   Which was an older mall, the Broward Mall or the

18         Pembroke Lakes Mall?

19    A.   Broward Mall.

20    Q.   Do you know how long Lady Foot Locker had a

21         store at the Broward Mall?

22    A.   I'm not sure, probably late '70s, early '80s.

23    Q.   It's certainly been open for quite awhile when

24         you arrived there in 1990?

25    A.   Yes.
```

1   Q.  Now, you talked about -- can you describe for

2      the Court your understanding of the way in which

3      managers received bonuses during the time period

4      in question, that is the time period between say

5      1995 and 1998?

6   A.  It changed a couple of times so -- but basically

7      at one time it was based on sales and

8      performance and then it changed to more, again

9      on performance but more to goals, not actual

10     performance, goals that were set for the manager

11     at the beginning of the year.

12  Q.  Was sales increase always one of the criteria

13     for a bonus; that is, an increase in the volume

14     of the store?

15  A.  Initially, yes, and then when they changed the

16     structuring of bonuses to meeting goals.

17  Q.  You testified previously that it's possible to

18     move to a higher volume store and yet get a

19     lower bonus, is that correct, didn't you say

20     that in response to a question of Mr. Patterson?

21  A.  Yes, I did.

22          MR. PATTERSON:  Objection, leading.

23  Q.  (BY MR. GERLACH)  Why did you say that?

24  A.  Because if you make a big enough bonus, you

25     could actually make more money for the fiscal

```
 1         year.

 2    Q.   And in fact, would it surprise you to know that

 3         Trina Rollie made more than $1,000 more than

 4         Meredith Infeld in 1997 from Lady Foot Locker?

 5    A.   I guess it wouldn't surprise me.  I don't know

 6         that as a fact.

 7    Q.   And would it surprise you to know that Trina

 8         Rollie had a bonus that was more than $1,000

 9         more than Meredith Infeld's in 1997?

10    A.   I guess, again, I wouldn't be surprised but I'd

11         have to look at the bonus periods for that year.

12    Q.   And wouldn't that explain why somebody would

13         be --

14              MR. PATTERSON:  Objection, leading.

15    Q.   (BY MR. GERLACH)  Wouldn't that explain why

16         somebody might turn down an opportunity to work

17         at a store that had a higher volume?

18              MR. PATTERSON:  Again, objection,

19         leading, can't lead a former corporate

20         representative.

21              MR. GERLACH:  You can answer the

22         question.

23    A.   Yes.

24    Q.   (BY MR. GERLACH)  When Mr. Patterson asked you a

25         series of questions about why Meredith Infeld
```