UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TRINA ROLLIE,                                    CASE NO.: 00-6119-CIV-HUCK

    Plaintiff,                                Magistrate Judge Brown

v.

VENATOR GROUP RETAIL, INC., f/k/a
KINNEY SHOE CORPORATION,
a New York Corporation and
VENATOR GROUP, INC., f/k/a
WOOLWORTH CORPORATION,
a New York Corporation,

    Defendants.

_____/

## MOTION FOR SUMMARY JUDGMENT
## OF DEFENDANT VENATOR GROUP RETAIL, INC.

Defendant VENATOR GROUP RETAIL, INC., by and through its undersigned counsel, and

pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 7.5 of the Rules of the United

States District Court for the Southern District of Florida, hereby files its Motion for Summary Judgment on

the grounds that there is no genuine issue as to any material fact and that Defendant is entitled to a judgment

as a matter of law.

The reasons in support of this Motion are fully explained in the Memorandum of Law, the

Statement of Material Undisputed Facts, and the exhibits thereto and attachments to the Notice of Filing

submitted herewith.

NON COMPLIANCE OF S.D. fla. L.R. 7.1.A.4

Respectfully submitted,

ALAN M. GERLACH, ESQ.
Florida Bar. No. 199184
BROAD AND CASSEL
390 North Orange Avenue, Suite 1100
Orlando, Florida 32801
P.O. Box 4961 (32802)
Telephone: (407) 839-4200
Fax: (407) 425-8377
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S.

Mail this _15_ day of December, 2000 to: KELSAY D. PATTERSON, ESQUIRE, Law Offices of

Michael M. Tobin, P.A., 1099 Ponce De Leon Boulevard, Coral Gables, Florida 33134-3319.

Alan M. Gerlach, Esquire
Florida Bar No. 199184
BROAD AND CASSEL
390 North Orange Avenue, Suite 1100
Orlando, Florida 32801
Post Office Box 4961 (32802-4961)
Telephone: (407) 839-4200
Facsimile: (407) 425-8377
Attorneys for Defendant

2