UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

TRINA ROLLIE,   CASE NO.: 00-6119-CIV-HUCK

    Plaintiff,   Magistrate Judge Brown

v.

VENATOR GROUP RETAIL, INC. ,f/k/a
KINNEY SHOE CORPORATION,
a New York Corporation and
VENATOR GROUP, INC., f/k/a
WOOLWORTH CORPORATION,
a New York Corporation,

    Defendants.
_____/

### PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE REGARDING PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S EXPERTS

Plaintiff, by and through undersigned counsel, in accord with the Florida Rules of Civil Procedure, hereby file the above entitled pleading and states as follows:

1.     The Plaintiff, as substantiated by the Defendant's Response, made an effort to ascertain whether the Defendant planned on disclosing any expert witness. The Defendant did not indicate whether it would proceed with only fact witnesses and/or use expert witnesses. The Defendant's response was equivalent to "who knows"? Based upon this vague and ambiguous response, the Plaintiff then filed her motion. For if the Defendant is uncertain as to its intentions with respect to its experts as of December 1, 2000, when would the Defendant think is an appropriate time for disclosure? This motion is not in response to "hurt feelings" as perceived by the Defendant, but rather the Joint



1

Scheduling Order mandates that motions to exclude experts, pretrial motions, and dispositive motions must be filed by December 15, 2000.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 13 day of December, 2000 to: Alan M. Gerlach, Esquire, 390 N. Orange Avenue, Suite 1100, Orlando, Florida, 32801.

MICHAEL M. TOBIN, P.A.
1099 Ponce de Leon Boulevard
Coral Gables, FL 33134-3319
Ph: (305) 445-5475
Fax: (305) 445-5479

BY: _____
Kelsay D. Patterson
Florida Bar No. 119784