UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6119-CIV-HUCK

TRINA ROLLIE,

    Plaintiff,

v.

VENATOR GROUP RETAIL, INC., f/k/a
KINNEY SHOE CORPORATION, a New York
corporation, and VENATOR GROUP, INC. f/k/a
WOOLWORTH CORPORATION,
a New York corporation,

    Defendants.
_____/



FILED by CR D.C.
DEC 2 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

## ORDER ON PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S EXPERTS

This matter is before the Court on Plaintiff's Motion to Strike Defendant's Experts (DE #39).

The Court has reviewed the Motion, Response and Reply, and being otherwise fully advised, it is

ORDERED AND ADJUDGED that said Motion to Strike is DENIED as moot. Apparently Defendants have not listed an expert so there is no expert to strike.

DONE AND ORDERED in chambers, Miami, Florida, this 21 day of December, 2000.

PAUL C. HUCK
United States District Judge

Copies furnished to:
Kelsay Patterson, Esq.
Alan Gerlach, Esq.