UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

TRINA ROLLIE,  CASE NO.: 00-6119-CIV-HUCK

    Plaintiff,  Magistrate Judge Brown

v.

VENATOR GROUP RETAIL, INC. ,f/k/a
KINNEY SHOE CORPORATION,
a New York Corporation and
VENATOR GROUP, INC., f/k/a
WOOLWORTH CORPORATION,
a New York Corporation,

    Defendants.
_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION TO FILE**
**SUMMARY JUDGMENT RESPONSE**

Plaintiff, TRINA ROLLIE, by and through undersigned counsel, hereby files the above entitled pleading and as grounds state as follows:

1. Defendant served its Summary Judgment Motion on December 15, 2000 in accord with the Joint Scheduling Order. In light of the winter holidays and the considerable time it takes to respond to such a lengthy pleading, the Plaintiff asked for an extension of time to serve her response. Counsel for both parties were able to agree Friday, January 12, 2001 is a reasonable amount of time for an extension to file the Plaintiff's response.

1



Based on the foregoing, the Plaintiff respectfully request that this Honorable Court enter an Order allowing up to and including Friday, January 12, 2001 to file and serve the Plaintiff's Summary Judgment response.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 26th day of December, 2000 to: Alan M. Gerlach, Esq., 390 N. Orange Avenue, Suite 1100, Orlando, Florida, 32801.

MICHAEL M. TOBIN, P.A.
1099 Ponce de Leon Boulevard
Coral Gables, FL 33134-3319
Ph: 305/445-5475
Fax: 305/445-5479
BY: _____
Kelsay D. Patterson
Florida Bar No. 119784