UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6119-CIV-HUCK

TRINA ROLLIE,

    Plaintiff,

v.

VENATOR GROUP RETAIL, INC., f/k/a
KINNEY SHOE CORPORATION, a New York
corporation, and VENATOR GROUP, INC. f/k/a
WOOLWORTH CORPORATION,
a New York corporation,

    Defendants.
_____/



## ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION TO FILE SUMMARY JUDGMENT RESPONSE

This matter is before the Court on Plaintiff's Unopposed Motion For Extension To File Summary Judgment Response filed on December 29, 2000. The Court having reviewed the Motion and being otherwise fully advised, it is

ORDERED AND ADJUDGED that said Motion For Extension is GRANTED. Plaintiff shall file and serve its summary judgment response on or before January 12, 2001.

DONE AND ORDERED in chambers, Miami, Florida, this 2 day of January, 2001.

PAUL C. HUCK
United States District Judge

Copies furnished to:
Kelsay D. Patterson, Esq.
Alan M. Gerlach, Esq.