UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**NIGHT BOX FILED**
JAN 12 2001
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

TRINA ROLLIE    CASE NO.: 00-6119 CIV-HUCK

    Plaintiff,

v.

VENATOR GROUP RETAIL, INC., f/k/a
KINNEY SHOE CORPORATION, et al.,

    Defendants.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Douglas Eaton, Esquire, of the law firm of Ford & Sinclair, P.A., hereby files his Notice of Appearance as co-counsel for Plaintiff, TRINA ROLLIE, and asks that he be provided with copies of all pleadings, orders, correspondence, etc., filed in this cause at the offices of the undersigned.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 12th day of January, 2001 to: Alan Gerlach, Esq., BROAD AND CASSEL, 390 North Orange Avenue, Suite 1100, Orlando, Florida 32801.

    Michael M. Tobin, P.A.
    1099 Ponce de Leon Blvd.
    Coral Gables, FL 33134-3319
    Telephone: (305) 445-5475
    Fax: (305) 445-5479
    BY: _Kelsay D. Patterson_
    Kelsay D. Patterson
    Florida Bar No. 119784