**NIGHT BOX**
**FILED**

JAN 1 2 2001

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6119-CIV-HUCK

TRINA ROLLIE,

        Plaintiff,                    Magistrate Judge Brown

vs.

VENATOR GROUP RETAIL, INC.
f/k/a KINNEY SHOE CORPORATION,
a New York Corporation, and
VENATOR GROUP, INC. f/k/a
WOOLWORTH CORPORATION,
a New York Corporation,

        Defendants.

_____/

## PLAINTIFF'S REPLY TO DEFENDANT'S
## STATEMENT OF MATERIAL UNDISPUTED FACTS

Before setting forth Plaintiff's statement of undisputed facts in support of her claim,
Plaintiff would like to address some of the "undisputed facts" set forth in Defendant's initial
statement of material facts.  First, with respect to TRINA ROLLIE's Phase II training, she
contends that she completed her Phase II training prior to Hurricane Andrew, which took place in
late August, 1992.  She was then forced to wait until a training store became available for her to
begin Phase III, which she did at Aventura Mall under Deborah Miller in January of 1993.  (See
affidavit of Trina Rollie-Plaintiff's Exhibit "1").  If this Court reviews Defendant's Exhibit "2", it
will note that the test is signed by Deborah Miller, the manager at the Aventura location, not
Melanie Prigeon, the manager at MS. ROLLIE's previous store.  If this was, in fact, the
completion of Stage II, and not the beginning of Stage III, MS. ROLLIE was not allowed to
complete Stage II at her Stage II training store, and instead, was only given her test when a Stage
III store was made available.  Therefore, this fact is in dispute.  In addition, there is evidence in

CASE NO. 00-6119-CIV-HUCK
Page 2 of 8

the record, attached as affidavits, that Infeld did, in fact, travel for her Phase III training, just as

DeShannon Phillips did years later, an opportunity denied to TRINA ROLLIE. (Plaintiff's

Exhibit "2" and Defenant's Exhibit "34").

Next, MS. ROLLIE's April 26, 1996 performance appraisal demonstrates that her store

sales were up 19%, and its profits were also up 14%, not "off" 14%, as Defendant's states in its

facts. (See Defendant's Exhibit "5"). Continuing, Defendant has improperly included testimony

of Jeffrey Bjork, the district manager. Under Reeves vs. Sanderson Plumbing Products, 530 U.S.

133, at (U.S. 2000), the "Court must disregard all evidence favorable to the moving party that the

jury is not required to believe." Reeves, at 140. Self-serving statements made by Bjork

regarding the reasons he promoted Infeld over Riley and disputed discussions he had with

ROLLIE need not be believed by the jury, and *must* be disregarded by this Court.

Furthermore, Defendant is disingenuous at best when it states that MS. ROLLIE received

more take home pay from the Defendant in 1997. A quick review of the comparable W-2's of

the respective individuals demonstrates that Ms. Infeld was, in fact, paid more, but took home

less money because she deferred some of her salary into her 401K plan, while MS. ROLLIE did

not. In addition, Plaintiff's Exhibits "3" and "4" demonstrate that MS. ROLLIE made less

money than Infeld during the years of 95 and 96.

Finally, with respect to Defendant's Exhibit "32", regarding the growth of the Pembroke

Lakes area, this evidence is simply a red herring, as Mr. Bjork certainly did not take this growth

into account when he awarded TRINA ROLLIE the Rookie Manager of the year in 1995 and the

Manager of the Year in 1997 awards. This evidence certainly cannot be used now to explain her

success.

In presenting Plaintiff's version of the undisputed facts, it is useful to compare ROLLIE's accomplishments directly to Ms. Infeld's accomplishments in order to demonstrate to the Court that a substantial material facts exist as to whether Ms. Infeld was "equally qualified" or significantly less qualified than MS. ROLLIE. First, for a graphical breakdown of both Ms. Infeld and MS. ROLLIE's accomplishments and demerits, please see Plaintiff's Exhibits "5" and "6", chronological timelines which catalogue all commendations and each substandard review for both individuals. Commendations are in green, substandard reviews are in red.

Next, we will discuss their individual results comparable to each other. These head to head results are of critical importance, as they are the only determining factor as to who should be promoted. According to the testimony of District Manager Bjork, the areas that are crucial in determining who will be promoted include "all performance areas, sales, audits, test checks, apparel counts, training, visual merchandising, ..." (Composite Exhibit "7") (Deposition of Jeff Bjork taken in the case of <u>Deborah Sharief vs. Kinney Shoe Corporation</u>, at 47). He also stated that the job would be given to "the person with the best overall performance." (Plaintiff's Composite Exhibit "7") (Id., at 52). Finally, Mr. Bjork indicates that there is no need for a manager to apply for an open position. Instead, all qualified individuals will considered. (Id., at 36, 37) (Composite Exhibit "7").

Since these are the only qualifications considered for advancement, and since the best overall performing manager will be given the position, it is crucial to compare the results in these categories in order to determine whether an argument can be made that TRINA ROLLIE was better qualified than Meredith Infeld.

First, with respect to audits, Meredith Infeld was audited over eight times over a two year period between January 30, 1995 and August 5, 1997. Five of these audits were above and outside the acceptable figure of -.50%. (See Composite Exhibit "8"). In her first position at Galleria, she was audited three times, and two were unacceptable, including the audit conducted four days before her promotion to Broward Mall. While at Broward Mall, she was audited five times, and three were unacceptable, including the audit conducted the day before she was promoted to Aventura Mall. TRINA ROLLIE was audited six times from October 19, 1995 to November 11, 1997. (See Composite Exhibit "9"). Only once, on February 3, 1997, did she receive an audit above and outside the -.50% figure. To this end, Mr. Bjork agrees that a manager with a history of poor audits like Meredith Infeld is unworthy of winning the honor of manager of the year. (See Exhibit "9B", extract of Bjork deposition, October 18, 2000). Knowing that Infeld turned in a poor store audit days before her promotion to Aventura in August of 1997, while ROLLIE's achievements were earning her manager of the year that same year amongst 25 other managers in their same district is absurd. Incidentally, Bjork and Regional Vice President Willy Gugel maintained in Debra Sharief's case, that her audit history was a key factor in not promoting her to Dadeland which is one of the district's 3 million dollar volume stores (Dadeland, Bayside, and Aventura).(See Exhibit "9C"). Same seemed irrelevant in promoting Infeld to Aventura despite demonstrating an inability to protect merchandise and profits when she managed lower volume stores.

Meredith Infeld had eight sales intensity visits from March 7, 1995 to June 13, 1997. (Plaintiff's Composite Exhibit "10"). On three sales intensity visits in a row, from September 20, 1995 to December 6, 1995, Ms. Infeld received a "needs improvement" in both overall

performance and improvement. From August 5, 1995 to August 2, 1996, TRINA ROLLIE received five sales intensity visits. Only once, on February 22, 1996, did MS. ROLLIE receive a "needs improvement" in overall performance and in improvement. (Plaintiff's Composite Exhibit "11").

Between July 24, 1996 and October 4, 1996, Meredith Infeld received three disciplinary letters from management. (Plaintiff's Composite Exhibit "12"). The first was a letter from Willy Gugel regarding the "needs improvement" that she received in "visual merchandising" and "LFL sales floor programs." The second was a September 23, 1996 letter from Willy Gugel regarding her -1.16% short on her September 8, 1996 audit. The third was an October 4, 1996 letter from Jeffrey Bjork regarding three substandard audits. It is interesting to note that the letter ends with "future violations will not be tolerated and may result in severe disciplinary action, to include termination." However, Ms. Infeld's next substandard audit of -.65% occurred on August 5, 1997, the day before she was promoted to the Aventura Mall. In contrast, TRINA ROLLIE received only two "needs improvement" letters from Willy Gugel, the first, on April 20, 1995, regarding human resource needs, and the second, on August 13, 1996, regarding a deficiency in her "LFL sales floor programs." (Defendant's Exhibits "4" and "6").

With respect to their individual commodations and awards, Meredith Infeld received one letter on August 25, 1996 for a $100,000.00 sales gain in the Broward store. (Defendant's Exhibit "25"), and a $1,000,000.00 store award on July 29, 1996. (Defendant's Exhibit "24"). Ms. Infeld also received an "Emerald Club" award and an award for highest accessory percent, and award for highest multiple percent, and another accessory award. (Defendant's Exhibit "18" and "26"). In contrast, TRINA ROLLIE also received an emerald club award. (Plaintiff's

Exhibit "13"). MS. ROLLIE also received a million dollar store award. (Plaintiff's Exhibit "14"). MS. ROLLIE received not one, but two, sales leadership awards, received not one, but two, letters for $100,000.00 sales gaines on January 2, 1996 and October 25, 1996, and received the award for both Rookie Manager of the Year in 1995 and Manager of the Year in 1997. (Plaintiff's Composite Exhibit "15"). Furthermore, she also received miscellaneous awards, such as Apparell Academy and Number #1 matchpoint. (Plaintiff's Exhibit "16"). Notably, TRINA ROLLIE received Manager of the Year in her district the same year that Meredith Infeld was selected to be promoted to the Aventura Mall site.

With respect to the awards noted above, it is important for the Court to understand that the stores that Ms. Infeld was placed in had a significantly higher volume of business, and thus it was significantly easier for her to achieve the million dollar store award and the emerald club award. She was first placed at the Galleria Mall store, which had a volume of $672,344.00 in 1994. During Infeld's tenure, the volume increased only .78% to $677,574.00, which is actually less than 1%. She was then promoted into the Broward Mall store, which had a store volume of $893,562.00. Under Infeld, the volume of the store increased to $1,003,068.00, an increase of 12%. The following year, under Ms. Infeld, the store's volume increased to $1,041,271.00, an increase of 3.81%. (Plaintiff's Composite Exhibit "17"). TRINA ROLLIE, on the other hand, was originally placed in the store with a volume of $668,488.00. After one year, the store volume had increased to $796,686.00; after two years, the store volume had increased to $939,676.00; and after three years, the store volume increased to $1,028,732.00. (Plaintiff's Composite Exhibit "18"). In 1997, Meredith Infeld was promoted to the Aventura location, a store with a volume of $1,257,522.00. (Plaintiff's Exhibit "19"). Jeffrey Bjork acknowledges

CASE NO. 00-6119-CIV-HUCK
Page 7 of 8

that placement in a store with a higher volume is considered to be a promotion. (Bjork depo, of

October 18, 2000 pg 58-59; and Bjork depo of September 25, 1997 pg. 55 lines 15-21 (Plaintiff's

Exhibit "20"). From 1994 to 1997, Meredith Infeld increased the sales percentage at her stores

1%, 12%, and 4%. In contrast, the sales volume at TRINA ROLLIE's store increased 19%, 18%

and 10% over those same three years. The manager of Kinney's Fair Employment Practices

offices during 1995-1997, Paul Newman, stated in his deposition that such measurable numbers

and achievements are to be used to objectively determine which candidate manager is awarded

the promotion.( Depo of Newman at 46-43 lines 20, See Exhibit "20B").

Finally, we compare the performance evaluations of the two managers for 1995 and

1996. Infeld received "needs improvement" in two areas on her April 16, 1996 appraisal and

showed a sales increase of .5% (less than 1%), and a profit increase of 12%. Her shrink was in

allowable limits at -.42%. Her April 15, 1997 appraisal had two "needs improvements" and one

"unacceptable" out of the six categories the managers were rated on. Her sales increase was

17.9%, her profit increase increase 19.29%, and her shrink was above and outside the allowable

limit at -.68%. (Plaintiff's Composite Exhibit "21"). During the same time period, TRINA

ROLLIE's April 25, 1996 evaluation noted she was Rookie Manager of the Year (in the same

district and same year as Infeld. Infeld began at her first store in October of 1994, so she was

evaluated on her rookie year for the 1995 year), included seven "needs improvements" in her

overall evaluation, noted a sales increase of 19%, a profit increase of 14%, and a shrink of -.37%.

Subsequently, on her April 23, 1997 evaluation, she received only one "needs improvement" out

of the six categories and **no "unacceptables"**. Her sales were up 17.9% and her profit was up

CASE NO. 00-6119-CIV-HUCK
Page 8 of 8

18.9%. Her shrink was -.41%, within the allowable limits. Subsequently, she was named the
Manager of the Year for 1997. (Plaintiff's Composite Exhibit "22").

Meredith Infeld was promoted to manage the Aventura store on August 6, 1997.
TRINA ROLLIE resigned on May 22, 1998. (Defendant's Exhibit "33").

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this
January 11, 2001 to Alan M. Gerlach, Esq., Broad and Cassel, 390 North Orange Avenue, Suite
1100, Orlando, FL 32801.

FORD & SINCLAIR, P.A.
Two Datran Center, Penthouse 1-C
9130 S. Dadeland Boulevard
Miami, FL 33156
(305) 670-2000

BY: _____
for    DOUGLAS F. EATON
FLORIDA BAR NO. 129577

# PLAINTIFF'S EXHIBIT "1"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

TRINA ROLLIE,                                  CASE NO.: 00-6119-CIV-HUCK

      Plaintiff,                              Magistrate Judge Brown

v.

VENATOR GROUP RETAIL, INC. ,f/k/a
KINNEY SHOE CORPORATION,
a New York Corporation and
VENATOR GROUP, INC., f/k/a
WOOLWORTH CORPORATION,
a New York Corporation,

      Defendants.
_____/

**AFFIDAVIT**

BEFORE ME, a person duly authorized to administer oaths and take

acknowledgments, personally appeared Trina Rollie, after being duly sworn upon her

oath deposes and says as follows:

1.  My name is Trina Rollie and I was employed by the Kinney Shoe

Corporation in its Lady Footlocker division from May 20, 1991 until May 22, 1998.

2.  I have read the pleading entitled as the "Defendant's Undisputed Facts". One

of the items this pleading sets forth is the representation that upon my completion of

Phase 2 Training, I was then advanced to Phase 3 Training within two (2) to three (3)

weeks in January of 1993. This representation by Kinney Shoe Corporation is incorrect. I

completed all of my Phase 2 Training and testing on or about July of 1992 at the 163rd

Street Mall under store manager Melanie Prigeon. Any document bearing a signature of

Deborah Miller in any connected to my Phase 2 Training is a fraud. Deborah Miller was

the manager and Phase 3 Trainer at the Lady Footlocker at Aventura Mall. My training

1

under her did not commence until January of 1993 when I was permanently sent to

Aventura for Phase 3 Training.

    3.  At no time after completing Phase 2 Training was I allowed to travel for

training to Aventura to keep my training and career advancing.

**FURTHER AFFIANT SAYETH NOT.**

STATE OF FLORIDA
COUNTY OF DADE/BROWARD (Circle)

    The foregoing instrument was acknowledged before me this 12 day of

January, 2001 by Trina Rollie, who is personally known to me and/or

produced _____ as identification and who did take an oath.

                                        **NOTARY PUBLIC, State of Florida**
                                        **at Large**

My commission expires:                  K D Patterson
                                        My Commission CC812130
                                        Expires February 24, 2003

2

# PLAINTIFF'S EXHIBIT "2"

AFFIDAVIT OF ALEXANDRA VILLA

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

BEFORE ME, the undersigned authority, personally appeared Alexandra Villa, who being duly sworn, deposes and says:

1.  My name is Alexandra Villa, formerly named Alexandra Rivera prior to marriage.  My social security number is 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, date of birth, November 5, 1974.

2.  I worked for Kinney Shoe Corporation at their Lady Footlocker retail store in the Aventura Mall location.  I was already there when Meredith Infeld started traveling for training from another Lady Footlocker store.  I believe the store she came from was the Galleria mall location.

3.  It is my recollection that management told us that we could move as quickly along in our training and advancement as we individually desired for ourselves.  I recall that Meredith was interested in advancing her career as quickly as possible.

4.  I have not been paid for these statements, I have provided them voluntarily, and I do consider myself an acquaintance of Meredith Infeld even at the present time.

FURTHER AFFIANT SAYETH NOT.

_Alexandra Villa_
Alexandra Villa

I HEREBY CERTIFY that on this day, before me, an officer duly authorized by law in the state and county aforesaid to administer oaths, personally appeared Alexandra Villa, who provided her drivers license from the state of FL , No. V4CC-occ-74 as identification and who swore under oath and acknowledged before me that the foregoing affidavit is true and correct.

        SWORN TO AND SUBSCRIBED before me this 12 day of January, 2001.

_K. D. Patterson_
Notary Public

K D Patterson
My Commission CC812130
Expires February 24, 2003

Printed Name of Notary, Stamp, and commission expiration

# PLAINTIFF'S EXHIBIT "3"

OMB No. 1545-0008

| a Control Number 0058599 | 1 Wages, tips, other compensation 36526.48 | 2 Federal income tax withheld 5919.85 |
|---|---|---|
| b Employer's identification number 13-1988404 | 3 Social security wages 36526.48 | 4 Social security tax withheld 2264.65 |
| d Employee's social security number 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 | 5 Medicare wages and tips 36526.48 | 6 Medicare tax withheld 529.63 |
| c Employer's name, address, and ZIP code | 7 Social security tips | |
| KINNEY SHOE CORPORATION 7800 W. BROWN DEER RD. MILWAUKEE, WI 53223 | 8 Allocated tips | |
| | 9 Advance EIC payment | |
| 10 Dependent care benefits | 11 Nonqualified plans | 12 Benefits included in box 1 |
| e Employee's name, address, and ZIP code 08 22 06193  22010  002 MEREDITH L INFELD 20317 W COUNTRY CLUBTH 4 AVENTURA, FL 33180 | 13 See Instructions for box 13 | |
| | 14 Other | |
| 15 Statutory employee | Deceased | Pension Plan X | Legal rep. | 942 emp. | Subtotal | Deferred comp. | | |
| 16 State | Employer's state I.D. Number | 17 State wages, tips, etc. |

**1995**

FORM **W-2** Wage and Tax Statement

Copy B To Be Filed With Employee's Federal Tax Return

| 18 State income tax | 19 Locality name |
| 20 Local wages, tips, etc. | 21 Local income tax |

16-0331690

Department of the Treasury - Internal Revenue Service

This information is being furnished to the Internal Revenue Service.

**Notice to Employee:**

**Refund.** - Even if you do not have to file a tax return, you should file to get a refund if box 2 shows Federal income tax withheld, or if you can take the earned income credit.

**Earned Income Credit.** - You must file a tax return if any amount is shown in box 9.

For 1995, if you earn less than $9,000 and you have no children, if you earn less than $23,755 and you have one qualifying child, or if you earn less than $25,296 and you have more than one qualifying child, you may qualify for the earned income credit. Any EIC that is more than your tax liability is refunded to you, but ONLY if you file a tax return. For example, if you have no tax liability and qualify for a $600 EIC, you can get $600, but only if you file a tax return. If you have at least one qualifying child, you may get as much as $1,233 of the EIC in advance by completing Form W-5. The 1995 instructions for Forms 1040 and 1040A, and Pub. 596, explain the EIC in detail. To get forms, instructions, and publications by calling toll-free 1-800-TAX-FORM (829-3676).

**Corrections.** - If your name, social security number, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Statement of Corrected Income and Tax Amounts, with the Social Security Administration (SSA) to correct any name, amount, or number error reported to SSA on Copy A of the Form W-2. If your name and number are correct but are not the same as shown on your social security card, you should ask for a new card at any Social Security office.

**Credit for Excess Taxes.** - If more than one employer paid you wages during 1995 and more than the maximum social security employee tax, railroad retirement (RRTA) tax, or combined social security and RRTA tax was withheld, you may claim the excess as a credit against your Federal income tax. See your income tax return instructions.

**Box 1.** - Enter this amount on the wages line of your tax return.

**Box 2.** - Enter this amount on the Federal income tax withheld line of your tax return.

**Box 8.** - This amount is not included in boxes 1, 5, or 7. For information on how to report tips on your tax return, see the instructions for Form 1040, 1040A, or 1040EZ.

**Box 9.** - Enter this amount on the advance earned income credit payment line of your tax return.

**Box 10.** - This amount is the total dependent care benefits your employer paid to you (or incurred on your behalf). Any amount over $5,000 has been included in box 1. Part or all of this amount may be taxable unless you complete Schedule 2 of Form 1040A or Form 2441. See the instructions for Forms 1040 and 1040A.

**Box 11.** - Any amount in box 11 is a distribution made to you from a nonqualified deferred compensation or section 457 plan. This amount is included in box 1 and/or boxes 3 and 5.

**Box 12.** - This amount is included in box 1. If there is an amount in box 12, you may be able to deduct expenses that are related to fringe benefits, see the instructions for your tax return.

**Box 13.** - Any amount in box 13 should be coded (letter). The following list explains the codes. You may need this information to complete your tax return.

**A** - Uncollected social security tax on tips (see "Total tax" in Form 1040 instructions)

**B** - Uncollected Medicare tax on tips (see "Total tax" in Form 1040 instructions)

**C** - Cost of group-term life insurance coverage over $50,000

**D** - Elective deferrals to a section 401(k) cash or deferred arrangement

**E** - Elective deferrals to a section 403(b) salary reduction agreement

**F** - Elective deferrals to a section 408(k)(6) salary reduction SEP

**G** - Elective and nonelective deferrals to a section 457(b) deferred compensation plan

**H** - Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan (see Form 1040 instructions for how to deduct)

**J** - Sick pay not includible as income

**K** - Tax on excess golden parachute payments

**L** - Nontaxable part of employee business expense reimbursements

**M** - Uncollected social security tax on cost of group-term life insurance coverage over $50,000 (former employees only) (see Form 1040 instructions)

**N** - Uncollected Medicare tax on cost of group-term life insurance coverage over $50,000 (former employees only) (see Form 1040 instructions)

**P** - Excludable moving expense reimbursements

**Box 15.** - If the "Pension plan" box is marked, special limits may apply to the amount of IRA contributions you may deduct. If the "Deferred compensation" box is marked, the elective deferrals in box 13 (for all employers, and for all such plans to which you belong) are generally limited to $9,240. Elective deferrals for section 403(b) contracts are limited to $9,500 ($12,500 in listed circumstances, see Pub. 571). The limit for section 457(b) plans is $7,500. Amounts over that must be included in income. See instructions for form 1040.

VENA000673

12/31/1996

OMB No. 1545-0008

| a Control Number 0055546 | 1 Wages, tips, other compensation 40461.33 | 2 Federal income tax withheld 6728.71 |
|---|---|---|
| b Employer's identification number 13-1988404 | 3 Social security wages 42172.05 | 4 Social security tax withheld 2614.67 |
| d Employee's social security number 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 | 5 Medicare wages and tips 42172.05 | 6 Medicare tax withheld 611.49 |

c Employer's name, address, and ZIP code

KINNEY SHOE CORPORATION
7800 W. BROWN DEER RD.
MILWAUKEE, WI 53223

7 Social security tips

8 Allocated tips

9 Advance EIC payment

| 10 Dependent care benefits | 11 Nonqualified plans | 12 Benefits included in box 1 |
|---|---|---|

e Employee's name, address, and ZIP code

08 22 06193  22010  002
MEREDITH L INFELD
20317 W COUNTRY CLUBTH 4
AVENTURA, FL 33180

13 See instructions for box 13

D　1710.72

14 Other

| 15 Statutory employee | Deceased | Pension Plan X | Legal rep. | 942 emp. | Subtotal | Deferred comp. X |
|---|---|---|---|---|---|---|

**1996**

FORM **W-2**

**Wage and Tax Statement**

Copy B To Be Filed With Employee's Federal Tax Return

16-0331690

| 16 State | Employer's state I.D. Number | 17 State wages, tips, etc. |
|---|---|---|
| | 18 State income tax | 19 Locality name |
| 20 Local wages, tips, etc. | | 21 Local income tax |

Department of the Treasury - Internal Revenue Service

This information is being furnished to the Internal Revenue Service.

**Notice to Employee:**

**Refund.** - Even if you do not have to file a tax return, you should file to get a refund of box 2 shows Federal income tax withheld, or if you can take the earned income credit.

**Earned Income Credit (EIC).** - You must file a tax return if any amount is shown in box 9.

You may be able to take the EIC for 1996 if (1) you do not have a qualifying child and you earned less than $9,500. (2) you have one qualifying child and you earned less than $25,078, or (3) you have more than one qualifying child with valid SSNs and you earned less than $28,495. Also, you cannot claim the EIC if you have more than $2,350 of investment income. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return. If you have at least one qualifying child, you may get as much as $1,291 of the EIC in advance by completing Form W-5.

**Caution:** At the time this notice was printed, Congress was considering changes to the EIC. See your 1996 income tax return instructions and Pub. 596 for a detailed explanation of EIC and any changes made to it. You can get these items by calling 1-800-TAX-FORM (829-3676).

**Corrections.** - If your name, social security number(SSN), or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Statement of Corrected Income and Tax Amounts, with the Social Security Administration (SSA) to correct any name, amount, or SSN error reported to SSA on Copy A of the Form W-2. If your name and SSN are correct but are not the same as shown on your social security card, you should ask for a new card at any Social Security office or call 1-800-SSA-1213.

**Credit for Excess Taxes.** - If more than one employer paid you wages during 1996 and more than the maximum social security employee tax, railroad retirement (RRTA) tax, or combined social security and RRTA tax was withheld, you may claim the excess as a credit against your Federal income tax. See your income tax return instructions.

**Box 1.** - Enter this amount on the wages line of your tax return.

**Box 2.** - Enter this amount on the Federal income tax withheld line of your tax return.

**Box 8.** - This amount is not included in boxes 1, 5, or 7. For information on how to report tips on your tax return, see your tax return instructions.

**Box 9.** - Enter this amount on the advance earned income credit payment line of your tax return.

**Box 10.** - This amount is the total dependent care benefits your employer paid to you (or incurred on your behalf). Any amount over $5,000 is included in box 1. This amount may be taxable unless you complete Schedule 2 of Form 1040A or Form 2441.

**Box 11.** - This amount is a distribution made to you from a nonqualified deferred compensation or section 457 plan and is included in box 1. Or, it may be a contribution to your employer to a nonqualified deferred compensation plan that is included in boxes 3 and/or 5.

**Box 12.** - You may be able to deduct expenses that are related to fringe benefits; see the instructions for your tax return.

**Box 13.** - The following list explains the codes shown in box 13. You may need this information to complete your tax return.

**A** - Uncollected social security tax on tips (see "Total tax" in Form 1040 instructions)

**B** - Uncollected Medicare tax on tips (see "Total tax" in Form 1040 instructions)

**C** - Cost of group-term life insurance coverage over $50,000

**D** - Elective deferrals to a section 401(k) cash or deferred arrangement

**E** - Elective deferrals to a section 403(b) salary reduction agreement

**F** - Elective deferrals to a section 408(k)(6) salary reduction SEP

**G** - Elective and nonelective deferrals to a section 457(b) deferred compensation plan

**H** - Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan (see Form 1040 instructions for how to deduct)

**J** - Sick pay not includible as income

**K** - Tax on excess golden parachute payments

**L** - Nontaxable part of employee business expense reimbursements

**M** - Uncollected social security tax on cost of group-term life insurance coverage over $50,000 (former employees only) (see Form 1040 instructions)

**N** - Uncollected Medicare tax on cost of group-term life insurance coverage over $50,000 (former employees only) (see Form 1040 instructions)

**P** - Excludable moving expense reimbursements

**Q** - Military employee basic quarters, subsistence, and combat pay

**Box 15.** - If the "Pension plan" box is checked, special limits may apply to the amount of IRA contributions you may deduct. If the "Deferred compensation" box is checked, the elective deferrals in box 13 (for all employers, and for all such plans to which you belong) are generally limited to $9,500. Elective deferrals for section 403(b) contracts are limited to $9,500 ($12,500 in limited circumstances, see Pub. 571). The limit for section 457(b) plans is $7,500. Amounts over that must be included in income. See instructions for form 1040.

VENA000674

# PLAINTIFF'S EXHIBIT "4"

OMB No 1545-0008

| a Control Number<br>0130818 | 1 Wages, tps, other compensation<br>34809.94 | 2 Federal Income tax withheld<br>6183.33 |
|---|---|---|
| b Employer's identification number<br>13-1988404 | 3 Social security wages<br>34809.94 | 4 Social security tax withheld<br>2158.22 |
| d Employee's social security number<br>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 | 5 Medicare wages and tips<br>34809.94 | 6 Medicare tax withheld<br>504.74 |
| c Employer's name, address, and ZIP code<br><br>KINNEY SHOE CORPORATION<br><br>7800 W. BROWN DEER RD.<br>MILWAUKEE, WI 53223 | 7 Social security tips | |
| | 8 Allocated tips | |
| | 9 Advance EIC payment | |
| 10 Dependent care benefits | 11 Nonqualified plans | 12 Benefits included in box 1 |
| e Employee's name, address, and ZIP code<br>08 22 06544  22010  002<br>TRINA L ROLLIE<br>18805 N MIAMI AVE    APT 05<br>MIAMI, FL 33169 | 13 See instructions for box 13 | |
| | 14 Other | |

| 15 Statutory employee | Deceased | Pension Plan X | Legal rep. | 942 emp. | Subtotal | Deferred comp. |
|---|---|---|---|---|---|---|

| 1995 | 16 State | Employer's state I D Number | 17 State wages, tps, etc. |
|---|---|---|---|
| FORM W-2 Wage and Tax Statement<br>Copy B To Be Filed With Employee's Federal Tax Return | 18 State income tax | | 19 Locality name |
| | 20 Local wages, tps, etc | | 21 Local income tax |

16-0331690                                    Department of the Treasury - Internal Revenue Service

This information is being furnished to the Internal Revenue Service

**Notice to Employee:**
**Refund.** - Even if you do not have to file a tax return, you should file to get a refund if box 2 shows Federal income tax withheld, or if you can take the earned income credit

**Earned Income Credit.** - You must file a tax return if any amount is shown in box 9.

For 1995, if you earn less than $9,000 and you have no children, or if you earn less than $23,755 and you have one qualifying child, or if you earn less than $25,296 and you have more than one qualifying child, you may qualify for the earned income credit. Any EIC that is more than your tax liability is refunded to you, but ONLY if you file a tax return. For example, if you have no tax liability and qualify for a $600 EIC, you can get $600, but only if you file a tax return. If you have at least one qualifying child, you may get as much as $1,233 of the EIC in advance by completing Form W-5. The 1995 instructions for Forms 1040 and 1040A, and Pub. 596, explain the EIC in detail. You can get forms, instructions, and publications by calling toll-free 1-800-TAX-FORM (829-3676).

**Corrections.** - If your name, social security number, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Statement of Corrected Income and Tax Amounts, with the Social Security Administration (SSA) to correct any name, amount, or number error reported to SSA on Copy A of the Form W-2. If your name and number are correct but are not the same as shown on your social security card, you should ask for a new card at any Social Security office.

**Credit for Excess Taxes.** - If more than one employer paid you wages during 1995 and more than the maximum social security employee tax, railroad retirement (RRTA) tax, or combined social security and RRTA tax was withheld, you may claim the excess as a credit against your Federal income tax. See your income tax return instructions.

**Box 1.** - Enter this amount on the wages line of your tax return.

**Box 2.** - Enter this amount on the Federal income tax withheld line of your tax return.

**Box 8.** - This amount is not included in boxes 1, 5, or 7. For information on how to report tips on your tax return, see the instructions for Form 1040, 1040A, or 1040EZ.

**Box 9.** - Enter this amount on the advance earned income credit payment line of your tax return.

**Box 10.** - This amount is the total dependent care benefits your employer paid to you (or incurred on your behalf). Any amount over $5,000 has been included in box 1. Part or all of this amount may be taxable unless you complete Schedule 2 of Form 1040A or Form 2441. See the instructions for Forms 1040 and 1040A.

**Box 11.** - Any amount in box 11 is a distribution made to you from a nonqualified deferred compensation or section 457 plan. This amount is included in box 1 and/or boxes 3 and 5.

**Box 12.** - This amount is included in box 1. If there is an amount in box 12, you may be able to deduct expenses that are related to fringe benefits; see the instructions for your tax return.

**Box 13.** - Any amount in box 13 should be coded (letter). The following list explains the codes. You may need this information to complete your tax return.

**A** - Uncollected social security tax on tips (see "Total tax" in Form 1040 Instructions)

**B** - Uncollected Medicare tax on tips (see "Total tax" in Form 1040 instructions)

**C** - Cost of group-term life insurance coverage over $50,000

**D** - Elective deferrals to a section 401(k) cash or deferred arrangement

**E** - Elective deferrals to a section 403(b) salary reduction agreement

**F** - Elective deferrals to a section 408(k)(6) salary reduction SEP

**G** - Elective and nonelective deferrals to a section 457(b) deferred compensation plan

**H** - Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan (see Form 1040 instructions for how to deduct)

**J** - Sick pay not includible as income

**K** - Tax on excess golden parachute payments

**L** - Nontaxable part of employee business expense reimbursements

**M** - Uncollected social security tax on cost of group-term life insurance coverage over $50,000 (former employees only) (see Form 1040 instructions)

**N** - Uncollected Medicare tax on cost of group-term life insurance coverage over $50,000 (former employees only) (see Form 1040 instructions)

**P** - Excludable moving expense reimbursements

**Box 15.** - If the "Pension plan" box is marked, special limits may apply to the amount of IRA contributions you may deduct. The "Deferred compensation" box is marked, the elective deferrals in box 13 (for all employers, and for all such plans to which you belong) are generally limited to $9,240. Elective deferrals for section 403(b) contracts are limited to $9,500 ($12,500 in limited circumstances, see Pub. 571). The limit for section 457(b) plans is $7,500. Amounts over that must be included in income. See instructions for form 1040.

VENA000689

12/31/1996

OMB No 1545-0008

| a Control Number | 1 Wages, tips, other compensation | 2 Federal Income tax withheld |
|---|---|---|
| 0128842 | 40778.07 | 7514.58 |

| b Employer's identification number | 3 Social security wages | 4 Social security tax withheld |
|---|---|---|
| 13-1988404 | 40778.07 | 2528.24 |

| d Employee's social security number | 5 Medicare wages and tips | 6 Medicare tax withheld |
|---|---|---|
| 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 | 40778.07 | 591.28 |

c Employer's name, address, and ZIP code

KINNEY SHOE CORPORATION

7800 W. BROWN DEER RD.
MILWAUKEE, WI 53223

7 Social security tips

8 Allocated tips

9 Advance EIC payment

| 10 Dependent care benefits | 11 Nonqualified plans | 12 Benefits included in box 1 |
|---|---|---|

e Employee's name, address, and ZIP code

08 22 06544  22010  002
TRINA L ROLLIE
18805 N MIAMI AVE     APT 05
MIAMI, FL 33169

13 See instructions for box 13

14 Other

| 15 Statutory employee | Deceased | Pension Plan | Legal rep. | 942 emp. | Subtotal | Deferred comp |
|---|---|---|---|---|---|---|
|  |  | X |  |  |  |  |

**1996**

**FORM W-2** Wage and Tax Statement

Copy B To Be Filed With Employee's Federal Tax Return

| 16 State | Employer's state I.D. Number | 17 State wages, tips, etc. |
|---|---|---|
| 18 State income tax |  | 19 Locality name |
| 20 Local wages, tips, etc. |  | 21 Local income tax |

16-0331690

Department of the Treasury - Internal Revenue Service

This information is being furnished to the Internal Revenue Service

**Notice to Employee:**

**Refund.** - Even if you do not have to file a tax return, you should file to get a refund if box 2 shows Federal income tax withheld, or if you can take the earned income credit.

**Earned Income Credit (EIC).** - You must file a tax return if any amount is shown in box 9.

You may be able to take the EIC for 1996 if (1) you do not have a qualifying child and you earned less than $9,500, (2) you have one qualifying child and you earned less than $25,078, or (3) you have more than one qualifying child with valid SSNs and you earned less than $28,495. Also, you cannot claim the EIC if you have more than $2,350 in investment income. Any EIC that is more than your tax liability is refunded to you, but only if you file a tax return. If you have at least one qualifying child, you may get as much as $1,291 of the EIC in advance by completing Form W-5.

**Caution:** At the time this notice was printed, Congress was considering changes to the EIC. See your 1996 income tax return instructions and Pub. 596 for a detailed explanation of EIC and any changes made to it. You can get these items by calling 1-800-TAX-FORM (829-3676).

**Corrections.** - If your name, social security number(SSN), or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Statement of Corrected Income and Tax Amounts, with the Social Security Administration (SSA) to correct any name, amount, or SSN error reported to SSA on Copy A of the Form W-2. If your name and SSN are correct but are not the same as shown on your social security card, you should ask for a new card at any Social Security office or call 1-800-SSA-1213.

**Credit for Excess Taxes.** - If more than one employer paid you wages during 1996 and more than the maximum social security employee tax, railroad retirement (RRTA) tax, or combined social security and RRTA tax was withheld, you may claim the excess as a credit against your Federal income tax. See your income tax return instructions.

**Box 1.** - Enter this amount on the wages line of your tax return.

**Box 2.** - Enter this amount on the Federal income tax withheld line of your tax return.

**Box 8.** - This amount is not included in boxes 1, 5, or 7. For information on how to report tips on your tax return, see your tax return instructions.

**Box 9.** - Enter this amount on the advance earned income credit payment line of your tax return.

**Box 10.** - This amount is the total dependent care benefits your employer paid to you (or incurred on your behalf). Any amount over $5,000 is included in box 1. This amount may be taxable unless you complete Schedule 2 of Form 1040A or Form 2441.

**Box 11.** - This amount is a distribution made to you from a nonqualified deferred compensation or section 457 plan and is included in box 1. Or, it may be a contribution by your employer to a nonqualified deferred compensation plan that is included in box 3 and/or 5.

**Box 12.** - You may be able to deduct expenses that are related to fringe benefits; see the instructions for your tax return.

**Box 13.** - The following list explains the codes shown in box 13. You may need this information to complete your tax return.

**A** - Uncollected social security tax on tips (see "Total tax" in Form 1040 Instructions)

**B** - Uncollected Medicare tax on tips (see "Total tax" in Form 1040 Instructions)

**C** - Cost of group-term life insurance coverage over $50,000

**D** - Elective deferrals to a section 401(k) cash or deferred arrangement

**E** - Elective deferrals to a section 403(b) salary reduction agreement

**F** - Elective deferrals to a section 408(k)(6) salary reduction SEP

**G** - Elective and nonelective deferrals to a section 457(b) compensation plan

**H** - Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan (see Form 1040 instructions for how to deduct)

**J** - Sick pay not includible as income

**K** - Tax on excess golden parachute payments

**L** - Nontaxable part of employee business expense reimbursements

**M** - Uncollected social security tax on cost of group-term life insurance coverage over $50,000 (former employees only) (see Form 1040 instructions)

**N** - Uncollected Medicare tax on cost of group-term life insurance coverage over $50,000 (former employees only) (see Form 1040 instructions)

**P** - Excludable moving expense reimbursements

**Q** - Military employee basic quarters, subsistence, and combat pay

**Box 15.** - If the "Pension plan" box is checked, special limits may apply to the amount of IRA contributions you may deduct. If the "Deferred compensation" box is checked, the elective deferrals in box 13 (for all employers, and for all such plans to which you belong) are generally limited to $9,500. Elective deferrals for section 403(b) contracts are limited to $9,500 ($12,500 in limited circumstances, see Pub. 571). The limit for section 457(b) plans is $7,500. Amounts over that must be included in income. See instructions for form 1040.

VENA000690

# PLAINTIFF'S
# EXHIBIT "5"

# Performance of Infeld



**Oct 13, 1994**
Infeld Promoted to Galleria

**Aug 10, 1995**
Infeld Promoted to Broward

Rollie Promoted to Pembroke Lakes

**Apr 16, 1996**
Manager Appraisal
2 Needs Approvement
Sales +.5%
Profit +12%
Shrink -42%

**Apr 15, 1997**
Manager Appraisal
1 Needs Approvement
1 Unacceptable out of 6 categories
Sales +17.9%
Profit +19.29%
Shrink -.68%

**Aug 6, 1997**
Infeld Promoted to Aventura

Letter re: $100,000 sales gain

Letter re: Million Dollar Store

Letter re: 9/8/96 Unacceptable Audit

Letter re: 3 unacceptable audits: 9/8/96, 11/27/95 8/6/95

Letter from Willy Gugel, DM
Re: 2 Needs Improvement On last visit

Sales Intensity Visit
Overall: Average
Improvement: Acceptable

Sales Intensity Visit
Overall: Above Average
Improvement: Acceptable

Sales Intensity Visit
Overall: Above Average
Improvement: Acceptable

Sales Intensity Visit
Overall: Needs improvement

Sales Intensity Visit
Overall: Needs improvement
Improvement: Needs improvement

Sales Intensity Visit
Overall: Needs improvement
Improvement: Needs improvement

Sales Intensity Visit
Overall: Needs improvement
Improvement: Needs improvement

Sales Intensity Visit
Overall: Average
Improvement: Acceptable

Audit: -.55%
Audit: -.12%
Audit: -.69%
Audit: -.80%
Audit: -.21%
Audit: -1.16%
Audit: -.46%
Audit: -.65%

Oct 1994 | Jan 1995 | Apr 1995 | Jul 1995 | Oct 1995 | Jan 1996 | Apr 1996 | Jul 1996 | Oct 1996 | Jan 1997 | Apr 1997 | Jul 1997

# PLAINTIFF'S EXHIBIT "6"



## Perfomance of Rollie

| Oct 19, 1994 | Aug 10, 1995 | Apr 26, 1996 | Apr 23, 1997 | Aug 6, 1997 |
|---|---|---|---|---|
| Infeld Begins Managing Galleria | Infeld Promoted to Browa | Rookie Manager of the Year Evaluation – 7 needs Improvements Sales +19% Profits + 14% Shrink -.37% | Evaluation Sales +17.9% Profit +18.9% Shrink -.41% 1 Needs Improvement | Infeld Promoted to Aventura |

Rollie Begins Managing Pembroke Lakes

Sales Intensity Visit Overall: Aver Improvement:

Sales Intensity Visit Overall: Above Average Improvement: Acceptable

Sales Intensity Visit Overall: Average Improvement: Acceptable

Sales Intensity Visit Overall: Above Average Improvement: Acceptable

Manager of the Year 1997

Letter for $100,000 sales gain

Letter for $100,000 sales gain

Sales Intensity Visit Overall: Needs Improvement Improvement: N Improvement

Letter re: Million Dollar Store

Rollie Resigns

Letter re: DM visit on Needs Improvement

Letter Re: DM visit on Needs Improvement

Audit: -.36%
Audit: -.40%
Audit: -.43%
Audit: -.43%
Audit: -.73%
Audit: -.26%

| Sep 1994 | Jan 1995 | May 1995 | Sep 1995 | Jan 1996 | May 1996 | Sep 1996 | Jan 1997 | May 1997 | Sep 1997 | Jan 1998 | May 1998 |

# PLAINTIFF'S COMPOSITE EXHIBIT "7"

JEFFREY BJORK

33

1  managers?
2      A.  No.
3      Q.  You didn't tell either one of them that?
4      A.  No.
5      Q.  At the time that Debra was made the
6  manager of the Hialeah Lady Foot Locker store, did
7  you tell her that you were not making her the
8  manager of that store because she was black?
9      A.  I made her the manager.
10         I don't understand the question.
11      Q.  At the time you made Debra Sharief the
12  manager of the Hialeah Lady Foot Locker store, did
13  you say to her, you know, I'm not making you the
14  manager of this store because you are black?
15      A.  No.
16      Q.  Did you ever tell Trina Rollie anything
17  like that?
18      A.  No.
19      Q.  Who was the manager of the Hialeah Lady
20  Foot Locker store before Debra Sharief took the
21  job?
22      A.  Jill Rickey.
23      Q.  Why did she leave?
24      A.  She went to another store.
25      Q.  Another --
        KRESSE, VALDES-PRIETO & ASSOCIATES, INC.

34

1      A.  Lady Foot Locker.
2      Q.  Which one did she go to?
3      A.  The Galleria.
4      Q.  Is she still with the company?
5      A.  No, sir.
6      Q.  When you say that you considered and
7  always considered every one of your bank managers
8  to fill a vacancy --
9         MR. ELLIOT:  I know --
10         MR. TRAMMELL:  Hold on.
11         MR. ELLIOT:  You said bank managers.
12         I wanted to get that before we got too
13         far along in the question.
14         MR. TRAMMELL:  Strike that, ma'am.
15      Q.  When you said that whenever an opening in
16  a manager position in one of your stores comes
17  open, you always consider all the other managers
18  as a person to fill that position, my question is,
19  from a practical standpoint, wouldn't it be true
20  that you would really just consider all the store
21  managers, who are in smaller stores, to consider
22  it, since it wouldn't be too likely that a person
23  in a store with more volume than the vacant store
24  would want to come back and fill that position?
25      A.  Could you rephrase that again?  I don't '
        KRESSE, VALDES-PRIETO & ASSOCIATES, INC.

35

1  understand.
2      Q.  Yes.  When you're considering, as you
3  said you did, all the managers, every time a store
4  becomes open, you consider all your present
5  managers to fill that position, isn't it true that
6  any manager of an existing store larger than the
7  store where the position exists would not be
8  interested in that position?
9         MR. ELLIOT:  Object to the form of the
10         question, insofar as you are asking him to
11         testify about what might be in the minds of
12         another manager of a larger store, and it also
13         excludes the possibility of a manager in a
14         larger store not be doing well in a larger
15         store, but who might be better for a smaller
16         store
17         I mean, he would know the second part
18         but the first part, he doesn't know what's in
19         the minds of the managers of the larger store.
20         There might be geographical
21         considerations.
22         MR. TRAMMELL:  I'll reword that.  Your
23         objection is well taken.
24      Q.  From your experience, do managers in
25  larger stores like to move over to a store with a
        KRESSE, VALDES-PRIETO & ASSOCIATES, INC.

36

1  lower volume?
2      A.  Sometimes.
3      Q.  Why would they do that?
4      A.  Geographical preference or family.
5      Q.  Say a vacancy in a store comes open.
6  Then is it a fair statement that you consider
7  everybody in the district to fill that vacancy,
8  regardless of the size of the store?  Is that
9  true?
10      A.  Could you ask me that again, please.
11         MR. TRAMMELL:  Read that back.
12      A.  I don't know.
13      (Thereupon, the requested portion of the
14      record was re-read by the Court Reporter.)
15         MR. ELLIOT:  Can you read that question
16      back?
17         MR. TRAMMELL:  I'll rephrase that.
18      Q.  When a vacancy in a Lady Foot Locker
19  store in the manager position exists, you
20  mentioned that you consider all managers of other
21  stores, regardless of race, color, creed, to
22  receive that new -- to replace the manager that
23  left that store; is that true?
24      A.  Yes.
25      Q.  They don't have to apply to you for that
        KRESSE, VALDES-PRIETO & ASSOCIATES, INC.

37

1  job or anything, do they?
2      I mean, you've let it be known that they
3  will be considered, if you think they're the best
4  one; is that right?
5      A.  Yes.
6      Q.  If a vacancy becomes open, do you offer
7  the job to managers of larger stores to see if
8  they will want it for any particular reason?
9      A.  I don't understand the question.
10     MR. TRAMMELL:  Strike that.
11     Q.  How is the salary of a store manager
12  determined at a Lady Foot Locker store in your
13  region?
14     A.  It's based on volume.
15     Q.  What are the three largest stores in your
16  region?
17     A.  In my district?
18     Q.  In your district, in the Southern region.
19     A.  Bayside, Dadeland and Aventura.
20     Q.  What is the volume of each of those
21  stores?
22     A.  Without seeing a sales sheet, I --
23     Q.  Not exactly, but just they're all over a
24  million, right?
25     A.  Right.  Dadeland and Bayside are
       KRESSE, VALDES-PRIETO & ASSOCIATES, INC.

38

1  approximately 1.5.
2      Q.  How about Aventura?
3      A.  1.3.
4      Q.  What salary goes with the Bayside job?
5      A.  I couldn't say exactly.  I'd to have look
6  at a payroll sheet.
7      Q.  No, just approximately.
8      Above $50,000?
9      A.  No.
10     Q.  Above $40,000?
11     A.  No.
12     Q.  Does any manager make above $50,000?
13     A.  It could be bonus.
14     Q.  How does that work, the bonus?
15     A.  It's changed this year, but it used to be
16  percentage of sales.
17     Q.  What's the largest base salary for a
18  manager in your district?
19     A.  I'd have to look at a payroll sheet to
20  tell.
21     Q.  What's the best you can do, the closest
22  you can come to?
23     A.  The base salary of approximately $35,000.
24     Q.  Would be the highest?
25     A.  To the best of my knowledge.
       KRESSE, VALDES-PRIETO & ASSOCIATES, INC.

39

1      Q.  What records would show exactly what the
2  salaries are of each of your managers?
3      A.  Base salary would be on a Form 31.
4      Q.  Where is that kept?
5      A.  In every store.
6      Q.  Is that in a person's personnel file?
7      A.  No.
8      Q.  Form 31?
9      A.  It would be part of the store records.
10     Q.  Then, of course, you would have W-2 forms
11  for everybody showing exactly what they got;
12  wouldn't you?
13     A.  I wouldn't have them.
14     Q.  I know, but Kinney Shoe Corporation would
15  have them?
16     A.  Yes.
17     Q.  What salary do they get or what monetary
18  gain does a manager have in addition to their base
19  salary?
20     A.  Bonus system.
21     Q.  And that's a percentage of sales?
22     Where would there be a record of the
23  bonuses?
24     A.  In our payroll department.
25     Q.  Do they have any other fringe benefits?
       KRESSE, VALDES-PRIETO & ASSOCIATES, INC.

40

1      MR. ELLIOT:  You mean --
2      Q.  Your managers.
3      A.  I don't understand.
4      Q.  Do the managers receive a base salary,
5  plus a bonus, and do they have any other financial
6  benefits?
7      Do they get insurance or anything?
8      A.  They get insurance.
9      Q.  Do they all get that, the same insurance,
10  regardless of the size of the store?
11     A.  To my knowledge, yes.
12     Q.  What other benefits do all your managers
13  get?
14     A.  Dental, if they apply for it themselves.
15     It's up to them.
16     Q.  Sure.  Anything else?
17     Any retirement plan?
18     A.  Yes.
19     Q.  How does that work?
20     MR. ELLIOT:  If you know.
21     A.  I'd have to look at a retirement plan.
22     I can't answer that, or I can't recall
23  all the benefits of the retirement plan.
24     Q.  What is your salary?
25     A.  Approximately $60,000.
       KRESSE, VALDES-PRIETO & ASSOCIATES, INC.

---

45

1    Q.  Was that kind of a joint decision between
2    you and Mr. Gugel?
3    A.  All manager moves are approved by the
4    regional manager.
5    Q.  Where had Ann Nitka been working before
6    she became the manager of the Bayside Mall?
7    A.  Coral Square Mall.
8    Q.  Was the Coral Square Mall doing a larger
9    volume or a smaller value than the Bayside Mall?
10   A.  Smaller.
11       MR. ELLIOT:  Can we take a short break?
12       (Recess in Proceedings).
13       MR. TRAMMELL:  Let the record reflect
14   it's now 10:47.
15       (A short recess was taken.)
16   Q.  When you made Ann Nitka the manager of
17   the Bayside Mall store in approximately 1995, why
18   did you select Ann Nitka over Debra Sharief?
19       MR. ELLIOT:  Let me object to the form of
20   the question.
21       It assumes Debra Sharief was considered
22   for that position.
23       MR. TRAMMELL:  You can object to it.
24   Now, he can answer the question.
25       MR. ELLIOT:  Now, if he can answer it,
         KRESSE, VALDES-PRIETO & ASSOCIATES, INC.

---

46

1    that's fine.
2        MR. TRAMMELL:  Also, it doesn't assume
3    anything.  It's a way of your telling him what
4    to say.
5        Strike that.  Strike that.
6        I'll rephrase it.
7        MR. ELLIOT:  Understand what my objection
8    is.
9        I don't want to get into it.
10   Q.  Did you consider Debra Sharief for the
11   manager position of the Bayside Mall store when
12   you gave that position to Ann Nitka?
13   A.  Yes.
14   Q.  You did consider her.
15       Why did you give the position to Ann
16   Nitka instead of to Debra Sharief?
17   A.  Could you rephrase that question?
18   I don't understand.
19   Q.  Why did you make Ann Nitka the manager of
20   the Bayside Mall store when the opening existed in
21   1995 instead of making Debra Sharief the manager
22   of the Bayside Mall store in 1995?
23   A.  Without looking at all their stats, I'd
24   have to have them all in front of me.
25   Q.  Tell me right now what you considered to
         KRESSE, VALDES-PRIETO & ASSOCIATES, INC.

---

47

1    reach that decision.
2    A.  I considered their performance.
3    Q.  What else?
4    A.  That was it.
5    Q.  Just the performance?
6    A.  Uh-huh.
7    Q.  Now, tell me what statistics or what you
8    looked at to determine the performance of Ann
9    Nitka that showed it was better than Debra
10   Sharief's.
11   A.  We looked at all performance areas,
12   sales, audits, test checks, apparel counts,
13   training, visual merchandising, and that's all I
14   can think of at this time.
15   Q.  So you examined these areas in regard to
16   Ann Nitka, and you did the same thing for Debra
17   Sharief and Ann Nitka's performance appeared
18   better; is that correct?
19   A.  Yes.
20   Q.  Do you weigh each one of these areas
21   equally, or is sales more important than, say,
22   test checks?
23   A.  They're both important.
24   Q.  Which is the more important, sales or
25   test checks?
         KRESSE, VALDES-PRIETO & ASSOCIATES, INC.



---

48

1        MR. ELLIOT:  Let me object to the form of
2    the question.  It assumes --
3    Q.  If you can't answer it as the district
4    manager, say you don't know.  If you can't answer
5    it, fine.
6        MR. ELLIOT:  It's not a don't know.  It
7    assumes one is more important than the other.
8
9        Is that maybe, I don't know?
10   A.  Could you rephrase the question?
11   Q.  In deciding whether or not a person is
12   performing well, do you feel it's more important
13   that their sales are doing well than their
14   training, or are sales and training weighted
15   equally in determining a person's performance?
16   A.  All areas are important in the decision.
17   Q.  Which is the most important area?
18       You can't say?
19   A.  I can't say.
20   Q.  It just kind of depends on what you want
21   to make important for that particular person?
22       MR. ELLIOT:  Object to the form of the
23   question, argumentative.
24   Q.  Is that right?
25   A.  I don't understand the question.
         KRESSE, VALDES-PRIETO & ASSOCIATES, INC.

49

1    Q.   If you're examining all these areas to
2    determine a person's performance, I assume that a
3    person might be better in some areas than their
4    competition and other ways back and forth; is that
5    true?
6        In other words, Ann Nitka may have been
7    better in sales than Debra Sharief, or she may
8    have been worse, or she might have been better in
9    training.
10       Now, how do you, in determining their
11   performances, know which one of these to give the
12   most weight to?
13   A.   I look at all of those areas.
14   Q.   You just kind of decide, depending on who
15   the person is?
16   A.   No.
17       MR. ELLIOT:  Counselor --
18       MR. TRAMMELL:  I can argue with him a
19   little bit.
20       I mean, I can lead him.  I just want to
21   get the truth.
22   Q.   When you're considering two people to be
23   promoted, say if you looked at the sales, and
24   let's say Ann Nitka had better sales, and she had
25   better audits and she had better test checks, and
        KRESSE, VALDES-PRIETO & ASSOCIATES, INC.

50

1    Debra Sharief had better apparel counts, better
2    training and better merchandising, which one would
3    get it?
4        MR. ELLIOT:  Let me object.  It's an
5    improper hypothetical, and it assumes facts
6    not in evidence.
7    A.   I'd have to look at their performance and
8    make that decision.
9        I don't understand the question.
10   Q.   You've considered that you give it to the
11   person with the best performance?
12   A.   Right.
13   Q.   The manager position?
14   A.   Right.
15   Q.   And you gave Ann Nitka the manager
16   position at the Bayside Mall, because her
17   performance was better than Debra Sharief's, in
18   your opinion at that time?
19   A.   Right.
20   Q.   And I asked you how you evaluate
21   performance, and you said you look at the sales,
22   the audits, test checks, the apparel counts, the
23   training and the visual merchandise.
24   A.   Uh-huh.
25   Q.   And then you decide which is performing
        KRESSE, VALDES-PRIETO & ASSOCIATES, INC.

51

1    better.
2    A.   Right.
3    Q.   But you can't give me any standard that
4    you go back in evaluating those different areas,
5    as I understand it.
6    A.   I still don't understand.
7    Q.   You don't?
8    A.   No.
9        MR. ELLIOT:  Counselor, if you think I'm
10   saying anything out of hand, tell me.
11       I think the problem is, as is always the
12   case in these kind of cases, you're looking
13   backwards.
14       He said he looks at all these factors,
15   and you're assuming that you can take these
16   factors individually, and that he does take
17   each one individually rather than take all
18   six, as a whole, together, and make a
19   decision, and I think that's his problem.
20       You keep doing these individually and
21   having him compare individually, when I think
22   his testimony is I look at all the factors
23   together, consider them together and in
24   looking at all the factors together, I reach a
25   decision.
        KRESSE, VALDES-PRIETO & ASSOCIATES, INC.

52

1    He has not testified at any point in time
2    that there is a weighting system for the
3    factors, that they are weighted individually
4    one against the other.
5        It's all the factors considered, and a
6    decision is made.  I think that's what he
7    said.  I think that's what the difficulty is
8    because you keep trying to make him say
9    individually.
10   Q.   Let me ask you this:  Let's assume that
11   Debra Sharief did better in sales, did better in
12   audits, did better in test checks and did better
13   in apparel counts than Ann Nitka, but Ann Nitka
14   did better in training and visual merchandise.
15       Based on that, which one would get the
16   appointment to be manager?
17       MR. ELLIOT:  Same objection.  I object to
18   the form of the question on the grounds that
19   better is an indeterminate number, that you
20   can't --
21   Q.   Just better at all, just any better,
22   which one would get it?
23   A.   The person with the best overall
24   performance.
25   Q.   You consider these things in the overall
        KRESSE, VALDES-PRIETO & ASSOCIATES, INC.

# COMPOSITE EXHIBIT "8"

```
Posted: Tue, Jan 31, 1995    7:42 PM EST          Msg: OCJF-7279-4638
From:   UK0FIEB
To:     UK0FIGS
CC:     (SITE:SMX,ID:JES2CAOF.UKERM44), KDM4271
Subj:   06197
```

AUPT0027

## STORE AUDIT REPORT FORM 146                    (rev 1/94)

```
Store #      : 06197          Close of Business Date: 01/30/95
Division #   : 08             District Manager      : JEFF BJORK
League #     : 427            Store Location        : FT. LAUDERDALE,FLORIDA
Audit Region : USA SOUTH      Manager In Store Since: 10/13/94

Manager/MgrTr: MANAGER
Manager LName: INFELD              FName: MEREDITH     M: L     SS#: 047 50 1297

AstMgr Name/s: CRAWFORD                KELLY          R            254 29 5179

Type of Audit: Rookie 1st

If Rookie 1st Store: Name of Trainer: DEBB MILLER          Store #: 06565

                                            Manager Inventory Standing
Present Audit Result:  Last Audit Result:   Current Fiscal Year
                                            (This store only):
- or +:            SHORT  Last - or +:       SHORT  Accum- or +:        SHORT
Shrink      -1236.75  Last Shrink    -354.89  AccumShrink      -1236.75
SBA         226870.12 Last SBA       60931.74 AccumSBA's       226870.12
%            -0.55%   Last %          -0.58%  Accum %           -0.55%
                      Last Audit Date:  10/13/94

Petty Cash Fund Per RAC $            :       250.00
Petty Cash Fund On-Hand $            :       250.00
Petty Cash Fund Discrepancy $        :         0.00
How Petty Cash Fund Discrepancy was resolved:

Total Inventory Value Reported This Audit $ :  146248.46
Total $ Discounts For Audit Period          :    1799.87
Total % Discounts For Audit Period          :       0.79%

STORE: 08 06197              - PAGE  5 -                 DATE: 01/30/95
                      OPERATIONAL INFORMATION

Number of PAIRS/UNITS on hand.                  -      4773
Number of PAIRS/UNITS hand-typed bar codes.     -       183
PERCENT hand-typed bar codes.                   -      3.83%

Number of PAIRS/UNITS of unsaleable merchandise. -      11

Number of test checks taken since last audit?   -      16

Date of last lock change.                        - 10/14/94

Names of Authorized Key Carriers (other than     - KELLY CRAWFORD
manager) with keys.
```

W00 000787
21719-0001

I, the Manager, attest to my statement above as being a reflection of my feeling about this audit taken in my store.
Manager Name: INFELD,MEREDITH,L       Manager Signature:

We, the undersigned parties, represent that, to the best of our knowledge, the information set forth in this report reflects the condition of on-hand cash and inventory.
To the best of all parties knowledge, all transactions relating to store inventory have been recorded and used to reconcile the stock report.
This report also reflects the Auditor's findings relative to the Manager's noncompliance of corporate policies, as it relates to security and loss prevention. All other areas are to be considered as in compliance.

Manager Name: INFELD,MEREDITH,L       Manager Signature:

                                      Date: 01/31/95

Auditor Name: SKAAR, JENS F.         SS#: 567 92 2119 Sig:

Signed copies of this report are on file in the store and the RAM office.
************************************************************************
                    AUDIT WORKSHEET INFORMATION

Store #   : 06197          Close of Business: 01/30/95
Division #: 08             Type of Audit    : ROOKIE 1ST
League #  : 427            Store Location   : FT. LAUDERDALE,FLORIDA
Audit Result $ (Shrink):        -1236.75   %:        -0.55%
Sales Between Audits $ :       226870.12
Total Inventory $      :       146248.46
Total Discounts $      :         1799.87
Petty Cash $ (per RAC) :          250.00
Petty Cash $ (Seasonal):             .00
Manager's Name         : INFELD,MEREDITH,L      000000 047 50 1297
New Manager's Name     :
Field Auditor's Name(s): SKAAR, JENS F.         000000 567 92 2119
Last Shipment Dates:
  From: 04                Document #: 904061972405   Acknowledged: 01/30/95
************************************************************************
->THE FOLLOWING COMMENTS ARE DIRECTED TO THE RAC INVENTORY AUDIT DEPARTMENT
-> This store sent a transfer to warehouse #6692 dated 11/28/94 in the
amount of $719.88. It is document number 6197-469459. The merchandise was
sent back to the store by the warehouse and the store was not billed back
on any WSSR. Please put this on a future WSSR as a positive amount.

************************************************************************
AUPT0006-3                 FINANCIAL AUDIT           STORE:06197 01/30/95

  1.Audit Result           806197 01/30/95      -21          -1,236.75
03:        1            -110.38
04:       -7            -301.02
06:       -5            -105.40
07:       -5            -590.99
08:        0              -0.10
09:        0              21.00
10:       -1              -4.74
12:        0              57.09
14:        3             -33.75

W00 000789
21719-0001

Title of persons having access to POS terminal   - 1 FULL TIME
(other than manager and assistant manager.)       1 PART TIME

STORE: 08 06197                 - PAGE  6 -                  DATE: 01/30/95
                  DEFICIENCIES NOTED AND REVIEWED WITH MANAGER

B. STORE RECORD KEEPING:  (If NO, enter the # of times deficient.)

    1  Are store records available, current, legible, accurate and
       properly filed?
COMMENTS:

-> Two documents in the open transaction file had appeared on a previous
WSSR.

The 83 totals were not reset correctly for w/e 1/14 and 1/21. The correct
figures need to be written in for the week when this happens.

H. PRELIMINARY AUDIT RESULT:  (If NO, enter # of times deficient.)

    1  Is preliminary audit result within allowable shrink percent?

COMMENTS:

-> Over the allowable of .50 % shrink.

Meredith's test checks match almost exactly to the audit results. We
discussed how the result in Department 7 could have happened and what could
be done about it and Meredith is starting daily apparel counts from this
date forward. We reviewed the procedure for doing this.

STORE: 08 06197                 - PAGE  7 -                  DATE: 01/30/95
                             COMMENT SECTION

 AUDITOR'S COMMENT (AND AUDITOR'S COMMENT FOR RAC):

-> The store was in excellent condition and well prepared for the audit.
All bookwork was neat and organized. Meredith's trainer, Deb Miller was
present and assisted with the audit.

A security checklist was completed and sent in.

Two file cabinets were removed from the Fixed Asset report. They were
not in this store since the current manager has been here and it is not
known what happened to them. They date back to 1987 on the report.

->THE FOLLOWING COMMENTS ARE DIRECTED TO THE RAC INVENTORY AUDIT DEPARTMENT
-> This store sent a transfer to warehouse #6692 dated 11/28/94 in the
amount of $719.88. It is document number 6197-469459. The merchandise was
sent back to the store by the warehouse and the store was not billed back
on any WSSR. Please put this on a future WSSR as a positive amount.

 MANAGER'S COMMENT:

-> MY FIRST AUDIT WAS A LEARNING EXPERIENCE! TEST CHECKS WERE A TRUE
REFLECTION OF MY ACTUAL SHORTAGE. DEPARTMENT 4 WILL ALWAYS BE A MYSTERY. I
WILL BE ON TOP OF DAILY APPAREL COUNTS FROM THIS DAY FORWARD. MY BOOK WORK
WAS IN ORDER AND WILL BE CONTINUED.

W00 000788
21719-0001

```
16:        -7              -67.36
19:         0                1.49
22:         0             -102.19

 2. - Financial Counts        806197 01/30/95      4,773         146,248.46
03:       492          26,059.21
04:       288           9,449.26
05:         3             149.97
06:       768          17,974.06
07:        68           3,473.80
08:       327           5,389.80
09:        56           1,609.26
10:       203           1,169.66
12:       132           5,021.60
14:       769          45,831.06
16:       895           6,614.69
17:         1              10.00
19:       292           6,002.26
22:       435          16,174.27
51:        44           1,319.56
```

**W00 000790**
**21719-0001**

```
Posted: Thu, Jun  8, 1995   6:55 PM EDT         Msg: OMJF-7552-3492
From:   UK0FIA6
To:     UK0FIGS
'C:     KDM4271, (SITE:SMX,ID:JES2CAOF.UKERM44)
ubj:    06197
```

```
AUPT0027
                    STORE AUDIT REPORT FORM 146          (rev 1/94)
```

```
Store #       : 06197        Close of Business Date: 06/07/95
Division #    : 08           District Manager     : JEFF BJORK
League #      : 427          Store Location       : FT. LAUDERDALE, FL.
Audit Region : USA SOUTH     Manager In Store Since: 10/13/94

Manager/MgrTr: MANAGER
Manager LName: INFELD        FName: MEREDITH     M: L    SS#: 047 50 1297

AstMgr Name/s: CRAWFORD          KELLY          R #000000 254 29 5179

Type of Audit: Announced

                                           Manager Inventory Standing
                                           Current Fiscal Year
Present Audit Result:  Last Audit Result:  (This store only):

- or +:          SHORT Last - or +:     SHORT Accum- or +:      SHORT
Shrink        -299.58 Last Shrink      -354.82 AccumShrink    -654.40
SBA          243204.70 Last SBA       226870.12 AccumSBA's    470074.82
%              -0.12% Last %            -0.16% Accum %         -0.14%
                      Last Audit Date:  01/30/95

Petty Cash Fund Per RAC $            :      250.00
Petty Cash Fund On-Hand $            :      250.00
Petty Cash Fund Discrepancy $        :        0.00
How Petty Cash Fund Discrepancy was resolved:

Total Inventory Value Reported This Audit $ :   184678.48
Total $ Discounts For Audit Period          :     1844.25
Total % Discounts For Audit Period          :        0.76%
```

```
STORE: 08 06197              - PAGE 2 -                  DATE: 06/07/95
                       OPERATIONAL INFORMATION

Number of PAIRS/UNITS on hand.                -      6491
Number of PAIRS/UNITS hand-typed bar codes.   -        89
PERCENT hand-typed bar codes.                 -      1.37%

Number of PAIRS/UNITS of unsaleable merchandise. -      0

Number of test checks taken since last audit?  -       31

Date of last lock change.                     - 10/14/94

Names of Authorized Key Carriers (other than  - AM-KELLY CRAWFORD
manager) with keys.

Title of persons having access to POS terminal - FT-ASHELY WILLIAMS
(other than manager and assistant manager.)     PT-SHANNON ROBINSON
```

VENA000057

STORE: 08 06197                  - PAGE  3 -                  DATE: 06/07/95
                    DEFICIENCIES NOTED AND REVIEWED WITH MANAGER

A. STORE SECURITY:   (If NO, enter the # of times deficient.)

     1  Are external locking safety devices workable and used?

COMMENTS:

-> The panic bar was not in working order at the time of the audit. The
manager is going to buy a new battery.

D. LAYAWAYS:  (If NO, enter the # of times deficient.)

     1  Is layaway procedure correct?
        Amount RTS'd $            .00
        # of packages:            0

COMMENTS:

-> There were two problems found with layaways at the time of the audit.
There was one layaway rts'd four weeks late and that same layaway was still
in the active layaway wall. This merchandise was added to the counts.

STORE: 08 06197                  - PAGE  4 -                  DATE: 06/07/95
                              COMMENT SECTION

AUDITOR'S COMMENT (AND AUDITOR'S COMMENT FOR RAC):

 > The store was in very good shape for the scanning of the audit today.
 ᴉere was currently no merchandise displayed outside of the store that
needs to be accounted for at this audit.

After getting the result today Department 22 was coming up nine units over.
In researching this problem, it was discovered that there was an $719.88
correction on the last audit of 1-30-95 that had never cleared. This item
is being carried on the current audit to correct the problem. (see rac
comments)

All deficiencies were reviewed with the manager at the time of the audit.

The cooperation for the audit today from the manager and team was greatly
appreciated.

Thanks,
Guy Walter

->THE FOLLOWING COMMENTS ARE DIRECTED TO THE RAC INVENTORY AUDIT DEPARTMENT
-> On the last audit of 1-30-95, the auditor carried a $719.88 correction
on the audit otr. This was because the warehouse returned a transfer that
the store sent them for 12 units for this amount. The problem was the
warehouse never billed the store for this returned.
Anyway, this otr item has never cleared a wssr since the last audit. It is
being carried again for the same amount on this audit and Rac needs to
included it with this result or the manager will be over.
ᴖoc #469459 date 11-28-94 12 units of department 22 for $719.88. It must
 .ear as a positive to correct this problem....Thanks.

VENA000058

MANAGER'S COMMENT:

-> The audit result came out as my test checks had reflected prior to
ᴐdays outcome. I am happy with my audit for today and for the year.

I, the Manager, attest to my statement above as being a reflection of my
feeling about this audit taken in my store.
Manager Name: INFELD,MEREDITH,L    Manager Signature:

STORE: 08 06197               - PAGE  5 -                    DATE: 06/07/95
                        NAMES AND SIGNATURES

We, the undersigned parties, represent that, to the best of our knowledge, the
    information set forth in this report reflects the condition of on-hand
    cash and inventory.
To the best of all parties knowledge, all transactions relating to store
    inventory have been recorded and used to reconcile the stock report.
This report also reflects the Auditor's findings relative to the Manager's
    noncompliance of corporate policies, as it relates to security and loss
    prevention.  All other areas are to be considered as in compliance.

Manager Name: INFELD,MEREDITH,L       Manager Signature:

                        Date: 06/07/95

Auditor Name: GUY WALTER              SS#: 578 70 4844 Sig:

Signed copies of this report are on file in the store and the RAM office.
*******************************************************************************
                    AUDIT WORKSHEET INFORMATION

Store #   : 06197         Close of Business: 06/07/95
Division #: 08            Type of Audit    : ANNOUNCED
League #  : 427           Store Location   : FT. LAUDERDALE, FL.
Audit Result $ (Shrink):  _____-299.58   %:  _____-0.12%
Sales Between Audits $ :  _____243204.70
Total Inventory $      :  _____184678.48
Total Discounts $      :  _____·1844.25
Petty Cash $ (per RAC) :  _____250.00
Petty Cash $ (Seasonal):  _____.00
Manager's Name         : INFELD,MEREDITH,L      000000 047 50 1297
New Manager's Name     :                        _____
Field Auditor's Name(s): GUY WALTER             000000 578 70 4844
Last Shipment Dates:
   From: 04             Document #: 904061975002    Acknowledged: 06/06/95
*******************************************************************************
->THE FOLLOWING COMMENTS ARE DIRECTED TO THE RAC INVENTORY AUDIT DEPARTMENT
-> On the last audit of 1-30-95, the auditor carried a $719.88 correction
on the audit otr. This was because the warehouse returned a transfer that
the store sent them for 12 units for this amount. The problem was the
warehouse never billed the store for this returned.
Anyway, this otr item has never cleared a wssr since the last audit. It is
being carried again for the same amount on this audit and Rac needs to
included it with this result or the manager will be over.
Doc #469459 date 11-28-94 12 units of department 22 for $719.88. It must
·lear as a positive to correct this problem....Thanks.
*******************************************************************************

VENA000059

```
AUPT0006-3                    FINANCIAL AUDIT              STORE:06197 06/07/95

    1.Audit Result                  806197 06/07/95        -30              -299.58
03:            -1            145.13
04:             3            167.15
06:            -3           -112.90
07:            -3            -72.00
08:            -2             -9.50
09:             1             16.99
10:            -3            -24.22
12:            -3           -198.06
14:             0            158.09
16:            -9            -95.53
19:            -7           -176.85
22:            -8           -247.83
51:             5            149.95

    2. - Financial Counts           806197 06/07/95      6,491           184,678.48
03:           768         42,709.06
04:           428         13,760.58
06:           766         18,650.88
07:            83          3,321.40
08:           359          6,559.60
09:           111          2,776.45
10:           278          2,443.51
12:           336         13,884.66
14:           645         36,187.47
16:         1,649         12,382.22
17:             1             10.00
19:           409          8,776.43
22:           658         23,216.22
```

VENA000060

```
Posted: Mon, Aug  7, 1995   7:48 PM EDT          Msg: HMJF-7672-8210
From:   UK0FI82
To:     UK0FIGS
CC:     KDM4271,  (SITE:SMX,ID:JES2CAOF.UKERM44)
Subj:   06197
```

AUPT0027

## STORE AUDIT REPORT FORM 146                    (rev 1/94)

```
Store #       : 06197        Close of Business Date: 08/06/95
Division #    : 08           District Manager      : BJORK,JEFF
League #      : 427          Store Location        : FT.LAUDERDALE,FLORIDA
Audit Region  : USA SOUTH    Manager In Store Since: 10/13/94

Manager/MgrTr: MANAGER
Manager LName: INFELD        FName: MEREDITH        M: L    SS#: 047 50 1297

AstMgr Name/s: RIVERA            ALEXANDRA                  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

Type of Audit: Manager Change

If Manager Change:
 Outgo Mgr To: 06193     New Position: Manager

 NewMgr From : 06565    Last Position: Manager In Waiting
 NewMgr LName: MELENDEZ       FName: INGRID      M:    SS#: 583 10 4474

If Rookie 1st Store: Name of Trainer: MARY WALSH          Store #: 06192
```

```
                                              Manager Inventory Standing
Present Audit Result:  Last Audit Result:     Current Fiscal Year
                                              (This store only):
- or +:           SHORT Last - or +:    SHORT Accum- or +:        SHORT
Shrink        -735.06 Last Shrink     -299.58 AccumShrink      -1389.46
SBA         105779.54 Last SBA      243204.70 AccumSBA's       575854.36
%              -0.69% Last %          -0.12% Accum %             -0.24%
                      Last Audit Date: 06/07/95
```

```
Petty Cash Fund Per RAC $            :        250.00
Petty Cash Fund On-Hand $            :        250.00
Petty Cash Fund Discrepancy $        :          0.00
How Petty Cash Fund Discrepancy was resolved:

Total Inventory Value Reported This Audit $ :  200714.68
Total $ Discounts For Audit Period           :     903.32
Total % Discounts For Audit Period           :       0.85%
```

```
STORE: 08 06197          - PAGE  5 -              DATE: 08/06/9
                     OPERATIONAL INFORMATION
```

```
Number of PAIRS/UNITS on hand.          -       6206
Number of PAIRS/UNITS hand-typed bar codes. -    140
PERCENT hand-typed bar codes.           -       2.26%

Number of PAIRS/UNITS of unsaleable merchandise. -    16

Number of test checks taken since last audit?   -    10
```

W00 000795
21719-0001

Date of last lock change.                                    - 08/07/95

Names of Authorized Key Carriers (other than        - ASSISTANT MANAGER
manager) with keys.                                            RIVERA, ALEXANDRA

Title of persons having access to POS terminal       - 1 FULL TIME ASSOCIATE
(other than manager and assistant manager.)            WILLIAMS, ASHLEY

STORE: 08 06197               - PAGE  6 -                    DATE: 08/06/95
            DEFICIENCIES NOTED AND REVIEWED WITH MANAGER

C. CASH SECURITY:  (If NO, enter the # of times deficient.)

     1  Does credit card acceptance conform with company rules?
COMMENTS:
-> Several charge transactions appeared with the letter "E " which require
an imprint of the credit card, were not done.  Correct procedure was
discussed with both incoming and outgoing managers as well as the
assistant.

H. PRELIMINARY AUDIT RESULT:  (If NO, enter # of times deficient.)

     1  Is preliminary audit result within allowable shrink percent?

COMMENTS:

-> The result is over the .50 allowable for this division.

STORE: 08 06197               - PAGE  7 -                    DATE: 08/06/95
                        COMMENT SECTION

AUDITOR'S COMMENT (AND AUDITOR'S COMMENT FOR RAC):

-> The majority of the shortage was in the shoe departments.  Only two
test checks had been taken in shoes but several had been taken in other
departments.

    There were six items on display in the mall that were counted and also
returned before the audit was finished.

    On the last audit a deficiency was cited for the detex alarm. It still
has not been fixed.  The problem is that the battery inside is different
from other alarms.  The manager has tried to find one locally but to no
avail.  Store maintenance has been called to correct this problem one way
or another.

    Meredith and team had the store in very good shape for the audit.
->THE FOLLOWING COMMENTS ARE DIRECTED TO THE RAC INVENTORY AUDIT DEPARTMENT
-> ******************************** NONE **************************

MANAGER'S COMMENT:

-> I was very happy with the way the audit was going until the totals were
printed and I was short over the allowable at .69%.  Almost all of the
shortage is in shoes - boggles the mind!! With only two months between
audits the percentage was not in my favor - no excuses. It will not happen
again.

W00 000796
21719-0001

I, the Manager, attest to my statement above as being a reflection of my feeling about this audit taken in my store.
Manager Name: INFELD,MEREDITH,L    Manager Signature:

We, the undersigned parties, represent that, to the best of our knowledge, the information set forth in this report reflects the condition of on-hand cash and inventory.
To the best of all parties knowledge, all transactions relating to store inventory have been recorded and used to reconcile the stock report.
This report also reflects the Auditor's findings relative to the Manager's noncompliance of corporate policies, as it relates to security and loss prevention.  All other areas are to be considered as in compliance.

Manager Name: INFELD,MEREDITH,L    Manager Signature:

Date: 08/07/95

Auditor Name: ROWELL,MELVIN,G,SR.    SS#: 464 60 1795 Sig:

Signed copies of this report are on file in the store and the RAM office.
*****************************************************************************
AUDIT WORKSHEET INFORMATION

Store #  : 06197         Close of Business: 08/06/95
Division #: 08          Type of Audit   : MANAGER CHANGE
League #  : 427          Store Location  : FT.LAUDERDALE,FLORIDA
Audit Result $ (Shrink): _____-735.06    %: _____-0.69%
Sales Between Audits $ : _____105779.54
Total Inventory $      : _____200714.68
Total Discounts $      : _____903.32
Petty Cash $ (per RAC) : _____250.00
Petty Cash $ (Seasonal): _____.00
Manager's Name         : INFELD,MEREDITH,L      000000 047 50 1297
New Manager's Name     : MELENDEZ,INGRID,      000000 583 10 4474
Field Auditor's Name(s): ROWELL,MELVIN,G,SR.    000000 464 60 1795
Last Shipment Dates:
   From: 04              Document #: 904061970607    Acknowledged: 07/28/95
*****************************************************************************
->THE FOLLOWING COMMENTS ARE DIRECTED TO THE RAC INVENTORY AUDIT DEPARTMENT
-> ******************************** NONE ************************
*****************************************************************************
AUPT0006-3                    FINANCIAL AUDIT              STORE:06197 08/06/95

  1.Audit Result            806197 08/06/95        -23            -735.06
03:        0              -8.92
04:       -2             -49.89
06:       -4            -120.90
07:       -1             -22.00
08:       -1             -45.20
09:       -1             -46.08
10:        1               1.00
12:        0              45.00
14:       -4            -245.05
16:      -10             -60.03
19:        3             -21.03
22:       -4            -161.96

W00 000797
21719-0001

2. - **Financial Counts**          806197 08/06/95      6,206      200,714.68

```
03:          884          55,556.62
04:          364          11,229.29
05:           10             749.90
06:          530          13,666.38
07:           51           2,112.10
08:          361           7,549.70
09:          126           3,537.75
10:          312           2,928.68
12:          259           8,881.68
14:          845          50,113.53
16:        1,387          10,628.76
17:            1              10.00
19:          394           9,029.07
22:          682          24,721.22
```

W00 000798
21719-0001

```
Posted: Tue, Nov 28, 1995   5:14 PM EST            Msg: KMJF-7893-7006
From:    UK0FIEB
To:      UK0FIGS
CC:      (SITE:SMX,ID:JES2CAOF.UKERM44), KDM4271
Subj:    06193
```

AUPT0027

### STORE AUDIT REPORT FORM 146                    (rev 1/94)

```
Store #        : 06193         Close of Business Date: 11/27/95
Division #     : 08            District Manager      : JEFF BJORK
League #       : 427           Store Location        : PLANTATION, FLORIDA
Audit Region : USA SOUTH       Manager In Store Since: 08/10/95
```

```
Manager/MgrTr: MANAGER
Manager LName: INFELD         FName: MEREDITH      M: L    SS#: 047 50 1297

AstMgr Name/s: LOWERY              SARAH            T         276 82 7496
```

Type of Audit: Announced

```
                                          Manager Inventory Standing
Present Audit Result:  Last Audit Result:  Current Fiscal Year
                                          (This store only):
- or +:         SHORT Last - or +:    SHORT Accum- or +:         SHORT
Shrink        -2278.66 Last Shrink   -576.60 AccumShrink       -2278.66
SBA          283496.32 Last SBA     57511.55 AccumSBA's       283496.32
%               -0.80% Last %         -1.00% Accum %             -0.80%
                       Last Audit Date:  08/10/95
```

```
Petty Cash Fund Per RAC $                :         200.00
Petty Cash Fund On-Hand $                :         200.00
Petty Cash Fund Discrepancy $            :           0.00
How Petty Cash Fund Discrepancy was resolved:
```

```
Total Inventory Value Reported This Audit $ :    229468.75
Total $ Discounts For Audit Period          :      4035.08
Total % Discounts For Audit Period          :         1.42%
```

```
STORE: 08 06193            - PAGE  5 -               DATE: 11/27/95
                      OPERATIONAL INFORMATION
```

```
Number of PAIRS/UNITS on hand.                -        6730
Number of PAIRS/UNITS hand-typed bar codes.   -         201
PERCENT hand-typed bar codes.                 -        2.99%

Number of PAIRS/UNITS of unsaleable merchandise. -      20

Number of test checks taken since last audit? -          11

Date of last lock change.                     - 08/15/95

Names of Authorized Key Carriers (other than  - SARAH LOWERY
manager) with keys.

Title of persons having access to POS terminal - 1 FULL TIME ASSOCIATE
(other than manager and assistant manager.)    3 PART TIME ASSOCIATES
```



PLAINTIFF'S
EXHIBIT
49

W00 000799
21719-0001

STORE: 08 06193              - PAGE  6 -                    DATE: 11/27/95
                DEFICIENCIES NOTED AND REVIEWED WITH MANAGER

A. STORE SECURITY:  (If NO, enter the # of times deficient.)

    1  Were store and register keys secure on authorized person?
COMMENTS:

-> Assistant Manager, Sarah Lowery does not have a signed receipt and
responsibility statement on file.

H. PRELIMINARY AUDIT RESULT:  (If NO, enter # of times deficient.)

    1  Is preliminary audit result within allowable shrink percent?

COMMENTS:

-> Over the allowable of .50%

Test checks taken match closely to the actual audit results. Meredith has
been taking apparel counts also and her count was showing short 46 units
and the actual result is short 47 units.

STORE: 08 06193                  - PAGE  7 -                DATE: 11/27/95
                          COMMENT SECTION

AUDITOR'S COMMENT (AND AUDITOR'S COMMENT FOR RAC):

-> This store drops their bank deposits at the World Foot Locker located
in the mall and they are then picked up by armored pickup. Some of the
deposit slips are stamped a day late due to this. I checked the bank drop
log at the Foot Locker and all drops are being made on time.

->THE FOLLOWING COMMENTS ARE DIRECTED TO THE RAC INVENTORY AUDIT DEPARTMENT
->****************************** NONE ********************************

MANAGER'S COMMENT:

-> Jens and I discussed some of the details concerning the losses incurred
since I checked in 8/10/95. My team has been changed and I know that this
will reflect a better outcome for my next audit. I will be holding team
meetings to educate everyone on security and floor awareness.

 I, the Manager, attest to my statement above as being a reflection of my
 feeling about this audit taken in my store.
 Manager Name: INFELD,MEREDITH,L       Manager Signature:

We, the undersigned parties, represent that, to the best of our knowledge, the
     information set forth in this report reflects the condition of on-hand
     cash and inventory.
To the best of all parties knowledge, all transactions relating to store
     inventory have been recorded and used to reconcile the stock report.
This report also reflects the Auditor's findings relative to the Manager's
     noncompliance of corporate policies, as it relates to security and loss
     prevention.  All other areas are to be considered as in compliance.

Manager Name: INFELD,MEREDITH,L       Manager Signature:

W00 000800
21719-0001

Date: 11/28/95

Auditor Name: SKAAR, JENS F.          SS#: 567 92 2119 Sig:

Signed copies of this report are on' file in the store and the RAM office.
******************************************************************************
AUDIT WORKSHEET INFORMATION

Store #   : 06193          Close of Business: 11/27/95
Division #: 08            Type of Audit    : ANNOUNCED
League #  : 427            Store Location   : PLANTATION, FLORIDA
Audit Result $ (Shrink):  _____-2278.66   %:  _____-0.80%
Sales Between Audits $ :  _____283496.32
Total Inventory $       :  _____229468.75
Total Discounts $       :  _____4035.08
Petty Cash $ (per RAC)  :  _____200.00
Petty Cash $ (Seasonal) :  _____.00
Manager's Name          : INFELD,MEREDITH,L      000000 047 50 1297
New Manager's Name      :  _____
Field Auditor's Name(s) : SKAAR, JENS F.         000000 567 92 2119
Last Shipment Dates:
   From: 04              Document #: 904061931906   Acknowledged: 11/21/95
******************************************************************************
->THE FOLLOWING COMMENTS ARE DIRECTED TO THE RAC INVENTORY AUDIT DEPARTMENT
->***************************** NONE *****************************************
******************************************************************************
AUPT0006-3                    FINANCIAL AUDIT            STORE:06193 11/27/95

 1.Audit Result                  806193 11/27/95      -89        -2,278.66
03:       -4              -260.05
04:        1               38.17
06:      -20             -601.60
07:       -6             -266.70
08:      -21             -601.10
09:        1               31.08
10:       -7              -37.19
14:       -3             -324.16
16:      -28             -158.91
19:        0              -48.31
22:       -3              -79.88
51:        1               29.99


 2. - Financial Counts          806193 11/27/95     6,730       229,468.75
03:      821            51,284.69
04:      554            18,869.77
05:       47             2,020.09
06:      385             9,175.30
07:      171             8,738.60
08:      527            11,744.50
09:      154             4,024.50
10:      282             2,843.46
12:      142             5,692.24
14:    1,103            65,897.14
16:    1,482            12,119.43
19:      282             5,072.60
22:      780            31,986.43

W00 000801
21719-0001

```
Posted: Sat, Apr 20, 1996    9:42 AM EDT          Msg: NMJG-8514-8857
From:   UK0FIEB
To:     UK0FIGS
  ~:    (SITE:SMX,ID:JES2CAOF.UKERM44), KDM4271
 ubj:   06193
```

```
AUPTU027
rev 3/96              STORE AUDIT REPORT FORM 146

      *************************************************************
      ********************   DISTINGUISHED   *********************
      *************************************************************
```

Operations Rating: EXCELLENT                    Results Rating: COMMENDABLE

```
Store #     : 06193      Close of Business Date  : 04/18/96
Division #  : 08         District Manager        : JEFF BJORK
League #    : 427        Store Location          : PLANTATION, FLORIDA
Audit Region : USA       Management In Store Since: 08/10/95
```

Management:
```
  Manager       LNameFM: INFELD       ,MEREDITH      ,L    SS#: 047 50 1297
  AssistantMgr  LNameFM: PHILLIPS     ,DESHANNON     ,M    SS#: 261 71 3972
```

Type of Audit: A=Announced

```
                                        (Manager    ) Inventory
Present Audit Result:  Last Audit Result:  Standing For Current Fiscal
                                        Year (This store only):
 · or +:            SHORT Last - or +:       SHORT Accum- or +:        SHORT
 ohrink          -917.05 Last Shrink     -2278.66 AccumShrink       -917.05
SBA            444018.26 Last SBA       283496.32 AccumSBA's      444018.26
%                 -0.21% Last %            -0.80% Accum %           -0.21%
                         Last Audit Date:  11/27/95
```

```
Petty Cash Fund Per FSC $                    :      200.00
Petty Cash Fund On-Hand $                    :      200.00
Petty Cash Fund Discrepancy $                :        0.00
How Petty Cash Fund Discrepancy was resolved:
```

```
Total Inventory Value Reported This Audit $ :   207249.54
Total $ Discounts For Audit Period          :     2852.94
Total % Discounts For Audit Period          :        0.64%
```

```
STORE: 08 06193              - PAGE  2 -                DATE: 04/18/96
                        OPERATIONAL INFORMATION
```

```
Number of PAIRS/UNITS on hand.                -        6154
Number of PAIRS/UNITS hand-typed bar codes.   -         208
PERCENT hand-typed bar codes.                           3.38%

Number of PAIRS/UNITS of unsaleable merchandise. -       23
Total dollar($) value of unsaleable merchandise        698.52

Number of test checks taken since last audit?  -        20

 )ate of last lock change.                     - 08/15/95
```

VENA000068

Names and titles of Key Carriers (other than       - DESHANNON PHILLIPS
management) with keys.

Title of persons having access to POS terminal     - 1 FULL TIME
(other than management.)                             2 PART TIME

  N  Are all Federal and company posters/security signs present and posted?

STORE: 08 06193             - PAGE  3 -                    DATE: 04/18/96
                           AUDIT RATING

   Operations Score : 70                 Results Shrink:        -0.21%
   Operations Rating: EXCELLENT        Allowable Shrink:        -0.50%
                                       Results Rating: COMMENDABLE

   Operations Rating Criteria              Results Rating Criteria

Excellent     - 70 to 66 points    Commendable -  0 shrink to 1/2 allowable %
Satisfactory  - 65 to 56 points    Good        - 1/2 allowable to allowable %
Unsatisfactory- 55 to 46 points    Unacceptable- over the allowable %
Unacceptable  - 45 points or less  Acceptable  - any overages

   (Scores for operations ratings are posted in the Standards of Reporting.)

STORE: 08 06193             - PAGE  4 -                    DATE: 04/18/96
                          COMMENT SECTION

 Comments of FOCD Analyst:
-> Test checks taken on the clothing departments indicate shortages
 imilar to the actual audit results. The shoe department test checks do not
 atch up due to the recent departmental renumberings.

This store drops their bank deposits at the World Foot Locker located in
the mall and they are then picked up by armored pickup. Some of the deposit
slips are stamped a day late due to this. I checked the bank drop log at
the World Foot Locker and all drops are being made on time.

Four t-shirts and a pair of shoes were no longer in the price file and were
returned to quality control.

Two of the required posters were not on hand and were ordered at the time
of the audit.

 Comments of FOCD Analyst for FSC:
 ********************************************************************************
 THE FOLLOWING COMMENTS ARE DIRECTED TO THE FSC INVENTORY AUDIT DEPARTMENT
 ********************************************************************************
-> NONE

 Comments of Manager    :
-> SUCCESS!!! What more can I say ... I'm elated about the outcome of my
audit. Both paperwork and inventory control were at the highest level.

 I attest to my statement above as being a reflection of my feeling about this
audit taken in my store.
Manager    : INFELD,MEREDITH,L      Signature of Manager    :

VENA000069

We, the undersigned par_es, represent that, to th_ _est of our knowledge, the
    information set forth in this report reflects the condition of on-hand cash
    and inventory.
To the best of all parties knowledge, all transactions relating to store
    inventory have been recorded and used to reconcile the stock report.
This report also reflects the FOCD Analyst's findings relative to the store
    management's non-compliance of corporate policies, as it relates to security
    and loss prevention.  All other areas are to be considered as in compliance.

Manager       : INFELD,MEREDITH,L      Signature of Manager      :
AssistantMgr: PHILLIPS,DESHANNON,M     Date: 04/19/96

FOCD Analyst: SKAAR, JENS F.           SS#:  567 92 2119

                                  Signature:

Signed copies of this report are on file in the store and the FOCD office.
*****************************************************************************
                        AUDIT WORKSHEET INFORMATION

Store #   : 06193          Close of Business: 04/18/96
Division #: 08             Type of Audit    : A=Announced
League #  : 427            Store Location   : PLANTATION, FLORIDA
Audit Result $ (Shrink):  _____-917.05   %: _____-0.21%
Sales Between Audits $ :  _____444018.26
Total Inventory $      :  _____207249.54
Total Discounts $      :  _____2852.94
Petty Cash $ (per FSC) :  _____200.00
Petty Cash $ (Seasonal):  _____.00
Management             : INFELD,MEREDITH,L    000000 047 50 1297
New Management         :  _____
'ield Analyst's Name(s): SKAAR, JENS F.       000000 567 92 2119
Last Shipment Dates:
    From: 04             Document #: 904061930106    Acknowledged: 04/15/96
*****************************************************************************
*****************************************************************************
THE FOLLOWING COMMENTS ARE DIRECTED TO THE FSC INVENTORY AUDIT DEPARTMENT
*****************************************************************************
->    NONE
*****************************************************************************
AUPT0006-3                      FINANCIAL AUDIT           STORE:06193 04/18/96

  1.Audit Result              806193 04/18/96      -74          -917.05
03:        -161         -8,895.93
04:          -2            -60.98
05:         -19           -274.95
06:          48         5,702.20
07:         -95         -6,278.17
08:          -1           -929.60
09:          11           429.89
10:           3           -38.00
12:         -71          -188.75
14:         180         8,898.15
16:         -30          -216.03
19:         -17          -497.56
22:          46           413.02
51:          34         1,019.66

                                                            VENA000070

```
  2. - Financial Counts        806193 04/18/96      6,154           207,249.54
03:        616            39,060.12
04:        357            12,394.65
06:        200             5,682.90
07:        318            13,808.70
08:        785            17,598.60
09:         13               449.87
10:        379             2,730.89
12:         31             1,350.70
14:      1,149            71,495.80
16:      1,256             9,715.57
19:        341             7,325.80
22:        675            24,616.28
51:         34             1,019.66
```

VENA000071

```
Posted: Mon, Sep  9, 1996   8:38 PM EDT        Msg: OMJG-9022-8967
From:    UK0FIEB
To:      UK0FIGS
CC:      (SITE:SMX,ID:JES2CAOF.UKERM44), KDM4271
Subj:    06193
```

```
AUPTU027
rev 8/96                 STORE AUDIT REPORT FORM 146
```

Operations Rating: SATISFACTORY            Results Rating: UNACCEPTABLE

```
Store #       : 06193      Close of Business Date  : 09/08/96
Division #    : 08         District Manager        : JEFF BJORK
League #      : 427        Store Location          : PLANTATION, FLORIDA
Audit Region : USA         Management In Store Since: 08/10/95
```

```
Management:
  Manager       LNameFM: INFELD      ,MEREDITH    ,L   SS#: 047 50 1297
  AssistantMgr  LNameFM: PAPPAS      ,BRIDGIT     ,M   SS#: 591 03 6784
```

Type of Audit: A=Announced

```
                                      (Manager      ) Inventory
Present Audit Result:  Last Audit Result:  Standing For Current Fiscal
                                      Year (This store only):
- or +:      SHORT Last - or +:      SHORT Accum- or +:      SHORT
Shrink      -5161.22 Last Shrink    -917.05 AccumShrink     -6078.27
SBA        444047.29 Last SBA     444018.26 AccumSBA's     888065.55
%             -1.16% Last %          -0.21% Accum %           -0.68%
                    Last Audit Date: 04/18/96
```

```
Petty Cash Fund Per FSC $           :       200.00
Petty Cash Fund On-Hand $           :       200.00
Petty Cash Fund Discrepancy $       :         0.00
How Petty Cash Fund Discrepancy was resolved:
```

```
Total Inventory Value Reported This Audit $ :   161962.06
Total $ Discounts For Audit Period          :     3981.09
Total % Discounts For Audit Period          :        0.90%
```

```
STORE: 08 06193              - PAGE  2 -              DATE: 09/08/96
                     OPERATIONAL INFORMATION
```

```
Number of PAIRS/UNITS on hand.             -        4388
Number of PAIRS/UNITS hand-typed bar codes. -        163
PERCENT hand-typed bar codes.              -        3.71%
```

```
Number of PAIRS/UNITS of unsaleable merchandise. -      2
Total dollar($) value of unsaleable merchandise       117.98
```

```
Number of test checks taken since last audit?  -       10
```

```
Date of last lock change.                  - 08/15/96
```

```
Names and titles of Key Carriers (other than  - NONE
management) with keys.
```



PLAINTIFF'S
EXHIBIT

50

```
W00 000806
21719-0001
```

Title of persons having access to POS terminal    - 2 FULL TIME ASSOCIATES
(other than management.)                              2 PART TIME ASSOCIATES

N  Are all Federal and company posters/security signs present and posted?

STORE: 08 06193              - PAGE 3 -                    DATE: 09/08/96
                    NON-COMPLIANCE NOTED AND REVIEWED

D. LAYAWAY ACTIVITY:  (If NO, enter the # of times citation noted.)

    1  Is layaway procedure correct?
       Amount RTS'd $              .00
       # of packages:              0
COMMENTS:
                 **************************************************
                 ******          Area(s) of Concern:        ******
                 **************************************************
-> Layaway #570803, dated 6/19/96 was showing a balance due of $66.90 on
the layaway activity report dated 8/24/96. The merchandise ( one pair of
shoes at $115.00 ) was no longer in the layaway section. Upon examining the
layaway card it shows that when the last payment was made the balance owing
was keyed in as $30.00 instead of $96.60 which would be the correct amount.

The required $5.00 service charge was not charged on layaway #232912 dated
8/20/96. It was not an employee sale and there was no notation as to why
there was no service charge.

                 **************************************************
                 ****** Recommendation(s) For Improvement:  ******
                 **************************************************
-> A payment of $66.60 was keyed into the register in order to clear
layaway #570803. The register will be short that amount at the close of
business 9/9/96.

All customers must pay the $5.00 service charge.

E. PRICING / MERCHANDISE:  (If NO, enter the # of times citation noted.)

    1  Do shipping documents indicate merchandise is being checked in?
COMMENTS:
                 **************************************************
                 ******          Area(s) of Concern:        ******
                 **************************************************
-> There are no check marks on store to store transfers to indicate that
the merchandise was checked in.

                 **************************************************
                 ****** Recommendation(s) For Improvement:  ******
                 **************************************************
-> All store to store transfers must have check marks to indicate that the
merchandise was checked in.

F. DISCOUNTS:  (If NO, enter the # of times citation noted.)

    1 Is company discount policy being followed?
COMMENTS:
                 **************************************************
                 ******          Area(s) of Concern:        ******

W00 000807
21719-0001

STORE: 08 06193              - PAGE  4 -                    DATE: 09/08/96
                    NON-COMPLIANCE NOTED AND REVIEWED

-> Meredith used her social security number to give a full time discount
to a part time employee on 8/12/96. There were transactions on 6/8 and
8/13/96 also using her social security number for discounts to unauthorized
recipients.

                ************************************************
                ***** Recommendation(s) For Improvement:  *****
                ************************************************
-> The above mentioned transactions were discovered during a stop by visit
on 8/26/96. They were documented on an incident report at that time. The
discount policy was reviewed with Meredith at that time and again today.

STORE: 08 06193              - PAGE  5 -                    DATE: 09/08/96
                    PRELIMINARY AUDIT RESULT

PRELIMINARY AUDIT RESULT:

    1  Is preliminary audit result within allowable shrink percent?
       (If NO, enter # of audits NOT within allowable shrink percent.)

COMMENTS:
                ************************************************
                *****     SHRINKAGE: Research/Analysis    *****
                ************************************************
-> Most of the shortage is in the clothing departments, 7 and 8. We
printed them by sku and compared most of the sku's in department 7 and
numerous ones in department 8 to the 440 plus and did not find any
differences more than 2 units on any given sku.

The only test check taken on clothing was dated 5/28/96 which was 59 units
short.

Meredith stated prior to arriving at the result that she expected to be at
least 100 units short in clothing due to the test check results of 5/28 and
that the merchandise on an entire rounder display had been stolen recently.
She estimated there were at least 30 units on the display at the time it
was stolen.

Ten t-shirts were no longer in the price file and were returned to quality
control.

STORE: 08 06193              - PAGE  6 -                    DATE: 09/08/96
                         AUDIT RATING

      Operations Score : 57              Results Shrink:          -1.16%
      Operations Rating: SATISFACTORY    Allowable Shrink:        -0.50%
                                         Results Rating: UNACCEPTABLE

      Operations Rating Criteria              Results Rating Criteria

Excellent     - 70 to 66 points    Commendable -  0 shrink to 1/2 allowable %
Satisfactory  - 65 to 56 points    Good        - 1/2 allowable to allowable %
Unsatisfactory- 55 to 46 points    Unacceptable- over the allowable %

                                         W00 000808
                                         21719-0001

45 points or less       Acceptable       any overages

nerations ratings are posted in the Standards of Reporting.)

- PAGE 7 -                                    DATE: 09/08/96
COMMENT SECTION

iitor:
ticker had been ordered at the time of the last audit but
received. It was ordered again at the time of this audit.

sed Meredith to begin saving both copies of void slips and that
a citation at the next audit if she does not.

le caps were removed from the store at the time of this audit.

ents of Auditor for FSC:
********************************************************************
& FOLLOWING COMMENTS ARE DIRECTED TO THE FSC INVENTORY AUDIT DEPARTMENT
********************************************************************
>        NONE

Comments of Manager    :
-> Over 100 units of the missing apparel is in department 8. This includes
many folded t-shirts. We are having a problem controlling theft in this
area due to the ease in which theft can occur without having to take it off
a hangar first. I feel this is a major problem.

I attest to my statement above as being a reflection of my feeling about this
audit taken in my store.
Manager    : INFELD,MEREDITH,L       Signature of Manager    :

We, the undersigned parties, represent that, to the best of our knowledge, the
information set forth in this report reflects the condition of on-hand cash
and inventory.
To the best of all parties knowledge, all transactions relating to store
inventory have been recorded and used to reconcile the stock report.
This report also reflects the Auditor's findings relative to the store
management's non-compliance of corporate policies, as it relates to security
and loss prevention. All other areas are to be considered as in compliance.

Manager    : INFELD,MEREDITH,L       Signature of Manager    :
AssistantMgr: PAPPAS,BRIDGIT,M       Date: 09/09/96

     Auditor : SKAAR, JENS F.         SS#:  567 92 2119

                        Signature:

Signed copies of this report are on file in the store and the FOCD office.
********************************************************************
                  AUDIT WORKSHEET INFORMATION

Store #   : 06193         Close of Business: 09/08/96
Division #: 08            Type of Audit    : A=Announced
League #  : 427           Store Location   : PLANTATION, FLORIDA
Audit Result $ (Shrink):       -5161.22   %:          -1.16%
Sales Between Audits $ :       444047.29
Total Inventory $      :       161962.06

                                        W00 000809
                                        21719-0001

```
Total Discounts $          :  _____3981.09
Petty Cash $ (per FSC)  :  _____200.00
Petty Cash $ (Seasonal):  _____.00
Management                 :  INFELD,MEREDITH,L     000000 047 50 1297
New Management             :  _____
Field Auditor's Name(s):  SKAAR, JENS F.        000000 567 92 2119
Last Shipment Dates:
   From: 04              Document #: 904061934108   Acknowledged: 09/03/96
************************************************************************
************************************************************************
THE FOLLOWING COMMENTS ARE DIRECTED TO THE FSC INVENTORY AUDIT DEPARTMENT
************************************************************************
->     NONE
************************************************************************
```

| AUPT0006-3 | | FINANCIAL AUDIT | | STORE:06193 09/08/96 |
|---|---|---|---|---|
| 1.Audit Result | | 806193 09/08/96 | -206 | -5,161.22 |
| 03: | -2 | -320.61 | | |
| 04: | -1 | 0.01 | | |
| 06: | 2 | 99.89 | | |
| 07: | -64 | -2,141.90 | | |
| 08: | -123 | -2,206.50 | | |
| 10: | -8 | -19.64 | | |
| 14: | -5 | -320.79 | | |
| 16: | -8 | -370.79 | | |
| 19: | -1 | -23.81 | | |
| 22: | 4 | 142.92 | | |
| 2. - Financial Counts | | 806193 09/08/96 | 4,388 | 161,962.06 |
| 03: | 585 | 37,974.47 | | |
| 04: | 343 | 11,943.50 | | |
| 07: | 349 | 11,836.00 | | |
| 08: | 513 | 12,717.40 | | |
| 10: | 249 | 1,775.93 | | |
| 14: | 850 | 54,957.94 | | |
| 16: | 645 | 4,959.02 | | |
| 19: | 423 | 8,846.88 | | |
| 22: | 431 | 16,950.92 | | |

W00 000810
21719-0001

```
Posted: Sat, Feb 22, 1997  10:47 AM EST          Msg: CMJH-1385-3075
From:   UK0FIEB
To:     UK0FIGS
'C:     (SITE:SMX,ID:JES2CAOF.UKERM44), KDM4271
ubj:    06193
```

```
AUPTU027
rev 9/96                  STORE AUDIT REPORT FORM 146
```

Operations Rating: SATISFACTORY               Results Rating: GOOD

```
Store #      : 06193      Close of Business Date  : 02/20/97
Division #   : 08         District Manager        : JEFF BJORK
League #     : 427        Store Location          : PLANTATION, FLORIDA
Audit Region : USA        Management In Store Since: 08/10/95
```

```
Management:
  Manager      LNameFM: INFELD        ,MEREDITH     ,L   SS#: 047 50 1297
  AssistantMgr LNameFM: PHILLIPS      ,DESHANNON    ,M   SS#: 261 71 3972
```

Type of Audit: A=Announced

```
                                              (Manager     ) Inventory
Present Audit Result:  Last Audit Result:     Standing For Current Fiscal
                                              Year (This store only):
- or +:            SHORT Last - or +:    SHORT Accum- or +:         SHORT
Shrink        -2163.33 Last Shrink   -5161.22 AccumShrink      -2163.33
SBA          471438.59 Last SBA     444047.29 AccumSBA's       471438.59
%              -0.46% Last %           -1.16% Accum %            -0.46%
                      Last Audit Date:  09/08/96
```

```
Petty Cash Fund Per FSC $                     :       200.00
Petty Cash Fund On-Hand $                     :       200.00
Petty Cash Fund Discrepancy $                 :         0.00
How Petty Cash Fund Discrepancy was resolved:
```

```
Total Inventory Value Reported This Audit $ :      203831.81
Total $ Discounts For Audit Period          :        3296.46
Total % Discounts For Audit Period          :           0.70%
```

```
STORE: 08 06193              - PAGE  2 -              DATE: 02/20/97
                        OPERATIONAL INFORMATION
```

```
Number of PAIRS/UNITS on hand.             -        5674
Number of PAIRS/UNITS hand-typed bar codes. -        288
PERCENT hand-typed bar codes.              -        5.08%
```

```
Number of PAIRS/UNITS of unsaleable merchandise. -     3
Total dollar($) value of unsaleable merchandise     154.97
```

```
Number of test checks taken since last audit?  -      29
```

```
Date of last lock change.                  - 01/23/97
```

```
Names and titles of Key Carriers (other than  - NONE
management) with keys.
```

VENA000077

Title of persons having access to POS terminal   -   FULL TIME ASSOCIATE
(other than management.)                              3 PART TIME ASSOCIATES

STORE: 08 06193                  - PAGE  3 -                      DATE: 02/20/97
                       NON-COMPLIANCE NOTED AND REVIEWED

C. CASH SECURITY:  (If NO, enter the # of times citation noted.)

     1 Does credit card acceptance conform with company policy?
COMMENTS:
                 **************************************************
                 ******          Area(s) of Concern:        ****** .
                 **************************************************
-> Credit card transactions were missing the required manual imprint of
the card on 1/30, 2/1, 2/6 and 2/14/97.


                 **************************************************
                 ****** Recommendation(s) For Improvement:  ******
                 **************************************************
-> All POS credit card transactions that print the letter " E " to the
right of the authorization number or print " customers signature " instead
of the customers actual name must have a manual imprint made of the credit
card.

D. LAYAWAY ACTIVITY:  (If NO, enter the # of times citation noted.)

     2  Is layaway procedure correct?
        Amount RTS'd $           .00
        # of packages:            0
COMMENTS:
                 **************************************************
                 ******          Area(s) of Concern:        ******
                 **************************************************
-> Layaway # 635276 dated 12/14/96 was rts'd on 2/1/97 and # 635283 dated
12/19/96 was rts'd 2/4/97.  This is beyond the time limit for layaways.


                 **************************************************
                 ****** Recommendation(s) For Improvement:  ******
                 **************************************************
-> Layaways are only to be kept active 30 days plus a 7 day grace period
for a maximum of 37 days.

STORE: 08 06193                  - PAGE  4 -                      DATE: 02/20/97
                       PRELIMINARY AUDIT RESULT

PRELIMINARY AUDIT RESULT:

        Is preliminary audit result within allowable shrink percent?
        (If NO, enter # of audits NOT within allowable shrink percent.)

COMMENTS:
                 **************************************************
                 ******     SHRINKAGE:  Research/Analysis    ******
                 **************************************************
-> Meredith has been taking apparel counts every day since the previous
audit. Her result was one unit different than the actual audit results for
¬11 of the clothing departments combined.

VENA000078

The test checks taken have results similar to the actual audit results.

One pair of pants was no longer in the price file and was returned to quality control.

```
STORE: 08 06193                - PAGE  5 -               DATE: 02/20/97
                             AUDIT RATING


   Operations Score : 56              Results Shrink:         -0.46%
   Operations Rating: SATISFACTORY    Allowable Shrink:       -0.50%
                                      Results Rating: GOOD


   Operations Rating Criteria           Results Rating Criteria
_____    _____
Excellent    - 70 to 66 points    Commendable -  0 shrink to 1/2 allowable %
Satisfactory - 65 to 56 points    Good       - 1/2 allowable to allowable %
Unsatisfactory- 55 to 46 points   Unacceptable- over the allowable %
Unacceptable  - 45 points or less Acceptable  - any overages

   (Scores for operations ratings are posted in the Standards of Reporting.)

 STORE: 08 06193                - PAGE  6 -               DATE: 02/20/97
                            COMMENT SECTION
```

Comments of Auditor:
-> A security checklist was completed and the store is secure.

Comments of Auditor for FSC:
**********************************************************************
THE FOLLOWING COMMENTS ARE DIRECTED TO THE FSC INVENTORY AUDIT DEPARTMENT
**********************************************************************
>    NONE

Comments of Manager    :
-> I AM VERY HAPPY WITH THE RESULTS OF THE AUDIT WITH THE CHRISTMAS
TRAFFIC AS HEAVY AS IT WAS. OUR APPAREL COUNTS HAVE INCREASED THE OVERALL
FLOOR AWARENESS, KNOWING EVERYDAY HOW MANY UNITS HAVE BEEN STOLEN IS A
CONSTANT REMINDER AND ALLOWS ME TO HOLD MY ASSISTANT ACCOUNTABLE WHEN
NECESSARY. I HOPE TO CONTINUE IMPROVING IN THIS AREA OF OPPORTUNITY!

I attest to my statement above as being a reflection of my feeling about this
audit taken in my store.
Manager    : INFELD,MEREDITH,L      Signature:

We, the undersigned parties, represent that, to the best of our knowledge, the
   information set forth in this report reflects the condition of on-hand cash
   and inventory.
To the best of all parties knowledge, all transactions relating to store
   inventory have been recorded and used to reconcile the stock report.
This report also reflects the Auditor's findings relative to the store
   management's non-compliance of corporate policies, as it relates to security
   and loss prevention.  All other areas are to be considered as in compliance.

Manager    : INFELD,MEREDITH,L      Signature:
AssistantMgr: PHILLIPS,DESHANNON,M   Date: 02/21/97

   Auditor : SKAAR, JENS F.         SS#:  567 92 2119

VENA000079

Signature:

Signed copies of this report are on file in the store and the FOCD office.
*****************************************************************************
AUDIT WORKSHEET INFORMATION

```
Store #    : 06193          Close of Business: 02/20/97
Division #: 08              Type of Audit    : A=Announced
League #  : 427             Store Location   : PLANTATION, FLORIDA
Audit Result $ (Shrink):  _____-2163.33   %:  _____-0.46%
Sales Between Audits $ :  _____471438.59
Total Inventory $      :  _____203831.81
Total Discounts $      :  _____3296.46
Petty Cash $ (per FSC) :  _____200.00
Petty Cash $ (Seasonal):  _____.00
Management             : INFELD,MEREDITH,L      000000 047 50 1297
New Management         : _____
Field Auditor's Name(s): SKAAR, JENS F.        000000 567 92 2119
Last Shipment Dates:
   From: 04              Document #: 904061934504   Acknowledged: 02/18/97
```
*************************************************************************************
*************************************************************************************
THE FOLLOWING COMMENTS ARE DIRECTED TO THE FSC INVENTORY AUDIT DEPARTMENT
*************************************************************************************
-> NONE
*************************************************************************************

```
AUPT0006-3                  FINANCIAL AUDIT            STORE:06193 02/20/97

  1.Audit Result              806193 02/20/97        -66        -2,163.33
03:          3              -25.85
04:         -3             -150.10
06:          1              19.90
07:        -28           -1,142.10
08:        -14             -288.10
10:         -9              -37.59
14:          1             -250.18
16:        -24             -194.96
19:          6              -66.25
22:          1              -28.10

  2. - Financial Counts       806193 02/20/97      5,674        203,831.81
03:        666           50,671.25
04:        344           13,788.54
07:        456           17,047.60
08:        632           14,672.70
10:        495            3,311.60
14:      1,004           69,655.56
16:      1,249            9,382.16
19:        337            5,945.65
22:        491           19,356.75
```

VENA000080

peer

ADP-H027
rev 9/96                        STORE AUDIT REPORT FORM 146


Operations Rating: EXCELLENT                    Results Rating: UNACCEPTABLE


Store #      : 06193        Close of Business Date : 08/05/97
Division #   : 08           District Manager       : JEFF BJORK
League #     : 427          Store Location         : PLANTATION, FLORIDA
Audit Region : USA          Management In Store Since: 08/10/95


Management:
  Manager        LNameFM: INFELD        ,MEREDITH      ,L    SS#: 047 50 1297
  AssistantMgr   LNameFM: LANDRAU       ,NATALIE       ,     SS#: 589 70 9201
  ShiftManager   LNameFM: CLAUS         ,JENNIFER      ,R    SS#: 595 76 6205


Type of Audit: C=Manager Change

If Management Change:

    Outgo Mgt To: 06565     New Position: M=Manager
    NewMgt From : 06156     Last Position: M=Manager
    NewMgt LName,FName,M: REED          ,MARY          ,L    SS#: 595 01 4207


                                        (Manager    ) Inventory
Present Audit Result:  Last Audit Result:   Standing For Current Fiscal
                                            Year (This store only):
- or +:           SHORT Last - or +:       SHORT Accum- or +:        SHORT
Shrink       -2672.85 Last Shrink    -2105.14 AccumShrink         -4777.99
SBA          412330.96 Last SBA      471438.59 AccumSBA's         883769.55
%               -0.65% Last %           -0.45% Accum %               -0.54%
                       Last Audit Date: 02/20/97


Petty Cash Fund Per FSC $                  :       200.00
Petty Cash Fund On-Hand $                  :       200.00
Petty Cash Fund Discrepancy $              :         0.00
How Petty Cash Fund Discrepancy was resolved:

Total Inventory Value Reported This Audit $ :   263044.70
Total $ Discounts For Audit Period          :     1688.82
Total % Discounts For Audit Period          :        0.41%


STORE: 08 06193              - PAGE  2 -              DATE: 08/05/97
                      OPERATIONAL INFORMATION


Number of PAIRS/UNITS on hand.                 -      7749
Number of PAIRS/UNITS hand-typed bar codes.    -       366
PERCENT hand-typed bar codes.                  -      4.72%

Number of PAIRS/UNITS of unsaleable merchandise. -      8
Total dollar($) value of unsaleable merchandise      381.27

Number of test checks taken since last audit?  -       32

Date of last lock change.                      - 08/06/97

Names and titles of Key Carriers (other than   - NONE

VENA000732

management) with keys.

Title of persons having access to POS terminal   - 4 PART TIME ASSOCIATES
(other than management.)

   CITATIONS NOTED AND REVIEWED WITH MANAGER:  NO CITATIONS FOR THIS AUDIT.


STORE: 08 06193              - PAGE  3 -              DATE: 08/05/97
                        PRELIMINARY AUDIT RESULT


PRELIMINARY AUDIT RESULT:

   1  Is preliminary audit result within allowable shrink percent?
      (If NO, enter # of audits NOT within allowable shrink percent.)


   COMMENTS:
                  **************************************************
                  ******   SHRINKAGE:  Research/Analysis   ******
                  **************************************************
-> Apparel counts are being taken on a daily basis and indicate the same
amount of units short as the actual audit results. Test checks taken
recently also have results that are close to the actual audit results.

There was no outdated merchandise in the store at the time of this audit.

Calls were placed to the RVP and the DM informing them of the audit
results.


STORE: 08 06193              - PAGE  4 -              DATE: 08/05/97
                           AUDIT RATING


   Operations Score : 70                Results Shrink:        -0.65%
   Operations Rating: EXCELLENT         Allowable Shrink:      -0.50%
                                        Results Rating: UNACCEPTABLE


   Operations Rating Criteria              Results Rating Criteria

-----------------------------------    -----------------------------------------
Excellent    - 70 to 66 points    Commendable -  0 shrink to 1/2 allowable %
Satisfactory - 65 to 56 points    Good       - 1/2 allowable to allowable %
Unsatisfactory- 55 to 46 points   Unacceptable- over the allowable %
Unacceptable - 45 points or less  Acceptable  - any overages

   (Scores for operations ratings are posted in the Standards of Reporting.)


STORE: 08 06193              - PAGE  5 -              DATE: 08/05/97
                           COMMENT SECTION


 Comments of Auditor:
-> Seven items were written off the Fixed Asset listing due to no longer
being in the store.

```
Comments of Auditor for FSC:
*******************************************************************
THE FOLLOWING COMMENTS ARE DIRECTED TO THE FSC INVENTORY AUDIT DEPARTMENT
*******************************************************************
->      NONE
```

```
 Comments of Manager    :
-> Another disappointing outcome as far as shortage but my operations were
excellent. I am doing what I can to the best of my ability. I hope that
things will be different in 6565. I am barely over for the year and my next
audit will change that for end of year results]]]
```

```
 I attest to my statement above as being a reflection of my feeling about this
audit taken in my store.
Manager     : INFELD,MEREDITH,L      Signature:
```

```
We, the undersigned parties, represent that, to the best of our knowledge, the
   information set forth in this report reflects the condition of on-hand cash
   and inventory.
To the best of all parties knowledge, all transactions relating to store
   inventory have been recorded and used to reconcile the stock report.
This report also reflects the Auditor's findings relative to the store
   management's non-compliance of corporate policies, as it relates to security
   and loss prevention.  All other areas are to be considered as in compliance.
```

```
Manager     : INFELD,MEREDITH,L      Signature:
AssistantMgr: LANDRAU,NATALIE,       Date: 08/06/97

    Auditor : SKAAR, JENS F.          SS#:  567 92 2119

                                  Signature:
```

```
Signed copies of this report are on file in the store and the FOCD office.
```

VENA000734

# COMPOSITE EXHIBIT "9"

```
*****************************************************************************
```

AUPT0027

                    STORE AUDIT REPORT FORM 146              (rev 1/94)

    Store #      : 06544        Close of Business Date: 04/10/96
    Division #   : 08           District Manager     : JEFF BJORK
    League #     : 427          Store Location       : PEMBROKE PINES, FL.
    Audit Region : USA SOUTH    Manager In Store Since: 02/20/95

    Manager/MgrTr: MANAGER
    Manager LName: ROLLIE       FName: TRINA         M: L    SS#: 591 10 0970

    AstMgr Name/s: PENFIELD          KIMBERLY        J        592 10 8609

    Type of Audit: Announced

                                         Manager Inventory Standing
    Present Audit Result:  Last Audit Result:    Current Fiscal Year
                                         (This store only):
    - or +:          SHORT Last - or +:      SHORT Accum- or +:        SHORT
    Shrink       -1769.31 Last Shrink       -995.49 AccumShrink     -1769.31
    SBA         447382.21 Last SBA        279590.17 AccumSBA's      447382.21
    %             -0.40% Last %             -0.36% Accum %            -0.40%
                         Last Audit Date:  10/19/95

    Petty Cash Fund Per RAC $              :      150.00
    Petty Cash Fund On-Hand $             :      150.00
    Petty Cash Fund Discrepancy $          :        0.00
    How Petty Cash Fund Discrepancy was resolved:

    Total Inventory Value Reported This Audit $ :  181216.07
    Total $ Discounts For Audit Period    :      2869.05
    Total % Discounts For Audit Period    :        0.64%

    STORE: 08 06544              - PAGE  5 -              DATE: 04/10/96
                          OPERATIONAL INFORMATION

    Number of PAIRS/UNITS on hand.                -        5218
    Number of PAIRS/UNITS hand-typed bar codes.   -         127
    PERCENT hand-typed bar codes.                 -        2.43%

    Number of PAIRS/UNITS of unsaleable merchandise. -       4

    Number of test checks taken since last audit? -        21

    Date of last lock change.                     - 04/10/96

    Names of Authorized Key Carriers (other than  - KIMBERLY PENFIELD
    manager) with keys.

    Title of persons having access to POS terminal - 1 FULL TIME ASSOCIATE
    (other than manager and assistant manager.)      3 PART TIME ASSOCIATES

VENA000752

STORE: 08 06544                - PAGE 6 -                    DATE: 04/10/96
              DEFICIENCIES NOTED AND REVIEWED WITH MANAGER


D. LAYAWAYS:  (If NO, enter the # of times deficient.)

     1  Is layaway procedure correct?
        Amount RTS'd $           .00
        # of packages:            0

 COMMENTS:

-> Current layaway and Rts'd customer not present layaways need to be
filed alphabetically instead of numerically.

Layaway #479998 dated 1/20/96 was rts'd on 4/2/96. This is beyond the 60
day time limit.

A layaway that had been voided was in with the current layaways. It was
removed and counted for this audit.

STORE: 08 06544                - PAGE 7 -                    DATE: 04/10/96
                      COMMENT SECTION

 AUDITOR'S COMMENT (AND AUDITOR'S COMMENT FOR RAC):

-> Test checks taken on the clothing match the actual results closely. The
remainder of the test checks taken on the shoe departments do not match
well. It is due in part to the recent renumberings and departmental
changes. All of the Department 16 counts were rechecked and no differences
were found.

->THE FOLLOWING COMMENTS ARE DIRECTED TO THE RAC INVENTORY AUDIT DEPARTMENT
-> None.

 MANAGER'S COMMENT:

-> I have read and agreed with all the results pertaining to this audit. I
thank everyone involved.

 I, the Manager, attest to my statement above as being a reflection of my
 feeling about this audit taken in my store.
 Manager Name: ROLLIE,TRINA,L        Manager Signature:

 We, the undersigned parties, represent that, to the best of our knowledge, the
      information set forth in this report reflects the condition of on-hand
      cash and inventory.
 To the best of all parties knowledge, all transactions relating to store
      inventory have been recorded and used to reconcile the stock report.
 This report also reflects the Auditor's findings relative to the Manager's
      noncompliance of corporate policies, as it relates to security and loss
      prevention.  All other areas are to be considered as in compliance.

 Manager Name: ROLLIE,TRINA,L        Manager Signature:

VENA000753

Date: 04/11/96

Auditor Name: SKAAR, JENS F.          SS#: 567 92 2119 Sig:

Signed copies of this report are on file in the store and the RAM office.

```
***********************************************************************
```

```
AUPTU027
rev 8/96                   STORE AUDIT REPORT FORM 146

Operations Rating: SATISFACTORY            Results Rating: GOOD

Store #       : 06544      Close of Business Date  : 09/04/96
Division #    : 08         District Manager        : JEFF BJORK
League #      : 427        Store Location          : PEMBROKE PINES, FL.
Audit Region : USA         Management In Store Since: 02/20/95

Management:
  Manager      LNameFM: ROLLIE       ,TRINA      ,L    SS#: 591 10 0970
  AssistantMgr LNameFM: PENFIELD     ,KIMBERLY   ,J    SS#: 592 10 8609
  AssistantMgr LNameFM: FLADT        ,AIMEE      ,S    SS#: 594 01 9607
```

VENA000748

Type of Audit: A=Announced

|  |  |  | (Manager     ) Inventory Standing For Current Fiscal Year (This store only): |  |
|---|---|---|---|---|
| Present Audit Result: | Last Audit Result: |  |  |  |
| - or +: | SHORT | Last - or +: | SHORT | Accum- or +: | SHORT |
| Shrink | -1732.49 | Last Shrink | -1774.31 | AccumShrink | -3506.80 |
| SBA | 404974.48 | Last SBA | 447382.21 | AccumSBA's | 852356.69 |
| % | -0.43% | Last % | -0.40% | Accum % | -0.41% |
|  |  | Last Audit Date: | 04/10/96 |  |  |

```
Petty Cash Fund Per FSC $                    :      200.00
Petty Cash Fund On-Hand $                    :      200.00
Petty Cash Fund Discrepancy $                :        0.00
How Petty Cash Fund Discrepancy was resolved:

Total Inventory Value Reported This Audit $ :   146097.75
Total $ Discounts For Audit Period           :     3051.19
Total % Discounts For Audit Period           :        0.75%
```

STORE: 08 06544              - PAGE  2 -                DATE: 09/04/96
                        OPERATIONAL INFORMATION

```
Number of PAIRS/UNITS on hand.               -      4349
Number of PAIRS/UNITS hand-typed bar codes.  -       152
PERCENT hand-typed bar codes.                -      3.50%

Number of PAIRS/UNITS of unsaleable merchandise. -    0
Total dollar($) value of unsaleable merchandise       0.00

Number of test checks taken since last audit?  -      13

Date of last lock change.                     - 04/10/96

Names and titles of Key Carriers (other than  - NONE
management) with keys.

Title of persons having access to POS terminal  - 3 PART TIME ASSOCIATES
(other than management.)
```

STORE: 08 06544              - PAGE  3 -                DATE: 09/04/96
                     NON-COMPLIANCE NOTED AND REVIEWED

```
    **********************************************************************
    *         Repeat Citations:  1   (5 point penalty each)              *
    **********************************************************************
```

A. STORE SECURITY:  (If NO, enter the # of times citation noted.)

     1  Are back-up sales tickets and gift certificates secured?
COMMENTS:

VENA000749

```
**************************************************
******          Area(s) of Concern:          ******
**************************************************
```
-> There were two backup sales checks missing from one of the packages
kept in the safe. There was a partial package of backup sales checks found
in the file cabinet when I was checking it.

```
**************************************************
****** Recommendation(s) For Improvement:  ******
**************************************************
```
-> Check your backup tickets occasionally to make sure they are all
accounted for. Always keep them locked up. The log was changed to reflect
what is on hand and the partial package found in the safe was destroyed.

 D. LAYAWAY ACTIVITY:  (If NO, enter the # of times citation noted.)

     2  Is layaway procedure correct?
        Amount RTS'd $        68.60
        # of packages:           1
 COMMENTS:
```
**************************************************
******          Area(s) of Concern:          ******
**************************************************
```
-> Layaway # 479926 dated 7/1/96 was rts'd the day of the audit due to it
being more than 37 days with no additional deposit having been made on it.

```
**************************************************
****** Recommendation(s) For Improvement:  ******
**************************************************
```
-> All layaways must have an additional 20 % deposit made after 30 days
and a weeks grace period is given making it 37 days.


 STORE: 08 06544            - PAGE  4 -              DATE: 09/04/96
                     PRELIMINARY AUDIT RESULT


PRELIMINARY AUDIT RESULT:

      Is preliminary audit result within allowable shrink percent?
      (If NO, enter # of audits NOT within allowable shrink percent.)

 COMMENTS:
```
**************************************************
******    SHRINKAGE:  Research/Analysis    ******
**************************************************
```
->


 STORE: 08 06544            - PAGE  5 -              DATE: 09/04/96
                        AUDIT RATING

 Operations Score : 58              Results Shrink:        -0.43%
 Operations Rating: SATISFACTORY    Allowable Shrink:      -0.50%
                                    Results Rating: GOOD

VENA000750

Operations Rating Criteria                Results Rating Criteria

Excellent    - 70 to 66 points      Commendable -  0 shrink to 1/2 allowable %
Satisfactory - 65 to 56 points      Good        - 1/2 allowable to allowable %
Unsatisfactory- 55 to 46 points     Unacceptable- over the allowable %
Unacceptable - 45 points or less    Acceptable  - any overages

     (Scores for operations ratings are posted in the Standards of Reporting.)


 STORE: 08 06544                - PAGE  6 -               DATE: 09/04/96
                              COMMENT SECTION

 Comments of Auditor:
-> Trina's most recent test check on the clothing matched exactly when
comparing the units of the actual results. There were only 4 test checks
taken on the shoe departments since the previous audit. I advised Trina to
take test checks on a weekly basis.

All bottle caps were removed from the store.

 Comments of Auditor for FSC:
 ***************************************************************************
 THE FOLLOWING COMMENTS ARE DIRECTED TO THE FSC INVENTORY AUDIT DEPARTMENT
 ***************************************************************************
->      NONE

 Comments of Manager      :
-> I agree with the results of this audit, as it was expected in
accordance with my test checks. I will get more disciplined with my follow
through on test checks and hope for an excellent rating.

 I attest to my statement above as being a reflection of my feeling about this
 audit taken in my store.
 Manager    : ROLLIE,TRINA,L        Signature of Manager      :

We, the undersigned parties, represent that, to the best of our knowledge, the
  information set forth in this report reflects the condition of on-hand cash
  and inventory.
To the best of all parties knowledge, all transactions relating to store
  inventory have been recorded and used to reconcile the stock report.
This report also reflects the Auditor's findings relative to the store
  management's non-compliance of corporate policies, as it relates to security
  and loss prevention.  All other areas are to be considered as in compliance.

Manager    : ROLLIE,TRINA,L         Signature of Manager      :
AssistantMgr: PENFIELD,KIMBERLY,J    Date: 09/05/96

    Auditor : SKAAR, JENS F.         SS#:  567 92 2119

                        Signature:

Signed copies of this report are on file in the store and the FOCD office.

VENA000751

```
**************************************************************************
****************************************************************
```

```
AUPTU027
rev 9/96                    STORE AUDIT REPORT FORM 146

Operations Rating: SATISFACTORY              Results Rating: UNACCEPTABLE

Store #      : 06544      Close of Business Date  : 02/03/97
Division #   : 08         District Manager        : JEFF BJORK
League #     : 427        Store Location          : PEMBROKE PINES,FL
Audit Region : USA        Management In Store Since: 02/20/95

Management:
  Manager      LNameFM: ROLLIE        ,TRINA        ,L   SS#: 591 10 0970
  AssistantMgr LNameFM: FLADT         ,AIMEE        ,S   SS#: 594 01 9607

Type of Audit: A=Announced
```

VENA000743

```
                                          (Manager     ) Inventory
        Present Audit Result:  Last Audit Result:     Standing For Current Fiscal
                                          Year (This store only):
        - or +:         SHORT Last - or +:      SHORT Accum- or +:          SHORT
        Shrink      -2799.10 Last Shrink    -1732.49 AccumShrink        -2799.10
        SBA        385953.97 Last SBA       404074.48 AccumSBA's        385953.97
        %            -0.73% Last %            -0.43% Accum %              -0.73%
                            Last Audit Date:  09/04/96


        Petty Cash Fund Per FSC $                :      200.00
        Petty Cash Fund On-Hand $                :      200.00
        Petty Cash Fund Discrepancy $            :        0.00
        How Petty Cash Fund Discrepancy was resolved:

        Total Inventory Value Reported This Audit $ :   141937.20
        Total $ Discounts For Audit Period       :      1800.47
        Total % Discounts For Audit Period       :        0.47%


        STORE: 08 06544            - PAGE  2 -              DATE: 02/03/97
                            OPERATIONAL INFORMATION

        Number of PAIRS/UNITS on hand.              -      3869
        Number of PAIRS/UNITS hand-typed bar codes. -      136
        PERCENT hand-typed bar codes.               -      3.52%

        Number of PAIRS/UNITS of unsaleable merchandise. -    0
        Total dollar($) value of unsaleable merchandise      0.00

        Number of test checks taken since last audit?   -      16

        Date of last lock change.                - 10/26/96

        Names and titles of Key Carriers (other than  - NONE
        management) with keys.

        Title of persons having access to POS terminal  - 1 FULL TIME ASSOCIATE
        (other than management.)                         2 PART TIME ASSOCIATES


        STORE: 08 06544            - PAGE  3 -              DATE: 02/03/97
                        NON-COMPLIANCE NOTED AND REVIEWED

        B. STORE RECORD KEEPING:  (If NO, enter the # of times citation noted.)

            1  Are store records available, accurate and legible?
        COMMENTS:
                    ************************************************
                    ******       Area(s) of Concern:       ******
                    ************************************************
        ->  The discount book is not being totaled by the week.

                    ************************************************
```

VENA000744

```
****** Recommendation(s) For Improvement:  ******
***********************************************
```
-> Each day the journal should be researched to be sure that the amount of
discounts on the #81 agree with what the discount book shows. At the end of
the week the #83 should agree with the amount showing on the discount book.

G. STOCK ROOM:  (If NO, enter # of times citation noted.)

   1  Is damaged merchandise being handled according to Corporate Division
      policy?

COMMENTS:
```
                ***********************************************
                ******        Area(s) of Concern:        ******
                ***********************************************
```
->
```
                ***********************************************
                ****** Recommendation(s) For Improvement:  ******
                ***********************************************
```
->


STORE: 08 06544              - PAGE  4 -              DATE: 02/03/97
                        PRELIMINARY AUDIT RESULT


PRELIMINARY AUDIT RESULT:

   1  Is preliminary audit result within allowable shrink percent?
      (If NO, enter # of audits NOT within allowable shrink percent.)

COMMENTS:
```
                ***********************************************
                ******   SHRINKAGE: Research/Analysis    ******
                ***********************************************
```
-> After arriving with the first trial result the following steps were
taken to find the shortage.  Test checks did show that the shoe departments
should be units short. However the result did not attest to that fact but
there was an unusual amount in the pair shortage compared to the dollar
amount
short especially in department #3.  We were only 2 pair short for - $644.85
This would average $322.00 each so all RPA'S back to the last audit were
checked to see if there were some pair discrepancies.  Unfortunately the
totals on the RPAS did not show what was actually on hand at the time of
the RPA.  Damaged products did not have the yellow tear-off attached to the
transfer copy to check the price given to the customer when the return
occurred.  So this did not help resolve the big dollar shortage in this
department.  There were only 2 test checks taken in the shoe departments
( 11/24/96) until 1/29/97 when all of the shoe departments were taken and
reflected quite a large pair shortage.  Department #3 was printed by sku
and checked via the price on the boxes in the wall.  Pricing was very good
in the regular stock as well as the match point sections.

   There were test checks taken in the clothing departments on 10/20/96
and then none until 1/29/97. The total went from 24 units short to 49 short

VENA000745

and that is what the final showed today.  The 440 system was used in both
departments 7 and 8 but mainly in dept. #7.  There were several sku's that
showed the on hand to be 2 or 3 but none were in the store.  There was no
consistency as to sizes missing as they ranged from small to extra large
not accounted for.  Several skus showed negative on hand, one in particular
showed a negative 14 on hand.    (see comment F.S.C.)

    Along with the normal document envelopes reviewed I also checked 2
weeks at random when the manager was on vacation. Most of the refunds given
did have original receipts.  Journal tapes checked did not show any
evidence of void abuse.

        STORE: 08 06544              - PAGE  5 -              DATE: 02/03/97
                                    AUDIT RATING

        Operations Score : 62            Results Shrink:        -0.73%
        Operations Rating: SATISFACTORY  Allowable Shrink:      -0.50%
                                         Results Rating: UNACCEPTABLE

        Operations Rating Criteria          Results Rating Criteria

    ─────────────────────────────      ─────────────────────────────
    Excellent     - 70 to 66 points    Commendable -  0 shrink to 1/2 allowable %
    Satisfactory  - 65 to 56 points    Good        - 1/2 allowable to allowable %
    Unsatisfactory- 55 to 46 points    Unacceptable- over the allowable %
    Unacceptable  - 45 points or less  Acceptable  - any overages

    (Scores for operations ratings are posted in the Standards of Reporting.)

        STORE: 08 06544              - PAGE  6 -              DATE: 02/03/97
                                   COMMENT SECTION

    Comments of Auditor:
    -> The new security check was done today.

        All areas of non compliance's were reviewed with manager, Trina Rollie.

        Trina needs to do more test checks even at peak times.  I suggested
    that she do the counts while the computer is printing her messages and then
    do the research later when the time is more convenient. Also do all of the
    shoes at the same time in case of shoes out of place or mixed in the match
    point section.

        I did encourage Trina to check the total by sku on RPA'S to be sure
    that they were very close to what was in the wall.

    Comments of Auditor for FSC:
    **********************************************************************
    THE FOLLOWING COMMENTS ARE DIRECTED TO THE FSC INVENTORY AUDIT DEPARTMENT
    **********************************************************************
    -> On 7/6/96 WSSR there was a claim filed on dept.#8 ( #322432 ) for 13
    units at $247.00.  It then appeared on WSSR 7/13 as a positive and a
    negative which balanced as even on that WSSR.  The last audit was on 9/04

VENA000746

and then the $247.00 appeared again as a positive on the 9/14/96 WSSR, which needs to be applied to the audit of 9/4/96. This will be used today to get a correct dollar result for this audit. Please adjust the last audit by this amount.

Comments of Manager     :
-> I do agree with the results of the audit. The areas of non compliance will be corrected. There were a lot of areas that Gene showed me today that I was not aware of. I thank Gene for his effort in finding some of the shortage. By following what I have learned today and correcting the areas that were incorrect my next audit should be a lot better.

I attest to my statement above as being a reflection of my feeling about this audit taken in my store.
Manager     : ROLLIE,TRINA,L          Signature:


STORE: 08 06544               - PAGE  7 -                    DATE: 02/03/97
                         NAMES AND SIGNATURES

We, the undersigned parties, represent that, to the best of our knowledge, the
   information set forth in this report reflects the condition of on-hand cash
   and inventory.
To the best of all parties knowledge, all transactions relating to store
   inventory have been recorded and used to reconcile the stock report.
This report also reflects the Auditor's findings relative to the store
   management's non-compliance of corporate policies, as it relates to security
   and loss prevention.  All other areas are to be considered as in compliance.

Manager      : ROLLIE,TRINA,L          Signature:
AssistantMgr: FLADT,AIMEE,S            Date: 02/04/97

   Auditor : ROWELL,M.GENE SR.        SS#:  464 60 1795

                              Signature:

Signed copies of this report are on file in the store and the FOCD office.


VENA000747

**********************************************************************************

```
AUPTU027
rev 9/96                STORE AUDIT REPORT FORM 146

Operations Rating: SATISFACTORY           Results Rating: GOOD

Store #      : 06544      Close of Business Date  : 07/01/97
Division #   : 08         District Manager        : JEFF BJORK
League #     : 427        Store Location          : PEMBROKE PINES, FL.
Audit Region : USA        Management In Store Since: 02/20/95

Management:
 Manager       LNameFM: ROLLIE      ,TRINA      ,L   SS#: 591 10 0970
 AssistantMgr  LNameFM: FLADT       ,AIMEE      ,S   SS#: 594 01 9607

Type of Audit: A=Announced

                                        (Manager      ) Inventory
Present Audit Result:  Last Audit Result:  Standing For Current Fiscal
                                        Year (This store only):
- or +:          SHORT Last - or +:     SHORT Accum- or +:      SHORT
Shrink       -1659.40 Last Shrink    -2799.10 AccumShrink     -4458.50
SBA         387692.69 Last SBA      385953.97 AccumSBA's      773646.66
%              -0.43% Last %           -0.73% Accum %           -0.58%
                      Last Audit Date:  02/03/97

Petty Cash Fund Per FSC $                 :        250.00
Petty Cash Fund On-Hand $                 :        250.00
Petty Cash Fund Discrepancy $             :          0.00
How Petty Cash Fund Discrepancy was resolved:

Total Inventory Value Reported This Audit $ :    232878.25
Total $ Discounts For Audit Period        :       1439.70
Total % Discounts For Audit Period        :          0.37%
```

VENA000739

```
STORE: 08 06544              - PAGE  2 -                DATE: 07/01/97
                         OPERATIONAL INFORMATION

Number of PAIRS/UNITS on hand.              -        6494
Number of PAIRS/UNITS hand-typed bar codes. -         180
PERCENT hand-typed bar codes.               -        2.77%

Number of PAIRS/UNITS of unsaleable merchandise. -      0
Total dollar($) value of unsaleable merchandise       0.00

Number of test checks taken since last audit?   -      17

Date of last lock change.                   - 10/26/96

Names and titles of Key Carriers (other than  - NONE
management) with keys.

Title of persons having access to POS terminal - 1 FULL TIME
(other than management.)                       3 PART TIME


STORE: 08 06544              - PAGE  3 -                DATE: 07/01/97
                    NON-COMPLIANCE NOTED AND REVIEWED
```

C. CASH SECURITY:  (If NO, enter the # of times citation noted.)

   1 Does credit card acceptance conform with company policy?
   1 Are bank deposits made according to company policy?
      #81 Date: Bank Date:   #81 Deposit:   Bank Deposit:    Difference:
      06/15/97  06/17/97       716.94         716.94           0.00
COMMENTS:

```
              ************************************************
              ******      Area(s) of Concern:      ******
              ************************************************
```
-> Credit card transactions were missing the required manual imprints on
6/13, 6/21, 6/26 and 6/30/97. Numerous imprints that were done were not
filled out completely.

One late bank deposit as noted above.

```
              ************************************************
              ****** Recommendation(s) For Improvement:  ******
              ************************************************
```
-> All POS credit card transactions that print the letter " E " to the
right of the authorization number or print customer signature instead of
the customers actual name must have a manual imprint made of the credit
card. The manual imprint must have the following information completed:
authorization number, brief description of the items bought ( not sku
numbers ), subtotal, tax, total and must be signed by the customer.

All bank deposits must be made on the next banking day.

VENA000740

D. LAYAWAY ACTIVITY:  (If NO, enter the # of times citation noted.)

    1  Has the layaway activity report been researched and appropriate action
      taken?

COMMENTS:
```
                ***************************************************
                ******      Area(s) of Concern:      ******
                ***************************************************
```
-> One correction was made the day of the audit to bring the layaway
activity report current.
```
                ***************************************************
                ****** Recommendation(s) For Improvement:  ******
                ***************************************************
```
-> Research all error messages on the activity report and make the
necessary corrections to clear them.


  STORE: 08 06544                - PAGE  4 -                DATE: 07/01/97
                           PRELIMINARY AUDIT RESULT

PRELIMINARY AUDIT RESULT:

      Is preliminary audit result within allowable shrink percent?
      (If NO, enter # of audits NOT within allowable shrink percent.)

COMMENTS:
```
                ***************************************************
                ******    SHRINKAGE:  Research/Analysis    ******
                ***************************************************
```
-> The most recently taken test checks have results that are similar to
the actual audit results.


  STORE: 08 06544                - PAGE  5 -                DATE: 07/01/97
                               AUDIT RATING

  Operations Score : 56                    Results Shrink:        -0.43%
  Operations Rating: SATISFACTORY          Allowable Shrink:      -0.50%
                                  Results Rating: GOOD


   Operations Rating Criteria                  Results Rating Criteria

| Excellent    - 70 to 66 points | Commendable -  0 shrink to 1/2 allowable % |
|---|---|
| Satisfactory - 65 to 56 points | Good        - 1/2 allowable to allowable % |
| Unsatisfactory- 55 to 46 points | Unacceptable- over the allowable % |
| Unacceptable - 45 points or less | Acceptable  - any overages |

   (Scores for operations ratings are posted in the Standards of Reporting.)


  STORE: 08 06544                - PAGE  6 -                DATE: 07/01/97
                               COMMENT SECTION

VENA000741

Comments of Auditor:
->

Comments of Auditor for FSC:
*************************************************************************
THE FOLLOWING COMMENTS ARE DIRECTED TO THE FSC INVENTORY AUDIT DEPARTMENT
*************************************************************************
->      NONE

Comments of Manager    :
->  The results of this audit were expected. I do agree with all the
comments and citations made.

I attest to my statement above as being a reflection of my feeling about this
audit taken in my store.
Manager      : ROLLIE,TRINA,L          Signature:

We, the undersigned parties, represent that, to the best of our knowledge, the
    information set forth in this report reflects the condition of on-hand cash
    and inventory.
To the best of all parties knowledge, all transactions relating to store
    inventory have been recorded and used to reconcile the stock report.
This report also reflects the Auditor's findings relative to the store
    management's non-compliance of corporate policies, as it relates to security
    and loss prevention.  All other areas are to be considered as in compliance.

Manager      : ROLLIE,TRINA,L          Signature:
AssistantMgr: FLADT,AIMEE,S            Date: 07/02/97

    Auditor : SKAAR, JENS F.            SS#:  567 92 2119

                                    Signature:

Signed copies of this report are on file in the store and the FOCD office.

VENA000742

```
******************************************************************
*******************    DISTINGUISHED    **********************
******************************************************************
```

Operations Rating: EXCELLENT                    Results Rating: GOOD

```
Store #         : 06544       Close of Business Date    : 11/11/97
Division #      : 08          District Manager          : JEFF BJORK
League #        : 427         Store Location            : PEMBROKE PINES, FL.
Audit Region : USA           Management In Store Since: 02/20/95
```

Management:
```
 Manager       LNameFM: ROLLIE        ,TRINA        ,L    SS#: 591 10 0970
 AssistantMgr  LNameFM: MALACHI       ,TARA         ,T    SS#: 263 91 2760
```

Type of Audit: A=Announced

|  |  |  |  | (Manager    ) Inventory Standing For Current Fiscal Year (This store only): |  |
|---|---|---|---|---|---|
| Present Audit Result: | | Last Audit Result: | | | |
| - or +: | SHORT | Last - or +: | SHORT | Accum- or +: | SHORT |
| Shrink | -970.36 | Last Shrink | -1659.40 | AccumShrink | -5428.86 |
| SBA | 380205.65 | Last SBA | 387692.69 | AccumSBA's | 1153852.31 |
| % | -0.26% | Last % | -0.43% | Accum % | -0.47% |
| | | Last Audit Date: | 07/01/97 | | |

```
Petty Cash Fund Per FSC $              :        250.00
Petty Cash Fund On-Hand $              :        250.00
Petty Cash Fund Discrepancy $          :          0.00
How Petty Cash Fund Discrepancy was resolved:

Total Inventory Value Reported This Audit $ :   193588.02
Total $ Discounts For Audit Period     :         10656.44
Total % Discounts For Audit Period     :            2.80%
```

```
STORE: 08 06544              - PAGE  2 -                DATE: 11/11/97
                        OPERATIONAL INFORMATION
```

```
Number of PAIRS/UNITS on hand.                  -        5555
Number of PAIRS/UNITS hand-typed bar codes.     -         270
PERCENT hand-typed bar codes.                   -        4.86%

Number of PAIRS/UNITS of unsaleable merchandise. -         0
Total dollar($) value of unsaleable merchandise        0.00

Number of test checks taken since last audit?   -          17

Date of last lock change.                      - 08/03/97

Names and titles of Key Carriers (other than   - NONE
management) with keys.

Title of persons having access to POS terminal - 2 PART TIME ASSOCIATES
(other than management.)
```

```
STORE: 08 06544              - PAGE  3 -                DATE: 11/11/97
                    NON-COMPLIANCE NOTED AND REVIEWED
```

```
***********************************************************************
*            Repeat Citations:  0   (5 point penalty each)           *
***********************************************************************
```

A. STORE SECURITY:  (If NO, enter the # of times citation noted.)

    1  Were store and register keys secure on authorized person?
COMMENTS:
```
                   ************************************************
                   ******         Area(s) of Concern:       ******
                   ************************************************
```
-> The receipt and responsibility statement for assistant manager, Tara
Malachi has not been signed by the district manager.

```
                   ************************************************
                   ****** Recommendation(s) For Improvement: ******
                   ************************************************
```
-> Forward a copy of the assistant managers receipt and responsibility
statement to your district manager to get signed.

VENA000736

```
   STORE: 08 06544              - PAGE  4 -              DATE: 11/11/97
                           PRELIMINARY AUDIT RESULT

   PRELIMINARY AUDIT RESULT:

      C   Is preliminary audit result within allowable shrink percent?
          (If NO, enter # of audits NOT within allowable shrink percent.)

   COMMENTS:
                  **************************************************
                  ******   SHRINKAGE:  Research/Analysis    ******
                  **************************************************
   ->  Test checks taken match very closely to the actual audit results.


    STORE: 08 06544              - PAGE  5 -              DATE: 11/11/97
                               AUDIT RATING

      Operations Score : 67              Results Shrink:        -0.26%
      Operations Rating: EXCELLENT       Allowable Shrink:      -0.50%
                                         Results Rating: GOOD


      Operations Rating Criteria          Results Rating Criteria
   _____ _____
   Excellent    - 70 to 66 points     Commendable -  0 shrink to 1/2 allowable %
   Satisfactory - 65 to 56 points     Good        - 1/2 allowable to allowable %
   Unsatisfactory- 55 to 46 points    Unacceptable- over the allowable %
   Unacceptable - 45 points or less   Acceptable  - any overages

      (Scores for operations ratings are posted in the Standards of Reporting.)


    STORE: 08 06544              - PAGE  6 -              DATE: 11/11/97
                               COMMENT SECTION

    Comments of Auditor:
    ->

    Comments of Auditor for FSC:
    ********************************************************************
    THE FOLLOWING COMMENTS ARE DIRECTED TO THE FSC INVENTORY AUDIT DEPARTMENT
    ********************************************************************
    ->     NONE

    Comments of Manager    :
    ->  I am very pleased with the results of this audit. My team and I worked
    very hard to achieve these results and we are very happy. Thanks team]

    I attest to my statement above as being a reflection of my feeling about this
    audit taken in my store.
    Manager    : ROLLIE,TRINA,L          Signature:
```

VENA000737

We, the undersigned parties, represent that, to the best of our knowledge, the
  information set forth in this report reflects the condition of on-hand cash
  and inventory.
To the best of all parties knowledge, all transactions relating to store
  inventory have been recorded and used to reconcile the stock report.
This report also reflects the Auditor's findings relative to the store
  management's non-compliance of corporate policies, as it relates to security
  and loss prevention.  All other areas are to be considered as in compliance.

```
Manager     : ROLLIE,TRINA,L        Signature:
AssistantMgr: MALACHI,TARA,T        Date: 11/12/97

   Auditor : SKAAR, JENS F.         SS#:  567 92 2119

                                    Signature:
```

Signed copies of this report are on file in the store and the FOCD office.

VENA000738

# PLAINTIFF'S EXHIBIT 9B

Page 45

1   is .8. August 6, 1995 was 735 which at that
2   time was .69." Then it says, "As you know, .5
3   percent and under is acceptable. Your audit
4   exceeded the acceptable limits according to
5   company policy. As a manager, you are aware of
6   the security procedures and are expected to
7   follow them at all times. If there is a problem
8   with your test checks, you know to contact your
9   district manager immediately and resolve the
10  control problem. Future violations will not be
11  tolerated and may result in severe disciplinary
12  action to include termination. We believe in
13  you and know you can take control. Sincerely,
14  Jeff Bjork," finishes page 75, on line eight.
15  Would you like to read that?
16       MR. GERLACH: Yes, I'll renew my
17  objection. I don't have a copy of this
18  transcript.
19       MR. PATTERSON: If you would like to
20  read it first.
21       MR. GERLACH: I renew my objection to
22  the whole use of somebody else's testimony and
23  then ask him whether he agrees with it or not.
24  I think it's improper cross-examination,
25  improper impeachment.

Page 46

1        MR. PATTERSON: I would state for the
2   record it was --
3        MR. GERLACH: I also don't have a copy
4   of the transcript.
5        MR. PATTERSON: I would state for the
6   record it was in Court testimony, it's not
7   hearsay. The witness can look and read it and
8   if he finds there's something wrong with that,
9   he can state so.
10       MR. GERLACH: My objection stands and
11  motion to strike.
12 Q.(BY MR. PATTERSON) Have you had a chance to
13  read that section?
14 A.Yes.
15 Q.Did I read it correctly?
16 A.Yes, you did.
17 Q.Does that refresh your recollection now about
18  the audit history that Meredith Infeld was
19  having in that time period?
20 A.If those are the correct figures, yes.
21 Q.Do you have any reason to doubt those figures?
22 A.No.
23 Q.Okay. Now, do you have any independent
24  recollection of Trina Rollie's audits?
25 A.Again, I don't know the figures off the top of

Page 47

1   my head, no.
2 Q.Well, you certainly wouldn't give manager of the
3   year to someone who had poor audits, would you?
4 A.No.
5 Q.Okay. Based on your own independent
6   recollection, is it fair to say that Trina
7   Rollie's audits were historically better than
8   Meredith Infeld's audits?
9 A.They could have been.
10 Q.And you said in your testimony when Mr. Gerlach
11  was asking questions that your decision to
12  promote Meredith was based on her performance at
13  Broward, is that correct?
14 A.That's correct.
15 Q.Now, you agree with me that Trina Rollie's sales
16  gain increases at Pembroke Lakes was far more
17  significant than Meredith Infeld's sales gains
18  at Broward, weren't they?
19       MR. GERLACH: Object to the form of
20  the question. There's no predicate for this
21  witness having any knowledge as to the relative
22  sales gains.
23 Q.(BY MR. PATTERSON) Between those two stores, do
24  you recall that Trina Rollie's impact as
25  regarding sales gain was much greater than

Page 48

1   Meredith Infeld's impact on Broward Mall?
2 A.Are we talking about the same year?
3 Q.Yes.
4 A.1997 or '96, what year are you talking about?
5 Q.Well, Meredith went into the store, as we just
6   talked about, in August of 1995?
7 A.Right.
8 Q.And she was then promoted by you, I guess with
9   the approval of Willy Gugel, in August of 1997?
10 A.Correct.
11 Q.So we're talking between August of 1995 to
12  August of 1997. My question being, in those two
13  years, Trina Rollie's sales gains were far
14  greater at Pembroke Lakes than Meredith Infeld's
15  were at Broward, weren't they?
16 A.I don't know if they were greater but both of
17  them had great sales gains in the year 1996.
18 Q.Okay, well, for the sake --
19 A.Or '97.
20 Q.For the sake of the jury, let's take a look at
21  both of their sales gains so we can see what you
22  mean when you say both of them had great sales
23  gains.
24       (Whereupon, Plaintiff's Deposition
25  Exhibit 6, 7, 8, 9, 10, 11 were marked for

# PLAINTIFF'S
# EXHIBIT  9C

Orlando
(407) 649-9193

Jacksonville
(904) 359-0583

Tampa
(813) 876-4722

W. Palm Beach
(561) 835-0220

Ft. Lauderdale
(954) 463-2933

Miami
(305) 373-8404

1

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2

 3     -------------------------x
       DEBRA SHARIEF,           )
 4                              )
                     Plaintiff,)
 5                              )
                 vs.            )   Case No. 97-1724-CIV-LENARD
 6                              )
       KINNEY SHOE CORPORATION, )
 7     a New York corporation,  )
                                )
 8                  Defendant.)
       -------------------------x
 9

10

11     ORIGINAL

12                              Fort Lauderdale, Florida

13                              July 13, 1998

14                              8:40 o'clock a.m.

15

16

17                      - - - - - - - - - - -

18                          DEPOSITION

19                              OF

20                          WILLY GUGEL

21

22

23

24

25
```

```
1        A.    It will be a pay raise, yes.

2        Q.    So is it considered a promotion?

3        A.    Yes.

4        Q.    If a low volume store manager seeking to get

5    promote to a higher volume store, what are the three or

6    four most important aspects of his or her managerial

7    skills that they should focus upon?

8             MR. ELLIOT:  Object to the form of the

9             question.  Improper hypothetical.

10        A.    Do you mean as far as when a manager wants to

11   work towards a promotion to the next level store?

12        Q.    Correct.

13        A.    It depends on the individual.  Whatever they

14   are lacking, you know, there's no, let's say, cut and

15   dry situation.  If the individual has a specific area

16   they need to work on, they need to overcome that

17   situation first before we can promote them to the next

18   level.

19        Q.    What are all the key criteria that you and

20   the district manager look at?

21        A.    Profit performance, profit turnaround,

22   audits, sales, personal sales of the manager and the

23   measurable numbers, against, multiples, accessories,

24   apparel, how he or she does on that.

25        Q.    You got profit performance, profit
```

KLEIN, BURY & ASSOCIATES
(954) 463-2933

1    they need to concentrate on as they begin their careers

2    if they would like to reach the next level and get

3    promoted.  What would those four things be in your mind?

4            MR. ELLIOT:  Object to the form of the

5        question.  Improper hypothetical.  Assumes facts

6        not in evidence.

7        A.    We don't start people out, first of all, as

8    managers, they would have to start out in the program.

9        Q.    I know that.  You've got ten new managers --

10    this is a hypothetical, you realize this is not reality,

11    so I'm just asking you to think within the confines of

12    the hypothetical.  You have ten new managers at ten new

13    stores, they are all on their first day of work and you

14    are addressing all of them, you are going to tell them

15    what you consider to be the four most important aspects

16    of what they need to do if they would like to get

17    promoted to a bigger and better store.  What would those

18    things be?

19            MR. ELLIOT:  Object to the form of the

20        question.  Improper hypothetical.

21        A.    Well, if, you know, first of all we don't

22    have meetings with managers to instruct them on what

23    they were going to do, but we look at profits as a thing

24    to promote someone, sales, shrink or audits and, you

25    know, their personal performance which is the sales

1    observations probably rookie of the year because you can

2    only get that once in your lifetime.  I think that's a

3    pretty special award, I consider.

4       Q.    Turning your attention now to audits.  How

5    important is it for a manager to control his or her

6    audits?

7              MR. ELLIOT:  Object to the form of the

8        question.

9        A.    A manager is responsible for the inventory in

10    the store and it's very important for them to control

11    the inventory.

12       Q.    As I understand it, and correct me if I'm

13    wrong, .50 and below is the allowable shrinkage rate at

14    the Lady Foot Lockers?

15       A.    That's correct.

16       Q.    Would you agree that theft is a very common

17    way to have a bad audit?

18              MR. ELLIOT:  Object to the form of the

19        question.

20       A.    I don't understand.  I mean, as far as the

21    staff create a bad audit?

22       Q.    Sure.

23       A.    Yes, that does happen, yes.

24       Q.    Theft affects audits?

25       A.    Yes.

:nseIt!™                                    **JEFFREY BJORK**

Page 35

1    than Deborah Sharief?
2  A. Not all areas.
3  Q. What areas?
4  A. Again, I'd have to have the sales sheets that
5     tell you what areas.  I don't remember every
6     area.
7        MR. GERLACH:  I continue to object to
8     this effort to relitigate the Sharief case.
9     Further, this is also beyond the scope of
10    direct.
11  Q. (BY MR. PATTERSON)  What areas can you think of
12    that Celia Gonzalez, in your opinion, was
13    superior to Deborah Sharief?
14  A. I couldn't honestly answer that, without
15    everything sitting in front of me.
16  Q. But am I correct in saying that one area that
17    you do know that you felt stronger about Celia
18    about was the audit results that you can recall
19    without looking at paperwork?
20  A. It's one of the areas, yes.
21  Q. Is there another area that you can recall
22    independently?
23  A. No.
24  Q. Okay.  Finally in the spring of 1997, Deborah
25    Sharief resigned, didn't she?

71

1   Dadeland Mall store?
2     A.  Based on my selection of other managers'
3   performance in the areas that I've already
4   discussed.
5       MR. TRAMMELL:  Can you read his answer
6   back?
7   (Thereupon, the requested portion of the
8   record was re-read by the Court Reporter.)
9     Q.  I'm not talking about other managers.
10  I'm talking about why did you select Celia
11  Gonzalez above Debra Sharief to be the manager of
12  the Dadeland Mall?
13     A.  Based on performance areas.
14     Q.  What performance areas were better for
15  Celia Gonzalez than Debra Sharief?
16       MR. ELLIOT:  Object to the form of the
17  question.
18     Q.  Now, you can answer it.
19       He can tell you not to answer it, but it
20  would be improper, and he hasn't.
21     A.  Rephrase the question, please.
22       MR. TRAMMELL:  Just read it back to him,
23  please.
24   (Thereupon, the requested portion of the
25  record was re-read by the Court Reporter.)
      KRESSE, VALDES-PRIETO & ASSOCIATES, INC.

72

1       MR. TRAMMELL:  I'll rephrase it.
2   I'm sorry.
3       MR. ELLIOT:  I just don't want us to get
4   back to that same thing we were in before.
5   That's all.
6     Q.  Are you saying that you selected Celia
7   Gonzalez over Debra Sharief to be the manager of
8   the Dadeland Mall store because of her performance
9   in the past?
10     A.  Yes.
11     Q.  What aspect of Celia Gonzalez's
12  performance was better, if any, than the
13  performance of Debra Sharief?
14     A.  I have to go back.  I can't recall that
15  day.
16       I have to go back and look at those
17  figures at that time.
18     Q.  Wasn't that an important decision to make
19  as to who is going to manage that large store?
20     A.  Yes.
21     Q.  And you can't tell me any performance
22  area that Celia Gonzalez was better in than Debra
23  Sharief?
24     A.  Again, I'd have to see all the figures at
25  that time.
      KRESSE, VALDES-PRIETO & ASSOCIATES, INC.

## JEFFREY BJORK

73

1     It's been --
2     Q.  As you sit there right now, you cannot
3  tell me any area of a store manager's performance
4  in which Celia Gonzalez had a better performance
5  than Debra Sharief before you made Celia Gonzalez
6  the manager of the Dadeland store?
7       You can't tell me one area that she was
8  better than Debra Sharief; isn't that true?
9       MR. ELLIOT:  Objection, argumentative,
10    asked and answered.
11     Q.  So that's true?
12     A.  What's true?
13       MR. ELLIOT:  And misstates my witness's
14    earlier testimony, which was he has to look at
15    the records.
16     Q.  As you sit there right now, can you tell
17  me one single area in which Celia Gonzalez's
18  performance as a store manager was better than
19  Debra Sharief's performance as a store manager
20  when you appointed Celia Gonzalez to be the
21  manager of the Dadeland Mall store?
22     A.  Not without looking at those performance
23  figures at that time.
24     Q.  Did you consider anything other than
25  performance figures in selecting Celia Gonzalez to
      KRESSE, VALDES-PRIETO & ASSOCIATES, INC.

# PLAINTIFF'S COMPOSITE EXHIBIT "10"

# Lady Foot Locker

**Store Evaluation Report**
Revised 12/1994

| District # 427 | Manager: MEREDITH INFELD | Prior Visits: | Date: 3/7/95 |
|---|---|---|---|
| Store # 6197 | Correct # FT: 2    Actual:    2 | Mgr. Trn'r: | Chk in date: 10/94 |

## YTD Performance

| Overall evaluation of YTD Performance. (Check one box) | | Improvement since last visit. (Check one box) | |
|---|---|---|---|
| ☐ Above Average | | ☑ Acceptable | |
| ☑ Average | | ☐ Needs Improve | |
| ☐ Needs Improvement | | | |

| M.A.S. | 657,726 | M.A.R. | 618,920 |
|---|---|---|---|

| % Sales Gain | -6.8% | District Avg. +1.3% | $ Sales Gain | 65089 | | |
|---|---|---|---|---|---|---|
| Wage % | 10.18 | District Avg. 11.01 | Wage % Inc/Dec | +.87 | District Avg. | +.42 |
| Multiple % | 48.94 | District Avg. 40.37 | MST $ | 74.52 | District Avg. | 72.83 |
| Accessory % | 14.18% | District Avg. 9.53% | Accessory % Inc/Dec | +4.20 | District Avg. | -2.05 |
| Apparel % | 14.10 | District Avg. 14.74 | Apparel % Inc/Dec | +.06 | District Avg. | +2.89 |
| Matchpoint Liquidation | 35.30 | District Avg. 28.00 | Markdown % | 4.08 | District Avg. | 3.72 |
| Discount % | .41 | District Avg. .33 | Profit % YTD | 4.67 | District Avg. | 8.50 |
| Profit Improve. | +33.8 | District Avg. +339.22 | 12 Month Profit % | +4.8% | 12 Month Profit $ | +31,000 |
| YTD Profit $ | +31,017 | Audit Shrink $ -1237.24 | Audit Shrink % | -.55 | District Avg. | N/C |
| Avg. Monthly | N/C | District Avg. N/C | Bonus $ YTD | 938.00 | YTD Bonus $ Inc/Dec | N/C |
| Manager Multiple % | 51.81 | Manager $ MST 73.28 | Manager Book | 4610 | Mgr Book % to Total | 33.7% |

**District Managers Comments:**

WITH A FEW GOOD WEEKS YOU WILL BE UP FOR THE YR. YOUR ACC. % IS NUMBER ONE YTD AND YOU HAVE THE BEST IMP. YTD. FOCUS ON APPAREL AS 6197 AT ONE TIME WAS THE BEST IN THE DIST. IN SELLING APPAREL. YOU MUST CONTROL AUDIT RESULTS BY HAVING A BETTER TEST CHECK PROGRANM-THEY MUST BE DONE WEE[K]

PLAINTIFF'S EXHIBIT
57

W00 000741
21719-0001

District Manager: Use the space below to thoroughly recap for the Store Manager your evaluation of the topic listed. Be detailed, straight forward and objective in your comments. Use this opportunity to express, in writing, exactly how the Store Manager is currently performing in this area and specific direction to improve areas that need development.

## Human Resource Development

### (Review Trainees, Training Days, Monthly Appraisals, Recruiting Effort, Professionalism of Crew)

Comments:

YOU ARE DOING FULL DAY TRAINING AS WE DISCUSSED YOU MUST BE BETTER AT DOCUMENTING BEHAVIOR AND MAKE SURE THAT YOU EMPLOYEES UNDERSTAND THE AREA S THAT THEY ARE DOING WELL IN AND AREAS THAT YOU WANT TO SEE FOCUS AND IMPROVEMENT. WE ALSO DISCUSSED GOAL SETTING AND HOW TO DO IT ON AND DOCUEMENT IT ON TRAINING DAY MEMOS. EMPLOYEE FOLDER UP KEEP IS POOR AS NEITHER KELLY OR SARAH HAD THEIR PERSONAL TRACK RECORDS UP TO DATE.- IT IS THEIR RESONSIBILITY BUT IT IS YOUR RESPONSIBILITY TO CHECK WEEKLY!

| Trainee #1 Name: KELLY CRAWFORD | | Phase/Targeted Completion Date: | TWO/5/95 |
|---|---|---|---|
| YTD Avg Sales Book: 4012-28.8% | STD Avg Multiple %: 50.25 | STD Avg $MST: | 74.31 |

GREAT MULTIPLES AND ALSO APP. AND ACC. SALES BOOK GOAL IS 32%. FOCUS ON IMPROVING YOUR MANAGEMENT SKILLS-BOOKWORK AND SALES FLOOR AWARENESS.

| Trainee #2 Name: SARAH BECIGNEUL | | Phase/Targeted Completion Date: | ONE/4/95 |
|---|---|---|---|
| YTD Avg Sales Book: 4021 | STD Avg Multiple %: 47.7 | STD Avg $MST: | 77.87 |

GOOD MULTIPLE FOCUS. IT IS YOUR RESPONSIBILITY TOI KEEP YOUR TRAC K RECORD UPDATED!

| Trainee #3 Name: | | Phase/Targeted Completion Date: | |
|---|---|---|---|
| YTD Avg Sales Book: | STD Avg Multiple %: | STD Avg $MST: | |

| Name | % Multi | $ MST | Name | % Multi | $ MST |
|---|---|---|---|---|---|
| S.ROBINSON | 42.37 | 72.87 | | | |
| | | | | | |

W00 000742
21719-0001

| Overall evaluation of: HRD Development (Check one box) | ☐ Above Average ✔ Average ☐ Needs Improvement | Improvement since last visit (Check one box) | ✔ Acceptable ☐ Needs Improvement |
|---|---|---|---|

District Manager: Use the space below to thoroughly recap for the Store Manager your evaluation of the topic listed.  Be detailed, straight forward and objective in your comments.  Use this opportunity to express, in writing, exactly how the Store Manager is currently performing in this area and specific direction to improve areas that need development.

## LFL Sales Floor Programs
### (Sales Floor Job Description, Teamwork Works, other Company Programs)

Comments:

GOOD FOCUS ON THE JOB DESCRIPTION AS YOUR TEAM KNOWS WHAT IS EXPECTED AND FOLLOWS THRU ON BUILDING SALES.  SUPER MULTIPLES. KEEP IMPROVING YOUR SHOWING AND SELLING APPAREL.

| Overall evaluation of: Sales Floor Programs (Check one box) | | Improvement since last visit (Check one box) | |
|---|---|---|---|
| ☑ Above Average | | ☑ Acceptable | |
| ☐ Average | | ☐ Needs Improvement | |
| ☐ Needs Improvement | | | |

## Product
### (Merchandising, Planning, Utilization of Information, Product Mix, Communication)

| Comments: | $ Inventory LY: | $ Inventory TY: 146,903 |
|---|---|---|

AS WE DISCUSSED YOU MUST PLAN FURTHER AHEAD IN  PRODUCT. USE YOUR 414,CURRENT 420, AND LAST YR. 420. USE THESE TOOLS WEEKLY AS I SHOWED YOU AND PREACT ACCORDINGLY.

W00 000743
21719-0001

| Overall evaluation of: Product Involvement (Check one box) | | Improvement since last visit (Check one box) | |
|---|---|---|---|
| ☐ Above Average | | ☑ Acceptable | |
| ☑ Average | | ☐ Needs Improvement | |
| ☐ Needs Improvement | | | |

> **District Manager:** Use the space below to thoroughly recap for the Store Manager your evaluation of the topic listed. Be detailed, straight forward and objective in your comments. Use this opportunity to express, in writing, exactly how the Store Manager is currently performing in this area and specific direction to improve areas that need development.

## Visual Merchandising
### (VM Instruction Follow Through, Cleanliness, Windows, Back Room Organized)

Comments:

VERY GOOD JOB IN V.M. AS YOUR STORE LOOKS GREAT-FOLLOW ALL V.M. DIRECTIVES AND IMAGE CANPAIGNS 100%0THANKS FOR THE GOOD LOOKING STORE.   RUN YOUR STOCK TIGHT WEEKLY!!!!!

| Overall evaluation of: VM Follow Through (Check one box) | ☑ Above Average ☐ Average ☐ Needs Improvement | Improvement since last visit (Check one box) | ☑ Acceptable ☐ Needs Improvement |
|---|---|---|---|

## Operations
### (Accounting, Security, Apparel Counts, Test Checks)

Comments:

YOU MUST BE MORE CONSISTENT AND THEY MUST BE SENT INTO THE DIST. OFFICE WEEKLY. APPAREL COUNTS ARE BEING DONE DAILY AND YOU DO COMPARE THEM TO SEE WHER YOUR AT.

W00 000744
21719-0001

| Overall evaluation of: Operational Areas (Check one box) | ☐ Above Average ☑ Average ☐ Needs Improvement | Improvement since last visit (Check one box) | ☑ Acceptable ☐ Needs Improvement |
|---|---|---|---|

| Disciplinary action needed to retain current position? | Yes ☐ | No ☑ |
|---|---|---|

**District Manager:** Use the space below to summarize your visit and to be sure all necessary comments have been discussed and documented. If disciplinary action is necessary, be very specific describing the areas that must be improved, give specific direction for improvement and the time frame agreed upon.

IT IS GREAT TO SEE THE IMPROVEMENTS YOU AND YOUR TEAM HAVE MADE IN TURNING SALES AROUND IN 6197 AS YOU WOULD BE UP FOR THE YR. IF YOU WERE NOT GOING AGAINST A HUGE SPECIAL SALE FROM L.Y. YOUR TEAM IS DEFINETLY FOCUSED ON THEIR JOB DESCRIPTION AND IT SHOWS IN RESULTS. FOCUS ON GOAL SETTING AND HOLDING YOUR TEAM ACCOUNTABLE FOR THEIR INDIVIDUAL GOALS. BE MORE INVOLVED IN USING ALL TOOLS AVAILABLE IN MERCHANDISING YOUR STORE FOR THE CORRECT PRODUCT.

**Manager Comments:**

JEFF AND I WENT OVER GOAL SETTING FOR MY STORE . I FEEL THEY ARE   REALISTIC AND ACHIEVABLE. INDIVIDUAL GOAL  SETTING WAS ALSO DISCUSSED AND ITS IMPORTANCE IN MEETING STORE GOALS.

**Things To Do:**

1.FOLDER UPKEEP  2.TEST CHECKS  3.TRAINING DAY DOCUMNETATION  4.MONTHLY APPRAISALS
5.MERCHANDISE FOR JULY BY MAY 25

W00 000745
21719-0001

| Overall evaluation of YTD Performance. (Check one box) | | AA / A ☑ / NI | Overall evaluation of Human Resource Development (Check one box) | | AA / A ☑ / NI | Overall evaluation of LPL Sales Floor Programs (Check one box) | AA ☑ / A / NI |
|---|---|---|---|---|---|---|---|
| Overall evaluation of Product Involvement (Check one box) | | AA / A ☑ / NI | Overall evaluation of Visual Merchandising (Check one box) | | AA ☑ / A / NI | Overall evaluation of Operational Areas (Check one box) | AA / A ☑ / NI |

| Overall Performance: | AA | | ☑ | | NI |
|---|---|---|---|---|---|

Mgr. Signature: _Meredith Linfeld_    DM Signature: _Jeffrey C. Bjork_

# Lady Foot Locker

**Store Evaluation Report**
Revised 12/19/94

| District # 427 | Manager: MEREDITH INFELD | Prior Visit: 3/7/95 | Date: 5/11/95 |
|---|---|---|---|
| Store # 6197 | Correct # FT: 2   Actual:   2 | Mgr. Tm'r: | Chk in date: 10/94 |

## YTD Performance

| Overall evaluation of YTD Performance. (Check one box) | ☑ Above Average / ☐ Average / ☐ Needs Improvement | Improvement since last visit. (Check one box) | ☑ Acceptable / ☐ Needs Improve |
|---|---|---|---|

| M.A.S. | 665,078 | M.A.R. | 645,126 |
|---|---|---|---|

| % Sales Gain | +1.2% | District Avg. +5.8% | $ Sales Gain | +$2262 | |
|---|---|---|---|---|---|
| Wage % | 10.27 | District Avg. 10.58 | Wage % Inc/Dec | +.12 | District Avg. -.02 |
| Multiple % | 48.47% | District Avg. 42.46% | MST $ | $73.23 | District Avg. $72.81 |
| Accessory % | 14.58 | District Avg. 9.72 | Accessory % Inc/Dec | +3.57 | District Avg. -1.38 |
| Apparel % | 15.07 | District Avg. 15.33 | Apparel % Inc/Dec | +.40 | District Avg. +2.26 |
| Matchpoint Liquidation | 63.48 | District Avg. 54.11 | Markdown % | 3.98 | District Avg. 5.12 |
| Discount % | .27 | District Avg. .25 | Profit % YTD | +9.59 | District Avg. +7.85 |
| Profit Improve. | +8.00 | District Avg. -.58 | 12 Month Profit % | +4.9 | 12 Month Profit $ | +32, |
| YTD Profit $ | +17575 | Audit Shrink $ | N/C-95 | Audit Shrink % | N/C-95 | District Avg. -.38 |
| Avg. Monthly | 20.00 | District Avg. 41.24 | Bonus $ YTD | N/C | YTD Bonus $ Inc/Dec | N/C |
| Manager Multiple % | 52.09 | Manager $ MST | 74.97 | Manager Book | 4597 | Mgr Book % to Total | 32.6 |

W00 000746
21719-0001

## District Managers Comments:

VERY BALANCED PERFORMANCE YTD- YOU HAVE TWO AREAS THAT ARE NUMBER ONE YTD IN THE DISTRICT. MATCHPOINT LIQUIDATION AND ACC. % AND IMPROVEMENT-CONGRATULATIONS ON BEING NUMBER ONE YTD IN BOTH AREAS!!!!! YOU REALLY NEED TO FOCUS ON YOUR APPAREL % AS IT IS BELOW DISTRICT AVG. AND REPRESENTS A HUGE AREA FOR BIGGER SALES GAINS!!!!! YOU ARE SHOWING A PROFIT IMPROVEMENT OF 8.0% THIS IS ESPECIALLY GOOD CONTROL AS YOU WERE AT A BREAK EVEN IN SALES ON THE APRIL MONTH ENDIND F.I.S.-BIG PROFITS= BIG BONUS!!!!!

District Manager: Use the space below to thoroughly recap for the Store Manager your evaluation of the topic listed. Be detailed, straight forward and objective in your comments. Use this opportunity to express, in writing, exactly how the Store Manager is currently performing in this area and specific direction to improve areas that need development.

## Human Resource Development
### (Review Trainees, Training Days, Monthly Appraisals, Recruiting Effort, Professionalism of Crew,
Comments:

VERY GOOD IMPROVEMENT IN DOCUMENTING TRAINING DAYS AND ALSO IN FOLLOWING THRU ON GIVING GOALS WEEKLY. KEEP IT UP!!!!!!!! YOU MUST DO MONTHLY APPRAISLS ON EACH EMPLOYYE EVERY MONTH. DO APRIL THIS WEEK!!!!!!

| Trainee #1   Name:  KELLY CRAWFORD | | Phase/Targeted Completion Date:  TWO/6/1/95 | |
|---|---|---|---|
| YTD Avg Sales Book: 4468 | STD Avg Multiple %:  51.40 | STD Avg $MST:  73.59 | |

**Comments:** KELLY GREAT MULTIPLES,ACC, AND APPAREL.  FINISH PHASE TWO BY 6/1/95

| Trainee #2   Name:  SARAH BECIGNEUL | | Phase/Targeted Completion Date:  TWO/11/95 | |
|---|---|---|---|
| YTD Avg Sales Book: 3741 | STD Avg Multiple %:  43.87 | STD Avg $MST:  72.36 | |

**Comments:** SARAH AS WE DISCUSSED YOUR GOAL  IS TO BE AT STORE AVG. IN ACC-APP-MULTIPLES-MST TRACK INSOLE SALES AND FOCUS ON HOW MANY  YOU CAN SELL A DAY!!!!!

| Trainee #3   Name: | | Phase/Targeted Completion Date: | |
|---|---|---|---|
| YTD Avg Sales Book: | STD Avg Multiple %: | STD Avg $MST: | |

**Comments:**

| | Name | % Multi | $ MST | Name | % Multi | $ MST |
|---|---|---|---|---|---|---|
| Part Time | S. ROBINSON | 39.58 | 68.36 | | | |
| | | | | | | |

W00 000747
21719-0001

| Overall evaluation of:<br>HRD Development<br>(Check one box) | ☐ Above Average<br>☑ Average<br>☐ Needs Improvement | Improvement<br>since last visit<br>(Check one box) | ☑ Acceptable<br>☐ Needs Improvement |
|---|---|---|---|

District Manager: Use the space below to thoroughly recap for the Store Manager your evaluation of the topic listed. Be detailed, straight forward and objective in your comments. Use this opportunity to express, in writing, exactly how the Store Manager is currently performing in this area and specific direction to improve areas that need development.

## LFL Sales Floor Programs
### (Sales Floor Job Description, Teamwork Works, other Company Programs)

Comments:

GOOD FOLLOW THRU ON THE JOB DESCRIPTION. THIS IS THE REASON YOUR GAINING!!!!!
FOCUS MOR EON  SHOWING APPAREL TO EVERY CUSTOMER!!! GREAT FOCUS ON MULTIPLES  AND
ACCESSORIES.

| Overall evaluation of: Sales Floor Programs (Check one box) | ✔ Above Average / Average / Needs Improvement | Improvement since last visit (Check one box) | ✔ Acceptable / Needs Improvement |
|---|---|---|---|

## Product
### (Merchandising, Planning, Utilization of Information, Product Mix, Communication)

| Comments: | $ Inventory LY: | $ Inventory TY: 193,982 |
|---|---|---|

GET READY FOR JULY PEAK. YOU MUST HAVE ALL THE INFO INTO D. HERR BY NEXT WEEK.

W00 000748
21719-0001

| Overall evaluation of: Product Involvement (Check one box) | Above Average / ✔ Average / Needs Improvement | Improvement since last visit (Check one box) | ✔ Acceptable / Needs Improvement |
|---|---|---|---|

District Manager: Use the space below to thoroughly recap for the Store Manager your evaluation of the topic listed.  Be detailed, straight forward and objective in your comments.  Use this opportunity to express, in writing, exactly how the Store Manager is currently performing in this area and specific direction to improve areas that need development.

## Visual Merchandising
### (VM Instruction Follow Through, Cleanliness, Windows, Back Room Organized)

Comments:

EXCELLENT JOB IN STORE KEEPING AND FOLLWO THRU. YOUR STORE LOOKS VERY GOOD. IT IS NOT ONLY VERY ORGANIZED BUT ALSO VERY CLEAN AND VISUALLY APPEALING.

| Overall evaluation of: VM Follow Through (Check one box) | ✓ Above Average / Average / Needs Improvement | Improvement since last visit (Check one box) | ✓ Acceptable / Needs Improvement |
|---|---|---|---|

## Operations
### (Accounting, Security, Apparel Counts, Test Checks)

Comments:

MUCH BETTER JOB IN TEST CHECK FOLLOW THRU AS YOU ARE DOING THEM WEEKLY. ALL FUTURE TEST CHECKS MUST BE DONE IN PRS. AND DOLLARS.   APPAREL COUNTS ARE DONE DAILY-GREAT. FILL OUT YOUR WHOLISTIC POSTER COMPLETELY.

W00 000749
21719-0001

| Overall evaluation of: Operational Areas (Check one box) | ✓ Above Average / Average / Needs Improvement | Improvement since last visit (Check one box) | ✓ Acceptable / Needs Improvement |
|---|---|---|---|

| Disciplinary action needed to retain current position? | Yes ☐ | No ☑ |
| --- | --- | --- |

District Manager: Use the space below to summarize your visit and to be sure all necessary comments have been discussed and documented. If disciplinary action is necessary, be very specific describing the areas that must be improved, give specific direction for improvement and the time frame agreed upon.

IT IS GOOD TO SEE THE IMPROVEMENTS MADE IN THE AREAS THAT I CHALLENGE D YOU ON MY LAST VISIT. AS WE DISCUSSED AT LENGTH YOU MUST BE MUCH MORE INVOLVED IN RECRUITING OF BOTH CAREER AND PRIMETIMERS. IT IS REALLY GREAT TO SEE THE RESULTS YOU HAVE ACCOMPLISHED IN 6197-I AM PROUD OF YOU -THANKS.

**Manager Comments:**

WE HAD A GOOD VISIT. WE DISCUSSED RECRUITING AND THE IMPORTANCE OF ESTABLISHING SOURCES OUTSIDE THE MALL. WE REVIEWD THE FIS THRU APRIL AND I UNDERSTAND BETTER WHAT TO LOOK FOR.

**Things To Do:**

1.WHOLISTIC  2. RECRUITING  3. JULY PRODUCT NEEDS TO D. HERR  4. MONTHLY APPRAISALS

W00 000750
21719-0001

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Overall evaluation of YTD Performance. (Check one box) | ☑ AA<br>☐ A<br>☐ NI | Overall evaluation of Human Resource Development (Check one box) | ☐ AA<br>☑ A<br>☐ NI | Overall evaluation of LFL Sales Floor Programs (Check one box) | ☑ AA<br>☐ A<br>☐ NI |
| Overall evaluation of Product Involvement (Check one box) | ☐ AA<br>☑ A<br>☐ NI | Overall evaluation of Visual Merchandising (Check one box) | ☑ AA<br>☐ A<br>☐ NI | Overall evaluation of Operational Areas (Check one box) | ☑ AA<br>☐ A<br>☐ NI |

| Overall Performance: | AA ☑ | | | NI |
| --- | --- | --- | --- | --- |

Mgr. Signature: _Meredith Clufeld_    DM Signature: _[signature]_

# Lady Foot Locker

**Store Evaluation Report**
Revised 12/30/94

| District # 407 | Manager: MEREDITH INFELD | Prior Visits: 8-12-95 | Date: 9/20/95 |
|---|---|---|---|
| Store # 6193 | Correct # FT: 2  Actual: 3 | Mgr. Trn'r: | Chk in date: 8/95 |

## YTD Performance

Overall evaluation of YTD Performance. (Check one box)
- [ ] Above Average
- [ ] Average
- [X] Needs Improvement

Improvement since last visit. (Check one box)
- [ ] Acceptable
- [X] Needs Improve

| M.A.S. 892,106 | M.A.R. 902,811 | 6 WK | + 1.3 % |
|---|---|---|---|

| | | | |
|---|---|---|---|
| % Sales Gain -37% | District Avg. +6.4% | $ Sales Gain - $ 21,615. | |
| Wage % 10.54% | District Avg. 10.17% | Wage % Inc/Dec +1.47% | District Avg. -.03% |
| Multiple % 39.04% | District Avg. 40.87% | MST $ 73.82 | District Avg. $ 73.36 |
| Apparel % 13.27% | District Avg. 13.55% | Apparel % Inc/Dec +2.09% | District Avg. +1.93% |
| Accessory % 10.73% | District Avg. 10.26% | Accessory % Inc/Dec -.92% | District Avg. -.96% |
| Matchpoint Liquidation 30.82% | District Avg. 35.55% | Markdown % 5.09% | District Avg. 5.36% |
| Discount % .26% | District Avg. .21% | Profit % YTD +10.80% | District Avg. + 10.03% |
| Profit Improve. -29.96% | District Avg. +20.10% | 12 Month Profit % +10.7% | 12 Month Profit $ + $95,000. |
| YTD Profit $ + $55,504 | Audit Shrink $ -1035 | Audit Shrink % -.22% | District Avg. -.37% |
| Avg. Monthly Phone Bill $15.00 | District Avg. $ 40.00 | Bonus $ YTD — | YTD Bonus $ Inc/Dec — |
| Manager Multiple % 44.40% | Manager $ MST $71.70 | Manager Book $ 4482. | Mgr Book % to Total 25.6% |

## District Managers Comments:

WE DISCUSSED WAGES AND WHAT NEEDS TO DONE— WE ARE ONE FULL-TIMER HEAVY, BUT WE NEED QUALITY PRIME-TIMERS! — IN MATCHPT LIQ LOOK FOR VALUES FOR YOUR CORE CUSTOMER BRING THEM TO THE SEAT — SET UP BINS BY PRICE LINE! — WE NEED FOCUS ON MULTIPLES & Apparel focus will help you here in both % and MST $. — "CLEANERS" —

W00 000751
21719-0001

SKU #01-58102-5-00    WHITE: D.M. (D.M. to retain original)    CANARY: STORE MANAGER    PINK: RVP

District Manager: Use the space below to thoroughly recap for the Store Manager your evaluation of the topic listed. Be detailed, straight forward and objective in your comments. Use this opportunity to express, in writing, exactly how the Store Manager is currently performing in this area and specific direction to improve areas that need development.

## Human Resource Development
(Review Trainees, Training Days, Monthly Appraisals, Recruiting Effort, Professionalism of Crew)

Comments:

Meredith, now that you've settled into your new store — lets really put priorities into training your team.

TRAINING DAYS — WEEKLY — MONTHLY APPRAISALS — GOAL SETTING.

WE DISCUSSED M.I.W TRAINING DAYS FOR MICHELLE AND I GAVE YOU A COPY OF TOPICS TO COVER.

---

**Trainee #1 Name:** Michelle Patterson    **Phase/Targeted Completion Date:** MIW
YTD Avg Sales Book: 5871    STD Avg Multiple %: 44.36    STD Avg SMST: $71.22

Michelle good multiples — focus on your MST $2. — You were off today Looking forward to talking to you on my next visit or sooner. I'm waiting for relocation letter.

**Trainee #2 Name:** NICOLE BAKER    **Phase/Targeted Completion Date:** PHASE — II —
YTD Avg Sales Book: 5046    STD Avg Multiple %: 37.70    STD Avg SMST: $77.07

NICOLE WE DISCUSSED your REQUEST ABOUT A TRANSFER TO NY — Follow THRU ON SENDING ME A LETTER cc: TO WILLY GUGEL: MAGGIE HYATT: DARLA BURNHAM — Multiples To 40%

**Trainee #3 Name:** SUSAN IBARRA    **Phase/Targeted Completion Date:** PHASE — II —
YTD Avg Sales Book: 6573    STD Avg Multiple %: 36.28    STD Avg SMST: $75.50

SUSAN, you need to work on your transportation needs. I may not always be able to Accomadate you. Get your multiples to 40%.

---

| Name | % Multi | $ MST | Name | % Multi | $ MST |
|------|---------|-------|------|---------|-------|
| T. LEWIS | 28.06 | 64.99 | | | |
| B. LEVINE | 21.77 | 70.68 | | | |

W00 000752
21719-0001

UPDATE FOLDERS INCLUDING MULTIPLES / MONTHLY APP. ALL EMPLOYEES EVERY MONTH. — PRIME TIME PERFORMANCES MUST improve

| Overall evaluation of: HRD Development (Check one box) | Above Average / Average / ☒ Needs Improvement | Improvement since last visit (Check one box) | Acceptable / ☒ Needs Improvement |

**District Manager:** Use the space below to thoroughly recap for the Store Manager your evaluation of the topic listed. Be detailed, straight forward and objective in your comments. Use this opportunity to express, in writing, exactly how the Store Manager is currently performing in this area and specific direction to improve areas that need development.

## LFL Sales Floor Programs
### (Sales Floor Job Description, Teamwork Works, other Company Programs)

**Comments:**

Your focus in Job Description must be multiples, we discussed getting back on track showing cleaners and demonstrating them.

The other area is showing and selling apparel — get your team focused and committed for our next big peak — "Holiday."

| Overall evaluation of: Sales Floor Programs (Check one box) | ☐ Above Average ☒ Average ☐ Needs Improvement | Improvement since last visit (Check one box) | ☒ Acceptable ☐ Needs Improvement |
|---|---|---|---|

## Product
### (Merchandising, Planning, Utilization of Information, Product Mix, Communication)

| Comments: | $ Inventory LY: | $ Inventory TY: |
|---|---|---|

I think your ideas on Product are right on — start communicating these needs to Lana in D-8 Theresa in D-7.

W00 000753
21719-0001

| Overall evaluation of: Product Involvement (Check one box) | ☐ Above Average ☒ Average ☐ Needs Improvement | Improvement since last visit (Check one box) | ☒ Acceptable ☐ Needs Improvement |
|---|---|---|---|

District Manager: Use the space below to thoroughly recap for the Store Manager your evaluation of the topic listed. Be detailed, straight forward and objective in your comments. Use this opportunity to express, in writing, exactly how the Store Manager is currently performing in this area and specific direction to improve areas that need development.

## Visual Merchandising
### (VM Instruction Follow Through, Cleanliness, Windows, Back Room Organized)

Comments:

- Your STORE IS CLEAN, NEAT, AND
  ORGANIZED!
- Keep following thru on V.M. DIRECTIVES
  AND VSM's VENDOR CAMPaigns.

| Overall evaluation of:<br>VM Follow Through<br>(Check one box) | ☒ Above Average<br>☐ Average<br>☐ Needs Improvement | Improvement<br>since last visit<br>(Check one box) | ☒ Acceptable<br>☐ Needs Improvement |
|---|---|---|---|

## Operations
### (Accounting, Security, Apparel Counts, Test Checks)

Comments:

Your BACK ON track with test
checks —
Get apparel counts started on
Sunday Sept 24.

WOO 000754
21719~0001

| Overall evaluation of:<br>Operational Areas<br>(Check one box) | ☐ Above Average<br>☒ Average<br>☐ Needs Improvement | Improvement<br>since last visit<br>(Check one box) | ☒ Acceptable<br>☐ Needs Improvement |
|---|---|---|---|

| Disciplinary action needed to retain current position? | Yes ☐ | No ☒ |
| --- | --- | --- |

**District Manager:** Use the space below to summarize your visit and to be sure all necessary comments have been discussed and documented. If disciplinary action is necessary, be very specific describing the areas that must be improved, give specific direction for improvement and the time frame agreed upon.

MEREDITH YOU HAVE NOW BEEN IN 6193 FOR A LITTLE OVER A MONTH, ITS GREAT TO SEE SALES TURN AROUND!

AS WE DISCUSSED YOUR FOCUS MUST BE ON IMPROVING CONTROLLABLE AREAS AND DEVELOPING AND TRAINING A QUALITY TEAM. CONGRATULATIONS ON YOUR PROMOTION AND GOOD LUCK IN YOUR NEWEST CHALLENGE.

**Manager Comments:**

JEFF AND I DISCUSSED AREAS TO IMPROVE ON AND HOW TO START MOVING IN THE RIGHT DIRECTION. I WILL BE WORKING ON SALES FLOOR PROGRAMS AND TRAINING WITH MY TEAM. I AM STILL WORKING ON GRASPING ALL THE POTENTIAL AREAS IN MY NEW STORE AS IN THE BEGINNING IT ALL LOOKS A BIT "OVERWHELMING". I KNOW I CAN HAVE THIS STORE RUNNING LIKE A FINE TUNED PIECE OF MACHINERY WITH TIME!! I TAKE ON THIS CHALLENGE WITH PRIDE AND EAGERNESS TO SUCCEED!!

**Things To Do:**

1) - MIW training days
2) - Monthly appraisals
3) - apparel counts

W00 000755
21719-0001

| Overall evaluation of YTD Performance. (Check one box) | ☐ AA ☐ A ☒ NI | Overall evaluation of Human Resource Development (Check one box) | ☐ AA ☐ A ☒ NI | Overall evaluation of LFL Sales Floor Programs (Check one box) | ☒ AA ☐ A ☐ NI |
| --- | --- | --- | --- | --- | --- |
| Overall evaluation of Product Involvement (Check one box) | ☐ AA ☒ A ☐ NI | Overall evaluation of Visual Merchandising (Check one box) | ☒ AA ☐ A ☐ NI | Overall evaluation of Operational Areas (Check one box) | ☐ AA ☐ A ☒ NI |

| Overall Performance: | AA | | A | | NI ☒ |
| --- | --- | --- | --- | --- | --- |

| Mgr. Signature: _Meredith Mulisid_ | DM Signature: _Jeffrey Pryor_ |
| --- | --- |

# Lady Foot Locker

**Sales Intensity Visit**
Revised 8/1995

| District # 427 | Manager: MEREDITH INFELD | Prior Visits: 9.20.95 | Date: 11.14.95 |
|---|---|---|---|
| Store # 6193 | Correct # FT: 2   Actual: 2 | Mgr. Tm'r: | Chk In date: 8.95 |

## YTD Performance

| Overall evaluation of YTD Performance. (Check one box) | ☐ Above Average  ☐ Average  ☑ Needs Improvement | Improvement since last visit. (Check one box) | ☑ Acceptable  ☐ Needs Improve |
|---|---|---|---|

| M.A.S. 881,998 | M.A.R. 770,866 | 6 WK  −12.5% |
|---|---|---|

| % Sales Gain −4.5% | District Avg. +5.3% | $ Sales Gain −$31,724, | |
|---|---|---|---|
| Wage % 10.76% | District Avg. 10.46 | Wage% Inc/Dec +1.43% | District Avg. −.03% |
| Multiple % 39.49% | District Avg. 40.88% | MST $ $74.53 | District Avg. $73.88 |
| Apparel % 13.54% | District Avg. 13.71% | Apparel % Inc/Dec +2.08% | District Avg. +1.83% |
| Accessory % 10.65% | District Avg. 10.22% | Accessory % Inc/Dec −1.15% | District Avg. −.89% |
| Matchpoint Liquidation 51.13% | District Avg. 54.27% | Markdown % 4.66% | District Avg. 4.79% |
| Discount % .26% | District Avg. .25% | Profit % YTD +10.48% | District Avg. +9.03% |
| Profit Improv. −23.95% | District Avg. +23.66% | 12 Month Profit % +11.0% | 12 Month Profit $ +$98,000 |
| YTD Profit $ +$67,538 | Audit Shrink $ | Audit Shrink % | District Avg. −.35% |
| Avg. Monthly Phone Bill $26.00 | District Avg. $41.00 | Bonus $ YTD | YTD Bonus $ Inc/Dec − |
| Manager Multi % 44.02 | Manager $ MST 74.75 | Manager $ Book $4365 | Mgr Book % to Total 25.7% |

W00 000756
21719−0001

## District Managers Comments:

WITH ELEVEN WKS. LEFT IN FISCAL 1995 YOU
need to have an average weekly gain
of $2884 a week = 428 a day to
have a gain for the year — I believe
you can do it! Make multiple selling
a priority and build MST $ —
your 3.1% behind dist. AVERAGE, WE
NEED A plan + results here!

# Lady Foot Locker

**Sales Intensity Visit**
Revised 11/14/95

| District # 427 | Manager: MEREDITH INFELD | Prior Visits: 9.20.95 | Date: 11.14.95 |
|---|---|---|---|
| Store # 6193 | Correct # FT: 2  Actual: 2 | Mgr. Tm'r: | Chk in date: 8.95 |

## YTD Performance

| Overall evaluation of YTD Performance. (Check one box) | ☐ Above Average  ☐ Average  ☑ Needs Improvement | Improvement since last visit. (Check one box) | ☑ Acceptable  ☐ Needs Improve |
|---|---|---|---|

| M.A.S. 881,998 | M.A.R. 770,866 | 6 WK  −12.5% |
|---|---|---|

| % Sales Gain −4.5% | District Avg. +5.3% | $ Sales Gain −$31,724. | |
|---|---|---|---|
| Wage % 10.76% | District Avg. 10.46 | Wage% Inc/Dec +1.43% | District Avg. −.03% |
| Multiple % 39.49% | District Avg. 40.88% | MST $ $74.53 | District Avg. $73.88 |
| Apparel % 13.54% | District Avg. 13.71% | Apparel % Inc/Dec +2.08% | District Avg. +1.83% |
| Accessory % 10.65% | District Avg. 10.22% | Accessory % Inc/Dec −1.15% | District Avg. −.89% |
| Matchpoint Liquidation 51.13% | District Avg. 54.27% | Markdown % 4.66% | District Avg. 4.79% |
| Discount % .26% | District Avg. .22% | Profit % YTD +10.48% | District Avg. +9.03% |
| Profit Improv. −23.95% | District Avg. +23.66% | 12 Month Profit % +11.0% | 12 Month Profit $ +$98,000 |
| YTD Profit $ +$67,538 | Audit Shrink $ | Audit Shrink % | District Avg. −.35% |
| Avg. Monthly Phone Bill $26.00 | District Avg $41.00 | Bonus $ YTD − | YTD Bonus $ Inc/Dec − |
| Manager Multi % 44.02 | Manager $ MST $74.75 | Manager Book $4365 | Mgr Book % to Total 25.7% |

**District Managers Comments:**

WITH ELEVEN WKS. LEFT IN FISCAL 1995 you need to have an average weekly gain of $2884 a week $428 a day to have a gain for the year — I believe you can do it! Make multiple selling a priority and build MST — your 3.1% behind dist. AVERAGE, WE NEED A plan & results here!

W00 000757
21719-0001

# LADY FOOT LOCKER SALES FLOOR JOB DESCRIPTION
## "OUR STANDARD OF CUSTOMER SERVICE BEHAVIOR"

### Greet every customer in 9 seconds of less.
* Determine customer needs.
* Tell the customer your name.

### Get shoe customers into the seat, apparel customers into the fitting room.
* Measure both feet and bring out three pairs of shoes to start...the third pair must be a matchpoint.
* Feed the fitting room and "B.uild - A. - S.ale" through multiple item presentation
* Introduce accessories to both shoe and apparel customers.

### Utilize "H.O."... to better service both shoe and apparel customers.

### Build your M.ultiple S.ale T.ransaction by increasing your multiple item sales.
* Overcome customer objections through product knowledge.

### Close the sale by confirming the customer's decision.
* Offer a warm and sincere "thank you", mention your name and invite them back.
* If the sale cannot be made, utilize our Corporations "TEAM WORK WORKS" program.

| Overall evaluation of Sales Floor Programs. (Check one box) | ☐ Above Average ☒ Average ☐ Needs | Improvement since last visit. (Check one box) | ☒ Acceptable ☐ Needs Improve. |
|---|---|---|---|

**Comments:**

* We have an entire new full time team.
* Emphazie the job description with them
* Build AVERAGE transactions thru the HOLIDAY season by selling and showing complete outfits — shoes, ACC, and apparel.
* Put major focus on showing apparel to every customer. We had some great looking new looks and suggestive selling will build huge volume during the holidays.
* Get your team involved and comfortable with doubling up, role play — rehearse — so perfect / now before your "Holiday peak.

W00 000758
21719-0001

# Lady Foot Locker

**Sales Intensity Visit**
Revised 9/2005

| District # 427 | Manager: Meredith Infeld | Prior Visits: 11.14.95 | Date: 12.6.95 |
|---|---|---|---|
| Store # 6193 | Correct # FT: 2  Actual: 2 | Mgr. Tm'r: | Chk in date: 8.95 |

## YTD Performance

| Overall evaluation of YTD Performance. (Check one box) | ☐ Above Average ☐ Average ☑ Needs Improvement | Improvement since last visit. (Check one box) | ☐ Acceptable ☑ Needs Improve |
|---|---|---|---|

| M.A.S. 885,143 | M.A.R. 857,703 | 6 WK −3.0% |
|---|---|---|

| % Sales Gain −3.8% | District Avg. +5.7% | $ Sales Gain −$28,578 | |
|---|---|---|---|
| Wage % 10.8% | District Avg. 10.58% | Wage% Inc/Dec +1.22% | District Avg. −.06% |
| Multiple % 39.64% | District Avg. 40.88% | MST $ 74.78 | District Avg. $ 74.32 |
| Apparel % 13.83% | District Avg. 13.86 | Apparel % Inc/Dec +2.21% | District Avg. +1.76% |
| Accessory % 10.5% | District Avg. 10.09% | Accessory % Inc/Dec −1.22% | District Avg. −.92% |
| Matchpoint Liquidation 57.15% | District Avg. 60.15% | Markdown % 4.66% | District Avg. 4.79% |
| Discount % .26% | District Avg. .22% | Profit % YTD +10.48% | District Avg. +9.03% |
| Profit Improv. −23.95% | District Avg. +23.66% | 12 Month Profit % +11.0% | 12 Month Profit $ +$98,− |
| YTD Profit $ +67,538 | Audit (6193) Shrink $ −2278 | Audit (6193) Shrink % .8% | District Avg. .36% |
| Avg. Monthly Phone Bill $33. | District Avg. $ 40. | Bonus $ YTD — | YTD Bonus $ Inc/Dec — |
| Manager Multi % 45.54% | Manager $ MST 76.34 | Manager Book $ 4433 | Mgr Book % to Total 26.1% |

## District Managers Comments:

- to have a gain for the yr. you must average $3572 a week in sales gains the next eight weeks
- the next 8 wks will be big in apparel — Explode
- focus on improving matchpts to district average —

W00 000760
21719-0001

# LADY FOOT LOCKER SALES FLOOR JOB DESCRIPTION
## "OUR STANDARD OF CUSTOMER SERVICE BEHAVIOR"

### Greet every customer in 9 seconds of less.
* Determine customer needs.
* Tell the customer your name.

### Get shoe customers into the seat, apparel customers into the fitting room.
* Measure both feet and bring out three pairs of shoes to start...the third pair must be a matchpoint.
* Feed the fitting room and "B.uild - A. - S.ale" through multiple item presentation
* Introduce accessories to both shoe and apparel customers.

### Utilize "H.O."... to better service both shoe and apparel customers.

### Build your M.ultiple S.ale T.ransaction by increasing your multiple item sales.
* Overcome customer objections through product knowledge.

### Close the sale by confirming the customer's decision.
* Offer a warm and sincere "thank you", mention your name and invite them back.
* If the sale cannot be made, utilize our Corporations "TEAM WORK WORKS" program.

| Overall evaluation of Sales Floor Programs. (Check one box) | | Improvement since last visit. (Check one box) | |
|---|---|---|---|
| ☐ Above Average | ☒ Acceptable |
| ☒ Average | ☐ Needs Improve. |
| ☐ Needs | |

**Comments:**

Your new team is aggressive — now
thru the big six it is important
to be at your best in the
job description and maximize
every sale by selling our
customers complete outfits from
head to toe.

Keep stressing the importance of doubling
up —

We've got lots of apparel, make
sure that it works for us!

"HAVE A GREAT PEAK."

W00 000761
21719-0001

| Disciplinary action needed to retain current position? | Yes ☐ | No ☒ |
| --- | --- | --- |

**District Manager:** Use the space below to summarize your visit and to be sure all necessary comments have been discussed and documented. If disciplinary action is necessary, be very specific describing the areas that must be improved, give specific direction for improvement and the time frame agreed upon.

Meredith you must get better prepared for the next two peak weeks of the big six period.

You must plan better to cover your sales floor and get daily tasks completed.

Take a look at your week, know what floor coverage is needed for sales and what help you need to do ship-ment and set up any sales schedule accordingly and plan out your week in advance — you don't have a plan, you need me, the big six is here!

**Manager Comments:**

I feel that all of us need to get together and become a stronger team. Gasps need to be taken care of right away at all times, especially at Christmas time.

**Things To Do:**

1) Finalize your peak week Schedules and know who is going to work as it stands now you do not have enough help !!

2) Organize daily tasks better & schedule correctly

| Overall evaluation of YTD Performance | AA ☐ A ☐ NI ☒ | Overall evaluation of Sales Floor | AA ☐ A ☒ NI ☐ | W00 000762 21719-0001 |
| --- | --- | --- | --- | --- |

| **Overall Performance:** | AA ☐ | A ☒ | NI ☐ |
| --- | --- | --- | --- |

Mgr. Signature: _Sarah Lowery_    DM Signature: _Jeffrey Boyd_

| Sales Programs: | | AA | ✓ | A | | NI | |
|---|---|---|---|---|---|---|---|

YOUR TEAM IS AWARE OF THE IMPROTANCE OF THE JOB DISCRIPTION----PUT MORE FOCUS ON SHOWING AND SELLING APPAREL---WE NEED TO IMPROVE OUR AVG MST DOLLARS

| Human Resource Development: | | AA | | A | ✓ | NI | |
|---|---|---|---|---|---|---|---|

I NEED SOME HELP IN RECRUITING FROM YOU IN 96----GOOD FOLLOW THRU ON TRAINING OF OUR NEWEST F/T CHRISTINE FARNUM MAKE SURE SHE COMPLETS PHASE ONE PER THE TIME FRAME

| Visual Merchandising / VSM: | | AA | | A | ✓ | NI | |
|---|---|---|---|---|---|---|---|

MATCHOINT TOWE NEEDS A TOPPER AND SHELF STRIPS  KIDS TOWER NEEDS TO BE FULL AND  BASE DONE PER V M.-APPAREL LOOKS GOOD AS ALL IS LOW ENOUGH FOR CUSTOMERS TO REACH

| Productivity: | | AA | ✓ | A | | NI | |
|---|---|---|---|---|---|---|---|

GREAT PRODUCTIVITY FROM FULL TIME TEAM-----PRIME TIMERS NEED TO IMPROVE THEIR MULTIPLES TO 40% AS THEY ARE AT 37 5% AND 25 53%

| Security / Administrative: | | AA | ✓ | A | | NI | |
|---|---|---|---|---|---|---|---|

GOOD FOLLOW THRU ON TEST CHECKS AND AAPPAREL COUNTS- WE NEED AUDIT UNDER  25% FROM YOU AND YOUR TEAM IN 96-- WELL TRAINED EMPLOYEES ON SECURITY PROCEDURES WILL INSURE IT

| Topic(s) Discussed: | 1) VISUAL  2)UPH-FPU 3)TRAINING |
|---|---|

*District Manager:  Use the space below to summarize your visit and to be sure all necessary comments have been discussed and documented.  if disciplinary action is necessary  be very specific describing the areas that must be improved, give specific direction for improvement and the time frame agreed upon.*

OFF TO A GREAT START IN 96--SUPER TO SEE.  MY CHALLENGE IS A MILLION IN SALES FROM 6193 IN 1996.
TO DO THIS WE MUST MAKE SELLING AND SHOWING APPAREL A BIIGGER PRIORITY AS WE HAVE LOTS OF OPPURTUNITY AND SALES GAINS AVAILABLE HERE WITH THE RIGHT PRODUCT AND A STONG PROGRAM IN SHOWING AND SELLING........
SUPER TO SEE MULTIPLES WELL OVER 40 % AND ALL F.T. OVER 40%—JUST THINK WHAT OUR MULTIIPLE % WOULD BE IF WE HAD OUR PRIME-TIMERS OVER 40%-----WE WOULD BE OVER 45%!!!!-GET THEM GOING HERE AND MAKE THEM ACCOUNTABLE!!!!!!!!

**Manager Comments:**

TO INCREASE SALES FOR THIS YR, I BELIEVE THAT FOCUS ON SELLING APP. IS IMPORTANT TO REACH OUR MILLION DOLLAR GOAL.  FRESH NEW APP. HAS ARRIVED AMD WITH PROPER MERCHANDISING AND SELLING  THIS GOAL CAN BE ACHIEVED.

W00 000763
21719-0001

| Evaluation of Topic: | AA | ✓ | A | | NI | |
|---|---|---|---|---|---|---|

| Disciplinary action needed to retain current position? | | Yes | | No | ✓ |
|---|---|---|---|---|---|

Mgr. Signature: _Sorah Lowen_    DM Signature: _(signature)_

# Lady Foot Locker

**A. C. E. Visit Report**

Revised 01/2006

| District # 427 | Manager: MEREDITH INFELD | Prior Visits: | Date: 2/28/96 |
|---|---|---|---|
| Store # 6193 | Correct # FT: 2    Actual: 2 | MTr: | Chk in date: 8/95 |

## YTD Performance

| Overall evaluation of YTD Performance. (Check one box) | ✓ Above Average<br>☐ Average<br>☐ Needs Improvement | Improvement since last visit. (Check one box) | ✓ Acceptable<br>☐ Needs Improve |
|---|---|---|---|

| M.A.S. | 934,112 | M.A.R. | 1,128,407 | 6 WK | +20.8 |
|---|---|---|---|---|---|

| % Sales Gain | +25.0 | District Avg. +12.7 | $ Sales Gain | +15,493 | |
|---|---|---|---|---|---|
| Wage % | 8.76 | District Avg. 10.67 | Wage% Inc/Dec | -2.54 | District Avg. -.38 |
| Multiple % | 43.49 | District Avg. 37.94 | MST $ | 74.69 | District Avg. 75.50 |
| Apparel % | 12.43 | District Avg. 12.40 | Apparel % Inc/Dec | -2.60 | District Avg. -2.75 |
| Accessory % | 8.49 | District Avg. 8.47 | Accessory % Inc/Dec | -1.00 | District Avg. -1.01 |
| Matchpoint Liquidation | 31.86 | District Avg. 27.79 | Markdown % | 4.96 | District Avg. 4.98 |
| Discount % | .28 | District Avg. .24 | Profit % YTD | +12.07 | District Avg. +9.91 |
| Profit Improv. | -6.89 | District Avg. +25.32 | 12 Month Profit % | +12.07 | 12 Month Profit $ +110, |
| YTD Profit $ | +110, | Audit Shrink $ N/C 96 | Audit Shrink % | N/C 96 | District Avg. N/C 96 |
| Avg. Monthly Phone Bill | 30. | District Avg. 41. | Bonus $ YTD | - | YTD Bonus $ Inc/Dec - |
| Manager Multi % | 44.87 | Manager $ MST 77.61 | Manager Book | 5956 | Mgr Book % to Total 31.7 |

## District Managers Comments:

EXCELLENT START TO 1996 AS YOU ARE ABOVE DISTRICT AVG. IN ALL AREAS—— HOWEVER WE ARE DOWN IN BOTH ACC. AND APPAREL AND WE NEED FOCUS AND IMPROVEMENT IN BOTH——SUPER JOB IN MULTIPLES WELL OVER 40%, KEEP IT UP, AND IN MATCHPOINT LIQ. AS YOU ARE WELL AHEAD OF PLAN— MY PERSONAL CHALLENGE TO YOU IS TO TAKE 6193 OVER THE MILLION DOLLAR MARK IN SALES THIS YR. APPAREL MUST BE A BIG PART OF THAT SALES GAIN WE MUST CAPITALIZE HERE TO MAX OUT OUR VOLUME.

W00 000759
21719-0001

# Lady Foot Locker

## Store Evaluation Report
Revised 12/18/94

| District # 427 | Manager: MEREDITH INFELD | Prior Visits: 5/8/96 | Date: 7/11/96 |
|---|---|---|---|
| Store # 6193 | Correct # FT: 2    Actual:    2 | Mgr. Tra'r: | Chk in date: 8/96 |

## YTD Performance

| Overall evaluation of YTD Performance. (Check one box) | | Improvement since last visit. (Check one box) | |
|---|---|---|---|
| ✓ Above Average | | ✓ Acceptable | |
| ☐ Average | | ☐ Needs Improve | |
| ☐ Needs Improvement | | | |

| M.A.S. | 900,861 | M.A.R. | 1,009,737 |
|---|---|---|---|

| % Sales Gain | +17.2 | District Avg. +9.4 | $ Sales Gain | + 62,243 | | |
|---|---|---|---|---|---|---|
| Wage % | 9.34 | District Avg. 10.54 | Wage % Inc/Dec | -1.75 | District Avg. -.51 | |
| Multiple % | 42.33 | District Avg. 41.10 | MST $ | 77.32 | District Avg. 75.57 | |
| Accessory % | 8.46 | District Avg. 8.75 | Accessory % Inc/Dec | -1.73 | District Avg. -1.18 | |
| Apparel % | 16.42 | District Avg. 14.48 | Apparel % Inc/Dec | +1.07 | District Avg. -1.01 | |
| Matchpoint Liquidation | 84.99 | District Avg. 81.96 | Markdown % | 4.94 | District Avg. 5.46 | |
| Discount % | .19 | District Avg. .17 | Profit % YTD | +15.93 | District Avg. | +9.63 |
| Profit Improve. | +104.63 | District Avg. +63.43 | 12 Month Profit % | - | 12 Month Profit $ | - |
| YTD Profit $ | +64,006 | Audit Shrink $ | -917 | Audit Shrink % | -.21 | District Avg. -.36 |
| Avg. Monthly | 28. | District Avg. 36.57 | Bonus $ YTD | 2519 | YTD Bonus $ Inc/Des | - |
| Manager Multiple % | 47.94 | Manager $ MST | 77.10 | Manager Book - | 5558 | Mgr Book % to Total | 28.7 |

### trict Managers Comments:

EVERY AREA IS ABOVE DISTRICT AVERAGE EXCEPT FOR ACCESSORIES- BETTER JOB
FOLLOW THRU WILL GET THIS AREA ABOVE LG. AVERAGE.
YOUR LESS THAN 20,000 AWAY FROM A MILLION!!!!! HOW SOON?????
PROFITS ARE UP OVER 104% AS SALES AARE UP THRU JUNE 15.90% AND EXPENSES ARE DOWN 2% FOR

VENA000030


EXHIBIT
23

District Manager: Use this space below to thoroughly recap for the Store Manager your evaluation of the topic listed. Be detailed, straight forward and objective in your comments. Use this opportunity to express, in writing, exactly how the Store Manager is currently performing in this area and specific direction to improve areas that need development.

## Human Resource Development
(Review Trainees, Training Days, Monthly Appraisals, Recruiting Effort, Professionalism of Crew)

Comments:

YOU MUST PUT MORE TRAINING AND GET MORE DISCIPLINE IN THE FOLLOW THRU OF THE JOB DESCRIPTION. AS WE DISCUSSED I WANT EACH AREA OF THE JOB DESCRIPTION DONE AS A FULL DAY TRAINING DAY. IF WE DO NOT GET THE NEEDED FOLLOW THRU ON FOLLOW THRU OF THE JOB DESCRIPTION THEN THAT ASSOCIATE MUST BE WRITTEN UP. WE MUST GET FOLLOW THRU FOR ALL ON YOUR TEAM INCLUDING PRIME TIMERS.

| Trainee #1   Name: BRIDGETT PAPPAS | Phase/Targeted Completion Date: MIT. | |
|---|---|---|
| YTD Avg Sales Book: 4670 | STD Avg Multiple %: 69.92 | STD Avg $MST: 53.46 |

WELCOME TO LG. 427.
GREAT MULTIPLES AND SALES BOOK-KEEP IT UP!!!!!!

| Trainee #2   Name: NATALIE LANDAU | Phase/Targeted Completion Date: ONE-LOLLATE | |
|---|---|---|
| YTD Avg Sales Book: 5268 | STD Avg Multiple %: 48.61 | STD Avg $MST: 79.46 |

NATALIE YOUR FOLDER IS BEHIND ONE MONTH. GOOD AVERAGE SALES BOOK. GET MULTIPLES TO STORE AVERAGE OF 42.33%. WE DISCUSSED AT LENGTH TODAY YOUR RESULTS ON THE MYSTERY SHOPPER AND HOW POOR THEY WERE. I EXPECT IMMEDIATE IMPROVEMENT.

| Trainee #3   Name: | Phase/Targeted Completion Date: | |
|---|---|---|
| YTD Avg Sales Book: | STD Avg Multiple %: | STD Avg $MST: |

| Name | % Multi | $ MST | Name | % Multi | $ MST |
|---|---|---|---|---|---|
| L. MCDERMAID | 31.52 | 75.82 | T.LEWIS | 33.2 | 72.54 |
| | | | | | |

| Overall evaluation of: HRD Development (Check one box) | | | Improvement since last visit (Check one box) | | |
|---|---|---|---|---|---|
| | ☐ Above Average | | | ☑ Acceptable | |
| | ☑ Average | | | ☐ Needs Improvement | |
| | ☐ Needs Improvement | | | | |

VENA000

District Manager: Use the space below to thoroughly recap for the Store Manager your evaluation of the topics listed. Be detailed, straight forward and objective in your comments. Use this opportunity to express, in writing, exactly how the Store Manager is currently performing in this area and specific direction to improve areas that need development.

## LFL Sales Floor Programs
### (Sales Floor Job Description, Teamwork Works, other Company Programs)

**Comments:**

AS WE WENT OVER BY THE MYSTERY SHOPPER REPORT WE HAVE A LOT OF WORK TO DO ON OUR LADY FOOTLOCKER JOB DESCRIPTION.
THE MYSTERY SHOPPER( MIKE FLANNAGEN AND BECKY STEPHANSKI) WERE NOT GREETED, THEY WERRE NOT SHOWN ACC OR APP, WE DID NOT OFFER TO MEASURE THEIR FEET, WE DID NOT HO THEM, WE DID NOT GIVE OUR NAME, WE DID NOT SHOW A MATCHPOINT, AND WE DID NOT THANK THEM OR TELL THEM TO COME BACK. WHAT ELSE IS THERE WE DID NOT DO ANYTHING  ACCORDING TO THE JOB DESCRIPTION. THIS MUST STOP IMMEDIATELY AND EVERY EMPLOYEE MUST KNOW WHAT IS TO BE DONE AND THEN THEY MUST FOLLOW THRU. IF THEY DO NOT DO SO THEY CANNOT WORK FOR LADY FOOTLOCKER.
I WANT MAJOR FOCUS AND I WANT BETTER RESULTS.
NATLAIE WAS WEARING A BEEPER AND THIS IS UNACCEPTABLE.
NAME TAGS MUST BE WORN AT ALL TIMES, AND DRESS CODE MUST BE PER CO. POLICY....

| Overall evaluation of: Sales Floor Programs (Check one box) | | Improvement since last visit (Check box) | |
|---|---|---|---|
| ☐ Above Average | | ☐ Acceptable | |
| ☐ Average | | ☑ Needs Improvement | |
| ☑ Needs Improvement | | | |

## Product
### (Merchandising, Planning, Utilization of Information, Product Mix, Communication)

| Comments: | $ Inventory LY: | $ Inventory TY: |
|---|---|---|

GET READY FOR BTS-DO NOT WAIT TO GET WHAT YOUR SENT-GET WHAT YOU NEED!!!!!!

VENA000032

| Overall evaluation of: Product Involvement (Check one box) | | Improvement since last visit (Check one box) | |
|---|---|---|---|
| ☐ Above Average | | ☑ Acceptable | |
| ☑ Average | | ☐ Needs Improvement | |
| ☐ Needs Improvement | | | |

District Manager: Use the space below to thoroughly recap for the Store Manager your evaluation of the topic listed. Be detailed, straight forward and objective in your comments. Use this opportunity to express, in writing, exactly how the Store Manager is currently performing in this area and specific direction to improve areas that need development.

## Visual Merchandising
### (VM Instruction Follow Through, Cleanliness, Windows, Back Room Organized)

Comments:

AS WE DISCUSSED AND WENT OVER YOU MUST FOLLOW THRU BETTER ON VISUAL INSTRUCTIONS.
YOU MUST FOLLOW THEM AS CLOSELY AS YOU CAN, NOT JUST WHEN YOU THINK IT IS RIGHT OR
WANT TO.
DISCUSS AND GO OVER WITH YOUR NEW MIT THE APPAREL WALL SHE DID, MAKE SURE THAT YOU
EXPLAIN TO HER HOW IMPORTANT IT IS TO FOLLOW VM GUIDLINES AS WE WANT ALL STORE TO
LOOK AS MUCH ALIKE AS POSSIBLE, IT IS A MATTER OF DISCIPLINE.
WE MUST DEVLOP BETTER DISCIPLINE HERE,

| Overall evaluation of:<br>VM Follow Through<br>(Check one box) | ☐ Above Average<br>☐ Average<br>☑ Needs Improvement | Improvement<br>since last visit<br>(Check one box) | ☐ Acceptable<br>☑ Needs Improvement |
|---|---|---|---|

## Operations
### (Accounting, Security, Apparel Counts, Test Checks)

Comments:

GOOD FOLLOW THRU IN TAKING WEEKLY TEST CHECKS . APPAREL COUNTS ARE NOT BEING DONE
DAILY AND MUST BE DONE DAILY AS PER CO. POLICY.
YOUR MANAGER STATEMENT IS $465.06 AND ALL BUT ONE ITEM IS NO GOOD CHECKS, IF NECESSARY
GET MGR. AND AM TO APPROVE ALL CHECKS AND CHARGES.

VENA000033

| Overall evaluation of:<br>Operational Areas<br>(Check one box) | ☐ Above Average<br>☑ Average<br>☐ Needs Improvement | Improvement<br>since last visit<br>(Check one box) | ☐ Acceptable<br>☑ Needs Improvement |
|---|---|---|---|

| Disciplinary action needed to retain current position? | Yes ☐ | No ☑ |
|---|---|---|

Artist Manager: Use the space below to summarize your visit and to be sure all necessary comments have been discussed and documented. If disciplinary action is necessary, be very specific describing the areas that must be improved, give specific direction for improvement and the time frame agreed upon.

WE SPENT A LOT OF TIME TODAY DISCUSSING TWO AREAS- 1) FOLLOW THRU AND EXECUTION OF THE LADY FOOTLOCKER JOB DESCRIPTION AND THE RESULTS OF THE MYSTERY SHOPPER. THIS AREA MUST TAKE TOP PRIORITY AND WE MUST SHOW IMPROVEMENT HERE.... AS WE DISCUSSED TRAINING DAYS DOCUMENTED ON EACH AREA OF THE JOB DESCRIPTION. MONITOR FOLLOW THRU AND IF NECESSARY TAKE FURTHER ACTION ON ANY ONE WHO DOES NOT FOLLOW THRU OR ATTEMPT TO FOLLOW THRU. 2)VM FOLLOW AS PER VM DIRECTIVE BY THE MARKETING DEPT., YOU UNDERSTAND WHAT WE NEED, NO LET'S GET IT DONE.
GET READY FOR BTS IN BOTH PRODUCT AND IN PEOPLE, IT WILL BE HERE BEFOR YOU KNOW IT.

I AM NOT HAPPY WITH THE RESULTS OF THE MYSTERY SHOP BUT THIS INFORMATION WILL CERTAINLY BE HELPFUL IN TRAINING MY TEAM TO BE THE BEST IN CUSTOMER SERVICE USING THE ...B DESCRIPTION AS THE TOOL. I HAVE A LOT OF AREAS OF OPPORTUNITY TO IMPROVE . SALES ...E GREAT ; WE ARE UP UP UP. MY NEXT VISIT WILL SEE MANY CHANGES FOR THE BETTER.

VENA000034

| Overall evaluation of YTD Performance (Check one box) | AA ☑ / A / NI | Overall evaluation of Human Resource Development (Check one box) | AA / A ☑ / NI | Overall evaluation of LFL Sales Floor Programs (Check one box) | AA / A / NI ☑ |
|---|---|---|---|---|---|
| Overall evaluation of Product Involvement (Check one box) | AA ☑ / A / NI | Overall evaluation of Visual Merchandising (Check one box) | AA / A / NI ☑ | Overall evaluation of Operational Areas (Check one box) | AA / A / NI ☑ |

| Overall Performance | AA | | ☑ | | NI |

Mgr. Signature: _Meredith Lynfield_   DM Signature: _Jeffrey Sjok_

# Lady Foot Locker

## Store Evaluation Report

| District # | 427 | Manager: | MEREDITH INFELD | Prior Visits: | | Date: 6/13/97 |
|---|---|---|---|---|---|---|
| Store # | 6193 | Correct # FT: 2 | Actual: 1 | Mgr. Trn'r: | | Chk in date: 8/95 |

## YTD Performance

| Overall evaluation of YTD Performance. (Check one box) | ☐ Above Average ☑ Average ☐ Needs Improvement | Improvement since last visit. (Check one box) | ☑ Acceptable ☐ Needs Improve |
|---|---|---|---|

| M.A.S. | 1,061,103 | M.A.R. | 1,113,097 |
|---|---|---|---|

| % Sales Gain | -6.1 | District Avg. -.4 | $ Sales Gain | -21,597 | | |
|---|---|---|---|---|---|---|
| Wage % | 9.7 | District Avg. 10.37 | Wage % Inc/Dec | +.42 | District Avg. -.11 |
| Multiple % | 43.66 | District Avg. 41.62 | MST $ | 79.02 | District Avg. 78.10 |
| Accessory % | 8.54 | District Avg. 8.22 | Accessory % Inc/Dec | +.33 | District Avg. -.46 |
| Apparel % | 15.95 | District Avg. 13.81 | Apparel % Inc/Dec | -2.14 | District Avg. +.44 |
| Matchpoint Liquidation | 83.56 | District Avg. 8.22 | Markdown % | 6.66 | District Avg. 7.33 |
| Discount % | .07 | District Avg. .09 | Profit % YTD | 14.48 | District Avg. 8.44 |
| Profit Improve. | -16.31 | District Avg. -6. | 12 Month Profit % | - | 12 Month Profit $ | - |
| YTD Profit $ | +43,985 | Audit Shrink $ | -2105 | Audit Shrink % | -.45 | District Avg. -.47 |
| Avg. Monthly | $10. | District Avg. $35. | Bonus $ YTD | | YTD Bonus $ Inc/Dec | |
| Manager Multiple % | 53.79 | Manager $ MST | 80.73 | Manager Book | 4062 | Mgr Book % to Total | 25.9 |

## District Managers Comments:

EVEN THOUGH SALES ARE DOWN  OTHER INDICATORS  ARE BEING CONTROLLED-MULTIPLES OF 43.66%,ACCESSORY IMPROVEMENT OF 33%  VS DIST. DECREASE OF -.46%.
FOCUS ON BRINING YOUR APPAREL PERFORMANCE DECREASE.
THE LAST SIX WEEKS YOU ARE UP 5%.
AUDITS ARE BELOW .5% AND BETTER THAN DIST. AVERAGE-THANKS,KEEP THEM  WITHIN THE

VENA000039

EXHIBIT
29

*Store Manager: Use the space below to thoroughly recap for the Store Manager your evaluation of the topics listed. Be detailed, straight forward and objective in your comments. Use this opportunity to express, in writing, exactly how the Store Manager is currently performing in this area and specific direction to improve areas that need development.*

## Human Resource Development

**(Review Trainees, Training Days, Monthly Appraisals, Recruiting Effort, Professionalism of Crew)**

Comments:

YOU MUST MAKE RECRUITING A MUCH BIGGER PRIORITY. USE ALL RESOURCES AVAILABLE TO YOU AS WE DISCUSSED ON YOUR 96 APPRAISAL. YOU ARE A VETERAN MANAGER AND I NEED YOUR HELP IN RECRUITING NOT ONLY FOR YOUR STORE BUT ALSO FOR THE MARKET.
DOCUMENTATION OF TRAINING DAYS AND QUARTERLY APPRAISALS MUST BE MORE PRECISE LETTING THE EMPLOYEE KNOW EXACTLY WERE THEY STAND IN PERFORMANCE AND IN TERMS OF PROMOTIONS.
AM NATALIE LANDAU DOES NOT HAVE A TRAINING DAY IN HER FOLDER SINCE FEB OF 97 AND HAS NONE SINCE SHE HAS BEEN IN YOUR STSORE. SHE ALSO HAS NO QUARTERLY APPRAISAL FOR THE FIRST QUARTER WHICH ENDED IN MAY. DO ONE!
WE HAVE DISCUSSED BOTH AREAS-ITS TIME TO REACT!!!!!!!!!!!!

| Trainee #1 Name: NATALIE LANDAU | | Phase/Targeted Completion Date: PHASE 2 |
|---|---|---|
| YTD Avg Sales Book: $4187 | STD Avg Multiple %: 46.21 | STD Avg $MST: 80.19 |

VERY GOOD IMPROVEMENT IN MULTIPLE % AND IN MST DOLLARS.
YOUR NEXT GOALS ARE TO IMPROVE YOU AVERAGE SALES BOOK- 23.6% TO TOTAL TO DATE, GOAL IS 28%.
YOUR WAY BEHIND IN TRAINING IN PHASE TWO-THIS MUST NOT CONTINUE.

| Trainee #2 Name: JENIFER CLAUS | | Phase/Targeted Completion Date: SHIFT MGR |
|---|---|---|
| YTD Avg Sales Book: . | STD Avg Multiple %: 42.28 | STD Avg $MST: 7716 |

JENIFER THANKS FOR THE IMPROVEMENT IN MULTIPLE SALES.

| Trainee #3 Name: | | Phase/Targeted Completion Date: |
|---|---|---|
| YTD Avg Sales Book: | STD Avg Multiple %: | STD Avg $MST: |

VENA000040

| Name | % Multi | $ MST | Name | % Multi | $ MST |
|---|---|---|---|---|---|
| D.MANGATT | 27.15 | 79.76 | N.GAUNTLETT | 36.28 | 80.96 |
| M.HODGE | 38.89 | 79.75 | C.BAKER | 59.42 | 71.89 |

Overall evaluation of: HRD Development  ☐ Above Average   Improvement since last visit   ☐ Acceptable

Store Manager: Use the space below to thoroughly recap for the Store Manager your evaluation of the topics listed. Be detailed, straight forward and objective in your comments. Use this opportunity to express, in writing, exactly how the Store Manager is currently performing in this area and specific direction to improve areas that need development.

## LFL Sales Floor Programs
### (Sales Floor Job Description, Teamwork Works, other Company Programs)

Comments:

YOUR TEAM DOES A GOOD JOB IN EXECUTING THEIR JOB DESCRIPTION ESPICALLY IN SHOWING MULTIPLES.
TODAY YOUR TEAM WAS DOING A GOOD JOB IN TELLING EVERY CUSTOMER ABOUT THE SHORT AND T-SHIRT PROMO KEEP IT UP.

| Overall evaluation of Sales Floor Programs (Check one box) | ☑ Above Average ☐ Average ☐ Needs Improvement | Improvement since last visit (Check one box) | ☑ Acceptable ☐ Needs Improvement |

## Product
### (Merchandising, Planning, Utilization of Information, Product Mix, Communication)

Comments: | $ Inventory LY: | $ Inventory TY: |

$16, OF YOUR YTD LOSS IS IN DEPT. 14 AND YOUR AEROBIC CAT. IS OFF 50+ PRS.
WE WILL GET SOME AEROBIC INVENTORY IN YOUR STORE THRU TRANSFERS.

VENA000041

| Overall evaluation of Product Involvement | ☐ Above Average ☑ Average | Improvement since last visit (Check one box) | ☑ Acceptable ☐ |

Store Manager: Use the space below to thoroughly rate for the Store Manager your evaluation of the topic listed. Be detailed, straight forward and objective in your comments. Use this opportunity to express, in writing, exactly how the Store Manager is currently performing in this area and specific direction to improve areas that need development.

## Visual Merchandising

### (VM Instruction Follow Through, Cleanliness, Windows, Back Room Organized)

Comments:

GOOD JOB IN TAKING WHAT YOU LEARNED FROM THE VM CLINIC BACK TO YOUR STORE AND
IMPLEMENTING IT.
SET UP A TRIFLEX WITH CANVAS, SLIDES, AND SANDALS.

| Overall evaluation of:<br>VM Follow Through<br>(Check one box) | ☑ Above Average<br>☐ Average<br>☐ Needs Improvement | Improvement<br>since last visit<br>(Check one box) | ☑ Acceptable<br>☐ Needs Improvement |
|---|---|---|---|

## Operations

### (Accounting, Security, Apparel Counts, Test Checks)

Comments:

BETTER JOB ON YOUR LAST AUDIT OF STRESSING SECURITY. YOU MUST KEEP THE PRIORITY HIGH
HERE AND IT MUST PAY OFF IN AUDIT RESULT CONSISTENCY. YOUR LAST AUDIT WAS WITH IN THE
ALLOWABLE. YPUR LAST AUDIT RECIEVED AND OPERATIONS RATING OF SATISFACTORY.
CORRECT THE AREAS NEEDE TO RECIEVE A RATING OF EXCELLENT ON YOUR NEXT AUDIT.

VENA000042

| Overall evaluation of:<br>Operational Areas | ☐ Above Average<br>☑ Average | Improvement<br>since last visit | ☑ Acceptable |
|---|---|---|---|

| Disciplinary action needed to retain current position? | Yes ☐ | No ☑ |
|---|---|---|

District Manager: Use the space below to summarize your visit and to carry all necessary comments have been discussed and documented. If disciplinary action is necessary, be very specific describing the areas that must be improved, give specific direction for improvement and the time frame agreed upon.

MEREDITH  I WANT TO SEE MORE  EMPHASIS AND FOLLOW THRU IN RECRUITING AND IN THE TRAINING, DOCUMENTATION OF TRAINING AND FEEDBACK BOTH POSITIVE AND CONSTRUCTIVE TO YOUR TEAM.
THANKS FOR THE RESULTS OF YOUR LAST AUDIT, LET'S KEEP UP THE CONTROL HERE.
YOUR UP 5% THE LAST SIX WKS IN SALES, LETS CONTINUE TO BUILD  BY FOCUS ON ALL INDICATORS.
GET  READY FOR BTS IN PEOPLE AND PRODUCT-IT WILL BE HERE BEFOR YOU KNOW IT.

**Manager Comments**

Sales have been tough this year but recently we are seeing an increase. Jeff has been on me about documentation and just recently I am doing a better job at it. By next visit I'll even have a better grasp of it as far as the time management in completing proper documentation at the time it is needed.

**Things To Do:**

1/SANDALE/CANVAS TOWER
2. TRAINING/RECRUITING FOCUS AND DOCUMENTATION OF TRAINING DAYS AND QUARTERLY APPRAISALS

| Overall evaluation of YTD Performance. (Check one box) | A ☑ (A) | Overall evaluation of Human Resource Development (Check one box) | NI ☑ | Overall evaluation of LPL Sales Floor Processes (Check one box) | AA ☑ |
|---|---|---|---|---|---|
| Overall evaluation of Product Involvement (Check one box) | A ☑ | Overall evaluation of Visual Merchandising (Check one box) | AA ☑ | Overall evaluation of Operational Areas (Check one box) | A ☑ |

| **Overall Performance:** | AA | | A ☑ | | NI |
|---|---|---|---|---|---|

Mgr. Signature: _____     DM Signature: _____

VENA000043

# PLAINTIFF'S COMPOSITE EXHIBIT "11"

VENA001106

# Lady Foot Locker

**Sales Intensity Visit**
Revised 01/02/96

| District # 427 | Manager: Trina Kollie | Prior Visits: 5/23/95 | Date: 8/5/95 |
|---|---|---|---|
| Store # 1544 | Correct # FT: 2  Actual: 2 | Mgr. Trn'r: | Chk In date: 2/95 |

## YTD Performance

| Overall evaluation of YTD Performance. (Check one box) | ☐ Above Average  ☒ Average  ☐ Needs Improvement | Improvement since last visit. (Check one box) | ☒ Acceptable  ☐ Needs Improve |
|---|---|---|---|

| M.A.S. 718,789 | M.A.R. 830,920 | 6 WK +14.8% |
|---|---|---|

| % Sales Gain +17.6% | District Avg. +6.1% | $ Sales Gain + $50,299 | |
|---|---|---|---|
| Wage % 10.49% | District Avg. 10.68% | Wage% Inc/Dec −1.38% | District Avg. +.02% |
| Multiple % 38.0% | District Avg. 41.88% | MST $ $68.50 | District Avg. $72.63 |
| Apparel % 14.84% | District Avg. 15.05% | Apparel % Inc/Dec +5.19% | District Avg +2.47% |
| Accessory % 9.41% | District Avg. 9.87% | Accessory % Inc/Dec −2.16% | District Avg. −1.16% |
| Matchpoint Liquidation 79.67% | District Avg. 80.03% | Markdown % 4.17% | District Avg. 5.65% |
| Discount % .32% | District Avg. .22% | Profit % YTD +10.63% | District Avg. +6.49% |
| Profit Improv. +94.86% | District Avg +31.30% | 12 Month Profit % +10.1% | 12 Month Profit $ + $71,000 |
| YTD Profit $ + $30,449 | Audit Shrink $ − $817. | Audit Shrink % −.39% | District Avg. −.38% |
| Avg. Monthly Phone Bill $12.00 | District Avg. $39.00 | Bonus $ YTD $1846. | YTD Bonus $ Inc/Dec ——— |
| Manager Multi % 42.87% | Manager $ MST $68.78 | Manager Book $4476. | Mgr Book % to Total 33.2% |

## District Managers Comments:

Your sales gain for the year is very good and
well above dg. avg. Also good job
in mgr productivity.
You must build volume with stronger
performance in multiples both % and
mst $.
Be above district average in matchpts
the 2nd half thru awareness and
goal setting.

SKU #01-58101-7-00    WHITE: D.M. (D.M. to retain original)    CANARY: STORE MANAGER    PINK: RVP

# LADY FOOT LOCKER SALES FLOOR JOB DESCRIPTION
## "OUR STANDARD OF CUSTOMER SERVICE BEHAVIOR"

### Greet every customer in 9 seconds of less.
* Determine customer needs.
* Tell the customer your name.

### Get shoe customers into the seat, apparel customers into the fitting room.
* Measure both feet and bring out three pairs of shoes to start...the third pair must be a matchpoint.
* Feed the fitting room and "B.uild - A. - S.ale" through multiple item presentation
* Introduce accessories to both shoe and apparel customers.

### Utilize "H.O."... to better service both shoe and apparel customers.

### Build your M.ultiple S.ale T.ransaction by increasing your multiple item sales.
* Overcome customer objections through product knowledge.

### Close the sale by confirming the customer's decision.
* Offer a warm and sincere "thank you", mention your name and invite them back.
* If the sale cannot be made, utilize our Corporations "TEAM WORK WORKS" program.

| Overall evaluation of Sales Floor Programs. (Check one box) | Above Average<br>☑ Average<br>☐ Needs | Improvement since last visit. (Check one box) | ☒ Acceptable<br>☐ Needs Improve. |
|---|---|---|---|

**Comments:**

TRINA THE AREAS THAT YOU need to
FOCUS ON AND IMPROVE are!
1) Showing Apparel: WE MUST BE MUCH
more consistent IN Showing Apparel
into the seat and getting Customers
into the fitting Room
2) H.O. Program — this program is
weak + we CANNOT WALK
Customers without an H.O.
3) Doubling Up: Your team must
LEARN to double up faster
and when ever needed!

FOCUS + FOLLOW THRU WILL INSURE Bigger
gains!!

VENA001107

| Disciplinary action needed to retain current position? | Yes ☐ | No ☒ |
|---|---|---|

**District Manager:** Use the space below to summarize your visit and to be sure all necessary comments have been discussed and documented. If disciplinary action is necessary, be very specific describing the areas that must be improved, give specific direction for improvement and the time frame agreed upon.

TRINA, FOCUS ON MAKING YOUR team more
aware OF THEIR JOB DESCRIPTION
AND WHAT THEY NEED TO DO
to improve — I DO THIS BY USING
supplemental training days.
Document what is the "RIGHT"
BEHAVIOR AND HOLD EACH
Accountable!
HAVE A GREAT BTS!

**Manager Comments:**

We had a good sales intensity visit with
Jeff and he pointed out something that
will help us maximize volume during
BTS.
We will start focusing on multiples &
avr description (H.O.'s + daily length).

**Things To Do:**

1) USE COMPLETE wholistic chart — goALS —
matchpts + A.O.'s
2) Sign in/out per Co. policy
3)

| Overall evaluation of YTD Performance | AA ☐ A ☒ NI ☐ | Overall evaluation of Sales Floor | AA ☐ A ☒ NI ☐ |
|---|---|---|---|

| **Overall Performance:** | AA ☐ | A ☒ | NI ☐ |
|---|---|---|---|

**Mgr. Signature:** Trina Rollie     **DM Signature:** Jeffrey Bjork

VENA001108

# Lady Foot Locker

**Store Evaluation Report**
Revised 12/30/94

| District # 427 | Manager: TRINA Rollie | Prior Visits: 8·5·95 | Date: 10·17·95 |
| Store # 6544 | Correct # FT: 2   Actual: 2 | Mgr. Trn'r: | Chk in date: 2/95 |

## YTD Performance

| Overall evaluation of YTD Performance. (Check one box) | ☐ Above Average ☒ Average ☐ Needs Improvement | Improvement since last visit. (Check one box) | ☒ Acceptable ☐ Needs Improve |

| M.A.S. | 741,736 | M.A.R. | 855,963 | 6 WK | +15.5% |

| % Sales Gain +16.5% | District Avg. +6.0% | $ Sales Gain + $ 73,246 | |
| Wage % 10.39% | District Avg. 10.37% | Wage % Inc/Dec −.73% | District Avg. −.02% |
| Multiple % 36.08% | District Avg. 40.81% | MST $ 68.35 | District Avg. $ 73.65 |
| Apparel % 12.59% | District Avg. 13.56% | Apparel % Inc/Dec +3.39% | District Avg. +1.80% |
| Accessory % 10.20% | District Avg. 10.73% | Accessory % Inc/Dec −2.10% | District Avg. −.93% |
| Matchpoint Liquidation 42.46% | District Avg. 45.5% | Markdown % 4.01% | District Avg. 4.98% |
| Discount % .34% | District Avg. .22% | Profit % YTD +12.92% | District Avg. +9.93% |
| Profit Improve. +69.99% | District Avg. +20.33% | 12 Month Profit % +11.5% | 12 Month Profit $ + $ 83,000 |
| YTD Profit $ + $ 64,025 | Audit Shrink $ − $ 817.00 | Audit Shrink % 7.39% | District Avg. −.34% |
| Avg. Monthly Phone Bill $ 21.00 | District Avg. $ 4.23 | Bonus $ YTD | YTD Bonus $ Inc/Dec |
| Manager Multiple % 40.3% | Manager $ MST 67.77 | Manager Book $ 4636 | Mgr Book % to Total 32.1% |

## District Managers Comments:

WE DEVELOPED AN ACTION PLAN FOR IMPROVING
your multiples and matchpts — you
CAN INCREASE your multiple % by focusing
on D-10 — get open bins out w/ those
matchpts by concentrating on those
DEPTS FIRST which have the most
UNITS, you can't sell what is not
shown. Your ytd sales gain is great
as is your profit % and improvement — thanks.

SKU #01-58102-5-00     WHITE: D.M. (D.M. to retain original)     CANARY: STORE MANAGER     PINK: RVP

District Manager: Use the space below to thoroughly recap for the Store Manager your evaluation of the topic listed. Be detailed, straight forward and objective in your comments. Use this opportunity to express, in writing, exactly how the Store Manager is currently performing in this area and specific direction to improve areas that need development.

## Human Resource Development
(Review Trainees, Training Days, Monthly Appraisals, Recruiting Effort, Professionalism of Crew)

**Comments:**

No one on your team runs over store average in multiples. This is an area to give documented training days. Give them goals and the time frame to reach these goals. Review weekly, daily.

- You must do monthly evaluations every month for Vanessa and Susan.

---

**Trainee #1 Name:** Vanessa Castagna   **Phase/Targeted Completion Date:** TWo —   12/95

**YTD Avg Sales Book:** $4657   **STD Avg Multiple %:** 34.51%   **STD Avg $MST:** $70.45

**Comments:** Vanessa we discussed the need of improving your multiples. We agreed that to make different items and trying to demonstrate them as a way to improve.

---

**Trainee #2 Name:** Susan Ibarra   **Phase/Targeted Completion Date:** TWo — 7

**YTD Avg Sales Book:** 6286   **STD Avg Multiple %:** 34.13   **STD Avg $MST:** 66.93

**Comments:** Susan we discussed today the job requirements of an a.m. & focus on improving your multiples to 40%.

---

**Trainee #3 Name:**   **Phase/Targeted Completion Date:**

**YTD Avg Sales Book:**   **STD Avg Multiple %:**   **STD Avg $MST:**

**Comments:**

---

| | Name | % Multi | $ MST | Name | % Multi | $ MST |
|---|---|---|---|---|---|---|
| **Part Time** | Y. Khan | 32.06 | 65.10 | | | |
| | A. Hutchinson | 14.63 | 66.65 | | | |

**Comm:** Your prime-time team needs to be trained on the importance of selling multiples + job description.

---

| Overall evaluation of: HRD Development (Check one box) | ☐ Above Average ☐ Average ☒ Needs Improvement | VENA001102 | Improvement last visit k one box) | ☐ Acceptable ☒ Needs Improvement |
|---|---|---|---|---|

District Manager: Use the space below to thoroughly recap for the Store Manager your evaluation of the topic listed.  Be detailed, straight forward and objective in your comments.  Use this opportunity to express, in writing, exactly how the Store Manager is currently performing in this area and specific direction to improve areas that need development.

## LFL Sales Floor Programs
### (Sales Floor Job Description, Teamwork Works, other Company Programs)

Comments:

• Your greeting is good —

• focus on building sales by selling multiples. Use all resources available and show every thing at your disposal — apparel, accessories, cleaners. Demonstrate how 'water' and soil replent works.

• Show more apparel and get your team to get more customers into the fitting room.

• Your team does a good job of thanking your customer.

| Overall evaluation of:<br>Sales Floor Programs<br>(Check one box) | ☐ Above Average<br>☒ Average<br>☐ Needs Improvement | Improvement<br>since last visit<br>(Check one box) | ☒ Acceptable<br>☐ Needs Improvement |
|---|---|---|---|

## Product
### (Merchandising, Planning, Utilization of Information, Product Mix, Communication)

| Comments: | $ Inventory LY: | $ Inventory TY: |
|---|---|---|
| Keep being aggressive and persistent on needed merchandise. | | |

VENA001103

| Overall evaluation of:<br>Product Involvement<br>(Check one box) | ☐ Above Average<br>☒ Average<br>☐ Needs Improvement | Improvement<br>since last visit<br>(Check one box) | ☒ Acceptable<br>☐ Needs Improvement |
|---|---|---|---|

District Manager:  Use the space below to thoroughly recap for the Store Manager your evaluation of the topic listed.  Be detailed, straight forward and objective in your comments.  Use this opportunity to express, in writing, exactly how the Store Manager is currently performing in this area and specific direction to improve areas that need development.

## Visual Merchandising
### (VM Instruction Follow Through, Cleanliness, Windows, Back Room Organized)

Comments:

- Your store is neat and organized — re do your apparel walls per our discussion.
- put out bins of matchpt apparel
- Shoe wall Looks very good and is done per V.M.

| Overall evaluation of: VM Follow Through (Check one box) | | | Improvement since last visit (Check one box) | | |
|---|---|---|---|---|---|
| | ☒ Above Average | | | ☒ Acceptable | |
| | ☐ Average | | | ☐ Needs Improvement | |
| | ☐ Needs Improvement | | | | |

## Operations
### (Accounting, Security, Apparel Counts, Test Checks)

Comments:

Apparel counts are being done daily —

14 TEST CHECKS SINCE your LAST AUDIT you need to do one per week per test check schedule!

ALL BANK Deposits are on time.

Sent Jon Koller a check for $278. from Dept. of Corrections.

| Overall evaluation of: Operational Areas (Check one box) | | | Improvement since last visit (Check one box) | | |
|---|---|---|---|---|---|
| | ☐ Above Average | | | ☒ Acceptable | |
| | ☒ Average | | | ☐ Needs Improvement | |
| | ☐ Needs Improvement | | | | |

VENA001104

| Disciplinary action needed to retain current position? | Yes ☐ | No ☒ |
|---|---|---|

**District Manager:** Use the space below to summarize your visit and to be sure all necessary comments have been discussed and documented. If disciplinary action is necessary, be very specific describing the areas that must be improved, give specific direction for improvement and the time frame agreed upon.

TRINA Focus on multiples and matchpts get your team focused on selling and showing demonstrating cleaner. In matchpoints get (bins) set up with mark down apparel. Keep your priority on training and recruiting.

**Manager Comments:**

Jeff + I went over the areas I need to focus on with my team (i.e. multiples and matchpts

By the next visit my team and I will show some improvement with an action plan beening implemented and beening more focused.

I also plan to work on my training and recruiting.

**Things To Do:**

1) Bin tables w/ match pts

2) Multiple focus by selling and showing cleaner

3) Re-do apparel walls per new V.M.

| Overall evaluation of YTD Performance. (Check one box) | AA ☒ A NI | Overall evaluation of Human Resource Development (Check one box) | AA A NI ☒ | Overall evaluation of LFL Sales Floor Programs (Check one box) | AA A ☒ NI |
|---|---|---|---|---|---|
| Overall evaluation of Product Involvement (Check one box) | AA ☒ A NI | Overall evaluation of Visual Merchandising (Check one box) | AA ☒ A NI | Overall evaluation of Operational Areas (Check one box) | AA A ☒ NI |

| Overall Performance: | AA | A | ☒ NI |
|---|---|---|---|

Mgr. Signature: _Trina Hale_    DM Signature: _Jeffrey Bryant_

# Lady Foot Locker

**Sales Intensity Visit**
Revised 01/08/96

| District #42? | Manager: Trina Rollie | Prior Visits: 10·17·95 | Date: 1·5·96 |
|---|---|---|---|
| Store # 6544 | Correct # FT: 2 Actual: 1 | Mgr. Tm'r: | Chk in date: 2·95 |

## YTD Performance

| Overall evaluation of YTD Performance. (Check one box) | ☒ Above Average<br>☐ Average<br>☐ Needs Improvement | Improvement since last visit. (Check one box) | ☒ Acceptable<br>☐ Needs Improve |
|---|---|---|---|

| M.A.S. 786,165 | M.A.R. 1,001,574 | 6 WK +27.4 |
|---|---|---|

| % Sales Gain +18.7 | District Avg. +6.2 | $ Sales Gain + $ 117,675 | |
|---|---|---|---|
| Wage % 9.65% | District Avg. 10.21% | Wage% Inc/Dec −.94% | District Avg. −.08 |
| Multiple % 35.91 | District Avg. 40.47 | MST $ 69.03 | District Avg. 74.78 |
| Apparel % 13.4% | District Avg. 14.32 | Apparel % Inc/Dec +2.22% | District Avg. +1.65% |
| Accessory % 9.56 | District Avg. 9.72 | Accessory % Inc/Dec −2.49 | District Avg. −.99 |
| Matchpoint Liquidation 72.03 | District Avg. 71.65 | Markdown % 4.09 | District Avg. 4.5 |
| Discount % .34 | District Avg. .24 | Profit % YTD 11.15 | District Avg. 10.5 |
| Profit Improv. +95.94 | District Avg. +26. | 12 Month Profit % 11.15 | 12 Month Profit $ 10.5 |
| YTD Profit $ + 65,956 | Audit Shrink $ −1815. | Audit Shrink % −.38 | District Avg. −.33 |
| Avg. Monthly Phone Bill $ 23. | District Avg. $ 40. | Bonus $ YTD — | YTD Bonus $ Inc/Dec — |
| Manager Multi % 40.45 | Manager $ MST 67.67 | Manager Book 5073 | Mgr Book % to Total 31.3% |

## District Managers Comments:

$ 117,675 gain for the year = #2
# gain in the district. Start
focusing on multiple % and
MST $ Now and carry into
fiscal 96! Super wages 3rd profit
improvement!

VENA001098

# LADY FOOT LOCKER SALES FLOOR JOB DESCRIPTION
## "OUR STANDARD OF CUSTOMER SERVICE BEHAVIOR"

### Greet every customer in 9 seconds of less.
* Determine customer needs.
* Tell the customer your name.

### Get shoe customers into the seat, apparel customers into the fitting room.
* Measure both feet and bring out three pairs of shoes to start...the third pair must be a matchpoint.
* Feed the fitting room and "B.uild - A. - S.ale" through multiple item presentation
* Introduce accessories to both shoe and apparel customers.

### Utilize "H.O."... to better service both shoe and apparel customers.

### Build your M.ultiple S.ale T.ransaction by increasing your multiple item sales.
* Overcome customer objections through product knowledge.

### Close the sale by confirming the customer's decision.
* Offer a warm and sincere "thank you", mention your name and invite them back.
* If the sale cannot be made, utilize our Corporations "TEAM WORK WORKS" program.

| Overall evaluation of Sales Floor Programs. (Check one box) | [ ] Above Average  [✓] Average  [ ] Needs | Improvement since last visit. (Check one box) | [✓] Acceptable  [ ] Needs Improve. |
|---|---|---|---|

**Comments:**

Good baseline awareness — Your focus must continue to be on multiple sales. Your increased awareness and priority in showing app. & acc. will and are the answers.

VENA001099

| Disciplinary action needed to retain current position? | Yes ☐ | No ☒ |
|---|---|---|

**District Manager:** Use the space below to summarize your visit and to be sure all necessary comments have been discussed and documented. If disciplinary action is necessary, be very specific describing the areas that must be improved, give specific direction for improvement and the time frame agreed upon.

WE DISUSSED your Ytd results
in every area — congratulations
on your $100,000 gain! —

WE DISCUSSED THE NEED FOR Recruiting
a management trainee. check
out every option 1) state
employment agency 2) Local employment
agency 3) PLACEMENT OFFICE w/
LOCAL COLLEGE 4) CHURCH
5) CUSTOMERS 6) SCOUTING!
You've had a great year —

**Manager Comments:**

I must Thank my team for their help, because It
couldn't be done without them. I want to thank
My DM for all his help with merchandising, or there
would be no $100,000 gain.
We will continue to stay focused for 96' and work
on areas where needed. I will start exploring the option
we discussed for recruiting to get good quality people.

**Things To Do:**

1) Recruit — INTERVIEW
2) Redo apparel walls w/ next
shipment
3) Monthly appraisals.

| Overall evaluation of YTD Performance | ☒ AA<br>☐ A<br>☐ NI | Overall evaluation of Sales Floor | ☐ AA<br>☒ A<br>☐ NI |
|---|---|---|---|

VENA001100

**Overall Performance:   AA ☒    A ☐    NI ☐**

Mgr. Signature: _Irina Kelecz_    DM Signature: _Jeff Bjork_

# Lady Foot Locker

### Store Evaluation Report
Revised 12/19/94

| District # 42777 | Manager: **TRINA ROLLIE** | Prior Visits: | Date: **3/31/95** |
|---|---|---|---|
| Store # 6544 | Correct # FT: 2 Actual: 2 | Mgr. Trn'r: **D. MILLER** | Chk in date: 2/95 |

## YTD Performance

| Overall evaluation of YTD Performance. (Check one box) | ☐ Above Average ☑ Average ☐ Needs Improvement | Improvement since last visit. (Check one box) | ☐ Acceptable ☐ Needs Improve |
|---|---|---|---|

| **M.A.S.** | 680088 | **M.A.R.** | 771220 |
|---|---|---|---|

| % Sales Gain | **+13.2** | District Avg. **+4.4%** | $ Sales Gain | **+11,559** | |
|---|---|---|---|---|---|
| Wage % | **11.57%** | District Avg. **10.87%** | Wage % Inc/Dec | **-.40** | District Avg. **-.13** |
| Multiple % | **38.72** | District Avg. **41.79** | MST $ | **$68.24** | District Avg. **$72.85** |
| Accessory % | **8.97%** | District Avg. **9.56%** | Accessory % Inc/Dec | **-4.38%** | District Avg. **-1.98%** |
| Apparel % | **14.71%** | District Avg. **14.73%** | Apparel % Inc/Dec | **+4.00%** | District Avg. **+2.28%** |
| Matchpoint Liquidation | **41.96%** | District Avg. **37.46%** | Markdown % | **2.96%** | District Avg. **3.72%** |
| Discount % | **.42** | District Avg. **.41** | Profit % YTD | **8.93** | District Avg. **8.50** |
| Profit Improve. | **+$69,** | District Avg. **+339.22** | 12 Month Profit % | **+9.0** | 12 Month Profit $ **+60,000** |
| YTD Profit $ | **+59,723** | Audit Shrink $ **N/C** | Audit Shrink % | **N/C** | District Avg. **N/C** |
| Avg. Monthly | **N/C** | District Avg. **N/C** | Bonus $ YTD **N/C** | | YTD Bonus $ Inc/Dec **N/C** |
| Manager Multiple % | **47.91%** | Manager $ MST **$68.97** | Manager Book | **4176** | Mgr Book % to Total **29.0** |

## District Managers Comments:

GOOD SALES GAIN UP 13.2%. YOU MUST FOCUS ON YOUR MULTIPLE % - APPAREL, AND ACCESSORIES AS THESE ARE BELOW DIST. AVERAGE. CONGRATULATIONS ON YOUR FIRST STORE. SET GOALS AND MAKE EVERY MEMBER OF YOUR TEAM ACCOUNTABLE INCLUDING YOURSELF. GOOD-LUCK

VENA001087

District Manager: Use the space below to thoroughly recap for the Store Manager your evaluation of the topic listed. Be detailed, straight forward and objective in your comments. Use this opportunity to express, in writing, exactly how the Store Manager is currently performing in this area and specific direction to improve areas that need development.

## Human Resource Development
### (Review Trainees, Training Days, Monthly Appraisals, Recruiting Effort, Professionalism of Crew)

Comments:

YOU MUST DO TRAINING DAYS WEEKLY, NO EXCEPTIONS AS YOU MUST ALSO DO MONTHLY APPRAISALS. SCHEDULE THESE TRAINING DAYS ON YOUR WORK SCHEDULE AND INFORM EACH EMPLOYEE IN ADVANCE WHAT THEY MUST DO TO COME PREPARED TO THEIR NEXT T.D. THIS AREA HAS GOT TO A BIGGER PRIORITY THAN IT IS-THE FUTURE OF YOUR STORE ,THE DIST. ,AND THE COMPANY ARE AT STAKE. WE MUST HAVE AGRESSIVE WELL TRAINED PEOPLE. I EXPECT THIS TO BE DONE.

**Trainee #1 Name: VANESSA CASTAGNA    Phase/Targeted Completion Date:   TWO/8/95**

YTD Avg Sales Book: 4861    STD Avg Multiple %: 38.94    STD Avg $MST: 74.56

Comments: GET FOLDER UPDATED AND KEEP UP TO DATE-YOU MUST RUN 40% IN MULTIPLES!!!!!!!!!   YOUR PROJECTED COMPLETION DATE IN PHASE TWO IS AUGUST. LET'S GET ON WITH THE TRAINING AND BE FINISHED ON YOUR PROJECTED COMPLETION  DATE. APPAREL FOCUS- I NEED 16.5%!!!!!

**Trainee #2 Name: DESHANNON PHILLIPS    Phase/Targeted Completion Date:   TWO-?????????**

YTD Avg Sales Book: 3502    STD Avg Multiple %: 34.39    STD Avg $MST: 68.43

Comments: YOUR FOLDER IS NOT UP TO DAT-GET IT UPDATED AND KEEP IT UP TO DATE,ITS YOUR RESPONSIBILITY. YOU MUST IMPROVE YOUR YTD MULTIPLES AS THEY ARE  BELOW STORE AVG. AND UNACCEPTABLE. I EXPECT YOU TO GET SERIOUS HERE!!!!

**Trainee #3 Name:    Phase/Targeted Completion Date:**

YTD Avg Sales Book:    STD Avg Multiple %:    STD Avg $MST:

| Name | % Multi | $ MST | Name | % Multi | $ MST |
|---|---|---|---|---|---|
| K. PENFIELD | 32.90 | 64.93 | D. LEW | 31.07 | 72.72 |
| | | | | | |

| Overall evaluation of:<br>HRD Development<br>(Check one box) | ☐ Above Average<br>☐ Average<br>✔ Needs Improvement | Improvement<br>since last visit<br>(Check one box) | ☐ Acceptable<br>☐ Needs Improvement |
|---|---|---|---|

VENA001088

District Manager: Use the space below to thoroughly recap for the Store Manager your evaluation of the topic listed. Be detailed, straight forward and objective in your comments. Use this opportunity to express, in writing, exactly how the Store Manager is currently performing in this area and specific direction to improve areas that need development.

## LFL Sales Floor Programs
### (Sales Floor Job Description, Teamwork Works, other Company Programs)

Comments:

YOUR SALES FLOOR JOB DESCRIPTION IS GOOD IN ALL AREAS EXCEPT SHOWING APPAREL. WE NEED TO DEVELOP A MUCH STRONGER PROGRAM HERE. THIS WILL NOT ONLY ADD MORE VOLUME TO YOUR STORE BUT WILL ALSO INCREASE YOUR MULTIPLE %, AND MST DOLLARS. I WANT YOU TO HAVE EVERY ONE REVIEW THE APPAREL VIDEO AND ROLE PLAY AND GET OUR JOPB DESCRIPTION IN SHOWING APPAREL TO WHERE IT SHOULD BE. YOU HAVE BIG,BIG OPPURTUNITY HERE, DON'T WAIT GET IT GOING NOW. YOU  HAVE A VERY GOOD GREETING AND  LEASLINE AWARENESSS.

| Overall evaluation of: Sales Floor Programs (Check one box) | Above Average | Improvement since last visit (Check one box) | Acceptable |
|---|---|---|---|
| | ✓ Average | | |
| | Needs Improvement | | Needs Improvement |

## Product
### (Merchandising, Planning,Utilization of Information, Product Mix, Communication)

| Comments: | $ Inventory LY: | $ Inventory TY: 205,102 |
|---|---|---|

IT IS GOOD TO SEE YOU INVOLVED IN PRODUCT. GET INTO THE HABIT OF WRITTING 401'S WEEKLY AND TRAIN YOUR TEAM HOW TO MERCHANDISE AND COMMUNICATE NEEDS TO NYO.

| Overall evaluation of: Product Involvement (Check one box) | Above Average | Improvement since last visit (Check one box) | Acceptable |
|---|---|---|---|
| | ✓ Average | | |
| | Needs Improvement | | Needs Improvement |

District Manager: Use the space below to thoroughly recap for the Store Manager your evaluation of the topic listed. Be detailed, straight forward and objective in your comments. Use this opportunity to express, in writing, exactly how the Store Manager is currently performing in this area and specific direction to improve areas that need development.

## Visual Merchandising
**(VM Instruction Follow Through, Cleanliness, Windows, Back Room Organized)**

Comments:

YOUR STORE LOOKS GOOD VISUALLY. MAKE SURE THAT YOU CROSS MERCHANDISE MORE ON TRI-FLEX UNITS AND ALSO YOUR APPAREL WALLS. YOUR SHOE WALL LOOKS GREAT AND ALL SHOES ARE PRICED. RE-DO YOUR A WALL AS WE DISCUSSED-GET ALL SHORTS TOGETHER WITH T-SHIRTS AND PUT WIND ON A TRI-FLEX. SET UP YOUR FILA PROMO PER V.M.

| Overall evaluation of: VM Follow Through (Check one box) | ✓ Above Average<br>Average<br>Needs Improvement | Improvement since last visit (Check one box) | Acceptable<br>Needs Improvement |
|---|---|---|---|

## Operations
**(Accounting, Security, Apparel Counts, Test Checks)**

Comments:

YOU HAVE TAKEN ONLY ONE TEST CHECK SINCE YOU CHECKED IN-NOT ENOUGH, YOU MUST DO TEST CHECKS WEEKLY. DO BOTH DOLLARS AND UNITS. ON APPAREL COUNTS, IT IS GREAT TO SEE THEM BEING DONE DAILY NOW PER OUR DISCUSSION DO A COMMULITIVE TOTAL THAT TELLS YOU HOW MANY UNITS YOU HAVE LOST SINCE THE LAST AUDIT. BANK DEPOSITS CHECKED AND ARE ON TIME.

| Overall evaluation of: Operational Areas (Check one box) | Above Average<br>✓ Average<br>Needs Improvement | Improvement since last visit (Check one box) | Acceptable<br>Needs Improvement |
|---|---|---|---|

VENA001090

| **Disciplinary action needed to retain current position?** | Yes ☐ | No ☑ |
| --- | --- | --- |

**District Manager:** Use the space below to summarize your visit and to be sure all necessary comments have been discussed and documented. If disciplinary action is necessary, be very specific describing the areas that must be improved, give specific direction for improvement and the time frame agreed upon.

IT IS GREAT TO SEE THE GAINS CONTINUE IN 6544 - LET'S BUILD ON THEM. I WANT TO SEE YOU PUT MUCH MORE EMPHASIS ON THE TRAINING OF YOUR SALES TEAM-DO THIS BY GIVING THEM WEEKLY TRAINING DAYS DOCUMENTING AREAS THAT THEY ARE DOING WELL IN AND THOSE AREAS THAT NEED IMPROVEMENT. IN THE AREAS THAT YOU WANT THEM TO IMPROVE IN GIVE THEM GOALS AND A TIME FRAME TO HIT THESE GOALS. TESTCHECKS MUST BE DONE WEEKLY-NO EXCEPTIONS!!!!!!

**Manager Comments:**

THIS VISIT WAS FAIR AND VERY ACURATE. I WANT TO THANK JEFF FOR THE INFORMATION HE HAS GIVEN ME ON MERCHANDISING AND TRAINING. I HAVE LEARNED A LOT TODAY AND WILL WORK HARD TO MAKE EVERY AREA ABOVE AVERAGE.

**Things To Do:**

1. WEEKLY DOCUMENTED T.D. AND MONTHLY EVALUATIONS
2. WEEKLY TEST CHECKS UNITS AND DOLLARS
3. RE-DO APPAREL WALLS PER OUR DISCUSSION

| Overall evaluation of YTD Performance. (Check one box) | ☐ AA / ☑ A / ☐ NI | Overall evaluation of Human Resource Development (Check one box) | ☐ AA / ☐ A / ☑ NI | Overall evaluation of LFL Sales Floor Programs (Check one box) | ☐ AA / ☑ A / ☐ NI |
| --- | --- | --- | --- | --- | --- |
| Overall evaluation of Product Involvement (Check one box) | ☐ AA / ☑ A / ☐ NI | Overall evaluation of Visual Merchandising (Check one box) | ☑ AA / ☐ A / ☐ NI | Overall evaluation of Operational Areas (Check one box) | ☐ AA / ☑ A / ☐ NI |

| **Overall Performance:** | **AA** | | ☑ | | **NI** |
| --- | --- | --- | --- | --- | --- |

Mgr. Signature: _Nina Rollie_    DM Signature: _Jeffrey Byrd_

VENA001091

# Lady Foot Locker

### A. C. E. Visit Report
Revised 01/0696

| District # 427 | Manager: TRINA ROLLIE | Prior Visits: | Date: 2/22/96 |
|---|---|---|---|
| Store # 6544 | Correct # FT: 2  Actual: 2  MTr: | | Cnk in date: 2/95 |

## YTD Performance

| Overall evaluation of YTD Performance. (Check one box) | ☐ Above Average<br>☐ Average<br>☑ Needs Improvement | improvement since last visit. (Check one box) | ☐ Acceptable<br>☑ Needs Improve |
|---|---|---|---|

| M.A.S. | 803,866 | M.A.R. | 1,000,010 | 6 WK | +24.4 |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| % Sales Gain | +19.7 | District Avg. +10.0 | $ Sales Gain | +7179 | |
| Wage % | 9.50 | District Avg. 10.67 | Wage% Inc/Dec | -1.55 | District Avg. -.38 |
| Multiple % | 34.24 | District Avg. 37.84 | MST $ | 70.97 | District Avg. 75.17 |
| Apparel % | 10.05 | District Avg. 12.33 | Apparel % Inc/Dec | -9.34 | District Avg. -2.95 |
| Accessory % | 7.31 | District Avg. 8.58 | Accessory % Inc/Dec | -.95 | District Avg. -.72 |
| Matchpoint Liquidation | 12.53 | District Avg. 20.74 | Markdown % | 4.26 | District Avg. 4.98 |
| Discount % | .31 | District Avg. .24 | Profit % YTD | +14.22 | District Avg. +9.91 |
| Profit Improv. | +89.73 | District Avg. +25.32 | 12 Month Profit % | +14.22 | 12 Month Profit $ +113, |
| YTD Profit $ | +113, | Audit Shrink $ N/C 96 | Audit Shrink % | N/C 96 | District Avg. N/C 96 |
| Avg. Monthly Phone Bill | 19.00 | District Avg. 41.00 | Bonus $ YTD | - | YTD Bonus $ Inc/Dec |
| Manager Multi % | 34.94 | Manager $ MST 72.21 | Manager Book | 5516 | Mgr Book % to Total 44.5 |

## District Managers Comments:

YOUR OFF TO A GOOD START IN SALES GAINS AND IN MGR. BOOK.MULTIPLES,APP.,ACC., AND MATCHPOINTS HOWEVER ALL NEED YOUR IMMEDIATE FOCUS AND IMPROVEMENT!!!!!!!!!!
JUST IMMAGINE HOW MUCH YOU WOULD BE UP IF YOU HAD FOCUS AND PERFORMANCE IN THESE AREAS. ITS OPPURTUNITY FOR YOU TO HAVE MUCH STRONGER GAINS BUT WE MUST CAPITALIZE ON ALL ARES TO BUILD GAINS AND VOLUME......LET'S NOT WAIT AS THREE WEEKS ARE ALREADY GONE IN FISCAL 1996...... YOU HAD GREAT YR. IN 1995 AND YOU CAN REPEAT THAT PERFORMANCE IN 96 WITH MORE BALANCE. PAY CLOSER ATTENTION TO ALL AREAS OF YOUR OPERATION AND HAVE A PLAN TO GET THE BEST POSSIBLE RESULTS IN EACH AREA>>>>> GOOD LUCK IN 96 AND THANKS FOR THE GREAT YR. IN 95.

| Sales Programs: | AA ☐ | A ☐ | NI ☑ |
|---|---|---|---|

WE NEED IMPROVEMENT IN BUILDING SALES THRU MULTIPLE SELLING——WE MUST SHOW EVERY CUSTOMER APP.-ACC.-AND A MATCHPOINT!!!!! NO EXCUSES!!!!!

| Human Resource Development: | AA ☐ | A ☑ | NI ☐ |
|---|---|---|---|

DO TRAINING DAYS WEEKLY AND HAVE ALL EMPLOYEES COMPLETE PHASE PER TIME FRAMES RECOMMENDED. DESHANNON NEEDS TO START HER TRACK RECORD OVER FOR 96 AND KEEP IT UPDATED

| Visual Merchandising / VSM: | AA ☐ | A ☐ | NI ☑ |
|---|---|---|---|

YOU MUST FOLLOW V.M. INSTRUCTIONS 100% AND PAY CLOSER ATTENTION TO DETAIL!!!!

| Productivity: | AA ☑ | A ☐ | NI ☐ |
|---|---|---|---|

GOOD MGR. AND AM SALES BOOK PRODUCTIVITY......

| Security / Administrative: | AA ☐ | A ☑ | NI ☐ |
|---|---|---|---|

FOLLOW THRU ON APPAREL COUNTS AND TEAT CHECKS.

**Todd(s) Discussed:**  1)MULTIPLES THRU APP AND ACC  2)MATCHPTS 3)VM FOLLO THRU

**District Manager:** Use the space below to summarize your visit and to be sure all necessary comments have been discussed and documented. If disciplinary action is necessary, be very specific describing the areas that must be improved, give specific direction for improvement and the time frame agreed upon.

TRINA WE SET YOUR GOALS TODAY FOR 1996——MAKE SURE THAT THESE ARE REVIEWED WITH YOUR TEAM AND THEY ARE GIVEN GOALS THAT WILL HELP YOU AHCIEVE YOUR STORE GOALS..........
YOU HAD A GREAT YR. IN 95 AND CAN HAVE AN EVEN MORE REWARDING YR. IN 96 IF YOUR ACHIEVE BALANCE IN ALL AREAS-MULTIPLES,APP,ACC, AND MATCHPOINTS. YOU ARE AS WE DISCUSSED OFF TO A GOOD YR. IN SALES BUT SO IS EVERY ONE ELSE IN YOUR MALL—YOU HAVE SO MUCH MORE AVAILABLE BY FOCUSING ON YOUR JOB DESCRIPTION AND GETTING RESULTS FROM YOUR ENTIRE TEAM INCLUDING YOURSELF........
GET A MATCHPOINT PROGRAM WORKING AS YOU ARE LAST——GIVE WEEKLY GOALS AND TAG ALL MARKDOWN MERCHANDISE AND SHOW AS A THIRD PR.............
PAY MORE ATTENTION TO V.M. DIRECTIVE AND FOLLOW THESE DIRECTIVES 100% WITH MUCH CLOSER ATTENTION TO DETAIL.

**Manager Comments:**

WE ARE OFF TO A GOOD START AS FAR AS SALES GAIN,BUT WE MUST HAVE A BALANCE TO HAVE A GREAT YR. JEFF AND I DISCUSSED THE AREAS THAT MUST FOCUS ON AND WITH 100 % FOLLOW THRU WE WILL MEET OUR GOALS FOR 96.

| Evaluation of Topics | AA ☐ | A ☑ | NI ☐ |
|---|---|---|---|

| Disciplinary action needed to retain current position? | | Yes ☐ | No ☑ |
|---|---|---|---|

**Mgr. Signature:** *Trina Rouse*    **DM Signature:** *Jeffrey L Bjork*

# Lady Foot Locker

**Store Evaluation Report**
Revised 12/19/84

*LM 23.57*

| District # | 427 | Manager: | TRINA ROLLIE | Prior Visits: | 5/29/96 | Date: | 8/2/96 |
|---|---|---|---|---|---|---|---|
| Store # | 6544 | Correct # FT: 2 | Actual: 2 | Mgr. Trn'r: | | Chk in date: 2/95 |

## YTD Performance

| Overall evaluation of YTD Performance. (Check one box) | ☑ Above Average ☐ Average ☐ Needs Improvement | Improvement since last visit. (Check one box) | ☑ Acceptable ☐ Needs Improve |
|---|---|---|---|

| M.A.S. | 881,506 | M.A.R. | 1,184,744 |
|---|---|---|---|

| % Sales Gain | +25.2 | District Avg. +9.6 | $ Sales Gain | +84,819 | | |
|---|---|---|---|---|---|---|
| Wage % | 9.63 | District Avg. 10.32 | Wage % Inc/Dec | -1.27 | District Avg. | -.55 |
| Multiple % | 37.3 | District Avg. 41.07 | MST $ | 73.19 | District Avg. | 75.56 |
| Accessory % | 7.48 | District Avg. 8.79 | Accessory % Inc/Dec | -1.93 | District Avg. | -1.14 |
| Apparel % | 15.04 | District Avg. 14.11 | Apparel % Inc/Dec | +.20 | District Avg. | -1.01 |
| Matchpoint Liquidation | 90.15 | District Avg. 89.56 | Markdown % | 4.51 | District Avg. | 5.46 |
| Discount % | .13 | District Avg. .17 | Profit % YTD | +17.10 | District Avg. | +9.63 |
| Profit Improve. | +98.62 | District Avg. +63.43 | 12 Month Profit % | - | 12 Month Profit $ | - |
| YTD Profit $ | +60,479 | Audit Shrink $ -1774 | Audit Shrink % | -.40 | District Avg. | -.36 |
| Avg. Monthly | 3.00 | District Avg. 32.40 | Bonus $ YTD | 2701(est) | YTD Bonus $ Inc/Dec | |
| Manager Multiple % | 40.68 | Manager $ MST 74.78 | Manager Book | 4884 | Mgr Book % to Total | 28.4 |

## District Managers Comments:

GOOD OVERALL PERFORMANCE-ESPICALLY IN SALES GAIN, WAGES, APPAREL, MATCHPOINTS, AND PROFITS.
THE TWO AREAS THAT NEED IMPROVEMENT ARE YOUR MULTIPLE % AND ACC. %.
MULTIPLE GOAL IS A 40% MIN., ACC. % GOAL IS DISTRCIT AVERAGE.
WITH 1.5% OF GAIN, .25% OF SALES AND MAX IN WAGES YOUR FIRST HALF BONUS SHOULD BE $2700.

VENA001079

District Manager: Use the space below to thoroughly recap for the Store Manager your evaluation of the topic listed. Be detailed, straight forward and objective in your comments. Use this opportunity to express, in writing, exactly how the Store Manager is currently performing in this area and specific          direction to improve areas that need development.

## LFL Sales Floor Programs
### (Sales Floor Job Description, Teamwork Works, other Company Programs)
Comments:

YOU ARE ABOUT TO ENTER THE BUSY BTS PERIOD AND WHAT BETTER TIME TO  CONCENTRATE, FOCUS ON AND EVALUATE THE EFFECTIVENESS OF YOUR JOB DESCRIPTION.
PER THE MYSTERY SHOPPER RESULTS WE HAVE LOTS OF OPPURTUNITY TO IMPROVE.
AREAS THAT ARE A MUST WITHOUT EXCEPTION IN LFL ARE:
1.ALL EMPLOYEES WITH NAME TAGS
2.GREET ALL CUSTOMERS IN 10 SEC. OR LESS,TELL THE CUSTOMER YOUR NAME
3.DETERMINE ALL CUSTOMERS NEEDS AND MAKE AN ALL OUT EFFORT TO HELP THEM,BE ENTHUSIASTIC
4.CLOSE THE SALE , THANK THE CUSTOMER, INVITE THEM BACK, AND TELL  THEM OUR NAME
THE ABOVE IS A MUST. WE MUST ALSO GET FOLLOW THRU AND IMPOVE-SHOWING EXTA ITEMS, MEASUSRE FEET, H.O.,AND SHOWING  MATCHPOINTS.
DO TRAINING DAYS PER OUR JOB DESCRIPTION PROGRAM.

| Overall evaluation of:<br>Sales Floor Programs<br>(Check one box) | ☐ Above Average<br>☐ Average<br>☑ Needs Improvement | Improvement<br>since last visit<br>(Check one box) | ☑ Acceptable<br>☐ Needs Improvement |
|---|---|---|---|

## Product
### (Merchandising, Planning,Utilization of Information, Product Mix, Communication)

| Comments: | $ Inventory LY: | $ Inventory TY: |
|---|---|---|
| | | |

| Overall evaluation of:<br>Product Involvement<br>(Check one box) | ☐ Above Average<br>☐ Average<br>☐ Needs Improvement | Improvement<br>since last visit<br>(Check one box) | ☐ Acceptable<br>☐ Needs Improvement |
|---|---|---|---|

District Manager: Use the space below to thoroughly recap for the Store Manager your evaluation of the topic listed. Be detailed, straight forward and objective in your comments. Use this opportunity to express, in writing, exactly how the Store Manager is currently performing in this area and specific direction to improve areas that need development.

## Visual Merchandising
### (VM Instruction Follow Through, Cleanliness, Windows, Back Room Organized)

Comments:

IT IS REALLY GOOD TO SEE THE IMPROVEMENT IN YOUR VM DIRECTIVE FOLLOW THRU.
YOUR DAILY STORE MAINTENCE IS MUCH BETTER AND IT SHOWS. KEEP IT UP.
KEEP WORKING ON LOWERING YOUR APPAREL ALL LOOK GOOD EXCEPT THE NIKE WALL.
YOUR BACKROOM IS MUCH CLEANER AND BETTER ORGANIZED. ON MY LAST VISIT WE SPENT THE
WHOLE DAY THROWING OUT OLD FIXTURES ETC.   YOU HAVE KEPT IT CLEAN-GREAT, KEEP ON TOP
OF IT  DAILY.

| Overall evaluation of:<br>VM Follow Through<br>(Check one box) | ☑ Above Average<br>☐ Average<br>☐ Needs Improvement | Improvement<br>since last visit<br>(Check one box) | ☑ Acceptable<br>☐ Needs Improvement |
|---|---|---|---|

## Operations
### (Accounting, Security, Apparel Counts, Test Checks)

Comments:

*[handwritten: 9-5-96]*

| Overall evaluation of:<br>Operational Areas<br>(Check one box) | ☐ Above Average<br>☐ Average<br>☐ Needs Improvement | Improvement<br>since last visit<br>(Check one box) | ☐ Acceptable<br>☐ Needs Improvement |
|---|---|---|---|

| Disciplinary action needed to retain current position? | Yes ☐ | No ☑ |
|---|---|---|

**District Manager:** Use the space below to summarize your visit and to be sure all necessary comments have been discussed and documented. If disciplinary action is necessary, be very specific describing the areas that must be improved, give specific direction for improvement and the time frame agreed upon.

JOB DESCRIPTION AND THE FOLLOW THRU OF THE JOB DESCRIPTION IS PRIORITY NUMBER ONE THRU RTS AND POST RTS.
YOUR STORE ORGANIZATION, CLEANLINESS, AND VM FOLLOW THRU HAVE IMPROVED, THANKS AND KEEP IT UP. AS WE DISCUSSED ITS A MATTER OF DISCIPLINE AND DAILY UP KEEP.

**Manager Comments:**

My team and I have a lot to work on, (ie job description and multiples) we have improved on store up keep, but there is always room for improvement. Our #1 focus right now is job description.

**Things To Do:**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Overall evaluation of YTD Performance. (Check one box) | ☑ | AA<br>A<br>NI | Overall evaluation of Human Resource Development (Check one box) | ☐ | AA<br>A<br>NI | Overall evaluation of LFL Sales Moor Programs (Check one box) | ☑ | AA<br>A<br>NI |
| Overall evaluation of Product Involvement (Check one box) | ☐ | AA<br>A<br>NI | Overall evaluation of Visual Merchandising (Check one box) | ☑ | AA<br>A<br>NI | Overall evaluation of Operational Areas (Check one box) | ☐ | AA<br>A<br>NI |

| Overall Performance: | AA ☑ | A | NI |
|---|---|---|---|

Mgr. Signature: _Nina Kellie_     DM Signature: _____

VENA001082

# PLAINTIFF'S COMPOSITE EXHIBIT "12"

**Lady Foot Locker.**

2401 WEST PARK ROW #212
ARLINGTON, TX 76013
817-265-6872

**WILLY E. GUGEL**
REGIONAL VICE PRESIDENT
SOUTHERN REGION

July 24, 1996

Meredith Infeld, Manager
#6193 Broward Mall

Dear Meredith,

On your last D.M. Visit you received "Needs Improvement."
Meredith, you must take action to correct these areas as they
affect people and sales, as well, as other results in your store.

Listed are areas that must improve:

     ... Visual Merchandising
     ... LFL Sales Floor Programs

Your D.M. is there for you.  We expect your next visit to be much
improved.

Sincerely,

Willy Gugel

WG/pja

cc:  Jeff Bjork

VENA000101

# Lady Foot Locker.

**2401 WEST PARK ROW #212**
**ARLINGTON, TX 76013**
**817-265-6872**

**WILLY E. GUGEL**
REGIONAL VICE PRESIDENT
SOUTHERN REGION

September 23, 1996


TO:  Meredith Infeld, Manager
     #6193 Broward Mall

Dear Meredith,

Your recent audit was -1.16% short for - $5161.22.  This is way
over the allowable!  In reviewing the audit report I see you only
took ten Test Checks.

Meredith, this shows total disregard for Company Audit Policy.
This will not be tolerated.  You must take two Test Checks every
week two Apparel counts, daily from now on.  Your audit record is
not good.

You are a veteran Manager.  You must bring this under control, as
this will not be tolerated.  Any future violations will carry
disciplinary action, up to include termination.  I expect you to
correct this at once.

Sincerely,

Willy Gugel

WG/pja

cc:  Jeff Bjork
     Jon Koller

PLAINTIFF'S
EXHIBIT
52



W00 000779
21719-0001

# Lady Foot Locker.

1635 WEST 49 STREET
HIALEAH, FL 33012
305-821-8454

**JEFF BJORK**
DISTRICT MANAGER
LEAGUE 437

October 4, 1996

TO: **Meredith Infeld, Manager**
    **#6193 Broward Mall**

RE: Audit Results

Dear Meredith,

In reviewing the findings of your audits, three are beyond the allowable. Listed are your audits reflecting your shrink dollar and the percent.

| STORE/# | AUDIT DATE | RESULTS/$ | RESULTS/% |
|---------|-----------|-----------|-----------|
| 6193 | 9/08/96 | - 5161.22 | -1.16% |
| 6193 | 11/27/95 | - 2278.66 | -0.80% |
| 6193 | 8/06/95 | - 735.06 | -0.69% |

Meredith, as you know, .50% and under is acceptable. Your audits have well exceeded, the acceptable limits, regarding to Company Policy.

As the Manager, you are aware, of the security procedures and are expected to follow them at all times. If there is a problem with your Test Checks, you know to contact your District Manager immediately and resolve the control problem.

Meredith, future violations will not be tolerated and may result in severe disciplinary action, to include termination. We believe in you and know that you can take control.

Sincerely,

*Jeff Bjork*
Jeff Bjork

JB/pja

cc: Willy Gugel

PLAINTIFF'S
EXHIBIT
51

W00 000778
21719-0001

# PLAINTIFF'S EXHIBIT "13"



# PLAINTIFF'S EXHIBIT "14"



# Lady Foot Locker.

2401 WEST PARK ROW #212
ARLINGTON. TX 76013
817-265-6872

**WILLY E. GUGEL**
REGIONAL VICE PRESIDENT
SOUTHERN REGION

October 10, 1997


TO:  Trina Rollie, Manager
     #6544 Pembroke Pines Mall

RE:  MILLION DOLLAR STORE

Dear Trina
          and Team:

Congratulations to you and your Team!  The Mighty MILLION DOLLAR
Mark is now yours!  Thank you for working so hard and guiding
your Team to this all important goal!

Your concentration, now that you've hit that long awaited goal,
should be focused on the next level... the 1.3 Million Dollar
mark!  The only way to reach that next level is by obtaining more
of the same exciting accomplishments that got you to the Million
Dollar mark;  great customer service, knowing your products,
keeping them in stock.  Shoot for the Stars!

It takes Team Leaders like yourself, Trina, achieving important
goals like this, to propel our Company forward.  As we prosper,
so do our Managers through the Bonus Program.  Stand up and be
proud of your accomplishments.  Don't forget to have fun while
reaching for your next goal.

Once again, Trina, I would like to thank you and your Team for
shining so bright and showing others how it's achieved!

Achieve Continued Excellence....


Sincerely,

Willy Gugel

WG/pja


cc:  Mike Flanagan

VENA000240

# PLAINTIFF'S COMPOSITE EXHIBIT "15"





**Lady Foot Locker**

## SALES
## LEADERSHIP
## AWARD
## 1996

Presented to

# Trina Rollie

Whose superior drive, superior merchandising skills,
professional retail expertise and leadership talents
have resulted in a sales gain of

## $142,990

**Lady Foot Locker.**

2401 WEST PARK ROW #212
ARLINGTON, TX 76013
817-265-6872

**WILLY E. GUGEL**
REGIONAL VICE PRESIDENT
SOUTHERN REGION

January 2, 1996

TO:  Trina Rollie, Manager
     #6544 Pembroke Pines Mall

# CONGRATULATIONS_ $100,000. SALES GAIN

Dear Trina
    and Team:

Congratulations!  I want to take this opportunity to thank you
for the hard work that went into reaching the $100,000. Sales
Gain mark.  I know it takes a strong leader and teamwork to reach
this all important goal, as you pulled together to produce
$100,000. gain.

Guiding your team to this level, shows that you have the
potential, to take your team to an even higher plateau.  By
focusing on the areas that helped you reach this level and
intensifying those points, you will continue to gain.

It takes LEADERS like yourself, to reach milestones such as this,
to create the profits that push the Company into the future.  Be
proud of your team's accomplishments.  Have fun while striving
for your next goal!

Once again, I would like to thank you and your Team for shining
so bright.  **SHARE THE VISION**...

Sincerely,

Willy Gugel

WG/pja

cc:  Mike Flanagan

**Lady Foot Locker.**

2401 WEST PARK ROW #212
ARLINGTON. TX 76013
817·265·6872

*WILLY E. GUGEL*
REGIONAL VICE PRESIDENT
SOUTHERN REGION

August 25, 1996

TO:  Trina Rollie, Manager
#6544 Pembroke Pines Mall

# CONGRATULATIONS...$100,000 SALES GAIN

Dear Trina
and Team,

Congratulations!  I want to take this opportunity to thank you
for the hard work that went into reaching the $100,000. Sales
Gain mark.  I know it takes a strong leader and team work to
reach this all important goal, as you pulled together to produce
$100,000. gain.

Guiding your team to this level, shows that you have the
potential, to take your team to an even higher plateau.  By
focusing on the areas that helped you reach this level and
intensifying those points, you will continue to gain.

It takes LEADERS like yourself, to reach milestones such as this,
to create the profits that push the Company into the future.  Be
proud of your team's accomplishments.  Have fun while striving
for your next goal!

Once again, I would like to thank you and your Team for shining
so bright.  Achieve Continued Excellence....

Sincerely,

Willy Gugel

WG/pja

cc:  Mike Flanagan

VENA000256

# PLAINTIFF'S EXHIBIT "16"



# PLAINTIFF'S COMPOSITE EXHIBIT "17"

FORM # 78-08002-8-00 A8000

FIGURES ARE ONLY OR ADJUSTED AT THE
TIME PAYMENT IS MADE.

Plaintiff
DEPOSITION
EXHIBIT

KINNEY SHOE CORPORAL
P. O. BOX 2503
HARRISBURG, PA
17105-2603

KINNEY SHOE CORPORAT
P. O. BOX 2603
HARRISBURG, PA
17105-2603

STORE NO.  C6197
                     FL

STORE LOCATION
THE GALLERIA
2516 B SUNRISE BLVD
FORT LAUDERDALE        FL

KEYSTONE FLORIDA PROPERTY
HOLDING CO
DEPT C0337
CINCINNATI                OH
                          45263

LEASE YEAR SALES
TO DATE

672,543.53

Sales Report
For Month of

DECEMBER 1994

CONFIDENTIAL INFORMATION
PURSUANT TO COURT ORDER

| Month | $ | Month | $ | Month | $ |
|---|---|---|---|---|---|
| JAN 94 | 62,464.63 | FEB 94 | 54,385.45 | MAR 94 | 62,308.36 | APR 94 | 54,143.04 |
| MAY 94 | 42,643.31 | JUN 94 | 40,325.85 | JUL 94 | 50,974.67 | AUG 94 | 53,547.06 |
| SEP 94 | 48,445.40 | OCT 94 | 34,590.13 | NOV 94 | 44,281.24 | DEC 94 | 100,146.58 |

EMPLOYEE SALES ARE INCLUDED IN THESE
FIGURES AND MAY BE ADJUSTED AT THE
TIME PAYMENT IS MADE.

LEASE YEAR SALES
TO DATE

$ 672,343.78

WOO001825

CAPITOL BUSINESS FORMS
FORM # 73-00002-8-00 A5000

KEYSTONE-FLORIDA PROPERTY
HOLDING CORP.
P.O. BOX 4480

STORE NO.

STORE LOCATION
THE GALLERIA
2519 E SUNRISE BLVD
FORT LAUDERDALE    FL

AL 36103-4480 DECEMBER 1995

## Sales Report
## For Month of

| MONTH | SALES | MONTH | SALES |
|---|---|---|---|
| JAN 95 | 52,035.21 | FEB 95 | 54,796.00 |
| MAR 95 | 72,711.20 | APR 95 | 55,745.67 |
| MAY 95 | 45,418.25 | JUN 95 | 53,916.39 |
| JUL 95 | 50,640.20 | AUG 95 | 55,884.10 |
| SEP 95 | 47,018.12 | OCT 95 | 41,329.74 |
| NOV 95 | 49,460.36 | DEC 95 | 95,625.12 |

LEASE YEAR SALES TO DATE    $ 677,574.41

EMPLOYEE SALES ARE INCLUDED IN THESE
FIGURES AND MAY BE ADJUSTED AT THE
TIME PAYMENT IS MADE.

CONFIDENTIAL INFORMATION
PURSUANT TO COURT ORDER

Plaintiff's
DEPOSITION
EXHIBIT
2

PENGAD 1-800-631-6989

WOO001826

Plaintiffs
DEPOSITION EXHIBIT
9

KINNEY SHOE CORPORAT
P. O. BOX 2663
HARRISBURG, PA
17105-2663

KINNEY SHOE CORPORAT
P. O. BOX 2663
HARRISBURG, PA
17105-2663

STORE NO. 06193
LFL

STORE LOCATION
BROWARD MALL
SPACE #414
PLANTATION FL

Sales Report
For Month of
JULY 1995

JMB CENTERS MGR BROWARD MALL
CENTER PARTNERS LTD
8000 W BROWARD BLVDSTE 8000
PLANTATION FL
33388

| | | | |
|---|---|---|---|
| AUG 94 $ 106,309.07 | SEP 94 $ 86,882.36 | OCT 94 $ 55,456.78 | NOV 94 $ 63,112.38 |
| DEC 94 $ 129,037.83 | JAN 95 $ 49,935.27 | FEB 95 $ 61,865.18 | MAR 95 $ 82,062.80 |
| APR 95 $ 69,670.67 | MAY 95 $ 60,180.04 | JUN 95 $ 72,721.07 | JUL 95 $ 56,330.04 |

EMPLOYEE SALES ARE INCLUDED IN THESE FIGURES AND MAY BE ADJUSTED AT THE TIME PAYMENT IS MADE.

LEASE YEAR SALES TO DATE → $ 893,562.49

KINNEY SHOE CORPORAT
P. O. BOX 2663
HARRISBURG, PA
17105-2663

KINNEY SHOE CORPORAT
P. O. BOX 2663
HARRISBURG, PA
17105-2663

Plaintiff's
DEPOSITION
EXHIBIT
10

STORE NO. 06193
LFL

STORE LOCATION BROWARD MALL
SPACE #414
PLANTATION FL

JMB CENTERS MGR BROWARD MALL
CENTER PARTNERS LTD
8000 W BROWARD BLVDSTE 8000
PLANTATION FL
33388

Sales Report
For Month of JULY 1996

| | | | |
|---|---|---|---|
| AUG 95 $ 110,626.97 | SEP 95 $ 81,713.28 | OCT 95 $ 49,216.11 | NOV 95 $ 62,215.49 |
| DEC 95 $ 155,396.06 | JAN 96 $ 56,621.32 | FEB 96 $ 77,358.09 | MAR 96 $ 98,665.15 |
| APR 96 $ 82,781.69 | MAY 96 $ 67,414.74 | JUN 96 $ 75,650.31 | JUL 96 $ 85,409.03 |

EMPLOYEE SALES ARE INCLUDED IN THESE FIGURES AND MAY BE ADJUSTED AT THE TIME PAYMENT IS MADE.

LEASE YEAR SALES TO DATE → $ 1,003,068.24

KINNEY SHOE CORPORAT
P. O. BOX 2663
HARRISBURG, PA
                17105-2663

KINNEY SHOE CORPORAT
P. O. BOX 2663
HARRISBURG, PA
                17105-2663

Plaintiff's
DEPOSITION
EXHIBIT
11

STORE NO.      06193
               LFL

STORE LOCATION
BROWARD MALL

SPACE #414
PLANTATION                          FL

JMB GROUP TRUST II
DBA BROWARD MALL
8000 W BROWARD BLVD   STE 8000
PLANTATION                  FL
                            33388

Sales Report

For Month of

JULY 1997

| AUG 96 | SEP 96 | OCT 96 | NOV 96 |
|---|---|---|---|
| $ 134,534.92 | $ 102,939.31 | $ 61,762.66 | $ 73,890.82 |
| DEC 96 | JAN 97 | FEB 97 | MAR 97 |
| $ 158,525.46 | $ 63,768.79 | $ 66,079.36 | $ 95,193.34 |
| APR 97 | MAY 97 | JUN 97 | JUL 97 |
| $ 71,115.15 | $ 70,709.66 | $ 76,761.77 | $ 65,990.38 |

EMPLOYEE SALES ARE INCLUDED IN THESE
FIGURES AND MAY BE ADJUSTED AT THE
TIME PAYMENT IS MADE.

LEASE YEAR SALES
TO DATE  →   $  1,041,271.82

# PLAINTIFF'S
# COMPOSITE
# EXHIBIT "18"

KINNEY SHOE CORPORAT
P. O. BOX 2663
HARRISBURG, PA
17105-2663

KINNEY SHOE CORPORAT
P. O. BOX 2663
HARRISBURG, PA
17105-2663

Plaintiffs
DEPOSITION EXHIBIT
6

STORE NO. 06544
LFL

STORE LOCATION PEMBROKE LAKES MALL
11401 PINES BLVD
SPACE #810
PEMBROKE PINES FL

PEMBROKE LAKES MALL
11401 PINES BOULEVARD
SUITE 546

PEMBROKE PINES FL 33026

Sales Report
For Month of JANUARY 1995

| | | | |
|---|---|---|---|
| FEB 94 $ 43,658.48 | MAR 94 $ 58,301.73 | APR 94 $ 45,094.14 | MAY 94 $ 45,351.31 |
| JUN 94 $ 51,163.05 | JUL 94 $ 42,580.38 | AUG 94 $ 81,045.16 | SEP 94 $ 59,405.02 |
| OCT 94 $ 34,948.64 | NOV 94 $ 45,790.90 | DEC 94 $ 121,621.31 | JAN 95 $ 39,528.81 |

EMPLOYEE SALES ARE INCLUDED IN THESE FIGURES AND MAY BE ADJUSTED AT THE TIME PAYMENT IS MADE.

LEASE YEAR SALES TO DATE → $ 668,488.87

NNA000250

Plaintiff's
DEPOSITION EXHIBIT
7

KINNEY SHOE CORPORAT
P. O. BOX 2663
HARRISBURG, PA
17105-2663

KINNEY SHOE CORPORAT
P. O. BOX 2663
HARRISBURG, PA
17105-2663

STORE NO. 06544
LFL

STORE LOCATION
PEMBROKE LAKES MALL
11401 PINES BLVD
SPACE #810
PEMBROKE PINES FL

PEMBROKE LAKES MALL
11401 PINES BOULEVARD
SUITE 546

PEMBROKE PINES FL 33026

Sales Report
For Month of
JANUARY 1996

| | | | |
|---|---|---|---|
| FEB 95<br>$ 47,271.42 | MAR 95<br>$ 66,348.80 | APR 95<br>$ 58,482.85 | MAY 95<br>$ 54,441.34 |
| JUN 95<br>$ 59,783.45 | JUL 95<br>$ 50,120.91 | AUG 95<br>$ 92,618.37 | SEP 95<br>$ 66,138.93 |
| OCT 95<br>$ 42,565.95 | NOV 95<br>$ 53,250.61 | DEC 95<br>$ 155,613.38 | JAN 96<br>$ 50,050.54 |

EMPLOYEE SALES ARE INCLUDED IN THESE FIGURES AND MAY BE ADJUSTED AT THE TIME PAYMENT IS MADE.

LEASE YEAR SALES TO DATE → $ 796,686.55

VENA000231

VENA000030

KINNEY SHOE CORPORAT
P. O. BOX 2663
HARRISBURG, PA
17105-2663

KINNEY SHOE CORPORAT
P. O. BOX 2663
HARRISBURG, PA
17105-2663

Plaintiff's
DEPOSITION
EXHIBIT
8

STORE NO. 06544
LFL

STORE LOCATION
PEMBROKE LAKES MALL
11401 PINES BLVD
SPACE #810
PEMBROKE PINES FL

PEMBROKE LAKES MALL
11401 PINES BOULEVARD
SUITE 546

PEMBROKE PINES FL 33026

Sales Report
For Month of
JANUARY 1997

| | | | |
|---|---|---|---|
| FEB 96<br>$ 60,540.87 | MAR 96<br>$ 79,855.42 | APR 96<br>$ 71,907.81 | MAY 96<br>$ 63,553.96 |
| JUN 96<br>$ 77,613.73 | JUL 96<br>$ 67,796.40 | AUG 96<br>$ 112,803.64 | SEP 96<br>$ 79,932.37 |
| OCT 96<br>$ 51,764.52 | NOV 96<br>$ 51,311.67 | DEC 96<br>$ 168,965.21 | JAN 97<br>$ 53,630.56 |

EMPLOYEE SALES ARE INCLUDED IN THESE FIGURES AND MAY BE ADJUSTED AT THE TIME PAYMENT IS MADE.

LEASE YEAR SALES TO DATE → $ 939,676.16

# PLAINTIFF'S EXHIBIT "19"

KINNEY SHOE CORPORAT
P. O. BOX 2663
HARRISBURG, PA
17105-2663

KINNEY SHOE CORPORAT
P. O. BOX 2663
HARRISBURG, PA
17105-2663

Plaintiff's
DEPOSITION
EXHIBIT
5

STORE NO.
06565
LFL

STORE LOCATION
AVENTURA MALL
19575 BISCAYNE BLVD
SPACE #669
N. MIAMI FL

AVENTURA MALL
19501 BISCAYNE BLVD.
N. MIAMI BEACH FL 33180

Sales Report
For Month of
DECEMBER 1997

| | | | |
|---|---|---|---|
| JAN 97 $ 97,516.94 | FEB 97 $ 100,062.67 | MAR 97 $ 117,260.76 | APR 97 $ 90,731.85 |
| MAY 97 $ 80,401.12 | JUN 97 $ 92,575.62 | JUL 97 $ 90,675.87 | AUG 97 $ 120,810.24 |
| SEP 97 $ 123,786.98 | OCT 97 $ 79,550.79 | NOV 97 $ 81,244.16 | DEC 97 $ 182,925.08 |

EMPLOYEE SALES ARE INCLUDED IN THESE FIGURES AND MAY BE ADJUSTED AT THE TIME PAYMENT IS MADE.

LEASE YEAR SALES TO DATE → $ 1,257,522.06

KINNEY SHOE CORPORAT
P. O. BOX 2663
HARRISBURG, PA
    17105-2663

KINNEY SHOE CORPORAT
P. O. BOX 2663
HARRISBURG, PA
    17105-2663

Plaintiffs
DEPOSITION
EXHIBIT
4

STORE NO.
   06565
   LFL

STORE LOCATION
   AVENTURA MALL
   19575 BISCAYNE BLVD
   SPACE #669
   N. MIAMI              FL

AVENTURA MALL

19501 BISCAYNE BLVD.

N. MIAMI BEACH     FL   33180

## Sales Report
## For Month of
DECEMBER 1996

| JAN 96 | FEB 96 | MAR 96 | APR 96 |
|---|---|---|---|
| $ 86,946.77 | $ 87,938.86 | $ 112,656.75 | $ 97,035.52 |
| MAY 96 | JUN 96 | JUL 96 | AUG 96 |
| $ 77,707.85 | $ 96,660.05 | $ 102,221.00 | $ 135,768.25 |
| SEP 96 | OCT 96 | NOV 96 | DEC 96 |
| $ 104,600.92 | $ 80,605.38 | $ 82,927.04 | $ 166,805.82 |

EMPLOYEE SALES ARE INCLUDED IN THESE
FIGURES AND MAY BE ADJUSTED AT THE
TIME PAYMENT IS MADE.

LEASE YEAR SALES
TO DATE   →    $ 1,229,436.21

VENA000497

Plaintiff's
DEPOSITION
EXHIBIT
3



KINNEY SHOE CORPORATION
P.O. BOX 2663
HARRISBURG, PA
17105-2663

KINNEY SHOE CORPORATION
P.O. BOX 2663
HARRISBURG, PA
17105-2663

STORE NO.  04565
LFI

STORE LOCATION
AVENTURA MALL
19575 BISCAYNE BLVD
SPACE #669
N. MIAMI          FL

AVENTURA MALL
19501 BISCAYNE BLVD
N. MIAMI BEACH          FL 33180

Sales Report
For Month of
DECEMBER 1995

| JAN 95 | FEB 95 | MAR 95 | APR 95 |
|---|---|---|---|
| $ 103,501.13 | $ 93,186.80 | $ 112,327.11 | $ 91,519.67 |
| MAY 95 | JUN 95 | JUL 95 | AUG 95 |
| $ 69,357.10 | $ 89,811.50 | $ 103,402.55 | $ 125,737.49 |
| SEP 95 | OCT 95 | NOV 95 | DEC 95 |
| $ 103,284.29 | $ 65,684.30 | $ 84,697.14 | $ 165,316.40 |

EMPLOYEE SALES ARE INCLUDED IN THESE
FIGURES AND MAY BE ADJUSTED AT THE          LEASE YEAR SALES
TIME PAYMENT IS MADE                         TO DATE → $ 1,209,825.48

# PLAINTIFF'S
# EXHIBIT "20"

53

1 performance?
2    A.  Right.
3    Q.  So in four of the areas, if Debra Sharief
4 is better than the other person, wouldn't her
5 overall performance be better, four out of six?
6        MR. ELLIOT:  Same objection.
7        Object to the form, improper
8 hypothetical.
9    Q.  It would be; wouldn't it or not?
10    A.  I still don't understand the question.
11        MR. ELLIOT:  Counselor --
12        MR. TRAMMELL:  No, wait a second.
13 He doesn't understand it.
14        MR. ELLIOT:  No, I don't understand.
15        You've got four.  I'll use your
16 examples, four betters, two worse.  If
17 she's a little better in four and horrible in
18 the last two, I think it is impossible,
19 looking backwards to do it the way you're
20 trying to do it, and I think that's his
21 problem, what he doesn't understand --
22        MR. TRAMMELL:  I'm trying to see --
23        MR. ELLIOT:  -- especially when he
24 doesn't do it that way.
25    Q.  You didn't do it that way?
        KRESSE, VALDES-PRIETO & ASSOCIATES, INC.

54

1    A.  No.
2    Q.  Let me ask you this:  Assuming that Debra
3 Sharief is better in sales, in determining who is
4 the better performer, Debra Sharief or Ann Nitka,
5 for this Bayside Mall position, assuming that
6 Debra Sharief did better in sales, did better in
7 audits, did better in test checks, did better in
8 apparel counts and equal to Ann Nitka in training
9 and visual merchandising, this one would be the
10 manager?
11    A.  That person with the best performance.
12    Q.  Assuming the facts.
13    A.  Debra.
14    Q.  Debra would have gotten it?
15    A.  Right.
16    Q.  Assuming that Debra had done better in
17 sales, better in audits --
18        MR. ELLIOT:  Listen to him, don't look at
19 me.
20    Q.  And had been equal in test checks,
21 apparel counts, training and in visual
22 merchandising, equal, assuming that can be, which
23 one would get it?
24    A.  Would you repeat that question again,
25 please?
        KRESSE, VALDES-PRIETO & ASSOCIATES, INC.

55

1    Q.  Yes.  Assume that, in determining who had
2 the better performance, Debra had better
3 performance in sales, Debra had better performance
4 in audits, and Debra and Ann Nitka had equal
5 performance in test checks, equal in apparel
6 counts, equal in training and equal in visual
7 merchandising, which one would get the --
8    A.  Debra.
9    Q.  Debra, all right.
10        MR. ELLIOT:  You notice, Counselor, that
11 I didn't object to you asking it that way.
12        MR. TRAMMELL:  You cleared my thinking up
13 a little bit.
14    A.  Go ahead.
15    Q.  Did you ever have a discussion with Debra
16 in which you told her that the only stores that
17 would be a promotion for her would be the Bayside,
18 Aventura and Dadeland stores, since they're the
19 ones making considerably more volume than her
20 store?
21    A.  In regards to volume, yes.
22    Q.  When did you have that discussion?
23    A.  I can't recall for sure.
24    Q.  When you're deciding which managers
25 should get an open position in a store, do you
        KRESSE, VALDES-PRIETO & ASSOCIATES, INC.

56

1 consider anything other than their performance, as
2 we've been talking about for a little while?
3    A.  Yes.
4    Q.  What?
5    A.  Geographical area.
6    Q.  What do you mean by that?
7    A.  That they can drive to that particular
8 area, and it wouldn't be a hardship on them to
9 drive.
10    Q.  I see.  Anything else?
11    A.  No.  Rephrase the question again.
12    Q.  Anything else?
13    A.  As far as --
14    Q.  I asked you, when you're deciding what
15 manager should replace, should fill a vacancy in a
16 manager's position in a store under you, you've
17 told me you base it on performance --
18    A.  Right.
19    Q.  -- and we talked about that at length,
20 and I thought that was all, but then I said is
21 there anything else, just trying to clean it up,
22 and you said, yes, you consider the geographical
23 area, so it wouldn't be a problem for them to get
24 there.
25        Is there anything else that you consider?
        KRESSE, VALDES-PRIETO & ASSOCIATES, INC.

Page 57

1 A. Yes.
2 Q. Okay, and the difference in Meredith Infeld's
3   next year at $1,003,000 and $1,041,000 was a
4   $38,000 sales increase, wasn't it?
5 A. Yes.
6 Q. Okay, so we're talking about the difference in
7   $148,000 sales increase over those two years
8   evidenced by Meredith's reports at the Broward
9   Mall compared to the $269,000 sales volume
10  increase for the Pembroke Lakes store, isn't
11  that correct?
12 A. Yes.
13 Q. Okay, so when you said they both had good
14  numbers, we're talking about $148,000 for
15  Meredith versus $269,000 for Trina, correct?
16 A. Correct.
17 Q. Okay.  So we're in agreement that in 1997 -- and
18  the last exhibit that you looked at was
19  Plaintiff's Exhibit 11, that shows the
20  $1,041,000 at Broward Mall, is that right?
21 A. That's correct.
22 Q. That was right up to July of 1997, wasn't it?
23 A. Correct.
24 Q. And the promotion was then -- you offered the
25  promotion to Aventura to Meredith in August of

Page 58

1   1997, a month later, is that right?
2 A. Yes.
3 Q. Okay, that was the same year as we discussed
4   Trina won the manager of the year award,
5   correct, 1997?
6 A. Correct.
7 Q. We just went over the fact that Meredith Infeld
8   had a history of some bad audits, didn't she?
9 A. Yes.
10 Q. And this is the same candidate, employee, that
11  you're now going to present to a store with a
12  sales volume of over $1,200,000 consistently
13  from 1997, is that right?
14 A. Correct.
15 Q. Okay.  Meredith -- I represent to you that
16  Meredith said in her deposition in the Deborah
17  Sharief matter that moving to a higher volume
18  store is a promotion, do you dispute that?
19        MR. GERLACH:  Object to the form of
20  the question.
21 Q. (BY MR. PATTERSON) It is a promotion, isn't it?
22 A. Again, depending on how you look at the
23  promotion, it's a promotion in volume, yes.  It
24  may not be a promotion as far as how much money
25  the manager makes, so I guess it depends on what

Page 59

1   you consider a promotion.
2 Q. Higher volume stores, there is a pay scale that
3   is contingent upon the higher the volume in the
4   store, isn't there?
5 A. Yes.
6 Q. And the higher the volume of the store, the more
7   a manager's base pay will be, isn't that
8   correct?
9 A. Base pay, correct.
10 Q. Okay, as far as bonuses and those other things,
11  that is going to be strictly on performance,
12  isn't it?
13 A. Yes.
14 Q. Okay.
15 A. Yes, it is.
16 Q. Would you like to add anything?
17 A. No, it is on performance.
18 Q. Why was audit and inventory control not a
19  profitability concern for Meredith Infeld at the
20  Aventura Mall?
21        MR. GERLACH:  Object to the form of
22  the question, argumentative.
23 Q. (BY MR. PATTERSON) Do you understand my
24  question?  Why was audit and shrinkage control
25  not a concern for profitability when you

Page 60

1   promoted Meredith into Aventura?
2 A. It is a concern.
3 Q. But you were still able to make that decision to
4   promote her into there?
5 A. Yes.
6 Q. And the only thing that stands out in your mind
7   with the Deborah Sharief promotion or lack of in
8   August of 1996 for Dadeland, the only thing that
9   stands out to you in your mind was her audit
10  history, isn't that true?
11        MR. GERLACH:  Renew my objection with
12  respect to Deborah Sharief, move to strike.
13 A. No.
14 Q. (BY MR. PATTERSON) Do you have other things
15  that stand out in your mind as to other than
16  Deborah Sharief's audit performance?
17 A. Well, it was another manager that was promoted
18  so obviously I would have looked at all her
19  results.
20 Q. But you testified that you liked her consistent
21  audit results?
22 A. That was one of the things I testified to.
23 Q. And you testified that Deborah Sharief's audit
24  history was one of the reasons that she wasn't
25  selected for the Dadeland position, correct?

# PLAINTIFF'S
# EXHIBIT 20B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 97-1724-CIV-LENARD

MAGISTRATE JUDE GARBER

DEBRA SHARIEF,                     )
                                   )
            Plaintiff,             ) DEPOSITION OF:
                                   )
      vs.                          ) PAUL ANDRE NEWMAN
                                   )
KINNEY SHOE CORPORATION, a         ) (Telephone deposition)
New York corporation,              )
                                   )
            Defendant.             )


B E F O R E:


          NICHOLAS GIBERNA, a Certified Shorthand

Reporter and Notary Public of the State of New Jersey,

at the Offices of SUBURBAN SHORTHAND REPORTING

CO./KABOT, BATTAGLIA & HAMMER REPORT CO., 180 Mount

Airy Road, Suite 204, Basking Ridge, New Jersey, on

Wednesday, September 23, 1998, commencing at 11 a.m.,

pursuant to Notice.


          REPORTING SERVICES ARRANGED THROUGH
     SUBURBAN SHORTHAND/KABOT, BATTAGLIA & HAMMER
          A Veritext, L.L.C. Company
               180 MOUNT AIRY ROAD
                   SUITE 204
          BASKING RIDGE, NEW JERSEY  07920
     908-696-1900 Phone   908-696-9180 fax

COPY

```
                                                    2
 1

 2

 3 A P P E A R A N C E S:

 4        MICHAEL M. TOBIN, ESQ.
          1099 Ponce de Leon Boulevard
 5        Coral Gables, Florida  33134-3319
          305-445-5475
 6        BY:  KELSAY D. PATTERSON, ESQ.
          For the Plaintiff
 7        (By telephone)

 8        BROAD & CASSEL, ESQS.
          390 North Orange Avenue
 9        Suite 1100
          Orlando, Florida  32801
10        BY:  ALAN M. GERLACH, ESQ.
          For the Defendant
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

66

1 the people that were number two and number three on the

2 list or number four, depending upon how many people

3 were in that pool.

4            Based upon all that information, I would

5 then communicate the reasons why that person was

6 promoted to the person that had the complaint.

7            Then taking it one step, being proactive

8 in my role, I would then communicate to the district

9 manager and regional vice president a better process to

10 communicate out promotions to certain individuals

11 within that pool because obviously if the person that

12 was promoted into the store was, based upon the

13 objective criteria, the best person for that store and

14 the person that brought the complaint was number three,

15 then there's a perception problem and we have to then

16 communicate the perception problem to not only the

17 individual that brought forth the complaint but to the

18 rest of the team.

19      Q      Let me jump in here now.

20            You said you would pull, typically you

21 would want to pull the manager's last six to ten store

22 visits.

23 A      Correct.

24      Q      And you would want any records that had

25 to do with the manager's performance in their audits.

67

1 Is that correct?

2 A     That's correct.

3     Q     And what time frame are we talking about
4 when we pull this?  Is it six months?  A year?  Year
5 and a half?  Two years?

6 A     You would do a comparative analysis and let's
7 say that the person that was given the store was in
8 that store for say two years.  Then I would probably go
9 back one year.  If I pull one year for the person that
10 was given the promotion, I would then pull one year for
11 the other individuals that are in that pool.

12     Q     So you would assess -- typically that is
13 you would assess about one year of employee A's
14 performance and records in addition to assessing one
15 year of employee B's performance and records.  Is that
16 correct?

17 A     That is correct.

18     Q     You said that you would then communicate
19 your findings whether they be about perception or the
20 employee's own performance, is that correct, you would
21 communicate why the position was given and their own
22 perception problems?

23 A     I would communicate the objective reasons why
24 the person received the store.  Okay?

25     Q     Okay.

68

1  A       And then as part of a learning tool would let

2  them know the performance components that they need to

3  improve upon to be promoted to the next level.

4       Q       Now, when you say you, you mean someone

5  in the fair employment practices office if it had been

6  you investigating such a claim, correct?

7  A       Correct.

8       Q       Would the explanation that you put forth,

9  would that be written?

10 A       I would recommend that you would put it in

11 writing or it could be done verbally.

12      Q       Now, would that be the entire process of

13 assessing a promotion, not hiring, but just a promotion

14 claim?

15 A       Would you put the entire comparative analysis in

16 writing?  Is that your question?

17      Q       No.  All the things you told me about,

18 you pulled the six to ten store visits and the manager

19 performances and the audits for the year and comparing

20 and assessing and then communicating preferably in

21 writing to the employee who initiated a complaint,

22 would that constitute the entire investigation?

23 A       Yes.

24      Q       And, as far as the other attributes I

25 think you spoke about as far as what other reasons the

# PLAINTIFF'S COMPOSITE EXHIBIT "21"

# KINNEY SHOE CORPORATION
## STORE MANAGER PERFORMANCE APPRAISAL

NAME: __MEREDITH INFELD__    TITLE: __MANAGER__    DATE OF APPRAISAL: __4/16/96 (1995)__

D.M.: __JEFF BJORK__    STORE #: __6193__    DIVISION: __LADYFOOTLOCKER__    DISTRICT # __427__

DATE OF HIRE: __11/13/92__    LENGTH OF TIME IN POSITION: __1 YR. 3 MO.__    CHECK-IN DATE: __8/95__

## GENERAL INSTRUCTIONS

IN PREPARATION FOR THE PERFORMANCE APPRAISAL, COMPLETE THE SECTIONS ON THE FOLLOWING PAGES
UTILIZING STORE RESULTS, THE MANAGER JOB DESCRIPTION, THE MANAGER'S OVERALL PERFORMANCE AND
GOALS PREVIOUSLY ESTABLISHED. REFER TO ANY WRITTEN DOCUMENTATION CONCERNING PERFORMANCE
PRIOR TO COMPLETING THIS FORM AND EVALUATE THE MANAGER ON PERFORMANCE FOR THE ENTIRE
APPRAISAL PERIOD, NOT JUST THE PAST FEW MONTHS. WHEN MAKING COMMENTS, CONCENTRATE ON
DEMONSTRATED BEHAVIORS, NOT VAGUE ATTRIBUTES SUCH AS "ATTITUDE" OF "PERSONALITY".

AFTER EVALUATION THE MANAGER'S PERFORMANCE, COMMENT ON THE ASSOCIATE'S POTENTIAL,
STRENGTHS AND NEEDS. FINALLY, ESTABLISH BOTH QUANTITATIVE AND QUALITATIVE GOALS FOR THE

## RATING DEFINITIONS

IN EVALUATION PERFORMANCE, THE FOLLOWING DEFINITIONS WERE DEVELOPED AS A GUIDE. ANY AREA
RECEIVING AN EVALUATION OF A "4" OR "5" SHOULD BE INCLUDED IN THE "GOALS" SECTION FOR IMMEDIATE
ATTENTION.

### 1- DISTINGUISHED/GREATLY EXCEEDS EXPECTATIONS:

Performance far surpasses job requirements and/or expectations and outstanding results are attained consistently. This
rating is to be reserved exclusively for those individuals who have displayed excellence on a consistent and sustained
basis. NOTE: In order for an associate to receive a summary overall rating of "Distinguished", no factor should receive
an evaluation lower than "Competent".

### 2- COMMENDABLE/EXCEEDS EXPECTATIONS:

Performance almost always exceeds job requirements and/or expectations and results attained in day-to-day activities are
frequently superior. NOTE: In order for an associate to receive a summary rating of "Commendable", no factor should
have received an evaluation of "Provisional".

### 3- COMPETENT/MEETS EXPECTATIONS:

Performance consistently meets job requirements and/or expectations. NOTE: In order for an associate to receive a
summary rating of "Competent", no factor should have received an evaluation of "Unsatisfactory".

### 4- PROVISIONAL/BELOW EXPECTATIONS:

Performance is such that an employee may still require considerable supervision due to newness and inexperience in
his/her current position. In the case of a long-term associate, this evaluation indicates that serious deficiencies
exist. Performance at this level for an extended period of time is unacceptable.

### 5- UNSATISFACTORY:

Performance is unacceptable and requires immediate improvement. A specific time period should be established for the
associates to improve performance. NOTE: An associate evaluated at this level will be terminated unless there is an
improvement in job performance.

PLAINTIFF'S
EXHIBIT
56

W00 000783
21719-0001

# PERFORMANCE AREAS

| MANAGERIAL SKILLS | | 1 | 2 | 3 | 4 | 5 | COMMENTS: (AREAS RECEIVING A "4" OR "5"MUST BE INCLUDED IN THE "GOALS" SECTION) |
|---|---|---|---|---|---|---|---|
| Planning and organization | $2^+$ | | X | | | | YOUR ORGANIZATIONAL SKILLS ARE GOOD |
| Use of time and meeting deadlines | S | | | X | | | YOU FOLLOW THRU AND MEET DEADLINES |
| Setting priorities | S | | | X | | | YOUR PRIORITIES MUST BE SALES/SHRINK |
| Verbal communication skills | -1 | | | X | | | MAKE SURE YOUR CLEAR ON DIRECTIVES |
| Written communication skills | +1 | | X | | | | YOUR CLEAR AND UNDERSTOOD HERE |

| CUSTOMER SERVICE | | 1 | 2 | 3 | 4 | 5 | |
|---|---|---|---|---|---|---|---|
| Selling skills | +1 | | X | | | | APPAREL AT 14.36%,ACCESSORIES AT 10.10% |
| Multiple sales | +1 | | | X | | | 39.07% LG. 40.16%,MBTS $75.16 LG. $74.87 |
| Product knowledge | +1 | | X | | | | GOOD TECH KNOWLEDGE |
| Meeting sales and profit goals | S | | | X | | | NO GOALS FOR CURRENT STORE How about former store |
| Knowledge of competition | -1 | | | X | | | SHOP MORE FREQUENTLY |
| In-store sales meetings | +1 | | | X | | | HOLD ON A MORE CONSISTENT BASIS/PLAN |
| Effectively handles customer complaints | +1 | X | | | | | YOU TAKE CARE OF YOUR CUSTOMER |
| Corporate teamwork | S | | | X | | | KEEP STRIVING TO IMPROVE |

| OPERATIONS | 1 | 2 | 3 | 4 | 5 | |
|---|---|---|---|---|---|---|
| Shrinkage control / Store security | | | | X | | SHRINK AT -.42% AND -$3669 |
| Expense Control | | | X | | | WATCH WAGES AND CONTROL SHRINK |
| Record keeping | | X | | | | GOOD FOLLOW THRU HERE |
| Credit and layaway programs | X | | | | | NONE ON MANAGER'S STATEMENT |
| Stockroom organization | | X | | | | YOU ARE WELL ORGANIZED |
| Store maintenance | | X | | | | VM AND STORE CLEANLINESS ARE VERY GOOD |
| Adherence to all safety policies | | X | | | | |
| Follows all VM directives | | X | | | | PAY CLOSE ATTENTION TO FLOOR LAYOUT |
| Follows company discount policy | | | X | | | DISCOUNTS AT .28% |

| MERCHANDISING | 1 | 2 | 3 | 4 | 5 | |
|---|---|---|---|---|---|---|
| Follow through on sales programs | | X | | | | GOOD FOLLOW THRU ON VSM PROGRAMS |
| Knowledge of merchandise reports | | X | | | | USE TO GET PRODUCT INTO YOUR STORE |
| FIFO / Matchpoint liquidation | | | | X | | 75.5% SECOND HALF |
| Communicating product needs | | | X | | | USE 401'S MORE |
| Merchandise pricing follow through | | X | | | | ALL MERCHANDISE PRICED AND CHANGED |

| HUMAN RESOURCES | 1 | 2 | 3 | 4 | 5 | |
|---|---|---|---|---|---|---|
| Follow through on policies and procedures | | X | | | | YOUR KNOWLEGABLE HERE |
| Proper staffing levels / scheduling | | X | | | | 1 A.M.-1 TRAINEE-3 P.T. |
| Training implementation and follow through | | | X | | | WATCH TIME FRAME-DEVELOP BACKUPS |
| Follow through on new associate procedures | | X | | | | SENT IN PER GUIDELINES |
| Recruiting and selection | | | X | | | ONE RECRUIT- NEED MORE FOR MARKET |
| Associate record keeping | | X | | | | FOLDER UP KEEP IS GOOD |

W00 000784
21719-0001

# STORE RESULTS

## SALES

| YTD VOLUME | YTD $ GAIN | YTD % GAIN | MGR BOOK / MULTI % |
|---|---|---|---|
| 918,618 | +4896 | +.5% | 4941/44.26 |

## PROFITS

| 12 MONTH PROFIT % | PROFIT % INC/DEC | SALES PER SQ.FOOT | BONUS $ YTD |
|---|---|---|---|
| 12.07 | -6.89 | 466 | |

| WAGE % | WAGE % INC/DEC | WG BUD FOLLOW THRU | WAGES IN LINE W/VOL |
|---|---|---|---|
| 10.26 | +.59 | OK | HIGH |

| $ SHORT / OVER | % SHRINK | 1ST HALF LIQ. % | 2ND HALF LIQ. % |
|---|---|---|---|
| -3669 | -.42 | 73.04 | 75.50 |

## GOALS REVIEW SUMMARY

| AGREED UPON GOALS | RESULTS ACHIEVED |
|---|---|
| SEE COMMENTS BELOW- | |

## COMMENTS ON OVERAL RESULTS ACHIEVED ON GOALS

MEREDITH CHECKED INTO STORE 6193 IN AUGUST OF 1995 AND NO GOALS WERE GIVEN FOR THE YR.  SHE DID HOWEVER TAKE 6193 FROM A SALES LOSS TO A SALES GAIN BY YR. END.

## ASSOCIATE EVALUATION / CAREER ASSESSMENT

**ASSOCIATE'S SHORT AND LONG TERM POTENTIAL:** Be as accurate as possible in assessing long and short range potential. This section is used to plan the associate's career path and the Company's management succession strategy.

MEREDITH YOUR SHORT TERM POTENTIAL IS TO  TAKE 6193 TO A MILLION DOLLARS IN SALES AND BE MORE ACTIVE WITHIN  THE MARKET IN  RECRUITING AND DEVELOPING QUALITY  PERSONNEL. LONG TERM I WOULD LIKE TO SEE MEREDITH DEVELOP AS A TRAINER CANDIDATE BY PRODUCING  THE RESULTS  IN SALES AND AUDIT CONTROL.

**STRENGTH / DEVELOPMENT NEEDS:** Cite examples of associate's most significant performance strengths and needs.

YOUR STRENGTHS WERE THE RESULTS YOU ACHIEVED IN 6197 IN ACCESSORIES AND IN MULTIPLES AND GETTING 6193 TO THE GAIN SIDE IN 96. YOUR STRENGTHS ALSO INCLUDE YOU ORGANIZATION AND VM SKILLS. YOU NEED TO IMPORVE ON YOU AUDIT PERFORMANCE AS YOU WERE SHORT .42% AND IN RECRUITING AND DEVELOPING QUALITY BACK UP PERSONNEL.

**DEVELOPMENT PLAN:** List specific training and experience to be conducted during the next appraisal period.

| | Target Date |
|---|---|
| HRD CLASSES<br>TLC W/AUDITORS | |

W00 000785
21719-0001

# NEW GOALS: FORTHCOMING APPRAISAL PERIOD

| | REVIEWED BY |
|---|---|
| is recommended that goals be reviewed quarterly for pending status and revisions, if necessary. It is important to document all revisions. Goals should be realistically structured and kept to a manageable number. | |

SALES-+6.9%
SELLING COST-8.9%
ACCESSORIES-9.5%
APPAREL-16%
MATCHPOINTS-85%
MGR. BOOK-6153-32%
AUDITS-(-.25%)
RECRUITS-2
PROFITS-16%

## SUPERVISOR COMMENTS:

MERDITH YOU HAD A STRONG PERFORMANCE IN 6197 WHICH LED TO YOUR PROMOTION TO STORE 6193. CONTROLLING SHRINK MUST BE ONE OF YOUR BIGGEST PRIORITIES ALONG WITH HITTING YOUR GOALS FOR 1996. YOUR A STRONG WELL ORGANIZED MANAGER I NEED MORE OF YOU IN 96 IN RECRUITING AND DEVELOPING A STRONG TEAM TO MAKE YOUR MARKET STRONGER. I DO FEEL THAT YOU WILL HIT THAT MILLION DOLLAR MARK IN 96 WITH FOCUS ON PERSONNEL AND IN PRODUCT.

## ASSOCIATE COMMENTS:

I FEEL THAT THE APPRAISAL HAS FAIRLY RATED MY ABILITIES IN EACH AREA. I HAVE SOME AREAS TO WORK ON FOR 1996 WHILE OBTAINING THIS YEARS GOALS. WITH HARD WORK AND A GREAT TEAM I EXPECT MY YEARLY GOALS ARE ATTAINABLE.

## SUMMARY RATING

Review the results of Performance against GOALS. Consider giving more weight to those factors which constitute the most important aspects of the position and indicate your overall judgement by placing a "check mark" on the scale below:

| DISTINGUISHED | COMMENDABLE | COMPETENT | PROVISIONAL | UNSATISFACTORY |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ |

| ASSOCIATE: | Merdith Infeld | DATE: | 4/16/96 |
|---|---|---|---|
| DISTRICT MANAGER: | | DATE: | 4.16.96 |
| REGIONAL VICE PRESIDENT: | | DATE: | |

Revised 04-07-95

W00 000786
21719-0001

# Woolworth Corporation
## STORES ORGANIZATION
### PERFORMANCE APPRAISAL

| | Division | Name: MEREDITH INFELD |
| --- | --- | --- |
| | LFL | Title / Area(s): MANAGER05193 PLANTATION FL. |

| Total Years of Service | 4YR2MO | Time In Job Title | 2YR'1'1 | Time In Job Category | 2YR3M |
| --- | --- | --- | --- | --- | --- |

COMPLETED BY: Self          Supervisor

**COMMENT FOR EACH PERFORMANCE MEASUREMENT**

| YEAR - 1996 | S | E | M | N | U | |
| --- | --- | --- | --- | --- | --- | --- |
| **S - Superior**<br>**E - Exceeding Expectations**<br>**M - Meeting Expectations** | | | | **N - Not Meeting Expectations**<br>**U - Unsatisfactory** | | |
| **SALES:**<br>Plan $ $1,000,376<br>Actual $ $1082,701,<br>25% | | X | | | | EXCEEDED PLAN IN SALES, SELLING COST, APPAREL, MATCHPOINTS, AND IN MULTIPLES, AND MST'I.<br>DID NOT ACHIEVE PLAN IN ACCESSORIES AND IN MANAGER BOOK. YOU AND YOUR HAD A GREAT YR. THANKS.<br>YOUR STORE WAS ALWAYS NEAT AND ORGANIZED. |
| **PROFIT:**<br>Plan $ $180,875<br>Actual $ $213,873<br>20% | X | | | | | YOUR PROFIT PLAN WAS 16% AND YOUR 96 RESULTS WERE 19.29%. YOU DID AN EXELLENT JOB IN CONTOLLING EXPENSES AS YOUR SALES WERE UP 17.5% AND YOUR TOTAL EXPENSES SHOWED A DECREASE OF -1.46%. YOU FOLLOWED THE UPH/WAGE BUDGETS. |
| **SHRINKAGE:**<br>Plan % -.26%<br>Actual % -.66%<br>15% | | | | | X | YOUR SHRINK WAS HIGH IN 96 AT -.66% AND THE MAJORITY OF THIS WAS DUE TO YOUR AUDIT ON 9/9/96 WHICH WAS SHORT -$5161. YOUR AUDIT OF 4/30 WAS WITHIN THE ALLOWABLE AT -.21% AND WAS ALSO A NO DEFICENCY. YOUR AUDIT OF 9/9/96 HAD FOUR DEFICENCES INCLUDING DISCOUNT ABUSE BY YOU THE MANAGER. |
| **Special Job Objective**<br>15% | | | X | | | YOU HIT THE MILLION DOLLAR MARK IN SALES.<br>YOU MUST BE MORE OF A LEADER AND RECRUITER ,ONE THAT DEVELOPS STRONG PERSONEL IN YOUR MARKET. |
| **People Development**<br>25% | | | X | | | RECRUIT AND DEVELO STRONG PEOPLE NOT ONLY FOR YOUR STORE BUT FOR YOUR MARKET.YOU MUST EVALUATE PERSONNEL FASTER AND TAKE DISCIPLINARY ACTION FASTER IF NEEDED. |
| **Overall Summary Rating**<br>100% | | | X | | | |

Meredith Infeld                4/15/97
_____      _____
Associate                      Date

_____   _____   _____
Supervisor                  Date        Appraisal Review Follow-up Date

4/15/97

VENA000086

## ACTION PLAN FOR PERFORMANCE IMPROVEMENT
(Mandatory for all *N* and *U* performance ratings)

| ACTION | RESOURCES REQUIRED | TIMING |
|---|---|---|
| CONTROL SHRINK | DAILY APPAREL COUNTS WEEKLY TESTCHECKS, AND DAILY VERIFICATION OF REFUNDS | IMMEDIATELY |
| RECRUITING AND DEVELOPING A WELL TRAINED TEAM | WORK WITH M.T AND MKT. LEADER DENISE RABI, DO TRAINING DAYS WEEKLY , AND DO MONTHLY APPRAISALS AS PER POLICY, EVALUATE EACH ASSOCIATE AND TAKE APPROPRIATE ACTION | FIRST HALF |

**APPRAISER'S SUMMARY**

MEREDITH . YOU AND YOUR TEAM HAD A GREAT YR. IN SALES AS YOU TOOK 6193 OVER THE MILLION DOLLAR MARK. CONGRATULATIONS AND THANK-YOU

ALL OTHER SALES AREAS WERE ALSO VERY STONG-APPAREL,MULTIPLES, MATCHPOINTS, SELLING COST, AND PROFITS.
IN 1997 I WANT TO SEE YOU GET BETTER RESULTS IN AUDITS. I WANT TO SEE YOU DEVELOP INTO A LEADER IN YOUR MARKET IN RECRUITING
AND TRAINING QUALITY PERSONNEL. WORK CLOSELY WITH MT AND MARKET LEADER DENISE RABI

**ASSOCIATE'S COMMENTS**
1996 WAS AN AWESOME YEAR IN SALES-MY TEAM AND I EXCEEDED MANY OF OUR GOALS FOR THE YEAR. THIS COMING YEAR WILL CERTAINLY
BE A CHALLANGE. I AGREE WITH ALL AREAS OF MY APPRASAL AS WRITTEN.

VENA000087

# STORES ORGANIZATION

## PERFORMANCE PLANNING WORKSHEET

| | Division | Name: | MEREDITH INFELD |
|---|---|---|---|
| | LFL | Title / Area(s): | MANAGER-6193-PLANTATION FL |

**YEAR - 1997**

**SALES:**

GAIN OF 3%
MUTIPLES-45%
MST$-$80
ACCESSORIES-9.5%
APPAREL-17.5%
MATCHPOINTS-95%
MGR. BOOK-$6,000

Plan $

$1,115,182

25%

**PROFIT:**

PROFIT %-20 %
SELLING COST-8.68%

Plan $

$223,036

20%

**SHRINKAGE:**

APPAREL COUNTS WKLY
TWO TESTCHECKS PER WEEK
VERIFY REFUNDS
EVALUATE PERSONNEL ON SECURITY AND TAKE APPROPRIATE ACTION

Plan %

-.35%

15%

**Special Job Objective**

WORK WITH MT DENISE RABI AND DEVELOP PERSONNEL AND PRODUCT FOR THE MARKET

15%

**People Development**

RECRUIT TWO QUALITY PEOPLE
PROMOTE OWN AM
EVALUATE PERSONNEL AND TAKE NECESSARY ACTION

25%

_Meredith Infeld_   4/15/97
Associate        Date

_signature_   4/15/97
Supervisor     Date

VENA000088

# Woolworth Corporation
## STORES ORGANIZATION
### PERFORMANCE APPRAISAL

| Division | | Name: MEREDITH INFELD |
|---|---|---|
| LFL | | Title / Area(s): MANAGER 6565-AVENTURA MALL |

| Total Years of Service | Time in Job Title | Time in Job Category |
|---|---|---|
| 5YR2MO | 3YRSM | 3YR3M |

COMPLETED BY:  Self ___   Supervisor ✓

**YEAR - 1996**

S - Superior
E - Exceeding Expectations
M - Meeting Expectations
N - Not Meeting Expectations
U - Unsatisfactory

**COMMENT FOR EACH PERFORMANCE MEASUREMENT**

| Measurement | S | E | M | N | U | Comment |
|---|---|---|---|---|---|---|
| **SALES:** Plan $ 1,277,204 — Actual $ 1,264,881 — 25% | | | X | | | FIRST HALF OF YR /.T 6193 AND SECOND HALF AT 6565. MISSED PLAN IN 6565 BY $12,323. MULTIPLES 6193-43.8% 6565-42.38%. SECOND HALF MATCHPOINTS 96.64%, #3 IN DISTRICT. ACCESSORIES-6565-8.07% 6193-3.55%. MGR. BOOK OF $4800. APPAREL-6565-12.6% 6193-15.84%. MST$-6193-$77.00 6565-$81.18. 2% COMP GAIN IN 6565 FOR THE YR. |
| **PROFIT:** Plan $ 268,213 — Actual $ 239,61? — 20% | | | X | | | MISSED PROFIT GOAL BY 28,596. COMBINED TARGET HRS IN 6565 AND 6193 SHOWED EXCELLENT CONTROL AS YOU WERE UNDER TARGET HRS BY 29. TOTAL STORE EXPENSES SHOWED GOOD CONTROL AT BREAK EVEN VS. LAST YR. SELLING COST GOAL OF 9% ACHIEVED AS RESULTS WERE 8.99%. |
| **SHRINKAGE:** Plan % -.35 — Actual % -.57 — 15% | | | | X | | TWO AUDITS RECIEVED OPERATION RESULTS OF SATISFACTORY. SECOND YEAR IN A ROW SHRINK PLAN WAS NOT ACHIEVED. |
| **Special Job Objective** 15% | | | X | | | BETTER INVOLVEMENT IN WORKING W/MGR TRAINER D. RA.../ IN PERSONNEL AND PRODUCT FOR MKT. |
| **People Development** 25% | | | X | | | ONE RECRUIT-RUSSEL GOLDBERG. TOOK ACTION ON AM IN 6193. |
| **Overall Summary Rating** 100% | | | X | | | |

| Associate | Date | Supervisor | Date | Appraisal Review Follow up Date |
|---|---|---|---|---|
| _[signature]_ | 2/24/98 | _[signature]_ | 2/24/98 | |

VENA000089

## ACTION PLAN FOR PERFORMANCE IMPROVEMENT
(Mandatory for all *N* and *U* performance ratings)

| ACTION | RESOURCES REQUIRED | TIMING |
|---|---|---|
| SHRINK; | *DAILY APPAREL COUNTS-DETERMINE WHO IS WORKING WHEN WE ARE SHORT IN APPAREL COUNTS. WHAT SECTION IS THE APPAREL COMING UP SHORT IN.<br>*TEST CHECK ALL SHOE DEPTS WEEKLY AND DO AN APPAREL TEST CHECK WEEKLY WITH TOTALS FROM YOUR APPAREL COUNTS<br>*TRAINING DAY FOCUS ON SALES FLOOR AWARENESS AND CUSTOMER SERVICE | DAILY,WEEKLY |

**APPRAISER'S SUMMARY**
FOR THE SECOND YR SHRINK HAS BEEN HIGH IN YOUR STORE...WE MUST GET CONTROL HERE. THANKS FOR THE SALES GAIN AND THE CONTROL IN PROFITS. CONTINUE TO GROW IN RECRUITING AND DEVELPOING PEOPLE.

**ASSOCIATE'S COMMENTS**
THIS YR HAS BEEN A CHALLENGE FOR ME AND THE CO AS A WHOLE. I AM PROUD OF MY TEAM'S ABILITY TO TURN AROUND A LOSING STORE TO A GAINING STORE SECOND HALF. AUDITS STILL ARE A CHALLENGE AND THIS YR. THAT WILL CHANGE.

VENA000090

# STORES ORGANIZATION
## PERFORMANCE PLANNING WORKSHEET

| | | Division | | Name: | MEREDITH INFELD |
|---|---|---|---|---|---|
| | | **LFL** | | Title / Area(s): | MANAGER 6565 AVENTURA MALL |

**YEAR - 1997**

| | |
|---|---|
| **SALES:** | MULTIPLES-43% |
| | MSTS-$84 |
| **Plan $** | APPAREL-14% |
| | ACCESSORIES-7.5% |
| 1,296,503 | MATCHPOINTS-85% |
| | MGR. BOOK-95% |
| 25% | |
| **PROFIT:** | ACHIEVE TARGETED HRS |
| | SELLING COST-8.99% |
| **Plan $** | PROFIT %-19% |
| 245,566 | |
| 20% | |
| **SHRINKAGE:** | DAILY APPAREL COUNTS |
| | WEEKLY TEST CHECKS |
| **Plan %** | ONE AUDIT OPERATIONS RATING OF EXCELLENT |
| -.35 | |
| 15% | |
| **Special Job Objective** | VISUAL MERCHANDISING SPECIALIST    GOAL IS TO AFFECT VISUAL PERFECTION IN YOUR MKT |
| 15% | |
| **People Development** | TWO RECRUITS, PROMOTE FROM YOUR TEAM |
| | TWO ASSOCIATES THRU PHASES ONE AND TWO |
| 25% | |

| | | | |
|---|---|---|---|
| _Meredith Infeld_ | 2/24/98 | _Mike O'Byer_ | 2/24/98 |
| Associate | Date | Supervisor | Date |

VENA000091

# PLAINTIFF'S COMPOSITE EXHIBIT "22"

# KINNEY SHOE CORPORATION
# STORE MANAGER PERFORMANCE APPRAISAL

NAME: __TRINA ROLLIE_____    TITLE: __MANAGER_____    DATE OF APPRAISAL: _4/28/96(1995)_____

D.M.: __JEFF BJORK_____    STORE #: _6544_____    DIVISION: __LADYFOOTLOCKER___    DISTRICT # _427___

DATE OF HIRE: _7/25/91_____    LENGTH OF TIME IN POSITION: _11MO.____    CHECK-IN DATE: _2/95_____

## GENERAL INSTRUCTIONS

IN PREPARATION FOR THE PERFORMANCE APPRAISAL, COMPLETE THE SECTIONS ON THE FOLLOWING PAGES UTILIZING STORE RESULTS, THE MANAGER JOB DESCRIPTION, THE MANAGER'S OVERALL PERFORMANCE AND GOALS PREVIOUSLY ESTABLISHED. REFER TO ANY WRITTEN DOCUMENTATION CONCERNING PERFORMANCE PRIOR TO COMPLETING THIS FORM AND EVALUATE THE MANAGER ON PERFORMANCE FOR THE ENTIRE APPRAISAL PERIOD, NOT JUST THE PAST FEW MONTHS. WHEN MAKING COMMENTS, CONCENTRATE ON DEMONSTRATED BEHAVIORS, NOT VAGUE ATTRIBUTES SUCH AS "ATTITUDE" OF "PERSONALITY".

AFTER EVALUATION THE MANAGER'S PERFORMANCE, COMMENT ON THE ASSOCIATE'S POTENTIAL, STRENGTHS AND NEEDS. FINALLY, ESTABLISH BOTH QUANTITATIVE AND QUALITATIVE GOALS FOR THE

## RATING DEFINITIONS

IN EVALUATION PERFORMANCE, THE FOLLOWING DEFINITIONS WERE DEVELOPED AS A GUIDE . ANY AREA RECEIVING AN EVALUATION OF A "4" OR "5" SHOULD BE INCLUDED IN THE "GOALS" SECTION FOR IMMEDIATE ATTENTION.

### 1- DISTINGUISHED/GREATLY EXCEEDS EXPECTATIONS:

Performance far surpasses job requirements and/or expectations and outstanding results are attained consistently. This rating is to be reserved exclusively for those individuals who have displayed excellence on a consistent and sustained basis. NOTE: In order for an associate to receive a summary overall rating of "Distinguished", no factor should receive an evaluation lower than "Competent".

### 2- COMMENDABLE/EXCEEDS EXPECTATIONS:

Performance almost always exceeds job requirements and/or expectations and results attained in day-to-day activities are frequently superior. NOTE: In order for an associate to receive a summary rating of "Commendable", no factor should have received an evaluation of "Provisional".

### 3- COMPETENT/MEETS EXPECTATIONS:

Performance consistently meets job requirements and/or expectations. NOTE: In order for an associate to receive a summary rating of "Competent", no factor should have received an evaluation of "Unsatisfactory".

### 4- PROVISIONAL/BELOW EXPECTATIONS:

Performance is such that an employee may still require considerable supervision due to newness and inexperience in his/her current position. In the case of a long-term associate, this evaluation indicates that serious deficiencies exist. Performance at this level for an extended period of time is unacceptable.

### 5- UNSATISFACTORY:

Performance is unacceptable and requires immediate improvement. A specific time period should be established for the associates to improve performance. NOTE: An associate evaluated at this level will be terminated unless there is an improvement in job performance.

VENA001092

# PERFORMANCE AREAS

| MANAGERIAL SKILLS | 1 | 2 | 3 | 4 | 5 | COMMENTS: (AREAS RECEIVING A "4" OR "5" MUST BE INCLUDED IN THE "GOALS" SECTION) |
|---|---|---|---|---|---|---|
| Planning and organization | | X | | | | GOOD ORGANIZATION-PLAN TESTCHECKS WKLY |
| Use of time and meeting deadlines | | X | | | | DEADLINES MEET-TIME MANGEMENT GOOD |
| Setting priorities | | X | | | | PRIORITIES WON ROOKIE YR./ MULTIPLES? |
| Verbal communication skills | | | X | | | TEAM MUST UNDERSTAND GOALS |
| Written communication skills. | | | X | | | DOCUMENT APP/TRAINING DAYS |

| CUSTOMER SERVICE | 1 | 2 | 3 | 4 | 5 | |
|---|---|---|---|---|---|---|
| Selling skills | | | | X | | APPAREL 13.07%+1.76,ACC 9.47%-2.39%/ |
| Multiple sales | | | | X | | MULT% 35.68%-MST$ 69.35-LG. 40.13%,$74.87 |
| Product knowledge | | | X | | | OK-DO TRAINING ON TECH KNOWLEDGE |
| Meeting sales and profit goals | X | | | | | SALES UP $128,197:PROFITS +14.22 UP89.73% |
| Knowledge of competition | | | X | | | SHOP AND KNOW WHAT COMP. CARRIES/SELLS |
| In-store sales meetings | | | X | | | BE NORE CONISISTENT/PLAN |
| Effectively handles customer complaints | | X | | | | YOU SATISFY CUSTOMERS NEEDS |
| Corporate teamwork | | | X | | | WORK TO CONTINUE IMPROVING |

| OPERATIONS | 1 | 2 | 3 | 4 | 5 | |
|---|---|---|---|---|---|---|
| Shrinkage control / Store security | | | X | | | SHORT .37%-DIST. AVG. -.36% |
| Expense Control | X | | | | | SALES UP 19.17%:STORE EXPENSES UP 2.99% |
| Record keeping | | X | | | | 2 DEFICIENCIES IN TWO AUDITS-O MGR. STAT. |
| Credit and layaway programs | X | | | | | NONE ON MGR. STATEMENT |
| Stockroom organization | | X | | | | STOCK TIGHT BACKROOM ORGAONIZED |
| Store maintenance | | X | | | | GOOD CLEANLINESS |
| Adherence to all safety policies | X | | | | | |
| Follows all VM directives | | | X | | | FOLLOW ALL DIRECTIVES |
| Follows company discount policy | | | | X | | .31% VS. LG. AVERAGE AT .24% |

| MERCHANDISING | 1 | 2 | 3 | 4 | 5 | |
|---|---|---|---|---|---|---|
| Follow through on sales programs | | | X | | | FOLLOW VSM WINDOW/FIXTURE LAYOUT |
| Knowledge of merchandise reports | | | X | | | USE MORE AND BECOME MORE FIMILIAR |
| FIFO / Matchpoint liquidation | | | | X | | BELOW DIST. AVERGE |
| Communicating product needs | | | X | | | COMMUNICATED W/DM-NOW USE NYO BETTER |
| Merchandise pricing follow through | | X | | | | DISPLAY SHOES PRICED/M.D.'S CHANGED |

| HUMAN RESOURCES | 1 | 2 | 3 | 4 | 5 | |
|---|---|---|---|---|---|---|
| Follow through on policies and procedures | | | X | | | SENT IN ON TIME |
| Proper staffing levels / scheduling | | X | | | | CORRECT FT/PT COMPLIMENT |
| Training implementation and follow through | | | | X | | TRAINING DAYS WKLY/MONTHLY APPRAISALS |
| Follow through on new associate procedures | | | X | | | OK |
| Recruiting and selection | | | | X | | RECRUIT FOR STORE/DISTRICT(NO RECRUITS) |
| Associate record keeping | | | | X | | EMPLOYEE FOLDERS MUST BE KEPT UPDATED |

# STORE RESULTS

## SALES

| YTD VOLUME | YTD $ GAIN | YTD % GAIN | MGR BOOK / MULTI % |
|---|---|---|---|
| 796,687 | +$128,197 | +19.2% | 4964/39.96 |

## PROFITS

| 12 MONTH PROFIT % | PROFIT % INC/DEC | SALES PER SQ.FOOT | BONUS $ YTD |
|---|---|---|---|
| +14.22% | +89.73% | 432 | 3569/2ND HALF |

## SELLING COST

| WAGE % | WAGE % INC/DEC | WG BUD FOLLOW THRU | WAGES IN LINE W/VOL |
|---|---|---|---|
| 9.70% | -1.03% | YES | VOL#9/WAGES#8 |

## AUDITS / MATCH POINTS

| $ SHORT / OVER | % SHRINK | 1ST HALF LIQ. % | 2ND HALF LIQ.% |
|---|---|---|---|
| -$1812 | -.37% | 79.67% | 78.53% |

# GOALS REVIEW SUMMARY

| AGREED UPON GOALS | RESULTS ACHIEVED |
|---|---|
| SALES-+14.95    WAGES-10.09%<br>ACCESSORIES-11%    MATCHPOINTS-90%<br>AUDITS(-.25%)    MGR. BOOK-$4877 | +19.25(YES)    9.70%(YES)<br>9.47%(NO)    79.67%-78.35%(N)<br>-.37%(NO)    .4964(YES) |

## COMMENTS ON OVERAL RESULTS ACHIEVED ON GOALS

GOALS WERE ESTABLISHED BY DAISY RAMOS FORMER MGR. AND MYSELF AND AGREED UPON BY TRINA ROLLIE. GOALS WERE ACHIEVED IN ALL AREAS EXCEPT AUDITS AND ACC. GOOD JOB ESPICALLY THE SALES AND PROFIT GOALS.

# ASSOCIATE EVALUATION / CAREER ASSESSMENT

**ASSOCIATE'S SHORT AND LONG TERM POTENTIAL:** Be as accurate as possible in assessing long and short range potential. This section is used to plan the associate's career path and the Company's management succession strategy.

SHORT TERM  GROW MORE AS A STORE MANGER IN ALL AREAS ESPICALLY IN RECRUITING AND TRAINING. LONG TERM I FEEL YOUR CAPABLE OF MANAGING A LARGER VOLUME STORE.

**STRENGTH / DEVELOPMENT NEEDS:** Cite examples of associate's most significant performance strengths and needs.

TRINA YOUR STRENGTH WAS YOUR PERFORMANCE IN SALES GAINS, PROFTI RESULTS AND  IMPROVEMENT, AND IN GETTING THE RIGHT PRODUCT INTO YOUR STORE. THESE AREA WERE INSTRUMENTAL IN YOUR BEING ROOKIE OF THE YR. I WANT TO SEE YOUR FOCUS ON TRAINING AND RECRUITING IN 96 AS YOUR GROW EVEN MORE AS A STORE MANAGER.

**DEVELOPMENT PLAN:** List specific training and experience to be conducted during the next appraisal period.

| | Target Date |
|---|---|
| TLC MEETING<br>HRD CLASSES | |

VENA001094

# NEW GOALS: FORTHCOMING APPRAISAL PERIOD

| It is recommended that goals be reviewed quarterly for pending status and revisions, if necessary. It is important to document all revisions. Goals should be realistically attainable and kept to a manageable number. | REVIEWED BY |
|---|---|
| **SALES-+12.5%**<br>**SELLING COST-9.1%**<br>**ACCESSORIES-10%**<br>**APPAREL-16%**<br>**MATCHPOINTS-85%**<br>**MANAGER BOOK-$5460**<br>**AUDITS-(-.25%)**<br>**PROFITS-17.5%**<br>**RECRUITS-TWO** | |

**SUPERVISOR COMMENTS:**

1995 WAS YOUR FIRST YERA OF STORE MANAGEMENT. YOU USED YOUR MANAGEMENT TRAINING WELL AS YOU WERE ROOKIE OF THE YR. FOR THE DISTRICT. CONGRATULATIONS!  THIS IS AN AWARD THAT YOU CAN ONLY WIN ONCE.  YOU ARE NOW HAVE A YR. OF EXPERIENCE AND I WANT TO SEE YOU CONTINUE TO GROW WITH FOCUS ON TRAINING, RECRUITING, AND DEVELOPING A STRONG TEAM BOTH FULLTIME AND PARTTIME. I FEEL THAT YOU WILL HIT YOUR 96 GOALS WITH FOCUS ON  JOB DESCRIPTION FOLLOW THRU, TRAINING, V.M. PERFECTION, AND CORRECT PRODUCT.
GOOD LUICK!

**ASSOCIATE COMMENTS:**

JEFF AND I WENT OVER MY EVALUATION AND  WE BOTH AGREED ON THE RESULTS. I AM GRATEFUL FOR THE COMMENDABLE RATING THAT I WAS GIVEN, BUT I KNOW IT COULD NOT HAVE BEEN DONE WITHOUT THE HELP OF MY TEAM. WE HAVE A LOT  TO LOOK FORWARD TO IN 1996 AND A LOT OF WORK TO DO TO MEET OUR GOALS. WE HAVE AGREED ON THE GOALS SET FOR 96 AND WITH TOTAL FOCUS  ON THE JOB DESCRIPTION, TRAINING, AND RECRUITING WE SHOULD WELL EXCEED THESE GOALS.

| **SUMMARY RATING** | Review the results of Performance against GOALS. Consider giving more weight to those factors which constitute the most important aspects of the position and indicate your overall judgement by placing a "check mark" on the scale below. |
|---|---|

| DISTINGUISHED | COMMENDABLE | COMPETENT | PROVISIONAL | UNSATISFACTORY |
|---|---|---|---|---|
| [ ] | [X] | [ ] | [ ] | [ ] |

| ASSOCIATE: | *Trina Roller* | DATE: | 4/26/96 |
|---|---|---|---|
| DISTRICT MANAGER: | *Jeffrey Boyle* | DATE: | 4.26.96 |
| REGIONAL VICE PRESIDENT: | | DATE: | |

Revised 01-07-95

# Woolworth Corporation
## STORES ORGANIZATION
### PERFORMANCE APPRAISAL

**YEAR - 1996**

S - Superior
E - Exceeding Expectations
M - Meeting Expectations
N - Not Meeting Expectations
U - Unsatisfactory

| Division | Name: TRINA ROLLIE | | | |
|---|---|---|---|---|
| LFL | Title / Area(s): MANAGER-store 6544-pembroke lakes mall | | | |

| | Total Years of Service | Time in Job Title | Supervisor | Time in Job Category |
|---|---|---|---|---|
| | 51/2YRS | 1YR11M | | 1YR11M ✓ |

COMPLETED BY: Self

| | S | E | M | N | U | COMMENT FOR EACH PERFORMANCE MEASUREMENT |
|---|---|---|---|---|---|---|
| **SALES:** Plan $ 896,591 | | | | | | SALES GAIN GOAL WAS ACHIEVED AND SURPASSED BY $43,085. YOU HAD A $GAIN OF $142,989 AND 17.9%. BOTH OF WHICH WERE GREAT RESULTS. GOALS WERE ASLO ACHIEVED IN SELLING COST AND MATCHPOINTS, IN WHICH YOUR RESULTS WERE NUMBER ONE IN THE SECOND HALF, AND FOR THE YEAR. |
| Actual $ 939,676 | X | | | | | |
| 25% | | | | | | |
| **PROFIT:** Plan $ 166,903 | | | | | | POFITS OF 18.91% VERUS LG. AVERAGE OF 13.59%. GOOD EXPENSE CONTROL AS YOUR SALES WERE UP 17.94% AND YOUR TOTAL EXPENSES WERE ONLY UP 4.54%. |
| Actual $ 177,769 | X | | | | | |
| 20% | | | | | | |
| **SHRINKAGE:** Plan % -.25% | | | | | | ALTHOUGH YOUR PERSONAL GOAL WAS NOT MEET YOUR -.41% SHRINK WAS BETTER THAN DISTRICT AVERAGE OF -.49%. |
| Actual % -.41% | | | X | | | |
| 15% | | | | | | |
| **Special Job Objective** | | | X | | | YOU DID IMPROVE IN COMMUNICATIONS WITH D.M. AND OUR MERCHANDISING TEAM TO GET THE PRODUCT RIGHT FOR YOUR STORE. |
| 15% | | | | | | |
| **People Development** | | | | X | | YOU MUST DEVELOP STRONGER PEOPLE THRU RECRUITING THE RIGHT PERSON AND THEN TRAINING THEM PER COMPANY GUIDLINES. |
| 25% | | | | | | |
| **Overall Summary Rating** | | X | | | | EXCELLENT YEAR IN SALES AND PROFITS. |
| 100% | | | | | | |

_(signature)_ Associate     4/23/97 Date

_(signature)_ Supervisor     4/23/97 Date     Appraisal Review Follow-up Date

VENA001083

## ACTION PLAN FOR PERFORMANCE IMPROVEMENT
### (Mandatory for all _N_ and _U_ performance ratings)

| ACTION | RESOURCES REQUIRED | TIMING |
|---|---|---|
| RECRUITING AND TRAINING OF QUALITY PERSONNEL | 1 WORK CLOSELY WITH MGR. TRAINER DENISE RABY<br>2 DOCUMENT EMPLOYEES RESULTS AND PERFORMANCES<br>3 TRAINING DAYS-WEEKLY<br>4 GOAL SETTING AND ACCOUNTABILITY FOR ACHIEVING GOLS<br>5 QUARTERLY APPRAISALS | AUGUST-1997 |

APPRAISER'S SUMMARY
CONGRATULATIONS ON A GREAT YEAR IN 1996. TO KEEP YOUR BUSINESS GROWING YOUR BIGGEST CHALLENGE IN 1997 WILL BE PEOPLE AND PEOPLE DEVELOPMENT.

ASSOCIATE'S COMMENTS
I AM REALLY HAPPY WITH THE RESULTS FOR 96. WITH MORE FOCUS ON THE AREAS THAT NEED IMPROVEMENT, WE WILL MEET OUR GOALS FOR 97-STRESS FREE AND HAVING FUN.

VENA001084

# STORES ORGANIZATION
## PERFORMANCE PLANNING WORKSHEET

| Division | Name: | TRINA ROLLIE |
|---|---|---|
| LFL | Title / Area(s): | MANAGER-STORE#6544 PEMBROKE LAKES MALL |

**YEAR - 1997**

**SALES:**

Plan $

1,014,850

SALES GAIN-8%
WAGES-8.7%
ACCESSORIES-8%
APPAREL-16%
MATCHPOINTS-95%
MGR. BOOK-$5500
AUDITS-(-.30%)
MULTIPLES-40%

25%

**PROFIT:**

Plan $

$202,970

PORFIT GOAL-20%

20%

**SHRINKAGE:**

Plan %

-.30%

TEST CHECKS WEEKLY
APPAREL COUNTS DAILY
REFUND VERIFICATION

15%

**Special Job Objective**

15%

VISUAL FOCUS PER THE VM CLINIC YOU ATTENDED IN APRIL OF 97
MERCHANDISE AND GET THE RIGHT APPAREL TO HIT 16%

**People Development**

25%

RECRUIT ONE QUALITY PERSON
FOLLOW THRU ON TRAINING DAYS,APPRAISALS
DOCUMENTATION

Associate    _Trina Rollie_    4/23/97    Date

Supervisor    _signature_    4/23/97    Date

VENA001085

| STORES ORGANIZATION PERFORMANCE APPRAISAL | | |
|---|---|---|
| SALES [ 25 % ] | COMMENT ON EACH PERFORMANCE MEASUREMENT<br>•BUDGET RESULTS ('96-SALES GAIN)<br>•ACCESSORY %<br>•APPAREL %<br>•MATCH POINT LIQUIDATION<br>•MULTIPLE %<br>•M.S.T. $ | •MANAGER PRODUCTIVITY<br>•VISUAL MERCHANDISING (ACCORDING TO DIRECTION TO MAXIMIZE SALES<br>•VISUAL IMPRESSION- CLEAN, WELL MAINTAINED ST... |
| PROFIT [ 20 % ] | •PROFIT %<br>•PROFIT IMPROVEMENT<br>•UPH/WAGE BUDGETS<br>•MANAGEMENT OF CONTROLLABLE EXPENSES<br>•ANALYTICAL ABILITY- UNDERSTANDS OPERATIONS, READING/COMPREHENDING REPORTS | |
| SHRINKAGE [ 15 % ] | •SHRINK %<br>•OPERATION RESULTS (INCLUDE RATINGS FROM AUDIT REPORTS)<br>•TEST CHECK PROGRAM<br>•APPAREL COUNT PROGRAM | •SECURITY AWARENESS- SECURITY POLICIES ENFOR...<br>BAG CHECKS, TRASH REMOVAL, ETC.<br>•REFUND/EXCHANGE POLICY<br>•MANAGEMENT OF INTERNAL SECURITY<br>•CONTROL OF DISCOUNTS |
| SPECIAL JOB OBJECTIVE [ 15 % ] | •STORE ORGANIZATION<br>•TIME MANAGEMENT SKILLS<br>•PROGRESS ON "DEVELOPMENTAL NEEDS" AREAS FROM LAST APPRAISAL | •INDIVIDUAL, PROFESSIONAL GROWTH<br>•SPECIAL PROJECTS, ASSIGNMENTS<br>•ABILITY TO ADAPT TO CHANGE |
| PEOPLE DEVELOPMENT [ 25% ] | •RECRUITING EFFORTS, SOURCES<br>•RECRUITING, QUALITY OF ASSOCIATES<br>•DOCUMENTATION (EMPLOYEE RECORDS)<br>•LEADERSHIP/DEVELOPMENT OF PEOPLE<br>•COMMUNICATION SKILLS | •UNIFORM POLICIES<br>•DESIRE FOR DIRECTING OTHERS<br>•OBJECTIVE EVALUATIONS<br>•MAINTAINS PROPER STAFF LEVELS<br>•SENSE OF URGENCY |

04/11/9701:46 PM

1

P97.WK4