UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

TRINA ROLLIE,

    Plaintiff,

v.

VENATOR GROUP RETAIL, INC. ,f/k/a
KINNEY SHOE CORPORATION,
a New York Corp. and
VENATOR GROUP, INC., f/k/a
WOOLWORTH CORPORATION,
a New York Corp.

    Defendants.
_____/

CASE NO.: 00-6119-CIV-HUCK

Magistrate Judge Brown



## NOTICE OF UNAVAILABILITY

Plaintiff, hereby files this Notice of Unavailability and states that the undersigned is scheduled to be out-of-town from February 28, 2001 through March 2, 2001, and respectfully request that no hearings, depositions, etc., be scheduled during this time.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 18 day of January, 2001 to: Alan M. Gerlach, Esquire, 390 N. Orange Avenue, Suite 1100, Orlando, Florida, 32801.

                              MICHAEL M. TOBIN, P.A.
                              1099 Ponce de Leon Boulevard
                              Coral Gables, FL 33134-3319
                              Ph: (305) 445-5475
                              Fax: (305) 445-5479
                BY: _Kelsay Patterson_
                              Kelsay D. Patterson
                              Florida Bar No. 119784

