UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TRINA ROLLIE,

    Plaintiff,

v.

VENATOR GROUP RETAIL, INC., f/k/a
KINNEY SHOE CORPORATION,
a New York Corporation and
VENATOR GROUP, INC., f/k/a
WOOLWORTH CORPORATION,
a New York Corporation,

    Defendants.

_____/

CASE NO.: 00-6119-CIV-HUCK

Magistrate Judge Brown

NIGHT BOX FILED
JAN 22 2001
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

### DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME WITHIN WHICH TO REPLY TO PLAINTIFF'S MEMORANDUM IN RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDMENT

Pursuant to Rule 7.1A.1.(j), General Rules of the U.S. District Court for the Southern District of Florida, Defendant VENATOR GROUP RETAIL, INC., by and through its undersigned counsel, hereby moves the Court for an order extending the time within which it may file a reply to Plaintiff's Responsive Memorandum in Opposition to Defedant's Motion for Summary Judgment in the above-captioned case, for the reasons that follow:

1.     On December 15, 2000, Defendant filed its Motion for Summary Judgment, Memorandum of Law in Support, Statement of Material Undisputed Facts, and various attachments and exhibits.

2.     Plaintiff requested and received agreement from the undersigned to extend until January 12, 2001 her time within which to file and serve a memorandum in opposition to the Motion for Summary Judgment. The Court granted Plaintiff's unopposed motion in this regard.

3.     On January 18, 2001, this office received Plaintiff's Notice of (Additional) Appearance, Plaintiff's Reply to Defendant's Motion for Summary Judgment, Plaintiff's Reply to Defendant's Statement



of Material Undisputed Facts, and some 22 exhibits thereto. Plaintiff's submission contains lengthy legal arguments and factual recitations that deserve a response.

4. Per General Rule 7.1.C.1.(a), Defendant's Reply to these filings is due January 22, 2001. Defendant's counsel only received the stack of papers from Plaintiff's attorney via U.S. Mail on January 18. Furthermore, the undersigned is embroiled in daily depositions in a non-compete injunction case involving multiple parties in Orlando and has a long list of other litigation deadlines at present. Also, Plaintiff's economics expert is to be deposed on February 2, 2001 in Coral Gables.

5. The Court will benefit from a careful and complete reply to Plaintiff's Response to Defendant's Motion for Summary Judgment.

6. Defendant requests an additional 15 days within which to file and serve its Reply to Plaintiff's Response to Defendant's Motion for Summary Judgment and the other documents submitted therewith.

7. Plaintiff does not oppose the relief requested in this motion.

WHEREFORE, Defendant respectfully moves for an order granting its motion and extending till February 6, 2001 its deadline for filing and serving its Reply to Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment.

Respectfully submitted,

_____
ALAN M. GERLACH, ESQ.
Florida Bar. No. 199184
BROAD AND CASSEL
390 North Orange Avenue, Suite 1100
Orlando, Florida 32801
P.O. Box 4961 (32802)
Telephone: (407) 839-4200
Fax: (407) 425-8377
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail this 22nd day of January, 2001 to: KELSAY D. PATTERSON, ESQUIRE, Law Offices of Michael M. Tobin, P.A., 1099 Ponce De Leon Boulevard, Coral Gables, Florida 33134-3319.

Alan M. Gerlach, Esquire
Florida Bar No. 199184
BROAD AND CASSEL
390 North Orange Avenue, Suite 1100
Orlando, Florida 32801
Post Office Box 4961 (32802-4961)
Telephone: (407) 839-4200
Facsimile: (407) 425-8377
Attorneys for Defendant

ORL1\LABOR\361405.1
21719/0021 AMG rw 1/22/01 2:59 PM