UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TRINA ROLLIE,

    Plaintiff,

v.

VENATOR GROUP RETAIL, INC., f/k/a
KINNEY SHOE CORPORATION,
a New York Corporation and
VENATOR GROUP, INC., f/k/a
WOOLWORTH CORPORATION,
a New York Corporation,

    Defendants.

_____/

CASE NO.: 00-6119-CIV-HUCK

Magistrate Judge Brown



FILED by _____ D.C.

JAN 23 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

### ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME WITHIN WHICH TO REPLY TO PLAINTIFF'S MEMORANDUM IN RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDMENT

THIS CAUSE having come before the Court on Defendant's Unopposed Motion for Extension of Time Within Which to Reply to Plaintiff's Memorandum in Response to Defendant's Motion for Summary Judgment , based upon review of the Motion it is hereby

ORDERED AND ADJUDGED that Defendant's motion is hereby GRANTED.

DONE AND ORDERED in Chambers at Miami, Miami-Dade County, Florida, this 23 day of January, 2001.

                                              PAUL C. HUCK
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:
Alan M. Gerlach, Esquire
Kelsay D. Patterson, Esquire