UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION



TRINA ROLLIE,  CASE NO.: 00-6119-CIV-HUCK

    Plaintiff,  Magistrate Judge Brown

v.

VENATOR GROUP RETAIL, INC., f/k/a
KINNEY SHOE CORPORATION,
a New York Corporation and
VENATOR GROUP, INC., f/k/a
WOOLWORTH CORPORATION,
a New York Corporation,

    Defendants.
_____/

### PLAINTIFF'S REQUEST FOR ORAL HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 7.1 (b) 1, the Plaintiff request an Oral Hearing on the Defendant's Motion for Summary Judgment for the following reasons:

1. The Defendant's motion and the Plaintiff's response to same were both lengthy and involved several exhibits including deposition extracts, audits, awards, and affidavits. Because this case is so very fact intensive, it is important that the Plaintiff be able to demonstrate to the Court any and all factual disputes that the Defendant will attempt to minimize and/or dismiss. A Summary Judgment Motion if granted in favor of the Defendant will be a final dispositive order, leading the Appellate Court as the only available avenue for possible further recourse. An oral hearing can neither prejudice either party, but only



1

serve to ensure that the Court is adequately and sufficiently advised with respect to the *prima facia* burden and the material facts that are in dispute.

WHEREFORE, the Plaintiff prays that this Honorable Court will grant a thirty (30) minute special set hearing for Oral Argument on the Defendant's Motion for Summary Judgment.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 25th, of January, 2001 to: Alan M. Gerlach, Esq., 390 N. Orange Avenue, Suite 1100, Orlando, Florida, 32801.

>       MICHAEL M. TOBIN, P.A.
>       1099 Ponce de Leon Boulevard
>       Coral Gables, FL 33134-3319
>       Ph: 305/445-5475
>       Fax: 305/445-5479
>       BY: Kelsay D. Patterson
>       Kelsay D. Patterson
>       Florida Bar No. 119784

2