UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TRINA ROLLIE,                                  CASE NO.: 00-6119-CIV-HUCK

    Plaintiff,                             Magistrate Judge Brown

v.

VENATOR GROUP RETAIL, INC., f/k/a
KINNEY SHOE CORPORATION,
a New York Corporation and
VENATOR GROUP, INC., f/k/a
WOOLWORTH CORPORATION,
a New York Corporation,

    Defendants.
_____/

### DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S REQUEST FOR ORAL HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND INCORPORATED MEMORANDUM OF LAW

Pursuant to General Rule 7.1B., Local Rules of the United States District Court for the Southern District of Florida, Defendant VENATOR GROUP RETAIL, INC., by and through its undersigned counsel, hereby moves the Court for an order striking Plaintiff's Request for Oral Hearing on Defendant's Motion for Summary Judgment for the reasons that follow:

1. Plaintiff's Request for Oral Hearing on Defendant's Motion for Summary Judgment is untimely and non-compliant with General Rule 7.1B.1., Local Rules of the United States District Court for the Southern District of Florida. That rule provides in pertinent part:

> A party who desires oral argument or a hearing of any motion shall request it in writing by separate request <u>accompanying the motion or opposing memorandum.....</u>

(emphasis supplied). Plaintiff submitted her Memorandum in Opposition to Defendant's Motion for Summary Judgment, Response to Defendant's Statement of Material Undisputed Facts and many

ORL1\LABOR\364133.1
21719/0021 AMG rw 2/6/01 2:31 PM

NON-COMPLIANCE OF S.D. ___ ___ 7|A'|

exhibits and attachments thereto on January 12, 2001. She did not serve and file her Request for Oral Hearing until January 25, some thirteen days later. Accordingly, the Request should be stricken.

2.  Furthermore, there is no need for oral argument on the instant motion. The legal memoranda, statements of material undisputed facts and response thereto, and exhibits and affidavits, provide the court with sufficient information to rule on the moving papers without the necessity of an oral hearing.

WHEREFORE, Defendant respectfully requests that the Court enter its order striking Plaintiff's Request for Oral Hearing on Defendant's Motion for Summary Judgment.

Respectfully submitted,

BROAD AND CASSEL

*/s/ Alan M. Gerlach*

ALAN M. GERLACH
Florida Bar No. 199184
390 N. Orange Avenue
Suite 1100
Orlando, FL 32801
P.O. Box 4961 (32802)
Telephone: (407) 839-4200
Fax: (407) 425-8377
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to Kelsay D. Patterson, Esquire, MICHAEL M. TOBIN, P.A., 1099 Ponce de Leon Blvd., Coral Gables, Florida 33134, this 6th day of February, 2000.

_____
Alan M. Gerlach, Esquire