UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

TRINA ROLLIE,   CASE NO.: 00-6119-CIV-HUCK

    Plaintiff,   Magistrate Judge Brown

v.

VENATOR GROUP RETAIL, INC., f/k/a
KINNEY SHOE CORPORATION,
a New York Corporation and
VENATOR GROUP, INC., f/k/a
WOOLWORTH CORPORATION,
a New York Corporation,

    Defendants.
_____/

### PLAINTIFF'S REPONSE TO DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S REQUEST FOR ORAL HEARING

Plaintiff, by and through undersigned counsel, files the above entitled pleading and as grounds states as follows:

1. The Defendant's motion lacks foundational authority for support. No reported case in the Southern District nor the Comments after Local Rule 7.1(B)1 suggest it improper to request an oral argument/hearing by separate cover prior to the matter being ruled upon. The Local Rule simply confers upon the Court the discretion to either grant or deny the hearing. Nowhere do the Local Rules even contemplate an objection or opposition to making such a request.

2. Moreover, the Defendant knew of the Plaintiff's request well in advance of serving its Reply to the Plaintiff's Response to the

1

Defendant's Motion for Summary Judgment. The Defendant is not prejudiced in some manner that would prevent it from arguing the very motion that it has caused to be advanced. What we have is a shameless ploy to telegraph the Defendant's disapproval of the request to the Court when no other mechanism existed. An inference can certainly be drawn from the Defendant's adamant reluctance to argue its own motion.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 8th, of February, 2001 to: Alan M. Gerlach, Esq., 390 N. Orange Avenue, Suite 1100, Orlando, Florida, 32801.

MICHAEL M. TOBIN, P.A.
1099 Ponce de Leon Boulevard
Coral Gables, FL 33134-3319
Ph: 305/445-5475
Fax: 305/445-5479
BY: Kelsay D. Patterson
Kelsay D. Patterson
Florida Bar No. 119784