UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TRINA ROLLIE,

    Plaintiff,

v.

VENATOR GROUP RETAIL, INC., f/k/a
KINNEY SHOE CORPORATION,
a New York Corporation and
VENATOR GROUP, INC., f/k/a
WOOLWORTH CORPORATION,
a New York Corporation,

    Defendants.

_____/

CASE NO.: 00-6119-CIV-HUCK

Magistrate Judge Brown

### DEFENDANT'S MOTION IN LIMINE REGARDING PLAINTIFF'S FAILURE TO FURNISH A LIST OF WITNESSES AND INCORPORATED MEMORANDUM OF LAW

Pursuant to the Court's Order dated November 6, 2000, Defendant VENATOR GROUP RETAIL, INC., f/k/a KINNEY SHOE CORPORATION, hereby moves the Court for an order in limine precluding Plaintiff from calling any fact witnesses other than herself at the trial of the above-styled case, for the reasons that follow.

On May 5, 2000, the Court entered its Order Adopting Joint Scheduling Report, Setting Pretrial Conference and Trial, Establishing Pretrial and Trial Procedures and Establishing Pretrial Deadlines. In pertinent part, that order set June 15, 2000 as a date for "[p]arties [to] furnish opposing counsel with a written list containing the names and addresses of all fact witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify." This requirement continued in effect after the transfer of the instant action from Judge Lenard to Judge Huck. Per the court's November 7, 2000 Order on Plaintiff's Motion for Clarification and Order Resetting Trial Date, "All other pre-trial deadlines set forth in Judge Lenard's Order Adopting Joint Scheduling Report shall remain in effect."

Although late, Defendant did comply with the terms of Judge Lenard's Order by serving a copy of a list of witnesses on Plaintiff's counsel on October 30, 2000, ten days after the mediation in this case resulted in an impasse. See Exhibit A hereto. The undersigned also reminded Plaintiff's counsel that he owed him a list of witnesses on at least one occasion; however, such list has never been received. The deadline for discovery has long since passed, and the parties are engaged in preparation for trial which is imminent. Plaintiff should not be allowed to profit from her failure to follow the Court's orders and to call witnesses whom she did not list and whom Defendant did not have the opportunity to depose.[1] Accordingly, Defendant respectfully requests that Plaintiff not be allowed to call any fact witnesses other than the Plaintiff in this case.

WHEREFORE, for all the foregoing reasons, Defendant respectfully requests that the Court grant this motion and preclude Plaintiff from calling fact witnesses other than herself at trial of the above-referenced case.

Respectfully submitted,

ALAN M. GERLACH, ESQ.
Florida Bar. No. 199184
BROAD AND CASSEL
390 North Orange Avenue, Suite 1100
Orlando, Florida 32801
P.O. Box 4961 (32802)
Telephone: (407) 839-4200
Fax: (407) 425-8377
Attorneys for Defendant

---

[1] An example of the manner in which Defendant has been prejudiced by Plaintiff's failure to disclose her witnesses in conformity with the Court's order occurred recently in connection with her response to Defendant's Motion for Summary Judgment and Statement of Material Undisputed Facts. Plaintiff submitted an affidavit from Alexandra Villa, formerly known as Alexandra Rivera, as Exhibit 2 to her Reply to Defendant's Statement of Material Undisputed Facts. This is the first notice that Defendant had that Ms. Villa may be a witness for Plaintiff in the trial of the instant case. Plaintiff did not include her in her answer to Defendant's standard interrogatory seeking the identity of "persons having knowledge" concerning the issues in this lawsuit.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail this 22nd day of February, 2001 to: KELSAY D. PATTERSON, ESQUIRE, Law Offices of Michael M. Tobin, P.A., 1099 Ponce De Leon Boulevard, Coral Gables, Florida 33134-3319.

Alan M. Gerlach, Esquire
Florida Bar No. 199184
BROAD AND CASSEL
390 North Orange Avenue, Suite 1100
Orlando, Florida 32801
Post Office Box 4961 (32802-4961)
Telephone: (407) 839-4200
Facsimile: (407) 425-8377
Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TRINA ROLLIE,    CASE NO. 00-6119-CIV-HUCK

      Plaintiff,

v.

VENATOR GROUP RETAIL, INC., f/k/a
KINNEY SHOE CORPORATION
a New York corporation, and
VENATOR GROUP, INC., f/k/a
WOOLWORTH CORPORATION
a New York corporation

      Defendants.
_____/

## DEFENDANT'S LIST OF WITNESSES FOR TRIAL

Defendant, VENATOR GROUP RETAIL, INC., f/k/a KINNEY SHOE CORPORATION, by and through its undersigned counsel and pursuant to the Order Adopting Joint Scheduling Report, Setting Pretrial Conference and Trial, Establishing Pretrial and Trial Procedures and Establishing Pretrial Deadlines dated May 5, 2000, hereby submits the following List of Witnesses which Defendant either will call or may call at the trial of this matter:

   1.   TRINA ROLLIE
        7800 Venetian Street
        Miramar, FL

   2.   JEFFREY BJORK
        1460 First Street
        Pepin, WI 54759

   3.   PAUL CAMPBELL
        Venator Group
        112 West 34th Street
        New York, NY 10120

EXHIBIT A

4. MEREDITH INFELD
   5820 S.W. 42nd Terrace
   Miami, FL 33155

5. DESHANNON PHILLIPS
   635 N.E. 2nd Place
   Cape Coral, FL 33909

6. DEBRA MILLER
   4300 N.W. 6th Court
   Plantation, FL 33317

7. ELIZABETH BRADSHAW (f/k/a SEIKIERDIA)
   120 Florence Avenue, Apt. F202
   Wilmington, DE 19803

8. DENISE RABY
   6292 N.W. 186th Street, #209
   Miami, FL 33015

9. WILLY GUGEL
   7100 Greenspring Drive
   Arlington, TX 76016

10. EMILY HAMMOND
    Venator Group
    112 West 34th Street
    New York, NY 10120

11. CHARLES (CHUCK) SHIRK
    7101 NW 32nd Street
    Margate, FL 33063

12. YOLANDA JOHNSON
    Lady Footlocker
    163rd Street Mall
    1471 N.E. 163rd Street
    N. Miami Beach, FL 33162

13. HEIDI PAGAN
    2622 S. Miller Dr., Apt. 304
    Lakewood, CO 80227

14. JILL BECKWITH
    5250 S. Huron Way
    Littleton, CO 80120

ORL1\LABOR\343287 2
21719/0021 9/25/00 1 04 PM

15. VICKY COLEMAN
    20431 S.W. 49th Court
    Ft. Lauderdale, FL 33332

16. ANN NITKA
    277 Harrison Ave., Apt. B-2
    Jersey City, NJ 07304

17. MARY WALSH
    500 Napa Valley Dr., Apt. 228
    Little Rock, AR 72211

18. CELIA GONZALEZ
    1112 Epson Oaks Way
    Orlando, FL 32837

19. NERY GONZALEZ
    8205 S.W. 152nd Ave., #208
    Miami, FL 33193

20. LAURA FREDRICKSON
    3016 Folk Lore Drive
    Valrico, FL 33594

21. SHELLEY HALBERT
    27600 Kings Manor Drive North
    Kingwood, TX 77339

22. DAISY RAMOS
    6361 N.W. 173rd Street
    Miami Lakes, FL 33015

23. TINA MARIE NIGHTON
    (address unknown at this time)

24. MELANIE PRIDGEN
    (address unknown at this time)

25. SHARON ORLOPP
    867 Glen Oaks Avenue
    Castle Rock, CO 80104

26. DEBRA SHARIEF
    2763 N.W. 192nd Terrace
    Miami, FL 33056

3

27. TARA MALACHI
    (address unknown at this time)

28. AIMEE FLADT
    (address unknown at this time)

29. RENEE PRENITZER
    (address unknown at this time)

30. MICHELLE TORRES
    (address unknown at this time)

31. ANTONIO FERNANDEZ
    19499 N.E. 10th Ave., Apt. 522
    North Miami Beach, FL 33179

32. MARIA THEODORE
    (address unknown at this time)

33. MERITZA JIMENEZ
    (address unknown at this time)

34. EMANUEL PIERRELUIS
    (address unknown at this time)

35. CLAUDIA LAGUN
    (address unknown at this time)

36. DARREN HAWKINS
    (address unknown at this time)

37. MELANIE CAMPBELL or other Broad and Cassel paralegal
    Broad and Cassel
    390 North Orange Avenue, Suite 1100
    Orlando, FL 32801

38. Records Custodian of American Express Co. (HRICS West)
    4315 South 2700 West
    Salt Lake City, UT 84184-0301

39. Records Custodian of Lane Bryant
    5 Limited Parkway East
    Reynoldsburg, OH 43068

40. Records Custodian of Enterprise Rent-A-Car
    555 S.W. 12th Avenue, Suite 120
    Pompano Beach, FL 33069

41. Records Custodian of Venator Group Retail, Inc.
    f/k/a Kinney Shoe Corp.
    112 West 34th Street
    New York, NY 10120

42. All witnesses listed by Plaintiff, to the extent not objected to, or to the extent that any objection is overruled or withdrawn.

43. All witnesses necessary for rebuttal

Respectfully submitted,

ALAN M. GERLACH
Florida Bar. No. 199184
BROAD AND CASSEL
390 North Orange Avenue, Suite 1100
Orlando, Florida 32801
P.O. Box 4961 (32802)
Telephone: (407) 839-4200
Fax: (407) 425-8377
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. mail to KELSAY D. PATTERSON, ESQUIRE, Michael M. Tobin, P.A., 1099 Ponce de Leon Boulevard, Coral Gables, FL 33134, this 30 day of October, 2000.

ALAN M. GERLACH, ESQUIRE

5

ORL1\LABOR\343287.2
21719/0021 9/25/00 1:04 PM