UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

TRINA ROLLIE,                          CASE NO.: 00-6119-CIV-HUCK

      Plaintiff,                       Magistrate Judge Brown      MAR 0 7 2001

v.

VENATOR GROUP RETAIL, INC., i/k/a
KINNEY SHOE CORPORATION,
a New York Corporation and
VENATOR GROUP, INC., f/k/a
WOOLWORTH CORPORATION,
a New York Corporation,

      Defendants.
_____/

### PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION IN LIMINE REGARDING PLAINTIFF'S WITNESS LIST

      Plaintiff, TRINA ROLLIE, by and through undersigned counsel, hereby files the above entitled pleading and as grounds state as follows:

1.    The Defendant is correct that the Court entered an Order adopting the parties' proposed scheduling report on May 5, 2000. Pursuant to said Order, June 15, 2000 was established as the deadline for both parties to furnish their witness lists to each other.

2.    This case was reassigned to the docket of Judge Huck from Judge Lenard's docket on August 16, 2000. At the time of reassignment, neither party had furnished a witness list to the other. Neither party had made a single inquiry from the other regarding witness lists. Both parties were in violation of the May

1



5, 2000 Order. Prior to the Defendant's instant motion at bar, no communication about the respective witness lists ever took place. (**See attached affidavits of Christine Hanson and Kelsay D. Patterson**).

3.      All of the witnesses the Plaintiff contemplated were disclosed and served upon the Defendant in response to its interrogatories directed at the Plaintiff. Paragraph number 9 of the Defendant's First Set of Interrogatories reads as follows:

> *List the names and addresses of all persons who are believed or known by you, your agents, or your attorneys to have any knowledge concerning any of the issues in this lawsuit; and specify the subject matter about which the witness has knowledge. (See Plaintiff's **Exhibit 1**).*

The Plaintiff's response to the inquiry listed ten (10) witnesses and specified the subject matter known by them (see Plaintiff's **Exhibit 2**). This response, served upon the Defendant on June 28, 2000 is closer in proximity to the June 15th deadline than any such list provided by the Defendant.

4.      The only witness the Plaintiff plans to call forth as a witness not listed in the response to the Defendant's interrogatory is Alexandra Villa. Ms. Villa, formerly known as Ms. Rivera, was not a person known to the Plaintiff nor her attorneys. Only by using the documents requested, then provided by the Defendant regarding the whereabouts of Ms. Infeld's training, was the undersigned able to put a private investigator on the matter. The attached documents (Plaintiff's **Exhibit 3**) are store payroll records listing Alexandra Rivera as a person employed at Aventura Mall prior to and subsequent to

2

Meredith Infeld's phase III training at the store. Plaintiff's **Composite Exhibit 4** are documents demonstrating that Ms. Villa's whereabouts did not become known to the Plaintiff, the undersigned, nor the investigators until after the Defendant filed its Summary Judgment Motion. The undersigned is happy to secure an affidavit from Ms. Villa about these matters if the Court wants proof of the above representations.

5.      The Defendant's motion has two (2) aims, both of which are unworthy of favor. The Defendant ask that a key witness finally uncovered by an ongoing investigation be excluded because her testimony will conflict, oppose, and rebut racial employment disparities. To this end, the second aim is realized. The Defendant is not at all after the pursuit of truth, nor does the Defendant endeavor or aspire to comply with the goals of employment and federal civil rights legislation. If the Defendant is successful in this motion, the goals of Congress and the United States are not being served but rather frustrated. The Plaintiff can hardly be blamed for not knowing each and every employee in the district and their present addresses. The Defendant on the other hand, has long known that its decision makers misrepresented facts when they maintained that Meredith Infeld did not travel for phase III training. They have also long known the names and addresses of those employees who could rebut their false statements.

6.      The Defendant's motion should be denied. If this Honorable Court would like to extend the Defendant the opportunity to depose their former employee,

3

Ms. Villa, the Plaintiff has no objection. The Plaintiff prays that this Court will keep in mind the goals that Congress envisioned when crafting these laws and the ideals for which our Courts are intended to serve. Attached as Plaintiff's **Exhibit 5** is the Plaintiff's Witness List.

## <u>CERTIFICATE OF SERVICE</u>

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this ___7th___ day of March, 2001 to: Alan M. Gerlach, Esq., 390 N. Orange Avenue, Suite 1100, Orlando, Florida, 32801.

> MICHAEL M. TOBIN, P.A.
> 1099 Ponce de Leon Boulevard
> Coral Gables, FL 33134-3319
> Ph:  305/445-5475
> Fax: 305/445-5479
> BY: _Kelsay D. Patterson_
>    Kelsay D. Patterson
>    Florida Bar No. 119784

4

9.      List the names and addresses of all persons who are believed or known by you, your agents, or your attorneys to have any knowledge concerning any of the issues in this lawsuit; and specify the subject matter about which the witness has knowledge.

**ANSWER:**

10.      Have you heard or do you know about any statement or remark made by or on behalf of any party in this lawsuit, other than yourself, concerning any issue in this lawsuit?  If so, state the name and address of each person who made the statement or statements, the name and address of each person who heard it, and the date, time, place, and substance of each statement.

**ANSWER:**



monetary value of these damages, but I am certain that a jury could render a fair value.

5.  I do contend that I have lost income, benefits, and earning capacity in the past and future as a result of Kinney Shoe Corporation's discriminatory acts against me. I am presently reviewing my income and wage documents with an economist in comparison to the wage and salary documents provided by the Defendant, and when a cognizable estimate or summary is ascertained these figures will be forwarded to the Defendant as a supplementary response. As of this time, no figures are yet available.

6.  No.

7.  None.

8.  Dr. Davila- 1150 North 35th Avenue, Suite 400, Hollywood, Florida 33021; Dr. Chung-James, 581 NW 183rd Street, Miami, Florida.

Dr. Davila was my obstetrician and saw him during my pregnancy. Dr. Chung-James is my primary care physician and I see him once a year for routine check-ups.

9.  a).  Jeffery Bjork, c/o Venator Group Retail;

b).  Meredith Infeld, c/o Venator Group Retail;

c).  Antonio Fernandez, 19499 NE 10th Avenue, Apt 522, North Miami Beach, Florida 33179;

d).  Debra Sharief, 7071 NW 29th Avenue, Miramar, Fl 33023;

e).  Emily Hammond, c/o Venator Group Retail;

3



e). Emily Hammond, c/o Venator Group Retail;

f). Paul Campbell, c/o Venator Group Retail;

g). Paul Newman, 100 Deforest Avenue, Eat Hanover, NJ

h). Yolanda Johnson, c/o Venator Group Retail, 163rd Street Mall, Miami, Florida;

i). Willy Gugel, c/o Venator Group Retail

j). Deshannon Phillips c/o Venator Group Retail

The above listed witnesses including the Plaintiff/myself, will have knowledge with regard to the subjective promotion policies and practices exercised by the Defendant, management criteria and evaluation, and job training and advancement. They also have knowledge and have experienced the complaint process with respect to making a complaint or having been advised of the complaint process through the Defendant's training.

10. I am aware of several statements made by the Defendant and its representatives as a result of litigation instigated by Debra Sharief against the Defendant. As I understand it, the same defense firm known as Broad & Cassel defended the matter against Ms. Sharief, and would be aware of trial testimony and depositions of witnesses such as: Willy Gugel, Jeffrey Bjork, Paul Campbell, Meredith Infeld, Laura Frederickson, Celia Gonzalez, Antonio Fernandez, Denise Ryans, and my own deposition.

11. The Plaintiff has no item in her custody or possession that would fit within the parameter of this request.

4

```
RP6908                           KINNEY SERVICE CORPORATION                DATE: 11/09/94  PAGE:   4
ALPHABETIC                    STORE GROSS PAYROLL DATA  (CRT)  RETRIEVED              11:42:53
```

COMPANY : 01      DIVISION : 08      GEO DIVISION : 22      LEAGUE : 427      STORE : 06565      PERIOD ENDING  11/05/94

| SLS  SOC SEC NUM/NAME | RATE HRS | SUN | MON | TUE | WED | THUR | FRI | SAT | TOTAL | COMM % | EARNINGS | COST/SLSHR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MGT  MILLER, DEBRA | 686.00 REG | 8.00 | .00 | 11.00 | 8.00 | 11.50 | 10.50 | 7.00 | 56.00 | | 686.00 | |
| 01  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/1 | | | | | | | | | | | | |

                       INDIVIDUAL SALES

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PAY PLAN : LFA15-7 | TOT | 3.15 | .00 | 1135.54 | 34.73 | 1372.68 | 972.11 | 862.15 | 4380.16 | | | 78.22 $ |
| HOME STORE: 06565 | GP2 | 3.15 | .00 | 48.20 | 4.79 | 189.15 | 97.96 | 158.78 | 502.03 | | | 11.46 % |

                       STORE WEEKLY SALES
                                                                    4380.16    0.0000    .00
                                              TOTAL GROSS    ********            686.00    15.66 %

        VAC ALW: 120.0  VAC TKN: 120.0   AVG: ********

| SLS  SOC SEC NUM/NAME | RATE HRS | SUN | MON | TUE | WED | THUR | FRI | SAT | TOTAL | COMM % | EARNINGS | COST/SLSHR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MIT  LLORCA, DEBORAH | 195.00 REG | 7.50 | 12.50 | 7.00 | .00 | .00 | 10.75 | 7.50 | 45.25 | | 195.00 | |
| 02  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/2 | | | | | | | | | | | | |

                       INDIVIDUAL SALES

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PAY PLAN : LFF25-3 | TOT | 988.46 | 1482.43 | 626.38 | .00 | 40.09 | 2032.88 | 1295.50 | 6385.56 | 0.0300 | 191.57 | 141.12 $ |
| HOME STORE: 06565 | GP2 | 99.89 | 101.95 | 57.62 | .00 | .00 | 225.55 | 106.16 | 590.97 | 0.0500 | 29.55 | 9.25 % |
| | | | | | | | SUBTOTAL | | ******** | | 418.12 | |
| | | | | | | | O/T ONE | | 5.25 | | 24.13 | |
| | | | | | | | TOTAL GROSS | | ******** | | 440.25 | 6.89 % |

        VAC ALW: 80.0  VAC TKN: 80.0   AVG:  337.45

| SLS  SOC SEC NUM/NAME | RATE HRS | SUN | MON | TUE | WED | THUR | FRI | SAT | TOTAL | COMM % | EARNINGS | COST/SLSHR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MIW  FREEMAN, JACQUELI | 195.00 REG | 8.00 | 12.50 | .00 | 10.50 | .00 | 7.50 | 8.50 | 47.00 | | 195.00 | |
| 03  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/6 | | | | | | | | | | | | |

                       INDIVIDUAL SALES

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PAY PLAN : LFE25-3 | TOT | 520.71 | 1416.49 | 74.99 | 1029.61 | .00 | 865.93 | 1148.29 | 4906.04 | 0.0300 | 147.18 | 104.38 $ |
| HOME STORE: 06565 | GP2 | 11.99 | 136.18 | .00 | 36.24 | .00 | 19.00 | 164.12 | 421.73 | 0.0500 | 21.39 | 8.72 % |
| | | | | | | | SUBTOTAL | | ******** | | 363.57 | |
| | | | | | | | O/T ONE | | 7.00 | | 26.90 | |
| | | | | | | | TOTAL GROSS | | ******** | | 390.47 | 7.96 % |

        VAC ALW: 80.0  VAC TKN: 80.0   AVG:  458.13

**＊**

| SLS  SOC SEC NUM/NAME | RATE HRS | SUN | MON | TUE | WED | THUR | FRI | SAT | TOTAL | COMM % | EARNINGS | COST/SLSHR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AM  RIVERA, ALEXANDRA | 185.00 | | NO HOURLY EARNINGS | | | | | | | | | |
| 07  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/3 | | | | | | | | | | | | |

                       INDIVIDUAL SALES

| PAY PLAN : LFG25-3 | NO INDIVIDUAL SALES |
|---|---|
| HOME STORE: 06171 | |

                                              TOTAL GROSS    ********            .00 ********

        VAC ALW:  0.0  VAC TKN:  0.0   AVG:  394.98

| SLS  SOC SEC NUM/NAME | RATE HRS | SUN | MON | TUE | WED | THUR | FRI | SAT | TOTAL | COMM % | EARNINGS | COST/SLSHR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AM  PARNA, SHARON | 185.00 REG | 8.00 | .00 | 7.50 | 1.25 | 11.25 | .00 | 7.50 | 41.50 | | 185.00 | |
| 15  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/8 | | | | | | | | | | | | |

                       INDIVIDUAL SALES

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PAY PLAN : LFG25-3 | TOT | 685.41 | .00 | 608.13 | 576.66 | 1188.05 | 31.99 | 1351.73 | 4378.04 | 0.0300 | 131.34 | 105.49 $ |
| HOME STORE: 06565 | GP2 | 52.72 | .00 | 81.43 | 30.71 | 187.68 | .00 | 95.68 | 449.24 | 0.0500 | 22.46 | 10.26 % |
| | | | | | | | SUBTOTAL | | ******** | | 338.80 | |
| | | | | | | | O/T ONE | | 1.50 | | 6.10 | |
| | | | | | | | TOTAL GROSS | | ******** | | 344.90 | 7.83 % |

        VAC ALW: 40.0  VAC TKN: 40.0   AVG:  364.99

PLAINTIFF'S
EXHIBIT
3

SLSB0105                         LADY FOOT LOCKER                    TIME: 09:34:25
                        WEEKLY AND CUMULATIVE MULTIPLE SALES REPORT
                              WEEK ENDING: 05/01/93

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | WEEKLY | | | | | | CUMULATIVE | | | | | |
| STORE | STORE | | TOTAL | MULT. | % | AVG ITEMS PER | AVG DOLLARS PER | TOTAL | MULT. | % | AVG ITEMS PER | AVG DOLLARS PER |
| NO. | NAME | SALESPERSON NAME | TRANS | TRANS | MULT | TRANS | TRANS | TRANS | TRANS | MULT | TRANS | TRANS |
| 06561 | EASTLAKE ML | D. BOSAREE | 60 | 16 | 26.66 | 1.4 | $42.85 | 869 | 275 | 31.75 | 1.5 | $56.15 |
| | | G. HARTSON | 39 | 15 | 38.45 | 1.5 | $59.13 | 607 | 133 | 22.73 | 1.4 | $53.01 |
| | | J. DEMARCO | 1 | 1 | 100.00 | 2.0 | $59.98 | 162 | 34 | 20.98 | 1.2 | $51.47 |
| | | T. KATO | 10 | 5 | 50.00 | 1.6 | $48.93 | 130 | 34 | 26.15 | 1.3 | $51.72 |
| 06561 | EASTLAKE ML | | 110 | 37 | 33.64 | 1.4 | $49.21 | 1,768 | 482 | 27.26 | 1.4 | $54.38 |
| 06565 | AVENTURA ML | D. MILLER | 73 | 33 | 45.20 | 2.0 | $59.84 | 1,127 | 421 | 37.35 | 1.7 | $60.54 |
| | | T. ROLLIE | 55 | 24 | 43.63 | 1.7 | $62.79 | 983 | 369 | 37.53 | 1.8 | $63.51 |
| | | P. DUREMY | 57 | 28 | 49.12 | 2.2 | $51.40 | 382 | 178 | 46.59 | 2.0 | $61.43 |
| | | A. RIVERA | 53 | 22 | 41.50 | 1.8 | $65.22 | 990 | 369 | 37.27 | 1.8 | $62.77 |
| | | S. DACRES | 0 | 0 | 0.00 | 0.0 | $0.00 | 6 | 2 | 33.33 | 1.3 | $48.47 |
| | | A. CORREDOR | 10 | 2 | 20.00 | 1.2 | $61.74 | 203 | 62 | 30.54 | 1.5 | $60.78 |
| | | B. SOLANO | 0 | 0 | 0.00 | 0.0 | $0.00 | 53 | 19 | 35.84 | 1.6 | $50.25 |
| | | * **************** | 0 | 0 | 0.00 | 0.0 | $0.00 | 44 | 11 | 25.00 | 1.3 | $55.92 |
| | | S. HOREV | 16 | 2 | 12.50 | 1.1 | $40.10 | 115 | 37 | 32.17 | 1.5 | $54.30 |
| | | * **************** | 0 | 0 | 0.00 | 0.0 | $0.00 | 2 | 0 | 0.00 | 1.0 | $72.50 |
| | | W. YELL | 58 | 20 | 34.48 | 1.7 | $59.54 | 1,150 | 381 | 33.13 | 1.6 | $60.41 |
| 06565 | AVENTURA ML | | 325 | 131 | 40.68 | 1.8 | $60.55 | 5,055 | 1,849 | 36.58 | 1.7 | $61.30 |
| 06566 | PALM BEACH | M. WHEELER | 68 | 34 | 50.00 | 1.9 | $59.46 | 891 | 372 | 41.75 | 1.8 | $56.55 |
| | | G. VELEZ | 0 | 0 | 0.00 | 0.0 | $0.00 | 734 | 205 | 27.92 | 1.4 | $50.44 |
| | | A. HOLMES | 0 | 0 | 0.00 | 0.0 | $0.00 | 13 | 2 | 15.38 | 1.3 | $58.70 |
| | | K. WHEELER | 33 | 14 | 42.42 | 1.9 | $63.25 | 441 | 149 | 33.78 | 1.6 | $55.33 |
| | | * **************** | 0 | 0 | 0.00 | 0.0 | $0.00 | 70 | 13 | 18.57 | 1.3 | $50.49 |
| | | J. TYLER | 66 | 20 | 30.30 | 1.5 | $51.77 | 287 | 113 | 39.37 | 1.6 | $51.73 |
| | | N. MURRAY | 10 | 4 | 40.00 | 2.0 | $63.99 | 244 | 93 | 29.11 | 1.7 | $56.73 |
| 06566 | PALM BEACH | | 177 | 72 | 40.66 | 1.8 | $57.56 | 2,680 | 947 | 35.34 | 1.6 | $54.09 |
| DISTRICT 427 | | J. BJORK | 4,791 | 1,772 | 37.01 | 1.7 | $56.95 | 76,529 | 26,981 | 35.25 | 1.7 | $57.30 |

**KBM INVESTIGATIONS**
**11162 SW 17 Manor**
**Davie, Florida 33324**
**954-257-5729**
**Fax 954-503-1478**
**E mail- malkinkbmcessna@aol.com**

January 10, 2001

Jorge Rodriguez, Attorney at Law
1099 Ponce De Leon Boulevard
Coral Gables, Florida

Re. Client: Rollie

## ENCLOSURES

1. Report and bill, for services.
2. Driving history of subject, Alexandra Rivera (Villa)
3. Information pertaining to place of employment of subject, Villa.

## SCOPE OF ASSIGNMENT

To locate subject Alexandra Rivera, in connection with the above captioned incident. No contact was to be made with the subject. Rather, we were to only verify her present day location, including residence and/or employer.

## STATUS

I have located the subject's current place of employment. **She works for:**

Partners of Internal Medicine, P.A.
3569 Northeast 163 Street
North Miami Beach, Florida 33180

**Telephone number:** 305-945-2415/305-945-2411 (There are two such numbers)

This is the subject's current employer.



**PLAINTIFF'S EXHIBIT**
**4**

1

Note that I did NOT ask for her, nor did I visit this establishment. Via good field investigation, I verified that she works for this entity.

## WHAT ABOUT THE NAME OF YOUR SUBJECT?

Her name is Alexandra Villa. She is currently married, and her spouse is Gonzalo Villa. She lives in Aventura, Florida. She, nor her spouse own property and so, may be deemed as renters.

## HER HOME TELEPHONE NUMBER HOWEVER, IS 305-466-9071

## PERSONAL INFORMATION PERTAINING TO SUBJECT

Her DOB is 11/5/74. SS number is 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. She is married, Gonzalo is her spouse. You have her place of employment.

Her full name is Alexandra Villa.

Her DL number is V400 000-74-905-0.

Note that I obtained her driving history. Not too impressive.

The subject does NOT reside at the address on her driving history. However, via my special contacts, I verified her last known address. I spoke to the homeowner to her last known residence, and obtained the needed information, such as her place of employment and also, her telephone number.

I was unable to obtain her current private residence address. But I did obtain her home telephone number. Apparently, that number is N/P.

## INTENDED PROCEDURE

We will now submit our report and bill, for services. Thank you.


Very truly yours,


Kenneth B. Malkin
Investigator

2

# KBM INVESTIGATIONS
## 11162 SW 17 MANOR
## DAVIE, FLORIDA 33324
## 954-257-5729
## FAX 954-503-1478
## E MAIL- MALKINKBMCESSNA@AOL.COM

January 8, 2001

Jorge Rodriguez, Attorney at Law
1099 Ponce de Leon Boulevard
Coral Gables, Florida

Re. Client: Rollie

| BILL FOR SERVICES RENDERED | TIME | MILES |
|---|---|---|
| 1. Computer search to locate quarry, Alexandra Rivera | 2.5 | |
| 2. Trip to courthouse, driving history of subject located | 1.4 | 39 |
| 3. Trip to last known address of subject, canvass performed, area guarded, had to convince guards to allow us to gain entry to premises | 2.0 | 28 |
| 4. Canvass former residence, obtained information | 1.0 | |
| 5. Further computer work, obtained needed information, we now have work address and telephone of subject, and also, her home number, no address | 1.8 | |
| TOTAL TIME AND MILES | 8.7 | 67 |

| | | |
|---|---|---|
| 8.7 hours at 25.00/hour | 217.50 | |
| 67 miles at .30/mile | 20.1 | |
| TOTAL BILL | 237.60 | |

**TOTAL ADJUSTED BILL** _____ **200.00**

# Shannon Investigations, Inc.

## P. O. Box 15945, Plantation, FL 33318

| | |
|---|---|
| To: Jorge A. Rodriguez | Fax Number: 13054455479 |
| Company : Law Offices of Jorge A. Rodriguez | Date : 1/6/2001 |

| | |
|---|---|
| From : Jeremy S. Hall | Fax Number : (954) 797-9418 |
| Company : Shannon Investigations, Inc. | Pages including cover page: 10 |

| |
|---|
| Subject : Rivera |

## Comments:

**Jorge:**

**There may be a relative at the 1750 NE 191st Street, Miami, FL address; there is a published phone number for a Wilfredo Rivera there. I checked with directory assistance. Perhaps they can help you find her. There are several addresses listed on the comp for her, none of which are very current. I hope the report helps. I will send you a hard copy by mail along with the invoice.**

**Also, John Tabet will be available on Monday if necessary.**

**Jeremy S. Hall**

WinFax PRO Cover Page

National Comprehensive Report
Compiled on 1/06/2001 at 7:44PM
Reference: None Entered

# ALEXANDRA RIVERA                           DOB: NOV 05, 1974

SSN 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 issued in **New York** between **1975** and **1976**

## Possible Other Records/Names Associated with Social Security Numbers

VILLA, ALEXANDRA                          SSN: **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**

## Possible Driver Licenses

RIVERA, ALEXANDRA

DL: <u>R160000749050</u> issued in **Florida** on **01/15/1993** expires **11/05/1999**

DOB: **11/05/1974**    Height: **5'07"**

SSN: **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**

  **1750 NE 191ST ST 813-2   N MIAMI BEACH, FL 33179**

## Possible Addresses Associated with Subject

| | | |
|---|---|---|
| **JUL-1997/OCT-1999** | - **2485 NW 15TH ST** | |
| | **MIAMI, FL 33125** | |
| **FEB-1999/FEB-1999** | - **7001 BONITA DR # 4** | |
| | **MIAMI BEACH, FL 33141** | |
| **DEC-1998/DEC-1998** | - **1750 NE 191ST ST** | **(305) 865-6014** |
| | **MIAMI, FL 33179** | |
| **AUG-1995/DEC-1998** | - **1750 NE 191ST ST 8132** | **(305) 944-9072** |
| | **MIAMI, FL 33179** | |
| **FEB-1998/FEB-1998** | - **7001 BONITA DR 41** | |
| | **MIAMI, FL 33141** | |
| **DEC-1997/DEC-1997** | - **325 SURFSIDE BLVD 20** | |
| | **SURFSIDE, FL 33154** | |
| **APR-1996/OCT-1997** | - **201 NW 19TH AVE** | |
| | **MIAMI, FL 33125** | |
| **JUN-1997/JUN-1997** | - **2233 CALAIS DR 41E** | |

|  |  | MIAMI BEACH, FL 33141 |  |
|---|---|---|---|
| MAY-1997/MAY-1997 | - | 14815 SW 97TH TER | |
|  |  | MIAMI, FL 33196 | |
| MAY-1997/MAY-1997 | - | 1750 NE 191ST ST 723E | (305) 944-9072 |
|  |  | MIAMI, FL 33179 | |
| OCT-1995/DEC-1996 | - | 825 TANGIER ST | |
|  |  | CORAL GABLES, FL 33134 | |
| SEP-1996/SEP-1996 | - | 305 NW 128TH ST | |
|  |  | NORTH MIAMI, FL 33168 | |
| SEP-1996/SEP-1996 | - | 1750 NE 191ST ST 813 2 | (305) 944-9072 |
|  |  | MIAMI, FL 33179 | |
| MAR-1996/APR-1996 | - | 7635 NW 181ST ST | |
|  |  | HIALEAH, FL 33015 | |
| SEP-1995/SEP-1995 | - | 1029 94TH ST 10 | |
|  |  | MIAMI, FL 33154 | |
| DEC-1992/AUG-1995 | - | 315 NW 111TH ST | (305) 756-5845 |
|  |  | MIAMI, FL 33168 | |
|  |  | 1750 NE 191ST ST 2 | (305) 944-9072 |
|  |  | MIAMI, FL 33179 | |


## Phone Listings for Subject's Addresses

**7001 BONITA DR # 4 MIAMI BEACH, FL 33141**

| | |
|---|---|
| GONZALEZ LETICIA | (305) 867-2944 |
| DINARTE JUAN C | (305) 866-4372 |
| CANNON ALLISON | (305) 861-5692 |
| DEMARCO SARA E | (305) 864-3622 |
| HARPER DAVID A | (305) 868-4966 |
| HARVEY TRACY | (305) 866-7715 |

**325 SURFSIDE BLVD 20 SURFSIDE, FL 33154**

12 phone numbers found, only same last name considered.

** No Phone numbers found during search **

**201 NW 19TH AVE MIAMI, FL 33125**

| | |
|---|---|
| RODRIGUEZ JERRY | (305) 644-1843 |
| COLLADO WILLIAM | (305) 644-3209 |

**2233 CALAIS DR 41E MIAMI BEACH, FL 33141**

15 phone numbers found, only same last name considered.

** No Phone numbers found during search **

**14815 SW 97TH TER MIAMI, FL 33196**

   **HERNANDEZ JUAN**     (305) 382-1616

**1750 NE 191ST ST 723E MIAMI, FL 33179**

198 phone numbers found, only same last name considered.

   **RIVERA WILFREDO**     (305) 944-9072

**825 TANGIER ST CORAL GABLES, FL 33134**

   **ABRIL ROSEMARY**     (305) 445-2626

**7635 NW 181ST ST HIALEAH, FL 33015**

   **CARBONELL PABLO**     (305) 825-4106

**1029 94TH ST 10 MIAMI, FL 33154**

   **WALLACE JEFF**     (305) 865-2920

   **WALLACE LENE**     (305) 865-2920


## Possible Vehicles Registered at Subject's Addresses

**2485 NW 15TH ST MIAMI, FL 33125**

<u>Plate: UUZ71T</u>    State: **FL**  Date Registered: **05/03/2000**  Expire Date: **05/05/2001**

Title: **68555616**   Title Date: **01/11/1999**

OWNER: **REINEL PENA**

Color: **BLACK**

1996       FORD MUSTANG

          FORD MUSTANG - 3.8L V6 SFI

          VIN: 1FALP4049TF190858

          2-DOOR COUPE


<u>Plate: T87CUS</u>    State: **FL**  Date Registered: **03/02/2000**  Expire Date: **03/23/2001**

Title: **46383099**   Title Date: **03/23/1999**

OWNER: **MARIA GRACIELA PENA**

Color: **RED**

1988       NISSAN SENTRA

          NISSAN SENTRA - 1597CC L4

          VIN: 1N4PB21S0JC801974

          4-DOOR SEDAN

Plate: **WYM39K**  State: **FL**  Date Registered: **06/09/2000**  Expire Date: **11/08/2000**
Title: **64330510**  Title Date: **06/09/2000**
OWNER: **WILLIAM VALENCIA**
Color: **RED**

| 1993 | FORD PROBE GT |
| | FORD PROBE GT - 2.5L V6 DOHC EFI 24V |
| | VIN: 1ZVCT22BXP5140484 |
| | 2-DOOR HATCHBACK |

**1750 NE 191ST ST MIAMI, FL 33179**
** 31 Vehicles found, only same last name(s) are listed **

***** No Vehicles found *****

**325 SURFSIDE BLVD 20 SURFSIDE, FL 33154**
Plate: **A02JXX**  State: **FL**  Date Registered: **09/01/2000**  Expire Date: **08/27/2001**
Title: **44000039**  Title Date: **06/23/1999**
OWNER: **DIANA JOSEFINA CORONEL**
Color: **UNKNOWN COLOR - LBL**

| 1986 | HONDA ACCORD SEDAN LXI |
| | HONDA ACCORD SEDAN LXI - 2.0L L4 FI |
| | VIN: JHMBA7444GC085251 |
| | 4-DOOR SEDAN |

**201 NW 19TH AVE MIAMI, FL 33125**
Plate: **T47YKD**  State: **FL**  Date Registered: **09/20/2000**  Expire Date: **09/02/2001**
Title: **0**
OWNER: **ISABEL COLLADO**

| 2000 | HMDE |
| | No VIN Analysis Available |
| | VIN: NOVIN0200117525 |

**2233 CALAIS DR 41E MIAMI BEACH, FL 33141**
Plate: **WBQ20W**  State: **FL**  Date Registered: **12/20/1999**  Expire Date: **12/18/2000**

Title: **65700415**  Title Date: **04/03/1997**
OWNER: **KIMBERLY NEGRON HERNANDEZ**
Color: **RED**

1993            HONDA CIVIC SEDAN LX
                HONDA CIVIC SEDAN LX - 1.5L L4 FI
                VIN: 1HGEG8653PL040067
                4-DOOR SEDAN


**14815 SW 97TH TER MIAMI, FL 33196**
Plate: **GXZ61L**   State: **FL**                    Expire Date: **08/12/1994**
Title: **48099709**  Title Date: **09/21/1989**
OWNER: **CLARA M MERCADO**
Color: **UNKNOWN COLOR - UNK**

1989            BUICK CENTURY CUSTOM WAGON
                BUICK CENTURY CUSTOM WAGON - 3.3L V6 MFI OHV
                VIN: 1G4AH81NXK6402500
                4-DOOR WAGON


Plate: **GX984E**   State: **FL**  Date Registered: **08/22/2000**  Expire Date: **08/20/2001**
Title: **43747148**  Title Date: **11/09/1998**
OWNER: **YOLANDA CANO**
Color: **GRAY**

1986            ISUZU I-MARK
                ISUZU I-MARK - 1.5L L4 2BBL
                VIN: JABRT6977G4119901
                4-DOOR SEDAN


Plate: **XSA71E**   State: **FL**  Date Registered: **08/22/2000**  Expire Date: **09/07/2001**
Title: **68202776**  Title Date: **03/17/1998**
OWNER: **JUAN A HERNANDEZ**
Color: **GREEN**

1995            ACURA INTEGRA LS SPECIAL
                ACURA INTEGRA LS SPECIAL - 1.8L L4 PFI DOHC
                VIN: JH4DC4369SS012833
                2-DOOR HATCHBACK

**1750 NE 191ST ST 723E MIAMI, FL 33179**

Plate: **UVA65G**   State: **FL**  Date Registered: **09/26/2000**  Expire Date: **09/22/2001**

Title: **70935487**   Title Date: **05/22/1996**

OWNER: **ALEXANDER BUJOSA**

Color: **GOLD**

1996          NISSAN SENTRA

              NISSAN SENTRA - 1.6L L4 16V SEQ MFI

              VIN: 3N1AB41DXTL012531

              4-DOOR SEDAN


Plate: **SJQ03G**   State: **FL**                   Expire Date: **09/22/1996**

Title: **40672189**   Title Date: **12/28/1995**

OWNER: **ALEXANDER BUJOSA**

Color: **RED**

1984          BUICK SKYHAWK CUSTOM

              BUICK SKYHAWK CUSTOM - 2.0L L4 TBI OHV

              VIN: 1G4AS27P8EK521956

              2-DOOR COUPE


**825 TANGIER ST CORAL GABLES, FL 33134**

Plate: **T82KUG**   State: **FL**  Date Registered: **06/03/2000**  Expire Date: **05/26/2001**

Title: **67037261**   Title Date: **06/03/2000**

OWNER: **ANNETTE MARIE ABRIL**

Color: **BLACK**

1994          FORD MUSTANG

              FORD MUSTANG - 3.8L V6 SFI

              VIN: 1FALP4049RF219154

              2-DOOR COUPE


**305 NW 128TH ST NORTH MIAMI, FL 33168**

Plate: **HY895V**   State: **FL**  Date Registered: **01/05/2000**  Expire Date: **01/16/2001**

Title: **47682250**   Title Date: **06/14/1989**

OWNER: **LINDA ANN CIRIGLIANO**

Color: **BLUE**

1989                    DODGE ARIES AMERICA
                        DODGE ARIES AMERICA - 2.2L L4 TBI SOHC 8V
                        VIN: 1B3BK46D5KC471360
                        4-DOOR SEDAN

**7635 NW 181ST ST HIALEAH, FL 33015**

<u>Plate: **GY236S**</u>   State: **FL**  Date Registered: **02/18/2000**  Expire Date: **12/09/2000**

Title: **61433448**   Title Date: **02/18/2000**

OWNER: **PABLO A OR MARIA LISUE CARBONELL**

Color: **WHITE**

1991                    MAZDA 626
                        MAZDA 626 - 2.2L L4 FI
                        VIN: 1YVGD22B9M5163911
                        4-DOOR SEDAN

<u>Plate: **VVL92S**</u>   State: **FL**  Date Registered: **01/19/2000**  Expire Date: **12/09/2000**

Title: **48737281**   Title Date: **03/04/1996**

OWNER: **PABLO OR PABLO A CARBONELL**

Color: **BROWN**

1990                    DODGE CARAVAN
                        DODGE CARAVAN - 2.5L L4 TBI OHC
                        VIN: 2B4FK25KXLR617908
                        MINIVAN

**1029 94TH ST 10 MIAMI, FL 33154**

<u>Plate: **WZD67K**</u>  State: **FL**                      Expire Date: **08/27/1998**

Title: **60379761**   Title Date: **11/17/1997**

OWNER: **DIANA J CASTAGNARO**

Color: **GRAY**

1991                    NISSAN SENTRA
                        NISSAN SENTRA - 1.6L L4 16V SEQ MFI
                        VIN: JN1EB31P9MU007639
                        4-DOOR SEDAN

**315 NW 111TH ST MIAMI, FL 33168**

Plate: **DF733G**   State: **FL**  Date Registered: **12/13/1999**  Expire Date: **12/30/2000**

Title: **71621884**   Title Date: **06/30/1998**

OWNER: NAMPHUYO AISHA MCCRAY OR BETTY RE WRIGHT

Color: **TAN**

| 1996 | CHEVROLET S10 BLAZER |
| | CHEVROLET S10 BLAZER - 4.3L V6 CPI OHV 12V |
| | VIN: 1GNCS13W6T2166259 |
| | 4D SPORT UTILITY |

## Possible Business Affiliations

**2233 CALAIS DR 41E MIAMI BEACH, FL 33141**

| VENICE VILLAS CONDOMINIUM, INC. | FL | 755778 |
| REG AGENT | ACTIVE | |

## Officer Name Match Only (NOT necessarily affiliated)

Matching Name: RIVERA ALEXANDRA

| D'PRESTIGE MAINTENANCE SERVICES, INC. | FL | P95000080012 |
| SECRETARY, DIRECTOR | INACTIVE | |

**The following databases were searched but data for the subject was not found:**

ABI Business Directory, Active U.S. Military Personnel, Aircraft, Bankruptcies, Liens and Judgments, Broward County Felonies/Misdemeanors, Broward County Traffic Citations, DEA Controlled Substance Licenses, Deed Transfers, Federal Firearms and Explosives License, Florida Accidents, Florida Banking and Finance Licenses, Florida Beverage License, Florida Boating Citations, Florida Concealed Weapon Permits, Florida Day Care Licenses, Florida Department of Education, Florida Felony/Probation/Parole, Florida Fictitious Name, Florida Handicap Parking Permits, Florida Hotels and Restaurants, Florida Insurance Agents, Florida Money Transmitter Licenses, Florida Salt Water Product Licenses, Florida Securities Dealers, Florida Sexual Predator, Florida Tangible Property, Florida Tobacco License, Florida Unclaimed Property, Florida Worker's Compensation Claims, Marine Radio Licenses, New York Residents, Pilots, Professional Licenses, Real Property, Significant Shareholders, Trademarks / Service Marks, UCC Filings, Watercraft, and state-specific databases.

*** End of Report SS146/01 ***

Control Numbers:**8888144** - **8888146**



## Florida Profit

## PARTNERS OF INTERNAL MEDICINE, P.A.

### PRINCIPAL ADDRESS
3569 NORTH EAST 163RD STREET
AVENTURA FL 33180

*305 945-2411*

### MAILING ADDRESS
3569 NORTH EAST 163RD STREET
AVENTURA FL 33180

| Document Number | FEI Number | Date Filed |
|---|---|---|
| P00000061236 | NONE | 06/23/2000 |

| State | Status | Effective Date |
|---|---|---|
| FL | ACTIVE | NONE |

## Registered Agent

| Name & Address |
|---|
| CONDOM, ANGEL F ESQ.<br>2134 NW 99TH AVENUE<br>MIAMI FL 33172 |

## Officer/Director Detail

| Name & Address | Title |
|---|---|
| CABEZA-ROMERO, CARMEN M.D.<br>3569 NORTH EAST 163RD STREET<br><br>AVENTURA FL 33180 | D |
| SUAREZ-BARCELO, MANUEL A M.D.<br>3569 NORTH EAST 163RD STREET<br><br>AVENTURA FL 33180 | D |
| SUAREZ, ANTONIO MANUEL<br>12885 MAPLE ROAD<br><br>NORTH MIAMI FL 33181 | PS |
| ORELLANO, OLGA<br>9425 FOUNTAINE BLEAU BLVD. #101<br><br>MIAMI FL 33172 | PT |



## Annual Reports

| Report Year | Filed Date | Intangible Tax |
| --- | --- | --- |

Previous Filing        Return to List        Next Filing

No Events
No Name History Information

View Document Image(s)

**THIS IS NOT OFFICIAL RECORD; SEE DOCUMENTS IF QUESTION OR CONFLICT**

Corporations Inquiry                    Corporations Help

National Comprehensive Report
Compiled on 1/06/2001 at 7:44PM
Reference: None Entered

# ALEXANDRA RIVERA                               DOB: NOV 05, 1974

SSN **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** issued in **New York** between **1975** and **1976**

## Possible Other Records/Names Associated with Social Security Numbers
**VILLA, ALEXANDRA**                        SSN: **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**

## Possible Driver Licenses
**RIVERA, ALEXANDRA**

DL: <u>R160000749050</u> issued in **Florida** on **01/15/1993** expires **11/05/1999**

DOB: **11/05/1974**   Height: **5'07"**

SSN: **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**

   **1750 NE 191ST ST 813-2   N MIAMI BEACH, FL 33179**

## Possible Addresses Associated with Subject

| | | |
|---|---|---|
| **JUL-1997/OCT-1999** | - **2485 NW 15TH ST**<br>**MIAMI, FL 33125** | |
| **FEB-1999/FEB-1999** | - **7001 BONITA DR # 4**<br>**MIAMI BEACH, FL 33141** | |
| **DEC-1998/DEC-1998** | - **1750 NE 191ST ST**<br>**MIAMI, FL 33179** | **(305) 865-6014** |
| **AUG-1995/DEC-1998** | - **1750 NE 191ST ST 8132**<br>**MIAMI, FL 33179** | **(305) 944-9072** |
| **FEB-1998/FEB-1998** | - **7001 BONITA DR 41**<br>**MIAMI, FL 33141** | |
| **DEC-1997/DEC-1997** | - **325 SURFSIDE BLVD 20**<br>**SURFSIDE, FL 33154** | |
| **APR-1996/OCT-1997** | - **201 NW 19TH AVE**<br>**MIAMI, FL 33125** | |
| **JUN-1997/JUN-1997** | - **2233 CALAIS DR 41E** | |

```
                                   MIAMI BEACH, FL 33141
MAY-1997/MAY-1997  -  14815 SW 97TH TER
                                   MIAMI, FL 33196
MAY-1997/MAY-1997  -  1750 NE 191ST ST 723E              (305) 944-9072
                                   MIAMI, FL 33179
OCT-1995/DEC-1996  -  825 TANGIER ST
                                   CORAL GABLES, FL 33134
SEP-1996/SEP-1996   -  305 NW 128TH ST
                                   NORTH MIAMI, FL 33168
SEP-1996/SEP-1996   -  1750 NE 191ST ST 813 2            (305) 944-9072
                                   MIAMI, FL 33179
MAR-1996/APR-1996  -  7635 NW 181ST ST
                                   HIALEAH, FL 33015
SEP-1995/SEP-1995   -  1029 94TH ST 10
                                   MIAMI, FL 33154
DEC-1992/AUG-1995  -  315 NW 111TH ST                   (305) 756-5845
                                   MIAMI, FL 33168
                                   1750 NE 191ST ST 2              (305) 944-0072
                                   MIAMI, FL 33179
```

## Phone Listings for Subject's Addresses

**7001 BONITA DR # 4 MIAMI BEACH, FL 33141**

| | |
|---|---|
| GONZALEZ LETICIA | (305) 867-2944 |
| DINARTE JUAN C | (305) 866-4372 |
| CANNON ALLISON | (305) 861-5692 |
| DEMARCO SARA E | (305) 864-3622 |
| HARPER DAVID A | (305) 868-4966 |
| HARVEY TRACY | (305) 866-7715 |

**325 SURFSIDE BLVD 20 SURFSIDE, FL 33154**

12 phone numbers found, only same last name considered.

** No Phone numbers found during search **

**201 NW 19TH AVE MIAMI, FL 33125**

| | |
|---|---|
| RODRIGUEZ JERRY | (305) 644-1843 |
| COLLADO WILLIAM | (305) 644-3209 |

**2233 CALAIS DR 41E MIAMI BEACH, FL 33141**

15 phone numbers found, only same last name considered.

** No Phone numbers found during search **

**14815 SW 97TH TER MIAMI, FL 33196**

   **HERNANDEZ JUAN**         (305) 382-1616

**1750 NE 191ST ST 723E MIAMI, FL 33179**

198 phone numbers found, only same last name considered.

   **RIVERA WILFREDO**         (305) 944-9072

**825 TANGIER ST CORAL GABLES, FL 33134**

   **ABRIL ROSEMARY**         (305) 445-2626

**7635 NW 181ST ST HIALEAH, FL 33015**

   **CARBONELL PABLO**         (305) 825-4106

**1029 94TH ST 10 MIAMI, FL 33154**

   **WALLACE JEFF**         (305) 865-2920

   **WALLACE LENE**         (305) 865-2920


## Possible Vehicles Registered at Subject's Addresses

**2485 NW 15TH ST MIAMI, FL 33125**

   Plate: **UUZ71T**   State: **FL** Date Registered: **05/03/2000** Expire Date: **05/05/2001**

   Title: **68555616**   Title Date: **01/11/1999**

   OWNER: **REINEL PENA**

   Color: **BLACK**

   1996         FORD MUSTANG

                FORD MUSTANG - 3.8L V6 SFI

                VIN: 1FALP4049TF190858

                2-DOOR COUPE


   Plate: **T87CUS**   State: **FL** Date Registered: **03/02/2000** Expire Date: **03/23/2001**

   Title: **46383099**   Title Date: **03/23/1999**

   OWNER: **MARIA GRACIELA PENA**

   Color: **RED**

   1988         NISSAN SENTRA

                NISSAN SENTRA - 1597CC L4

                VIN: 1N4PB21S0JC801974

                4-DOOR SEDAN

Plate: **WYM39K** State: **FL** Date Registered: **06/09/2000** Expire Date: **11/08/2000**
Title: **64330510**   Title Date: **06/09/2000**
OWNER: **WILLIAM VALENCIA**
Color: **RED**

| 1993 | FORD PROBE GT |
| | FORD PROBE GT - 2.5L V6 DOHC EFI 24V |
| | VIN: 1ZVCT22BXP5140484 |
| | 2-DOOR HATCHBACK |

1750 NE 191ST ST MIAMI, FL 33179
** 31 Vehicles found, only same last name(s) are listed **


***** No Vehicles found *****


325 SURFSIDE BLVD 20 SURFSIDE, FL 33154
   Plate: **A02JXX**   State: **FL** Date Registered: **09/01/2000** Expire Date: **08/27/2001**
Title: **44000039**   Title Date: **06/23/1999**
OWNER: **DIANA JOSEFINA CORONEL**
Color: **UNKNOWN COLOR - LBL**

| 1986 | HONDA ACCORD SEDAN LXI |
| | HONDA ACCORD SEDAN LXI - 2.0L L4 FI |
| | VIN: JHMBA7444GC085251 |
| | 4-DOOR SEDAN |

201 NW 19TH AVE MIAMI, FL 33125
   Plate: **T47YKD**   State: **FL** Date Registered: **09/20/2000** Expire Date: **09/02/2001**
Title: **0**
OWNER: **ISABEL COLLADO**

| 2000 | HMDE |
| | No VIN Analysis Available |
| | VIN: NOVIN0200117525 |

2233 CALAIS DR 41E MIAMI BEACH, FL 33141
   Plate: **WBQ20W** State: **FL** Date Registered: **12/20/1999** Expire Date: **12/18/2000**

Title: **65700415**   Title Date: **04/03/1997**

OWNER: **KIMBERLY NEGRON HERNANDEZ**

Color: **RED**

1993               HONDA CIVIC SEDAN LX
                   HONDA CIVIC SEDAN LX - 1.5L L4 FI
                   VIN: 1HGEG8653PL040067
                   4-DOOR SEDAN


14815 SW 97TH TER MIAMI, FL 33196

Plate: **GXZ61L**   State: **FL**                    Expire Date: **08/12/1994**

Title: **48099709**   Title Date: **09/21/1989**

OWNER: **CLARA M MERCADO**

Color: **UNKNOWN COLOR - UNK**

1989               BUICK CENTURY CUSTOM WAGON
                   BUICK CENTURY CUSTOM WAGON - 3.3L V6 MFI OHV
                   VIN: 1G4AH81NXK6402500
                   4-DOOR WAGON


Plate: **GX984E**   State: **FL**  Date Registered: **08/22/2000**  Expire Date: **08/20/2001**

Title: **43747148**   Title Date: **11/09/1998**

OWNER: **YOLANDA CANO**

Color: **GRAY**

1986               ISUZU I-MARK
                   ISUZU I-MARK - 1.5L L4 2BBL
                   VIN: JABRT6977G4119901
                   4-DOOR SEDAN


Plate: **XSA71E**   State: **FL**  Date Registered: **08/22/2000**  Expire Date: **09/07/2001**

Title: **68202776**   Title Date: **03/17/1998**

OWNER: **JUAN A HERNANDEZ**

Color: **GREEN**

1995               ACURA INTEGRA LS SPECIAL
                   ACURA INTEGRA LS SPECIAL - 1.8L L4 PFI DOHC
                   VIN: JH4DC4369SS012833
                   2-DOOR HATCHBACK

1750 NE 191ST ST 723E MIAMI, FL 33179

Plate: **UVA65G**  State: **FL**  Date Registered: **09/26/2000**  Expire Date: **09/22/2001**

Title: **70935487**  Title Date: **05/22/1996**

OWNER: **ALEXANDER BUJOSA**

Color: **GOLD**

1996            NISSAN SENTRA
                NISSAN SENTRA - 1.6L L4 16V SEQ MFI
                VIN: 3N1AB41DXTL012531
                4-DOOR SEDAN


Plate: **SJQ03G**  State: **FL**                    Expire Date: **09/22/1996**

Title: **40672189**  Title Date: **12/28/1995**

OWNER: **ALEXANDER BUJOSA**

Color: **RED**

1984            BUICK SKYHAWK CUSTOM
                BUICK SKYHAWK CUSTOM - 2.0L L4 TBI OHV
                VIN: 1G4AS27P8EK521956
                2-DOOR COUPE


825 TANGIER ST CORAL GABLES, FL 33134

Plate: **T82KUG**  State: **FL**  Date Registered: **06/03/2000**  Expire Date: **05/26/2001**

Title: **67037261**  Title Date: **06/03/2000**

OWNER: **ANNETTE MARIE ABRIL**

Color: **BLACK**

1994            FORD MUSTANG
                FORD MUSTANG - 3.8L V6 SFI
                VIN: 1FALP4049RF219154
                2-DOOR COUPE


305 NW 128TH ST NORTH MIAMI, FL 33168

Plate: **HY895V**  State: **FL**  Date Registered: **01/05/2000**  Expire Date: **01/16/2001**

Title: **47682250**  Title Date: **06/14/1989**

OWNER: **LINDA ANN CIRIGLIANO**

Color: **BLUE**

1989                    DODGE ARIES AMERICA
                       DODGE ARIES AMERICA - 2.2L L4 TBI SOHC 8V
                       VIN: 1B3BK46D5KC471360
                       4-DOOR SEDAN


7635 NW 181ST ST HIALEAH, FL 33015
Plate: **GY236S**  State: **FL** Date Registered: **02/18/2000** Expire Date: **12/09/2000**
Title: **61433448**  Title Date: **02/18/2000**
OWNER: **PABLO A OR MARIA LISUE CARBONELL**
Color: **WHITE**
1991                    MAZDA 626
                       MAZDA 626 - 2.2L L4 FI
                       VIN: 1YVGD22B9M5163911
                       4-DOOR SEDAN


Plate: **VVL92S**  State: **FL** Date Registered: **01/19/2000** Expire Date: **12/09/2000**
Title: **48737281**  Title Date: **03/04/1996**
OWNER: **PABLO OR PABLO A CARBONELL**
Color: **BROWN**
1990                    DODGE CARAVAN
                       DODGE CARAVAN - 2.5L L4 TBI OHC
                       VIN: 2B4FK25KXLR617908
                       MINIVAN


1029 94TH ST 10 MIAMI, FL 33154
Plate: **WZD67K**  State: **FL**                    Expire Date: **08/27/1998**
Title: **60379761**  Title Date: **11/17/1997**
OWNER: **DIANA J CASTAGNARO**
Color: **GRAY**
1991                    NISSAN SENTRA
                       NISSAN SENTRA - 1.6L L4 16V SEQ MFI
                       VIN: JN1EB31P9MU007639
                       4-DOOR SEDAN


315 NW 111TH ST MIAMI, FL 33168

Plate: **DF733G**   State: **FL**  Date Registered: **12/13/1999**  Expire Date: **12/30/2000**

Title: **71621884**   Title Date: **06/30/1998**

OWNER: **NAMPHUYO AISHA MCCRAY OR BETTY RE WRIGHT**

Color: **TAN**

| | |
|---|---|
| 1996 | CHEVROLET S10 BLAZER |
| | CHEVROLET S10 BLAZER - 4.3L V6 CPI OHV 12V |
| | VIN: 1GNCS13W6T2166259 |
| | 4D SPORT UTILITY |

## Possible Business Affiliations

**2233 CALAIS DR 41E MIAMI BEACH, FL 33141**

| | | |
|---|---|---|
| **VENICE VILLAS CONDOMINIUM, INC.** | **FL** | **755778** |
| **REG AGENT** | **ACTIVE** | |

## Officer Name Match Only (NOT necessarily affiliated)

Matching Name: RIVERA ALEXANDRA

| | | |
|---|---|---|
| **D'PRESTIGE MAINTENANCE SERVICES, INC.** | **FL** | **P95000080012** |
| **SECRETARY, DIRECTOR** | **INACTIVE** | |

**The following databases were searched but data for the subject was not found:**

ABI Business Directory, Active U.S. Military Personnel, Aircraft, Bankruptcies, Liens and Judgments, Broward County Felonies/Misdemeanors, Broward County Traffic Citations, DEA Controlled Substance Licenses, Deed Transfers, Federal Firearms and Explosives License, Florida Accidents, Florida Banking and Finance Licenses, Florida Beverage License, Florida Boating Citations, Florida Concealed Weapon Permits, Florida Day Care Licenses, Florida Department of Education, Florida Felony/Probation/Parole, Florida Fictitious Name, Florida Handicap Parking Permits, Florida Hotels and Restaurants, Florida Insurance Agents, Florida Money Transmitter Licenses, Florida Salt Water Product Licenses, Florida Securities Dealers, Florida Sexual Predator, Florida Tangible Property, Florida Tobacco License, Florida Unclaimed Property, Florida Worker's Compensation Claims, Marine Radio Licenses, New York Residents, Pilots, Professional Licenses, Real Property, Significant Shareholders, Trademarks / Service Marks, UCC Filings, Watercraft, and state-specific databases.

*** End of Report SS146/01 ***

Control Numbers:**8888144 - 8888146**

| SCRIPTION | | | | | DOCKET OR TICKET NUMBER | DEPT USE ONLY BATCH |
|---|---|---|---|---|---|---|

ISSUED EXPIRES: 11/05/99
SE COMPLETED
OR LESS

045/30    768457254

TION
COVERAGE
.322.251 GIVEN.

| | 807 |
| | 93015803 |
| 1 0266910 | 631393 |
| 5 6427182 | 900593 |

Recycled Paper

DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
DIVISION OF DRIVER LICENSES  TRANSCRIPT OF DRIVER

| ALEXANDRA   VILLA | | | | | |
| FIRST | MIDDLE (MAIDEN) | LAST | SUFFIX | | |

| 11/05/74 | 507 | H | F | 089 |
| DOB | HEIGHT | RACE | SEX | SOCIAL SEC |

17890 W DIXIE HWY #314
ADDRESS

| E | 10/27/99 | 11/05/05 | A | |
| CLASS | DATE ISSUED | DATE EXPIRED | RESTRICTIONS | |

N MIAMI BCH                01   33160-4024
CITY STATE ZIP

| EXAMS | 1 | VISION | 1 | SIGNS | 1 | RULES | 1 | DRIVING | 0 | MOTOR 0 |

1031196012
DUPLICATE LICENSE

11/05/
REPLACEMENT LICENSE

| CRASH OFFENSE EFFECTIVE DATE | CONVICTION DATE | REINSTATEMENT DATE | INFORMATION FROM COUNTY STATE | CITY | COURT | ENTRY | |
|---|---|---|---|---|---|---|---|
| ** ENTRIES BELOW COVER THIS PERSONS ENTIRE RECORD ** | | | | | | | |
| ** THIS PERSON HAS A DIGITAL IMAGE ** | | | | | | | |
| 09/06/96 | | | | | | | IDENTIFICATIO |
| 01/14/93 | | | | | | | SUBSTANCE A |
| 01/11/96 | 10/31/96 | | DADE | 0000 | MAGSTR | DRIVE SCHOOL | EXPIRED TAG |
| 06/05/98 | 01/06/99 | | DADE | 0000 | MAGSTR | CONV-0.0 PTS | SPEED IN PO |
| 07/08/97 | | 11/26/97 | | | | ADJ WITHHELD | FR SUSP PIP |
| | | | | | | FR SUSP | CONTINUOUS |
| 09/08/97 | | | | | | | NOTICE REQUI |
| END OF RECORD | | | | | | | |

IN COMPLIANCE WITH SECTION 322.201, F.S., SANDRA C. LAMBERT, DIRECTOR, DIVISION OF DRIVER LICENSES, DEPART-
MENT OF HIGHWAY SAFETY AND MOTOR VEHICLES, STATE OF FLORIDA, DO HEREBY CERTIFY THAT I AM THE CUSTODIAN
OF THE RECORD OF SAID DIVISION OF DRIVER LICENSES, AND THAT THIS IS A TRUE AND CORRECT TRANSCRIPT OF THE
ABOVE NAMED SUBJECTS DRIVING RECORD AS TAKEN FROM THE OFFICIAL RECORDS ON FILE IN THIS DEPARTMENT.

*Sandra C. Lambert*
DIRECTOR

LICENSE CLASSES

NOTE: SOME LICENSES ISSUED BY THE STATE OF FLORIDA ARE VALID IN FLORIDA ONLY.
THIS RESULTS FROM APPLICANT RETAINING A VALID LICENSE FROM ANOTHER JURISDICTION.
***THIS VIOLATION CANNOT BE USED TO SURCHARGE AN AUTOMOBILE LIABILITY INSURANCE POLICY F.S. 626.9701

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

TRINA ROLLIE,                              CASE NO.: 00-6119-CIV-HUCK

      Plaintiff,                         Magistrate Judge Brown

v.

VENATOR GROUP RETAIL, INC. .f/k/a
KINNEY SHOE CORPORATION,
a New York Corporation and
VENATOR GROUP, INC., f/k/a
WOOLWORTH CORPORATION,
a New York Corporation,

      Defendants.

_____/

## PLAINTIFF'S WITNESS LIST

    Plaintiff, TRINA ROLLIE, by and through undersigned counsel, and in accordance with the Federal Rules of Civil Procedure, hereby files her Witness List as follows:

1.    The Plaintiff;

2.    Jeffery Bjork, c/o Venator Group Retail;

3.    Meredith Infeld, c/o Venator Group Retail;

4.    Antonio Fernandez, 19499 NE 10th Avenue, Apt 522, North Miami Beach, Florida 33179;

5.    Debra Sharief, 7071 NW 29th Avenue, Miramar, Fl 33023;

6.    Emily Hammond, c/o Venator Group Retail;

7.    Paul Campbell, c/o Venator Group Retail;

8.    Paul Newman, 100 Deforest Avenue, Eat Hanover, NJ;

9.    Yolanda Johnson, c/o Venator Group Retail, 163rd Street Mall, Miami, Florida;

1



PLAINTIFF'S
EXHIBIT
5

10.     Willy Gugel, c/o Venator Group Retail;

11.     Deshannon Phillips c/o Venator Group Retail;

12.     Alexandra Villa, 3569 NE 163rd Street, Aventura, Florida 33180, (305)945-2411.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 7th day of March, 2001 to: Alan M. Gerlach, Esq., 390 N. Orange Avenue, Suite 1100, Orlando, Florida, 32801.

MICHAEL M. TOBIN, P.A.
1099 Ponce de Leon Boulevard
Coral Gables, FL 33134-3319
Ph: 305/445-5475
Fax: 305/445-5479
BY: _Kelsay D. Patterson_
     Kelsay D. Patterson
     Florida Bar No. 119784

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

TRINA ROLLIE,                          CASE NO.: 00-6119-CIV-HUCK

      Plaintiff,                       Magistrate Judge Brown

v.

VENATOR GROUP RETAIL, INC. ,t/k/a
KINNEY SHOE CORPORATION,
a New York Corporation and
VENATOR GROUP, INC., f/k/a
WOOLWORTH CORPORATION,
a New York Corporation,

      Defendants.

_____/

## AFFIDAVIT

BEFORE ME, a person duly authorized to administer oaths and take

acknowledgments, personally appeared Christine Hanson, after being duly sworn upon

her oath deposes and says as follows:

1.   I, Christine Hanson, work as a legal secretary at the Law Offices of Michael

M. Tobin, P.A., located at 1099 Ponce de Leon Boulevard, Coral Gables, Florida.

2.   I have worked as the personal legal secretary to Kelsay D. Patterson, Esquire

for the past two (2) years. In this time period, I have handled, been involved, or known

about all matters connected to Mr. Patterson's handling of the case <u>Rollie v. Venator</u>

<u>Group Retail, et al.</u>

3.   I have fully read the Defendant's Motion in Limine Regarding the Plaintiff's

Witness List. Neither Mr. Gerlach, his secretary "Ruth", nor anyone from the law offices

of Broad & Cassel have ever communicated by facsimile, personally, telephonically, or

1

by correspondence at any time to me or to my knowledge about any witness list being owed or outstanding.

4.  To this point in my seven (7) year career as a legal secretary, I have never furnished an affidavit in opposition to any statement or representation made by the adverse party's counsel.

**FURTHER AFFIANT SAYETH NOT.**

*Christine Hanson*

STATE OF FLORIDA
COUNTY OF DADE/BROWARD (Circle)

The foregoing instrument was acknowledged before me this 7th day of

MARCH___, 2001 by Christine Hanson, who is personally known to me and/or

produced_____ as identification and who did take an oath.

*K. D. Patterson*
**NOTARY PUBLIC, State of Florida
at Large**

My commission expires:

K D Patterson
My Commission CC812130
Expires February 24, 2003

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

TRINA ROLLIE,                                  CASE NO.: 00-6119-CIV-HUCK

      Plaintiff,                              Magistrate Judge Brown

v.

VENATOR GROUP RETAIL, INC. ,i/k/a
KINNEY SHOE CORPORATION,
a New York Corporation and
VENATOR GROUP, INC., f/k/a
WOOLWORTH CORPORATION,
a New York Corporation,

      Defendants.

_____ _____ ____/

## AFFIDAVIT

BEFORE ME, a person duly authorized to administer oaths and take acknowledgments, personally appeared Kelsay D. Patterson, after being duly sworn upon his oath deposes and says as follows:

1. I, Kelsay D. Patterson, Esquire, have practiced law in Florida and in good standing since October 1, 1997.

2. I have practiced law at the Law Offices of Michael M. Tobin. P.A. located at 1099 Ponce de Leon Boulevard, Coral Gables, Florida, since October 1, 1997.

3. I have fully read the Defendant s Motion in Limine Regarding Plaintiff's Failure to Furnish a Witness List as served on February 22, 2001 by Alan M. Gerlach, Esquire in the case of <u>Rollie v. Venator Group Retail, Inc, et al.</u>, Case No.: 00-6119-CIV-HUCK.

4. Page two (2) of the Defendant's Motion in Limine falsely represents that Alan Gerlach, Esquire "reminded the Plaintiff's counsel that he owed him a list of

1

witnesses on at least one (1) occasion". Mr. Gerlach has never touched upon this matter in any way with me personally, telephonically, nor in writing. After speaking to my personal secretary of two (2) years, Christine Hanson, she confirms that Mr. Gerlach nor anyone from his law office has ever mentioned a witness list.

5.   The undersigned strongly believes that Mr. Gerlach's false representation is intended to satisfy and overcome the requisite prescribed by the local rules mandating that matters be conferred upon by parties prior to filing motions.

6.   The undersigned believes that Mr. Gerlach's falsity is a last effort to continue the momentum of sanctions. This Honorable Court has already levied two (2) against the undersigned thus far. Such a ruling would be an insurmountable obstacle and prejudice the Plaintiff's case without recourse.

7.   The undersigned has never to this point in litigation represented that Alan Gerlach, Esquire has ever knowingly falsely represented any matter. This falsity made by Mr. Gerlach is nothing short of a blatant and intentional lie. The undersigned has never filed an affidavit in his career wherein he contested the veracity of another lawyer's statements.

8.   The undersigned believes that strict proof by way of correspondence or record evidence will establish conclusively for the Court the veracity of Mr. Gerlach's statement.

**FURTHER AFFIANT SAYETH NOT.**

STATE OF FLORIDA
COUNTY OF DADE/BROWARD (Circle)

2

The foregoing instrument was acknowledged before me this 7th day of

March , 2001 by Kelsey Patterson , who is personally known to me and/or

produced _____ as identification and who did take an oath.

Christine D Hanson

**NOTARY PUBLIC, State of Florida**
**at l arge**

My commission expires:



Christine D. **Hanson**
Commission # CC **952048**
Expires **June 29, 2004**
**Bonded Thru**
Atlantic Bonding Co., Inc.

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

TRINA ROLLIE,                                    CASE NO.: 00-6119-CIV-HUCK

        Plaintiff,                                Magistrate Judge Brown

v.

VENATOR GROUP RETAIL, INC. .f/k/a
KINNEY SHOE CORPORATION,
a New York Corporation and
VENATOR GROUP, INC., f/k/a
WOOLWORTH CORPORATION,
a New York Corporation,

        Defendants.
_____ _ _ _ _ _/

### PLAINTIFF'S WITNESS LIST

Plaintiff, TRINA ROLLIE, by and through undersigned counsel, and in accordance with the Federal Rules of Civil Procedure, hereby files her Witness List as follows:

1. The Plaintiff;

2. Jeffery Bjork, c/o Venator Group Retail;

3. Meredith Infeld, c/o Venator Group Retail;

4. Antonio Fernandez, 19499 NE 10th Avenue, Apt 522, North Miami Beach, Florida 33179;

5. Debra Sharief, 7071 NW 29th Avenue, Miramar, Fl 33023;

6. Emily Hammond, c/o Venator Group Retail;

7. Paul Campbell, c/o Venator Group Retail;

8. Paul Newman, 100 Deforest Avenue, Eat Hanover, NJ;

9. Yolanda Johnson, c/o Venator Group Retail, 163rd Street Mall, Miami, Florida;

10.    Willy Gugel, c/o Venator Group Retail;

11.    Deshannon Phillips c/o Venator Group Retail;

12.    Alexandra Villa, 3569 NE 163rd Street, Aventura, Florida 33180, (305)945-2411.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 7th day of March, 2001 to: Alan M. Gerlach, Esq., 390 N. Orange Avenue, Suite 1100, Orlando, Florida, 32801.

MICHAEL M. TOBIN, P.A.
1099 Ponce de Leon Boulevard
Coral Gables, FL 33134-3319
Ph: 305/445-5475
Fax: 305/445-5479
BY: _Kelsay D. Patterson_
    Kelsay D. Patterson
    Florida Bar No. 119784