UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6119-CIV-HUCK

TRINA ROLLIE,

    Plaintiff,

v.

VENATOR GROUP RETAIL, INC., f/k/a
KINNEY SHOE CORPORATION, a New York
corporation, and VENATOR GROUP, INC. f/k/a
WOOLWORTH CORPORATION,
a New York corporation,

    Defendants.
_____/



FILED by ___ D.C.
MAR 28 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

## ORDER ON NOTICE OF SETTLEMENT

THIS MATTER is before the Court upon defendant's telephonic notice to the Court indicating the parties have reached a settlement agreement. It is hereby

ORDERED AND ADJUDGED that

1.     The parties shall file a Stipulation of Settlement, a proposed Order of Dismissal or Final Judgment, and any other pertinent documents necessary to conclude this action within twenty (20) days of the date of this Order.

2.     All pending motions are DENIED as moot.

DONE AND ORDERED in chambers, Miami, Florida, this 28 day of March, 2001.

                                                     PAUL C. HUCK
                                                   United States District Judge

Copies furnished to:
Kelsay Patterson
Alan Gerlach
Douglas Eaton