UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TRINA ROLLIE,

    Plaintiff,

v.

VENATOR GROUP RETAIL, INC., f/k/a
KINNEY SHOE CORPORATION,
a New York Corporation and
VENATOR GROUP, INC., f/k/a
WOOLWORTH CORPORATION,
a New York Corporation,

    Defendants.

_____/

CASE NO.: 00-6119-CIV-HUCK

Magistrate Judge Brown



## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, Defendant VENATOR GROUP RETAIL, INC., f/k/a KINNEY SHOE CORPORATION, and Plaintiff, TRINA ROLLIE, by and through their undersigned counsel, hereby stipulate that the above-styled action be dismissed with prejudice, each side to bear its own attorneys' fees and costs

KELSAY D. PATTERSON, ESQUIRE
Florida Bar No. 119784
LAW OFFICES OF MICHAEL M.
TOBIN, P.A.
1099 Ponce DeLeon Boulevard
Coral Gables, Florida 33134
Telephone: (305) 445-5475
Fax: (305) 445-5479
Attorneys for Plaintiff

ALAN M. GERLACH, ESQUIRE
Florida Bar. No. 199184
BROAD AND CASSEL
390 North Orange Avenue, Suite 1100
Orlando, Florida 32801
P.O. Box 4961 (32802)
Telephone: (407) 839-4200
Fax: (407) 425-8377
Attorneys for Defendant



## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 12th day of April, 2001 to: Alan M. Gerlach, Esq., 390 N. Orange Avenue, Suite 1100, Orlando, Florida, 32801.

                          MICHAEL M. TOBIN, P.A.
                          1099 Ponce de Leon Boulevard
                          Coral Gables, FL 33134-3319
                          Ph: 305/445-5475
                          Fax: 305/445-5479
                          BY: _____
                              Kelsay D. Patterson
                              Florida Bar No. 119784