UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6119-CIV-HUCK



TRINA ROLLIE,

    Plaintiff,

v.

VENATOR GROUP RETAIL, INC., f/k/a
KINNEY SHOE CORPORATION, a New York
corporation, and VENATOR GROUP, INC. f/k/a
WOOLWORTH CORPORATION,
a New York corporation,

    Defendants.
_____/

**CLOSED CIVIL CASE**

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

This cause is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice. It is hereby

ORDERED AND ADJUDGED that

This cause is hereby DISMISSED WITH PREJUDICE, each side to bear its own fees and costs.

The Clerk of the Court is directed to mark this case CLOSED and DENY all pending motions as MOOT.

DONE AND ORDERED in chambers, Miami, Florida, this 17th day of April, 2001.

PAUL C. HUCK
United States District Judge

Copies furnished to:
Kelsay Patterson
Alan Gerlach