UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**NIGHT BOX FILED**
MAR - 9 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

TRINA ROLLIE,

    Plaintiff,

v.

VENATOR GROUP RETAIL, INC., f/k/a
KINNEY SHOE CORPORATION,
a New York Corporation and
VENATOR GROUP, INC., f/k/a
WOOLWORTH CORPORATION,
a New York Corporation,

    Defendants.

Case No. 00-0131-CIV-LENARD

00-CV-6119 PCH

_____/

### CERTIFICATE OF INTERESTED PERSONS
### AND CORPORATE DISCLOSURE STATEMENT

COMES NOW, Defendant, VENATOR GROUP RETAIL, INC., by and through its undersigned counsel, and per this Court's Order dated February 14, 2000, hereby files its Certificate of Interested Persons and Corporate Disclosure Statement. Defendant believes that the following corporations or parties have an interest in the outcome of this action. See list styled "Venator Group, Inc. and Subsidiaries" attached hereto.

SCANNED

ORL1\LABOR\311929.1
21719/0021 3/8/00 5:33 PM

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to Kelsay D. Patterson, Esquire, MICHAEL M. TOBIN, P.A., 1099 Ponce de Leon Blvd., Coral Gables, Florida 33134, this ____ day of March, 2000.

ALAN M. GERLACH, ESQ.
Florida Bar. No. 199184
BROAD AND CASSEL
390 North Orange Avenue, Suite 1100
Orlando, Florida 32801
P.O. Box 4961 (32802)
Telephone: (407) 839-4200
Fax: (407) 425-8377
Attorneys for Defendant

## VENATOR GROUP, INC. AND SUBSIDIARIES [1]
### January 31, 2000

| Name | State or Other Jurisdiction of Incorporation |
|---|---|
| Venator Group, Inc. | New York |
|     Footlocker.com, Inc. | Delaware |
|         Eastbay, Inc. | Wisconsin |
|     Foot Locker Asia, Inc. | Delaware |
|     Foot Locker Asia Limited | Hong Kong |
|     Foot Locker Australia, Inc. | Delaware |
|     Foot Locker Austria GmbH | Austria |
|     Foot Locker Belgium N.V. | Belgium |
|     Foot Locker Denmark ApS | Denmark |
|     Foot Locker China, Inc. | Delaware |
|     Foot Locker Europe B.V. | Netherlands |
|     Foot Locker France S.A. | France |
|         CB Diffusion S.A. | France |
|         Faust S.A.R.L. | France |
|         Florentin Freres-Primaprix S.A. | France |
|         Les Nouveautes du Centre S.A.R.L. | France |
|         Privilege S.A. | France |
|     Foot Locker Germany GmbH | Germany |
|     Foot Locker Italy S.r.l. | Italy |
|     Foot Locker Japan, Inc. | Delaware |
|     Foot Locker Japan K.K. | Japan |
|     Foot Locker Netherlands B.V. | Netherlands |
|     Foot Locker Singapore Pte. Ltd. | Singapore |
|     Foot Locker Spain S.L. | Spain |
|     Foot Locker Sweden Aktiebolag | Sweden |
|     Foot Locker (Thailand) Co., Ltd. | Thailand |
|     Foot Locker U.K. Limited | U.K. |
|         Freedom Sportsline Limited | U.K. |
|             Venator Group Realty Europe Limited | U.K. |
|     Kids Mart, Inc.[2] | Florida |
|     Kids Mart, Inc. | Delaware |
|     Kinney New Zealand Limited | New Zealand |
|     Little Folk Shop Inc. | Delaware |
|     Northern Reflections Inc. | Delaware |
|     Randy River, Inc. | Delaware |
|     The Richman Brothers Company | Ohio |
|         Custom Cut, Inc. | Delaware |
|     RX Place, Inc. | Delaware |
|     The San Francisco Music Box Company | California |
|     Specialty Times, Inc. | Delaware |
|     Team Edition Apparel, Inc. | Florida |
|     Venator Group Administration, Inc. | Delaware |
|     Venator Group Specialty, Inc. | New York |
|         AB Specialty, Inc. | Delaware |
|         Barclay Park and Church Advertising Inc. | Delaware |
|         Checklot Service Center, Inc. | Delaware |

---

[1] The name of each subsidiary company is indented under the name of its parent company and, unless otherwise noted in a footnote, each such subsidiary company is 100% owned by its parent. Directors' qualifying shares, if any, are deemed to be beneficially owned by a subsidiary's parent company. All subsidiaries wholly owned, directly or indirectly, by Venator Group, Inc. are consolidated with Venator Group, Inc. for accounting and financial reporting purposes.

[2] 1 million shares of Series A Convertible Preferred Stock, par value $.001 per share, pursuant to a Stock Acquisition Agreement dated May 30, 1996.

[Venator Group, Inc. -- (Cont.)]
    [Venator Group Specialty, Inc. -- (Cont.)]

| | |
|---|---|
| Frame Scene, Inc. | Delaware |
| Herald Square Stationers, Inc. | Delaware |
| Lamston 37-33/45 Seventy-Fourth Street Corp. | New York |
| Lamston 69-73/5 Grand Avenue Corp. | New York |
| Lamston 1279 Third Avenue Corp. | New York |
| Red Grille of Hawaii, Inc. | Delaware |
| Red Grille of Louisiana, Inc. | Delaware |
| Trade Center Realty, Inc. | Delaware |
| Woolco Fashionwear Corp. | Delaware |
| Woolco Inc. | Delaware |
| 233 Broadway, Inc. | New York |
| 340 Supply Co. | Pennsylvania |
| Venator Group Franchises LLC | Delaware |
| Venator Group Investments LLC | Delaware |
| Rosedale Accessory Lady, Inc. | Minnesota |
|   Accessory Lady, Inc. | Texas |
|     Atlanta Southlake Accessory Lady, Inc. | Georgia |
|     Beachwood Accessory Lady, Inc. | Ohio |
|     Brea Accessory Lady, Inc. | California |
|     Bridgewater Commons Accessory Lady, Inc. | New Jersey |
|     Buckland Hills Accessory Lady, Inc. | Connecticut |
|     Cherry Hill Accessory Lady, Inc. | New Jersey |
|     Chesterfield Accessory Lady, Inc. | Virginia |
|     Chicago Accessory Lady, Inc. | Illinois |
|     Copley Place Accessory Lady, Inc. | Massachusetts |
|     Colonie Center Accessory Lady, Inc. | New York |
|     Crabtree Mall Accessory Lady, Inc. | North Carolina |
|     Dadeland Center Accessory Lady, Inc. | Florida |
|     Delamo Accessory Lady, Inc. | California |
|     Fashion Valley Accessory Lady, Inc. | California |
|     Four Seasons Accessory Lady, Inc. | North Carolina |
|     Fox Valley Accessory Lady, Inc. | Illinois |
|     Garden State Accessory Lady, Inc. | New Jersey |
|     The Gardens Accessory Lady, Inc. | Florida |
|     Glendale Accessory Lady, Inc. | California |
|     Grand Avenue Accessory Lady, Inc. | Wisconsin |
|     Hanes Mall Accessory Lady, Inc. | North Carolina |
|     Hawthorne Center (IL.) Accessory Lady, Inc. | Illinois |
|     Lakeside Accessory Lady, Inc. | Louisiana |
|     Mainplace Accessory Lady, Inc. | California |
|     Mall Del Norte Accessory Lady, Inc. | Texas |
|     McAllen Accessory Lady, Inc. | Texas |
|     Penn Square Accessory Lady, Inc. | Oklahoma |
|     Pentagon City Accessory Lady, Inc. | Virginia |
|     Raceway Accessory Lady, Inc. | New Jersey |
|     Randhurst Accessory Lady, Inc. | Illinois |
|     Regency Square Accessory Lady, Inc. | Florida |
|     Ridgedale Accessory Lady, Inc. | Minnesota |
|     McLean Accessory Lady, Inc. | Virginia |
|     Menlo Park Accessory Lady, Inc. | New Jersey |
|     Montclair Accessory Lady, Inc. | California |
|     Montgomery Accessory Lady, Inc. | Maryland |
|     Northbrook Accessory Lady, Inc. | Illinois |

[Venator Group, Inc. -- ( )]
   [Venator Group Specialty, Inc. -- (Cont.)]
      [Rosedale Accessory Lady, Inc. -- (Cont.)]

| Entity | State |
|---|---|
| North County Fair Accessory Lady, Inc. | California |
| Northridge Accessory Lady, Inc. | California |
| Oakbrook Center Accessory Lady, Inc. | Illinois |
| The Oaks Accessory Lady, Inc. | California |
| Orlando Accessory Lady, Inc. | Florida |
| Paradise Valley Accessory Lady, Inc. | Arizona |
| Palm Beach Mall Accessory Lady, Inc. | Florida |
| Paramus Park Accessory Lady, Inc. | New Jersey |
| The Parks Accessory Lady, Inc. | Texas |
| Riverside Hackensack Accessory Lady, Inc. | New Jersey |
| Roosevelt Field Accessory Lady, Inc | New York |
| Scottsdale Accessory Lady, Inc. | Arizona |
| Southdale Accesory Lady, Inc. | Minnesota |
| St. Louis Galleria Accessory Lady, Inc. | Missouri |
| Stoneridge Accessory Lady, Inc. | California |
| Stonestown Accessory Lady, Inc. | California |
| Sunrise Boulevard (Fla.) Accessory Lady, Inc. | Florida |
| Sunvalley Accessory Lady, Inc. | California |
| Towson Accessory Lady, Inc. | Maryland |
| Tri-County Accessory Lady, Inc. | Ohio |
| Tysons Corner Accessory Lady, Inc. | Virginia |
| Valley Fair Accessory Lady, Inc. | California |
| Willowbrook Accessory Lady, Inc. | New Jersey |
| Woodman Avenue Accessory Lady, Inc. | California |

Venator Group Retail, Inc. — New York
   Armel, Inc. — Florida
      Armel Acquisition, Inc. — Florida

| Entity | State |
|---|---|
| Champs of Crossgates, Inc. | Florida |
| Champs of Holyoke, Inc. | Florida |
| Champs Sporting Goods of Esplanade, Inc. | Florida |
| Champs Sporting Goods, Inc. | Tennessee |
| Champs Sport Shops, Inc. of Maryville | Florida |
| Champs Sport Shops, Inc. of Cutler Ridge | Florida |
| Champs Sport Shops, Inc. of Broward | Florida |
| Champs Sport Shops of Daytona, Inc. | Florida |
| San Del of Jacksonville, Inc. | Florida |
| Champs Sport Shops, Inc. of 163rd Street | Florida |
| San Del, Inc. of Atlanta | Florida |
| Champs Four Seasons, Inc. | North Carolina |
| Joe Chichelo, Inc. | Florida |
| Champs Sport Shops, Inc. | Florida |
| Champs Sport Shops, Inc. of Aventura | Florida |
| Champs Sporting Goods of N.C., Inc. | North Carolina |
| Champs Sport Shops, Inc. of Miami International | Florida |
| Champs Sporting Goods, Inc. | Louisiana |
| Champs Sport Shops, Inc. of Omni | Florida |
| Champs Sport Shops, Inc. of Nashville | Florida |
| Champs Sport Shops, Inc. of Houston | Florida |
| Champs Sport Shops, Inc. of Fort Lauderdale | Florida |
| Sneakers Inc. of Greensboro | North Carolina |
| Sneakers Inc. of Knoxville | Tennessee |
| Sneakers Inc. of Daytona Beach | Florida |
| Champs of Maryland, Inc. | Florida |

```
[Venator Group, Inc. -- (Cont.)]
    [Venator Group Retail, Inc. -- (Cont.)]
        [Armel, Inc. -- (Cont.)]
            Champs of Virginia, Inc.                              Florida
            SneaKee Feet of Maryland, Inc.                        Florida
            SneaKee Feet of Montgomery Village, Inc.              Florida
            SneaKee Feet of North Carolina, Inc.                  Florida
            Runner-Up of Orlando, Inc.                            Florida
            SneaKee Feet of Tampa, Inc.                           Florida
            SneaKee Feet, Inc.                                    Florida
            Champs of Missouri, Inc.                              Missouri
            Champs Sport Shops of Maryland, Inc.                  Maryland
            Champs of Connecticut, Inc.                           Connecticut
            Champs Sport Shops of Massachusetts, Inc.             Massachusetts
            Champs of Georgia, Inc.                               Georgia
            Champs of New Jersey, Inc.                            New Jersey
            Champs of Oklahoma, Inc.                              Oklahoma
            Champs of Tennessee, Inc.                             Tennessee
            SneaKee Feet of Washington Outlet Mall, Inc.          Florida
        Foot Locker Atlantic City LLC                             Delaware
        Menlo Trading Company                                     California
            Athletic Shoe Factory, Inc.                           California
        Janess Properties, Inc.                                   Delaware
        Venator Group Corporate Services, Inc.                    Delaware
        Kinney Trading Corp.                                      New York
        Robby's Sporting Goods, Inc.                              Florida
    SFMB Specialty Corporation                                    California
    Venator Group Realty Corporation                              New York
    Venator Group Holdings, Inc.                                  New York
        Retail Company of Germany, Inc.                           Delaware
        Venator Group Pacific Holdings, Inc.                      Delaware
        Woolworth Holding S. de R.L. de C.V.                      Mexico
            Foot Locker de Mexico, S.A. de C.V.                   Mexico
            Distribuidora Foot Locker S.A. de C.V.                Mexico
        Venator Group Canada Inc.                                 Canada
            142739 Canada Limited                                 Canada
        Venator Group Sourcing, Inc.                              Delaware
```

sublist